Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

SHELBY ANNE FLOYD
65-1230 Mamalahoa Hwy, C21
Kamuela, Hawai'i 96743
Telephone: (808) 885-6762
Fax: (808) 885-8065
E-mail: sfloyd@ahfi.com

Attorneys for Petitioners

OFFICE OF ADMINISTRATIVE HEARINGS
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
STATE OF HAWAI'I

| | |
|---|---|
| In the Matter of | ) DOE - 2004-070 |
| | ) |
| BRYAN WILES-BOND, | ) STIPULATED PARTIAL |
| by and through his parent, | ) DECISION AND ORDER |
| Dr. Stan Bond, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF EDUCATION, | ) |
| STATE OF HAWAI'I, | ) |
| | ) |
| Respondent. | ) |
| | ) |

STIPULATED PARTIAL DECISION AND ORDER

Whereas, on June 2, 2004, the Department of Education, State of

Hawai'i ("Respondent") received a request for a due process hearing

under Hawai'i Administrative Rules ('HAR") Title 8, Chapter 56 from



Bryan Wiles-Bond, by and through his father, Dr. Stanley Bond ("Petitioner").

Whereas, on June 25, 2004, by telephone conference with the Hearings Officer Haunani H. Alm, the Respondent, represented by Lono K. Beamer, Esq., stipulated to the facts alleged in the Request and to Respondent's liability under the law,

Whereas, a hearing on relief was scheduled on July 6, 2004 before Hearings Officer Alm, and

Whereas, the parties have partially agreed to the relief to be ordered by the Hearing Officer, and have submitted one issue of relief to the Hearing Officer after submission of testimony,

NOW IT IS THEREFORE STIPULATED as follows:

1.    Respondent shall cause to be prepared for Bryan a written structured social skills curriculum for implementation beginning no later than the end of the first week of the 2004-2005 school year.

2.    Respondent shall hire and have in place by the beginning of the 2004-2005 school year a licensed, certified special education teacher with experience teaching autistic children and proficiency with American Sign Language.

3.    Respondent shall cause a functional behavioral assessment

to be completed for Bryan and delivered to his parents no

later than August 7, 2004.

IT IS FURTHER STIPULATED that the Hearing Officer shall render

a decision on the relief requested concerning Bryan's entitlement to a

licensed and certified special education teacher for the provision of

special education outside the standard academic school year.

DATED this ____ day of July, 2004.


_____
Lono K. Beamer, Esq.
Deputy Attorney General

Counsel for Respondent


_____
Shelby Anne Floyd, Esq.
Counsel for Petitioner


APPROVED AND SO ORDERED:


_____
HAUNANI H. ALM
Administrative Hearings Officer
Department of Commerce
 and Consumer Affairs