# United States District Court

_____DISTRICT OF__HAWAI`I_____

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, Plaintiffs, | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: _____ |
| vs. | |
| DEPARTMENT OF EDUCATION, State of Hawai`i, and ALVIN RHO in his official capacity, West Hawaii District Superintendent, Defendants. | |

  TO:  Defendant Department of Education, State of Hawai`i

   Defendant Alvin Rho, in his official capacity as West Hawaii District Superintendent

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY

   SHELBY ANNE FLOYD, ESQ.
   MEI-FEI KUO, ESQ.
   Alston Hunt Floyd & Ing
   65-1230 Mamalahoa Hwy,. Suite C21
   Kamuela, Hawai`i  96743

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____          _____
CLERK                                                                                  DATE

_____
BY DEPUTY CLERK

253411/6515-1