# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/14/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV. 04-00442HG-BMK

                   CV. 05-00247HG-BMK

CASE NAME:         ANN KIMBALL WILES, et al. vs. DEPARTMENT OF
                   EDUCATION, STATE OF HAWAII, et al.

ATTYS FOR PLA:     Stanley E. Levin
                   Michael K. Livingston

ATTYS FOR DEFT:    Lono P.V. Beamer

INTERPRETER:

---

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     December 14, 2005      TIME:        9:00 - 9:05

---

COURT ACTION:  DEFENDANTS' MOTION TO STAY PROCEEDINGS -

Arguments held.

The Defendants' Motion to Stay Proceedings is DENIED.

The Court finds that a stay would not be in the best interest of justice as CV
04–00442 HG-BMK has been before the Court for a considerable time.  CV 05–00247
HG-BMK does not raise issues that would necessarily be resolved awaiting the Ninth
Circuit Court of Appeals decision in Mark H. And Rie H. et. al. v. Paul Lemahieu, et. al.,
Civil No. 00-282-MLR.

Submitted by: David H. Hisashima, Courtroom Manager