ORIGINAL

MARK J. BENNETT          2672
Attorney General
State of Hawai`i

HOLLY T. SHIKADA          4017
LONO P.V. BEAMER          6895
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i 96813
Phone:  (808) 586-1255
Facsimile:  (808) 586-1488
Email:  Lono.P.Beamer@hawaii.gov

Attorneys for Defendants
DEPARTMENT OF EDUCATION,
State of Hawai`i, and ALVIN RHO,
West Hawaii District Superintendent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2006

at __11__ o'clock and __4__ min, __L__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV04-00442 HG/BMK (Other Civil Action) CONSOLIDATED<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION |

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>        Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendant. | CIVIL NO. CV05-00247 JMS/BMK (Other Civil Action) |

## CERTIFICATE OF SERVICE RE: DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION

I HEREBY CERTIFY that a copy hereof will be served upon the following individual by facsimile and mailing the same, postage prepaid, to the address indicated below, on February 23, 2006.

SHELBY ANNE FLOYD, ESQ.
Alston Hunt Floyd & Ing
Carter Professional Center
65-1230 Mamalahoa Highway, Suite C-21
Kamuela, Hawaii 96743
Fax: (808) 885-8065

STANLEY E. LEVIN, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813

Attorneys for Plaintiffs

DATED: Honolulu, Hawai`i, February 23, 2006.

LONO P.V. BEAMER
Deputy Attorney General

Attorney for Defendant
DEPARTMENT OF EDUCATION

ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, vs. DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, CIVIL NO. CV04-00442 HG/BMK; CONSOLIDATED; ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, vs. DEPARTMENT OF EDUCATION, State of Hawaii, CIVIL NO. CV05-00247 JMS/BMK; **CERTIFICATE OF SERVICE RE: DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION**