ORIGINAL

MARK J. BENNETT            2672
Attorney General
State of Hawai`i

HOLLY T. SHIKADA           4017
LONO P.V. BEAMER           6895
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i 96813
Phone: (808) 586-1255
Facsimile: (808) 586-1488
Email: Lono.P.Beamer@hawaii.gov

Attorneys for Defendants
DEPARTMENT OF EDUCATION,
State of Hawai`i, and ALVIN RHO,
West Hawaii District Superintendent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2006

at ___ o'clock and ___ min ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV04-00442 HG/BMK<br><br>CERTIFICATE OF SERVICE RE: DEFENDANTS' EXPERT DISCLOSURE |

179324_1.DOC

## CERTIFICATE OF SERVICE RE: DEFENDANTS' EXPERT DISCLOSURE

I HEREBY CERTIFY that a copy hereof will be served upon the following individual by facsimile and mailing the same, postage prepaid, to the address indicated below, on February 22, 2006.

SHELBY ANNE FLOYD, ESQ.
Alston Hunt Floyd & Ing
Carter Professional Center
65-1230 Mamalahoa Highway, Suite C-21
Kamuela, Hawaii 96743
Fax: (808) 885-8065

STANLEY E. LEVIN, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813

Attorneys for Plaintiffs

DATED: Honolulu, Hawai`i, February 22, 2006.

LONO P.V. BEAMER
Deputy Attorney General