ORIGINAL

MARK J. BENNETT   2672
Attorney General, State of Hawaii

LONO P.V. BEAMER   6895
HOLLY T. SHIKADA   4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Phone:  (808) 586-1255
Facsimile:  (808) 586-1488
Email:  Lono.P.Beamer@hawaii.gov

Attorneys for Defendants
Department of Education, State of
Hawaii and Alvin Rho, in his official
capacity as West Hawai'i District
Superintendent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2006

at 8 o'clock and 45 min. a.m.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIVIL No. CV04-00442/05-00247 HG-BMK (CONSOLIDATED)<br>(Other Civil Action)<br><br>NOTICE OF HEARING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>DATE:<br>TIME:<br>JUDGE: |

NOTICE OF HEARING

TO:    Stanley Levin, Esq.
       851 Fort Street, #400
       Honolulu, Hawaii 96813

       Attorney for Plaintiffs

   NOTICE IS HEREBY GIVEN that DEFENDANTS' MOTION FOR SUMMARY JUDGMENT shall come on for hearing before the Honorable _____, Judge of the above-entitled Court, in her Courtroom at 300 Ala Moana Boulevard, Prince Kuhio Federal Building, Honolulu, Hawaii, at _____ on _____, 2006 or as soon thereafter as counsel may be heard.

   DATED: Honolulu, Hawaii February 23, 2006

                                        LONO P.V. BEAMER
                                        GEORGE HOM
                                        HOLLY SHIKADA

                                        Attorneys for Defendants

MARK J. BENNETT   2672
Attorney General, State of Hawaii

LONO P.V. BEAMER   6895
HOLLY T. SHIKADA   4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Phone:  (808) 586-1255
Facsimile:  (808) 586-1488
Email:  Lono.P.Beamer@hawaii.gov

Attorneys for Defendants
Department of Education, State of
Hawaii and Alvin Rho, in his official
capacity as West Hawai'i District
Superintendent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　　Defendants. | CIVIL No. CV04-00442 HG/BMK<br>CV05-00247 JMS-BMK<br>(Consolidated)<br>(Other Civil Action)<br><br>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendants above-named, by and through their attorney undersigned, and moves this Honorable Court for an order granting them summary judgment on all claims in this action. This motion is made in light of this Honorable Court's determination in <u>MARK H. and RIE H. et. al. v. PAUL LEMAHIEU et. al.</u>, Civil No. 00-282-MLR.

This motion is made pursuant to Rule 7 and 56 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is supported by the attached memorandum and the records and file in this matter.

DATED: Honolulu, Hawaii, February 23, 2006

LONO P.V. BEAMER
HOLLY SHIKADA
Deputy Attorney General

Attorney for Defendants