IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIVIL Nos. CV04-00442 HG/BMK and CV05-00247 JMS-BMK (consolidated)<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was duly served, via U.S. Mail, postage pre-paid, upon the following at their last known address:

Mr. Stanley Levin, Esq.
851 Fort Street
Honolulu, Hawaii 96813
Attorney for Plaintiffs

DATED: Honolulu, Hawaii, February 24, 2006

LONO P.V. BEAMER
Deputy Attorney General

Attorney for Defendants