ORIGINAL

Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD        1724-0
MEI-FEI KUO              7377-0
65-1230 Mamalahoa Hwy., Suite C21
Kamuela, Hawaii 96743
Telephone: (808) 885-6762
Fax: (808) 885-8065
E-mail: sfloyd@ahfi.com
Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 24 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>             Defendants. | CIVIL NO. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES AND CERTIFICATE OF SERVICE<br><br>TRIAL DATE: July 25, 2006 |

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>          Defendant. | CIVIL NO. 05-00247 HG/BMK CONSOLIDATED (Other Civil Action) |

## PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to the Court's July 25, 2005 Report of Scheduling Conference and Order, Plaintiffs submit their initial disclosures in accordance with Rule 16(b)(4) of the *Federal Rules of Civil Procedure* and Local Rule 26.1. Plaintiffs make these supplemental initial disclosures based on information reasonably available to it at this time. Plaintiffs reserve the right to further supplement these disclosures as appropriate, pursuant to Rule 26(e) of the *Federal Rules of Civil Procedure* and Local Rule 26.1.

### I.   POTENTIAL WITNESSES

Pursuant to Local Rule 26.1 and the Court's order, Plaintiffs hereby disclose the names and, if known, the address and telephone numbers of persons reasonable believed by Plaintiffs at this time to possess personal knowledge concerning significant factual issues specifically raised in the pleadings or issues raised by the

parties in their Rule 26(f) report to the Court. At this time, Plaintiffs believe that the following potential witnesses fall within the scope of its initial disclosure obligations. Plaintiffs do not concede that the testimony of any of these individuals is relevant, would lead to the discovery of relevant evidence, or is otherwise admissible in this action. Plaintiffs also recognize their right and duty to supplement this list as appropriate under Rule 26(e)(1) of the *Federal Rules of Civil Procedure*.

1. Ann Kimball Wiles
   c/o DAVIS LEVIN LIVINGSTON GRANDE
   400 Davis Levin Livingston Grande Place
   851 Fort Street
   Honolulu, Hawaii 96813

2. Stanley Bond
   c/o DAVIS LEVIN LIVINGSTON GRANDE
   400 Davis Levin Livingston Grande Place
   851 Fort Street
   Honolulu, Hawaii 96813

3. Alvin Rho
   c/o Lono P.V. Beamer
   Deputy Attorneys General
   235 S. Beretania Street, Room 304
   Honolulu, Hawaii 96813

4. Naomi Shiraishi
   c/o Lono P.V. Beamer
   Deputy Attorneys General
   235 S. Beretania Street, Room 304
   Honolulu, Hawaii 96813

5. Linda Price, Administrator
   Child and Family Services
   c/o Lono P.V. Beamer
   Deputy Attorneys General
   235 S. Beretania Street, Room 304
   Honolulu, Hawaii 96813

6. Bill Beljean
   Skills Trainer

7. Karen Johson
   c/o Lono P.V. Beamer
   Deputy Attorneys General
   235 S. Beretania Street, Room 304
   Honolulu, Hawaii 96813

8. Barbara Coffman
   c/o Lono P.V. Beamer
   Deputy Attorneys General
   235 S. Beretania Street, Room 304
   Honolulu, Hawaii 96813

9. Sheri Adams
   c/o Lono P.V. Beamer
   Deputy Attorneys General
   235 S. Beretania Street, Room 304
   Honolulu, Hawaii 96813

10. Kelly Stern
    c/o TIFFE

11. Dru Copeland
    Alakai Na Keiki

12. JoAnn Hill (former DES)

13. Christie Edwards
    Therapeutic Aide

14. Cara Entz
    Pacific Child and Family Associates, APC
    410 Wet Arden Avenue, Suite 203
    Glendale, CA 91203

15. Dr. Daniel LeGoff (Expert)
    Child and Adolescent Resources for Education
    105 South Princeton Ave
    Wenonah, NJ 08090

16. Jessie Mitchell (Expert)

17. Barbara Bateman (Expert)
    32223 DeBerry Road
    Creswell, OR 97426

18. Keynes D. Von Elsner, CPA (Expert)
    50 S. Beretania Street
    Suite C-113
    Honolulu, HI 96813

19. Loretta M. Lukens, M.D., R.N., C.R.R.N. (Expert)
    29 West Rhea Road
    Tempe, AZ 85284

## II.  DOCUMENTS

Pursuant to Local Rule 26.1, Plaintiffs will make available for inspection and copying all documents, data compilations, and tangible things in its possession, custody or control which may be used by Plaintiffs to support their contentions with respect to any significant issue in the case, at a mutually convenient time and place to be determined by the parties. Plaintiffs hereby identify the following documents which are presently contemplated to be in

5

support of the allegations set forth in Plaintiffs' Complaint. Documents include but are not limited to the following:

1. Decision and Order made by Hearing Officer Richard Chun on May 21, 2001;

2. Complaint in Civil No. CV 02-00101 SOM/BMK filed by the Plaintiffs here against the Defendant Department of Education and the Department of Health on February 15, 2002.

3. Release and Settlement Agreement which was intended by the Department to halt all legal proceedings under Civil No. CV02-00101 SOM/BMK.

4. Letter signed by Jerilynn Ono Hall dated July 2, 2002 and addressed to Pamela A. Toguchi, Esq.

5. Letter signed by Jerilynn Ono Hall dated July 19, 2002 and addressed to Pamela A. Toguchi, Esq.

6. "School Psychiatric Evaluation" by Dr. Richard Mesco dated October 19, 1999 and signed by Dr. Richard Mesco on October 19, 1999.

7. Sign-in log prepared by Kim Wiles Bond to accurately show the attendance of the skills trainers assigned to her son during the period August 5, 2003 through March 8, 2004.

8. Behavior Management Plan developed for the Department of Education and used by it during the period of August, 2003 and February, 2004.

9. IEP developed for Bryan Wiles-Bond as of January 28, 2002.

10. Discussion points that need to be addressed and agreed to by the Department of Education and the parents dated September 9, 2003.

11. Letter signed by Kim Wiles-Bond and dated November 13, 2003 with the salutation to Bob who is Robert Gentzel.

12. Alaka'i Na Keki quarterly report prepared by Dr. Dru Copeland which reports Bryan's progress toward each IEP/MP Goals(s)/Objective(s) during the second school quarter of the months of October, November, and December, 2003.

13. Letter signed by Holly T. Shikada dated November 28, 2003 and addressed to Shelby Anne Floyd, Esq.

14. Letter signed by Shelby Anne Floyd dated November 21, 2003 and addressed to Joelle Chiu, Esq.

15. Letter signed by Lono P.V. Beamer dated December 17, 2003 and addressed to Ms. Shelby Floyd, Esq.

16. Quarterly report for the quarter consisting of April, May, June, July, 2003 prepared by Dr. Dru Copeland and included with the reports are authentic, true and accurate copies of the Addendum to the Quarterly Report, a House

Boundaries Plan, a training plan, a list of sight words for Bryan, and a three-paged sight-word worksheet—all prepared by Dr. Dru Copeland.

17.  Letter signed by Shelby Anne Floyd dated December 2, 2003 and addressed to Holly Shikada, Esq.

18.  Letter from Kim Wiles-Bond to Dr. Dru Copeland dated October 1, 2003.

19.  Findings of Fact, Conclusions of Law and Decision in DOE 2004-026 filed on May 11, 2004.

20.  Stipulated Partial Decision and Order in DOE 2004-070 filed on July 23, 2004.

Plaintiffs do not intend to waive any applicable privilege or protection for these documents or any other documents as a result of any production of these documents. Plaintiffs recognize their right and duty, pursuant to Rule 26.1 to supplement this document disclosure as appropriate. Plaintiffs agree to make any documents not produced by Defendants available for inspection and copying.

### III. DAMAGES COMPUTATION

Plaintiffs are entitled to at least $7,000,000 (Seven Million Dollars) for Bryan's lost opportunity including pain and suffering, psychological injury,

humiliation, and other emotional injury. This is a preliminary figure which will be adjusted as the case proceeds through the legal process.

DATED: Honolulu, Hawaii, February 24, 2006.

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | CIVIL NO. 05-00247 HG/BMK CONSOLIDATED (Other Civil Action) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on February 24, 2006, a true and correct copy of PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES was duly served

2

upon the following parties by the methods of service noted below to their last known address to the following:

Served by hand delivery:

Lono P.V. Beamer
Holly T. Shikada
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Attorneys for Defendant


DATED:   Honolulu, Hawaii, February 24, 2006.

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs

2