IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>          Defendants. | Civil No. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>          Defendant. | Civil No. 05-00247 HG/BMK CONSOLIDATED (Other Civil Action) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on February 24, 2006, a true and correct copy of PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES was duly served

upon the following parties by the methods of service noted below to their last known address to the following:

    Served by hand delivery:

    Lono P.V. Beamer
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813
    Attorneys for Defendant

DATED:   Honolulu, Hawaii, February 24, 2006.

                                                _____
                                                STANLEY E. LEVIN
                                                MICHAEL K. LIVINGSTON
                                                SHELBY ANNE FLOYD
                                                MEI-FEI KUO

                                                Attorneys for Plaintiffs