Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD        1724-0
MEI-FEI KUO              7377-0
65-1230 Mamalahoa Hwy., Suite C21
Kamuela, Hawaii 96743
Telephone: (808) 885-6762
Fax: (808) 885-8065
E-mail: sfloyd@ahfi.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br>Defendant. | CIVIL No. 05-00247 JMS/BMK CONSOLIDATED (Other Civil Action) CV 04-442<br><br>PLAINTIFFS' MOTION TO DETERMINE THAT THE REQUEST FOR ADMISSIONS ARE DEEMED ADMITTED; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STANLEY E. LEVIN; EXHIBITS "A" – "H" AND CERTIFICATE OF SERVICE<br>TRIAL: July 25, 2006 |

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action) |

## PLAINTIFFS' MOTION TO DETERMINE THAT THE REQUEST FOR ADMISSIONS ARE DEEMED ADMITTED

COME NOW, Plaintiffs above-named and for a Motion to Determine that the Request for Admissions are Deemed Admitted, pursuant to Rules 36 and 37. Plaintiffs hereby move this court for an order finding all of the request for admissions deemed admitted for purposes of this action. This motion is supported by the memorandum filed herewith and all exhibits filed as part of the memorandum or filed thereafter. The sanction sought for Defendants' complete non-compliance with the rules is for these admissions to be deemed admitted and for the Defendants to pay for all fees and costs of this motion.

A meet and confer was held on February 22, 2006.

DATED: Honolulu, Hawaii, February 23, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs