# DAVIS · LEVIN
# LIVINGSTON · GRANDE

ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai'i 96813-4317

www.DavisLevin.com

STANLEY E. LEVIN
slevin@DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 356-0418
NEIGHBOR ISLANDS
Maui: 877-7500
Hawai'i: 326-3200
Kaua'i: 245-6100

November 4, 2005

**<u>VIA FACSIMILE TRANSMISSION: 586-1488</u>**
Lono P.V. Beamer, Esq.
Department of the Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

RE:  WILES-BOND v. DOE et. al., CIV #04-00442 HG/BMK

Dear Lono:

This letter is to let you know that I would like to reschedule and take the deposition of the Person(s) most knowledgeable at the DOE for the 30(b)(6) deposition about the following:

The skills trainer services provided and the free appropriate public education which the DOE thought that it was providing to Bryan Wiles-Bond during each of these periods of time: September, 1999 until May 21, 2001; May 22, 2001 until July 1, 2002; July 2, 2002 until May 11, 2004; May 12, 2004 until July 23, 2004; and July 24, 2004 until December 31, 2004.

I am available December 2, December 12-15, December 19, 20 and 22. Please contact my secretary, Debbie, immediately with dates that will accommodate everyone's schedule. I appreciate your prompt response.

Sincerely,

**DAVIS LEVIN LIVINGSTON GRANDE**

STANLEY E. LEVIN

SEL/dm



EXHIBIT B