# DAVIS · LEVIN
# LIVINGSTON · GRANDE
### ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai'i 96813-4317

www.DavisLevin.com

STANLEY E. LEVIN
slevin@DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 356-0418
NEIGHBOR ISLANDS
Maui: 877-7500
Hawai'i: 326-3200
Kaua'i: 245-6100

February 10, 2006

**<u>VIA FACSIMILE TRANSMISSION: 586-1488</u>**
Lono P.V. Beamer, Esq.
Department of the Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

RE: WILES-BOND v. DOE et. al., CIV #04-00442 HG/BMK

Dear Mr. Beamer:

    I am in receipt of your letter of February 10, 2006. Obviously, there are big problems in your office. I say that because you have completely ignored specific correspondence which I sent to your office that resolves the issue (to the extent there was an issue) about whether I demanded compliance with the discovery rules and put you on notice that you must file the responses by a certain date. That was precisely the content of my letter to you of December 12, 2005. I have enclosed another copy for you. Please note that I set a deadline of December 20, 2005 for a response to the Request for Admissions and new dates for the deposition. I received no objection to that request.

    Regarding the 30(b)(6) deposition, I have numerous letters to you with dates that were acceptable with our office to take that deposition. I have also enclosed my letters to you of November 4, 2005 and January 4, 2006.

    Perhaps your records are so compromised that you have no record of these three letters. In any event, I shall proceed with the oral deposition on February 24, 2006 at 10:00 a.m. in my office.

                                  Sincerely,

                                  **DAVIS LEVIN LIVINGSTON GRANDE**

                                  STANLEY E. LEVIN

SEL/dm
Enclosures



EXHIBIT G