IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>             Defendants. | CIVIL NO. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>             Defendant. | CIVIL NO. 05-00247 HG/BMK CONSOLIDATED (Other Civil Action) |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on February 23, 2006, a true and correct copy of PLAINTIFFS' MOTION TO DETERMINE THAT THE REQUEST FOR ADMISSIONS ARE DEEMED ADMITTED was duly served upon the

following parties by the methods of service noted below to their last known address to the following:

    Served by First Class Mail:

    Lono P.V. Beamer
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813
    Attorneys for Defendant

    DATED:  Honolulu, Hawaii, February 23, 2006.

                              /S/ STANLEY E. LEVIN
                              _____
                              STANLEY E. LEVIN
                              MICHAEL K. LIVINGSTON
                              SHELBY ANNE FLOYD
                              MEI-FEI KUO

                              Attorneys for Plaintiffs