ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 8 2006

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK

Of Counsel:
**DAVIS LEVIN LIVINGSTON GRANDE**

| | |
|---|---|
| **STANLEY E. LEVIN** | 1152-0 |
| **MICHAEL K. LIVINGSTON** | 4161-0 |

400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Facsimile: (808) 545-7802
E-Mail: slevin@davislevin.com

| | |
|---|---|
| **SHELBY ANNE FLOYD** | 1724-0 |
| **MEI-FEI KUO** | 7377-0 |

16-1230 Mamalahoa Highway, Suite C21
Kamuela, Hawaii 96743
Telephone: (808) 885-6762
Facsimile: (808) 885-8065
E-Mail: sfloyd@ahfi.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITIONS UPON WRITTEN INTERROGATORIES AND INTERROGATORIES**<br><br>(Ala Kai Na Keiki and Hawaii Behavioral Health) |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend | CIVIL NO. 05-00247 HG/BMK<br>CONSOLIDATED (Other Civil Action) |

| | |
|---|---|
| of their son, BRYAN WILES-BOND, a minor, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| DEPARTMENT OF EDUCATION, State of Hawaii, | ) ) ) ) |
| Defendant. | ) ) |

adr 022706.03

## CERTIFICATE OF SERVICE
## RE: NOTICE OF TAKING DEPOSITIONS
## UPON WRITTEN INTERROGATORIES AND INTERROGATORIES

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the Notice of Taking Depositions Upon Written Interrogatories and Interrogatories (Re: C.O.R.: Ala Kai Na Keiki [03/14/06 at 10:00 a.m.] and C.O.R.: Hawaii Behavioral Health [03/14/06 at 10:30 a.m.]) was served upon:

> LONO P.V. BEAMER
> HOLLY T. SHIKADA
> Deputy Attorneys General
> 235 South Beretania Street, Room 304
> Honolulu, Hawaii 96813
>   Attorneys for Defendant

by depositing a copy of same in the United States mail, postage prepaid, this day, addressed to the above named at their last known address listed above.

DATED: Honolulu, Hawaii; FEB 2 8 2006 .

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs