ORIGINAL

Of Counsel:
**DAVIS LEVIN LIVINGSTON GRANDE**

| | |
|---|---|
| **STANLEY E. LEVIN** | 1152-0 |
| **MICHAEL K. LIVINGSTON** | 4161-0 |

400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Facsimile: (808) 545-7802
E-Mail: slevin@davislevin.com

| | |
|---|---|
| **SHELBY ANNE FLOYD** | 1724-0 |
| **MEI-FEI KUO** | 7377-0 |

16-1230 Mamalahoa Highway, Suite C21
Kamuela, Hawaii 96743
Telephone: (808) 885-6762
Facsimile: (808) 885-8065
E-Mail: sfloyd@ahfi.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 8 2006

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>          Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITIONS UPON WRITTEN INTERROGATORIES AND INTERROGATORIES**<br><br>(The Institute for Family Enrichment and Child & Family Service) |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend | CIVIL NO. 05-00247 HG/BMK<br>CONSOLIDATED (Other Civil Action) |

of their son, BRYAN WILES-BOND, )
a minor, )
)
   Plaintiffs, )
)
 vs. )
)
DEPARTMENT OF EDUCATION, )
State of Hawaii, )
)
   Defendant. )
_____ )

adr 022406.03

## CERTIFICATE OF SERVICE
## RE: NOTICE OF TAKING DEPOSITIONS
## UPON WRITTEN INTERROGATORIES AND INTERROGATORIES

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the Notice of Taking Depositions Upon Written Interrogatories and Interrogatories (Re: C.O.R.: The Institute for Family Enrichment [03/14/06 at 9:00 a.m.] and C.O.R.: Child & Family Service [03/14/06 at 9:30 a.m.]) was served upon:

 LONO P.V. BEAMER
 HOLLY T. SHIKADA
 Deputy Attorneys General
 235 South Beretania Street, Room 304
 Honolulu, Hawaii 96813
  Attorneys for Defendant

by depositing a copy of same in the United States mail, postage prepaid, this day, addressed to the above named at their last known address listed above.

 DATED: Honolulu, Hawaii; FEB 2 8 2006 _____.

           _____
           STANLEY E. LEVIN
           MICHAEL K. LIVINGSTON
           SHELBY ANNE FLOYD
           MEI-FEI KUO

           Attorneys for Plaintiffs