ORIGINAL

Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD       1724-0
MEI-FEI KUO                       7377-0
65-1230 Mamalahoa Hwy., Suite C21
Kamuela, Hawaii 96743
Telephone: (808) 885-6762
Fax: (808) 885-8065
E-mail: sfloyd@ahfi.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2006

at 10 o'clock and 57 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                    Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                    Defendants. | CIVIL NO. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION |

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>    Defendant. | CIVIL NO. 05-00247 HG/BMK CONSOLIDATED (Other Civil Action) |

**CERTIFICATE OF SERVICE RE: PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION**

IT IS CERTIFIED that on February 28, 2006, a true and correct copy of PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION was duly served upon the following party by the methods of service noted to their last known address:

   Served by U.S. Mail/Postage Prepaid to:
   Lono P.V. Beamer
   Deputy Attorney General
   235 S. Beretania Street, Room 304
   Honolulu, Hawaii 96813
   Attorney for Defendant

   DATED:   Honolulu, Hawaii, February 28, 2006.

                           _____
                           STANLEY E. LEVIN
                           MICHAEL K. LIVINGSTON
                           SHELBY ANNE FLOYD
                           MEI-FEI KUO
                           Attorneys for Plaintiffs

2