ORIGINAL

MARK J. BENNETT           2672
Attorney General
State of Hawai`i

HOLLY T. SHIKADA          4017
LONO P.V. BEAMER          6895
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i 96813
Phone: (808) 586-1255
Facsimile: (808) 586-1488
Email: Lono.P.Beamer@hawaii.gov

Attorneys for Defendants
DEPARTMENT OF EDUCATION,
State of Hawai`i, and ALVIN RHO,
West Hawaii District Superintendent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 3 2006

at 3 o'clock and 28 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV04-00442 HG/BMK<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: DFENDANT DEPARTMENT OF EDUCATION'S REQUEST FOR ANSWERS TO INTERROGATORIES TO ANN KIMBALL WILES |