| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>                    Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>                    Defendant. | CIVIL NO. CV05-00247 JMS/BMK<br>(Other Civil Action)<br>CONSOLIDATED |

## CERTIFICATE OF SERVICE RE: DEFENDANT DEPARTMENT OF EDUCATION'S REQUEST FOR ANSWERS TO INTERROGATORIES TO STANLEY BOND

I HEREBY CERTIFY that a copy hereof will be served upon the following individual by facsimile and mailing the same, postage prepaid, to the address indicated below, on March 3, 2006.

    SHELBY ANNE FLOYD, ESQ.
    Alston Hunt Floyd & Ing
    Carter Professional Center
    65-1230 Mamalahoa Highway, Suite C-21
    Kamuela, Hawaii  96743
    Fax:  (808) 885-8065

    STANLEY E. LEVIN, ESQ.
    400 Davis Levin Livingston Grande Place
    851 Fort Street
    Honolulu, Hawaii  96813

    Attorneys for Plaintiffs


    DATED:  Honolulu, Hawai`i, March 3, 2006.

_____
LONO P.V. BEAMER
Deputy Attorney General

ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, vs. DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, CIVIL NO. CV04-00442 HG/BMK; CONSOLIDATED; ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, vs. DEPARTMENT OF EDUCATION, State of Hawaii, CIVIL NO. CV05-00247 JMS/BMK; **CERTIFICATE OF SERVICE RE: DEFENDANT DEPARTMENT OF EDUCATION'S REQUEST FOR ANSWERS TO INTERROGATORIES TO STANLEY BOND**