Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD        1724-0
MEI-FEI KUO              7377-0
65-1230 Mamalahoa Hwy., Suite C21
Kamuela, Hawaii 96743
Telephone: (808) 885-6762
Fax: (808) 885-8065
E-mail: sfloyd@ahfi.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>PLAINTIFFS' MOTION TO COMPEL ATTENDANCE AT DEPOSITION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STANLEY E. LEVIN; EXHIBITS "A" – "H" AND CERTIFICATE OF SERVICE |

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>            Defendant. | Civil No. 05-00247 HG/BMK CONSOLIDATED (Other Civil Action) |

# PLAINTIFFS' MOTION TO COMPEL ATTENDANCE AT DEPOSITION

COME NOW, Plaintiffs above-named and for a Motion to Compel Attendance at Deposition. Plaintiffs hereby move this court for an order compelling the attendance of witnesses of a 30(b)(6) deposition. As is evident from the letters sent by counsel to Defendants that Plaintiffs have been trying to take the deposition since August, 2005. Plaintiffs now, as a last resort, seek the intervention of this court to force Defendants to select person(s) to attend the deposition(s). The sanction sought for Defendants' blatant obdurance, Plaintiffs request for the Defendants to pay for all fees and costs of this motion.

This motion is supported by the memorandum filed herewith and all exhibits filed as part of the memorandum or filed thereafter at the time of the hearing.

DATED: Honolulu, Hawaii, March 6, 2006.

/S/ STANLEY E. LEVIN
--------------------
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs