IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>               Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>               Defendants. | CIVIL NO. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>             Defendant. | CIVIL NO. 05-00247 HG/BMK CONSOLIDATED (Other Civil Action) |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1. I am one of the named attorneys in the above captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated September 15, 2005 from Stanley E. Levin to Lono Beamer.

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated November 4, 2005 from Stanley E. Levin to Lono Beamer.

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated December 12, 2005 from Stanley E. Levin to Lono Beamer.

5. Attached hereto as Exhibit D is a true and correct copy of a letter dated January 4, 2006 from Stanley E. Levin to Lono Beamer.

6. Attached hereto as Exhibit E is a true and correct copy of a letter dated February 1, 2006 from Stanley E. Levin to Lono Beamer.

7. Attached hereto as Exhibit F is a true and correct copy of a letter dated February 9, 2006 from Stanley E. Levin to Lono Beamer.

8. Attached hereto as Exhibit G is a true and correct copy of a letter dated February 10, 2006 from Stanley E. Levin to Lono Beamer.

9. Attached hereto as Exhibit H is a true and correct copy of a letter dated February 17, 2006 from Stanley E. Levin to Lono Beamer.

I declare under penalty of perjury that the above is true and correct. Executed on the 6th day of March, 2006.

/S/ STANLEY E. LEVIN
STANLEY E. LEVIN