ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai`i 96813-4317
www.DavisLevin.com

STANLEY E. LEVIN
slevin@DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 356-0418

NEIGHBOR ISLANDS
Maui: 877-7500
Hawai`i: 326-3200
Kaua`i: 245-6100

September 15, 2005

Lono P.V. Beamer, Esq.
Department of the Attorney General
235 S. Beretania Street, Room 304
Honolulu, HI 96813

RE: WILES-BOND v. DOE et. al., CIV #04-00442 HG/BMK

Dear Lono:

Pursuant to our telephone conversation the 30(b)(6) deposition will be continued for approximately a month. Also, you advised me that you have been seeking approval from your superiors to engage in mediation with Keith Hunter and will also be seeking authority and you will notify me as soon as you get word either way.

In addition, please find enclosed the a copy of the Memorandum and Order and the Settlement Agreement in Porter et al. v. Manhattan Beach for your information and review. As stated in our telephone conversation the Plaintiff's are seeking monetary damages and the facts in this case, although not identical, parallel those of Porter.

Thank you for your immediate attention to this matter. I look forward to receiving notice of your ability to engage in mediation.

Sincerely,

DAVIS LEVIN LIVINGSTON GRANDE

Stanley E. Levin

SEL/bpe
Enclosures



EXHIBIT A