# DAVIS · LEVIN
# LIVINGSTON · GRANDE

ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai'i 96813-4317

www.DavisLevin.com

STANLEY E. LEVIN
slevin@DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 356-0418
NEIGHBOR ISLANDS
Maui: 877-7500
Hawai'i: 326-3200
Kaua'i: 245-6100

December 12, 2005

**VIA FACSIMILE TRANSMISSION: 586-1488**
Lono P.V. Beamer, Esq.
Department of the Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

RE: WILES-BOND v. DOE et. al., CIV #04-00442 HG/BMK

Dear Lono:

This letter is to inquire as to the status of the responses of your client to Plaintiffs' First Request for Admissions which were originally sent to your office on August 26, 2005. I would like to receive those responses on or before December 20, 2005, since I would like to review those responses before taking the deposition of the 30(b)(6) representative. I am available to take the deposition of the 30(b)(6) representative January 4 or 5, 2006. Please call my office and make arrangements with my secretary, Debbie, concerning the date of the deposition. Thank you.

Sincerely,

**DAVIS LEVIN LIVINGSTON GRANDE**

STANLEY E. LEVIN

SEL/dm

**EXHIBIT C**