# DAVIS·LEVIN
## LIVINGSTON·GRANDE
### ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai'i 96813-4317

www.DavisLevin.com

STANLEY E. LEVIN
slevin@DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 356-0418
NEIGHBOR ISLANDS
Maui: 877-7500
Hawai'i: 326-3200
Kaua'i: 245-6100

January 4, 2006

**VIA FACSIMILE TRANSMISSION: 586-1488**
Lono P.V. Beamer, Esq.
Department of the Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

RE: WILES-BOND v. DOE et. al., CIV #04-00442 HG/BMK

Dear Lono:

This letter is a followup to my letter of December 12, 2005 requesting to reschedule to take the deposition of the Person(s) most knowledgeable at the DOE for the 30(b)(6) deposition about the following:

The skills trainer services provided and the free appropriate public education which the DOE thought that it was providing to Bryan Wiles-Bond during each of these periods of time: September, 1999 until May 21, 2001; May 22, 2001 until July 1, 2002; July 2, 2002 until May 11, 2004; May 12, 2004 until July 23, 2004; and July 24, 2004 until December 31, 2004.

Again, I would like to take this deposition as soon as possible. If you are having problems finding one person to be deposed or if there is another reason for the delay, please write me back and let me know why there is a hold up scheduling this deposition. I am available for this deposition on January 11, January 24, 25, 26 or 27. Please contact Bruce Ellis or myself immediately with dates that will accommodate your schedule. I appreciate your prompt response.

Sincerely,

**DAVIS LEVIN LIVINGSTON GRANDE**

STANLEY E. LEVIN

SEL/dm

**EXHIBIT D**