# DAVIS · LEVIN
# LIVINGSTON · GRANDE

ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai'i 96813-4317

www.DavisLevin.com

STANLEY E. LEVIN
slevin@DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 356-0418
NEIGHBOR ISLANDS
Maui: 877-7500
Hawai'i: 326-3200
Kaua'i: 245-6100

February 1, 2006

**VIA FACSIMILE TRANSMISSION: 586-1488**
Lono P.V. Beamer, Esq.
Department of the Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

RE: WILES-BOND v. DOE et. al., CIV #04-00442 HG/BMK

Dear Lono:

Almost one month ago I asked you to talk to the Department of Education and identify persons to satisfy the outstanding 30(b)(6) designation for a deposition of your client. You have delayed getting me any dates or names of potential deponents and more importantly, you have been unresponsive.

For these reasons, I have set the following date for the 30(b)(6) deposition of February 24, 2006 at 9:00 a.m. at my office. I will see you then.

Sincerely,

**DAVIS LEVIN LIVINGSTON GRANDE**

STANLEY E. LEVIN

SEL/dm

# EXHIBIT E