# DAVIS · LEVIN
# LIVINGSTON · GRANDE
### ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai'i 96813-4317

www.DavisLevin.com

STANLEY E. LEVIN
slevin@DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 356-0418
NEIGHBOR ISLANDS
Maui: 877-7500
Hawai'i: 326-3200
Kaua'i: 245-6100

February 9, 2006

**VIA FACSIMILE TRANSMISSION: 586-1488**
Lono P.V. Beamer, Esq.
Department of the Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

RE: WILES-BOND v. DOE et. al., CIV #04-00442 HG/BMK

Dear Lono:

I am writing to you because you have not as yet provided me with responses to the Request for Admissions which I sent to you and your client at the end of August, 2005. Because of the non-response by your client, I am notifying you by this letter that my office deems these admissions as admitted for this litigation.

I hope you are working on getting qualified person(s) to appear for the Rule 30(b)(6) deposition **which is scheduled to go forward on February 24** at 9:00 a.m. in my office.

Sincerely,

DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN

SEL/dm

