# DAVIS · LEVIN
# LIVINGSTON · GRANDE

ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai'i 96813-4317

www.DavisLevin.com

STANLEY E. LEVIN
slevin@DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 356-0418
NEIGHBOR ISLANDS
Maui: 877-7500
Hawai'i: 326-3200
Kaua'i: 245-6100

February 17, 2006

**VIA FACSIMILE TRANSMISSION: 586-1488**
Mr. Lono Beamer, Esq.
Deputy Attorney General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

RE: WILES-BOND v. DOE et. al., CIV. #04-00442 HG/BMK

Dear Mr. Beamer:

My last letter to you should have resolved any issue about my alerting you to the need to file responses to the request for admissions. I am unable to proceed to the 30(b)(6) deposition without it being clear that you have long passed any deadline to address the admissions. In order that this matter will be properly before the Magistrate, there must be a meet and confer. So I am alerting you now that the meet and confer is set for Wednesday, February 22 at 10 o'clock a.m.

I look forward to seeing you then.

Sincerely,

**DAVIS LEVIN LIVINGSTON GRANDE**

STANLEY E. LEVIN

SEL/dm



EXHIBIT H