IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>        Defendants. | Civil No. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>        Defendant. | Civil No. 05-00247 HG/BMK CONSOLIDATED (Other Civil Action) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on March 6, 2006, a true and correct copy of

PLAINTIFFS' MOTION TO COMPEL ATTENDANCE AT DEPOSITION

was duly served upon the following parties by the methods of service noted below to their last known address to the following:

Served by mail Postage prepaid:

Lono P.V. Beamer
Holly T. Shikada
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813
Attorneys for Defendant

DATED:   Honolulu, Hawaii, March 6, 2006.

/S/ STANLEY E. LEVIN

---

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs

2