Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD        1724-0
MEI-FEI KUO              7377-0
65-1230 Mamalahoa Hwy., Suite C21
Kamuela, Hawaii 96743
Telephone: (808) 885-6762
Fax: (808) 885-8065
E-mail: sfloyd@ahfi.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br>    Defendant. | CIVIL NO. 05-00247 JMS/BMK CONSOLIDATED (Other Civil Action)<br><br>PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION AND CERTIFICATE OF SERVICE<br><br>TRIAL: July 25, 3006 |

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                    Plaintiffs,<br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                    Defendants. | CIVIL NO. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action) |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now Plaintiffs and hereby move this court for an order which establishes that Defendants are liable to Plaintiffs in an amount to be determined by a jury herein. Plaintiffs ask this court to find that the Defendants have been deliberately indifferent to Plaintiffs' rights under the Individuals with Disabilities in Education Act (hereinafter IDEA) and Section 504 of the Rehabilitation Act of 1973. This motion is supported by the exhibits, deposition transcripts, the discovery responses, the declarations and the memorandum filed herewith.

DATED: Honolulu, Hawaii, February 22, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO
Attorneys for Plaintiffs

2