IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>             Defendants. | CIVIL NO. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>             Defendant. | CIVIL NO. 05-00247 HG/BMK CONSOLIDATED (Other Civil Action) |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1. I am one of the named attorneys in the above captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of the

pertinent pages of PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION; EXHIBITS "1" – "18", served on August 26, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of the Administrative Hearings Findings of Fact, Conclusions of Law and Decision dated May 11, 2004.

4. Attached hereto as Exhibit C is a true and correct copy of the Administrative Hearings Findings of Fact, Conclusions of Law and Decision dated July 23, 2004.

5. Attached hereto as Exhibit D is a true and correct copy of the pertinent pages of the Functional Behavioral Assessment by Kimberly Smalley dated 8/18/04.

I declare under penalty of perjury that the above is true and correct. Executed on the 22nd day of February, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN