IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　　Defendants. | CIVIL No. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | CIVIL No. 05-00247 HG/BMK CONSOLIDATED (Other Civil Action) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on February 22, 2006, a true and correct copy of Plaintiffs' Concise Statement of Facts was duly served upon the following parties means of hand delivery to their last known address to the following:

Lono P.V. Beamer
Holly T. Shikada
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813
Attorneys for Defendant


DATED:    Honolulu, Hawaii, February 22, 2006.

/S/ STANLEY E. LEVIN

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs