ORIGINAL

MARK J. BENNETT   2672
Attorney General, State of Hawaii

LONO P.V. BEAMER   6895
HOLLY T. SHIKADA   4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Phone: (808) 586-1255
Facsimile: (808) 586-1488
Email: Lono.P.Beamer@hawaii.gov

Attorneys for Defendants
Department of Education, State of
Hawaii and Alvin Rho, in his official
capacity as West Hawai'i District
Superintendent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 6 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>          Defendants. | CIVIL No. CV04-00442 HG/BMK CV05-00247 JMS-BMK (Consolidated) (Other Civil Action)<br><br>DEFENDANTS' MOTION TO CONTINUE MARCH 28, 2006 HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS "A"-"B"; CERTIFICATE OF SERVICE |

180120_1.DOC

## DEFENDANTS' MOTION TO CONTINUE MARCH 28, 2006 HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendants above-named, by and through their attorney undersigned, and respectfully requests that this Honorable Court continue the Hearing on Plaintiffs' Motion For Summary Judgment currently scheduled for March 28, 2006.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is supported by the attached declaration of counsel and the records and file in this matter.

DATED:  Honolulu, Hawaii, March _6_, 2006.


_____
LONO P.V. BEAMER
HOLLY SHIKADA
Deputy Attorneys General

Attorneys for Defendants
DEPARTMENT OF EDUCATION,
STATE OF HAWAII and ALVIN RHO