IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　　　Defendants. | CIVIL No. CV04-00442 HG/BMK<br>CV05-00247 JMS-BMK<br>(Consolidated)<br>(Other Civil Action)<br><br>MEMORANDUM IN SUPPORT OF MOTION |

## MEMORANDUM IN SUPPORT OF MOTION

On February 15, 2006, I requested a leave of absence from March 20, 2006 through March 30, 2006 for the purpose of taking care of some family matters in Miami, Florida.

On February 16, 2006, I received approval of my application for leave for the dates of March 20, 2006 through March 30, 2006. Attached as Exhibit "A" is a true and correct copy of my Application For Leave Of Absence dated February 15, 2006. Also attached as Exhibit "A" is a true and correct copy of the approval of my Application for Leave of Absence dated February 16, 2006. Prior to

180120_1.DOC

February 16, 2006 date, I made tentative arrangements for flights, hotels, and transportation during the spring break. Based upon the above approval, I paid for my flights, hotel, and transportation for myself and the rest of my family.

On February 23, 2006, I received a notice from Mr. David Hisashima regarding a Hearing Date on Motion for Summary and Partial Summary Judgment scheduled for March 28, 2006; attached as Exhibit "B" is a true and correct copy of the February 23, 2006 notice from Mr. Hisashima. Since that time, I have tried to make new arrangements regarding my leave of absence, but because those dates are "spring break" dates, making new arrangements is impossible without significant monetary loss. Upon inquiry, I am informed that cancellation fees regarding my flights, hotels and transportation will be in excess of $800.00. Further, the significance of the March 20-30, 2006 dates is my Aunt's 80th Birthday; she lives in Miami, Florida and my family and I have been invited as a surprise for her special day.

I have been assigned as counsel of record for this matter and therefore have the most knowledge of the issues herein, finding a substitute for the March 28, 2006 hearing is not a viable option given the 6 year time period of Plaintiffs' allegations. I requested a continuance of the March 28, 2006 hearing date from opposing counsel, offering dates from April 3 through 13, 2006, and was denied.

## CONCLUSION

For the above reasons, Defendants respectfully request that the instant Hearing currently scheduled on March 28, 2006, be continued until the next available date convenient for this Honorable Court.

DATED: Honolulu, Hawaii, March 6, 2006.

_____
LONO P.V. BEAMER
HOLLY SHIKADA
Deputy Attorneys General

Attorneys for Defendants
DEPARTMENT OF EDUCATION,
STATE OF HAWAII and ALVIN RHO

180120_1.DOC