IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>            Defendants. | CIVIL No. CV04-00442 HG/BMK<br>CV05-00247 JMS-BMK<br>(Consolidated)<br>(Other Civil Action)<br><br>DECLARATION OF COUNSEL |

### DECLARATION OF COUNSEL

LONO P.V. BEAMER, hereby declares under penalty of perjury that:

1. I am a Deputy Attorney General with the Department of the Attorney General and the attorney representing Defendants in the above-entitled action;

2. I make this declaration based on personal knowledge and knowledge of the records and files kept in my office in the ordinary course of business and I am competent to testify as to all matters stated herein;

3. On February 15, 2006, I requested a leave of absence from March 20, 2006 through March 30, 2006 for the purpose of taking care of some family matters in Miami, Florida;

4. On February 16, 2006, I received approval of my application for leave for the dates of March 20, 2006 through March 30, 2006;

5. Attached as Exhibit "A" is a true and correct copy of my Application For Leave Of Absence dated February 15, 2006;

6. Also attached as Exhibit "A" is a true and correct copy of the approval of my Application for Leave of Absence dated February 16, 2006;

7. Based upon the above approval I arranged my flights, hotel, transportation and other logistical matters;

8. On February 23, 2006, I received a notice from Mr. David Hisashima regarding a Hearing Date on Motion for Summary and Partial Summary Judgment scheduled for March 28, 2006; attached as Exhibit "B" is a true and correct copy of the February 23, 2006 notice from Mr. Hisashima;

9. Since that time, I have tried to make new arrangements regarding my leave of absence, but because those dates are "spring break" dates, making new arrangements is impossible without significant monetary loss; further, the significance of the March 20-30, 2006 dates is my

Aunt's 80th Birthday; she lives in Miami, Florida and my family and I have been invited as a surprise for her special day;

10. I am informed that cancellation fees regarding my flights, hotels and transportation will be in excess of $800.00;

11. I have been assigned as counsel of record for this matter and therefore have the most knowledge of the issues herein, finding a substitute for the March 28, 2006 hearing is not a viable option given the 6 year time period of Plaintiffs' allegations;

12. I requested a continuance of the March 28, 2006 hearing date from opposing counsel, offering dates from April 3 through 13, 2006, and was denied;

13. For the above reasons, I respectfully request that the instant Hearing currently scheduled on March 28, 2006, be continued until the next available date convenient for this Honorable Court.

I declare under penalty of perjury under the laws of the State of Hawaii that the foregoing is true and correct.

DATED: Honolulu, Hawaii, March 6, 2006.

_____
LONO P.V. BEAMER

180120_1.DOC