# STATE OF HAWAII

# APPLICATION FOR LEAVE OF ABSENCE

DATE  Feb 15 06

I, __Lono Beamer__ , apply for a leave of absence as follows:
(PRINT YOUR NAME CLEARLY)

a. WITH PAY, charged to __Vac__ of __64__ working hours
(TYPE OF LEAVE)

for the calendar period from __20__ __March__ __06__ to __30__ __March__ __06__ ;
(DAY) (MONTH) (YEAR)         (DAY) (MONTH) (YEAR)

b. WITHOUT PAY, for the purpose of _____
(TYPE OF LEAVE)*

for the calendar period from _____ to _____ :
(DAY) (MONTH) (YEAR)         (DAY) (MONTH) (YEAR)

A doctor's certificate _____ attached.
(IS)   (IS NOT)

(SIGNATURE OF EMPLOYEE)

Date: __06__ . Approval __(IS)__ (IS NOT) recommended.

(SIGNATURE OF SUPERVISOR)

Date: __2-16__ . Approval __(IS)__ (IS NOT) granted.

(SIGNATURE OF DEPT. HEAD)

---

THE USE OF THIS SECTION IS NOT MANDATORY.
DEPARTMENTS MAY UTILIZE ONLY SUCH ITEMS CONSIDERED NECESSARY BY THEM.

| LEAVE STATUS OF EMPLOYEE | VACATION | SICK LEAVE |
|---|---|---|
| 1. Credits accumulated as of Jan. 1, this year | | |
| 2. PLUS credit earned from Jan. 1 to date | | |
| 3. Total credits to date | | |
| 4. LESS leave taken from Jan. 1 to date | | |
| 5. NET or unused leave credit as of this date | | |
| 6. Number of days leave taken LAST YEAR | | |

## INSTRUCTIONS

1. This form is to be retained by each department for its use. Only when a specific need arises, such as an appeal hearing, will the Dept. of Personnel Services request that these forms be submitted.
2. Each department will specify the number of copies to be prepared by its employees.
3. One copy of this form will be given to the employee who has taken a leave.
4. FOR ALL LEAVES WITHOUT PAY AND SUSPENSIONS — Such cases will be reported through State DPS Form 5, to the Dept. of Personnel Services and the State Comptroller.
• Types of leaves — Such as vacation, sick, maternity, health, military, education, sabbatical, etc.


EXHIBIT A

FORM G-1 (REVISED 5/1/76)