David_Hisashima@hid.uscourts.gov

02/23/2006 09:01 AM

To lono.p.beamer@hawaii.gov, holly.t.shikada@hawaii.gov

cc

bcc

Subject CV. 05-00247HG-BMK WILES, et al. vs. DEPARTMENT OF EDUCATION, et al.

## Notices

1:05-cv-00247-HG-BMK Wiles, et al v. Department of Educat, et al

**U.S. District Court**

**District of Hawaii - CM/ECF V2.5 (11/05)**

Notice of Electronic Filing

The following transaction was received from dhh, entered on 2/23/2006 at 8:57 AM HST and filed on 2/23/2006

| | |
|---|---|
| **Case Name:** | Wiles, et al v. Department of Educat, et al |
| **Case Number:** | 1:05-cv-247 |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**
NOTICE of Hearing on Motion [22] First MOTION for Summary Judgment, and [23] First MOTION for Partial Summary Judgment: Motion Hearing set for 3/28/2006 09:00 AM in Aha Nonoi before JUDGE HELEN GILLMOR. (dhh)

The following document(s) are associated with this transaction:

EXHIBIT B

**1:05-cv-247 Notice will be electronically mailed to:**

Stanley E. Levin slevin@davislevin.com, debbie@davislevin.com

Michael K. Livingston mlivingston@davislevin.com, bette@davislevin.com

**1:05-cv-247 Notice will be delivered by other means to:**

Lonomaikalani P.V. Beamer
Department of the Attorney General
Education Division
235 S Beretania St Rm 304
Honolulu, HI 96813

Holly T. Shikada
Department of the Attorney General
Education Division
235 S Beretania St Rm 304
Honolulu, HI 96813