IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>            Defendants. | CIVIL No. CV04-00442 HG/BMK<br>CV05-00247 JMS-BMK<br>(Consolidated)<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March ___6___, 2006, a copy of the foregoing was served on the counsel for the above-identified party at his/her last known address via U.S. mail, postage prepaid as follows:

> STANLEY E. LEVIN, ESQ.
> 400 Davis Levin Livingston Grande Place
> 851 Fort Street
> Honolulu, Hawaii 96813
>
> SHELBY FLOYD, ESQ.
> 65-1230 Mamalahoa Hwy., #C21
> Kamuela, Hawaii 96743
>
> Attorneys for Plaintiff

180120_1.DOC

DATED:   Honolulu, Hawaii, March __6__, 2006.

_____
LONO P.V. BEAMER
HOLLY SHIKADA
Deputy Attorneys General

Attorneys for Defendants

180120_1.DOC