IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on March 9, 2006, a true and correct copy of PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE MARCH 28, 2006 HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT was duly served upon the following parties by the methods of service noted below to their last known address to the following:

Served by hand delivery:

Lono P.V. Beamer
Holly T. Shikada
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Attorneys for Defendant


DATED:   Honolulu, Hawaii, March 9, 2006.

    /S/ STANLEY E. LEVIN
    _____
    STANLEY E. LEVIN
    MICHAEL K. LIVINGSTON
    SHELBY ANNE FLOYD
    MEI-FEI KUO

    Attorneys for Plaintiffs