IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>          Defendants. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1. I am one of the named attorneys in the above captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of an Order Granting in Part and Denying in Part Defendants' Motion for Partial Summary Judgment and Granting Plaintiffs' Motion for Partial Summary Judgment filed on June 18, 2001. The Order was filed in the case of *Stephen L. v. LeMahieu*, Civ. No. 00-338 DAE/KSCC.

3. Attached hereto as Exhibit B is a true and correct copy of a Verdict Form of the jury in the lower court opimion from *Barnes v. Gorman*, 536 U.S. 181 (2002).

I declare under penalty of perjury that the above is true and correct.

Executed on the 10th day of March, 2006.

        /S/ STANLEY E. LEVIN

        _____
        STANLEY E. LEVIN