11/02/2004  13:22  9133411567  ARMSTRONG  PAGE 36

## VERDICT FORM

FILED
APR 08 1999

Note:   Complete this form by writing in the names required by your verdict.

On the discrimination claim of plaintiff Jeffrey Gorman against defendants Dr. Stacey Daniels-Young, Jeffrey J. Simon, Joseph J. Mulvihill, Dennis C. Eckold and Mayor Emanuel Cleaver II in their official capacities as members of the Board of Police Commissioners of Kansas City, Missouri (hereafter referred to as the "Board of Police Commissioners") as submitted in Instruction No. __16__, we find in favor of

__(signed) Plaintiff Jeffrey Gorman__        _____
(Plaintiff Jeffrey Gorman)   or   (Defendant Board of Police Commissioners)

Note:   Complete the following paragraphs only if you found in favor of plaintiff Jeffrey Gorman. If the above finding is in favor of defendant Board of Police Commissioners, sign and date this form on page three because you have completed your deliberation on this claim.

We find plaintiff Jeffrey Gorman's damages as defined in Instruction No. __18__ to be: $__1,034,817.33__ (stating the amount or, if you find plaintiff's damages have no monetary value, write in the nominal amount of one dollar ($1.00)).

ORIGINAL

EXHIBIT __B__

Document #__179__

Note:   The sum written on page one of this Verdict Form should reflect your award for all of the categories of damages listed on Instruction No. __18__.

Note:   If the sum written on page one of this Verdict Form exceeds one dollar ($1.00), please itemize the damages on the following portion of the Verdict Form. Otherwise, proceed to page three of this Verdict Form.

We, the jury, have awarded damages for each of the categories listed in Instruction No. __18__ as set forth below:

__42,566.33__    for medical expenses

__342,251.60__   for lost past wages

__500,000.00__   for lost future wages

__150,000.00__   for physical pain, suffering, humiliation, inconvenience or emotional anguish

Having found in plaintiff's favor on his claim of discrimination, we assess punitive damages against defendant, as submitted in Instruction No. __20__, as follows:

$ __1,200,000.00__ (stating the amount or, if none, write the word "none").

_Susan M. Jacobi_         _Donald W. Bears_

_Amanda Schultz_          _Edward T. Strickland_

_Ida B. Linley_           _Steven L. Scott_

Date: _April 8, 1999_