**ORIGINAL**

MARK J. BENNETT   2672
Attorney General, State of Hawaii

GARY K.H. KAM   4391
HOLLY T. SHIKADA   4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Phone:  (808) 586-1255
Facsimile:  (808) 586-1488
Email:  Gary.K.Kam@hawaii.gov

Attorneys for Defendants
Department of Education, State of
Hawaii and Alvin Rho, in his official
capacity as West Hawai'i District
Superintendent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>    Defendants. | CIVIL No. CV04-00442 HG/BMK<br>CV05-00247 JMS-BMK<br>(Consolidated)<br>(Other Civil Action)<br><br>WITHDRAWAL OF DEFENDANTS' MOTION TO CONTINUE MARCH 28, 2006 HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT FILED MARCH 6, 2006; CERTIFICATE OF SERVICE |

WITHDRAWAL OF DEFENDANT'S MOTION TO
CONTINUE MARCH 28, 2006 HEARING ON
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
FILED MARCH 6, 2006

Defendants hereby withdraws its Motion to Continue March 28, 2006 Hearing on Plaintiffs' Motion for Summary Judgment, filed on March 6, 2006.

DATED: Honolulu, Hawaii, March 10, 2006.

_____
GARY K.H. KAM
Deputy Attorney General

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                    Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                    Defendants. | CIVIL No. CV04-00442 HG/BMK<br>CV05-00247 JMS-BMK<br>(Consolidated)<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that a copy hereof was served upon the following individuals by mailing the same to them, postage prepaid, at the following addresses on March 10, 2006:

> SHELBY ANNE FLOYD, ESQ.
> 74-5620 Palani Rd., Suite 104
> Kailua-Kona, HI 96740
>
> Attorney for Plaintiffs

181641_1.DOC

STANLEY E. LEVIN, ESQ.
Davis Levin Livingston Grande
851 Fort Street, Suite 400
Honolulu, Hawaii 96813

Attorney for Plaintiffs


_____
GARY K.H. KAM
Deputy Attorney General

Attorney for Defendants