ORIGINAL

MARK J. BENNETT                 2672
Attorney General

GARY K. KAM                     4391
GEORGE S.S. HOM                 2487
CARON M. INAGAKI                3835
CHRISTINE E. SAVAGE             7788
HOLLY T. SHIKADA                4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Telephone: (808)586-1255
Facsimile: (808)586-1488
E-Mail:   Gary.K.Kam@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at __o'clock and __min.__M
SUE BEITIA, CLERK

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>            Defendants. | CIVIL NO. 04-00442 HG/BMK<br>CIVIL NO. 05-00247 JMS/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF HOLLY T. SHIKADA; EXHIBITS "A" – "D"; CERTIFICATE OF SERVICE<br><br>HEARING<br>Date:   March 28, 2006<br>Time:   9:00 a.m.<br>Judge:  Hon. Helen Gillmor<br>Trial:  July 26, 2006 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. 04-00442 HG/BMK<br>CIVIL NO. 05-00247 JMS/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>TABLE OF CONTENTS |

TABLE OF CONTENTS

|   |   | Page No. |
|---|---|---|
| TABLE OF AUTHORITIES . . . . . . . . . . . . . | | iii |
| I. | INTRODUCTION . . . . . . . . . . . . . . | 1 |
| II. | SUMMARY JUDGMENT STANDARD . . . . . . . . | 3 |
| III. | ARGUMENT . . . . . . . . . . . . . . . . | 4 |
| | A. There Are Genuine Issues of Material Fact That Preclude The Granting of Plaintiffs' Motion . . | 4 |
| | B. Plaintiffs Cannot Recover Under Section 504 For The Mere Denial Of FAPE. . . . . . . . . . . . . . | 5 |
| |    1. Section 504 Prohibits Only Intentional Discrimination. . | 7 |

i

      2.   A Mere Denial of FAPE Is Insufficient to Establish Intentional Discrimination Under § 504. . . . . . . . .   10

      3.   Plaintiffs Cannot Meet Their Burden Of Proving Intentional Discrimination Under § 504. . . . . . . . . . . .   15

   C.   Plaintiffs Fail To Meet The Statutory Requirement That The Discrimination Was "Solely By Reason Of Disability." . . . . . .   18

   D.   Plaintiffs Fail To Meet the § 504 Requirement Of "Otherwise Qualified." . . . . . . . . . . .   20

IV.   CONCLUSION . . . . . . . . . . . . . .   21

TABLE OF AUTHORITIES

| Case | Page No. |
| --- | --- |
| Alexopulos by Alexopulos v. Riles, 784 F.2d 1408 (9th Cir. 1986) | 12 |
| Celotex Corp. v. Catrett, 477 U.S. 317 (1986) | 3 |
| DeHorney v. Bank of America Nat. Trust and Sav. Ass'n, 879 F.2d 459 (9th Cir. 1989) | 3 |
| Dempsey v. Ladd, 840 F.2d 638 (9th Cir. 1987) | 11 |
| Doe v. Arlington County School Board, 41 F.Supp.2d 599 (E.D. Va. 1999) | 10, 13 |
| Doe by Gonzales v. Maher 793 F.2d 1470 (9th Cir. 1986) | 12, 15 |
| Duvall v. County of Kitsap, 260 F.3d 1124 (9th Cir. 2001) | 7 |
| E.W. and E.W. v. The School Bd. of Miami-Dade County Fla., 307 F.Supp.2d 1363 (S.D. Fla. 2004) | 13 |
| Ferguson v. City of Phoenix, 157 F.3d 668 (9th Cir. 1998) | 8 |
| Galloway v. Superior Court of the District of Columbia, 816 F.Supp. 12 (D. D.C. 1993) | 5 |
| Grzan v. Charter Hosp. Of N.W. Ind., 104 F.3d 116 (7th Cir. 1997) | 19, 20, 21 |
| High Tech Gays v. Defense Industry Security Clearing Office, 895 F.2d 563 (9th Cir. 1990) | 3 |

Hoekstra v. Independent Sch. Dist. No. 283,
    103 F.3d 624 (8th Cir. 1996) . . . . . . .   13, 14

Johnson by Johnson v. Thompson,
    971 F.2d 1487 (10th Cir. 1992) . . . . . .   19, 21

Lovell v. Chandler,
    303 F.3d 1039 (9th Cir. 2002) . . . . . . .   8, 9

Lunceford v. D.C. Bd. Of Educ.,
    745 F.2d 1577 (D.C. Cir. 1984) . . . . .   10

Mark H. v. LeMahieu,
    372 F.Supp.2d 591 (D. Haw. 2005) . . . .   11

Memmer v. Marin County Courts,
    169 F.3d 630 at 633 (9th Cir. 1999) . . .   9, 15

Midgett v. Tri County Metropolitan Trans.
    Dist. Of Oregon, 254 F.3d 846
    (9th Cir. 2001) . . . . . . . . . . . . .   9

Monahan v. Nebraska,
    687 F.2d 1164 (8th Cir. 1982) . . . . . .   10, 13

Moubry v. Independent School Dist. 696,
    9 F.Supp.2d 1086 (D. Minn. 1998) . . . . .   15

MS. S. v. Vashon Island School District,
    337 F.3d 1115, 1125 n. 14
    (9th Cir. 2003) . . . . . . . . . . . . .   13

National State Bank v. Federal Reserve Bank,
    979 F.2d 1979 (3rd Cir. 1992) . . . . . .   3

N.L. v. Knox County Schs.,
    315 F.3d 688 (6th Cir. 2003) . . . . . . .   10, 12,
                                                  13

Powers v. MJB Acquisition Corp.,
    184 F.3d 1147 (10th Cir. 1999) . . . . . .   11

Ramon v. Soto,
    916 F.2d 1377 (9th Cir. 1989) . . . . . .   12, 15


Robb v. Bethel School Dist. # 403,
    308 F.3d 1047 (9th Cir. 2002) . . . . . .   6

School Dist. Of Wisconsin Dells v. Z.S.,
    184 F.Supp.2d 860 (W.D. Wis. 2001) . . .    6

Sellers v. The Sch. Bd. Of the City of
    Manassas, Virginia,
    141 F.3d 524 (4th Cir. 1998) . . . . . . .  10, 13,
                                                14, 15

Smith v. Isle of Wight County School Board,
    284 F.Supp.2d 370 (E.D. VA. 2003) . . . .   2, 14

Southeastern Cmty Coll. v. Davis,
    442 U.S. 397 (1979) . . . . . . . . . . .   20

Weinreich v. Los Angeles Metro.
    Transp. Auth., 114 F.3d 976
    (9th Cir. 1997) . . . . . . . . . . . . .   11

Witte v. Clark County District,
    197 F.3d 1271 (9th Cir. 1999) . . . . . .   6


CONSTITUTION, STATUTES, RULES and REGULATIONS:

29 U.S.C. § 794(a) . . . . . . . . . . . . . .  4

42 U.S.C. § 1981a . . . . . . . . . . . . . .   7

§ 501 of the federal Rehabilitation Act,
    29 U.S.C. § 794 . . . . . . . . . . . . .   6, 7

§ 504 of the federal Rehabilitation Act,
    29 U.S.C. § 794 . . . . . . . . . . . . .   passim

Title V of the Rehabilitation Act of 1973 . .   12