IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>  Defendants. | CIVIL NO. CV04-00442 HB/BMK (CONSOLIDATED) (Other Civil Action)<br><br>DECLARATION OF HOLLY T. SHIKADA; EXHIBITS "A" – "D" |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>  Defendant. | CIVIL NO. CV05-00247 JMS/BMK (CONSOLIDATED) (Other Civil Action) |

## DECLARATION OF HOLLY T. SHIKADA

I, HOLLY T. SHIKADA, hereby declare and state that:

1. I am an attorney licensed to practice in Hawaii, and employed as a deputy attorney general by the Department of the Attorney General, State of Hawaii.

2. Attached as Exhibit "A" hereto is a true and complete copy of the Declaration of Kelly Stern. The original will be filed upon receipt by my office.

3. Attached as Exhibit "B" is a true and complete copy of the Declaration of Linda Price. The original will be filed upon receipt by my office.

4. Attached as Exhibit "C" is a true and complete copy of the Declaration of Judith A. Radwick. The original will be filed upon receipt by my office.

Attached as Exhibit "D" is a true and complete copy of the Declaration of Katherine Tolentino and the Exhibit "1" attached thereto. The original will be filed upon receipt by my office.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, March 10, 2006.

_____
HOLLY T. SHIKADA