IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV04-00442 HB/BMK (CONSOLIDATED) (Other Civil Action)<br><br>DECLARATION OF KATHERINE TOLENTINO; EXHIBIT "1" |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendant. | CIVIL NO. CV05-00247 JMS/BMK (CONSOLIDATED) (Other Civil Action) |

**DECLARATION OF KATHERINE TOLENTINO**

I, KATHERINE TOLENTINO, hereby declare and state that:

1. I am the Principal at Honoka'a Elementary School.

2. At all times relevant hereto, I was one of the District Educational Specialist for the Department of Education, State of Hawaii, West Hawaii District.

EXHIBIT D

3. I have personal knowledge of the facts set forth herein and can testify to the same.

4. At the request of the parents of Bryan Wiles-Bond, West Hawaii District procured the services of Pacific Child and Family Associates, a California based company, to do an assessment and provide the necessary services to Bryan.

5. To the best of my knowledge and understanding, Pacific Child and Family Associates had experience and expertise in working with students with autism.

6. Attached as Exhibit "1" hereto is a true and complete copy of the Proposal from Pacific Child and Family Associates dated November 5, 2004, sent to the West Hawaii District regarding their assessment and proposal for services.

7. The West Hawaii District was ready, willing, and able to pay the one hundred ninety-one thousand six hundred seventy dollars ($191,670.00) Pacific Child and Family Associates quoted as the total cost for a one-year program based on a 35-hour per week program.

8. The services of Pacific Child and Family Associates were never procured for the one-year program because the Wiles-Bond family informed West Hawaii District that they were relocating from Hawaii to the mainland.

9. Alvin Rho was the West Hawaii Complex Area Superintendent at the time Pacific Child and Family Associates did their assessment and sent their proposal.

10. Alvin Rho approved the expenditure of the funds to procure the services of Pacific Child and Family Associates.

11. Alvin Rho has since retired from the Department of Education.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Honoka'a, Hawaii, March 10, 2006.

_____
KATHERINE TOLENTINO

3