IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. 04-00442 HG/BMK<br>CIVIL NO. 05-00247 JMS/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy hereof was served upon the following individuals by mailing the same to them, postage prepaid, at the following addresses on March 10, 2006:

    SHELBY ANNE FLOYD, ESQ.
    74-5620 Palani Rd., Suite 104
    Kailua-Kona, HI  96740

    STANLEY E. LEVIN, ESQ.
    Davis Levin Livingston Grande
    851 Fort Street, Suite 400
    Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

                                          */s/ Holly T. Shikada*
                                          HOLLY T. SHIKADA
                                          Deputy Attorney General

                                          Attorney for Defendants