ORIGINAL

Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON  4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD    1724-0
MEI-FEI KUO                    7377-0
65-1230 Mamalahoa Hwy., Suite C21
Kamuela, Hawaii 96743
Telephone: (808) 885-6762
Fax: (808) 885-8065
E-mail: sfloyd@ahfi.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES AND INTERROGATORIES<br><br>(Pacific Child and Family Associates March 24, 2006 at 10:00 a.m.)<br><br>TRIAL DATE: July 25, 2006 |

## CERTIFICATE OF SERVICE RE: RE:
## NOTICE OF TAKING DEPOSITION UPON WRITTEN
## INTERROGATORIES AND INTERROGATORIES

IT IS CERTIFIED that on March 10, 2006, a true and correct copy of NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES AND INTERROGATORIES was duly served upon the following party by the methods of service noted to their last known address:

Served by Hand Delivery to:

Gary K. H. Kam, Esq.
Holly T. Shikada, Esq.
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

Attorneys for Defendant

DATED:   Honolulu, Hawaii, March 10, 2006.

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs