

# PACIFIC CHILD

## & FAMILY ASSOCIATES A Psychology Corporation

Revised Proposal: Bryan Wiles Bond
November 5, 2004

Based upon the direct observation of Brian Wiles Bond that occurred in the home and school settings on October 21, 2004, the contract with Pacific Child and Family Associates will be for a three-month period. A status meeting will occur at ten weeks with all IEP team members present. This meeting will allow everyone a chance to assess Bryan's progress early in the treatment and review program and intervention effectiveness on both the target and goal behaviors. The extension of services past the initial three-month period will be based on Bryan's progress.

Initially, the behavioral program will be intensive in both the home and school. This is an overly cautious position. During my observation, I received many conflicting reports about Bryan's problem behaviors that did not match the behavior I observed. Few demands were placed on him that day; consequently, it is difficult to determine how demands will affect him. The goal is for the intensity of services to fade as Bryan progresses.

For the first six weeks, two therapists will work with Bryan for seven hours a day. In addition to the two therapists, the parents must hire a caretaker who will be in the home when the therapists are present and the parents are not at home. This staffing ratio is necessary in order to ensure the safety of both the staff members and Bryan himself. The expectation is that this caretaker will handle all cleaning, cooking, diapering, and transportation. If there is a community component, the caretaker or parents must accompany the therapist on the outings and provide the transportation. It is recommended that community outings not occur until Bryan's progress is confirmed by the agency supervisor or clinical director.

The location of the treatment can occur in the home or the school if it is in the isolated classroom. If treatment is to be at school, it is initially recommended that a wall or partition divide Bryan from the rest of the classroom for safety purposes. A predetermined, designated safe place for Bryan to have a tantrum without causing damage to self, others, and property is critical. All dangerous items should be removed from the class, and materials should be stored in a locked closet. A list will be provided

EXHIBIT __/__

LOS ANGELES
410 Arden Avenue, #203
Glendale, CA 91203
tel 818-241-6780
fax 818-241-6853

ORANGE COUNTY
17461 Irvine Blvd. Suite A
Tustin, CA 92680
cel 714-241-3886

BAY AREA
CHILD DEVELOPMENT ASSOC.
1720 S. Amphelett Blvd. #225
San Mateo, CA 94402
tel 650-655-7619
fax 650-655-7610

EAST BAY
2261 Morello Ave. Suite C1
Pleasant Hill, CA 94523
tel 925-691-7232
fax 925-691-7132

regarding materials needed once an inventory is completed. It was mentioned that many new materials were recently ordered. Toileting is a concern at school because the bathroom is so far from that classroom.

In order for Bryan to reenter the present classroom setting, baseline requirements will include that Bryan will not be aggressive toward others for one month, that Bryan be habit trained for toileting every 20 minutes with no more than one accident a day for one month, and he is able to follow commands without a tantrum 80% of the time with different therapists and parents.

Regarding staffing, Christy Edwards is familiar with Bryan and his sign language skills. We would agree to hire her with the following requirements: She will be on probation for a three-month period and will remain employed pending a three-month performance evaluation. Prior to working with Bryan, Ms. Edwards will need to undergo our hiring and training procedures. This includes a background and reference check demonstrating that she has no criminal record. Compensation will also need to be mutually agreeable.

## Suggested intense DTT program

The curriculum will include academics, language, receptive language, expressive language, self-help (toileting, bathing, eating, dressing, brushing teeth), PECS, American Sign Language, gross motor and fine motor, independent living activities, and sensory and OT activities. Finally, behavior modification strategies will target tantrums, aggression, feces smearing, pica, spitting, and other behaviors that might interfere with Bryan's ability to learn.

The program will consist of a seven-hour day completed in segments. Drills will take place for ten trials each with a short break between trials. The breaks will also be structured for Bryan and will include sensory or OT activities. The therapists will require a thirty-minute break for lunch with two short breaks in the morning and afternoon. The therapists will rotate in and out of the home every three hours. Two therapists will be present at all times and a third adult, a caretaker, will be present and will handle cleaning, cooking meals, and transportation. All staff will be trained in DTT, PECS, Shadow Aide, and PART.

A lead therapist and a supervisor will be assigned to the case.

A "Drill Book" will be created and designed by the Supervisor. This book will include the curriculum, data collection, and a behavior plan. Data will be recorded for each drill and for all target behaviors. The IEP goals will be listed in the book and progress will be noted on each goal each day.

Parent training and parent involvement is crucial to the success of the program. The parents are considered to be an integral part of the team and will be active participants in the behavioral program. The parents will learn to do "drills" with Bryan when they are

available in the evening and during the weekends and will need to be consistent with the therapists and all team members and will follow the behavior plan.

## Caveats

The following conditions will need to be met prior to PCFA starting the behavioral program:

> A complete medical evaluation will include specifics about urination frequency, diet deficiencies, and allergies. A dental exam is also highly recommended. PCFA will need to have access to all reports and findings.

> A psychiatric evaluation in order to determine the potential effectiveness of pharmacological intervention. PCFA will need to have access to all reports and findings.

> A psychological evaluation that includes nonverbal measures of cognitive functioning. PCFA will need to have access to all reports and findings.

> The classroom needs to be organized for safety as mentioned above. The home environment also needs to be restructured, e.g., the doors that were damaged need to be replaced with doors that Bryan cannot break down.

> A Reinforcement Survey will need to be completed ahead of time. A wide selection of primary and secondary reinforcers needs to be available both at home and school during each session. We need to know ahead of time who will be providing these reinforcers.

## Staffing

**Supervisor:** Full time for six weeks to hire and train staff, develop and manage curriculum, and work as a therapist. The supervisor will fade out to bi-monthly after the initial six-week period. On a bi-monthly basis the supervisor will travel to Kona to supervise the case for three full days. At which time team meetings will be held. The supervisor will also monitor the case via the video monitoring system three hours a week when not in Kona. There will be phone consultation during this time.

Rate for the first six-week period: $9,000.00

## Training

The initial training will be one week long and will take place during the first week of services. The training will encompass three days for PCFA New Staff Training and two days for PART training. We are willing to include up to ten school staff who will work with Bryan. It is required that the entire team be trained together and include, but not

limited to, the supervisor, the therapists, the caretaker, the classroom teacher, and the parents.

Rate for the training: $1,600.00 plus airfare and hotel

**Therapists** (Skills Trainers)

Seven hours a day, five days a week, two trainers at a time @ $45.00/ hour

The therapist will be paid for training.

Rate for initial three-month period: $37,800.00 ($151,200 for one year)
Meetings: $7,020.

Remote Supervision equipment: $3,500.

IEP's Supervision at $75/hour.

**Total Costs projected for one year of services**

Supervision six weeks $9000
Ongoing supervision from California via video: 3hrs/wk @$75/hr x 46 weeks=
$10,350.00
Bimonthly trip to Kona: 3 days (24 hrs) x 5 weeks x $75.00= $9,000.00
Training $1,600.00
Therapists $151,200.00
Meetings $7,020.00
Remote Supervision equipment $3,500.00

**TOTAL: $191,670.00 based on a 35-hour weekly program**

Please feel free to call me if you have any questions or need additional clarifications.

Sincerely,

Cara Entz, M.A., MFT
Clinical Director