IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　　Defendants. | CIVIL NO. 04-00442 HG/BMK<br>CIVIL NO. 05-00247 JMS/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof was served upon the following individuals by mailing the same to them, postage prepaid, at the following addresses on March 10, 2006:

　　　SHELBY ANNE FLOYD, ESQ.
　　　74-5620 Palani Rd., Suite 104
　　　Kailua-Kona, HI  96740

　　　STANLEY E. LEVIN, ESQ.
　　　Davis Levin Livingston Grande
　　　851 Fort Street, Suite 400
　　　Honolulu, Hawaii  96813

　　　Attorneys for Plaintiffs

　　　　　　　　　　　　_____
　　　　　　　　　　　　HOLLY T. SHIKADA
　　　　　　　　　　　　Deputy Attorney General

　　　　　　　　　　　　Attorney for Defendants