Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN         1152-0
MICHAEL K. LIVINGSTON    4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD       1724-0
MEI-FEI KUO             7377-0
65-1230 Mamalahoa Hwy., Suite C21
Kamuela, Hawaii 96743
Telephone:  (808) 885-6762
Fax:  (808) 885-8065
E-mail:  sfloyd@ahfi.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>PLAINTIFFS' MOTION TO STRIKE DECLARATIONS FOR NON-COMPLIANCE WITH RULE 56(e); MEMORANDUM IN SUPPORT OF MOTION AND CERTIFICATE OF SERVICE<br><br>TRIAL DATE: July 25, 2006 |

# PLAINTIFFS' MOTION TO STRIKE DECLARATIONS FOR NON-COMPLIANCE WITH RULE 56(e)

COME NOW, Plaintiffs above-named and for a Motion to Strike Declarations for Non-Compliance with Rule 56(e). Plaintiffs hereby move this court for an order striking the following paragraphs of the following Declarations. Said Declarations were attached to Defendants' Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment and to the Concise Statement of Facts filed by Defendants herein. Those portions violating Rule 56(e) are as follows:

Exhibit A: Kelly Stern, paragraphs 5, 10 and 14.

Exhibit B: Linda Price, paragraph 11.

Exhibit C: Judy Rathwick, paragraphs 8 to 19.

Exhibit D: Katherine Tolentino, paragraph 8.

Defendants' Concise Statement of Facts, paragraphs 2 to 4.

This motion is supported by the memorandum filed herewith and all exhibits filed as part of the memorandum or filed thereafter at the time of the hearing.

DATED: Honolulu, Hawaii, March 17, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO
Attorneys for Plaintiffs