IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

     IT IS CERTIFIED that on March 17, 2006, a true and correct copy of REPLY TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT was duly served upon the following parties by the methods of service noted below to their last known address:

Served by mailed/U.S. Postage:

Gary K. H. Kam, Esq.
Holly T. Shikada, Esq.
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Attorneys for Defendant


DATED:   Honolulu, Hawaii, March 17, 2006.

                /S/ STANLEY E. LEVIN
                _____
                STANLEY E. LEVIN
                MICHAEL K. LIVINGSTON
                SHELBY ANNE FLOYD
                MEI-FEI KUO

                Attorneys for Plaintiffs