Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD        1724-0
MEI-FEI KUO                       7377-0
74-5620 Palani Rd., Suite 104
Kailua-Kona, Hawaii 96740
Telephone:  (808) 326-7979
Fax:  (808) 326-4779
E-mail:  sfloyd@ahfi.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　　　Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>SUBMISSION OF DECLARATION OF DR. KIMBERLY SMALLEY IN SUPPORT OF PLAINTIFFS' CONCISE STATEMENT OF FACTS FILED ON FEBRUARY 22, 2006; DECLARATION OF DR. KIMBERLY SMALLY AND CERTIFICATE OF SERVICE<br><br>TRIAL:  July 25, 2006 |

SUBMISSION OF DECLARATION OF DR. KIMBERLY
SMALLEY IN SUPPORT OF PLAINTIFFS' CONCISE
STATEMENT OF FACTS FILED ON FEBRUARY 22, 2006

Plaintiffs, by and through their undersigned attorneys, hereby file the original Declaration of Dr. Kimberly Smalley.  Dr. Smalley's Declaration authenticates her report dated August 18, 2004 which is Exhibit "D" to Plaintiffs' Concise Statement of Facts filed on February 22, 2006.

DATED:  Honolulu, Hawaii, March 21, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiff