IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br>    Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DECLARATION OF DR. KIMBERLY SMALLEY |

## DECLARATION OF DR. KIMBERLY SMALLEY

I, DR. KIMBERLY SMALLEY, declare as follows:

1. My name is Dr. Kimberly Smalley I have been hired by the Department of Education through my affiliation with different agencies in Hawaii to conduct functional behavior assessments on many disabled children in Hawaii.

2. I was subcontractor through Child and Family Services to do just that for Bryan W. and I have attached hereto a true and correct copy of the report I did on Bryan in August 2004.

3. I understand that this declaration will be used in a current federal court case to authenticate my report of August.2004.

I declare under penalty of perjury that the above is true and correct.

Executed on the 13 day of March, 2006.

_____
DR. KIMBERLY SMALLEY