ORIGINAL

MARK J. BENNETT          2672
Attorney General
State of Hawai`i

GARY K.H. KAM            4391
GEORGE S.S. HOM          2487
CARON M. INAGAKI         3835
CHRISTINE E. SAVAGE      7788
HOLLY T. SHIKADA         4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i  96813
Tel. (808) 586-1255
Fax. (808) 586-1488
E-Mail: Gary.K.Kam@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 6 2006

at 3 o'clock and 25 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>          Defendants. | CIVIL NO. 04-00442 HG/BMK<br>CIVIL NO. 05-00247 JMS/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>SUBMISSION OF ORIGINAL DECLARATION OF KATHERINE TOLENTINO ATTACHED AS EXHIBIT "D" TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT FILED MARCH 10, 2006; CERTIFICATE OF SERVICE |

SUBMISSION OF ORIGINAL DECLARATION OF
KATHERINE TOLENTINO ATTACHED AS
EXHIBIT "D" TO DEFENDANTS' MEMORANDUM
IN OPPOSITION TO PLAINTIFFS' MOTION FOR
PARTIAL SUMMARY JUDGMENT FILED MARCH 10, 2006

Defendants, by and through their undersigned attorneys,

hereby file the original Declaration of Katherine Tolentino

previously attached in facsimile as Exhibit "D" to Defendants'

Memorandum In Opposition To Plaintiffs' Motion For Partial

Summary Judgment, filed March 10, 2006.

DATED:  Honolulu, Hawaii, March 15, 2006.


HOLLY T. SHIKADA
GARY K.H. KAM
Deputy Attorneys General

Attorneys for Defendant