IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV04-00442 HB/BMK (CONSOLIDATED) (Other Civil Action)<br><br>DECLARATION OF LINDA PRICE |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>Defendant. | CIVIL NO. CV05-00247 JMS/BMK (CONSOLIDATED) (Other Civil Action) |

## DECLARATION OF LINDA PRICE

I, LINDA PRICE, hereby declare and state that:

1.    I am the District Educational Specialist for the

Department of Education, State of Hawaii, West Hawaii District.

2.    Prior to entering into my current position, I was

the administrator for the West Hawaii office of the Child and
Family Services.

3.    I have a Doctor of Education, Special Education,
degree from the University of Washington.

4.    I supervised the Washington State Autism Project for
one and a half years before I moved to Hawaii.  I have consulted
with schools for ten years on various special education issues,
including students with autism.

5.    While with Child and Family Services, we placed ads on
the agency's website and ran ads in the newspaper.

6.    There were very few applicants and we interviewed
everyone who applied.  Three applicants accepted the position
and started the training process, but resigned after the job
shadow phase.

7.    Child and Family Services sent at least four skills
trainers for Plaintiffs to interview:  Bill Beljean, Jamie
Straley, Duncan Galland, and Heather Schwob.  We were having
difficulty finding skills trainers to work with Plaintiffs'
family due to the parents' request to approve the skills
trainers.

8.    Duncan Galland was not approved by the parents.

9.    Jamie Straley was approved, but was expected

to work in the home without an adult present.  The Department of Education required that we have an adult in the home whenever we worked with the child.

10.    Heather Schwob was not approved by the parents.

11.    The skills trainers also stated that the environment in Plaintiffs' home was unsanitary and unclean.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  Kealakekua, Hawaii,  _March 10, 2006._

_____
LINDA PRICE