**ORIGINAL**

MARK J. BENNETT                2672
Attorney General

GARY K.H. KAM                  4391
GEORGE S.S. HOM                2487
CARON M. INAGAKI               3835
CHRISTINE E. SAVAGE            7788
HOLLY T. SHIKADA               4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813
Telephone: (808) 586-1255
Facsimile: (808) 586-1488
E-mail: Gary.K.Kam@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2006

at 2 o'clock and 50 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. 04-00442 HG/BMK<br>CIVIL NO. 05-00247 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO DETERMINE THAT THE REQUEST FOR ADMISSIONS ARE DEEMED ADMITTED; DECLARATION OF GEORGE S.S. HOM; EXHIBITS "A" - "D"; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: April 7, 2006<br>Time: 2:00 p.m.<br>Judge: Hon. Barry M. Kurren |

DEFENDANTS' MEMORANDUM IN OPPOSITION TO
PLAINTIFFS' MOTION TO DETERMINE THAT
THE REQUEST FOR ADMISSIONS ARE DEEMED ADMITTED

Defendants Department of Education, State of Hawaii and Alvin Rho, by and through their attorneys, hereby submit Defendants' Memorandum in Opposition to Plaintiffs' Motion to Determine That the Request for Admissions Are Deemed Admitted.

Plaintiffs' state, and Defendants acknowledge, that counsel had a LR 37.1(a) Meet and Confer meeting on February 22, 2006 ("Meet and Confer"). See Plaintiffs' Motion to Determine That the Request for Admissions Are Deemed Admitted ("Motion") at p. 3 and the Declaration of George S.S. Hom ("Hom Declaration") at ¶ 8. Although the discussions at the Meet and Confer related only to the identification of the FRCP Rule 30(b)(6) deponent, Mr. Hom advised Mr. Levin that Defendants were working on the responses to the admissions and that Mr. Levin would receive the responses by Friday, February 24, 2006. Id. Mr. Levin did not voice any objection to the receipt of the response to the admissions on Friday, February 24, 2006. Id.

Despite Defendants statement that the responses to the admissions would be forthcoming on Friday, February 24, 2006, Defendants sent out and Plaintiffs received the responses on Thursday, February 23, 2006. And, although the Certificate of Service indicates that Defendants mailed the responses to Plaintiffs' counsel on Thursday, February 23, 2006, Defendants

also faxed a copy of the responses to Plaintiffs' counsel on Thursday, February 23, 2006. <u>See</u> the Certificate of Service and the Facsimile Confirmation documents attached hereto as Exhibits "C" and "D," respectively.

The Facsimile Confirmation documents (Exhibit "D") show that the responses were faxed to Plaintiffs' counsel at 1:32 p.m. on Thursday, February 23, 2006 and received by Plaintiffs' counsel at 1:37 p.m. that same day. The Notice of Electronic Filing received by Defendants' counsel shows that Plaintiffs' counsel filed the instant motion after receipt of Defendants' responses by facsimile. The instant motion was filed at 4:51 p.m. on Thursday, February 23, 2006.

The purpose of the LR 37.1 meet and confer requirement is for counsel to make "a good faith effort to limit the disputed issues and, if possible, eliminate the necessity for a motion or expedited discovery assistance." <u>See</u> LR 37.1(a). Any objection to Defendants submitting the responses to the admissions by Friday, February 24, 2006, should have been discussed at the Meet and Confer held on Wednesday, February 22, 2006.

For the foregoing reasons, Defendants respectfully request that Plaintiffs' Motion be denied.

DATED:   Honolulu, Hawaii, May 20, 2006.

_____
HOLLY T. SHIKADA
Deputy Attorney General

Attorney for Defendants