

LINDA LINGLE
GOVERNOR

MARK J. BENNETT
ATTORNEY GENERAL

LISA M. GINOZA
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1500

February 10, 2006

<u>VIA FACSIMILE TRANSMISSION:  356-0418</u>

Stanley E. Levin, Esq.
851 Fort Street
Honolulu, Hawaii 96813

Re:  Wiles-Bond v. DOE et. al.

    My office is in receipt of your February 9, 2006 letter regarding your requests for admissions. Your office granted extensions of time for both the admissions and the depositions in anticipation of working out a settlement. Through at least two letters from our office in September we thanked you for the extension of time and as of September 29, 2005 requested proposed dates for the admissions. There was no response from your office. Further, Respondent has not agreed to the February 24, 2006 deposition date unilaterally scheduled by your office.

    Thank you for your time and consideration.

Sincerely,

Lono P.V. Beamer
Deputy Attorney General

EXHIBIT A