

LINDA LINGLE
GOVERNOR

MARK J. BENNETT
ATTORNEY GENERAL

LISA M. GINOZA
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1500

March 2, 2006

Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street, 4th Floor
Honolulu, Hawaii  96813

    Re:  Wiles-Bond v. DOE, Civil No. 04-442 and
         Wiles-Bond v. DOE, Civil No. 05-247 (Consolidated)

Dear Mr. Levin:

    This letter memorializes the parties' meet and confer teleconference conducted on Wednesday, February 22, 2006.  We advised you that we would be forwarding to you the Defendants' Answers to Admissions by Friday, February 24, 2006.  You expressed no objection to receiving the admission responses by that date.  The Responses to the Admissions were sent to you the following day (Thursday, February 23, 2006).  We also informed you that we have not yet been able to identify the FRCP Rule 30(b)(6) deponent and asked for more time to find the appropriate person or persons.  Other than Mr. Ellis' questions about our efforts to secure the deponent since October, 2005, you expressed no objection to postponing the deposition.

    We are making a good faith effort to cooperate with you in discovery in this case.  We apologize for any inconvenience this may have caused you.

    Thank you for your cooperation.

                              Very truly yours,

                              George S. S. Hom
                              Deputy Attorney General

180495_1.DOC                    EXHIBIT B