Job number : 811    *** SEND SUCCESSFUL ***



LINDA LINGLE
GOVERNOR

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
235 S. BERETANIA STREET, ROOM 304
HONOLULU, HAWAII 96813
(808) 586-1255

MARK J. BENNETT
ATTORNEY GENERAL

LISA M. GINOZA
FIRST DEPUTY ATTORNEY GENERAL

## FAX TRANSMITTAL

DATE: February 23, 2006

TO: Shelby Anne Floyd, Esq.
Fax No. 808-885-8065

Stanley E. Levin, Esq.
Fax No. 545-7802

FROM: Lono P.V. Beamer, Esq.
Department of the Attorney General
Fax No. 586-1488

15 Page(s) to follow

MESSAGE:

Re: Wiles-Bond vs. DOE, et al.
Defendant's Response To Plaintiffs' First Request For
Admissions To Defendant Department Of Education;
Certificate Of Service (file-stamped)

Original [ X ] will [ ] will not be mailed to you.

If there are any problems receiving this message, please contact:

NAME: Danell Lewis          PHONE NO.: (808) 586-1255

WARNING:
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us at the above address via U.S. postal service. Thank you.

EXHIBIT D

Group Send Report

Time    : Feb-23-06  02:00pm
Tel line :
Name    :

Job number      : 811

Date            : Feb-23 01:32pm

Document pages  : 15

Start time      : Feb-23 01:32pm

End time        : Feb-23 01:37pm

Successful

    Fax number

☎918088858065
☎95457802

Unsuccessful

Pages sent



LINDA LINGLE
GOVERNOR

MARK J. BENNETT
ATTORNEY GENERAL

LISA M. GINOZA
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
DEPARTMENT OF THE ATTORNEY GENERAL
235 S. BERETANIA STREET, ROOM 304
HONOLULU, HAWAII 96813
(808) 586-1255

## FAX TRANSMITTAL

DATE:    February 23, 2006

TO:      Shelby Anne Floyd, Esq.
         Fax No. 808-885-8065

         Stanley E. Levin, Esq.
         Fax No. 545-7802

FROM:    Lono P.V. Beamer, Esq.
         Department of the Attorney General
         Fax No. 586-1488

         15 Page(s) to follow

MESSAGE:

*Re: Wiles-Bond vs. DOE, et al.*
*Defendant's Response To Plaintiffs' First Request For*
*Admissions To Defendant Department Of Education;*
*Certificate Of Service (file-stamped)*

Original [ X ] will [ ] will not be mailed to you.

If there are any problems receiving this message, please contact:

NAME:  Danell Lewis                PHONE NO.:  (808) 586-1255

WARNING:
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us at the above address via U.S. postal service. Thank you.