IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. 04-00442 HG/BMK<br>CIVIL NO. 05-00247 JMS/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof was served upon the following individuals by mailing the same to them, postage prepaid, at the following addresses on March 20, 2006:

> SHELBY ANNE FLOYD, ESQ.
> 74-5620 Palani Rd., Suite 104
> Kailua-Kona, HI  96740
>
> STANLEY E. LEVIN, ESQ.
> Davis Levin Livingston Grande
> 851 Fort Street, Suite 400
> Honolulu, Hawaii  96813
>
> Attorneys for Plaintiffs

_____
HOLLY T. SHIKADA
Deputy Attorney General

Attorney for Defendants