IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, | CIVIL NO. CV 05-00247 HG/BMK CIVIL NO. CV 04-00442 HG/BMK Consolidated (Other Civil Action) |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on March 24, 2006, a true and correct copy of the

Reply in Support of Plaintiffs' Motion to Determine that the Request for

Admissions are Deemed Admitted was duly served upon the following parties

by the methods of service noted below to their last known address:

Served by mailed/U.S. Postage:

Gary K. H. Kam, Esq.
Holly T. Shikada, Esq.
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Attorneys for Defendant


DATED:    Honolulu, Hawaii, March 24, 2006.

/S/ STANLEY E. LEVIN

_____

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs