Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD     1724-0
MEI-FEI KUO                   7377-0
74-5620 Palani Rd., Suite 104
Kailua-Kona, Hawaii 96740
Telephone:  (808) 326-7979
Fax:  (808) 326-4779
E-mail:  sfloyd@ahfi.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>          Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>SPECIAL APPEARANCE OF COUNSEL AND CERTIFICATE OF SERVICE<br><br><br><br><br><br>TRIAL: July 25, 2006 |

## SPECIAL APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that Carl M. Varady, Esq. shall be added as special counsel of record in the above-entitled case.  Carl Varady will be appearing with Stanley E. Levin as counsel for Plaintiffs for the hearing on Plaintiffs' Motion for Partial Summary Judgment set for Tuesday, March 28, 2006 at 9:00 a.m.  Carl Varady's address and phone number are as follows:

CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813
Telephone:  (808) 523-8447
E-mail: carl@varadylaw.com

This special appearance of counsel is a one time appearance for Plaintiffs' Motion for Partial Summary Judgment only.  Since this is a special appearance of counsel, Mr. Varady will not be counsel of record for Plaintiffs after the hearing on March 28, 2006.

DATED:  Honolulu, Hawaii, March 24, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs