IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on March 24, 2006, a true and correct copy of the

Special Appearance of Counsel was duly served upon the following parties by

the methods of service noted below to their last known address:

Served by mailed/U.S. Postage:

Gary K. H. Kam, Esq.
Holly T. Shikada, Esq.
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Attorneys for Defendant


DATED:     Honolulu, Hawaii, March 24, 2006.


                              /S/ STANLEY E. LEVIN

                              _____

                              STANLEY E. LEVIN
                              MICHAEL K. LIVINGSTON
                              SHELBY ANNE FLOYD
                              MEI-FEI KUO

                              Attorneys for Plaintiffs