IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00442 HB/BMK (CONSOLIDATED) (Other Civil Action)<br><br>SUPPLEMENTAL DECLARATION OF HOLLY T. SHIKADA; EXHIBITS "E" - "J" |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　　Defendant. | CIVIL NO. CV05-00247 JMS/BMK (CONSOLIDATED) (Other Civil Action) |

**DECLARATION OF HOLLY T. SHIKADA**

I, HOLLY T. SHIKADA, hereby declare and state that:

1.　I am an attorney licensed to practice in Hawaii, and employed as a deputy attorney general by the Department of the Attorney General, State of Hawaii.

2. Attached as Exhibit "E" hereto is a true and complete copy of the Declaration of William Beljean. The original will be filed upon receipt by my office.

3. Attached as Exhibit "F" is a true and complete copy of the Declaration of Barbara Coffman. The original will be filed upon receipt by my office.

4. Attached as Exhibit "G" is a true and complete copy of the Declaration of Rebecca Pierson. The original will be filed upon receipt by my office.

5. Attached as Exhibit "H" is a true and complete copy of the Declaration of Richi Stallard. The original will be filed upon receipt by my office.

6. Attached as Exhibit "I" is a true and complete copy of the Supplemental Declaration of Kelly Stern. The original will be filed upon receipt by my office.

7. Attached as Exhibit "J" is a true and complete copy of the Supplemental Declaration of Katherine Tolentino. The original will be filed upon receipt by my office.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

    DATED: Honolulu, Hawaii, March 23, 2006.

*[signature]*
HOLLY T. SHIKADA