IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV04-00442 HB/BMK (CONSOLIDATED) (Other Civil Action)<br><br>DECLARATION OF BARBARA COFFMAN |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>Defendant. | CIVIL NO. CV05-00247 JMS/BMK (CONSOLIDATED) (Other Civil Action) |

## DECLARATION OF BARBARA COFFMAN

I, BARBARA COFFMAN, hereby declare and state that:

1. I was one of the skills trainers retained by the State of Hawaii, Department of Education to work with Bryan Wiles-Bond.

EXHIBIT F

2. I have personal knowledge and if called upon, can testify as to the matters contained herein.

3. I provided skills trainer services to Bryan Wiles-Bond in 2002. Although I worked with Bryan for only a couple of months, from October 2002 to December 2002, I worked with him three days a week from two to six hours at a time.

4. I provided skills trainer services to Bryan in the family home.

5. While I was servicing Bryan, Bryan's parents would be absent and I would be left alone with Bryan. On one such occasion, Bryan closed his bedroom door when I entered the room. The door had a locking mechanism on it, which could only be opened from the outside. There were bars on the windows. I was locked in the room with Bryan for approximately four hours.

6. While working with Bryan in the family home, the home was unsanitary and unclean.

   a. There were roaches in Bryan's living area, including dead roaches that remained in his room for several days.

   b. The toilet seat in the bathroom adjacent to Bryan's main living area was broken and the toilet was covered with old urine. During the time I was there

2

working with Bryan, I never observed that the toilet had been cleaned. There was no toilet tissue and the toilet was clogged and unusable on several occasions.

c. Bryan slept on a inflatable rubber mattress, which was taken out and hosed off most mornings because of the urine; however, the floor around the mattress was not cleaned.

d. The snacks that I was allowed to give Bryan were kept in a pantry off the kitchen connected to Bryan's living area. The pantry was filled with old food and other discarded items. It smelled very badly. Bryan's snacks were always in the original bag and not sealed in any way. I observed many roaches in this area.

7. The family members lived upstairs in the home and Bryan's living space was downstairs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Kealakekua, Hawaii, March 23, 2006.

_____
BARBARA COFFMAN

3