IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV04-00442 HB/BMK (CONSOLIDATED) (Other Civil Action)<br><br>SUPPLEMENTAL DECLARATION OF KATHERINE TOLENTINO |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>Defendant. | CIVIL NO. CV05-00247 JMS/BMK (CONSOLIDATED) (Other Civil Action) |

### SUPPLEMENTAL DECLARATION OF KATHERINE TOLENTINO

I, KATHERINE TOLENTINO, hereby declare and state that:

1. I am the Principal at Honoka'a Elementary School.

2. At all times relevant hereto, I was one of the District Educational Specialist for the Department of Education, State of Hawaii, West Hawaii District.



EXHIBIT J

3. I am a trained and certified teacher of the deaf and have extensive experience with American Sign Language.

4. I have personal knowledge of the facts set forth herein and can testify to the same.

5. Plaintiffs continuously interfered with the procurement of qualified persons to provide services to Bryan; yet when it served their interests they hired a person like Ms. Edwards with a bachelor's degree in anthropology and little to no experience in autism or ASL.

6. I have personally observed Bryan Wiles-Bond and can attest that Bryan was unable to sign in American Sign Language.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Honoka'a, Hawaii, March 22, 2006.

*Katherine Tolentino*
KATHERINE TOLENTINO

2