# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 28, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK |
| | CV 05–00247HG-BMK |
| CASE NAME: | ANN KIMBALL WILES, et al. vs. DEPARTMENT OF EDUCATION, STATE OF HAWAII, et al. |
| ATTYS FOR PLA: | Carl M. Varady |
| | Stanley E. Levin |
| ATTYS FOR DEFT: | Holly Shikada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | March 28, 2006 | TIME: | 9:00 - 10:20 |

COURT ACTION: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT -
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT -

Arguments held.

The motions are taken under advisement.

Submitted by: David H. Hisashima, Courtroom Deputy