MARK J. BENNETT 2672
Attorney General
State of Hawai'i

GARY K.H. KAM 4391
GEORGE S.S. HOM 2487
CARON M. INAGAKI 3835
CHRISTINE E. SAVAGE 7788
HOLLY T. SHIKADA 4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai'i 96813
Phone: (808) 586-1255
Facsimile: (808) 586-1488
Email: Gary.K.Kam@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV04-00442 HG/BMK<br>CIVIL NO. CV05-00247 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: DFENDANT DEPARTMENT OF EDUCATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ANN KIMBALL WILES |

183647_1.DOC

## CERTIFICATE OF SERVICE RE: DEFENDANT DEPARTMENT OF EDUCATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ANN KIMBALL WILES

I HEREBY CERTIFY that a copy hereof will be served upon the following individual by facsimile and mailing the same day, U.S. mail, postage prepaid, to the address indicated below, on March 24, 2006.

SHELBY ANNE FLOYD, ESQ.
Alston Hunt Floyd & Ing
74-5620 Palani Road, Suite 104
Kailua-Kona, HI 96740
Fax: (808) 885-8065

STANLEY E. LEVIN, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Fax: (808) 545-7802

Attorneys for Plaintiffs

DATED: Honolulu, Hawai`i, March 24, 2006.

_____
GEORGE S.S. HOM
Deputy Attorney General

Attorney for Defendants