IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. 04-00442 HG/BMK<br>CIVIL NO. 05-00247 JMS/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a copy of Submission of Original Supplemental Declaration of Katherine Tolentino Attached As Exhibit "J" To Defendants' Supplemental Separate And Concise Statement Of Facts Filed March 23, 2006 was served upon the following individuals by mailing the same to them, postage prepaid, at the following addresses on March 28 , 2006:

      SHELBY ANNE FLOYD, ESQ.
      74-5620 Palani Rd., Suite 104
      Kailua-Kona, HI  96740

STANLEY E. LEVIN, ESQ.
Davis Levin Livingston Grande
851 Fort Street, Suite 400
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


_Holly T. Shikada_

GARY K.H. KAM
HOLLY T. SHIKADA
Deputy Attorneys General

Attorneys for Defendants