IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>       Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>       Defendants. | CIVIL NO. CV04-00442 HB/BMK (CONSOLIDATED) (Other Civil Action)<br><br>SUPPLEMENTAL DECLARATION OF KELLY STERN |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>       Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>       Defendant. | CIVIL NO. CV05-00247 JMS/BMK (CONSOLIDATED) (Other Civil Action) |

## SUPPLEMENTAL DECLARATION OF KELLY STERN

I, Kelly A. Stern, hereby declare and state that:

1.    I was the Clinical Supervisor and Program Manager for The Institute for Family Enrichment ("TIFFE") in Kealakekua, Hawaii.  I have a Masters Degree in Clinical Psychology.

2.    I began working for TIFFE in February 3, 2003 and resigned from my position on August 1, 2005.

3.    I have personal knowledge of the efforts made by TIFFE to recruit and provide skills trainers ("ST's") for Bryan Wiles-Bond.

4.    Plaintiffs refused the services of a skills trainer I found for the Department of Education to refer to the family. That skills trainer was refused because she was pregnant, despite the fact that she was working with a child similarly situated as Bryan.

5.    Plaintiffs also refused the services of another skills trainer I found for the Department of Education to refer to the family because the Plaintiffs felt this individual was "too religious."  He had an advanced degree in Theology and certification as a behavior specialist who worked with children with autism.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:   Kealakekua, Hawaii,   _March 23, 2006_.

_KELLY A. STERN_
KELLY A. STERN