IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV04-00442 HB/BMK (CONSOLIDATED) (Other Civil Action)<br><br>DECLARATION OF REBECCA PIERSON |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendant. | CIVIL NO. CV05-00247 JMS/BMK (CONSOLIDATED) (Other Civil Action) |

**DECLARATION OF REBECCA PIERSON**

I, REBECCA PIERSON, hereby declare and state that:

    1.   I worked with Bryan Wiles-Bond when I was a special education teacher at Kealakehe Elementary School.

    2.   I am currently an Autism Resource Teacher in the West Hawaii District Office.

3. I have personal knowledge and if called upon, can testify as to the matters contained herein.

4. I was Bryan's special education teacher from SY 2000 to 2003.

5. On numerous occasions, Bryan was sent to school with obvious health conditions, including but not limited to, communicable staph infection, vomiting, diarrhea, and varying eye infections. Plaintiffs refused to keep Bryan home on such occasions.

6. Parents refusal of skills trainers who were referred to them by the Department of Education was unreasonable and irrational.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Kealakehe, Hawaii, 3/22/06.

REBECCA PIERSON