IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV04-00442 HB/BMK (CONSOLIDATED) (Other Civil Action)<br><br>DECLARATION OF WILLIAM BELJEAN |
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>Defendant. | CIVIL NO. CV05-00247 JMS/BMK (CONSOLIDATED) (Other Civil Action) |

**DECLARATION OF WILLIAM BELJEAN**

I, WILLIAM BELJEAN, hereby declare and state that:

1. I was one of the skills trainers retained by the State of Hawaii, Department of Education to work with Bryan Wiles-Bond and am known as "Bill".

2. I have personal knowledge and if called upon, can testify as to the matters contained herein.

3. I provided skills trainer services to Bryan Wiles-Bond from June 26, 2003 to January 27, 2004.

4. Bryan was sent to school with diarrhea and vomiting where sanitary conditions presented health and safety challenges for me and others in the school.

5. On numerous occasions, Bryan was sent to school with obvious health conditions, including but not limited to, a communicable staph infection, vomiting, diarrhea, and varying eye infections. Plaintiffs refused to keep Bryan home on such occasions. I felt this created a risk to my own health.

6. In addition to the providing services for Bryan in school, I also provided skills trainer services to Bryan in the family home.

7. While working with Bryan in the family home, the home was unsanitary and unclean.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  Kealakekua, Hawaii, _23 March 2006_.


_____
WILLIAM BELJEAN