ORIGINAL

MARK J. BENNETT        2672
Attorney General
State of Hawai`i

GARY K.H. KAM          4391
GEORGE S.S. HOM        2487
CARON M. INAGAKI       3835
CHRISTINE E. SAVAGE    7788
HOLLY T. SHIKADA       4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i  96813
Tel. (808) 586-1255
Fax. (808) 586-1488
E-Mail: Gary.K.Kam@hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2006

at 2 o'clock and 30 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. 04-00442 HG/BMK<br>CIVIL NO. 05-00247 JMS/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>SUBMISSION OF ORIGINAL DECLARATION OF BARBARA COFFMAN ATTACHED AS EXHIBIT "F" TO DEFENDANTS' SUPPLEMENTAL SEPARATE AND CONCISE STATEMENT OF FACTS FILED MARCH 23, 2006; CERTIFICATE OF SERVICE |

SUBMISSION OF ORIGINAL DECLARATION OF
BARBARA COFFMAN ATTACHED AS EXHIBIT "F"
TO DEFENDANTS' SUPPLEMENTAL SEPARATE AND
CONCISE STATEMENT OF FACTS FILED MARCH 23, 2006

Defendants, by and through their undersigned attorneys, hereby file the original Declaration of Barbara Coffman previously attached in facsimile as Exhibit "F" to Defendants' Supplemental Separate And Concise Statement Of Facts, filed March 23, 2006.

DATED: Honolulu, Hawaii, March 28, 2006.

_/s/ Holly T. Shikada_
HOLLY T. SHIKADA
GARY K.H. KAM
Deputy Attorneys General

Attorneys for Defendant