ORIGINAL

MARK J. BENNETT          2672
Attorney General
State of Hawai`i

HOLLY T. SHIKADA         4017
GARY K. H. KAM           4391
GEORGE S. S. HOM         2487
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i 96813
Phone:  (808) 586-1255
Facsimile:  (808) 586-1488

Attorneys for Defendants
DEPARTMENT OF EDUCATION,
State of Hawai`i, and ALVIN RHO,
West Hawaii District Superintendent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 3 2006

at 3 o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV04-00442 HG/BMK<br>(Other Civil Action)<br>CONSOLIDATED<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION |

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>Defendant. | CIVIL NO. CV05-00247 JMS/BMK<br>(Other Civil Action) |

## CERTIFICATE OF SERVICE RE: DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION

I HEREBY CERTIFY that a copy hereof will be served upon the following individual by facsimile and mailing the same, postage prepaid, to the address indicated below, on April 3, 2006.

> SHELBY ANNE FLOYD, ESQ.
> Alston Hunt Floyd & Ing
> Carter Professional Center
> 65-1230 Mamalahoa Highway, Suite C-21
> Kamuela, Hawaii 96743
> Fax: (808) 885-8065
>
> STANLEY E. LEVIN, ESQ.
> 400 Davis Levin Livingston Grande Place
> 851 Fort Street
> Honolulu, Hawaii 96813
>
> Attorneys for Plaintiffs
>
>
> DATED: Honolulu, Hawai`i, April 3, 2006.

_____
GEORGE S. S. HOM
Deputy Attorney General

Attorney for Defendant
DEPARTMENT OF EDUCATION

ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, vs. DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, CIVIL NO. CV04-00442 HG/BMK; CONSOLIDATED; ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, vs. DEPARTMENT OF EDUCATION, State of Hawaii, CIVIL NO. CV05-00247 JMS/BMK; **CERTIFICATE OF SERVICE RE: DEFENDANT'S RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION**