

```
MARK J. BENNETT           2672
Attorney General

GARY K.H. KAM             4391
HOLLY T. SHIKADA          4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Telephone:  (808) 586-1255
Facsimile:  (808) 586-1488
E-mail:     Holly.T.Shikada@hawaii.gov
```

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. 04-00442 HG/BMK<br>CIVIL NO. 05-00247 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL ATTENDANCE AT DEPOSITION; DECLARATION OF HOLLY T. SHIKADA; EXHIBITS "A" AND "B"; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:  April 21, 2006<br>Time:  2:00 p.m.<br>Judge: Hon. Barry M. Kurren |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL ATTENDANCE AT DEPOSITION**

COME NOW Defendants' Department of Education, State of Hawaii and Alvin Rho ("Defendants"), by and through their attorneys, hereby submit their Memorandum in Opposition to

Plaintiffs' Motion to Compel Attendance At Deposition, filed ("Motion").

The Department of the Attorney General has been seeking the appropriate deponent for Plaintiffs' Federal Rules of Civil Procedure 30(b)(6) ("30(b)(6)") notice of deposition. Unfortunately, Alvin Rho, one of the named defendants in this case has retired from the Department of Education and is not authorized to serve as the 30(b)(6) deponent for Defendants. Moreover, there have been various individuals working on this case, with the West Hawaii District Office having had at least three (3) District Educational Specialists during the time periods specified by Plaintiffs.

Upon learning that Defendants had still not designated a 30(b)(6) deponent, I immediately began discussions with the various district personnel to identify the most appropriate person or persons. Although I have been involved in various aspects of this case previously, I was neither involved in nor aware of the discovery aspects of this case until very recently. As soon as reasonably possible, I engaged in discussions with district personnel and was able to ascertain three (3) individuals to serve as the 30(b)(6) deponents for the time periods for which Plaintiffs are seeking information. By letter dated March 30, 2006, a letter was sent to Plaintiffs' counsel designating the Defendants' 30(b)(6) deponents. A copy of the

letter is attached hereto as Exhibit "A". The letter was delivered to Plaintiffs' counsel by both regular mail and facsimile on March 30, 2006. Attached hereto as Exhibit "B" is the confirmation sheet for the facsimile delivery on March 30, 2006.

    As Defendants' have designated the 30(b)(6) deponents, Defendants' respectfully request that Plaintiffs' Motion be denied.

    DATED:   Honolulu, Hawaii, April 3, 2006.

_____
HOLLY T. SHIKADA
Deputy Attorney General

Attorney for Defendants