

**LINDA LINGLE**
GOVERNOR

**MARK J. BENNETT**
ATTORNEY GENERAL

**LISA M. GINOZA**
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
235 BERETANIA STREET, RM. 304
Leiopapa A Kamehameha Building
HONOLULU, HAWAII 96813
**EDUCATION DIVISION**
TELEPHONE: (808) 586-1255
FACSIMILE: (808) 586-1488

March 30, 2006

VIA FACSIMILE (545-7802) AND REGULAR MAIL
Mr. Stanley E. Levin, Esq.
Davis Levin Livingston Grande
851 Fort Street, 4th Floor
Honolulu, Hawaii  96813

      Re:  Ann Kimball Wiles, et al. v. Department of
           Education, et al.; Civil No. 04-00442 HG/BMK and
           Civil No. 05-00247 HG/BMK

Dear Mr. Levin:

    The Defendants have identified the Department of
Education's 30(b)(6) witnesses that you have been seeking.  The
following witnesses have been designated for the following time
periods:

        Judith Radwick - 1999 through July 2004
        Katherine Tolentino - July 2004 through October 2004
        Linda Price - October 2004 through December 2004

    Please let me know what dates and times you propose for
each of their depositions.

    If you have any questions, please feel free to contact me.

                Very truly yours,

                Holly T. Shikada
                Deputy Attorney General

c:   Art Souza

EXHIBIT A