Confirmation Report - Memory Send

Time       : Mar-30-06  03:20pm
Tel line   :
Name       :

| | | |
|---|---|---|
| Job number | : | 535 |
| Date | : | Mar-30 03:01pm |
| To | : | 95457802 |
| Document pages | : | 02 |
| Start time | : | Mar-30 03:01pm |
| End time | : | Mar-30 03:02pm |
| Pages sent | : | 02 |
| Status | : | OK |

Job number    : 535              \*\*\* SEND SUCCESSFUL \*\*\*

LINDA LINGLE
GOVERNOR



MARK J. BENNETT
ATTORNEY GENERAL

LISA M. GINOZA
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII
DEPARTMENT OF THE ATTORNEY GENERAL**
235 S. BERETANIA STREET, ROOM 304
HONOLULU, HAWAII 96813
(808) 586-1255

FAX TRANSMITTAL

DATE:   March 30, 2006

TO:     Stanley Levin
        Fax No. 545-7802

FROM:   Holly Shikada
        Department of the Attorney General
        Fax No. 586-1488

        1 Page(s) to follow

MESSAGE:  Re: Ann Kimball Wiles, et al. v. Department of Education, et al.

        Original [x] will [ ] will not be mailed to you.

If there are any problems receiving this message, please contact:
NAME: Cheryl Oeda                         PHONE NO.: (808) 586-1255

**WARNING:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us at the above address via U.S. postal service. Thank you.



EXHIBIT B