ORIGINAL

MARK J. BENNETT        #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM         #4391-0
GEORGE S. S. HOM      #2487-0
CARON M. INAGAKI      #3835-0
CHRISTINE E. SAVAGE   #7788-0
HOLLY T. M. SHIKADA   #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
DANIEL K. OBUHANYCH  #7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANTS DEPARTMENT OF EDUCATION, STATE OF HAWAII AND ALVIN RHO; and CERTIFICATE OF SERVICE**<br><br>TRIAL: July 25, 2006 |

NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANTS
DEPARTMENT OF EDUCATION, STATE OF HAWAII AND ALVIN RHO

Please take notice that the law firm of WATANABE ING & KOMEIJI LLP, hereby enters its appearance as co-counsel on behalf of Defendants DEPARTMENT OF EDUCATION, STATE OF HAWAII and ALVIN RHO, in his official capacity as West Hawaii District Superintendent.

DATED:  Honolulu, Hawaii, _____APR 0 6 2006_____.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

GARY K.H. KAM
GEORGE S.S. HOM
CARON M. INAGAKI
CHRISTINE E. SAVAGE
HOLLY T. SHIKADA

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

|  |  |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following attorneys by mailing same on this date to their last known address:

**STANLEY E. LEVIN, ESQ.**
400 Davies Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813

　　　and

**SHELBY ANNE FLOYD, ESQ.**
**MEI-FEI KUO, ESQ.**
65-1230 Mamalahoa Highway; Suite C21
Kamuela, Hawaii 96743

Attorneys for Plaintiffs


DATED: Honolulu, Hawaii, _____APR 0 6 2006_____.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

GARY K.H. KAM
GEORGE S.S. HOM
CARON M. INAGAKI
CHRISTINE E. SAVAGE
HOLLY T. SHIKADA

Attorneys for Defendants

---

Ann Kimball Wiles, et al. Plaintiffs vs. Department of Education, State of Hawaii, et al., Defendants; Civil No. 04-00442 HG/BMK and Civil No. 05-00247 HG/BMK (Consolidated); Certificate of Service