ORIGINAL

MARK J. BENNETT   2672
Attorney General, State of Hawaii

HOLLY T. SHIKADA   4017
GARY K. H. KAM         4391
GEORGE S. S. HOM     2487
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii  96813
Phone:  (808) 586-1255
Facsimile:  (808) 586-1488

Attorneys for Defendants
Department of Education, State of
Hawaii and Alvin Rho, in his official
capacity as West Hawai'i District
Superintendent

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2006

at ___ o'clock and  8  min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                    Defendants. | CIVIL No. CV04-00442 HG/BMK<br>CV05-00247 JMS-BMK<br>(Consolidated)<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINITFFS' FIRST REQUEST FOR PRODUCTION OF DOUCMENTS TO DEFENDANT DEPARTMENT OF EDUCATION |

### CERTIFICATE OF SERVICE RE: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINITFFS' FIRST REQUEST FOR PRODUCTION OF DOUCMENTS TO DEFENDANT DEPARTMENT OF EDUCATION

I HEREBY CERTIFY that a copy of the foregoing was served upon the following individual by mailing the same, postage prepaid, to the address indicated below, on April 6, 2006.

SHELBY ANNE FLOYD, ESQ.
Alston Hunt Floyd & Ing
Carter Professional Center
65-1230 Mamalahoa Highway, Suite C-21
Kamuela, Hawaii 96743
Fax: (808) 885-8065

STANLEY E. LEVIN, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813

Attorneys for Plaintiffs

DATED: Honolulu, Hawai`i, April 6, 2006.

GEORGE S. S. HOM
Deputy Attorney General

Attorney for Defendant
DEPARTMENT OF EDUCATION,
STATE OF HAWAII