Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN              1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD       1724-0
MEI-FEI KUO                        7377-0
74-5620 Palani Rd., Suite 104
Kailua-Kona, Hawaii 96740
Telephone:  (808) 326-7979
Fax:  (808) 326-4779
E-mail:  sfloyd@ahfi.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY              4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, <br><br>                        Plaintiffs, | CIVIL NO. CV 05-00247 HG/BMK <br> CIVIL NO. CV 04-00442 HG/BMK <br> Consolidated (Other Civil Action) <br><br> REPLY TO PLAINTIFFS' MOTION TO COMPEL ATTENDANCE AT |

|  |  |
|---|---|
| vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | DEPOSITION AND CERTIFICATE OF SERVICE<br><br>DATE:   April 21, 2006<br>TIME:   2:00 p.m.<br>JUDGE:  Barry M. Kurren<br><br>TRIAL DATE: July 25, 2006 |

## REPLY TO PLAINTIFFS' MOTION TO COMPEL ATTENDANCE AT DEPOSITION

Defendants have finally complied with Plaintiffs' request made upon them initially in August of 2005. Plaintiffs did allow for a substantial period from August to December 2005 in which the attorney for the State had to sort out the difficulties and try to locate deponent(s). Attached as Exhibit "C" to Plaintiffs' Motion to Compel Attendance at Deposition is a letter dated December 12, 2005. That letter is a clear demand to comply with the rules to provide a Rule 30(b)(6) deponent.

Ever since December 2005, Plaintiffs have written letters, e-mails, and made phone calls to Defendants' counsel. The Defendants did not comply with the rules and designate a deponent until March 30, 2006. A copy of which is attached as Exhibit "A" to Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel Attendance at Deposition.

This Motion was filed on March 6, 2006 and it still took the State another twenty-four days in which to formally notify Plaintiffs of whom the Defendants

2

selected for the depositions. Because of the huge effort that the State has caused Plaintiffs to force the issue of who will appear at the 30(b)(6) deposition, which the State is already required to do, Plaintiffs ask that the Defendants' request to deny Plaintiffs' Motion to Compel Attendance at Deposition be rejected. Plaintiffs also request that the court order Defendants to pay for Plaintiffs' attorneys' fees and costs as provided for in Rule 37.

DATED: Honolulu, Hawaii, April 10, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO

Attorneys for Plaintiffs

3