Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD     1724-0
MEI-FEI KUO                   7377-0
74-5620 Palani Rd., Suite 104
Kailua-Kona, Hawaii 96740
Telephone:  (808) 326-7979
Fax:  (808) 326-4779
E-mail:  sfloyd@ahfi.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY          4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                                Plaintiffs, | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE REGARDING PLAINTIFFS' |

|  |  |
|---|---|
| vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                    Defendants. | FOURTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION |

CERTIFICATE OF SERVICE REGARDING PLAINTIFFS'
FOURTH REQUEST FOR ADMISSIONS TO
DEFENDANT DEPARTMENT OF EDUCATION


IT IS CERTIFIED that on April 14, 2006, a true and correct copy of the PLAINTIFFS FOURTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION was duly served upon the following parties by the methods of service noted below to their last known address:

Served by mail, Postage prepaid to:

Gary K. H. Kam, Esq.
George S.S. Hom, Esq.
Holly T. Shikada, Esq.
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

Served by mail, Postage prepaid to:

John T. Komeiji, Esq.
Gregg M. Ushiroda, Esq.
Daniel K. Obuhanych, Esq.
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, April 14, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO
CARL M. VARADY

Attorneys for Plaintiffs