# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00442HG-BMK AND CV 05-00247HG-BMK

CASE NAME:        Wiles v. DOE

ATTYS FOR PLA:    Stanley E. Levin, Carl M. Varady

ATTYS FOR DEFT:   John T. Komeiji, Gregg M. Ushiroda, Holly Shikada

INTERPRETER:

JUDGE:   Barry M. Kurren           REPORTER:   C6 no record

DATE:    4/17/2006                 TIME:       2 - 2:20

COURT ACTION:  EP: Status Conference held.  Parties reminded to meet and confer over discovery matters.  Any matters that cannot be resolved will be heard on 4-21-06.  Plaintiff's depo to be taken in California.  Per Varady, Shelby Anne Floyd will be withdrawing from the case.

Submitted by Richlyn Young, Courtroom Manager