ORIGINAL

371540.2
MARK J. BENNETT      #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM        #4391-0
GEORGE S. S. HOM     #2487-0
HOLLY T. M. SHIKADA #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI     #2498-0
GREGG M. USHIRODA    #5868-0
DANIEL K. OBUHANYCH #7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at __3__o'clock and _08_min_____.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>          Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S INITIAL DISCLOSURES; CERTIFICATE OF SERVICE**<br><br><br>**TRIAL: July 25, 2006** |

**DEFENDANTS DEPARTMENT OF EDUCATION
AND ALVIN RHO'S INITIAL DISCLOSURES**

Defendants DEPARTMENT OF EDUCATION and ALVIN RHO
(hereinafter "Defendants"), by and through their counsel,
Watanabe Ing & Komeiji LLP hereby submit their initial
disclosures pursuant to Rule 26.1(a)(1) of the Federal Rules of
Civil Procedure.

I.   <u>WITNESSES</u>

        1.    Ann Kimball Wiles
              c/o Davis Levin Livingston Grande
              400 Davis Levin Livingston Grande Place
              851 Fort Street
              Honolulu, Hawaii  96813

        2.    Stanley Bond
              c/o Davis Levin Livingston Grande
              400 Davis Levin Livingston Grande Place
              851 Fort Street
              Honolulu, Hawaii  96813

        3.    Bryan Wiles-Bond
              c/o Davis Levin Livingston Grande
              400 Davis Levin Livingston Grande Place
              851 Fort Street
              Honolulu, Hawaii  96813

        4.    Brother of Bryan Wiles-Bond
              c/o Davis Levin Livingston Grande
              400 Davis Levin Livingston Grande Place
              851 Fort Street
              Honolulu, Hawaii  96813

        5.    Alvin Rho
              Former West Hawaii Complex Area
               Superintendent
              c/o Watanabe Ing & Komeiji LLP
              First Hawaiian Center
              999 Bishop Street, 23rd Floor
              Honolulu, Hawaii 96813

6.   Art Souza
     West Hawaii Complex Area Superintendent
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

7.   Naomi Shiraishi
     Speech Pathologist
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

8.   Linda Price
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

9.   William "Bill" Beljean
     Skills Trainer
     75-309 Malulani Drive
     Kailua-Kona, Hawaii  96740

10.  Karen Johnston
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

11.  Barbara Coffman
     Program Director
     Child & Family Service
     81-6587 Mamalahoa Highway
     Kealakekua, Hawaii 96750

12.  Sheri Adams
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

13.  Judith Radwick
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

14.   Kate Tolentino
      Principal
      Honokaa Elementary School
      c/o Watanabe Ing & Komeiji LLP
      First Hawaiian Center
      999 Bishop Street, 23rd Floor
      Honolulu, Hawaii 96813

15.   Kelly Stern
      c/o Watanabe Ing & Komeiji LLP
      First Hawaiian Center
      999 Bishop Street, 23rd Floor
      Honolulu, Hawaii 96813

16.   Nathan M. Murata, Ph.D.
      c/o Watanabe Ing & Komeiji LLP
      First Hawaiian Center
      999 Bishop Street, 23rd Floor
      Honolulu, Hawaii 96813

17.   Dru Copeland
      Alakai Na Keiki

18.   Jo-An Hill
      Education Specialist
      Address Unknown

19.   Cara Entz
      Pacific Child and Family Associates, APC
      410 Wet Arden Avenue, Suite 203
      Glendale, CA  91203

20.   Stacey Nolan
      Address Unknown

21.   Puaokahauke Bairos
      Address Unknown

22.   Diane Moreno
      Address Unknown

23.   Cyd Smith
      Address Unknown

24.   Sandra Harrington
      HC 21 K
      Captain Cook, Hawaii 96704

25. Bill Brown
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

26. Nancy Perry
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

27. Shirley Revelle
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

28. Rebecca Pierson
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

29. Jennifer Harris
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

30. Ken Stalsberg
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

31. Scott Fieux
    8501 W. University Avenue, #1093
    Las Vegas, NV  89147

32. Frances Downing
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

33. Richi Stallard
    Address Unknown

34.  Courtney Flohaug
     77-6528 Hoolaupai Street
     Kailua-Kona, HI   96740

35.  Karen Green
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

36.  Christy Willene Edwards
     231 Plantation Springs
     Florence, AL   35630

37.  Sasha Pickles
     P.O. Box 3083
     Kailua-Kona, HI   96745

38.  Corrina Serrao
     73-1084 Loloa Drive
     Kailua-Kona, HI   96740

39.  Kathryn Cardines
     64-165 Old Mamalahoa Hwy.
     Kamuela, HI   96743

40.  Sascha Harris
     Address Unknown

41.  Jamie Louis
     Address Unknown

42.  Jeremy Watson
     The Institute For Family Enrichment

43.  Danielle Doucette
     P.O. Box 154
     Kealakekua, HI   96750

44.  Rebecca Gavin
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

45.  Rae Graber
     P.O. Box 1135
     Kamuela, HI   96743

46.  Sven Lindemann
     P.O. Box 29
     Holualoa, HI  96725

47.  Leigh Mitchell
     Address Unknown

48.  Chang Stroman, M.D.
     Address unknown

49.  Katherine Cardinas
     The Institute For Family Enrichment

50.  Laura Pruitt
     Hawaii Behavioral Health
     234 Waianuenue Ave.
     Hilo, Hawaii 96720

51.  Geoffrey Stafford
     Vice Principal
     Kealakehe Intermediate School
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

52.  Leimomi Respicio
     Hawaii Behavioral Health
     234 Waianuenue Ave.
     Hilo, Hawaii 96720

53.  Wesley Segui, M.D.
     Address unknown

54.  Robert Gentzel
     Former Principal
     Kealakehe Intermediate School
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

55.  Donna Ortiz, Ph.D.
     Address unknown

56.  Dr. Fong
     Address unknown

57.  Lorri Bolton
     District Education Specialist
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

58.  Arline Garcia
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

59.  Gavin Maed
     Education Assistant
     Address unknown

60.  Tamara K. Tauchas
     Therapeutic Aide
     Hawaii Behavioral Health
     234 Waianuenue Ave.
     Hilo, Hawaii 96720

61.  Richard H. Mesco
     Medical Director, Hawaii Family Guidance Center
     Associate Professor of Psychiatry,
     John Burns School of Medicine

62.  Maureen Soremitsu (fka Maureen Johnson)
     Student Services Coordinator
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

63.  Damon Yoshida
     Care Coordinator
     c/o Watanabe Ing & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

64.  Cheryl Mark
     Therapeutic Aide
     Hawaii Behavioral Health
     234 Waianuenue Ave.
     Hilo, Hawaii 96720

65. Laura Zepeda
    Therapeutic Aide
    Hawaii Behavioral Health
    234 Waianuenue Ave.
    Hilo, Hawaii 96720

66. Janelle Wong
    Hawaii Behavioral Health
    234 Waianuenue Ave.
    Hilo, Hawaii 96720

67. Lesley Karimoto
    Hawaii Behavioral Health
    234 Waianuenue Ave.
    Hilo, Hawaii 96720

68. Terri Oliviera
    Hawaii Behavioral Health
    234 Waianuenue Ave.
    Hilo, Hawaii 96720

69. Karen Chow
    Hawaii Behavioral Health
    234 Waianuenue Ave.
    Hilo, Hawaii 96720

70. Bryna Siegel, Ph.D. (Expert)
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

71. Julie J. Weatherly, J.D. (Expert)
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

72. Richard Goka, M.D. (Expert)
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

73. Dr. Hugh Folk (Expert)
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

9

74. Mahea Edwards
    Address unknown

75. Marvin Sinclair
    The Institute For Family Enrichment

76. Nancy Matsukawa
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

77. Jessica Yamasawa
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

78. Dayle Yokoyama
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

79. Carri Coakley
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

80. Lisa Kibler
    Address Unknown

81. Wendy Clark
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

82. Jana Ortiz
    Address Unknown

83. Gabriel Pesacreta
    Address Unknown

84.   Lyndia Uchimura
      c/o Watanabe Ing & Komeiji LLP
      First Hawaiian Center
      999 Bishop Street, 23rd Floor
      Honolulu, Hawaii 96813

85.   Jeff Heaps
      Address Unknown

86.   James Palmer
      Address Unknown

87.   Patricia Branum
      c/o Watanabe Ing & Komeiji LLP
      First Hawaiian Center
      999 Bishop Street, 23rd Floor
      Honolulu, Hawaii 96813

88.   David Staley
      Address Unknown

89.   Bethany LeDuc
      Address Unknown

II.   DOCUMENTS

       Relevant, non-privileged discoverable documents have

been produced and/or made available for inspection and copying.

III.  DAMAGES

       Defendants have not asserted an affirmative claim for

damages, but may seek the recovery of attorney's fees and costs

incurred in this litigation.

IV.   INSURANCE COVERAGE

       There is no applicable insurance policy that may

provide coverage for this claim.

DATED: Honolulu, Hawaii, _____APR 1 9 2006_____.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

12

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY ) <br> BOND, individually and as ) <br> next friends of their son, ) <br> BRYAN WILES-BOND, a minor, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DEPARTMENT OF EDUCATION, ) <br> State of Hawaii, and ALVIN ) <br> RHO, in his official capacity ) <br> as West Hawaii District ) <br> Superintendent, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. CV 04-00442 HG/BMK <br> CIVIL NO. CV 05-00247 HG/BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> **CERTIFICATE OF SERVICE** <br><br><br><br><br><br><br><br><br><br> **TRIAL: July 25, 2006** |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing document was duly served by means of mailing, postage pre-paid, U.S. mail, to the following named attorneys at their last known address on

_____, 2006:
**APR 1 9 2006**

> SHELBY ANNE FLOYD, ESQ.
> Alston Hunt Floyd & Ing
> 74-5620 Palani Road, Suite 104
> Kailua-Kona, Hawaii 96740
>
> STANLEY E. LEVIN, ESQ.
> 400 Davis Levin Livingston Grand Place
> 851 Fort Street
> Honolulu, HI 96813
>
> and
>
> Carl M. Varady, Esq.
> American Savings Bank Tower
> 1001 Bishop Street, Suite 2870
> Honolulu, Hawaii 96813
>
> Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii   APR 1 9 2006 _____.


_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

2