ORIGINAL
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 0 2006

at 2 o'clock and 55 min P M
SUE BEITIA, CLERK

%AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

ANN KIMBALL WILES, et al., Plaintiffs,

V.

DEPARTMENT OF EDUCATION, State of Hawaii, et al.,
Defendants.

SUBPOENA IN A CIVIL CASE and
EXHIBIT "A"

Case Number:[1] CV 04-00442 & CV 05-00247

TO: KIMBERLY SMALLEY, PH.D. Behavioral Counseling and
Research Center LLC, 575 Cooke Street, Suite A-1622,
Honolulu, Hawaii 96813

(Kristine Kotecki)
4/19/06

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Documents pertaining to BRYAN WILES-BOND, a minor, 510 Cooper Drive, Benicia, CA 94510. See Exhibit "A", attached hereto for list of documents requested.

| PLACE | DATE AND TIME |
|---|---|
| Carnazzo Court-Reporting Company, Ltd., 888 Mililani Street, Suite 705, Honolulu, Hawaii 96813, Telephone: (808) 532-0222 | Monday, May 1, 2006 @ 9:00am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | April 18, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
GREGG M. USHIRODA, ESQ., Watanabe Ing & Komeiji, LLP, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii 96813,
Telephone No.: (808) 544-8300 - Attorney for Defendants

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

