IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>  Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**EXHIBIT "A"**<br><br><br>**TRIAL: July 25, 2006** |

**DOCUMENTS REQUESTED:**

   1.  Any and all documents relating to the above-captioned case including but not limited to all correspondence, memoranda, records, photographs and/or videotapes;

   2.  Any and all material which you relied on in formulating your opinions, including but not limited to all, records, publications, treatises, memoranda, videotapes, statistics, and charts;

**EXHIBIT "A"**

3. Any and all calculations you conducted;

4. Any and all documents and materials which you reviewed in reaching your opinions;

5. Any written opinions or report rendered in the above-captioned case, including your Behavioral Assessment; and,

6. Current curriculum vitae or resume.

-2-

# EXHIBIT "A"

## NOTICE TO A PERSON OR ENTITY SERVED WITH A
## SUBPOENA DUCES TECUM WHO IS NOT A PARTY TO THIS CASE

The Subpoena attached hereto should specifically set forth the materials sought to be subpoenaed.

Any person and/or entity or their attorney objecting to the Subpoena or to disclosure of any materials subpoenaed shall appear on the date and at the time and place for return indicated on the Subpoena and state their objections. Failure to object on the return date may be considered a waiver of any objections.

The person or entity subpoenaed or their counsel may submit a written statement of objections to the court. If a person or entity objects to disclosure of only part of the material, the pages or sections of material considered confidential and/or nondisclosable shall be tabbed or marked for the court.

Matters presented at the return may be continued from time to time without further notice except as announced at the time of return.