AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 4/19/06, 11:45 a.m. | 1600 Kapiolani Blvd., Suite 1040, Honolulu, HI 96814 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Kimberly Smalley, PH.D., Thru her duly authorized representative KRISTINE KORECKI | By handed a copy to her and tendering the fee of $41.00 to her. |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| LIN T. LAU, | Civil Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  April 19, 2006
           DATE

SIGNATURE OF SERVER  LIN T. LAU,

1138 Hassinger Street, Honolulu, HI 96822
ADDRESS OF SERVER