AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 24 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

ANN KIMBALL WILES, et al., Plaintiffs

**SUBPOENA IN A CIVIL CASE**

V.

DEPARTMENT OF EDUCATION, State of Hawaii, et al.,
Defendants.

Case Number:[1] CV04-00442 & CV05-00247

TO: Custodian of Records of KEYNES D. VON ELSNER, CPA
50 So. Beretania Street, Suite C-113
Honolulu, Hawaii 96813
Telephone No.: (808) 538-6904

*Keynes D. Von Elsner* (signature)

**ORIGINAL**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Documents pertaining to BRYAN WILES-BOND, a minor, 510 Cooper Drive, Benicia, CA 94510. See Exhibit "A", attached hereto for list of documents requested.

| PLACE | DATE AND TIME |
|---|---|
| Carnazzo Court Reporting Co., Ltd., 888 Mililani Street, Suite 705, Honolulu, HI 96813, Telephone No.: (808) 532-0222 | Monday, May 1, 2006 @ 9:00am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *(signature)* | April 20, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
GREGG M. USHIRODA, ESQ., Watanabe, Ing & Komeiji, LLP, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii 96813, Telephone No.: (808) 544-8300, Attorney for Defendants

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.