IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**EXHIBIT "A"**<br><br><br><br>**TRIAL: July 25, 2006** |

**DOCUMENTS REQUESTED:**

    1.  Any and all documents relating to the above-captioned case including but not limited to all correspondence, memoranda, records, photographs and/or videotapes;

    2.  Any and all material which you relied on in formulating your opinions, including but not limited to all, records, publications, treatises, memoranda, videotapes, statistics, and charts;


EXHIBIT "A"

3. Any and all calculations you conducted;

4. Any and all documents and materials which you reviewed in reaching your opinions;

5. Any written opinions or report rendered in the above-captioned case, including your Behavioral Assessment; and,

6. Current curriculum vitae or resume.

EXHIBIT "A"