Case 1:04-cv-00442-ACK-BMK    Document 156-3    Filed 04/24/2006    Page 1 of 1

AO88 (Rev. 1/94) Subpoena in a Civil Case

| | PROOF OF SERVICE | |
|---|---|---|
| | DATE | PLACE |
| SERVED | 4/20/06 (11:20 a.m.) | 50 So. Beretania Street, Suite C-113, Honolulu, Hawaii 96813 |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| KEYNES D. VON ELSNER, C.P.A. | | Handed a copy to him and tendering to him the sum of $43.50 |
| SERVED BY (PRINT NAME) | | TITLE |
| LIN T. LAU, | | Civil Process Server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   April 20, 2006
                    DATE

SIGNATURE OF SERVER   LIN T. LAU,

ADDRESS OF SERVER

1138 Hassinger Street, #501, Honolulu, Hawaii 96822