Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

SHELBY ANNE FLOYD      1724-0
MEI-FEI KUO                      7377-0
74-5620 Palani Rd., Suite 104
Kailua-Kona, Hawaii 96740
Telephone:  (808) 326-7979
Fax:  (808) 326-4779
E-mail:  sfloyd@ahfi.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX:  523-8448
E-mail:  carl@varadylaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                    Plaintiffs, | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>MOTION TO ENFORCE THE DOCTRINE OF ISSUE PRECLUSION REGARDING ALL |

|  |  |
|---|---|
| vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | ADMINISTRATIVE HEARING DECISIONS AND THE SETTLEMENT AGREEMENT AND CERTIFICATE OF SERVICE |

## MOTION TO ENFORCE THE DOCTRINE OF ISSUE PRECLUSION REGARDING ALL ADMINISTRATIVE HEARING DECISIONS AND THE SETTLEMENT AGREEMENT

Plaintiffs, by and through their undersigned attorneys, and hereby move this court for an order granting their request that the doctrine of res judicata be applied to this case. This motion is supported by the authorities set forth in the accompanying memorandum. The significance of this motion is certain facts are collaterally estopped from changing those facts because they have been established by the unappealed administrative decisions in the case at bar.

This motion is supported by the memorandum filed herewith and all exhibits filed as part of the memorandum or filed thereafter at the time of the hearing.

DATED: Honolulu, Hawaii, April 14, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO
CARL M. VARADY

Attorneys for Plaintiffs

2