AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 24 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

ANN KIMBALL WILES AND STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, V.

**SUBPOENA IN A CIVIL CASE**

DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent.

Case Number: CV05-247HG/BMK and CV04-442 HG/BMK

TO: Pacific Child and Family Associates
410 West Arden Avenue, Suite 203
Glendale, CA 91203

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
ANY AND ALL DOCUMENTS WHICH MENTION THE NAME BRYAN WILES-BOND (DOB: 10/28/91).

| PLACE Atkinson-Baker, Inc., 500 N. Brand Blvd. 3rd Fl., Glendale, CA 91203 (818) 551-7300 | DATE AND TIME March 24, 2006 at 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE March 10, 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Stanley E. Levin, Esq.
851 Fort Street, Suite 400
Honolulu, HI 96813 (808) 524-7500

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## RETURN OF SERVICE

| State of Hawaii | County of | Us District Court |
|---|---|---|

Case Number: CV05-00247/CV04-00442   Court Date: 3/24/2006

Plaintiff:
**Wiles**

vs.

Defendant:
**Department of Education**

For:
Davis Levin Livingston Grande
851 Fort Street Mall
Suite 400
Honolulu, HI  96813

Received by ELEANOR'S LEGAL SUPPORT.COM to be served on **Pacific Child And Family Associates by serving the Custodian of Records, 410 West Arden Ave., Suite 203, Glendale, CA 91203**.

I, Security Attorney Service, do hereby affirm that on the **16th day of March, 2006** at **4:10 pm, I:**

Served the **Subpoena in a Civil Case, Notice of Taking Deposition** upon **Nacri Kerkeian** as **custodian of records** at the date and time listed herein.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Security Attorney Service
Jim Sands #914 LA

ELEANOR'S LEGAL SUPPORT.COM
14417 Chase Street #219
Panorama City, CA  91402
(818) 897-2156

Our Job Serial Number: 2006007516

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.6c