

ORIGINAL

Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN          1152-0
MICHAEL L. LIVINGSTON     4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai`i 96813
Telephone:  (808) 524-7500
Facsimile:  (808) 545-7802
E-Mail:  slevin@davislevin.com

Attorneys for Plaintiffs

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

SHELBY ANNE FLOYD         1724-0
MEI-FEI KUO               7377-0
Palani Court, Suite 104
74-5620 Palani Road
Kailua-Kona, Hawai`i  96740
Telephone:  (808) 326-7979
Facsimile:  (808) 326-4779
Email:  sfloyd@ahfi.com

Withdrawing Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 05 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED
MAY 04 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai`i, and ALVIN RHO, in his official capacity as West Hawai`i District Superintendent,<br><br>             Defendants. | CIVIL NO. CV04-00442 HG BMK<br>(Other Civil Action)<br>(Consolidated)<br><br>**WITHDRAWAL OF COUNSEL FOR PLAINTIFFS and ORDER**<br><br><br><br><br>(TRIAL: July 25, 2006) |

610553-1 \ 6515-1

|  |  |
|---|---|
| ANN KIMBALL WILES AND STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai`i,<br><br>            Defendant. | CIVIL NO. CV05-00247 HG BMK |

## WITHDRAWAL OF COUNSEL FOR PLAINTIFFS

Pursuant to Rules 83.6(b) and (c) of the Rules of the United States District Court for the District of Hawai`i, SHELBY ANNE FLOYD, MEI-FEI KUO, and the law firm of ALSTON HUNT FLOYD & ING, hereby withdraw as counsel for Plaintiffs in the above-entitled action.

STANLEY E. LEVIN, MICHAEL K. LIVINGSTON, and the law firm of DAVIS LEVIN LIVINGSTON GRANDE (now co-counsel) will appear as sole counsel for Plaintiffs.

DATED: Honolulu, Hawai`i, May 1, 2006

_____
SHELBY ANNE FLOYD
MEI-FEI KUO
Withdrawing Attorneys for Plaintiffs

APPROVED:

_____
ANN KIMBALL WILES
Plaintiff and Next Friend

_____
STANLEY BOND
Plaintiff and Next Friend

610553-1 \ 6515-1                    2

APPROVED AND SO ORDERED:

APPROVED AND SO ORDERED:

/s/ signature

UNITED STATES MAGISTRATE JUDGE

---

*ANN KIMBALL WILES and STANLEY BOND, et al. v. DEPARTMENT OF EDUCATION, State of Hawai`i, et al., CIVIL NO. CV04-00442 HG BMK; ANN KIMBALL WILES and STANLEY BOND, et al. v. DEPARTMENT OF EDUCATION, State of Hawai`i, CIVIL NO. CV05-00247 HG BMK; WITHDRAWAL OF COUNSEL FOR PLAINTIFFS and ORDER*