ORIGINAL

Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

SHELBY ANNE FLOYD     1724-0
MEI-FEI KUO           7377-0
74-5620 Palani Rd., Suite 104
Kailua-Kona, Hawaii 96740
Telephone: (808) 326-7979
Fax: (808) 326-4779
E-mail: sfloyd@ahfi.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY        4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX: 523-8448
E-mail: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　　Plaintiffs, | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE REGARDING PLAINTIFF ANN |

|                                                                                                                                          |                                                                                                                                                                                                 |
| ---------------------------------------------------------------------------------------------------------------------------------------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | KIMBALL WILES' RESPONSE TO DEFENDANT DEPARTMENT OF EDUCATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ANN KIMBALL WILES DATED MARCH 24, 2006 |

CERTIFICATE OF SERVICE REGARDING PLAINTIFF
ANN KIMBALL WILES' RESPONSE TO DEFENDANT DEPARTMENT
OF EDUCATION'S FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS TO ANN KIMBALL WILES DATED MARCH 24, 2006

IT IS CERTIFIED that on May 8, 2006, a true and correct copy of the CERTIFICATE OF SERVICE REGARDING PLAINTIFF ANN KIMBALL WILES' RESPONSE TO DEFENDANT DEPARTMENT OF EDUCATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ANN KIMBALL WILES DATED MARCH 24, 2006 was duly served upon the following parties by the methods of service noted below to their last known address:

    Served by mail, Postage prepaid to:

    Gary K. H. Kam, Esq.
    George S.S. Hom, Esq.
    Holly T. Shikada, Esq.
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

Served by mail, Postage prepaid to:

John T. Komeiji, Esq.
Gregg M. Ushiroda, Esq.
Daniel K. Obuhanych, Esq.
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, May 8, 2006.

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO
CARL M. VARADY

Attorneys for Plaintiffs