ORIGINAL

MARK J. BENNETT              2672-0
Attorney General,
State of Hawaii
GARY K. H. KAM               4391-0
GEORGE S. S. HOM             2487-0
HOLLY T. M. SHIKADA          4017-0
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
235 South Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
Email Address: Gary.K.Kam@hawaii.gov

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        2498-0
GREGG M. USHIRODA      5868-0
DANIEL K. OBUHANYCH    7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: gushiroda@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2006

at 9 o'clock and 10 min A M
SUE BEITIA, CLERK

Attorneys For Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br> Plaintiffs, <br><br> vs. | CIVIL NO. CV 04-00442 HG BMK <br> CIVIL NO. CV 05-00247 HG BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> CERTIFICATE OF SERVICE <br><br> [Re: BRYAN WILES BOND] <br><br><br> Trial Date: 07/25/2006 |

```
DEPARTMENT OF EDUCATION,           )
State of Hawaii, and               )
ALVIN RHO, in his official         )
capacity as West Hawaii            )
District Superintendent,           )
                                   )
          Defendants.              )
_____)
CV 04-00442 HG BMK_20060525_NBR1.doc
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date MAY 19 2006 a true and correct copy of the Notice of Taking Deposition Upon Written Questions dated MAY 17 2006, was duly served to the following in the manner described below:

    Mailed to:

    SHELBY A. FLOYD, ESQ.
    Alston, Hunt, Floyd & Ing
    74-5620 Palani Road, Suite 104
    Kailua-Kona, Hawaii 96740
    Telephone No: (808) 885-6762

    STANLEY E. LEVIN, ESQ.
    Davis Levin Livingston Grande
    851 Fort Street Mall, Suite 400
    Honolulu, Hawaii 96813-4317
    Telephone No: (808) 524-7500

        and

    CARL M. VARADY, ESQ.
    Law Office of Carl M. Varady
    American Savings Bank Tower
    1001 Bishop Street, Suite 2870
    Honolulu, Hawaii 96813-3429
    Telephone No: (808) 523-8447

    Attorneys for Plaintiffs

2

I FURTHER CERTIFY that a copy of the Notice of Taking Deposition and Certificate of Service will be attached to the witness copy of the Subpoena Duces Tecum that will be served upon the following Custodian(s) of Records:

WESLEY J. SUGAI, M.D., INC.

DATED:  Honolulu, Hawaii, _____MAY 17 2006_____

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

Attorneys For Defendants