ORIGINAL

MARK J. BENNETT             2672-0
Attorney General,
State of Hawaii
GARY K. H. KAM              4391-0
GEORGE S. S. HOM            2487-0
HOLLY T. M. SHIKADA         4017-0
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
235 South Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
Email Address: Gary.K.Kam@hawaii.gov

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        2498-0
GREGG M. USHIRODA      5868-0
DANIEL K. OBUHANYCH    7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: gushiroda@wik.com

Attorneys For Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2006

at 9 o'clock and 10 min A
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and | CIVIL NO. CV 04-00442 HG BMK<br>CIVIL NO. CV 05-00247 HG BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br>[Notice of Taking Deposition Upon Written Questions, Custodian of Records: JUAN BAUTISTA DE ANZA<br>Re: STANLEY CREWS BOND, JR.]<br><br>Trial Date:   07/25/2006 |

```
ALVIN RHO, in his official      )
capacity as West Hawaii         )
District Superintendent,        )
                                )
          Defendants.           )
                                )
```
_____
CV 04-00442 HG BMK NBR0526CA11.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___MAY 19 2006___ a true and correct copy of the foregoing was duly served by depositing in the United States mail addressed to the following:

    SHELBY A. FLOYD, ESQ.
    Alston, Hunt, Floyd & Ing
    74-5620 Palani Road, Suite 104
    Kailua-Kona, Hawaii 96740
    Telephone No: (808) 885-6762

    and

    STANLEY E. LEVIN, ESQ.
    Davis Levin Livingston Grande
    851 Fort Street Mall, Suite 400
    Honolulu, Hawaii 96813-4317
    Telephone No: (808) 524-7500

    and

CARL M. VARADY, ESQ.
Law Office of Carl M. Varady
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813-3429
Telephone No: (808) 523-8447

Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, _____ MAY 17 2006 _____

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

Attorneys For Defendants