# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK AND CV 05-00247HG-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. v. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | Stanley E. Levin, Carl M. Varady |
| ATTYS FOR DEFT: | Holly T.M. Shikada. Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 5/19/2006 | TIME: | 9:58 - 10:18 |

COURT ACTION:   EP: Status Conference Re Resetting Trial Date - new dates given. Court to prepare an amended scheduling order.

1. Non-jury trial on October 11, 2006 at 9:00 a.m. before
2. Final Pretrial Conference on August 29, 2006 at 9:00 a.m. before BMK
3. Final Pretrial Conference before District Judge Helen Gillmor on September 29, 2006 at 8:30 a.m.
4. Final Pretrial Statement by August 22, 2006
5. 
6. 
7. 
8a. File Motions in Limine by September 19, 2006
8b. File opposition memo to a Motion in Limine by September 26, 2006
11a. Plaintiff's Expert Witness Disclosures by May 30, 2006
11b. Defendant's Expert Witness Disclosures by June 30, 2006
12. Discovery deadline August 31, 2006
13. Settlement Conference set for May 26, 2006 at 2:30 p.m. before BMK
14. Settlement Conference statements by May 25, 2006
20. 
21. File Final witness list by September 19, 2006
24. Exchange Exhibit and Demonstrative aids by September 12, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 19, 2006

26. File objections to the Exhibits by September 26, 2006
28a. File Deposition Excerpt Designations by September 19, 2006
28b. File Deposition Counter Designations and Objections by September 26, 2006
29. File Trial Brief by September 26, 2006
30. File Findings of Fact & Conclusions of Law by September 26, 2006

Other Matters: Rule 35 examination by Dr. Bryna Siegel allowed. Ushiroda to prepare order.

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager