# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK AND CV 05-00247HG-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. V. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | |
| DATE: | 5/23/2006 | TIME: | |

COURT ACTION:  EO: The Non Jury Trial set for 10-11-06 @ 9 a.m. before Judge Helen Gillmor is changed to a Jury Trial.

In addition to the dates/deadlines issued in the 5-22-06 Amended Rule 16 Scheduling Order, the following deadline is added:
20.   Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by September 26, 2006

The following deadline is deleted:
30.   File Findings of Fact & Conclusions of Law by September 26, 2006

Submitted by Richlyn Young, Courtroom Manager