# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

05/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK AND CV 05-00247HG-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. v. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | Stanley E. Levin, Carl M. Varady |
| ATTYS FOR DEFT: | Holly T.M. Shikada, John T. Komeiji |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 05/26/2006 | TIME: | 2:30 - 3:25 |

COURT ACTION:  EP: Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn Young, Courtroom Manager