Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN           1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX: 523-8448
E-mail: carl@varadylaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES PURSUANT TO RULE 26(a)(2), FRCP; DECLARATION OF STANLEY E. LEVIN; EXHIBITS "A" TO "J" AND CERTIFICATE OF SERVICE<br><br>TRIAL DATE: October 11, 2006<br>JUDGE: HELEN GILLMOR |
|---|---|

1

# PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES PURSUANT TO RULE 26(a)(2), FRCP

Pursuant to Rule 26(a)(2), Fed. R. Civ. Pro., and paragraph 11.a. of the Court's Rule 16 Scheduling Conference Order [filed May 22, 2006], Plaintiffs hereby make the following disclosure of expert opinions to be presented in this case:

**1. Daniel B. LeGoff, Ph.D.**

Dr. LeGoff's Neurodevelopmental Evaluation dated June 17, 2005 is attached as Exhibit "A" which sets forth his written opinions and basis and reasons therefor, including the data or other information considered by him. Attached hereto as Exhibit "B" is Dr. LeGoff's report dated December 13, 2005, which sets forth his written opinions as to the costs of residential, remedial and education services for Plaintiff. Attached hereto as Exhibit "C" is Dr. LeGoff's curriculum vitae which list his qualifications and his publications. He has not testified as an expert at trial or in deposition within the preceding four years. Dr. LeGoff's hourly rate for non-testimonial work is $175.00 and his hourly rate for testimony at trial or deposition is $225.00.

2. **Loretta M. Lukens, M.D., R.N., C.R.R.N.**

Loretta Lukens' report dated May 6, 2006 is attached as Exhibit "D" which sets forth her conclusions and recommendations and observations. Attached hereto as Exhibit "E" is Loretta Lukens' curriculum vitae which list her qualifications and her publications. She has testified as an expert at trial and in deposition within the preceding four years. See Exhibit "F" for a list of depositions and trials that Loretta Lukens has participated in, some of which have been for the past four years. Loretta Lukens' hourly rate for non-testimonial work is $150.00 and her hourly rate for testimony at trial or deposition is $300.00.

3. **Keynes D. Von Elsner, CPA**

Keynes Von Elsner's report dated May 6, 2006 is attached as Exhibit "G". His report shows damages due to educational neglect for the years 2005 to 2070. Attached hereto as Exhibit "H" is Keynes D. Von Elsner's curriculum vitae which list his qualifications. He has testified as an expert at trial and in deposition within the preceding four years. Exhibit "H" has a list of the types of cases that he has participated in for depositions and trials during the past four years. Von Elsner's hourly rate for non-testimonial work is $110.00 and his hourly rate for testimony at trial or deposition is $220.00.

4. **Kimberly Smalley, Ph.D.**

Kimberly Smalley's Behavioral Assessment dated August 18, 2004, is attached as Exhibit "I". Attached hereto as Exhibit "J" is Kimberly Smalley's curriculum vitae which list her qualifications and her publications. She has not testified as an expert at trial and in deposition within the preceding four years. Kimberly Smalley's hourly rate for non-testimonial work is $175.00 and her hourly rate for testimony at trial or deposition is $225.00.

DATED: Honolulu, Hawai'i, May 30, 2006.

/S/ STANLEY E. LEVIN

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY
Attorneys for Plaitiffs