IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

    I, STANLEY E. LEVIN, declare as follows:

    1.  I am one of the named attorneys in the above captioned case.

Attached hereto as Exhibit "A" is a true and correct copy of Daniel B. LeGoff, Ph.D.'s Neurodevelopmental Evaluation dated June 17, 2005.

    2.  Attached hereto as Exhibit "B" is a true and correct copy of Daniel B. LeGoff, Ph.D.'s report dated December 15, 2005.

    3.  Attached hereto as Exhibit "C" is a true and correct copy of the curriculum vitae of Daniel B. LeGoff, Ph.D.

4. Attached hereto as Exhibit "D" is a true and correct copy of Loretta Luken's report dated May 6, 2006.

5. Attached hereto as Exhibit "E" is a true and correct copy of Loretta Luken's curriculum vitae.

6. Attached hereto as Exhibit "F" is a true and correct copy of the list of clients and attorneys that Loretta Lukens testified for at trial and/or for deposition.

7. Attached hereto as Exhibit "G" is a true and correct copy of Keynes Von Elsner's report dated May 6, 2006.

8. Attached hereto as Exhibit "H" is a true and correct copy of Keynes on Elsner's curriculum vitae.

9. Attached hereto as Exhibit "I" is a true and correct copy of Kimberly Smalley's Behavioral Assessment dated August 18, 2004.

10. Attached hereto as Exhibit "J" is a true and correct copy of Kimberly Smalley's curriculum vitae.

I declare under penalty of perjury that the above is true and correct.

Executed on the 30th day of May, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN