# DANIEL B. LEGOFF, PHD
201 KINGS HIGHWAY SOUTH
CHERRY HILL, NJ 08034
(856) 616-6466   DLEGOFF@AOL.COM

## *CURRICULUM VITAE*

**Professional Experience**

| | |
|---|---|
| 12/05 - present | Licensed Psychologist, Developmental and Pediatric Neuropsychology<br>Center for Neurological and Neurodevelopmental Health<br>Cherry Hill, NJ |
| 12/03 – present | Adjunct Associate Professor<br>Drexel University<br>Department of Psychology<br>Philadelphia, PA |
| 03/03 – 12/05 | Vice President, Child and Family Services<br>Director, Developmental Neuropsychology<br>Bancroft Neurohealth<br>Haddonfield, NJ |
| 04/97 – 10/02 | Owner, *Dr. Dan, Inc.*, and *The Clinic*<br>Private practice, developmental disorders clinic<br>677 Ala Moana Boulevard, 6th Floor<br>Honolulu, HI |
| 01/98 – 10/02 | Associate Clinical Professor<br>Department of Psychiatry, Child and Adolescent Division<br>John Burns School of Medicine<br>University of Hawaii<br>Honolulu, HI |
| 06/98 – 10/02 | Consulting neurodevelopmental specialist, State of Hawaii:<br>- Department of Education<br>- Department of Health – Developmental Disabilities Branch<br>- Department of Health – Child and Adolescent Mental Health |
| 06/98 – 10/02 | Consulting neuropsychologist, Commonwealth of the Northern Mariana Islands and Republic of Guam:<br>- Public School System<br>- Public Health System, Children's Mental Health Division |
| 08/97 – 10/02 | Autism consultant, private special needs schools, Honolulu, HI:<br>- Academy of the Pacific<br>- ASSETS School<br>- Variety Club School of Hawaii |


EXHIBIT C

**Professional Experience,** *continued*

| | |
|---|---|
| 06/99 – 09/02 | Clinical Director<br>Autism Clinic and Biopsychosocial Programs<br>CARE-Hawaii, Inc.<br>Honolulu, HI |
| 06/98 – 09/02 | Adjunct Associate Professor<br>Argosy University<br>Honolulu, HI |
| 12/96 – 12/97 | Staff Psychologist<br>State of Hawaii, Department of Health<br>Child and Adolescent Mental Health Division<br>Honolulu, HI |
| 09/88 – 08/94 | Assistant Professor<br>Simon Fraser University<br>Department of Psychology<br>Vancouver, BC |
| 09/91 – 08/94 | Clinical Counselor<br>Clinical Psychology Center<br>Simon Fraser University<br>Vancouver, BC |
| 09/91 – 08/94 | Clinical Therapist<br>University of British Columbia<br>University Hospital<br>Vancouver, BC |
| 09/86 – 09/88 | Lecturer<br>Simon Fraser University<br>Department of Psychology<br>Vancouver, BC |
| 09/84 – 08/86 | Research Consultant<br>University of Manitoba<br>University Medical Center<br>Department of Psychiatry<br>Winnipeg, MB |

**Refereed Journal Affiliations**

*Journal of Autism and Developmental Disorders*
Editorial Board Member

*Journal of Cognitive Neuroscience*
Editorial Board Member

*Autism; International Journal of Research and Practice*
Peer reviewer

*Focus on Autism*
Peer Reviewer

*Journal of Child Neurology*
Peer reviewer

**Clinical Training**

| | |
|---|---|
| 06/04 | Clinical and research certification, Autism Diagnostic Observation Schedule (ADOS) and Autism Diagnostic Interview – Revised (ADI-R) UMACC, University of Michigan Ann Arbor, MI Supervisor: Catherine Lord, PhD |
| 03/98 – 06/99 | Post-doctoral Fellow Hawaii Center for Autism Spectrum and Developmental Disorders Honolulu, HI Supervisor: William Bolman, MD |
| 09/95 – 09/96 | Post-doctoral Fellow (APA Accredited) Queen's Counseling and Clinical Services Queen's Medical Center Honolulu, HI Supervisors: Jean Adair-Leland, PhD, James Bibb, PhD |
| 09/94 – 09/95 | Pre-doctoral Resident (APA Accredited) Queen's Counseling and Clinical Services Queen's Medical Center Honolulu, HI Supervisors: Jean Adair-Leland, PhD, Carol Nowak, PhD |
| 09/90 – 08/91 | Pre-doctoral Resident (APA Accredited) Northwestern University Medical Center Chicago, IL Supervisor: Laura Humphrey, PhD |
| 06/87 – 09/89 | Practicum Student (APA and CPA Accredited) Rehabilitation Hospital Worker's Compensation Board & Victim's Assistance Program |

|  |  |
|---|---|
|  | of British Columbia<br>Vancouver, BC<br>Supervisor: Marilyn Bowman, PhD |

## Education

| | |
|---|---|
| 01/96 | Doctor of Philosophy in Clinical Psychology<br>Department of Psychology<br>Simon Fraser University<br>Vancouver, BC |
| 06/89 | Master of Arts in Clinical Psychology<br>Department of Psychology<br>Simon Fraser University<br>Vancouver, BC |
| 06/85 | Bachelor of Arts – Honours in Psychology<br>Department of Psychology<br>University of Winnipeg<br>Winnipeg, MB |

## Licensure, Memberships, and Awards

| | |
|---|---|
| 08/03 – present | State of New Jersey<br>Licensed Psychologist (*35SJ00409600*) |
| 07/03 – present | State of Delaware<br>Licensed Psychologist (*B1–0000664*) |
| 04/03 – present | Commonwealth of Pennsylvania<br>Licensed Psychologist (*PS015392*) |
| 04/97 – present | State of Hawaii<br>Licensed Psychologist (*PSY-596*) |
| 06/98 | National Research Award in Post-Graduate Medicine<br>American Psychiatric Association |
| 06/97 – present | National Register of Health Service Providers in Psychology (*44381*) |
| 01/96 – present | Fellow of the American Psychological Association |
| 09/87 | Research Fellowship<br>Medical Research Council of Canada |
| 09/86 | Research Fellowship<br>Natural Sciences and Engineering Research Council of Canada |
| 06/85 | Governor General's Gold Medal Award<br>University of Winnipeg, Winnipeg, MB |

**Publications and Presentations**

Levin, S.L., LeGoff, D.B., Rodak, K.L., Raines, D. & Platek, S. (2006). *Social functioning and maladaptive behavior scores predict performance on theory of mind tasks in children with Asperger's Syndrome.* International Neuropsychological Society Conference, Boston, MA (02/04/06).

Rodak, K.L., Raines, D.M., LeGoff, D.B., Levin, S.L., Panyavin, I.S., & Platek, S. (2006). *Impact of autistic spectrum pathology on self-face recognition: A pilot study on children with Asperger's Syndrome.* International Neuropsychological Society Conference, Boston, MA (02/04/06).

LeGoff, D.B. (2005). Manual for implementation of LEGO) -based social skills intervention. London, UK: Jessica Kingsley Publishing.

LeGoff, D.B. (2005). Reliability and validity of the Gilliam Autism Rating Scale Focus on Autism and Other Developmental Disabilities.

LeGoff, D.B. & Sherman, M. (2005). Long-term outcome of social skills intervention based on Interactive LEGO) play . Autism, 10(4), 1 - 31.

LeGoff, D.B. (2004). *Working with children with autism in research settings.* Workshop for Drexel University, Departments of Psychology and Biomedical Engineering, Philadelphia, PA.

LeGoff, D.B. (2004) *Using LEGO® to enhance social and communication skills.* Workshop for Philadelphia Public School System, Philadelphia, PA.

LeGoff, D.B. (2004). *LEGO®-based group therapy for social skills.* Workshop for Pennsylvania Occupational Therapy Association, Philadelphia, PA.

LeGoff, D.B. (2004). Bridging the gap: Behavior analysis and neurobiology. Innovations, 17:1, (12 – 14).

LeGoff, D.B. (2004). *Assessment to Practice: Mental health evaluations as part of the IEP.* Workshop for Philadelphia Public School System, Philadelphia, PA (12/15/04).

LeGoff, D.B. (2004). *Cognitive-Behavioral or Behavioral-Cognitive? Some thoughts on the complexities of doing effective therapy.* Bancroft Autism Conference, Philadelphia, PA.

LeGoff, D.B. (2004). *Enhancing social and communication skills in autism-spectrum children.* Bancroft Autism Conference, Philadelphia, PA.

LeGoff, D.B. (2004). Use of LEGO® as a therapeutic medium for improving social competence. Journal of Autism and Developmental Disabilities, 34, 557 - 571.

Peck, J., LeGoff, D.B., Achmed, I. & Goebert, D. (2003). The cognitive effects of exogenous melatonin administration in the elderly. American Journal of Geriatric Psychiatry.

Stern, J.D. & LeGoff, D.B. (2001). *Communication Frustration: Developing a general model of assessment and intervention.* Pac-Rim Conference on Developmental Disabilities, Honolulu, HI.

LeGoff, D.B. (2001). What to do when someone has a seizure. The Clinic Newsletter, 2:1, CARE-Hawaii, Honolulu, HI.

LeGoff, D.B. (2000). LEGO® Therapy. The Clinic Newsletter, 1:3, CARE-Hawaii, Honolulu, HI.

LeGoff, D.B. (2000). *Understanding and evaluating treatment approaches for autism spectrum disorders.* Autism Society of Hawaii, Kapiolani Medical Center, Honolulu, HI.

LeGoff, D.B. (2000). Greenspan's *Floortime* approach to structured play. The Clinic Newsletter, 1:2, CARE-Hawaii, Honolulu, HI.

LeGoff, D.B. (1999). Autism and related disorders: A guide for parents. The Clinic Newsletter, 1:1.

LeGoff, D.B. (1998). *Asperger's Syndrome.* Autism Society of Hawaii, Honolulu, HI.

LeGoff, D.B. (1997). It don't mean a thing if it ain't got that swing. Contemporary Psychology, 42, 1099 – 1100.

Bauslaugh, T., Davis, C.M. & LeGoff, D.B. (1996). Electrophysiological measurement of salivation to food: A new measure of hunger? Canadian Psychology, 62, 302 – 312.

LeGoff, D.B. & Davis, C.M. (1994). *Electrophysiological measurement of salivary response to food as a function of diet variability and dietary restraint.* Canadian Psychological Association Conference, Kelowna, BC.

LeGoff, D.B., Bauslaugh, T.M., & Davis, C.M. (1993). *Measuring human salivary activity non-invasively: Electrophysiological recording of the parotid gland.* Canadian Psychological Association, Montreal, PQ.

LeGoff, D.B. (1989). Provincial Task Force Report on Eating Disorders, Vol. 2: Research Director's Report. Ministry of Health, British Columbia, Victoria, BC.

LeGoff, D.B. (1989). Provincial Task Force Report on Eating Disorders, Vol. 3: Treatment Outcome and Best Practices. Ministry of Health, British Columbia, Victoria, BC.

LeGoff, D.B. (1989). Provincial Task Force Report on the Status of De-Institutionalized Mental Health Patients, Vol. 2: Research Director's Report. Ministry of Health, British Columbia, Victoria, BC.

LeGoff, D.B., Cox, D., Beyerstein, B., & Krane, W. (1989). Hunger, restraint and diet variability. Appetite, 12, 16 – 29.

LeGoff, D.B. & Spigelman, M.N. (1989). *Cephalic phase response to food as a function of preparedness: A physiological model of binge-eating.* Canadian Psychological Association Conference, Toronto, ON.

LeGoff, D.B., Spigelman, M.N., & Leicher, P. (1988). Salivary response to olfactory food stimuli in anorexics and bulimics. Appetite, 11, 15 – 25.

LeGoff, D.B. & Spigelman, M.N. (1987). Salivary response to olfactory food stimuli as a function of dietary restraint and body weight. Appetite, 8, 29 – 25.

LeGoff, D.B. & Spigelman, M.N. (1986). *Measuring salivary response to food in human subjects.* Canadian Psychological Association Conference, Montreal, PQ.