Loree K. W. Lukens, M.N., R.N., C.R.R.N.
29 West Rhea Rd.
Tempe, Arizona 85284
(480) 839-0799
Fax (480) 831-2668

# LIFE CARE PLAN

Date:        05/06/06
Client:      Bryan Wiles-Bond
Age:         14-years-old
DOB:         10/28/91

**Introduction:**

Dr. LeGoff had the following conclusions and recommendations in his report dated June 18, 2005:

   Bryan is a healthy and very likable thirteen-year-old special needs student who was referred for an assessment by his parents to help with educational and treatment planning, and to assess progress. There is clear evidence from past records that Bryan has benefited significantly from sustained, structured educational and behavioral interventions. Unfortunately, due to inconsistencies of staffing and availability of qualified educational consultants, Bryan's educational program has not been consistently implemented, and as a result, his current functioning is much lower than it might be. In particular, Bryan currently exhibits a number of interfering behaviors, which have emerged and have been become entrenched, well-established inappropriate coping strategies in the context of a lack of sustained behavioral intervention and staff training in responding to these behaviors. Although Bryan's current education setting appears to be an improvement over inadequately staffed and poorly coordinated settings in the past, there continue to be problems with staffing, implementation and oversight.

   With reference to previous documentation, in addition to regressing of interfering behaviors (<u>self-biting, inappropriate urination, noncompliance, menacing behavior, excessive water intake), there appears to have been a significant and sustained regression in adaptive coping, self-directed learning and functional communication</u>. Bryan's current adaptive skill levels, based on the Vineland, are well below his measured cognitive potential, assessed using the Leiter-R. His functional expressive and receptive vocabulary are also significantly below his capacity to learn to communicate, as is suggested by both his nonverbal IQ, as well as by records indicating his past functional vocabulary (over three-year level).

   It appears to be an unavoidable conclusion that the current high rate of interfering behaviors (<u>self-injury, toileting and inappropriate voids, task avoidance) reflects a learning history in which these behaviors were not adequately addressed. Similarly, Bryan's severe communication and adaptive self-care deficits reflect a lack of consistent implementation of appropriate communication and behavioral support strategies, severely limiting his functioning and independence</u>. Bryan's parents are

1


EXHIBIT D

currently not able to provide an adequate level of supervision or behavioral intervention for Bryan, and have resorted to overly restrictive methods in order to ensure his safety (locking him in his room at night), and allowing inappropriate behaviors (disrobing, inappropriate eating) in order to ensure their own safety. Educational documentation from Hawaii suggests that Bryan's educational and behavioral progress has long suffered from inadequate levels of intervention for autistic behaviors, which have interfered with his learning and development, and which have made it increasingly difficult to educate and care for Bryan.

On April 8, 2006 a home visit was completed for Bryan Wiles-Bond. The following assessments and observations were made during the home visit and interview with Dr. Bond and Ann Wiles. The entire lower level of the home has been designated as Bryan's space. There is a couch and TV in the family room. Bryan's room has a bed, and the curtains and other items have been removed for Bryan's safety.

Bryan is a well-developed, large and tall 14-year-old male (5 ft - 11 inches, 200 pounds) diagnosed with Autism.

The following observations were made during the 3.5-hour home visit:

1. Bryan moved constantly from the family room to the kitchen, wandering behavior.
2. He has no "expressive speech." Mom and Dad use "sign" to communicate. He is able to understand simple sentences, ie "Are you hungry?" or "Put down your book."
3. His attention span is 2 minutes.
4. His activities include watching special videos and TV.
5. He is able to eat independently, however he will stuff food into his mouth. A trip to Burger King resulted in loud verbal sounds while sitting in a new environment. Bryan quickly stuffed his hamburger and fries into his mouth. Dad had to accompany him to the bathroom.
6. Bryan has no safety awareness in a parking lot and must have 1 to 1 close supervision.
7. There is limited communication between Bryan and his 16-year-old brother, Will. The brother refused to go to Burger King and accompany Bryan. Will does not bring any of his friends to the home due to Bryan's behavior.
8. Bryan will wet himself and have accidents during the day. At night he is "locked" in his room for safety and to prevent him from wandering. He wakes up every morning wet with urine because the bathroom is not accessible to him during the nighttime.
9. He is able to walk 2-3 miles at a state park and around the marina. Dad walked with him, and "redirected" his behavior. Bryan was offered bathroom breaks.
10. Bryan can "cry" and "feel afraid".
11. He can do "biting" behavior and exhibit "out of control behavior" at times, as observed by Dr. LeGoff.
12. If Bryan does not want to do an activity, he will show "out of control behavior".

The following Life Care Plan has been developed to meet Bryan's present and future rehabilitation needs:

2

**Diagnosis**

| | |
|---|---|
| 06/17 – 06/18/05 | Neurodevelopmental Evaluation:<br>He (Bryan) was noted to have significant speech-language and other developmental delays, and was diagnosed with both Pervasive Developmental Disorder (not otherwise specified) and Attention Deficit Hyperactivity Disorder at age two years. This diagnosis was formally revised to Autistic Disorder at age six.<br><br>DSM-IV Classification: Autistic Disorder<br><br>Interfering Behaviors:<br>1. Self-injury (biting).<br>2. Inappropriate urination.<br>3. Noncompliance.<br>4. Menacing behavior.<br>5. Excessive water intake.<br>6. Regression in adaptive coping.<br>7. Severe communication deficit.<br>(Dr. Dan LeGoff) |

3

I. **INFORMATION SOURCES**
   A. **Reports and Medical Records**

Daniel LeGoff, Licensed Psychologist-Pediatric Neuropsychologist
06/17 – 06/18/05         Neurodevelopmental Evaluation
12/13/05                 Letter/report to Mr. Levin


State of Hawaii, Department of Health, Hilo, HI
09/14/99                 Kona Diagnostic Team, Social Summary
10/18/99                 School Psychiatric Report
10/19/99                 Educational Evaluation, Richard H. Mesco, DO

Alternate Assessment for the HCPS II State Assessment

Grade 5 388 Kealakehe Elementary Records

The Webster School Narrative Summary
01/28/97                 Occupational Therapy Progress Note
02/97                    Speech/Language Progress Note
02/03/97                 Narrative Summary Report

Richard Lytton, M.A., CCC-SP – DuPont Hospital For Children, Wilmington, DE
06/18/99                 Augmentative Communication Evaluation-Speech-Language Pathology

Alicante School at Emiara, Elmira, CA.
01/25/05                 30-day IEP Review

On Our Own, Inc. – Santa Rosa, CA
04/01/05 – 08/31/05      Functional Analysis and Behavior Intervention Plan

10/03/02 – 11/06/02      PEP-R Psychoeducaional Profile (Revised)

Kimberly Smalley, Ph.D, Board Certified Behavior Analyst
08/18/04                 Behavior Assessment

                         DVD of Bryan at school

4

B.   Interviews and Conferences

| | |
|---|---|
| 04/08/06 | Home visit and assessment of Bryan at home with his parents and brother present. |
| 04/08/06 | Conference with dad outside the home environment. |
| 04/19/06 | Telephone Conference – Dr. Dan LeGoff |
| 04/27/06 | Telephone Conference – They May Institute in Randolph, MA |
| 05/03/06 | Telephone Conference – They May Institute in Randolph, MA |

C.   **Vendors/Services/Resources**

Equipment catalogs
Home health agencies
Medical supply companies
Pharmacies

COST SUMMARY ON AN ANNUAL AND ONE TIME BASIS
(Specific needs and costs are itemized on the following pages)

Current annual costs per category are as follows:

|   | Age 14-22 | Age 23 - Life Span LOW | Age 23 - Life Span HIGH |
|---|---|---|---|
| 1. Professional Health Care | $ 42,580.00 | $ 26,860.00 | $ 26,860.00 |
| 2. Residential Care<br>The May Institute<br>Randolph, MA | $ 171,489.48 | $ 90,000.00 | $ 120,000.00 |
| 3. Communication Therapies | $ 26,900.00 | $ 5,100.00 | $ 5,100.00 |
| Annualized Totals | $ 240,969.48 | $ 121,960.00 | $ 151,960.00 |

II. ITEMIZED ESTIMATE OF HEALTH CARE COSTS

| Equipment/Services | Fee/Retail Cost | Annual Use | Current Annual Cost |
|---|---|---|---|

A. Annual Basis

1. Professional Health Care

   **Age 14 - 22 years**

| Equipment/Services | Fee/Retail Cost | Annual Use | Current Annual Cost |
|---|---|---|---|
| Psychiatrist | $ 160.00 | 6 | $ 960.00 |
| Behavioral Psychologist 3 x week @ $125/visit = $375/wk | $ 375.00 | 52 | $ 19,500.00 |
| Family Counseling (mother, father, brother) | $ 160.00 | 12 | $ 1,920.00 |
| Diagnostic Tests (lab tests to monitor meds) | $ 500.00 | 1 | $ 500.00 |
| Dental Exam and Treatment | $ 1,300.00 | 1 | $ 1,300.00 |
| Physical Therapy | $ 150.00 | 12 | $ 1,800.00 |
| Occupational Therapy Eval and Treatment 2x/week at $150/hr = $300/wk | $ 300.00 | 52 | $ 15,600.00 |
| Medication: Medications may be prescribed | $ 1,000.00 | 1 | $ 1,000.00 |
| **Total** | | | **$ 42,580.00** |

   **Age 23 - Life Span**

| Equipment/Services | Fee/Retail Cost | Annual Use | Current Annual Cost |
|---|---|---|---|
| Psychiatrist | $ 160.00 | 6 | $ 960.00 |
| Behavioral Psychologist 3 x week @ $125/visit = $375/wk | $ 375.00 | 52 | $ 19,500.00 |
| Diagnostic Tests (labs to monitor meds & liver function) | $ 500.00 | 1 | $ 500.00 |
| Dental Exam and Treatment | $ 1,300.00 | 1 | $ 1,300.00 |
| Physical Therapy | $ 150.00 | 12 | $ 1,800.00 |
| Occupational Therapy | $ 150.00 | 12 | $ 1,800.00 |
| Medication: Medications for behavior management may be required | $ 1,000.00 | 1 | $ 1,000.00 |
| **Total** | | | **$ 26,860.00** |

| Equipment/Services | Retail Cost | Actual Use | Current Annual Cost |
|---|---|---|---|

## 2. Residential Care
The May Institute - Randolph, MA
(addendum A)

The Learning Experience:
From the first day a child enters one of our classrooms, we begin to carefully create a very personal learning experience, assessming his or her needs and developing specific goals and objectives. We regularly measure progress, re-evaluating and adjusting each individual program, as necessary, in an effort to constantly challenge, motivate, and encourage each child.

May Center teachers work with students in small groups or one-on-one, combining best practices from the fields of ABA and special education. Each student has a program book that includes detailed plans for implementing his or her Individualized Education Plan (IEP). Teachers record data in this book daily, noting the child's challenges and progress with developmental, behavioral, and educational goals.

Improving communication skills is an integral component of most students' educational plans. We address their unique needs in a variety of ways including sound imitation, sign language, and a picture exchange communication system (PECS). While some of our students are not verbal, many have functional verbal language, or learn to communicate with pictures or electronic communication devices.

### Age 14 - 22 years
Residential Life:
For families who need more intensive support for their children, the May Center combines day school services with residential living in one of our community-based homes. Our single-sex homes are for ages 5 - 22, serving 6-8 children in each home. Classroom teachers and residential staff work diligently to coordinate individualized programs geared toward developing self-care and other independent living skills. An on-call nurse and administrator is always available.

**Annualized Cost**                                                            $ 171,489.48

8

| I. | Equipment/Services | Fee/Retail Cost | Annual Use | Current Annual Cost |
|---|---|---|---|---|

### Age 23 - Life Span

May Centers support a wide variety of community-based living options for adults with developmental disabilities. Our network has grown to include more than 120 residences ranging from semi-independent apartments, to group homes, to shared living arrangements with families or housemates. While some adults share their home with one or more individuals, others live independently with support from staff visits.

Adult Services
- Community Integration
- Communication skills development
- Functional living activities
- Social skills training
- Supported employment and training
- Behavior management

Residents may also receive the following services:
- Skills development
- Recreational activities
- Individualized healthcare
- Psychiatric consultation
- Behavioral intervention

**Annualized Costs**  Low  $ 90,000.00
High  $ 120,000.00

Source:
Recommendation, Dr. Dan LeGoff - to meet Bryan's present and future needs.

9

| I. | Equipment/Services | Fee/Retail Cost | Annual Use | Current Annual Cost |
|---|---|---|---|---|
| 3. | **Communication Therapies** | | | |
| | **Age 14 - 22 years** | | | |
| | Speech Evaluation & Therapy 2x/wk @ $150/hr = $300/wk | $ 300.00 | 52 | $ 15,600.00 |
| | Auditory Evaluation (every two years) | $ 600.00 | 0.5 | $ 300.00 |
| | Auditory Integration Training | $ 200.00 | 52 | $ 10,400.00 |
| | Augmentative Communication Eval. | $ 200.00 | 1 | $ 200.00 |
| | Augmentative Communication Device | $ 2,000.00 | 0.2 | $ 400.00 |
| | **Total** | | | $ 26,900.00 |
| | **Age 23 - Life Span** | | | |
| | Speech Evaluation & Therapy | $ 150.00 | 12 | $ 1,800.00 |
| | Auditory Evaluation (every two years) | $ 600.00 | 0.5 | $ 300.00 |
| | Auditory Integration Training | $ 200.00 | 12 | $ 2,400.00 |
| | Augmentative Communication Eval. | $ 200.00 | 1 | $ 200.00 |
| | Augmentative Communication Device | $ 2,000.00 | 0.2 | $ 400.00 |
| | **Total** | | | $ 5,100.00 |