# LORETTA M. LUKENS, M.N., R.N., C.R.R.N.

29 West Rhea Road
Tempe, AZ  85284

Tel: (480) 839-0799
Fax:(480) 831-2668
Email: lukensrehabnursing@cox.net

## PROFESSIONAL QUALIFICATIONS

- A rehabilitation nurse with over 30 years of nursing clinical, teaching, and administrative experience.

## EDUCATION

- **M.N./Nursing.** Montana State University, Bozeman. 1970
- **B.S.N./Nursing.** Montana State University, Bozeman. 1962
- **Post-Graduate**/Education (10hr). Virginia Polytechnic Institute, Blacksburg, Virginia. 1981
- **Post-Graduate**/Business & Education (12hr). Arizona State University, Tempe. 1987-89
- **C.R.R.N./** Nat'l Nursing Rehabilitation Course (40hr), Assoc. of Rehab. Nurses. 1990
- **Continuing Education** (pp 3, 4, 5)

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 03/04 - Present | Research Project: Rehabilitation outcomes for Spinal Cord Injury patients receiving Life Care Plan as compared with general population of Spinal Cord Injury patients. |
| Fall 1991 - Present | Rehabilitation Nursing Consultant: Rehabilitation services including the preparation of Life Care Plans for multi-handicapped children, persons with Spinal Cord Injury and Traumatic Brain Injury, transplant patients and amputee patients. Nursing Standard of Care for Medical-Surgical and Rehabilitation issues. |
| 1994 - Present | Case Manager, Pediatric and Adult Cases |
| 1994 | Curriculum Development, College of Education and Extended Education SPE 598 Education and Rehabilitation of the TBI/SCI Student in Primary and Secondary School Setting |
| 1994 - 1999 | Valley Home Health Care, Inc., Rehabilitation Nursing Consultant, Member of the Professional Advisory Board. |
| 1993 - 1996 | Brain Injury Association, Board Member. |
| 1993 - 2001 | Brain Injury Association, Member. |
| 1993 - 1998 | Governor's Council - Sub Committee on Head Injury and Spinal Cord Injury, (Education Committee, co-chairman of the Family Practice Subcommittee) |
| 1993 | Community Faculty, University of Arizona College of Medicine, Masters in Public Health Program. |
| 1992 - Present | Professional Reviewer for Rehabilitation Nursing Journals |

1. Marianjoy, Disability Coloring Books
2. Fletcher, G., Banja, J., Brigitte and Wolf, S. (1992 Rehabilitation Medicine)
3. Beukelman, D., Yorkston, K., *Communication Disorders.* (1990)
4. Pozar, G., *Long Term Care and The Law.* (1992)
5. Meyer, L., Reck, C., Brown, L., *Critical Issues in the Lives of People with Severe Disabilities.* (1991)
6. Helen Esta Brooks, Nancy, Martin Albert, *Manual of Aphasics Therapy* (1992)
7. Beckmann, Janet Petta, *Nursing Malpractice.* (1995)
8. Jackson Patricia Ludder, *Primary Care of the Child with a Chronic Condition.* (2000)

# EXHIBIT E

**PROFESSIONAL EXPERIENCE Cont'd.**

    9.  Hunter, Mackin, Callahan, *Rehabilitation of the Hand and Upper Extremity (Fifth Edition), Volumes 1 & 2.* (2003)
   10.  Hentz, Vincent R., M.D., Leclercq, Caroline, *Surgical Rehabilitation of the Upper Limb in Tetraplegia.* (2004)
   11.  Macintyre, Pamela E., Ready, L.. Brian, *Acute Pain Management: A Practical Guide (2nd Edition).* (2004)
   12.  Kalibjian, Cliff, *Straight from the Gut: Living with Crohn's Disease & Ulcerative Colitis.* (2004)

| | |
|---|---|
| 1992 - Present | Rehabilitation Nursing Certification Board participation, Submission of test questions for the C.R.R.N. examination. |
| Fall 1991 | Adjunct Faculty: Arizona State University: Development and Coordinator of a graduate and undergraduate nursing course: Rehabilitation Care. The course was offered in the Fall of 1991 at Arizona State University to nursing students, disabled students and students from other health disciplines. The course was offered for 3 credits through the College of Nursing and the College of Extended Education. |
| 1991 | Course Development and Faculty NUR 494,598, Rehabilitation Care Arizona State University, College of Nursing. |
| 1991 | Arizona State University: University Consulting Group, Consultant, Disabled Student Program |
| June/89 - April/91 | College of Nursing, Arizona State University Coordinator of the Graduate Program |
| 1988 - 1990 | Arizona State University, College of Nursing. Teaching in the graduate and undergraduate program, 60% position. Adjunct Faculty for Nursing 552, Contemporary Issues in Nursing and Health Care and Nursing 306 - Professional Development of the R.N. Registered Nurse. |
| 1988 - 1991 | Consultant to Nursing Services, VA Medical Center, Prescott, Arizona. |
| May 1987 - 1991 | Program Coordinator IV, Dean's Office, Arizona State University. Responsibilities included special project development, a liaison for the Dean with faculty, community, media and university departments. Assisting with national accreditation visits, writing internal and external proposals, assisting with the development of the Dean's written and verbal responses to local and national nursing issues involving nursing practice and education. |
| 1985 - 1987 | President of a Nursing Education and Consulting company, Denver Colorado. Independent consulting responsibilities included consulting activities with VA Medical Center, Norrell Home Health Agency, Visiting Nurse Association of Denver and ARA Nursing Homes. The company contracted with health care professionals to present continuing education approved by the Colorado Nurses Assn. and American Nurses Assn. Video Learning Modules were developed and approved in 50 states for continuing education for nurses. Chairman of the Education Committee for the Colorado Hospital Association of Risk Managers (2 yrs.), Composed of 50% attorneys and Hospital Risk Managers. |
| 1981 - 1985 | Staff Development Coordinator, Nursing Administration, Beth Israel Hospital, Denver, Colorado. Responsibilities included development of all education for all registered nurses plus updating skills of nurses and nurses' aides working in an adjoining nursing home. Developed 300 hours of CE per year. Represented the Department of Nursing |

|  |  |
|---|---|
|  | for two successful Joint Commission on Accreditation Visits. Utilized as a consultant for nursing supervision on Quality Assurance and Risk Management issues. Represented Nursing Service on the Medical Record Committee for 4 years which involved chart review and discussion of high risk legal issues involving patients. |
| 1979 - 1981 | Assistant Professor, Medical College of Georgia. Responsibilities involved teaching a variety of Medical-Surgical courses in the Baccalaureate Program and developing graduate Geriatric and Chronic Illness courses. Served on the Master Thesis Committees and was a Project Director for numerous clinical research projects, including clients at the VA Spinal Cord Injury Regional Hospital. Clinical experiences with students were two days per week. |
| 1971 - 1979 | Director of the Nursing Program and Associate Professor, Virginia Community College System. Responsibilities included administration and teaching Medical, Surgical, Pediatrics Nursing and Psychiatric Nursing concepts in an Associate Degree Program. Provided Management courses of continuing education to Community Nurse Managers and Director of Nurses. Consultant for the Virginia Regional Medical Program, which included presentations throughout the state. Additional clinical experiences included working as a surgical staff nurse and teaching for three years in a Diploma Nursing Program in a 1000 bed hospital. |

## CONTINUING PROFESSIONAL EDUCATION

| Year | Course | Hours |
|---|---|---|
| 2006 | Society for Pain Practice Management (SPPM) | 4.5 hours |
| 2005 | Annual Pediatric Neurosciences Symposium | 8.7 hours |
| 2005 | Barrow Stroke Update | 4.8 hours |
| 2005 | First Annual Burn Care Symposium | 8 hours |
| 2005 | 2nd Annual Traumatic Brain Injury Symposium | 15 hours |
| 2005 | Society for Pain Practice Management (SPPM) | 7 hours |
| 2004 | Traumatic Brain Injury Conference<br>St. Joseph Hospital and Medical Center | 8.5 hours |
| 2004 | Update Spine Surgery, Dr. Maxwell | 0 hours |
| 2003 | Update Spine Surgery, Dr. Maxwell | 0 hours |
| 2003 | Southwest Brain Injury Conference | 8.5 hours |
| 2002 | American Society of Regional Anesthesia and Pain Medicine | 19 hours |
| 2002 | Pediatric Update 2002. Brachial Plexus Injuries<br>Arizona Physical Therapy Association | 8 hours |
| 2002 | Update Spine Surgery, Dr. Maxwell | 0 hours |
| 2002 | 15th Annual SPPM (Society for Pain and Practice Management) Pain Management Symposium | 5.75 hours |

| Year | Program | Hours |
|---|---|---|
| 2000 | Stroke Update 2000 Recent advances in the Treatment of strokes. Barrow Neurological Institute | 4.8 hours |
| 2000 | 6th Annual Pediatric Neurology/Neurosurgery Conference Barrow Neurological Institute | 5.4 hours |
| 2000 | The National Spinal Cord Injury Education Conference Barrow Neurological Institute | 12 hours |
| 2000 | Neuro Science Nursing Partnership Barrow Neurological Institute | 8 hours |
| 2000 | Care Meridian, Escondido, California | 2 hours |
| 1998 | Arizona Long Term Care System (ALTCS) Arizona Medicaid Managed Care Experience Presented by Arizona Health Care Cost Containment System. | 8 hours |
| 1998 | National Institute of Health, Bethesda, Maryland Rehabilitation of Persons with Traumatic Brain Injury | 16 hours |
| 1998 | Long Term Care Services in Arizona St. Luke's Charitable Health Trust | 8 hours |
| 1998 – 1999 | Centre for Neuro Skills Brain Injury Program Bakersfield, California. | 6 hours |
| 1998 | Association of Rehabilitation Nurses (Pediatric and Adult topics) | 20.8 hours |
| 1998 | ARN Advance Practice Seminar | 8 hours |
| 1998 | Attention Deficits and Disruptive Behaviors | 7.2 hours |
| 1998 | Arizona Nursing Law | 6.0 hours |
| 1998 | 23rd Annual Primary Care Update | 25.2 hours |
| 1996 | National Downs Conference-Audio Tapes | 3 day conference |
| 1995 | Neuro Law | 12 hours |
| 1995 | Pain Management Collaborative Group Interdisciplinary Approach | 4 hours |
| 1995 | Arizona Brain Injury Conference, Education Program Co-Chair | 9.5 hours |
| 1995 | Danger: Nursing Documentation | 6 hours |
| 1994 | Arizona Head Injury Foundation Conference | 9.5 hours |
| 1994 | Spinal Cord Injury: Issues and Advances | 13.5 hours |
| 1994 | Communication, Behavior, and Cognition | 12 hours |
| 1993 | Spasticity Update: New Treatment Methods Good Samaritan Rehabilitation Hospital and Good Samaritan Regional Medical Center | 15.3 hours |

4

| | | |
|---|---|---|
| 1992 | Life Care Planning and Case Management | 16 hours |
| 1991 | American Association of Rehabilitation Nurses, Nursing Rehabilitation | 40 hours |
| 1991 | Completed National Certification Exam for Certified Rehabilitation Registered Nurse (C.R.R.N.) | |
| 1991 | St. Joseph's Hospital and Barrow Neurological Institute Cerebrovascular Disease: Current Issues | 24 hours |
| 1990 | Association of Rehabilitation Nurses, National Convention | 6 hours |
| 1990 | American Association of Legal Nursing Consultants, National Convention | 14.5 hours |

## CONSULTATIONS

| | |
|---|---|
| 1994 | Valley Home Health Services, Inc. |
| 1993 - 1996 | Sunrise Rehabilitation Hospital, Jacksonville, Florida |
| 1988 - 1991 | Veteran's Administration Hospital, Prescott, Arizona |
| 1986 | Visiting Nurses Association of the Denver Area, Inc. |
| 1985 - 1987 | Veteran's Administration Hospital and Medical Center, Denver, Co. 2 year contract, Education Department, Nursing Services |

## PRESENTATIONS

| | |
|---|---|
| 1996 | Rehabilitation Services Administration, AZ<br>Vocational Rehabilitation Counselors<br>"Rehabilitation Needs of Head Injured Persons" |
| 1996 | Rehabilitation Hospital of the Pacific, Honolulu, HI<br>Neuropsychology Department, Dr. Brown "Life Care Planning" |
| 1995 | Arizona Head Injury Foundation<br>Presentation to Family Support Group: "Rehabilitation Needs of the TBI Person" |
| 1994 | Rehabilitation Counselors: "Long Term Care Needs of the Head Injured Client" |
| 1992 | ARN National Convention: "Rehabilitation Care - A Course for Disabled Students from the Health Disciplines" |
| 1992 | Arizona State University<br>Interdisciplinary Rehabilitation, Focus on Case Management<br>Rehabilitation Workshop - "External Case Management" |
| 1991 | Faculty Associate, Arizona State University<br>College of Nursing, College of Extended Education<br>Rehabilitation Care |

5

## PUBLICATIONS

| | |
|---|---|
| 1994 | Rehabilitation Protocols, Valley Home Health Services |
| 1994 | Arizona Head Injury Foundation, Article on Case Management |
| 1991 | *Adult Nursing in Hospital and Community Settings*. Published by Appleton, Inc. Dr. Lenette Burrell, Editor. Authorship of several chapters in a Baccalaureate Nursing text. |
| 1981 | *Medical-Surgical Nursing and the Nursing Process*. Published by Little & Brown. Dr. Dagmar Brodt, Editor. Authorship of a chapter. |
| 1972 | Special Project Grant, Department of HEW, Washington, D.C. Funded to establish an associate degree program between two community colleges. |

## HONORS, AWARDS, GRANTS

| | |
|---|---|
| 1995 | Certificate of Appreciation, Governor's Council on Spinal and Head Injuries for development of TBI/SCI Masters Course |
| 1985 | Note of a commendation from Dr. Estella Rosenblum, Dean, University of New Mexico regarding International Lectureship Evaluations in Spain. (6.7 based on a 7.0 scale) |
| 1985 - 1987 | Professional Seminars Consultant, Inc. International Lectureships. As the Educational Leader, I had the total continuing educational responsibilities for 35 contact hours approved by the American Nurses Association. I also conducted site visits in hospitals and clinics in each country.<br>1985 - Spain  Medical Surgical Nursing<br>1987 - Australia, New Zealand  Medical Surgical Nursing<br>1987 - China  Nursing Administration |

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 2002 - Present | Society for Pain Practice Management (SPPM) |
| 1998 - 2004 | International Association for the Study of Pain (IASP). |
| 1993 - 1996 | Arizona Brain Injury Foundation, Board Member. |
| 1993 - 2000 | Arizona Brain Injury Foundation, Member |
| 1994 - 1998 | Governor's Advisory Council on Spinal and Head Injuries Education - Co-Chairman for Family Practice Medical Education |
| 1990 - Present | American Association of Legal Nursing Consultants - Member |
| 1989 - Present | American Association of Rehabilitation Nurses - Member and National Reviewer |
| 1987 - Present | Arizona Nurses Association - Member |
| 1987 - Present | Sigma Theta Tau Nursing Honorary - Member |
| 1972 - Present | American Nurses Association – Member |

Updated 3/30/06