**Loretta M. Lukens, M.N., R.N., C.R.R.N.**
Rehabilitation Nursing Consultant, Inc.
29 West Rhea Rd.
Tempe, Arizona  85284
(480) 839-0799
Fax (480) 831-2668

**Depositions**

| Date | Client | Attorney |
|---|---|---|
| 01/17/02 | Carl Chaltry | Lou Diesel |
| 01/25/02 | Thompson Family | Frank Morrison, Whitefish, MT |
| 03/26/02 | Paul Fullmer | Jerome Ewell |
| 06/17/02 | Debra Burt | Gene Gulinson |
| 06/25/02 | Carolyn Granados | Janice Kim, Hawaii |
| 07/01/02 | James Moore | Richard Plattner |
| 07/25/02 | Christopher Branicz | Stuart Goldstein |
| 09/04/02 | Christopher Branicz | Stuart Goldstein |
| 09/05/02 | Judith Burton | Paul Rybarsyk |
| 09/12/02 | Charles Palmer | Micheal Wright |
| 09/13/02 | Douglas Peterson | Nick Moceri, Prescott, |
| 12/06/02 | Nicole Cotts | Jack Assini, Tucson |
| 12/12/02 | Vicki DeAlba | Jim Dutson |
| 01/17/03 | Kate McEnaney | Bill Revis |
| 02/13/03 | Salvatore Seidita | Paul Rybarsyk |
| 02/28/03 | Alex Ramirez | Michael Livingston, Hawaii |
| 04/16/03 | Elizabeth Becker | Dan Yearin |
| 05/03/03 | Christine Taylor | Marty Fritz, Hawaii |
| 06/03/03 | Keri Kilian | Richard Langerman |
| 07/28/03 | Minnie Douglas | Barry McBann, Tucson |
| 09/12/03 | Cooper Stephens | Carol Romano |
| 10/30/03 | Thomas Szarkowitz | Richard Weissman |
| 11/20/03 | Duane Eaton | Mark Samson |
| 01/08/04 | Phillip Bannwarth | Larry Remillard, Hawaii |
| 01/21/04 | Alejandro Grajeda | Will Wilkinson, Tucson |
| 01/30/04 | April Jepson | Micheal Wright |
| 02/12/04 | Bettina Hochstadt | James Vieh |
| 04/20/04 | Mary Josephs | Wayne Turley |
| 04/21/04 | Robert Mills | Janice Kim, Hawaii |
| 05/22/04 | Kristine Kanei | Marty Fritz, Hawaii |
| 10/21/04 | Maria Osuna | David Wenner |
| 11/24/04 | Alice Addelia | Frank Powers |
| 01/18/05 | Karen Ricotta | Richard Treon |
| 02/02/05 | Kevin Routon | Paul Sacco |
| 03/07/05 | Maurice Hopkins | Shawn Cunningham |
| 03/14/05 | Reubyne Buentipo | Marty Fritz, Hawaii |
| 04/18/05 | Jack Daer | Dan Yearin |
| 04/22/05 | Diana Green | Keith Hammond, Flagstaff |



EXHIBIT F

| Date | Client | Attorney |
|---|---|---|
| 06/03/05 | Victor Ruff | Frank Verderame |
| 08/03/05 | Carina Henry | Daniel Adelman |
| 12/09/05 | Reubyne Buentipo | Marty Fritz, Hawaii |
| 01/26/06 | Jeff Lever | John Matter |
| 03/07/06 | Pennie Dickinson | Steven Cohen |
| 03/13/06 | Elaine Lerner | Marty Fritz, Hawaii |
| 04/12/06 | Christy Saloum | Richard Plattner |
| 04/26/06 | Valeriea Womack | Marty Fritz, Hawaii |

Trials

| Date | Client | Attorney |
|---|---|---|
| 05/14/02 | Thompson Family | Frank Morrison, Whitefish, MT |
| 09/03/02 | Melissa Stalter | Frank Powers |
| 10/16/02 | Barbara Haggerty | Micheal Wright |
| 10/21/02 | Deadra Wagner | Thomas Shorall Jr. |
| 09/03/03 | Carolyn Almeida | Jeff Finley, Flagstaff |
| 02/19/04 | Austreberto Romero | Terry Fong |
| 02/24/04 | Judith Burton | Paul Rybarsyk |
| 04/06/04 | Kari Killian | Richard Langerman |
| 05/12/04 | Donna Haff | Will Wilkinson, Tucson |
| 05/18/04 | Christine Taylor | Marty Fritz, Hawaii |
| 06/15/04 | Kari Killian | Richard Langerman |
| 08/04/04 | Linda Haskill | Mark Sampson |
| 09/20/04 | Thomas Szarkowitz | Richard Weissman |
| 12/03/04 | Dylan Foster | Doug Dalton |
| 04/01/05 | Brenda White (Arbitration) | Marty Fritz, Hawaii |
| 08/18/05 | Arthur Webb | Doug Dalton |
| 09/15/05 | Jim Lester | Burt Rosenblatt |
| 09/16/05 | Lynn Kobar (Federal Court) | John Westover |
| 10/28/05 | Gary Yoder | Joel Robbins |
| 12/08/05 | Diana Green | Keith Hammond |
| 04/24/06 | Carina Henry | Steve German |