*Keynes D. Von Elsner, CPA*

50 S. Beretania St., Suite C-113
Honolulu, Hawaii 96813
Ph. (808)-538-6904
Fax (808)-538-6851
E-Mail von@lava.net

Re: Bryan Wiles-Bond

Present Values of Amounts for years 2005 to 2071

**EXHIBIT G**

Bryan
Present Values of Amounts

| Year | Age | Higher | Lower | PV Factor | PV Higher | PV Lower | |
|------|-----|--------|-------|-----------|-----------|----------|---|
| 2005 | 13 | 188,510 | 125,673 | 0.9891738 | 186,469 | 124,312 | Assume zero inflation |
| 2006 | 14 | 110,880 | 73,920 | 0.9694931 | 107,497 | 71,665 | |
| 2007 | 15 | 110,880 | 73,920 | 0.9502039 | 105,359 | 70,239 | Assume Bryan is 13 on 1/1/05 |
| 2008 | 16 | 110,880 | 73,920 | 0.9312986 | 103,262 | 68,842 | |
| 2009 | 17 | 110,880 | 73,920 | 0.9127694 | 101,208 | 67,472 | Used 11/28/05 yield on 10 yr |
| 2010 | 18 | 110,880 | 73,920 | 0.8946088 | 99,194 | 66,129 | Treasury Inflation-Indexed |
| 2011 | 19 | 110,880 | 73,920 | 0.8768096 | 97,221 | 64,814 | Note due 1/15/15, which |
| 2012 | 20 | 110,880 | 73,920 | 0.8593645 | 95,286 | 63,524 | was 2.03, as the present |
| 2013 | 21 | 110,880 | 73,920 | 0.8422665 | 93,391 | 62,260 | value factor |
| 2014 | 22 | 101,920 | 50,960 | 0.8255086 | 84,136 | 42,068 | |
| 2015 | 23 | 101,920 | 50,960 | 0.8090842 | 82,462 | 41,231 | Since the amounts were |
| 2016 | 24 | 101,920 | 50,960 | 0.7929866 | 80,821 | 40,411 | not increased by inflation |
| 2017 | 25 | 101,920 | 50,960 | 0.7772093 | 79,213 | 39,607 | I did not include |
| 2018 | 26 | 101,920 | 50,960 | 0.7617458 | 77,637 | 38,819 | inflation on the |
| 2019 | 27 | 101,920 | 50,960 | 0.74659 | 76,092 | 38,046 | present value factor. |
| 2020 | 28 | 101,920 | 50,960 | 0.7317358 | 74,579 | 37,289 | |
| 2021 | 29 | 101,920 | 50,960 | 0.7171771 | 73,095 | 36,547 | |
| 2022 | 30 | 101,920 | 50,960 | 0.7029081 | 71,640 | 35,820 | |
| 2023 | 31 | 101,920 | 50,960 | 0.6889229 | 70,215 | 35,108 | |
| 2024 | 32 | 101,920 | 50,960 | 0.6752161 | 68,818 | 34,409 | |
| 2025 | 33 | 101,920 | 50,960 | 0.6617819 | 67,449 | 33,724 | |
| 2026 | 34 | 101,920 | 50,960 | 0.648615 | 66,107 | 33,053 | |
| 2027 | 35 | 101,920 | 50,960 | 0.6357101 | 64,792 | 32,396 | |
| 2028 | 36 | 101,920 | 50,960 | 0.6230619 | 63,502 | 31,751 | |
| 2029 | 37 | 101,920 | 50,960 | 0.6106654 | 62,239 | 31,120 | |
| 2030 | 38 | 101,920 | 50,960 | 0.5985155 | 61,001 | 30,500 | |
| 2031 | 39 | 101,920 | 50,960 | 0.5866074 | 59,787 | 29,894 | |
| 2032 | 40 | 101,920 | 50,960 | 0.5749362 | 58,597 | 29,299 | |
| 2033 | 41 | 101,920 | 50,960 | 0.5634972 | 57,432 | 28,716 | |
| 2034 | 42 | 101,920 | 50,960 | 0.5522858 | 56,289 | 28,144 | |
| 2035 | 43 | 101,920 | 50,960 | 0.5412975 | 55,169 | 27,585 | |
| 2036 | 44 | 101,920 | 50,960 | 0.5305278 | 54,071 | 27,036 | |
| 2037 | 45 | 101,920 | 50,960 | 0.5199723 | 52,996 | 26,498 | |
| 2038 | 46 | 101,920 | 50,960 | 0.5096269 | 51,941 | 25,971 | |
| 2039 | 47 | 101,920 | 50,960 | 0.4994873 | 50,908 | 25,454 | |
| 2040 | 48 | 101,920 | 50,960 | 0.4895495 | 49,895 | 24,947 | |
| 2041 | 49 | 101,920 | 50,960 | 0.4798093 | 48,902 | 24,451 | |
| 2042 | 50 | 101,920 | 50,960 | 0.470263 | 47,929 | 23,965 | |
| 2043 | 51 | 101,920 | 50,960 | 0.4609066 | 46,976 | 23,488 | |
| 2044 | 52 | 101,920 | 50,960 | 0.4517363 | 46,041 | 23,020 | |
| 2045 | 53 | 101,920 | 50,960 | 0.4427485 | 45,125 | 22,562 | |
| 2046 | 54 | 101,920 | 50,960 | 0.4339396 | 44,227 | 22,114 | |
| 2047 | 55 | 101,920 | 50,960 | 0.4253059 | 43,347 | 21,674 | |
| 2048 | 56 | 101,920 | 50,960 | 0.4168439 | 42,485 | 21,242 | |
| 2049 | 57 | 101,920 | 50,960 | 0.4085504 | 41,639 | 20,820 | |
| 2050 | 58 | 101,920 | 50,960 | 0.4004218 | 40,811 | 20,405 | |
| 2051 | 59 | 101,920 | 50,960 | 0.392455 | 39,999 | 20,000 | |
| 2052 | 60 | 145,600 | 72,800 | 0.3846466 | 56,005 | 28,002 | |
| 2053 | 61 | 145,600 | 72,800 | 0.3769937 | 54,890 | 27,445 | |
| 2054 | 62 | 145,600 | 72,800 | 0.369493 | 53,798 | 26,899 | |
| 2055 | 63 | 145,600 | 72,800 | 0.3621415 | 52,728 | 26,364 | |
| 2056 | 64 | 145,600 | 72,800 | 0.3549363 | 51,679 | 25,839 | |
| 2057 | 65 | 145,600 | 72,800 | 0.3478744 | 50,651 | 25,325 | |
| 2058 | 66 | 145,600 | 72,800 | 0.3409531 | 49,643 | 24,821 | |
| 2059 | 67 | 145,600 | 72,800 | 0.3341694 | 48,655 | 24,328 | |
| 2060 | 68 | 145,600 | 72,800 | 0.3275208 | 47,687 | 23,844 | |
| 2061 | 69 | 145,600 | 72,800 | 0.3210044 | 46,738 | 23,369 | |

EXHIBIT

| | | | | | | |
|---|---|---|---|---|---|---|
| 2062 | 70 | 145,600 | 72,800 | 0.3146176 | 45,808 | 22,904 |
| 2063 | 71 | 145,600 | 72,800 | 0.308358  | 44,897 | 22,448 |
| 2064 | 72 | 145,600 | 72,800 | 0.3022228 | 44,004 | 22,002 |
| 2065 | 73 | 145,600 | 72,800 | 0.2962098 | 43,128 | 21,564 |
| 2066 | 74 | 145,600 | 72,800 | 0.2903164 | 42,270 | 21,135 |
| 2067 | 75 | 145,600 | 72,800 | 0.2845402 | 41,429 | 20,715 |
| 2068 | 76 | 145,600 | 72,800 | 0.278879  | 40,605 | 20,302 |
| 2069 | 77 | 145,600 | 72,800 | 0.2733304 | 39,797 | 19,898 |
| 2070 | 78 | 145,600 | 72,800 | 0.2678921 | 39,005 | 19,503 |
| 2071 | Totals | 7,714,910 | 4,036,713 | | 4,140,668 | 2,235,148 |

His 7,699,160 figure uses 172,760 instead of 188,510 (the average of 172,760 & 204,260)
However, his 4,036,713 uses 2/3 of the 188,510 instead of 2/3 of 172,760

*Keynes D. Von Elsner, CPA*

50 S. Beretania St., Suite C-113
Honolulu, Hawaii 96813
Ph. (808)-538-6904
Fax (808)-538-6851
E-Mail von@lava.net

Re: Bryan Wiles-Bond

Damages Due to Educational Neglect for the years 2005 to 2070

*Keynes D. Von Elsner, CPA*

Bryan Wiles-Bond
Damages Due to Educational Neglect

Page 1 of 2

| | Costs to Be Incurred | Costs Without Educational Neglect | Damages | Present Value Factor | Present Value |
|---|---|---|---|---|---|
| 2005 | 178,150 | 74,040 | 104,110 | 0.9902443 | 103,094 |
| 2006 | 111,060 | 74,040 | 37,020 | 0.9710182 | 35,947 |
| 2007 | 111,060 | 74,040 | 37,020 | 0.9521653 | 35,249 |
| 2008 | 111,060 | 74,040 | 37,020 | 0.9336784 | 34,565 |
| 2009 | 111,060 | 74,040 | 37,020 | 0.9155505 | 33,894 |
| 2010 | 111,060 | 74,040 | 37,020 | 0.8977746 | 33,236 |
| 2011 | 111,060 | 74,040 | 37,020 | 0.8803438 | 32,590 |
| 2012 | 111,060 | 74,040 | 37,020 | 0.8632514 | 31,958 |
| 2013 | 111,060 | 74,040 | 37,020 | 0.8464909 | 31,337 |
| 2014 | 101,920 | 50,960 | 50,960 | 0.8300558 | 42,300 |
| 2015 | 101,920 | 50,960 | 50,960 | 0.8139398 | 41,478 |
| 2016 | 101,920 | 50,960 | 50,960 | 0.7981367 | 40,673 |
| 2017 | 101,920 | 50,960 | 50,960 | 0.7826404 | 39,883 |
| 2018 | 101,920 | 50,960 | 50,960 | 0.767445 | 39,109 |
| 2019 | 101,920 | 50,960 | 50,960 | 0.7525446 | 38,350 |
| 2020 | 101,920 | 50,960 | 50,960 | 0.7379335 | 37,605 |
| 2021 | 101,920 | 50,960 | 50,960 | 0.7236061 | 36,875 |
| 2022 | 101,920 | 50,960 | 50,960 | 0.7095569 | 36,159 |
| 2023 | 101,920 | 50,960 | 50,960 | 0.6957804 | 35,457 |
| 2024 | 101,920 | 50,960 | 50,960 | 0.6822715 | 34,769 |
| 2025 | 101,920 | 50,960 | 50,960 | 0.6690248 | 34,094 |
| 2026 | 101,920 | 50,960 | 50,960 | 0.6560353 | 33,432 |
| 2027 | 101,920 | 50,960 | 50,960 | 0.643298 | 32,782 |
| 2028 | 101,920 | 50,960 | 50,960 | 0.630808 | 32,146 |
| 2029 | 101,920 | 50,960 | 50,960 | 0.6185605 | 31,522 |
| 2030 | 101,920 | 50,960 | 50,960 | 0.6065508 | 30,910 |
| 2031 | 101,920 | 50,960 | 50,960 | 0.5947742 | 30,310 |
| 2032 | 101,920 | 50,960 | 50,960 | 0.5832264 | 29,721 |
| 2033 | 101,920 | 50,960 | 50,960 | 0.5719027 | 29,144 |
| 2034 | 101,920 | 50,960 | 50,960 | 0.5607989 | 28,578 |
| 2035 | 101,920 | 50,960 | 50,960 | 0.5499106 | 28,023 |
| 2036 | 101,920 | 50,960 | 50,960 | 0.5392338 | 27,479 |
| 2037 | 101,920 | 50,960 | 50,960 | 0.5287643 | 26,946 |
| 2038 | 101,920 | 50,960 | 50,960 | 0.518498 | 26,423 |
| 2039 | 101,920 | 50,960 | 50,960 | 0.5084311 | 25,910 |
| 2040 | 101,920 | 50,960 | 50,960 | 0.4985596 | 25,407 |
| 2041 | 101,920 | 50,960 | 50,960 | 0.4888798 | 24,913 |
| 2042 | 101,920 | 50,960 | 50,960 | 0.4793879 | 24,430 |
| 2043 | 101,920 | 50,960 | 50,960 | 0.4700803 | 23,955 |
| 2044 | 101,920 | 50,960 | 50,960 | 0.4609534 | 23,490 |
| 2045 | 101,920 | 50,960 | 50,960 | 0.4520038 | 23,034 |
| 2046 | 101,920 | 50,960 | 50,960 | 0.4432279 | 22,587 |
| 2047 | 101,920 | 50,960 | 50,960 | 0.4346223 | 22,148 |
| 2048 | 101,920 | 50,960 | 50,960 | 0.4261839 | 21,718 |
| 2049 | 101,920 | 50,960 | 50,960 | 0.4179093 | 21,297 |
| 2050 | 101,920 | 50,960 | 50,960 | 0.4097953 | 20,883 |
| 2051 | 101,920 | 50,960 | 50,960 | 0.4018389 | 20,478 |

| Year | Costs to Be Incurred | Costs Without Educational Neglect | Damages | Present Value Factor | Present Value |
|---|---|---|---|---|---|
| 2052 | 145,600 | 72,800 | 72,800 | 0.394037 | 28,686 |
| 2053 | 145,600 | 72,800 | 72,800 | 0.3863865 | 28,129 |
| 2054 | 145,600 | 72,800 | 72,800 | 0.3788846 | 27,583 |
| 2055 | 145,600 | 72,800 | 72,800 | 0.3715284 | 27,047 |
| 2056 | 145,600 | 72,800 | 72,800 | 0.3643149 | 26,522 |
| 2057 | 145,600 | 72,800 | 72,800 | 0.3572415 | 26,007 |
| 2058 | 145,600 | 72,800 | 72,800 | 0.3503055 | 25,502 |
| 2059 | 145,600 | 72,800 | 72,800 | 0.3435041 | 25,007 |
| 2060 | 145,600 | 72,800 | 72,800 | 0.3368348 | 24,522 |
| 2061 | 145,600 | 72,800 | 72,800 | 0.3302949 | 24,045 |
| 2062 | 145,600 | 72,800 | 72,800 | 0.3238821 | 23,579 |
| 2063 | 145,600 | 72,800 | 72,800 | 0.3175937 | 23,121 |
| 2064 | 145,600 | 72,800 | 72,800 | 0.3114275 | 22,672 |
| 2065 | 145,600 | 72,800 | 72,800 | 0.3053809 | 22,232 |
| 2066 | 145,600 | 72,800 | 72,800 | 0.2994518 | 21,800 |
| 2067 | 145,600 | 72,800 | 72,800 | 0.2936377 | 21,377 |
| 2068 | 145,600 | 72,800 | 72,800 | 0.2879366 | 20,962 |
| 2069 | 145,600 | 72,800 | 72,800 | 0.2823461 | 20,555 |
| 2070 | 145,600 | 72,800 | 72,800 | 0.2768642 | 20,156 |
| | 7,705,990 | 3,986,040 | 3,719,950 | | 1,975,792 |

Assumptions:
  Damages are measured from 1/1/05.
  Bryan's date of birth was 1/1/92, so he was 13 on 1/1/05.
  Bryan has a life expectancy, based on Dr. LeGoff's information, of 79 years.
  Costs to Be Incurred and Costs without Education Neglect based on information from Dr. LeGoff
  The present value factor is based on the 20-Year Treasury Inflation-Indexed Security, Constant Maturity series obtained from the St. Louis Federal Reserve Bank website. The rate on 1/1/05 was 1.98%. Since principal on these obligations are adjusted for inflation, they provide an accurate, discount rate excluding the effects of inflation. Accordingly, it is unnecessar to adjust the amounts in the table for the effects of future inflation.
  To the extent the damages consist of medical care, the damages are understated, because inflation in medical care has exceeded the general inflation rate.