50 S. Beretania St., Suite C-113
Honolulu, Hawaii 96813
Ph. (808)-538-6904
Fax (808)-538-6851
E-Mail von@lava.net

## Curriculum Vitae

### Professional

Opened own CPA practice June 1, 1986, after resigning as a partner in Deloitte Haskins + Sells. Presently serve approximately 140 individuals, 50 corporations, 25 trusts and 25 partnerships/LLCs. Became a partner in Deloitte Haskins + Sells on June 1, 1982 after rising through the ranks beginning January 1, 1973. While at DH&S received firmwide recognition for tax expertise in real estate construction and development, partnerships, tax shelters, and accounting periods and methods. Previous employment included 4.5 years with two other CPA firms, 1.5 years as an instructor in accounting and business with two business schools, and 1.5 years as an accountant with a large automobile dealership.

Licensed as a CPA in Hawaii since October, 1970

### Litigation Support

I have testified as an expert witness in Federal court in Honolulu, state courts on Oahu, Hawaii and Kauai and in numerous arbitrations. I've testified or been deposed in the following matters within the last four years (names of attorneys in parentheses):

- Damages incurred by branch manager of stock brokerage ** (Jerry M. Hiatt)
- Damages due to unpaid attorney's fees **/* (Jerry M. Hiatt)
- Damages incurred by doctor due to actions of former employer * (Rafael del Castillo)
- Calculation of damages due to errors by property manager **/* (William Byrns)
- Lost profits of service provider **/* (Mark Davis)
- Calculations of lost earnings, partnership valuation and analysis of tax fraud ** (Jerry Hiatt)

* testified
** deposed

Prior to 2002 I testified in thirteen instances and was deposed in sixteen instances. I was also deposed in two instances in the 1980s in matters involving Deloitte Haskins & Sells in which I was only peripherally involved.

EXHIBIT H

Education
- MBA, Accounting major, University of Hawaii 1975
- BBA, Accounting major, University of Hawaii 1965
- Two year general degree, Michigan State University 1962
- Hilo High School, 1960

Honors
- Beta Gamma Sigma
- Outstanding Senior in Accounting, University of Hawaii
- Hawaii Accounting Foundation Award
- Honor Student, Hilo High School