VITA<br>
Kimberly Anne Smalley, Ph.D.<br>
45-009 Mahalani Circle<br>
Kaneohe Hi 96744<br>
Phone: (808) 780-3920<br>
FAX: (808) 234-6371<br>
E-Mail: smalleyk001@hawaii.rr.com

## ACADEMIC BACKGROUND

**Ph.D.**   Special Education, University of California at Berkeley, Berkeley, CA (2001)

**M.Ed.**   International Education, Harvard University, Cambridge, MA (1992)

**B.A.**   Psychology, University of Central Florida, Orlando, FL. (1987)

## PROFESSIONAL WORK EXPERIENCE

2003 - Present   **Disabilities Specialist, Sole Proprietor,** Behavior Support Advocacy and Consultation, Kaneohe HI
- Child and Family Services, Clinical lead Therapeutic recreation Autism services, supervision and training
- Hawaii Behavioral Health, Autism services Supervision and training
- Nursefinders Hawaii, Training
- Hawaii International Child, Trainer Growth and Development

2003 - Present   **Behavioral Analyst (National Board Certified Behavior Analyst)**, Behavior Counseling and Research Center, Honolulu, HI
- Functional Behavior analysis
- Positive behavior support plan design implementation and oversight
- Behavior consultation
- Training Supervision

May. 2005



- Curriculum modification
- Transition - school to work
- Community based instruction

| | |
|---|---|
| 2003 – Present | **Lecturer,** Kapiolani Community College, Honolulu, HI<br>Autism Spectrum Disorders |
| 2002-2003 | **Behavior Specialist, Mental Retardation/ Developmental Disabilities,** State of Hawaii, Hawaii Department of Health, Developmental Disabilities Division, Honolulu, HI (Jan-May) |
| 2002-2003 | **Clinical Program Administrator**, State of Hawaii, Hawaii Department of Health, Developmental Disabilities Division, Honolulu, HI (July- Jan) |
| 2000 - 2002 | **Behavior Specialist, Mental Retardation/ Developmental Disabilities**, State of Hawaii, Hawaii Department of Health, Children and Adolescent Mental Health Division, Honolulu, HI |
| 2001 – 2004 | **Program Consultant,** <u>Transition Service Integration Expansion Project: Outreach To Youth with Severe Disabilities, Hawaii Demosntration Site</u> Funded by U.S. Department of Education, Office of Special Education Programs |
| 1992 - 2000 | **Behavioral Analyst**, Behavior Counseling and Research Center, San Rafael, CA |
| 1997 – 1999 | **Lecturer**, San Francisco State University, Department of Special Education, San Francisco, CA<br>Transition school to work, CBI, Special Ed. Moderate to severe MR |
| 1996 – 2000 | **Coordinator,** <u>Transition Service Integration Project</u>. San Francisco State University, Department of Special Education, Funded by several grants from U.S. Department of Education, Office of Special Education Programs, Postsecondary Model Demonstration Program |
| 1996 – 1999 | **Coordinator,** <u>Cross Categorical Teacher Preparation in Career Education</u>. San Francisco State University, Department of Special Education, Funded by U.S. |

| | |
|---|---|
| | Department of Education, Office of Special Education Programs, Preservice Personnel Training Program. |
| 1995 | **Lecturer**, San Francisco State University, Department of Special Education, San Francisco, CA<br>Transition school to work, CBI, Special Ed. Moderate to severe MR |
| 1994 - 1995 | **Coordinator,** California Natural Supports Project, San Francisco State University, Department of Special Education, San Francisco, CA |
| 1993 | **Individual Program Coordinator,** State of California, Sonoma Developmental Center, Eldridge, CA |
| 1991 | **House Manager**, Waltham Committee Inc., Waltham MA |
| 1990-1991 | **Program Manager,** Goodwill Industries, Work Activity Center, Eugene, OR |
| 1990-1991 | **Group worker,** Lane County Department of Youth Services, Skipworth detention Center, Eugene, OR |
| 1990-1991 | **Behavioral Support,** Oregon Supported Living, Eugene, OR |
| 1988-1990 | **Program Developer,** United States Peace Corps, National Institute for the Protection of Children, Manuba, Tunisia |
| 1986-1988 | **Mental Health Associate**, West Lake Memorial Hospital, Long wood, FL |
| 1985-1986 | **Behavioral Technician**, Threshold Inc., Winterpark, FL |
| 1983-1985 | **Direct Care Staff**, Western Maine Association for Retarded Citizens, Farmington, ME |

## OTHER WORK EXPERIENCE

May. 2005

| | |
|---|---|
| 2000-2005 | **Board President**, Hawai'ian Association For Behavior Analysis, Honolulu HI |
| 2003 | **Systems Evaluator**, transition services. CNMI State Dept. Of Education. Saipan, U.S Commonwealth of the Northern Mariana Islands. Sept. |
| 1998 | **Invited Expert Participant,** California State Dept. of Education, Regulations for behavior interventionists: designers and support staff. Sacramento CA, Sept. |
| 1994-1997 | **Member**, Board of Directors, Pacific Diversified Services, San Rafael, CA. |
| 1995 | **Invited participant,** Natural Supports in the Workplace: The Transition from School to Work By Students with Significant Disabilities. Administration on Developmental Disabilities, Washington DC |
| 1994-1995 | **Work Group Member**, California School to Work Interagency Transition Partnership, Sacramento, CA. |

## GRANT AWARDS

Certo, N.J., Pumpian, I., & Smalley, K. (1996-99). <u>Focusing on the point of transition: A service integration model</u>. Funded by U.S. Department of Education, Office of Special Education Programs, Postsecondary Model Demonstration Program, $486,363.

Certo, N. J., Storey, K., Smalley, K. (1996-99). <u>Cross Categorical Teacher Preparation in Career Education</u>. Funded by U.S. Department of Education, Office of Special Education Programs, Preservice Personnel Training Program, $411,393.

Certo, N.J., Pumpian, I. & Samlley, K. (1997-2000). <u>Transition Service Integration Expansion Project</u>. Funded by U.S. Department of Education, Rehabilitative Services Administration, $656,238.

Certo, N.J., Pumpian, I. & Smalley, K. (1997-2000). <u>Transition Service Integration Expansion Project: Outreach To Youth with Severe Disabilities</u>. Funded by U.S. Department of Education, Office of Special Education Programs, $419,988.

May. 2005

Certo, N.J., Pumpian, I., Sax, C. & Smalley, K. (2001-2004). <u>California Transition Service Integration Expansion Project</u>. U.S. Department of Education, Office of Special Education Programs, Outreach Projects for Children with Disabilities, $525,000.

## PROFESSIONAL AFFILIATIONS

    Association for Positive Behavioral Support
    TASH, (Formally known as, The Association for
      Persons with Severe Handicaps)
    California Association for Persons with Severe
      Handicaps
    The Council for Exceptional Children
    American Association on Mental Retardation
    The Association for Behavior Analysis
    Hawaiian Association for Behavior Analysis
    -Founding President 2/2003- present
    California Association for Behavior Analysis
    Behaviorists for Social Justice
    The Association for the Scientific Study of
      Intellectual disabilities
    The Association for Person in Supported Employment
    The Autism Society of America
    The Autism Society of Hawaii
    Harvard Alumni Association

## CERTIFICATIONS

| | |
|---|---|
| 2000 | Nationally Board Certified Behavior Analyst |
| 1998 | California State Certified Behavior Analyst |
| 1996 | Integrated Services Specialist (SFSU) |
| 1987 | Fla. State certified Behavior Analyst |

## PUBLICATIONS
**Journal Articles:**

Kyriannas J., Smalley K.A., Wright P.I., (2005) Hawai'ian Association for Behavior Analysis. <u>Association for Behavior Analysis International Newsletter</u>,.

Smalley K.A., Wright P.I., Wilson C. (2004) Hawai'ian Association for Behavior Analysis. <u>Association for Behavior Analysis International Newsletter</u>, 27 (2), 24.

May. 2005

Certo, N. J., Mautz, D., Pumpian, I., Sax, C., Smalley, K., Wade, H., Noyes, D., Luecking, R., Wechsler, J., & Batterman, N. (2003). A review and discussion of a model for seamless transition to adulthood. Education and Training in Developmental Disabilities, 38 (1), 3-17.

Wade, H.A., Certo, N. & Smalley, K. A. (2000). Separate is not equal: The impact of school-based inclusion on the separate but equal status of special education. College of Education Review, 12, 96-100..

Smalley, K.A., Certo, N.J., & Goetz, L. (1997). The effect of a staff training package on increasing community integration. Education and Training in Mental Retardation and Developmental Disabilities, 32 (1), 42-48.

Certo, N.J., Pumpian, I., Fisher, D., Storey, K., & Smalley, K. (1997). Focusing on the Point of Transition. Education and Treatment of Children, 20 (1), 68-84.

Pumpian, I. Fisher, D., Certo, N. J., & Smalley, K. (1997). Changing jobs: An essential part of career development. Mental Retardation, 35 (1), 39-48.

Certo, N.J., Lee, M., Mautz, D., Markey, L. Toney, L. Toney, K., & Smalley, K. (1997). Facilitating Natural supports: Assisting Lisa to connect with her dreams. Developmental Disabilities Bulletin, 25 (1), 27-42

**Book Chapters:**

Certo, N.J., Sax, C., Pumpian, I., Mautz, D., Smalley, K., Wade, H.A., Noyes, D. (2002). Transition Service Integration Model: Ensuring that the Last day of School is No Different from the Day after. In C. L. Sax & C.A. Thoma (Eds.), Transition Assessment: Wise practices for Quality Lives. Baltimore: Paul H Brookes publishing Co.

# PROFESSIONAL PRESENTATIONS

Smalley, K. (2005). Social validity in ABA: Why we really do what we do. Paper presented to the 2005 annual convention of the Association for Behavior Analysis. Chicago, IL, May (competitively selected).

Smalley, K., Wilson C., Mitchel, J. (2005). HABA: Hawai'ian Association for behavior analysis. The 2005 annual convention of the Association for Behavior Analysis. Chicago, IL, May

May. 2005

(competitively selected).

Wright. P.I., Smalley, K. (2005). Applied Behavior Analysis: A Path to Success for Students with Autism Paper presented at The twenty-first Annual Pacific-Rim conference on Disabilities. Honolulu, HI, March (competitively selected).

Smalley, K. (2004). Changing Roles of Behaviorists in Schools: Roles, Responsibilities and Bedside Manner; Or What Teachers Really Think of Us. Paper presented to The 2004 annual convention of the Association for Behavior Analysis. Boston, MA, May (competitively selected).

Smalley, K., Wright, P. (2004). HABA: Hawai'ian association for Behavior analysis. The 2004 annual convention of the Association for Behavior Analysis. Boston, MA, May (competitively selected).

Smalley, K. (2004). HABA: Hawai'ian association for behavior analysis. The 2004 No Na 'Oihana Kokua conference: The Diverse Counseling Professional Providing Innovative Approaches for a multicultural world. The Hawai'i Counseling Association. Honolulu, HI, April (competitively selected).

Smalley, K. (2004). Challenging Behavioral and Quality of Life: Hawaii Behavioral Health. Honolulu, HI, April

Smalley, K. (2004). In Pursuit of work. Paper presented at the twentieth Annual Pacific-Rim conference on Disabilities. Honolulu, HI, March (competitively selected).

Smalley, K. (2003). The Perfect Storm: Positive Behavioral Supports. Special Parents Information Network conference 2003. Honolulu, HI, April

Certo, N.J., Mautz, D., Smalley, K., & Wade, H., (2003). Focusing on The Point of Transition for Students with Severe Disabilities. Paper presented at The Nineteenth Annual Pacific-Rim conference on Disabilities. Honolulu, HI, March (competitively selected).

Smalley, K. (2002). In pursuit of life: Mediating behavior through social support. Paper presented at The Nineteenth Annual Pacific-Rim conference on Disabilities. Honolulu, HI, March (competitively selected).

May. 2005

Smalley, K., Wright, P. (2002). Bigger is better: Mediating challenging Behavior through Social Network Intervention. Paper presented at The Twenty Seventh Annual Conference of The Association for Persons with Severe Handicaps, Boston, MA, December (competitively selected).

Smalley, K., (2002). Bigger is better: Mediating challenging Behavior Through Social support. Paper presented at The Twenty -Eighth Annual Conference of The Association for Applied Behavior Analysis, Toronto Canada, May (competitively selected)

Smalley, K., Soares, W. & Knox, J. (2002). Understanding your Child's Sexuality Special Parents Information Network conference 2002. Honolulu, HI, April

Smalley, K. (2002). Bigger is better: How to assist someone to create a bigger life for themselves and decrease behavioral excesses in the bargain. Paper presented at The Eighteenth Annual Pacific-Rim conference on Disabilities. Honolulu, HI, March (competitively selected).

Smalley, K. (2002). A little knowledge is a dangerous thing, or I'm sorry Exactly what does a behaviorist do again? Paper presented at The Eighteenth Annual Pacific-Rim conference on Disabilities. Honolulu, HI, March (competitively selected).

Smalley, K., (2002). Functional Behavior assessment: Why, How, and Then What? 2002 Pacific Basin Learning Disabilities Conference & Teen Conference. Honolulu, HI, Feb (competitively selected

Smalley, K., (2001). Behaviorist Heal Thy Self. Paper presented at the Twenty-Sixth Annual Conference of The Association for Persons with Severe Handicaps, Anaheim, CA., November (competitively selected).

Smalley, K., (2001). Bigger is better: Mediating challenging Behavior through Social support. Paper presented at The Twenty sixth Annual Conference of The Association for Persons with Severe Handicaps, Anaheim, CA., November (competitively selected).

Certo, N.J., Lueking, R., Smalley, K., & Wade, H., (2001). Focusing on The Point of Transition for Students with Severe Disabilities. Paper presented at The Twenty sixth Annual Conference of The Association for Persons with Severe Handicaps, Anaheim, CA., November (competitively selected).

Knox, J., Smalley, K., & Soares, W. (2001). Understanding your Child's Sexuality Special Parents Information Network conference 2001. Honolulu, HI, April

Smalley, K., (2001). Bigger is better: Mediating challenging Behavior Through Social support. Paper presented at The Seventeenth Annual Pacific-Rim conference on Disabilities. Honolulu, HI, March (competitively selected).

Smalley, K., (2001). Bigger is better: Mediating challenging Behavior Through Social Support: You got to have friends. Maui Bridges, Maui, HI, Feb.

Smalley, K., & Sax, K. (2000). Focusing on the Point of Transition for Students Severe Disabilities. Paper presented at The Twenty fifth Annual Conference of The Association for Persons with Severe Handicaps, Miami, Fl., December (competitively selected).

Smalley, K. (2000) Functional Behavior Analysis and Modern Positive Behavior Support. Hawaii Department of Health, Children and Adolescent Mental Health Division. Honolulu, HI, June

Schrader, C., Smalley, K., Longaker, T., & Levine, M. (2000) Antecedent Management: Assessment & Control. Paper presented at The Eighteenth Annual Conference of the California Association for Behavior Analysis. San Francisco, CA, February (competitively selected).

Smalley, K. (2000) Training for Perspective Foster Families in the ABC's of Behavior Management. Alternative Family Services. San Francisco, CA, January

Smalley, K. (1999) Bigger is better: Mediating challenging Behavior through Social support. Paper presented at The Twenty fourth Annual Conference of The Association for Persons with Severe Handicaps, Chicago, IL., December (competitively selected).

Certo, N.J., Mautz, D., Smalley, K., Wade, H., & Sax, K. (1999). Focusing on the Point of Transition for Students with Severe Disabilities. Paper presented at The Twenty fourth Annual Conference of The Association for Persons with Severe Handicaps, Chicago, IL., December (competitively selected).

Smalley, K., (1999) Mediating Behavioral Challenges through

Communication and Social support. San Francisco State University. Dept. of Special Education, San Francisco CA, November.

Smalley, K. (1999) Training for Perspective Foster Families in Behavior Management. Alternative Family Services. San Francisco, CA, Nov.

Smalley, K., (1999) Behavior Intervention & Communication Training. California Department of Deaf Blind Services; Camp me and my Family. Susanville, CA, July.

Smalley, K. (1999) Basic behavior interventions for use in families. Alternative Family Services. San Francisco, CA, March.

Smalley, K. (1999). Effecting behavior change. CHOICES, Oakland, CA, March.

Smalley, K. (1999). Mediating challenging Behavior through social support: A Molar Approach to Antecedent Management. Paper presented at The Ninth Annual Integrated Institute Conference, Anaheim, CA, February.

Certo, N.J., Smalley, K. (1999). Focusing on the Point of Transition for Students with Severe Disabilities. Paper presented at The Ninth Annual Integrated Institute Conference, Anaheim, CA, February.

Smalley, K., & Avancino, C. (1999). Bigger is better: Mediating challenging Behavior through social support. Paper presented at The Sixth International Mental Retardation and Developmental Disabilities Conference, Maui, HA, February (competitively selected).

Smalley, K. (1999). Focusing on the Point of Transition for Students With Severe Disabilities. Paper presented at The Sixth International Mental Retardation and Developmental Disabilities Conference, Maui, HA, February (competitively selected).

Certo, N.J., Mautz, D., Smalley, K., Sax, C., Pumpian, I. & Wade, H. (1998). Focusing on the point of transition. Paper presented at The Twenty-Third Annual Conference of The Association for

Persons with Severe Handicaps, Seattle, WA, December (competitively selected).

Certo, N., Mautz, D., Smalley, K., Storey, K., Pumpian, I., & Fisher, D. (1998, November). Focusing on the point of transition. The California Association for Persons in Supported Employment 3rd Annual Conference. San Francisco, CA.

Smalley, K. (1998) Mediating Behavioral Challenges through Communication and Social support. San Francisco State University. Dept. of Special Education, San Francisco CA, November.

Smalley, K. (1998) The Prevention and Management of Challenging Behavior. Alternative Family Services. San Francisco CA, April.

Smalley, K. (1998) Behavior is Communication: You and Your Challenging Foster Child. Alternative Family Services. San Francisco CA, January.

Smalley, K. (1997). The effect of a staff training package on increasing community integration for individuals with Severe Disabilities and Challenging Behaviors. California Department of Deaf Blind Services; San Francisco, CA, December.

Certo, N.J., Pumpian, I., Smalley, K., & Mautz, D. (1997). Focusing on the Point of Transition. Paper presented at The Twenty second Annual Conference of The Association for Persons with Severe Handicaps, Boston, MA, December (competitively selected).

Smalley, K. (1997) Behavior is Communication: Raising your Behaviorally Challenging foster child. Alternative Family Services. San Francisco CA, November.

Smalley, K., (1997) Mediating Behavioral Challenges through Communication and Social support. San Francisco State University. Dept. of Special Education, San Francisco CA, November.

Certo, N.J., Smalley, K., & Mautz, D. (1997). A model to transition: Focusing on the point of transition. Paper presented at the Seventh Annual Integration Institute, Anaheim, CA (invited).

Smalley, K. (1997). Behavior IS Communication, Managing challenging behavior in the real world. Paper presented at the Seventh

May. 2005

Annual Integration Institute, Anaheim, CA (invited).

Smalley, K., (1997) Behavior Intervention & Communication Training. California Department of Deaf Blind Services; Camp me and my Family. Marin, CA, July.

Certo, N.J., Smalley, K., & Mautz, D. (1997). A Model to Transition: Focusing on the Point of Transition. Paper presented at The Eighth Annual Association for Persons in Supported Employment Conference, Orlando, FL, July. (competitively selected)

Certo, N.J., Smalley, K., & Mautz, D. (1997). A Model to Transition: Focusing on the Point of Transition. Paper presented at The Seventh Annual Integrated Institute Conference, Anaheim, CA, February.

Certo, N.J., Pumpian, I., Smalley, K., & Mautz, D. (1996). Focusing on the Point of Transition. Paper presented at The Twenty first Annual Conference of The Association for Persons with Severe Handicaps, New Orleans, LA, November (competitively selected).

Brown, L., Callahan, M., Certo, N.J., Lueking, R., Mank, D., Nisbet,J. Pumpian, I., Rogan, P., Sowers, J., Smalley, K., & Mautz, D. (1996). Cracker barrel on Employment Issues: Recapture the High Ground. Panel presentation at The Twenty first Annual Conference of The Association for Persons with Severe Handicaps, New Orleans, LA, November.

Smalley, K. (1996). Behavioral is Communication. San Francisco State University. Dept. of Special Education, San Francisco, CA, November.

Smalley, K. (1996). Preventing and Addressing Behavioral Needs in Residential Settings. Regional Center of the East Bay, Oakland, CA, July

Smalley, K. (1996). Behavior Intervention & Communication Training. California Department of Deaf Blind Services; Camp me and my Family. Marin CA, July.

Certo, N.J., Pumpian, I., Fisher, D., Storey, K., & Smalley, K. (1995).

May. 2005

Focusing on the Point of Transition. Paper presented at The Twentieth Annual Conference of The Association for Persons with Severe Handicaps, San Francisco, CA, December (competitively selected).

Storey, K., Certo, N.J., & Smalley, K. (1995). Natural Supports in the Workplace: Research, findings, and guidelines for making it happen. Paper presented at The Twentieth Annual Conference of The Association for Persons with Severe Handicaps, San Francisco, CA, December (competitively selected).

Rodrigues S., Vitali-Thompson, A., Doering, K., Smalley, K., Avancino, C., Slicton-Williams, M. (1995). Person Centered Support Services: Striving for Quality and Innovation. Thirteenth Annual Conference of the California Chapter of The Association for Persons with Severe Handicaps, Viscalia, CA, May (competitively selected).

Smalley, K., (1995) Managing Behavior Excesses Through the Development of Communication Skills. Chapman University, Concord CA, October.

Smalley, K., (1995) Behavior is Communication. San Francisco State University. Dept. of Special Education, San Francisco CA, October.

Smalley, K., (1995) Behavior is Communication. California Department of Deaf Blind Services; Camp me and my Family, Marin, CA, June.

Smalley, K., (1995). Behavior is Communication. California Department of Deaf Blind Services; Coalition of Parents and Educators of the Deaf Blind, Marin CA, July.

Smalley, K., (1994) Behavior Is Communication. California Department of Deaf Blind Services; Camp me and my Family, Marin, CA, July.

## WORKSHOPS

Smalley, K. (2005). Integrity of your plans. Hawaii Behavioral Health. Honolulu, HI, Sept.

Smalley, K. (2005). Pre-service competencies. Hawaii Behavioral Health. Honolulu, HI, Aug

Smalley, K. (2005). Issues in transition. Nursefinders Hawaii.

May. 2005

Honolulu, HI, July

Smalley, K. (2005). Mandatory Reporting Laws. Hawaii Behavioral Health. Honolulu, HI, July

Smalley K. (2005) Early Child hood Development. Hawaii International Child. Honolulu HI, March, April, May, July, Aug., Sept., Oct.

Smalley, K. (2005). Issues of adolescence and MR/DD: Nursefinders, Hawaii. Honolulu, HI, June

Smalley, K. (2005). Introduction to applied behavior Analysis. Nursefinders Hawaii. Honolulu, HI, July

Smalley, K. (2005) Data collection data analysis. Child and Family Services. Ewa Beach HI, March

Smalley, K. (2005). A Series in the basics of Behavior Analysis and intervention: Hawaii Behavioral Health. Honolulu, HI, Jan.-June

Smalley, K. (2004). Series II in the basics of Behavior Analysis and intervention: Hawaii Behavioral Health. Honolulu, HI, Oct.-Dec

Smalley, K. (2004). A series in the basics of Behavior Analysis and intervention: Hawaii Behavioral Health. Honolulu, HI, June-Sept.

Smalley, K. (2004) Introduction to Therapeutic recreation supporting individuals with Autism. Child and Family Services. Ewa Beach HI, March

Smalley, K. (2003) Supporting sexuality. Child and Family Services. Lihue, Kaui HI, Dec

Smalley, K. (2003) Supporting sexuality. Child and Family Services. Ewa Beach HI, Nov.

Smalley, K. (2003) Job Development, Job Carving and the Facilitation of Natural supports for Individuals with significant support needs. Child and Family Services. Ewa Beach HI, Nov.

Smalley, K, (2003) Supporting sexuality in individuals with significant support needs. Easter Seals Hawaii, Ewa Beach, HI, Oct-Nov

Smalley, K. (2003) Bigger is Better: Mediating behavior change through

social support. Child and Family Services. Ewa Beach HI, Oct.

Smalley, K. (2003) Components of a Successful transition. Child and Family Services. Ewa Beach HI Oct.

Smalley, K. (2003) Valued activities and Social Network Intervention valued outcomes. Child and Family Services. Ewa Beach HI Oct.

Smalley, K. (2003) Transition from school to work in three part Harmony: Indicators and Components of Successful Transition/ Job Development and Job Carving/ POTSIP and Systemic Support. CNMI State Dept. Of Education. Saipan, U.S Commonwealth of the Northern Mariana Islands (Sept)

Smalley, K. (2003) Valued activities and valued outcomes, age-appropriate leisure. Child and Family Services. Ewa Beach HI June

Smalley, K. (2003) Social support interventions for male youth with Developmental Disabilities. Child and Family Services. Makakilo HI June

Smalley, K. (2003) Bigger is Better: Mediating behavioral change through social network intervention. Arizona Positive behavioral Supports Project. Phoenix. AZ. April

Smalley, K. (2003) In Pursuit of Work. ARC of Hawaii. Hilo. HI March

Smalley, K. (2002) Transition services, locally and (vs.) nationally. Hawaii Disability Rights Center (PAI), Honolulu HI. Aug.

Smalley, K. (2001) Functional Assessment process and uses. State of Hawaii, Hawaii Department of Health, Children and Adolescent Mental Health Division, Branch Chiefs, Honolulu, HI. February – May

Smalley, K. (2001) Functional Assessment, process and uses. State of Hawaii, Hawaii Department of Health, Children and Adolescent Mental Health Division, Multi-systemic therapy Team. Honolulu, HI. March – May

Smalley, K. (1999) Basic behavior intervention workshop, Part 2. East Bay Innovations. Pleasanton, CA, Aug.

Smalley, K. (1999) Basic behavior interventions workshop, Part 1. East

Bay Innovations. Pleasanton, CA, July.

Smalley, K. (1999) Behavior interventions for use in families workshop. Alternative Family Services. San Francisco, CA, July.

Smalley, K. (1999) Behavior is communication. Ala Costa Center, Albany, CA, April.

Smalley, K. (1999) Enriching your environment to promote success. Ala Costa Center, Albany, CA, April.

Smalley, K. (1999) Conducting functional assessment. Ala Costa Center, Albany, CA, May.

Smalley, K., (1997). Consumer Rights, Person Centered Planning and Positive Programming. Regional Center of the East Bay, Oakland, CA, July.

Smalley, K., (1997). Consumer Rights, Person Centered Planning and Positive Programming. Regional Center of the East Bay, Oakland, CA, March.

Smalley, K. (1996). Understanding and Addressing Behavioral Issues. Service Provider Education Committee of Golden Gate Regional Center, San Francisco, CA, January.