ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN - 7 2006

at 8 o'clock and 15 min. A M
SUE BEITIA, CLERK

LODGED
MAY 2 3 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

373228.1
MARK J. BENNETT         #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM          #4391-0
GEORGE S. S. HOM       #2487-0
HOLLY T. M. SHIKADA    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI       #2498-0
GREGG M. USHIRODA     #5868-0
DANIEL K. OBUHANYCH   #7147-0
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>         Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>         Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR RULE 35 EXAMINATION OF PLAINTIFF BRYAN WILES-BOND BY BRYNA SIEGEL, Ph.D.**<br><br>TRIAL: October 11, 2006 |

## ORDER GRANTING DEFENDANTS' MOTION FOR RULE 35 EXAMINATION OF PLAINTIFF BRYAN WILES-BOND BY BRYNA SIEGEL, Ph.D.

Defendants DEPARTMENT OF EDUCATION, STATE OF HAWAII and ALVIN RHO's motion to have Plaintiff Bryan Wiles-Bond submit to a Rule 35 examination by Bryna Siegel, Ph.D., filed by letter brief on May 18, 2006, came on for hearing before the Honorable Barry M. Kurren at 10:00 a.m. on May 19, 2006.

Stanley E. Levin and Carl M. Varady appeared on behalf of Plaintiffs and Gregg M. Ushiroda and Holly T.M. Shikada appeared on behalf of Defendants. The Court having considered the arguments of counsel and the letter briefs, exhibits, and the entire record herein, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants motion to have Plaintiff Bryan Wiles-Bond submit to a Rule 35 examination by Bryna Siegel, Ph.D. is GRANTED.

DATED: Honolulu, Hawaii, _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Ann Kimball Wiles and Stanley Bond v. Department of Education et al.; Civil No.: CV 04-00442 HG/BMK and CV 05-00247 HG/BMK; ORDER GRANTING DEFENDANTS' MOTION FOR RULE 35 EXAMINATION OF PLAINTIFF BRYAN WILES-BOND BY BRYNA SIEGEL, Ph.D.

- 2 -