ORIGINAL

MARK J. BENNETT                 2672-0
Attorney General,
State of Hawaii
GARY K. H. KAM                  4391-0
GEORGE S. S. HOM                2487-0
HOLLY T. M. SHIKADA             4017-0
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
235 South Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
Email Address: Gary.K.Kam@hawaii.gov

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI         2498-0
GREGG M. USHIRODA       5868-0
DANIEL K. OBUHANYCH     7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: gushiroda@wik.com

Attorneys For Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 8 2006

at __ o'clock and 35 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, State of Hawaii, and | CIVIL NO. CV 04-00442 HG BMK <br> CIVIL NO. CV 05-00247 HG BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> CERTIFICATE OF SERVICE <br><br> [Notice of Taking Deposition Upon Written Questions, Custodian of Records: LORETTA M. LUKENS, M.N., R.N., C.R.R.N.] <br><br> Trial Date: 07/25/2006 |

```
ALVIN RHO, in his official      )
capacity as West Hawaii         )
District Superintendent,        )
                                )
              Defendants.       )
                                )
_____
CV 04-00442 HG BMK NBR0615AZ21.doc
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___JUN - 8 2006___ a true and correct copy of the foregoing was duly served by depositing in the United States mail addressed to the following:

    SHELBY A. FLOYD, ESQ.
    Alston, Hunt, Floyd & Ing
    74-5620 Palani Road, Suite 104
    Kailua-Kona, Hawaii 96740
    Telephone No: (808) 885-6762

        and

    STANLEY E. LEVIN, ESQ.
    Davis Levin Livingston Grande
    851 Fort Street Mall, Suite 400
    Honolulu, Hawaii 96813-4317
    Telephone No: (808) 524-7500

        and

```
CARL M. VARADY, ESQ.
Law Office of Carl M. Varady
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813-3429
Telephone No: (808) 523-8447
```

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii,          JUN - 7 2006

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

Attorneys For Defendants