Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN             1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY           4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX:  523-8448
E-mail:  carl@varadylaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                    Plaintiffs,<br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                    Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: Plaintiffs' Fifth Request for Admissions to Defendant Department of Education<br><br>(TRIAL DATE:  July 25, 2006) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that copies of Plaintiffs' Fifth Request for Admissions to Defendant Department of Education were duly served upon the following parties by hand delivery at their last known addresses:

>Gary K. H. Kam, Esq.
>Holly T. Shikada, Esq.
>Deputy Attorneys General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii  96813
>
>John T. Komeiji, Esq.
>Gregg M. Ushiroda, Esq.
>Daniel K. Obuhanych, Esq.
>Watanabe Ing & Komeiji LLP
>999 Bishop Street, 23rd Floor
>Honolulu, Hawaii 96813
>
>Attorneys for Defendant

DATED:   Honolulu, Hawaii, June 27, 2006.

/s/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SHELBY ANNE FLOYD
MEI-FEI KUO
CARL M. VARADY

Attorneys for Plaintiffs