374791.1
MARK J. BENNETT         #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM           #4391-0
GEORGE S. S. HOM        #2487-0
HOLLY T. M. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI         #2498-0
GREGG M. USHIRODA       #5868-0
DANIEL K. OBUHANYCH     #7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>     Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>     Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO's EXPERT DISCLOSURES; EXHIBITS "A" & "B"; and CERTIFICATE OF SERVICE**<br><br>**TRIAL: October 11, 2006** |

## DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S EXPERT DISCLOSURES

Come now Defendants DEPARTMENT OF EDUCATION and ALVIN RHO (collectively "Defendants"), by and through their attorneys, WATANABE ING & KOMEIJI LLP, and hereby submit their expert disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedures.

Attached hereto are the respective reports and *curriculum vitae* of the following experts:

A. Richard S. Goka, M.D.

B. Bryna Siegel, Ph.D.

Defendants reserve the right to call all expert witnesses named by Plaintiffs and name rebuttal witnesses as necessary. Defendants reserve the right to name additional expert witnesses as necessary and to submit additional, supplemented and/or amended expert reports as warranted by further investigation and discovery.

DATED: Honolulu, Hawaii, June 30, 2006.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served electronically through CM/ECF as well as mailing same on the following attorneys to their last known address on June 30, 2006:

**STANLEY E. LEVIN, ESQ.**
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI  96813

and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED: Honolulu, Hawaii, June 30, 2006.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No.: 04-00442 HG/BMK and Civil No.: CV 05-00247 HG/BMK, Consolidated; Certificate of Service