**Richard S. Goka, M.D.**
5740 North Palm, Ste 103
Fresno, California 93704-1800
(559) 261-3090        Fax (559) 261-3085

June 28, 2006

Gregg M. Ushiroda, Esq.
Watanabe, Ing & Komejii
999 Bishop St, 23rd Floor
Honolulu HI 96813

      Ref:    Bryan Wiles-Bond (DOB: Oct. 28, 1991)
             Wiles, et.al. Vs. Dept. of Education,
             Civil NOS: CV 04-00442 & CV 05-00247

Dear Mr. Ushiroda,

At your request I have reviewed the documents you have sent to me, see attached record review. I have reviewed the report of Bryna Siegel, Ph.D., from the University of California, San Francisco. I have had a telephone conference with Doctor Siegel as well. As of this date, it is apparent that there are additional records that are not in your possession. Especially, the records before coming to Hawaii. Therefore, this is a preliminary report and may need to be revisited once additional information is obtained.

Bryan Wiles-Bond is a 15-year-old with Autism. He currently is living at home with his parents in Northern California and attends the Keystone School in Elmira, California. According to Dr. Siegel he is severely disabled and doing quite well in the current program. It is our understanding that he is also receiving some respite services from the Regional Center. The above services are generally funded by either the school district or Regional Center, State of California, Department of Developmental Services. According to the web site, the maximum out of pocket expense for services is $7,900.00 annually from ages 13 to 17. This is a sliding scale as to the parent's income. Once he is 18-years-old he will be considered an adult.

Furthermore, in a discussion with a representative from the Regional Center, Bryan would most likely need a "Level 4" group home, which would cost approximately $5,000.00 per month. The funding generally comes from Social Security and the Regional Center. There is no out of pocket expense. If Bryan has any excess money, it would be placed in a trust. Once he moves into a group home, he will no longer be in need of the Respite services that are being provided.

In reviewing Ms. Lukens' life care plan and a discussion with Dr. Siegel many of the services would be required to a lesser extent. Ms. Lukens has recommended a Psychiartist six times a year. There are neither specifics nor medical records that indicate this frequency. However, if Bryan was to be placed on medications, it would be reasonable for him to see a Psychiatrist two to four times a year. It has been noted that Bryan has had an adverse reaction to medications and as far as we know is currently on none.

EXHIBIT ___ "A"

JUN 28 2006

A behavioral psychologist is indicated to work with the treatment team, educators and caregivers. This psychologist would give strategies to those to minimize adverse behavior. Ms. Lukens has recommended three times a week for the rest of Bryan's life. Generally, the behavioral psychologist would be required four to six time a year to assist the caregivers.

Family counseling would be needed to help the family adjust, especially when he is placed in a group home. Doctor Siegel felt that some intense therapy for the first three to six months would be indicated, not weekly from age 14 to 22 as Ms. Lukens as indicated.

If Bryan is started on medications, then it would be appropriate to monitor hepatic and renal functions, since the medications can be toxic. However, it is not known nor can anyone specifically state what medication he would be using.

Dental work will be challenging and should be done twice a year. It will require sedation. Ms. Lukens has made it monthly.

Physical, Occupational, Speech and Audiological therapies are part of the school program and covered under they daily charges. Their roll would be, as consultants and any actually activity would be carried out by the school staff. There is no apparent need for audiological services and training. Sign language would be carried out by a qualified speech-language pathologist and interacting with the school staff. After age 22 Bryan would have plateau his ability and therefore no further language intervention would be necessary. He is currently using a form of augmentative communication with his sign language and the current teaching method. This is being handled by the school stat that are knowledgeable. An electronic communication device is not indicated in this case.

As per Dr. Siegel, Bryan could live in a group home setting. He will need this the rest of his life. Medi-cal, SDI and the Regional Center would fund it. Attached is a spreadsheet with the estimated costs.

Sincerely,

Richard S. Goka, M.D.
Diplomat, American Board of Physical Medicine & Rehabilitation.
Diplomat, American Board of Pain Management.

rsg/

# Richard S. Goka, M.D.

5740 North Palm, Ste 103
Fresno, California 93704-1800
(559) 261-3090        Fax (559) 261-3085

June 28, 2006

Gregg M. Ushiroda
Watanabe, Ing & Lomeiji, LLP
999 Bishop Street, 23rd Floor
Honolulu Hawaii 96813

        Ref:    Bryan Wiles-Bond
                DOB:  Oct. 28, 1991

## RECORD REVIEW:

**1/28/97**    Leukens' File; Occupational Therapy note (bates 203):  Speech and OT are citrating.

**Feb. 1997**    Leukens' File; Speech/Language Progress note (bates 202): encourage him to use pictures and entourage vocalization.

**9/18/99**    Leukens' File; DuPont Hosp., Wilmington DE.  Augmentative Communication eval. (bates 192):  Stress the continue use of picture communication symbols.

**9/14/99**    Leukens' File; Vineland Adaptive Behavioral Scales (Bates 38):  [scores are documented]

**10/06/99**    Leukens' File; Occupational therapy evaluation (bates41):  had moved to Hawaii form Maryland over the summer.  He had history of ear infections and sensitivity to medications.  Based on his IEP from Maryland, an interim IEP was developed at Kahakai School on September 8, 1999.  the interim IEP note significant pervasive developmental delays and autistic behaviors at age 2.5 years.  He takes Melatonin to help him sleep and had Pseudo-tumor cerebri.  Recommendations were made.

**10/07/99**    Leukens' File; Educational Eval, Waikoloa elementary (Bates 36):  Woodcock-Johnson attempted, Brignance Inventory of Early Development (check list), Teacher reports, and classroom observations.  Noted his skills were scattered between 2 and 5 year-old range (approximate).  Two factors might have contributed, he made little attempt to attend to task and he had a sore foot.

**10/19/99**    Richard H. Mesco, D.O., School Psychiatric Report:  Onset occurred at 1 1/2 to 2 years of age.  Diagnosed with Autism, R/O mental retardation, R/O osteomyelitis of right Calcaneus,

**10/19/99**    IEP Conference:  Attention in one on one or small group max. 10 min. doesn't occur all the time.  Can match pictures, colors, shapes and simple puzzles.  He can follow some single step commands.  Fine motor: can assemble simple 6-10 piece puzzles.  Vineland adaptive behavior scales:  communications 30; daily living skills 29; socialization 49; motor skills est. 51; all in the low range.  Toddler language scale: receptive language 3-6 months; expressive language 3-6 months.  Hearing appears adequate, oral structures and functions appear adequate for speech production.  He is nonverbal with vocalization and gestural abilities.  Behavior is busy in the classroom and sometimes hyperactive.  When agitated he will scream, pinch, scratch, kick, headgut, hit, spit, pull hair, and through objects.  Calming techniques to deescalate usually work, these include jumping on trampoline, wrapping him in a blanket and sooting light music.

**11/03/99**    Wesley Sugai, M.D., chart; Kaiser Permanente, Discharge Summary:  Date of admission October 29, 1999.  Had a three-week history of limping, seen by orthopedist in Maui on October 13, 1999 for possible fracture.  The x-ray was essentially normal.

Repeat x-ray on October 20, 1999 showed possible lucent area. Referred for CT scan which though to be Osteomyelitis. A biopsy and antibiotic were started.

[Kaiser records from Oct to Dec. 1999 were reviewed]

| | |
|---|---|
| 1/17/00 | **Wesley Sugai, M.D., chart: Kona Community Hosp. ER:** Possible ingestion of Boric Acid. Felt it was unlikely and told to give milk. |
| 1/29/00 | **Wesley Sugai, M.D., records:** Developmental growth chart, 85 percentile for weight and 75 percentile for height. |
| 1/29/00 | **Wesley Sugai, M.D., records:** Finished six weeks antibiotics for infection right foot bone. Post surgery 10/28/1999. Has begun to limp again. Jumping and walking OK now. Get lab, discuss with parents. |
| 3/13/00 | **Wesley Sugai, M.D., chart: Robert Durkin M.D.:** He had taken care of Bryan in Oct. 1999 and had reviewed the recent x-rays and lab. He had debrided a lesion. He was back at full activity without pain or limp on December 16, 1999 visit. Felt that the osteomyelitis had been treated and the bone was heeling. |
| 3/03/00 | **Wesley Sugai, M.D., chart: Kona Community Hosp., X-ray Right calcaneus:** Lytic lesion calcaneus with may represent osteomyelitis recommend bone scan. |
| 3/06/00 | **Wesley Sugai, M.D., records:** Discussion with Dr. M.. 1 cm benign lucent lesion at heel. Sent x-rays to Dr. Derkin. |
| 3/07/00 | **Wesley Sugai, M.D., records:** review x-ray and lab. |
| 3/08/00 | **Wesley Sugai, M.D., records:** Discussion with teacher. He may normally be a hot kid, temp 99-100 and that 100.5. ? and not worried unit greater than 101. |
| 8/25/00 | **Wesley Sugai, M.D., records:** Earache, temp 100 at school today. RX Tylenol. s |
| 11/27/00 | **Wesley Sugai, M.D., records:** URI last week. ?? Dimatabb, Chap Stick. |
| 7/10/01 | **Wesley Sugai, M.D., records:** Possible Right ear infection. Melatonin helps with sleep. Risperdal, pseudo-tumor cerebri. Cortisporin Otic. OTC wax removal. |
| 9/11/01 | **Wesley Sugai, M.D., records:** Right earache, pick and pulls on it. Cortisporin Otic. |
| 10/08/01 | **Wesley Sugai, M.D., records:** Very frequent large amount vomiting. Pokes end often. Bites on stomach, open sore. ? Cortisporin otic. |
| 11/02/01 | **Wesley Sugai, M.D., records: Hawaii Radiology, Right Ankle:** Possible Slater I FX, non-displaced. |
| 12/20/01 | **Wesley Sugai, M.D., records:** Limping on Left foot for 2 days. Had an infection in right foot two years ago. Limping in same manner. Ice, wrap, F/U as needed. |
| 1/29/02 | **IEP Conference:** |
| 2/28/02 | **Wesley Sugai, M.D., records:** foot, limping again. |
| 3/01/02 | **Wesley Sugai, M.D., records:** Right foot seems sore. One week now, limping and not putting weight on right heel. History of Osteo right heel. Get lab. Note lab normal. |
| 8/10/02 | **Wesley Sugai, M.D., records:** Ear drops prescribed. |
| 8/29/02 | **Wesley Sugai, M.D., records:** complains of sore ears. Still coughs. Cipro otic drops. |
| 9/05/02 | **Wesley Sugai, M.D., records:** Ear ache, still holds ears. Refer to Dr. Cervantes. |

**9/16/02**      <u>Wesley Sugai, M.D., records:</u> being scheduled for Dental restoration 9/20/02 under general. Consult with Dr. Cervantes who will examine ears while under anesthesia. Allergies to Penicillin, Sulfa, Risperdal. Current meds. Note (melatonin 2 at bed time.) Notes he failed Risperdal – hydrocephalus; failed Clonidine – increased headaches. Melatonin helps with sleep. No meds now. OK for general anesthesia.

**9/20/02**      <u>Wesley Sugai, M.D., chart; Kona Community Hosp., Operative Report, William Cervantes, M.D:</u> Cerumen impaction with otitis externa right.

**10/11/02**      <u>Wesley Sugai, M.D., records:</u> ? drops prescribed.

**11/06/02**      <u>Leukens' File; Psychoeducational Profile – Revised (bates 48):</u> He had developmental age scores of 22 months. Weakness areas were imitation, cognitive performance and cognitive verbal. Notes that not all portions were given since timed items were missing from the kit.

**11/12/02**      <u>Wesley Sugai, M.D., records:</u> Tired 2 days. Sleepy, decreased urination, vomiting today X3. C/O headache. Gastritis with ?. Dehydrations. Phenergan, ?, Advil.

**1/28/03**      <u>IEP Conference:</u> chronological age 4th grade. He had the psychoeducational Profile Revised and the Developmental Profile II in January 2002. He was able to do gross motor skills; kicking a ball, throwing a ball, using a scooter board to push himself, alternate feet going up and down stairs. Classroom performance can utilize an indoor trapeze appropriately and support his weight, use a small trampoline and jump with feet together for approximately 2-3 minutes. Academic/pre-vocational able to sort objects, match letters of the alphabet, follow some simple one-step directions and imitate some behaviors demonstrated by instructor. Demonstrate a preference for certain books. Able to point to certain objects in a book is emerging. His behavior impacts his ability to perform these skills. He can copy a circle, show he use of some basic objects; cup, fork; toothbrush and stack 9 blocks independently. He is able to toilet independently on school campus. He puts on his own shoes, with verbal prompts.  He is able to use a spoon and fork in the cafeteria and throws away his own trash.

       Present performance level: he can produce vowel sounds and give two repetitions of the same sound. He can discriminate between picture/objects in a set of two to five and pint to one when cued to do so. He has been choosing activities and expressing wants using a picture choice board with 15+ pictures. He has begun pairing some combinations of 2 signs or vocalizations when cued. Weakness: communication abilities vary depending on the context, location and person he is interacting with. He continues to need improvement in competing oral motor activities, pairing consistent verbalization with presented pictures, using new signs, following directions with minimal cueing and independently communicating to express his wants and needs.

       Behavior: is very inconsistent and effects his performance in many areas. Severe acting out behavior occurs when given a task or period of work he does not want to do. He is not able to follow two-step directions, nor does he follow all simple directions. Fine motor skills are a weak area. Can do simple cutting, snipping a marking, does not exhibit appropriate focus and concentration to demonstrate basic pre-writing skills.

**4/21/03**      <u>Wesley Sugai, M.D., records:</u> Sores on legs. Excoriated inflammation on bites on legs. RX Erythromycin.

**Jul. 2003**      <u>Dept. of Ed. Quarterly Report.</u>

**7/07/03**      <u>Wesley Sugai, M.D., records:</u> Allergic reaction ? itchy ? one week. DX 1. ? rash; 2. chest pain? Holds chest for 15 min. RX Lortalin. To ER if continues for EKG.

**9/11/03**      <u>Wesley Sugai, M.D., records:</u> Chews hands, ? red. 1. Autism; 2. bite marks on hands. RX Keflex and ?.

**10/20/03**      <u>Wesley Sugai, M.D., records:</u> Exam for Special Olympics.

**11/18/03**    <u>IEP Conference:</u> Chronological age puts him in the 5th grade. He is toilet regulated, he indicates the need to use the toilet, eats appropriate with fork and spoon, drinks from an open cup, sits in the cafeteria to eat lunch with younger, quieter students, zips/unzips, unsnaps, laces, crosses the laces and pulls tight. He is able to put on/take off tee-shirt, elastic-waist shorts, and shoes. He is utilizes some sign language, picture exchange communication system or gestures to communicate needs and desires; obeys the stop command. He has emerging writing skills using a template; like the computer, reading/looking at books and magazines. He has good imitation and matching skills.

Speech-Language: Communicates his need by a variety of methods – gestures, vocalization and signs. He uses six signs spontaneously and will imitate others after a model is given. He uses hand over hand attempts to get his needs met with caregivers. He will sit and attend to tasks for short periods of time successfully. At times his behavior impacts his ability to perform known skills, which makes it difficult to display his skills consistently. Currently receiving extended services including weekends.

Vineland Adaptive Behavior Scales, administered with parents. Motor skill domain are an estimate and not used when computing overall adaptive functioning for children 6 y/o and older. Communication 20; Daily living >20; Socialization 38; motor skills 68. Classroom Vineland administered October 2002. Communication 24; Daily Living Skills 42; Socialization 42; motor skills 70. Both Adaptive Behaviors Scores 24 and 35 classify overall adaptive functioning as low and indicate a sever deficit in adaptive functioning. Activities involving daily living skills and communication appear to be the most challenging for Bryan, although both teacher and parents indicate he is gaining skills in alternative forms of communication.

**Dec. 2003**    <u>Dept. of Ed. Quarterly Report.</u>

**1/08/04**    <u>Wesley Sugai, M.D., records:</u> Left eye swollen, irritated. Conjunctival and peri-orbital redness. ? with sudden flare up. Will DC meds and see Ophthalmologist to R/O corneal abrasion.

**3/11/04**    <u>Wesley Sugai, M.D., records:</u> Facial rash, allergy, itching. DX. Contact dermatitis.

**3/12/04**    <u>Wesley Sugai, M.D., records:</u> School felt hives worse, mom feel's look better today, some exemia. Zyrtec prescribed.

**6/04/04**    <u>Wesley Sugai, M.D., records:</u> Right eye injury today. Conjunctival ?., mild edema and ?. RX. ? Tobramycin eye drops.

**7/15/04**    <u>Wesley Sugai, M.D., records:</u> F/U violent episodes, doing OK today. Reported caused pseudo-tumor cerebri. Difficulty flying. Advil three tabs help. Exam ? right ear, RX Donnicef, Colace, ?, and Claritin.

**7/31/04**    <u>Wesley Sugai, M.D., records; No. Hawaii Comm. Hosp. EEG:</u> Normal awake, drowsy and slight sleep EEG.

**8/18/04**    <u>Kimberly Smalley, Ph.D., Child & Family Services, HI, Behavioral Assessment:</u> He actively uses 20 and 50 signs and reportedly knows over 100+. Receptive communication appears good, he can follows some multiple step directions, can answer verbal questions with sign language, though clearly not consistently an auditory processor. Made gains in toileting, particularly defecation. Urinates on himself several times a day. He takes no medications except Benadryl or Claritin for allergies. Advil for bumps, bruise, inflammation, etc. Melatonin as a sleep aid. Recent EEG to rule out any medical causes for recent and dramatic change in behavior. He has used medication in the past to control his behavior but has atypical and life threatening reactions to the medications.

Behaviors: Aggression, 0-5 per domain, episodes typically were discrete (single blows) and self-limiting. At school he has used minor aggression to protest or escape work, but it has reportedly increased in frequency and intensity seedily since April.

Tantrums, 5 to 30 minutes, the increased intensity are new. 0-5 times a week.

A support plan was attached.

**9/02/04**   <u>Wesley Sugai, M.D., records:</u>  School Authorization for mediations storage; ibuprofen 400 mg., every 6 hours as needed.

**11/21/04**   <u>Leukens' File; Pacific Child & Family Associates Proposal (Bates 75):</u>  this is a clarification of the previous proposal with costs.

**9/23/04**   <u>Wesley Sugai, M.D., records:</u>  Hepatitis B #2.

**9/27/04**   <u>Wesley Sugai, M.D., records:</u>  Hardship California, ? to parents, ? and behavior help is needed.

**10/19/04**   <u>Wesley Sugai, M.D., records:</u>  Day says he's crying non-stop.  Eating dry wall, paper, sucking on ?.  Advised to go to BR R/O ?.

**10/19/04**   <u>Wesley Sugai, M.D., chart; Kona Community Hosp. ER:</u>  Increased agitation, eating things.  Sedation given.

**10/19/04**   <u>Wesley Sugai, M.D., chart; Kona Community Hosp, Chest X-ray:</u>  normal.

**10/19/04**   <u>Wesley Sugai, M.D., chart; Kona Community Hosp., Abdomen X-ray:</u>  Probable radio-opaque body in region of rectum.

**10/20/04**   <u>Wesley Sugai, M.D., chart; Kona Community Hosp., Abdomen X-ray:</u>  Previous (10/19) opaque density in rectal area, no longer present.

**11/21/04**   <u>Leukens' File; Pacific Child & Family Associates Report: (bates 71):</u>  Evaluation of Bryan on October 21, 2004 in his home and school. The report goes over a treatment plan and costs.

**11/07/04**   <u>Wesley Sugai, M.D., chart; Kona Community Hosp., ER:</u>  Kicked right leg through a window.  1/2 cm laceration .  Sutures had to be removed.

**11/08/04**   <u>Wesley Sugai, M.D., records:</u>  Went through a window this weekend.  Multiple laceration on arms, legs. Ty0lenol #3, two every 4 hours.  #20.

**11/09/04**   <u>Wesley Sugai, M.D., records:</u>  RX Tylenol #3, 1-2 every 4 hours as needed pain. #72.

**11/12/04**   <u>Wesley Sugai, M.D., chart; Kona Community Hosp.,ER:</u>  attempting to pull out staples and fell.  4-point restraints.

**11/13/04**   <u>Wesley Sugai, M.D., chart; Kona Community Hosp.,ER:</u>  He was throwing furniture at home.  Sedation given.

**11/13/04**   <u>Wesley Sugai, M.D., records; Kona Community Hosp, Abdomen Series:</u>  Metallic foreign body within right lower quadrant, probably within the cecum. Appears as two stacked coins.  No obstruction.

**11/13/04**   <u>Wesley Sugai, M.D., records; Kona Community Hosp, Right Tib/Fib X-ray:</u>  Normal.

**11/13/04**   <u>Wesley Sugai, M.D., records; Kona Community Hosp. CT of Head:</u>  Normal CT of Brain.

**11/15/04**   <u>Wesley Sugai, M.D., records:</u>  Parents for consult. Kahi ? /QMC would not accept. Zyprexa ± help.  2 ER visits.  CT was WNL. Urine & blood all negative. Staples removed & patient did better.  Yesterday was back to normal despite being off meds. Treatment just with ? and Band-Aids. Parents are moving to CA in 6 weeks.  Can use Ativan 1 mg., 1-2 PO every 6 hours as needed #20 for flight but use prophlaxix dose.

**11/25/04**   <u>IEP Conference:</u>  Chronological age into the 5th grade. He is toilet regulated, usually indicates the need to use the toilet; eats appropriately with fork and spoon; drinks form an open cut; sits in the cafeteria to eat lunch, with younger, quieter students; zips/unzips, unsnaps, laces, crosses the laces and pulls tight. He is able to put on/take

off tee-shirt, elastic-waist shorts, take off/put on shoes. He usually utilizes some sign language, picture exchange communication systems or gestures to communicate needs and desires. Obeys the stop command.

Speech: he uses six signs spontaneously and will imitate others after a model is given. He uses hand over hand attempts to get his needs met with caregivers.

**11/29/04**  <u>Wesley Sugai, M.D., records:</u> refill Ativan, 1 mg., 1-2 PO every 6 hours as needed, #20.

**11/29/04**  <u>IEP Conference:</u> 7th grade student. He is non-verbal and uses American Sign Language to communicate. Due to an increase in aggressive/tantrum behaviors, toileting accidents and deterioration of work behaviors he is receiving instruction from two aides off campus since September 23, 2004. He attends school two times a week for up to two hours each time. He receives thirty minutes of speech services each of those days.

Pre-academic skills: Uses American Sign Language and is able to tell an adult when he is happy, hungry, thirsty and has to use the restroom. He is able to sign these basic needs in addition to preferences and wants. He has a list of 150 signs and uses about 20-30 of these signs spontaneously. When a DTT format is used with environmentally engineered "basket" for tasks, he has been very successful in learning new vocabulary. When interested he will focus on a task for a range of five to thirty minutes. Able to identify numbers one through five but has difficulty with sequencing and one-on-one correspondence. He understands one-on-one correspondence up to the number three. He does not do any writing, as tasks are too frustrating for him due to lack of fine motor coordination.

Behavior: most tantrums are non-aggressive. Usually de-escalate in two to twenty minutes. Needs close supervision during tantrums. He is most likely to put things into his mouth and if not asked will swallow them. Occasionally, even with an adult asking, he will still swallow the object. He had a recent accident in swallow non-food items, washers and wall mounts, as well as a transmuting accident when his leg went through a window, requiring stitches.

Self: he is able to sign for food or beverage. He is able to utilize a fork and spoon when eating and can eat and drink independently. He signs when he had to use the bathroom but has frequent accidents. Previously he had mastered toileting at school and would rarely have an accident. Currently in his off campus setting and in the community his accidents range from 0-18 a day. Since he enjoys the fell of wet things and constantly spits on materials to dampen them all of his paper activities must be laminated.

Motor skills: when interested he will initiate the actions of others. He is able to copy simple gross motor movements. He can throw, roll and catch a ball. He is able to walk in a straight line and run. He loves to swim and be in the water, complicated by his drinking of ocean water and toileting accidents. When using the computer he is able to move and click the mouse, although he clicks repeatedly an become frustrated when the computer "freezes." He had previously mastered using the computer as a learning tool but has regressed in this area.

Daily Living: with prompting he is able to stand in line, for a short time, and wait his turn. He can put on slippers but requires assistance with sandals and tennis shoes. He frequently confused right and left, but will correct when prompted. He can dress himself but does not know front/back or the positioning of his clothes. Brushing his teen need to be addressed.

**12/20/04**  <u>Wesley Sugai, M.D., records:</u> Mom notes Ativan 1 mg., every 6 hours as needed helps a lot behavior but notes "panting" but with hives, edema, wheeze or cough. Also gives him Advil --?. Maybe it was Advil with gastritis not allergic reactions. Continue Ativan @ 1/2 tab test dose will follow up 1/14/05 .

**1/07/05**  <u>Wesley Sugai, M.D., records:</u> Refill opgthalmic drops..

**1/09/05**      IEP Conference:  Chronological age 6th grade.  Moderately toilet regulated in school setting, with accidents still occurring.  At home and in the community consistent appropriate toileting skills occurring to be a strong need. Eats in cafeteria appropriately with fork and spoon.  Able to dress himself but confuses front and back, which shoe goes on which foot. Communicates need through signs, gestures, and verbal word approximations.  Use approximately 20 signs spontaneously and has approximately 110 words in his receptive/expressive vocabulary. He is able to recognize sight words approximately 25% of the words in his signing vocabulary.  He is able to sit and attend to tasks for 20-40 minutes.  He participates in community based activities with one to one instruction.  He needs to learn to respect the personal space of others.

**2/06/05**      Wesley Sugai, M.D., records:  North Bak Regional Center, request for records.

**3/14/05**      Leukens' File; Alicante School at Emiara, 30 day IEP report (bates 209):  This is a 5 page report and quite positive.

**3/14/05**      Leukens' File; Alicante at Elmara, Positive Behavioral Intervention Plan (bates 27):  Behavioral targets:  Elopement. Work on functional behavior, and strategies were documented.

**8/20/05**      Leukens' File; On Our Own, Inc., Functional analysis and behavioral intervention plan (bates 216):

**9/12/05**      Leukens' File; On Our Own, Inc., Functional analysis and behavioral intervention plan Addendum (bates 222):

**12/13/05**     Daniel LeGoff, Ph.D., evaluation.

**5/06/06**      Loretta M. Lukens, RN., Life Care Plan.

Note:        in Ms. Lukens' subpoenaed file there were many photos and some brochures.  The above record review is not to duplicate he records, only to give the reader an idea as to what records were reviewed and some generalities found in the files.  For the exact text, the reader is referred to the actual reports, etc.


Sincerely,


Richard S. Goka, M.D.
Diplomat, American Board of Physical Medicine & Rehabilitation.
Diplomat, American Board of Pain Management.

rsg/

**Bryan Wiles-Bond**
**June-06**

| | | Frequency | Cost | Annual cost to age 18 | Annual cost Age 18-22 | Annual cost Age 23 to life | One time | |
|---|---|---|---|---|---|---|---|---|
| 1. Professional Health Care | | | | | | | | |
| Psychiatrist | | 2-4 per year | 65.00-85.00 | 225.00 | 225.00 | 225.00 | | |
| Behaviorial Psy. | | 4-6 per year | 125.00 | 625.00 | 625.00 | 625.00 | | |
| Family Counseling | | weekly 3-6 months | 125.00 | | | | 2,250.00 | |
| DX lab to monitor meds | | twice a year | 250.00 | | | | | Unknown |
| Dental Ex. & TX | | Twice year | 600.00 | 1,200.00 | 1,200.00 | 1,200.00 | | |
| Physical Therapy | | 2-4 per year | Included in ed | | | 0.00 | | |
| Occupational Therapy | | 2-4 per year | Included in ed | | | 0.00 | | |
| Medications (not specified) | | Unknown | | | | | | Unknown |
| | | | | | | | | |
| 2 Residential Care, Level 4 | | Monthly | 5,000.00 | | 60,000.00 | 60,000.00 | | |
| | | | | | | | | |
| 3. Communication Therapies | | | | | | | | |
| Speech Eval & Tx | | 2-4 per year | Included in ed | | | 0.00 | | |
| Auditory Eval | | once per year | Included in ed | | | 0.00 | | |
| Auditory training | | | Not likely | | | 0.00 | | |
| Augmentative commu Eval | | (part of speech) | Included in ed | | | 0.00 | | |
| Augmentative Devices | | | Not likely | | | 0.00 | | |
| | | | | | | | | |
| 4. Keystone School | | 252 days a year | | | | | | |
| Academic | 154.01/day | | | | | | | |
| Transportation | 19.21/day | | | | | | | |
| 1:1 Aide | 15.75/hr | 6 hr per day | 267.72 | 67,465.44 | 67,465.44 | | | |
| 5. CVRC Respite CoPay | | annual | Max 7,900.00 | 7,900.00 | | | | |
| | | | | | | | | |
| TOTAL | | | | 77,415.44 | 129,515.44 | 62,050.00 | 2,250.00 | |

**Richard S. Goka, M.D.**
5740 North Palm, Ste 103
Fresno, California 93704-1800
(559) 261-3090          Fax (559) 261-3085

June 28, 2006

Gregg M. Ushiroda, Esq.
Watanabe, Ing & Komejii
999 Bishop St, 23rd Floor
Honolulu HI 96813

## Supplemental Report
## Following "Rule 26" Guidelines

Ref:   **Bryan Wiles-Bond** (DOB: Oct. 28, 1991)
Wiles, et.al. Vs. Dept. of Education,
Civil NOS: CV 04-00442 & CV 05-00247

Dear Mr. Ushiroda,

As you are aware, I have been asked to project future expenses on Bryan Wiles-Bond.   Attached is a copy of the report, medical record review, testimonies, etc.

I have reviewed many documents and records that you provided.   As outlined by Federal Rule 26, I am prepared to testify to the following:

1.     **Future Needs:**

As noted Mr. Wiles-Bond is severely disabled with his Autism.   I have discussed the case with Bryna Siegel, Ph.D. your consultant.   I have reviewed the future costs presented by Loretta M. Lukens. An attached spreadsheet summaries my findings.   It should be noted that current and future costs are funded by government agencies as regulated by law.   Currently, until the age of 18-years old, there is a sliding scale for an out of pocket expense for respite services in the state of California.   The maximum is $7,900.00 per year.

I reserve the right to amend, alert or change my opinions in the event that additional information is provided.

My opinions concerning future needs are based on my discussion with Doctor Siegel, and a review of the specific case materials.

It is further noted that I have been actively treating and worked with disable individuals since 1978.   This has included the new injuries and those who have been injured for many years.   I was a medical consultant to Department of Rehabilitation for the State of Utah for 10 years, as well.

Wiles-Bond, Bryan
Supplemental Report
Following "Rule 26" Guidelines
Page 2 of 2

**2.    Prior testimonies, publications, exhibit, charge, etc.:**

Attached is a list of trial and deposition testimonies I have given in the past several years. My publications and presentations are listed on the attached curriculum vitae.  My charges in the case are $400.00 per hour for all work plus expenses.  My current fee schedule is attached.

I will have visual aides to assist in my presentation regarding the life care plan for Mr. Wiles-Bond.

If you have any questions or are in need of additional information, please feel free to contact me.

Sincerely yours,

RICHARD S. GOKA, M.D.
Diplomat, American Board of Physical Medicine and Rehabilitation

rsg/

Richard S. Goka, M.D.   Testimony Rule 26

| Year | Name | Date | Attorney | City | State | Party | Injury | Type | Role | Opposing |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | Armstrong, Joel Phillip | 3/27/03 depo | Eric Oren | Fresno | CA | Plantiff | Back | MVA | Treating | McCormick Bar |
| 2003 | Ewald, Tammy | 4/3/03 Depo | Ed Chatoian, Esq | Fresno | CA | Plantiff | Back/Stomach | Industrial | Treating | Eric Emanuels, |
| 2003 | Rivera, Manual | 2/18/03 Depo | Robt Bergstrom | Fresno | CA | Plantiff | Back. Hip | MVA | Treating | William Kroner |
| 2003 | Malcher, Karen | 1/6/03 Depo-Settled | Wynn Herron | Fresno | CA | Plantiff | Neck/Back | MVA | Treating | Allstate |
| | | | | | | | | | | |
| 2002 | Salisbury, Ken | 9/17/02 Depo-Settled | Renee Sample | Fresno | CA | Plantiff | Neck/Back | Auto | Treating | Cooper & Hoo |
| 2002 | Cane, Benjamin | 1/9/03 Depo-Settled | Sharon Hightower | Merced | CA | Defense | Neck | Auto | Defense Expert | |
| 2002 | Landrano, James | Test 8/30/02 | Rod McClelland | Fresno | CA | Plantiff | Back | Auto | Treating | J. Stone |
| 2002 | Cano, Fernando | Depo 7/12/02 Test 7/29/02 | Silvia Lopez | Bakersfield | CA | Plantiff | Neck | Third Party | Plaintiff Expert | Steve Clifford |
| 2002 | Arroyo, Luis | Depo 1/16/03 - Settled | Mario Beltramo | Monterray | CA | Defense | Amp. | Med Mal | Defense Exper | Robt Gottesma |
| 2002 | Thompson, Cheryl | Depo 6/20/02,Testify 3/18/04 | Melvin Belli | Fresno | CA | Plantiff | Neck/Back | Auto | Treating | |
| 2002 | Stovall, Dedrionne | Depo 6/17/02-settled | Gerald Sugarman | Fresno | CA | Plantiff | Encepho. | Med mal | Plantiff Expert | |
| 2002 | Wilkie, Lyndia | Depo 6/12/02, Test 6/19/02 | Oliver Robinson | Bakersfield | CA | Defense | Back | Auto | Defense Exper | Anthony Kline |
| 2002 | Hurley, Kenneth | Depo 4/25/02 | baker manock | Fresno | CA | Plantiff | Polio | Third Party | Treating | Craig Trippel |
| 2002 | Hernandez, Jose | Depo 2/28/02 | Eric Wenzel, YPKN | Fresno | CA | WC - Agreed eval | eval | Workers Comp | Treating | Linda Bosquez |
| 2002 | McComb, Tammy | Depo 2/27/02 | James Sanchez | Fresno | CA | Plantiff | Neck/MS | Auto | Treating | Greg |
| 2002 | Neij, Brandon | Depo 2/15/02-Settled | Carol Moses | Fresno | CA | plantiff | Knee Inj | Third Party | Plantiff Expert | Larry Sharpazi |
| 2002 | Guerrero, Berth | Depo 2/20/02-Settled | Randy Yamamoto | Honolulu | HI | Defense | Multiple traum | Auto v bike | Defense Exper | Ian Mattlock |
| 2002 | Ingram, Ingrid | Depo 6/21/02 Test 7/15/02 | Dennis McPherson, | Sacramento | CA | Defense | Anoxia | Med Mal | Defense Expert | |
| | | | | | | | | | | |
| 2001 | Glidewell, Paul | Depo 12/18/01 Settled | David Cohn | Bakersfield | CA | Plantiff | Low Back | Third Party | Plantiff Expert | |
| 2001 | Eisman, Kandi | Depo 9/27/2001 | None | Fresno | CA | Plantiff | SI/LB | Auto | Treatin | Michael Mallery |
| 2001 | Thang (sok), Rory | 9/17/04 depo settled | Rod Veary | Honlolulu | HI | Plantiff | Anoxia | Med Mal | Plantiff Expert | Vicent Rhodes |
| 2001 | Bryant, Gerold | Depo 7/11/01-Settled | David Milligian | Fresno | CA | Plantiff | Thumb | MVA | Plantiff Expert | |
| 2001 | Beech, Melissa | Depo 7/31/01-Settled | Grabiela Alger | Santa Clara | CA | Plantiff | TBI | Fall | Plantiff Expert | Richard Idell |
| 2001 | Jackson, Janelle | Depo 6/27/01 | Jeff Brekhus | Fresno | CA | Plantiff | Neck-shoulder | WC-3rd Party | WC Treating | Gordon Parks |
| 2001 | Knoll, Lois | Depo 6/13/01 | Gary Hill | Fresno | CA | Plantiff | neck | WC | Treating | Yrulegui |
| 2001 | Thompson, Christophe | Depo 7/17/01-Dismissed | John LaPlante | Sacramento | CA | Defense | BI | Altercation | Defense Exper | Jess Bedore III |
| 2001 | Costner, Patricia | Depo 2/5/01 | Cole, Fisher, et.al | Fresno | CA | Plantiff | TMJ-Pain | WC | Treating | Dave Parker |
| 2001 | Antone, M | Depo 2/20/01-Settled | J. Rodney Veray | Honolulu | HI | Plantiff | Paraplegia | Med Mal | Plaintiff Expert | |

Richard S. Goka, M.D.   Testimony Rule 26

| YEAR | PATINET | Testimony Date | LAW FIRM | CITY | STATE | | | | | Opposing Cour |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | Kupukaa, Janis | Depo 6/13/06 | Mark Kamitomo | Honolulu | HI | Plantiff | Blind | Med mal | Plantiff expert | |
| 2006 | Maciel, Ignasio | Depo 5/2/06 | ?? | Fresno | CA | plantiff | Back | WC | Treating | Zenith |
| | | | | | | | | | | |
| 2005 | Lamas, Moises | Testify 2/2/06 | Phil Bianco | Visalae | CA | Defense | Back | WC fraud | Defense Exper | DA |
| 2005 | La Porta, Susan | Depo 4/19/06 settled | Anthony Klein | St. Louis | MO | Plantiff | Back | WC | Plantiff Expert | [St. Louis] |
| 2005 | Willey, David | Depo 10/25/05 Settled | Dorothy Carol | Fresno | CA | Plantiff | neck/back | | Plantiff Expert | Mardirosian, et |
| 2005 | Speakman, Robert | 9/15/05 depo-Settled | Lee Marshall | Bakersfield | CA | Defense | back, knee | WC acc | Defense Exper | Klein, et.al |
| 2005 | Hermasillo, Juan | depo 8/30/05-Settled | Craig A. Edmonston | Bakersfield | CA | Plantiff | Crush Injury | Cave in | Plantiff Expert | |
| 2005 | Rodriguez, Frank | Depo 5/20/05 Settled | Dorothy Carroll | Fresno | CA | Plantiff | BI, HA | MVA | Treating | Robt Bettenco |
| 2005 | Sumlin, Sammy | Depo 4/28/05 Settled | Steve Clifford | Bakersfield | CA | Defense | Neck | Train | Defense Exper | Anthony Petru |
| 2005 | Glenn, Roger | Depo 10/13/05 Testify 12/6/05 | Greg Muir | Stockton | CA | Plantiff | BI, Upper Ext | F Fall | Plantiff Expert | Richard Morton |
| 2005 | Buentipo, Reuybne | Depo 4/7/05 Settled | Charles Fell | Honolulu | HI | Defense | BI | abuse | Defense Exper | O'Brian/Allen |
| 2005 | Katz, Carri | Arb. 1/17/05 | Stuart Chandler | Fresno | CA | Plantiff | Neck, etc. | MVA | Treating | R. Marc Stamp |
| | | | | | | | | | | |
| 2004 | Duenez, David | Depo 5/19/05; 10/18/05 testify | David Draheim | Oakland | CA | Plantiff | Back | Fall | Plantiff Expert | Lombardi, et.a |
| 2004 | Simpson, Bonnie | Depo 3/1/05 | Roger Vehrs | Bakersfiedl | CA | Plantiff | PVS | Med Mal | Plantiff Expert | Jurich/Lampe |
| 2004 | Branch, Reba | Dep 5/9/05-Settled | Richard Berman | Fresno | CA | Plantiff | Neck Back, hal | MVA | Plantiff Expert | JR Ovideo |
| 2004 | Anrig, Susie | Depo 11/4/04 | Stuart Chandler | Fresno | CA | Plantiff | Neck with Disc | MVA | Treating | Greg Mason, M |
| 2004 | Ehoff, Brice | Depo 8/30/04 Settled | Warren Paboojian | Fresno | CA | Plantiff | Neck with FX | MVA | Plantiff Expert | Jim Emmerson |
| 2004 | Lorenzo, Anthony | Dep 8/23/04- Settled | Greg Goodwin | Merced | CA | Plantiff | Multiple traum | Fall | Plantiff Expert | Charles Brunn |
| 2004 | Graham-Carter, Barbar | 9/2/04 depo-Settled | Robt Williams | Fresno | CA | Plantiff | Neck, Shoulde | MVA | Treating | Malcolm Stewa |
| 2004 | Legare, Aaron | 8/20/04 Depo-Summary Jdg | Geoge Hom | Honolulu | HI | Defense | Downs | | Defense Expert | |
| 2004 | Torres, Paul | 8/15/04 Depo | Rod McClelland | Fresno | CA | Plantiff | Pain | MVA | Plantiff Expert | Thomas Georg |
| 2004 | Fuller, Cindy | 7/2/04 Depo | Bryan Henry | | FL | Plantiff | BI | MVA | Treating | Leon Brunet |
| 2004 | Dolittle, Jacque | 7/15/04 Depo-Settled | David Cohn | Fresno | CA | Plantiff | Pain-?RSD | Fall | Plantiff Expert | R. Church |
| 2004 | Guerra, Raquel | 5/20/04 deep Settled | Dorothy Carroll | Fresno | CA | Plantiff | BI | Fall | Treating | |
| 2004 | Collins, Robert | Depo 2/10/05 | Gerald Sugarman | Fresno | CA | Plantiff | Anoxia- | Med Mal | Plantiff Expert | |
| 2004 | Stewart, Alexander | 4/27/2004 depo-Settled | Gerald Sugarman | Fresno | CA | Plantiff | BI-Anoxic | Med Mal | Plantiff Expert | Geo Strausser |
| 2004 | Graham, Rose | 4/29/04 depo-Settled | Will. Clark | Fresno | CA | Plantiff | SDH-BI | Fall | Plantiff Expert | |
| 2004 | Kampf, Robert | 3/23/04 Depo-settled | Ralph Smith | Fresno | CA | Plantiff | Neck-fusion | MVA | Plantiff Expert | Paul Auchard |
| 2004 | Oliver, Kimberly | 3/9/04 Depo, Testify 3/25 | John Morris JR | Fresno | CA | Plantiff | Neck, back, SI | MVA | Treating | Michael Czeshi |
| 2004 | Sato, Debra | 2/25/04 Depo-Settled | Brian Murphy | Denver | CO | Plantiff | FX neck - MTB | MVA | Treating | Daniel McCune |
| 2004 | Holler, Robert | 2/17/04 Depo, Testify 3/18/04 | Penner | Fresno | CA | Plantiff | RSD | Auto v. ped | Treating | |
| 2004 | Robinson, Sue | 2/10/04 depo Settled | Oren & Paboojian | Madera | CA | Plantifft | Neck-FX | MVA | Treating | Mardarosian, e |
| | | | | | | | | | | |
| 2003 | Naauao-Kealoha, Tyson | 11/10/03 Depo | Charles Fell | Wailuku | HI | Defense | TBI | MVA | Defense Exper | Joy Yanagaida |
| 2003 | Elkins, Diore | 10/9/03 Testify | Wagner & Jones | Fresno | CA | Plantiff | Neck-Back | MVA | Plantiff | Presthold & Fi |
| 2003 | Martin, Uleysses | 6/17/03 Depo 9/9/03 Testify | Netzler | Fresno | CA | Plantiff | SCI | Fall | Plantiff Expert | Cooper & Hop |
| 2003 | Gomez, Joseph | 9/8/02 SS | Richard Barrons | Visalia | CA | Plantiff | RDS | Social Sec | Plantiff Expert | |
| 2003 | Larsen, Roselee | 6/5/03 Depo Settle | Tom Tusan | Fresno | CA | Plantiff | Neck/Back | MVA | Treating | |
| 2003 | Avidesian, Kristine | 6/19/03 Depo Settled | W. Papoogian | | CA | Plantiff | CRPS | Work accident | Treating | McCormick Bar |
| 2003 | Clegg, Gheri | 5/20/03 Depo Settled | Andrew Jones | Mariposa | CA | Plantiff | Back | Slip & Fall | Plantiff Expert | David Wall & A |

# Richard S. Goka, M.D.

5740 N. Palm, Suite 103
Fresno, California 93704-1800
(559) 261-3090        Fax (559) 261-3085

---

MEDICAL LEGAL FEE SCHEDULE
Special Consultation
Effective Jan. 1, 2004

| | |
|---|---|
| Evaluation, chart review, etc. | $400.00 per hour |
| Deposition Testimony, Fresno | $800.00 for the first hour, second hour free and $400.00 per hour thereafter. |
| Trial Testimony, local: | $2,000.00 minimum (1/2 day) plus expenses. |
| Out of town activities: | $4,000.00 per day plus expenses. |
| Expenses: | Cost, first class |
| Mileage: | Per IRS. |

Retainer (nonrefundable):
    Patient evaluated in Fresno Office        $2,000.00
    Patient evaluated outside Fresno Office    $5,000.00
(Note: in more complex cases a higher retainer maybe requested)

Advance payment:

Deposition in Fresno Office.  First hour fee received at least one business day before deposition.

Local (Fresno-Madera) trial testimony.  $2,500.00 to cover preparation and testimony to be received at least one week before expected testimony.

The above is subject to change without notice.

Cancellation Policy: A minimum of 5 working days is required otherwise charges will apply.

All balances due upon receipt of billing.

**Richard S. Goka**
5740 North Palm, Ste 103
Fresno, California 93704-1800
(559) 261-3090      Fax (559) 261-3085

# CURRICULUM VITAE
# RICHARD S. GOKA, M.D.

## EDUCATION:

| | |
|---|---|
| University High School, Los Angeles, California | Grad. 1965 |
| Santa Monica College, Santa Monica California | 1965-1967 |
| Woodbury College, Los Angeles, California | 1968-1970 |
| California State University, Hayward, California<br>Graduated, B.S. Biology | 1971-1973 |
| Universidad Autonoma de Guadalajara, School of Medicine<br>Guadalajara, Jalisco, Mexico<br>Graduated, Physician and Surgeon | 1973-1977 |
| College of Medicine and Dentistry, New Jersey Rutgers Medical School<br>Fifth Pathway Program at St. Joseph's Hospital<br>Paterson, New Jersey | 1977-1978 |

## Post Graduate Education

| | |
|---|---|
| University of Utah, College of Medicine<br>Internship (Category *) | 1978-1979 |
| University of Utah, College of Medicine<br>Residency, Physical Medicine and Rehabilitation | 1978-1981 |

## Licenses

| | |
|---|---|
| New York (136164) - Inactive | Oct., 1978 |
| Utah (06326-1022-0) | Dec., 1979 |
| California (A-36256) | Dec., 1980 |
| DEA (AG9079078) | 1979 |

## Specialty Certification

| | |
|---|---|
| American Board of Physical Medicine and Rehabilitation,<br>Diplomat, Certificate Number 1866 | May 1982 |

Richard S. Goka, M.D.
Curriculum Vitae
Page 2

American Board of Pain Management
    Diplomat, Certificate Number 1778             Oct. 1990
American Board of Forensic Examiners,
    Diplomat, Certificate Number 1662             Feb. 1996
American Board of Disability Analysts
    Diplomat & Sr.. Disability Analysis, Cert. No 2948-96    Sept. 1996
Case Manager, Certified Number M-04731           May, 1993-98

## Academic Appointments

University of Utah, College of Medicine
Clinical Instructor in Physical Medicine and Rehabilitation    1981-1988

Universidad Autonoma de Guadalajara, Visiting Professor    1985

Emory University, Visiting Faculty    1985

Emory University, Visiting Faculty,    1986

## Committees and Appointments

Archieves of Physical Medicine & Rehabilitation:
    Reviewer    1998-

American Academy of Physical Medicine and Rehabilitation:
    Brain Injury, Special Interest Group, Member    1986-1988
    Section of Brain Injury Rehabilitation, Member    1988-
    Task Force, Subacute Rehabilitation, Chair    1993

American Congress of Rehabilitation Medicine:
    Membership Committee, Member    1989-1992
    Public Relations and Marketing Committee, Task Force    1990
    Interdisciplinary Special Interest Group on Brain Injury,
        Member    1986-
    Membership Committee, Chairman    1987-1993
    Minor Brain Injury, Ethics
    and Management of Persistent Veg. State, Member    1987-1992
    Post-Acute Committee, Member    1989-1993
    Inpatients, Member    1991-1993
    Professional Education    1989-1995
    Case Management/Reimbursement Committee    1988-1995

American Subacute Care Association:
    President, Board of Directors    1993-1994
    Board of Directors    1993-1995

Richard S. Goka, M.D.
Curriculum Vitae
Page 3

CAPP Care, Irvine, California
    Consultant                                                 1994-

Case Management Society of America:
    Government Affairs Committee, Member     1992-1993
    Northern California Governmental Affairs, Member     1992

Cigna Ins., Philadelphia, PA,
    Consultant                                                  1998-

Community Hospitals of Central California, Fresno, CA:
    Geriatric Task Force, Member                 1990-1991
    Fresno Community Hospital, Cancer Committee, Member.  1990-1992
    Home Health Agency, Board Member           1990-1993
    Leon S. Peters Rehabilitation Center:
        Medical Director                         1989-1992
        Consultant                                1992-1993
        Medical Director, Outpatient            1993-1994

Holy Cross Hospital, Salt Lake City, UT:
    Medical Rehabilitation Committee; Member, Chairman   1982-1984
Patient Care Committee, Member                   1983-1987
    Utilization Review Committee, Member          1983-1986
    Medical Rehabilitation Advisory Committee, Member   1984-1989
    Professional Office Building Committee, Member     1987-1989

Holy Cross Hospital, Physical Medicine and Rehabilitation,
    Acting Medical Director                   1982-1983
    Medical Director                          1983-1987
    S.J. & Jesse E. Quinney Rehabilitation Institute of Holy Cross
    Hospital, Salt Lake City, Utah
    Medical Director                          1987-1989

Learning Services, Gilroy, California
    Medical Consultant                      1990-1994
    Advisory Committee                    1996-1997

Medical Review Institute, Salt Lake City, Utah
    Consultant                                      1992-2002

Meridian Neurocare, Fresno, California
    Consultant                                    1991-
    Acting Medical Director                   1994

Mutual of Omaha, Omaha, Nebraska
    Consultant                                    1994-1999

Richard S. Goka, M.D.
Curriculum Vitae
Page 4

National Subacute Care Association
    Board of Directors, Member                                  1995-1996

Pacific Review Services, Cypress, California
    Medical Consultant                                       1991-1994

Personal Health Care, Irvine, California
    Consultant                                                1994-

Rivendell Children and Youth Center,
    Consultant                                                1987-1988

Sandy Regional Rehabilitation and Convalescent Center,
    Consultant                                              1987-1989

Sante Health System, Fresno, California
    Assistant Medical Director                          1994-1995

University of Utah, College of Medicine:
    Pain Clinic, Division of Behavioral Medicine, Consultant    1981-1982

Villa Serena, Magna, Utah,
    Medical Director                                        1987-1989

Western States Administrators/Q.C. Medical, Fresno, California
    Medical Director                                          1990-1995

U.S. Department of Education, Office of Special Educations and
Rehabilitation Services, National Institute on Disability and
Rehabilitation Research: Grant Review Panel,
"Traumatic Brain Injury Model Systems Project:             May 1998

## Hospital Staff Appointments

Holy Cross Hospital, Salt Lake City, UT
    Associate Staff                                         1981-1982
    Active Staff                                         1982-1989

University of Utah, Medical Center, Salt Lake City, Utah
    Courtesy Staff                                      1981-1988

Fresno Community Hospital, Fresno, California
    Provisional                                         1989-1990
    Active Staff                                         1990-1992
    Active Unified CHCC Staff                 1992-

Richard S. Goka, M.D.
Curriculum Vitae
<u>Page 5</u>

Clovis Hospital, Clovis, California
| | |
|---|---|
| Provisional Staff | 1989-1990 |
| Courtesy | 1990-1992 |
| Unified CHCC Staff | 1992- |

Sierra Hospital, Fresno, California
| | |
|---|---|
| Provisional  Staff | 1989-1992 |
| Unified CHCC Staff | 1992-1996 |

St. Agnes Medical Center, Fresno, California
| | |
|---|---|
| Provisional Staff | 1990-1992 |
| Courtesy Staff | 1992- |

San Joaquin Rehabilitation Hospital
| | |
|---|---|
| Provisional Staff | 1991-1992 |
| Courtesy Staff | 1992- |

University Medical Center, Fresno, California
| | |
|---|---|
| Unified CHCC Staff | 1997- |

Valley Medical Center, Fresno, California
| | |
|---|---|
| Provisional Staff | 1990-1992 |

<u>Professional Associations</u>

| | |
|---|---|
| American Academy of Physical Medicine and Rehabilitation, Fellow | 1981- |
| American Association of Electrodiagnosis and Electromyography, Member | 1982- |
| American Congress of Rehabilitation Medicine Member | 1981- |
| American Medical Association Member | 1980- |
| American Paraplegia Society Member | 1991- |
| American Society of Clinical Hypnosis and Related Research, Member | 1981-1988 |
| American Spinal Injury Association Member | 1984- |

Richard S. Goka, M.D.
Curriculum Vitae
Page 6

American Subacute Care Association
    Member                                1993-1995

California Medical Association
    Member                                1989-

Case Management Society of America
    Member                                1991-
    Northern California, Member        1992-2001
    Central California, Member         1995-

Fresno-Madera County Medical Society,
    Member                                1990-

International Medical Society of Paraplegia
    Member                                1981-

International Rehabilitation Medicine Association
    Member                                1982-

International Society of Hypnosis
    Member                                1982-1988

National Subacute Care Association
    Member                                1995-2000

Salt Lake County Medical Society
    Member                                1980-1989

Utah State Medical Society
    Member                                1980-1989

Other Appointments and Committees.

City View Boarding Home, Salt Lake City, Ut
    Member, Board of Directors        1982-1987

Contemporary Long Term Care, Bills Communication
    Riverton, New Jersey,  Advisor       1995-1996

Commission on Accreditation of Rehabilitation
    Facilities, Surveyor               1984-1992

Fresno City College, Disabled Students Programs and Services,
    Community Advisory Committee, Member  1996-

Richard S. Goka, M.D.
Curriculum Vitae
Page 7

Snowbird Handicap Ski Foundation, Snowbird, Utah
    Member    1981-1983

State Of Utah, Department of Education:
    Rehabilitation Services, Consultant    1981-1989
    Services Advisory Council, Member    1982-1983

State of Utah, Governor's Committee for Employment
    of the Handicapped, Member    1981-1986

State of Utah, Division of Registration, Department of
    Business Regulation, Acupuncture Licensing
    Board, Member    1983-1989

Subacute Care, Bills Communication
    Riverton, New Jersey, Advisor    1995-1996

## Consultant

Western Neuro Care, Tustin, California    1987
Synergos Neurological Retraining Center, Pleasanton, California    1989
Western State Administrators, Fresno, California    1990
Fortis Corporation, Sacramento, California    1990

## Projects

Motion Pictures (with Robert Watanabe, M.D.)    1976-1978
    Metatarsal Osteotomy of the Cavus Foot
    Ligamentous Injuries of the Ankle
    Rupture of the Achilles Tendon
    Hauser Patellar Tendon Transplant

Video Tapes
    Bear I - Adult Volume Ventilator (University of Utah)    1981
    Myofascial Pain Syndrome, Cigna Ins.    1998

Television and Radio Interviews:
    "Prime Time Access", KSL, Salt Lake City,
    Guillain Barre Syndrome,    1985.
    "Cover Story", KTVX NEWS, Salt Lake City,
    Traumatic Brain Injury,    1989.
    "Valley Morning" KFSN, Fresno, California,
    Interview on Rehabilitation,    1989.
    "Daly's Events", KJAY, Sacramento, California,
    Traumatic Brain Injury,    1990.
    "Independence Ringing", Continental Cable Vision

Richard S. Goka, M.D.
Curriculum Vitae
Page 8

Channel 4, Brain Injury Support Network of
Central California, Fresno, California              1991.
"Professional Review", KFRE Radio, Fresno, California    1994.

## Publications And  Major Presentations

Baer, R.D., Goka, R.S., Smith, G., "Electrodiagnosis in Entrapment of the Intermediate Dorsal Cutaneous Branch of the Superficial Peroneal Nerve," Orthopedic Review, Vol. XI: 3, pgs 105-107, Mar. 1981

Escobar, P.L., Goka, R.S., " Carpal Tunnel Syndrome: Palmar Sensory Latencies to the Middle Finger and Wrist," Ortho. Review, Vol. 14:10, pgs. 633-639, Oct. 1985.

Goka, R.S., Simpson, V., "Conservative Treatment of Knee Flexion Contractures: A Case Study," Presented to the American Academy of Physical Medicine and Rehabilitation Annual Meeting, Boston, Ma., Oct. 1984.

Goka, R. S., Toppel, A.H., Giles, D.,  "Commission on Accreditation of Rehabilitation Facilities (CARF)," A Primer On Management For Rehabilitation Medicine, ed., Maloney, F.P., Physical Medicine and Rehabilitation, State of the Art Reviews, Vol. 1:2, pg. 317, May 1987.

Macnamara, S.E., Gummow, L.J., Goka, R.S., Gregg, C.H.,  "Caring for Stroke Patients: The Relationship of Stress and Time," Presented at the American Academy of Physical Medicine and Rehabilitation, Annual Meeting, Baltimore, Md., Oct., 1986. Published:  Rehabilitation Psychology, Vol. 35:2, 1990.

Goka, R.S., "Minor Brain Injury: Disability Determination," Presented at  the American Congress of Rehabilitation Medicine, Annual Meeting, Seattle, Washington, Nov. 1988.

Goka, R.S.,  "Physician Case Manager," Presented at the National Head Injury Foundation, Annual Meeting, Atlanta, Georgia, Nov. 1988

Raftis, J.T., Goka, R.S., "Rehabilitation-The Responsibilities,"  Journal of Insurance Medicine, Vol. 20:3, pg. 4,  1988.

Goka, R.S., "Rehabilitation: Education is Treatment," Correspondence, Journal of Insurance Medicine, Vol. 20:4, pg. 77, 1988

Artman, J.W., Goka, R.S., "Head Control: Feedback Device for Brain Injured Patients," Presented at the 7th Annual Southwest Head Injury Symposium, Park City Utah, Jan. 1989.

Goka, R.S., Adams, H.R., Parson, K., "Physicians Role in Medical Case Management," Panel Discussion, Association of Medical Case Managers, Monthly Meeting, Los Angeles, California, 1989.

Richard S. Goka, M.D.
Curriculum Vitae
Page 9

Goka, R.S., "Practice Guidelines Not Best Approach," Correspondence, Am. Med. News, Sept. 28, 1990.

Goka, R.S., "Post Concussion Syndrome," Issues and Viewpoints, Gayle Foster and Associates, Fall 1990.

Feldman, B., Carr, V., Goka, R., Haussler, P., "Case Management-vs-Rehabilitation," Panel Discussion, Casa Colina Case Management Conference, Palm Springs, CA., March 1991.

Goka, R. S., Arakaki, A.H., "Centers of Excellence, Choosing The Appropriate Rehabilitation Center," Journal Of Insurance Medicine, Vol. 23:1, pg. 66, 1991.

Goka, R.S., "Case Management, A Rehabilitation Physicians Prospectus," Journal of Insurance Medicine, Vol. 23:4, Winter 1991.

Goka, R.S., "Americans with Disability Act: Physicians Responsibility," Workshop faculty, Fresno, CA, Sept. 1992.

Goka, R.S., "Traumatic Brain Injury," American Congress of Rehabilitation Medicine, Brain Injury Workshop, Panel Faculty, Denver, CO, Oct. 1992

Goka, R.S., "Documentation to Obtain Reimbursement," Faculty, Focus Session, American Congress of Rehabilitation Medicine, Annual Meeting, San Francisco, CA., Nov. 1992.

Goka, R.S., "Comprehensive Rehabilitation: A Universal funding Strategy and System of Documentation," Faculty, Course, American Congress of Rehabilitation Medicine, Annual Meeting, San Francisco, CA., Nov. 1992.

Goka, R.S., "Preserving and Restoring Muscle Strength," U.C.S.F., Walter A. Rohlfing, M.D. Lectureship, 6th Annual Meeting, Fresno, CA, Mar. 1993

Goka, R.S. & Arakaki, A.H., "Americans with Disability Act," Western Claims Conference, Burbank, CA, Mar. 1993

Goka, R.S., "The Difference between Subacute Care and Acute Rehabilitation," Memorial Hospital, Visalia, CA, Apr. 1993.

Goka, R.S., "Continuum of Care, Traumatic Brain Injury," Fresno Community Hospital, Fresno, CA, Jun. 1993.

Geller, C., Barker, D., Eskstrand, R., Goka, R., Pomper, C., & Till, M.; "Roles, Goals, Access and Process: Case Management Interface on the Legislative Continuum," Northern California CMSA Chapter Second Annual Conference, Concord, CA, Aug. 1992.

Richard S. Goka, M.D.
Curriculum Vitae
Page 10

Goka, R.S., "Acute Rehabilitation verse Subacute Rehabilitation," Second Annual: Current Concepts in Subacute Patient Care, Creighton University School of Medicine,Omaha, NE, Sept. 1993.

Kay, T., Harrington, D., Adams, R., Anderson, T., Berrol, S., Cicerone, K., Dahlberg, K., Gerber, D., Goka, R., Harley, P., Hilt, J., Horn, L., Lehmkuhl, d., Malec, J.; "Definition of Mild Traumatic Brain Injury," <u>Journal of Head Trauma Rehabilitation</u>, Vol. 8:3, Pages 86-87, 1993.

Goka, R.S., "Subacute Care," Medical Case Management Conference V, Annual Meeting, Individual Case Management Association, Orlando, FL, Sept. 1993.

Goka, R.S., "Subacute Care," Annual meeting, Washington Medical Case Managers, Seattle, WA, April 1994.

Goka, R.S., "Subacute Rehabilitation v. Comprehensive Inpatient Rehabilitation," Casa Colina, 9th Annual Case Management of Catastrophic Injury Conference, Palm Springs, CA, April 1994.

Goka, R.S., "The Current Issues of Subacute Care," Insurance Rehabilitation Study Group, Spring Meeting, Philadelphia, PA, April 1994.

Goka, R.S., "Subacute Care: Physician and Staffing," Subacute Rehabilitation Conference, Barrow Neurological Institute, Phoenix, AZ, May 1994.

Goka, R.S., "Subacute & SNF Rehab, The Future?" Annual Scientific Meeting, California Society of Physical Medicine & Rehab., Lake Tahoe, CA, May 1994.

Goka, R.S., "Subacute Care in Managed Care Environment," Invitational Forum for Liaison network Organizations, Joint Commission on Accreditation of Healthcare Organizations (JCAHO), Chicago, IL, June 1994.

Goka, R.S., "Subacute Care," Key note speaker, Pennsylvania Hospital Association, Hershey, PA, Aug. 1994.

Goka, R.S., "Subacute Rehabilitation: Academy Position," Annual Meeting, American Academy of Phy. Med. & Rehab., Anaheim, CA, Oct. 1994.

Goka, R.S., "How Case Manager Can Determine the Appropriate Subacute Center," Medical Case Management Conference VI, San Diego, CA Oct. 1994.

Goka, R.S., "Subacute Rehabilitation: The Future," Presented at Annual Meeting, American Osteopathic Association, San Francisco, CA, Nov. 1994.

Goka, R.S., Arakaki, A.H., "Continuum of Care, Traumatic Brain Injury,"<u>Journal of Insurance Med.</u>, Vol. 26:4, Fall 1994.

Richard S. Goka, M.D.
Curriculum Vitae
Page 11

Hyatt, L.Z., Goka, R.S., et.al, <u>Subacute Care: Redefining Healthcare</u>, PROBUS Pub. sub. of Times Mirror, Corp., Chicago, IL, Spring 1995.

Goka, R.S., "Trends in Subacute Care," Iowa Head Injury Association, Presented at Annual Meeting, Des Moines, Iowa, Mar. 1995.

Goka, R.S., Keynote Speaker, "Changing Trends in Stroke Rehabilitation: Does it Work," Rehabilitation Institute of Chicago, Presented at Annual Meeting, Chicago, IL, April 1995.

Goka, R.S., "Subacute Rehabilitation," Presented at Annual meeting of the California Medical Directors Association, Anaheim, CA, May 1995.

Goka, R.S., "Documentation Issues In Subacute Rehabilitation for Managed Care, "American Academy of Physical Medicine & Rehabilitation, Presented at Annual Meeting, Orlando, FL, Nov. 1995

Jay, G W., Goka, R.S. & Arakaki, A., "Mild Traumatic Brain Injury: Review of Clinical Data, Appropriate Evaluation and Treatment," <u>Journal of Insurance Med.</u>, Vol. 27:4, Spring 1996, pgs 262-282.

Goka, R.S., "Life Care Planning & Other Rehabilitation Issues in Litigation," Presented at Annual meeting of Bay Area Chapter of Northern California, American Association of Legal Nurse Consultants, Walnut Creek, CA, Oct. 1996.

Goka, R.S., "Subacute Care in the Rehabilitation Setting," Presented at Subacute Care Conference: Current Issues - Future Trends, U.C.S.F and California Geriatric Education Center-San Joaquin Valley Program at CSU Fresno, Fresno, CA, Feb. 1997.

Goka, R.S., "Fibromyalgia and Myofascial Pain Syndromes," Presented at Central California, Case Management Society of American meeting, Fresno, CA, Jun. 1997.

Goka, R. S., "Mild Brain Injury and Subacute Care," Presented at Rehabilitation Insurance Nursing Group meeting, Dublin, CA, Oct. 1997.

Goka, R.S., "Subacute Care & Legal Issues in California," Presented at AAPMR Annual Meeting, Atlanta, GA, Nov. 1997.

Goka, R.S., "Primary Care Approach to Neuropathic/Musculoskeletal Pain," Presented at the UCSF-Fresno, 8th Annual Family Medicine Update, Fresno, CA. Jan. 1998.

Goka, R.S., "Subacute Care," Presented at Current Issues - Future Trends, U.C.S.F and California Geriatric Education Center-San Joaquin Valley Program at CSU Fresno, Fresno, CA, Feb. 1998.

Richard S. Goka, M.D.
Curriculum Vitae
<u>Page 12</u>

Goka, R. S., "Primary Care Approach to Neuropathic/Musculoskeletal Pain," UCSF-Fresno, Presented to Madera Community Hospital Medical Staff, Madera, CA, Feb. 1998.

Goka, R.S., "Managing Low Back Injuries..." Presented at Workers Comp Undate, 1998, Council on Education in Management, Fresno, CA, Mar. 1998.

Goka, R.S., "Treatment of Mild Traumatic Brain Injury," Jay, G., <u>Mild Traumatic Brain Injury Handbook: Diagnosis and Treatment</u>, 1999, In progress.

Goka, R.S., "Myofascial Pain Syndrome & Repetitive Motion Injury," Presented to Disability Management Employers Coalition (DMEC), Central Valley Chapter, Fresno, CA Nov. 1999.

11/02