ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 29 2006

at 3 o'clock and 25 min. P M
SUE BEITIA, CLERK

MARK J. BENNETT                2672-0
Attorney General,
State of Hawaii
GARY K. H. KAM                 4391-0
GEORGE S. S. HOM               2487-0
HOLLY T. M. SHIKADA            4017-0
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
235 South Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
Email Address: Gary.K.Kam@hawaii.gov

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI       2498-0
GREGG M. USHIRODA     5868-0
DANIEL K. OBUHANYCH   7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: gushiroda@wik.com

Attorneys For Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br><br><br> DEPARTMENT OF EDUCATION, State of Hawaii, and | CIVIL NO. CV 04-00442 HG BMK <br> CIVIL NO. CV 05-00247 HG BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> CERTIFICATE OF SERVICE <br><br> [Notice of Taking Deposition Upon Written Questions, Custodian of Records: CRESCENT ELEMENTARY, FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT, BOARD OF EDUCATION] |

```
ALVIN RHO, in his official      )   Trial Date:   07/25/2006
capacity as West Hawaii         )
District Superintendent,        )
                                )
           Defendants.          )
                                )
_____)
CV 04-00442 HG BMK NBR0721CA11.doc
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___JUN 29 2006___ a true and correct copy of the foregoing was duly served by depositing in the United States mail addressed to the following:

> STANLEY E. LEVIN, ESQ.
> Davis Levin Livingston Grande
> 851 Fort Street Mall, Suite 400
> Honolulu, Hawaii 96813-4317
> Telephone No: (808) 524-7500
>
>        and
>
> CARL M. VARADY, ESQ.
> Law Office of Carl M. Varady
> American Savings Bank Tower
> 1001 Bishop Street, Suite 2870
> Honolulu, Hawaii 96813-3429
> Telephone No: (808) 523-8447
>
> Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, ___JUN 29 2006___

/s/ (signature)

JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

Attorneys For Defendants