ORIGINAL

MARK J. BENNETT               2672-0
Attorney General,
  State of Hawaii
GARY K. H. KAM                4391-0
GEORGE S. S. HOM              2487-0
HOLLY T. M. SHIKADA           4017-0
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
235 South Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
Email Address: Gary.K.Kam@hawaii.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 30 2006

at 10 o'clock and ___ min. ___M
SUE BEITIA, CLERK

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        2498-0
GREGG M. USHIRODA      5868-0
DANIEL K. OBUHANYCH    7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: gushiroda@wik.com

Attorneys For Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>vs. | ) CIVIL NO. CV 04-00442 HG BMK<br>) CIVIL NO. CV 05-00247 HG BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) [Re: ANN KIMBALL WILES]<br>)<br>)<br>) Trial Date: 07/25/2006 |

```
DEPARTMENT OF EDUCATION,           )
State of Hawaii, and               )
ALVIN RHO, in his official         )
capacity as West Hawaii            )
District Superintendent,           )
                                   )
         Defendants.               )
_____    )
CV 05-00247 HG BMK_20060714_NBR1.doc
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date  JUL -3 2006  a true and correct copy of the Notice of Taking Deposition Upon Written Questions dated  JUN 29 2006 , was duly served to the following in the manner described below:

   Mailed to:

   STANLEY E. LEVIN, ESQ.
   Davis Levin Livingston Grande
   851 Fort Street Mall, Suite 400
   Honolulu, Hawaii 96813-4317
   Telephone No: (808) 524-7500

         and

   CARL M. VARADY, ESQ.
   Law Office of Carl M. Varady
   American Savings Bank Tower
   1001 Bishop Street, Suite 2870
   Honolulu, Hawaii 96813-3429
   Telephone No: (808) 523-8447

   Attorneys for Plaintiffs

I FURTHER CERTIFY that a copy of the Notice of Taking Deposition and Certificate of Service will be attached to the witness copy of the Subpoena Duces Tecum that will be served upon the following Custodian(s) of Records:

2

STATE OF HAWAII, DEPARTMENT OF EDUCATION, OFFICE OF THE SUPERINTENDENT

DATED: Honolulu, Hawaii, _____ JUN 29 2006 _____

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

Attorneys For Defendants