ORIGINAL

AO88 (Rev. 1/94) Subpoena in a Civil Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 05 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF _NEW JERSEY_

ANN KIMBALL WILES and STANLEY BOND, et al.,

V.

DEPARTMENT OF EDUCATION, State of Hawaii, et al.,

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] CV 04-00442 HG BMK
CV 05-00247 HG BMK

TO: CUSTODIAN OF RECORDS, DANIEL LeGOFF, Ph.D., 105 S. Princeton Avenue, Wenonah, New Jersey, 08090

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| DANIEL LeGOFF, Ph.D., 105 S. Princeton Avenue, Wenonah, New Jersey, 08090 | 06/30/2006 @ 10:00 AM |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**Please see Exhibit A, attached hereto.**

| PLACE | DATE AND TIME |
| --- | --- |
| DANIEL LeGOFF, Ph.D., 105 S. Princeton Avenue, Wenonah, New Jersey, 08090 | 06/30/2006 @ 10:00 AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] Attorney for Defendants | JUN - 5 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DANIEL KO OBUHANYCH, ESQ., Watanabe Ing & Komeiji LLP, First Hawaiian Center, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii, 96813; Telephone: (808) 544-8300

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## District of NEW JERSEY

Case Number: CV-04-442 & CV-05-247

Plaintiff:
**ANN KIMBALL WILES ET AL**
vs.
Defendant:
**DEPT OF EDUCATION ET ALS**

For:
    ELEANOR'S NATIONWIDE LEGAL SUPPORT

Received by ELEANOR'S NATIONWIDE LEGAL SUPPORT to be served on **DANIEL LEGOFF Ph.D, RECORDS CUSTODIAN, 105 S. PRINCETON AVE, WENONAH, NJ 08090.** I, Patrick Williams, do hereby affirm that on the 13 day of June, 2006 at 12:00 p.m., executed service by delivering a true copy of the **SUBPOENA DUCES TECUM IN A CIVIL CASE, EXHIBIT "A", MEDICAL RELEASE AUTH., NOTICE OF TAKING DEPOSITION, CERTIFICATE OF SERVICE AND WITNESS FEE** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) SUBSTITUTE SERVICE: By serving Irene wife as _____

( ) CORPORATE SERVICE: By serving _____ as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

*[signature]*

PROCESS SERVER # _____
Appointed in accordance
 with State Statutes

**ELEANOR'S NATIONWIDE LEGAL SUPPORT**
**18044 Ventura Blvd**
**Encino, CA 91316**
**(818) 774-9757**

Our Job Serial Number: 2006002176

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8a

EXHIBIT A

     Said Custodian of Records is required to bring with him/her and to release originals or complete and legible copies of any and all records and information pertaining to BRYAN WILES-BOND (Date of Birth: October 28, 1991) and your evaluation of Bryan, including any records, notes or reports relating to his physical and/or mental health condition, the estimated costs of his future residential, remedial and educational services, notes, records or other materials which support your conclusions and opinions in your report to Stanley E. Levin dated December 13, 2005, and any documents related to Bryan's diagnosis, care, treatment and prognosis. Attached hereto is a release form executed by Bryan Wiles-Bond's parent and legal guardian which authorizes the release of such information.

     Attached hereto is a release from executed by Bryan Wiles-Bond's parent and legal guardian which authorizes the release of such information.

COURT REPORTING COMPANY:

ATKINSON-BAKER COURT REPORTERS (Headquarters)
500 North Brand Boulevard, Third Floor
Glendale, California, 91203
Telephone Numbers: (800) 288-3376 and (818) 551-7300

Scheduled for 06/30/2006

EXHIBIT A

## AUTHORIZATION AND CONSENT
### Release of Medical Information

**I. AUTHORIZATION AND CONSENT**

I, ANN KIMBALL WILES, on behalf of my minor child BRYAN WILES-BOND (DOB 10/28/91) authorize any and all of his physicians and other health care providers and their employees, consultants, agents, representatives and independent contractors, to disclose and release all information described in "II. Information Authorized" which they have to Watanabe, Ing & Komeiji LLP ("WIK"), and its duly authorized agents and representatives, for the purposes set forth in "III. Purpose of Disclosure". In addition, WIK is authorized to use, disclose and release such information for the purposes set forth in "III. Purpose of Disclosure".

**II. INFORMATION AUTHORIZED**

This information I authorize and consent to be used, disclosed and released is any and all information concerning Bryan's physical and/or mental health condition and the diagnosis, care, treatment and prognosis related to his physical and/or mental health, including but not limited to any and all history obtained, records and reports concerning his illnesses, and psychiatric and/or psychological care and treatment.

**III. PURPOSE OF DISCLOSURE**

This Authorization is for purposes relating to our lawsuit, Ann Kimball Wiles et al. v. Department of Education, et al., Civil Nos. 05-00247 and 04-00442 HG/BMK, including but not limited to for purposes of allowing defendants to evaluate our claims, injuries and damages as alleged in the above-referenced lawsuit. It is specifically understood that WIK may disclose the requested information to the defendants in these lawsuits.

**IV. DURATION AND REVOCATION**

This Authorization shall remain valid and enforceable until the above-referenced litigation and any other related claims have been resolved completely, or for a period of two years, whichever occurs later, or until a signed written revocation is received by WIK. I understand that I may revoke this Authorization at any time by delivering to WIK a signed writing explicitly revoking this Authorization, except to the extent that WIK has already acted in reliance upon this Authorization.

**V. ACKNOWLEDGMENT**

I acknowledge that I have read and fully understand this Authorization and that I voluntarily sign this Authorization. I understand that Bryan's physicians and health care providers generally may not condition treatment, payment, enrollment or eligibility for benefits on the execution of this Authorization except as otherwise provided by law. I further understand that information authorized to be disclosed and released to WIK pursuant to this Authorization may be subject to further disclosure and release by WIK. Such redisclosure of information will no longer be protected by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and to the extent redisclosed shall only be for the purposes set forth in "III. Purpose of Disclosure" except as otherwise provided by law.

DATE: 5/5/06

*[signature]*
ANN KIMBALL WILES
Parent/Legal Guardian of minor
Bryan Wiles-Bond

"ATTACHMENT 1"