ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2006

at 3 o'clock and ____ min ___ M
SUE BEITIA, CLERK

MARK J. BENNETT            2672-0
Attorney General,
State of Hawaii
GARY K. H. KAM             4391-0
GEORGE S. S. HOM           2487-0
HOLLY T. M. SHIKADA        4017-0
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
235 South Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
Email Address: Gary.K.Kam@hawaii.gov

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI       2498-0
GREGG M. USHIRODA     5868-0
DANIEL K. OBUHANYCH   7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: gushiroda@wik.com

Attorneys For Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and | CIVIL NO. CV 04-00442 HG BMK<br>CIVIL NO. CV 05-00247 HG BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br>[Notice of Taking Deposition Upon Written Questions, Custodian of Records: GILPIN MANOR |

```
ALVIN RHO, in his official      )   ELEMENTARY, CECIL COUNTY
capacity as West Hawaii         )   SCHOOL DISTRICT]
District Superintendent,        )   Trial Date:    07/25/2006
                                )
          Defendants.           )
                                )
_____)
CV 04-00442 HG BMK NBR0728MD11.doc
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date  JUL 10 2006

a true and correct copy of the foregoing was duly served by depositing in the United States mail addressed to the following:

    STANLEY E. LEVIN, ESQ.
    Davis Levin Livingston Grande
    851 Fort Street Mall, Suite 400
    Honolulu, Hawaii 96813-4317
    Telephone No: (808) 524-7500

        and

    CARL M. VARADY, ESQ.
    Law Office of Carl M. Varady
    American Savings Bank Tower
    1001 Bishop Street, Suite 2870
    Honolulu, Hawaii 96813-3429
    Telephone No: (808) 523-8447

    Attorneys for Plaintiffs

DATED: Honolulu, Hawaii,    JUL -7 2006

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

Attorneys For Defendants

2