ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2006

at 3 o'clock and ___ min. __ M
SUE BEITIA, CLERK

MARK J. BENNETT            2672-0
Attorney General,
State of Hawaii
GARY K. H. KAM             4391-0
GEORGE S. S. HOM           2487-0
HOLLY T. M. SHIKADA        4017-0
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
235 South Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
Email Address: Gary.K.Kam@hawaii.gov

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI       2498-0
GREGG M. USHIRODA     5868-0
DANIEL K. OBUHANYCH   7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: gushiroda@wik.com

Attorneys For Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs. | CIVIL NO. CV 04-00442 HG BMK<br>CIVIL NO. CV 05-00247 HG BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br>[Notice of Taking Deposition Upon Written Questions, Custodian of Records: THE WEBSTER SCHOOL, ST. JOHN'S COUNTY SCHOOL |

|  |  |
|---|---|
| DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | ) DISTRICT]<br>) Trial Date:   07/25/2006<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CV 04-00442 HG BMK NBR0728FL21.doc

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date _JUL 10 2006_ a true and correct copy of the foregoing was duly served by depositing in the United States mail addressed to the following:

STANLEY E. LEVIN, ESQ.
Davis Levin Livingston Grande
851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813-4317
Telephone No: (808) 524-7500

        and

CARL M. VARADY, ESQ.
Law Office of Carl M. Varady
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813-3429
Telephone No: (808) 523-8447

Attorneys for Plaintiffs

DATED:   Honolulu, Hawaii,      _JUL -7 2006_

JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

Attorneys For Defendants

2