ORIGINAL

MARK J. BENNETT             2672-0
Attorney General,
State of Hawaii
GARY K. H. KAM             4391-0
GEORGE S. S. HOM           2487-0
HOLLY T. M. SHIKADA        4017-0
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
235 South Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
Email Address: Gary.K.Kam@hawaii.gov

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI       2498-0
GREGG M. USHIRODA     5868-0
DANIEL K. OBUHANYCH   7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: gushiroda@wik.com

Attorneys For Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2006

at 3 o'clock and 50 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ANN KIMBALL WILES and          ) CIVIL NO. CV 04-00442 HG BMK
STANLEY BOND,                  ) CIVIL NO. CV 05-00247 HG BMK
individually and as next       ) CONSOLIDATED
friends of their son,          ) (Other Civil Action)
BRYAN WILES-BOND, a minor,     )
                               ) CERTIFICATE OF SERVICE
          Plaintiffs,          )
                               ) [Notice of Taking
          vs.                  )  Deposition Upon Written
                               )  Questions, Custodian of
                               )  Records: BENICIA UNIFIED
                               )  SCHOOL DISTRICT]

|  |  |
|---|---|
| DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>          Defendants. | )  Trial Date:    07/25/2006<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CV 04-00442 HG BMK NBR0728CA31.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___JUL 10 2006___

a true and correct copy of the foregoing was duly served by

depositing in the United States mail addressed to the following:

STANLEY E. LEVIN, ESQ.
Davis Levin Livingston Grande
851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813-4317
Telephone No: (808) 524-7500

          and

CARL M. VARADY, ESQ.
Law Office of Carl M. Varady
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813-3429
Telephone No: (808) 523-8447

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, _____JUL - 7 2006_____

                         _____
                         JOHN T. KOMEIJI
                         GREGG M. USHIRODA
                         DANIEL K. OBUHANYCH

                         Attorneys For Defendants

2