OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN             1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/FAX:  545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY             4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                    Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                    Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' REBUTTAL EXPERT REPORT; EXHIBITS "K" AND "L" AND CERTIFICATE OF SERVICE<br><br><br><br>TRIAL DATE:  October 11, 2006<br>JUDGE:  HELEN GILLMOR |

## PLAINTIFFS' REBUTTAL EXPERT REPORT

Come now Plaintiffs above-named and for disclosure of their rebuttal expert report as required by Rule 26 of the Federal Rules of Civil Procedure. Plaintiffs hereby submit Betty Jo Freeman, Ph.D. rebuttal expert report and CV as follows:

1. Betty Jo Freeman's CV is attached hereto as Exhibit "K". (Exhibit "K-1 and "K-2" is the complete Exhibit "K" which was separated for electronic filing.)

2. Betty Jo Freeman's rebuttal report for Bryan's evaluation is dated July 22, 2006 attached hereto as Exhibit "L". (Exhibit "L-1" and "L-2" is the complete Exhibit "L" which was separated for electronic filing.)

3. The hourly rate for Betty Jo Freeman in preparation for and attending deposition or trial testimony is $300.00 per hour.

4. Betty Jo Freeman has not testified as an expert at trial or by deposition within the preceeding four years.

DATED: Honolulu, Hawaii, July 31, 2006.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs