# UNIVERSITY OF CALIFORNIA, LOS ANGELES — UCLA

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO · SANTA BARBARA · SANTA CRUZ

UCLA NEUROPSYCHIATRIC INSTITUTE AND HOSPITAL
DIVISION OF CHILD AND ADOLESCENT PSYCHIATRY
300 UCLA MEDICAL PLAZA, STE. 1200
LOS ANGELES CA 90095-6967

Updated: 08/05

## CURRICULUM VITAE

### PERSONAL

Name: Betty Jo Freeman, Ph.D.
Professor Emerita of Medical Psychology
UCLA School of Medicine

Address: 3940 Mandeville Canyon Rd.
Los Angeles CA 90049

Phone: 310-440-8543

### EDUCATION

| Institution | Degree | Years |
|---|---|---|
| Mercer University, Macon, Georgia | B.A. | 1962-1966 |
| Southern Illinois University, Carbondale, Illinois | M.A. | 1966-1968 |
| Southern Illinois University, Carbondale, Illinois | Ph.D. | 1968-1969 |

### PROFESSIONAL TRAINING

| Institution | Position | Dates |
|---|---|---|
| Southern Illinois University, Carbondale, Illinois | Research Assistant (Animal Learning Lab) | 9/1966 – 6/1967 |
| Southern Illinois University, Carbondale, Illinois | Research Assistant (Operant Conditioning Lab) | 8/1967 – 8/1969 |
| Southern Illinois University, Carbondale, Illinois | Teaching Assistant (Intro. Course in psychology) | 9/1967 – 6/1968 |
| Southern Illinois University, Carbondale, Illinois | Teaching Assistant (Intro. Course in psychology) | 1/1969 – 6/1969 |
| Southern Illinois University, Carbondale, Illinois | Teaching Assistant (Adv. Course in psychology) | 3/1969 – 6/1969 |



EXHIBIT K

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Veterans Administration Hospital, Pittsburgh, Pennsylvania and Nashville, Tennessee | Research Associate | 9/69-9/71 |
| University of Pittsburgh Pittsburgh, Pennsylvania | Instructor (Part-time) | 9/69-12/69 |
| Fisk University Nashville, Tennessee | Instructor (Part-time) | 9/70-6/71 |
| Fisk University Nashville, Tennessee | Assistant Professor/ Psychology | 9/71-9/72 |
| Johns Hopkins University Medical School and J.F. Kennedy Institute, Baltimore, Maryland | Postdoctoral Fellow, Department of Pediatrics | 9/72-9/73 |
| University of Baltimore Baltimore, Maryland | Instructor (Part-time) | 1/73-6/73 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Assistant Professor in Residence, Department of Psychiatry and Biobehavioral Sciences | 9/1/73-6/30/80 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Associate Professor in Residence Department of Psychiatry and Biobehavioral Sciences | 7/1/80-6/30/86 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Professor in Residence Department of Psychiatry and Biobehavioral Sciences | 7/1/86-12/31/03 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Emerita Professor | 1/1/04-Present |

## PROFESSIONAL ACTIVITIES - Lectures and Papers Presented

"Role of reinforcement frequency in producing contrast effects on a multiple schedule of positive reinforcement." 1970, presented to Eastern Psychological Association Meeting, Atlantic City, New Jersey. (Abstract)

"Differential rearing effects on positively and negatively motivated behavior." 1971, presented to Eastern Psychological Association, New York City. (Abstract)

"Activity as a function of chronic administration of morphine in rats." 1971, presented to ASPET Meetings, University of Vermont, Burlington, Vermont. (Abstract)

"The application of procedures for the development of complex stimulus control in testing auditory deficits in young retarded children." 1973, presented to Eastern Psychological Association, Washington, D.C. (Abstract)

"Failure to obtain condition suppression in humans when timeout from positive reinforcement is the aversive event." 1973, presented to American Psychological Association, Montreal, Canada. (Abstract)

2

"The reinforcing effects of photic stimulation upon the behavior of autistic and retarded children." 1974, presented to Western Psychological Association Meetings, San Francisco CA (Abstract)

"Extinction of a phobia of physical examination in a seven-year-old mentally retarded boy." American Psychological Association Meeting, New Orleans, 1974. (Abstract)

"Intellectual assessment of autistic children." Invited lecture to UCLA Extension Course, Autism: Diagnosis, Current Research and Management, 1975.

"Parents as paraprofessionals." Invited lecture to UCLA Extension Course, Autism: Diagnosis, Current Research and Management, 1975.

"Effect of long time-out durations on behavior of the autistic child." Presented to the Western Psychological Association Meeting, Sacramento, 1975. (Abstract)

"The effects of response contingent vestibular stimulation on the behavior of autistic and retarded children." Presented to the Western Psychological Association Meeting, Los Angeles, 1976. (Abstract)

"Evaluation and treatment of autistic children at the UCLA- NPI." Symposium presented to the American Association of Psychiatric Services for Children, 1976. (Abstract)

"Assessment and evaluation: Implication for school and home management." Invited workshop presented to the National Society for Autistic Children, Los Angeles, 1977.

"An overview of behavior therapy with children." Invited lecture to the American Academy of Child Psychiatry Second Annual Review in Child Psychiatry, Santa Monica, California, 1977.

"The effects of number of stimuli on rate of discrimination learning in autistic children." Presented at the Western Psychological Association Meetings, Seattle, 1977. (Abstract)

"Concurrent extinction programs for self-injurious behavior in a mentally retarded child." Presented at the Western Psychological Association Meeting, Seattle, 1977, with Fred Frankel (Abstract)

"The advocate and the diagnostic and evaluation system." Invited paper at the Symposium "Advocacy and Autism," University of Kansas, Lawrence, 1977.

"Diagnostic approaches in differentiating autism from childhood schizophrenia." Invited workshop to the Continuing Care Service Section, Department of Health, Burbank, California, 1977.

"Behavioral correlates of the syndrome of autism." Paper presented at the American Psychological Association, San Francisco, August 1977. (Abstract)

"Diagnosis and objective behavioral observational scale, DSM III proposals." Invited participant in Symposia "The syndrome of autism: An update of diagnosis, research and advocacy," American Academy of Child Psychiatry, Houston, October 1977, with E. Ritvo. (Abstract)

"Objective diagnosis of autism." Invited workshop presented at the Harbor Regional Center for Developmentally Disabled, Torrance, California, December 1977.

"Behavioral correlates of the syndrome of autism: Objective diagnosis." Workshop presented to the American Association of Psychiatric Services for Children, Washington, D.C., November 1977. (Abstract)

"Behavioral diagnosis of the syndrome of autism." Invited keynote speaker, Long Beach National Society for Autistic Children, October 1977.

"Behavior observation scale: Assessing the similarities and differences among autistic, mentally retarded and normal children." Paper presented at the Western Psychological Association Meeting, April 1978. (Abstract)

"Establishing the diagnosis of autism: Medical, psychological and behavioral examination." Workshop; part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

"Differential diagnosis of the syndrome of autism." Workshop; Part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

"Medical and behavioral management of the syndrome of autism." Workshop; Part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

Ritvo, E. R., Freeman, B. J. and Greiner, J. (Co-Chairpersons) "The Syndrome of Autism: Medical and educational management," Workshop sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April, 1978.

"Objective diagnosis of the syndrome of autism." Invited participant, Panel presented at Louisiana State University, Baton Rouge, February 1978, with E. Ritvo.

"Behavioral approach to diagnosis and treatment of emotional disorders of infancy." Invited lecture, Child Psychiatry Seminar, Harbor General Hospital, Torrance, California, January 1978.

"Behavioral correlates of the syndrome of autism." Invited participant for panel, "Current research in autism." American Association of Mental Deficiency", Denver, Colorado, May 1978, with F. Frankel. (Abstract)

"The behavior observation scale." Paper presented to the American Psychological Association annual meeting, Toronto, August 1978. (Abstract)

"Objective diagnosis of the syndrome of autism." Paper presented at American Association of Psychiatric Services for Children annual meeting, Atlanta, November 1978. (Abstract)

"Current research in autism: Behavior, cognitive and language." Invited lecture for the Symposium on Autism and Childhood Psychosis. Department of Psychiatry, University of Nebraska, Omaha, May 1978.

"The UCLA-Neuropsychiatric Institute Program for Autistic Children." Invited lecture for the Symposium on Autism and Childhood Psychosis. Department of Psychiatry, University of Nebraska, Omaha, May 1978.

"Assessment and treatment of the syndrome of autism." Invited workshop, Touhaven Project, Gaylord, Michigan. September 1978.

"Psychological assessment of children with the syndrome of autism." Invited workshop, Department of Psychiatry. University of Alabama Medical School, November 1978.

"Diagnosing the syndrome of autism." Invited lecture, Department of Special Education, University of Texas, Austin, February 1979.

"Age as a factor in discriminate analysis among autistic, mentally retarded, and normal children." Paper presented at the Western Psychological Association Meeting, Honolulu, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

4

"I.Q. as a factor in the behavior of autistic, mentally retarded and normal children." Paper presented at the Western Psychological Association Meeting, Honolulu, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Diagnosing the syndrome of autism." Invited lecture at Harbor General Hospital, February 1980.

"The Behavior Observation Scale for autism (BOS). Factor analysis of behaviors." Paper presented to American Psychological Association, New York, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Evaluating autistic children." Invited workshop presented to Illinois and Missouri National Society for Autistic Children, St. Louis, 1980.

"The Behavior Observation Scale: Frequency analysis." Paper presented to the American Psychological Association, Los Angeles, 1981. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Social relatedness in autistic children." Paper presented to the American Psychological Association, Los Angeles, 1981, with Ilene Tonick. (Abstract)

"Behavioral assessment of the syndrome of autism: A quantitative review of autistic behaviors (BOS)." Invited paper UCLA Child Psychiatry Academic Colloquium, May 1981.

"Evaluating autistic children." Invited workshop, Southwestern Society for Autistic Children, San Diego, California, October 1981.

"Diagnosis and treatment of problems in early childhood." Invited workshop, Eighth Annual Regional Conference, Teaching and Treating Children, Adolescents and Parents, University of Las Vegas, Nevada, March 1982.

"DSM-III and childhood diagnoses." Invited workshop, Department of Mental Health, San Diego, California, March 1982.

"Behavior management: Decreasing behaviors." Invited lectures, Residential Services Specialist Program, Westside Regional Center, Los Angeles CA, December, 1981, 1982, 1983, 1984.

"Psychological assessment of severely handicapped children." Invited lecture, Rowland Unified School District, Los Angeles CA, September 1982.

"Effects of fenfluramine on the behavior of autistic children."  (1982 - 1984)
1. Invited speaker, Sutton Foundation, Orange County, Calif., November 1982.
2. Invited speaker, National Society for Autistic Children, Riverside County, March 12, 1983.
3. Invited speaker, National Society for Autistic Children, Ventura County, April 13, 1983.
4. Invited speaker, California Society for Autistic Children, May 1983.
5. Keynote speaker, Canadian Society for Autistic Children, Toronto, Canada, May 1983.
6. Keynote speaker, National Soc. for Autistic Children, Annual Mtg, Salt Lake City, July 1983.
7. Invited speaker, Los Angeles, National Society for Autistic Children, September 1983.
8. Invited speaker, Long Beach, National Society for Autistic Children, 1984.
9. Invited speaker, Washington Society for Autistic Children, 1984.

"Assessment and treatment of syndrome of autism. "Residential Services Specialist Program. North Los Angeles Regional Center, February 1983, March 1984, March 1985.

"Genetic factors in autism." Invited speaker, National Society for Autistic Children Annual Meeting, Salt Lake City, Utah, July 1983.

"Diagnosis and treatment of autism." Invited Lecture-Grand Rounds, Department of Child Psychiatry, University of Southern California, April 1983.

"Pervasive developmental disorder and schizophrenia." Invited lecture, American Academy of Child Psychiatry Annual Review, Los Angeles, May 1983.

"Behavioral assessment of the effects of fenfluramine on autistic children." Paper presented to the Western Psychological Association Meeting, San Francisco, April 1983. (Abstract)

"Assessing effects of fenfluramine on behavior in 15 autistic children." Paper presented to the American Psychological Association, Los Angeles, August 1983. (Abstract)

"Behavioral assessment of the syndrome of autism." Paper presented to the American Academy of Child Psychiatry, October 1983.

"Genetic contributions to the syndrome of autism." Invited address, Western Psychological Association Meeting, April 1984.

"Diagnosis of the syndrome of autism." Workshop, Coast Mental Health, 1984.

"Stability of cognitive and linguistic scales in autism." Paper presented to the American Academy of Child Psychiatry, 1984.

"Effects of fenfluramine of 14 outpatients." Paper presented to the American Academy of Child Psychiatry, 1984.

"Psychological evaluation of untestable children." Invited lecture, Lanterman State Hospital, October, 1984.

"Sequential and simultaneous processing in autistic children." Paper presented to the American Psychological Association, August 1985.

"Stability of cognitive-linguistic scales in autism." Mental Retardation Research Center Grand Rounds, January 1985.

"Differential diagnosis of autism." Workshop presented at the Autism Training Center, Marshall University, Huntington, West Virginia, April 1985. (CME credits)

"Recent research in the syndrome of autism." Invited lecture, Autism Training Center, Marshall University, Huntington, West Virginia, April 1985.

"Familial autism: Psychometric assessments of first-degree relatives." Paper presented to American Academy of Child Psychiatry, San Antonio, October 1985.

"Cognitive Assessment in Autism". Invited Lecture, New Orleans, December 1985.

"Prognosis in Autism". Invited Lecture, New Orleans, December 1985.

"Relationship of WISC-R and Vineland ABS Scores in Autism," Invited Lecture, National Society for Children and Adults with Autism Conference, Washington, D.C., July 1986.

"Diagnosis and Treatment of Autism", Invited Lecture, Autism Society of America, San Diego, May 1987.

"Diagnosis and Treatment of Autism", Invited Lecture, Behavior Therapy and Learning Center, Long Beach, July 1987.

"Diagnosis and Assessment of Autism"
   1. Invited Lecture, West Virginia Autism Society, Autism Center Workshop, October 1987.
   2. Invited Lecture, Orange County Severely Handicapped Conference, September 1987 & 1988.

"Diagnosis of Autism" (1987-1991)
1. Invited Lecture, University Affiliated Program, UCLA/NPI, Los Angeles CA, 1987 & 1988.
2. Invited Lecture, La Mirada Unified School District, La Mirada CA, June 1988.
3. Invited Lecture, California Program Specialists, Special Education, Long Beach CA, March 1988.
4. Invited Lecture, South Central Los Angeles Regional Center, July 1988.
5. Invited Workshop, Agency for International Development, Guayaquil, Ecuador, July 1988
6. Workshop presented, Seattle Autism Society, Seattle WA, October, 1989
7. Presentation, Westside Regional Center, Los Angeles CA April 10-11, 1989.
8. Presentation, Autism Society of America, Long Beach/San Gabriel Regional Center, April 1989.
9. Workshop presented, Autism Society of America, San Francisco (UCSF) May 13, 1989.
10. Workshop presented, San Gabriel Valley Regional Center, Covina, CA, July 1990.
11. Workshop presented, Autism Society of America, Los Angeles, April 1990.
12. Workshop presented, Autism Conference, University of California San Francisco, May 1990.
13. Workshop presented, Autism Conference, Oakland CA, January 1990.
14. Workshop presented, DDIP Program/UCLA, February 1990.
15. Workshop presented, Autism Conference, Newport Beach CA, March 1990
16. Presentation, Conference, National Autism of Amer. Society, Buena Park CA, July 10-11, 1990.
17. Presentation, Conference, Inland County Regional Center, October 1990.
18. Presentation, Conference, Autism Society of America, Ohio, November 1-3, 1990.
19. Workshop presented, Canyon Hills School District, January 25, 1991.
20. Presentation, Parent/Professional Meeting, Autism Society of America, Orange County Chapter, February 1991.
21. Presentation, Autism Society of America, Long Beach Chapter, February 1991.
22. Presentation, Canyon Hill School, April 1991.
23. Presentation, Parent/Professional Meeting, Autism Society of America Los Angeles, Whitney High School, April 1991.
24. Inservice Presentation, Alhambra School District, at UCLA-NPI, May 1991.

"Assessment of Functional Skills in Autism", Jay Nolan Center Saturday Program, Whitney High School, Los Angeles, November 1987, November 1988.

"Assessment of Severely Handicapped Children", Invited Lecture, University of Southern California, February 1988.

"Population Prevalence, Sibling Risk and Recurrence Risk Estimates of Autism", Paper presented, International Congress of Psychology, Sydney Australia, September 1988.

"A New Basis For Genetic Counseling In Autism", Paper presented, American Psychiatric Association 142nd Annual Meeting, San Francisco, CA, May 6-11, 1989.

"Genetics and Autism", Paper presented at World Congress of Biological Psychiatry, Jerusalem Israel, March 1989.

"Diagnosis and prognosis in persons with mild autism", paper presented, Autism Society of America, Buena Park CA, July 1990.

"Prospective Longitudinal Study of Autism", paper presented, Autism Research Symposium, Snowbird Utah, August 1990.

Diagnosis and Assessment of High Functioning Autistic Children", Educational Inservice Workshop, Tacoma School District, Tacoma WA, July 5-7, 1990.

"Diagnosis and Assessment of High Functioning Autistic Children", presentation, Conference, California Association of Behavior Therapists, San Francisco CA, March 8, 1991.

"Assessment and Treatment of Autism", Workshop presented, Department of Pediatrics - University of Timisoara, Romania, April 12-20, 1991.

"The Stability of Cognitive and Behavioral Parameters in Autism: A twelve year prospective study", paper presented at the 38th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, October 16-20, 1991.

"Stability of Cognitive and Behavior Factors in Autism" (1991 - 1992)
1. American Academy of Child Psychiatry, San Francisco, October 1991 (Abstract)
2. IDEA Conference, California Autism Society, May, 1992
3. Autism Society of America, July 1992

"Diagnosis, Assessment and Current Research of the Syndrome of Autism." (1991 - 1995)
1. Long Beach/San Gabriel Valley Autism Society, January 1991
2. Northern California Association of Behavioral Analysis, March 1991
3. Grand Rounds, University of Timisoara Medical School, Romania, April 1991
4. Los Angeles Autism Society, April 1991
5. American Academy of Child Psychiatry Update Course, June 1991
6. Santa Rosa Autism Society, October 1991
7. South Central Regional Center, October 1991
8. Ohio Autism Society, October, 1991
9. Florida Autism Society, Ft. Lauderdale, Florida, February 1992
10. Kaiser Department of Pediatrics, Grand Rounds, March & July 1992
11. Children's Hospital, Department of Pediatrics, Grand Rounds, January 1992
12. Issues in Early Child Development, Contemporary Forums, San Diego CA, June 1992
13. Autism Society of Canada, Calgary, May 1992
14. San Diego, Nursing Update, CME Course, June 1992
15. Tennessee Autism Society, February 1993
16. Anaheim School District, January 1993
17. Breakfast Club, UCLA, March 1993
18. Saddlebrook Unified School District, March 1993
19. Fullerton Child Guidance Center, March 1993
20. ABC Unified School District, March 1993
21. Grand Rounds, Long Beach Memorial Hospital, April 1993
22. Ladera Heights School District, April 1993
23. Kaiser Mental Health, May 1993
24. Kaiser, Whittier, May 1993
25. AACP Update Course, Los Angeles, June 1993
26. Autism Society in Toronto, Canada, July 1993
27. Autism Society of America (ASA), January 1994
28. UCLA, Psychiatry Across the Lifespan, January 1994
29. San Gabriel Autism Society, February 1994
30. South African Autism Society, Capetown, RSA, March 5 & 6, 1994
31. California School Psychologists, March 12, 1994
32. Long Beach Autism Society, March 14, 1994
33. Whittier Autism Society, March 23, 1994
34. Los Angeles Autism Society, May 19, 1994
35. Fiesta Educativa, Los Angeles, May 20, 1994
36. California Autism Society, Newport Beach, May 21, 1994
37. Torrance Memorial Hospital, June 1, 1994
38. Simi Valley Autism Society of America, June 17, 1994
39. Parents of Adults with Autism, Los Angeles, August, 1994
40. California Nursing Association, Orange County, February 1995
41. Washington Autism Society of America, Seattle, March 1995
42. Autism Society of America, San Diego, March 1995

"Cognitive and Social Emotional Development in Romanian Orphans." (1992)
1. International Conference on Infant Studies, May 1992, Miami FL, with S. Kaler, Ph.D. (Abstract)
2. Romanian/American Academy of Science, June 1992, with S. Kaler, Ph.D (Abstract)
2. American Psychological Association, August 1994 with S. Kaler, Ph.D (Abstract)

8

"Autism: Where we have been and where we are going." Keynote Address, Autism Society of America, Las Vegas, July 1994

"Early Intervention and Development in Autism" Invited Address, University of North Carolina, May 1995.

"Autism: Making the Diagnosis" Presentation Conference, The Association of Child Development Specialists Fall Meeting, Los Angeles CA, October 2, 1993.

"What Physicians Need to Know About Autism" Presentation, Conference, 4th Annual Educational Workshop in Hawaii; Autism Society of Hawaii; UAP Resource and Technical Assistance Project on Autism; Hawaii Medical Association; The Hawaii Psychiatric Medical Association and The American Academy of Pediatrics-Hawaii Chapter, Honolulu, Hawaii, August 3, 1994.

"Unraveling Autism, Asperger's Syndrome and PDD", Keynote Speaker at Multidisciplinary Conference, Autism, Asperger's Syndrome & Pervasive Developmental Disorders, The Greater Phoenix Chapter of the Autism Society of America and Developmental Pediatric Education, Scottsdale, AZ, April 7, 1995

"Psychological Assessment of Autistic Children", Presentation, A Workshop on Understanding Autism, Morongo Unified School District, Yucca Valley CA,, April 1995

"Diagnosis and Treatment of Autism" (1995 – 1997)
1. Greater Long Beach/South Bay Autism Society, May 1995
2. American Academy of Child and Adolescent Psychiatry, Beverly Hills, June 1995
3. The Autism Consortium of the Ralph J. Baudhuin Oral School of Nova, Southeastern University, Fort Lauderdale FL, September 1995
4. Long Beach Unified School District, Long Beach, November 1995
5. Los Angeles County School Nurses Association, Los Angeles, CA  January 1996
6. Bellflower Unified School District, Bellflower CA, January 1996
7. California School Nurses Organization, Fresno CA, February 1996
8. Greater Anaheim Special Education Local Plan Area (SELPA), Buena Park CA, October 1996
9. Autism Society of California and the East Bay, Alamo CA, April 1996
10. Santa Barbara County SELPA, Santa Barbara CA, May 1996
11. San Francisco Bay Area Autism Society of America, San Francisco CA, May 1996
12. Harbor-UCLA Department of Psychiatry, Los Angeles CA, August 1996
13. ABC Unified School District, October 1996
14. UCLA First Annual Review of Psychiatry, October 1996
15. Workshop, Region X, Fort Worth, TX, November 1996
16. Workshop, Region XI, Dallas, TX, November 1996
17. Special Education and Law, Los Angeles, March 1996
18. Steve Kaufman & Associates, Culver City CA 1996
19. Sonoma County Special Education Conference, December 1996
20. Riverside County School District, Riverside CA, January 1997
21. University Affiliated Program, UCLA, January 1997
22. Metra Health, Long Beach, January 1997
23. Dept. of Mental Health, Bell Gardens, CA, January 1997
24. Alaska Statewide Special Education Conference, Anchorage AK, February 1997
25. Workshop, 4th Annual Big Sky Summer Institute, Bozeman MT, June 1997
26. Contemporary Forums, Anaheim CA, October 1997
27. Invited Address, Georgia State Education Conference, April 1997
28. Invited Address, Bellflower Community Action Board, CA, February 1997
29. Continuing Education Lectures, Professional Psychiatry Seminars, 1997-Present

"Autism: What Current Research Tells Us"
1. "Creating California's Future," State Conference on Special Education, October 1996
2. Invited Address, Illinois Center for Autism, October 1997
3. Special Education Conference, Anaheim CA, October 1997
4. Invited Address, "Working to Solve the Problem," Calgary Canada, May 1997

"Cooperation between Parents and Professionals"
1. Invited address, International Autism Conference, Skive Hallerne Denmark, Nov. 1996
2. Invited address, Autism Society of America, Orlando FL, July 1997

"Questions Parents Should Ask Before Beginning a Treatment"
1. Invited Address, International Autism Conference, Skive Hallerne Denmark, Nov. 1996
2. Invited Address, Parents Helping Parents, San Jose CA, January 1997
3. Invited address, Future Horizons, Nashville TN, November 1997

"Expanding Our Boundaries"
Third Annual Psychologists' Conference, Los Angeles County Office of Education
Workshop: Autism - Diagnosis Interventions, Prognosis, Burbank CA, February 1996

Conference: "Stairway to Change"
Autism Treatment Services of Canada, Feature Presentation: "Questions to Ask When Looking for Services", Sydney, Nova Scotia, Canada, May 1996

Conference: "Early Social and Cognitive Development in Autism"
16th Annual TEACCH Conference, Presentation: "Evaluating Cognitive and Social Early Intervention Programs", Chapel Hill NC, May 1996

"Autism: What's In and What's Out"
Autism Treatment Services of Canada, Victoria, British Columbia, May 1966

"Asperger's Syndrome: Diagnosis and Treatment"
1. Sunrise Seminars, The H.E.L.P. Group, July 1996
2. California Autism Society State Conference, May 1997
3. 1st Annual Learning Disorder Symposium, H.E.L.P. Group, UCLA/NPI, September 1997
4. UCLA's 2nd Annual Review of Psychiatry, October 1997
5. North County ASA Conference, San Diego CA, May 1998
6. Autism Society of America, Long Beach CA, February 2000
7. Grand Rounds, UCLA-NPI, May 2000
8. Autism Spectrum Disorder Conference, Autism Partnership, January 2001
9. The H.E.L.P. Group, Los Angeles CA, October 2002
10. UES Lecture, UCLA, Los Angeles CA, February 2003

"Early Intervention: A Range of Models" (Panel Chair)
Autism Society of America Annual Meeting, Milwaukee, WI, July 1996, Orlando 1997

"Diagnosis and Treatment of Autism" (1997 – 1998)
1. Fulton County Schools, Atlanta GA February 1997
2. Ventura County Schools, Ventura CA, May 1997
3. North Center Georgia GLRS, October 1997
4. Georgia Learning Centers, Macon, Albany and Statesborg GA, December 1997
5. Grand Rounds, Santa Rosa Memorial Hospital, Santa Rosa CA, January, 1998
6. Foothill SELPA Parent Conference, Burbank CA, March 1998
7. Iowa Autism Society Conference, April 1998
8. PDD/IDA, Houston TX, May 1998
9. Los Angeles Unified School District Psychologists, May 1998
10. Florida Associates of School Psychologists, Orlando FL, November 1998

"Diagnosis and Treatment of Autism" (2001-2002)
1. Minneapolis Autism Society, Minneapolis Minnesota, May 2001
2. Workshop, Autism Society of America National Conference, San Diego CA, July 2001
3. Workshop, Harbor Regional Center, March 2002
4. Workshop, University of South Florida, Tampa FL, July 2002

"Autism Spectrum Disorder: What does the future hold?"
1. Treatment Services of Canada, Calgary and Alberta, May 14-17, 1997
2. West Coast Special Education Conference, Anaheim CA, November 1997

"Autism: A Biological Disorder" and "How to manage the managed care maze." Dual lecture, (Co-presenter) UCLA, August 23, 1997

"Guidelines for Evaluating Treatment Programs for Autistic Children"
1. Orange County Interagency Autism Group, Huntington Beach CA, September 1997
2. Iowa Autism Society Conference, April 1998
3. Tennessee Assoc. for Administrators in Special Educ. Conference, Gatlinburg TN, Dec. 1998
4. Special Education Attorneys Conference, Orlando FL, December 1998
5. West Orange County Consortium for Special Education, Orange County CA, May 2001

"Autism: Clues to Recognition and Tips for Managing Behavior in the Office"
'Nursing Issues in Ambulatory Pediatrics,' Contemporary Forums, October 1997

"Diagnosis and Assessment of Autism Spectrum Disorder: What We Know"
1. Governor's Conference: Partners in Prevention, San Diego CA, February 1998
2. Workshop, San Luis Obispo SELPA, San Luis Obispo CA, September 2002

"Results of a Twenty Year Longitudinal Study of Persons with Autism"
1. California Autism Society, Conference, March 1998
2. Grand Rounds, UCLA-NPI, February 1999

"Common Behavior Problems in Autistic Disorder"
Iowa Autism Society Conference, April 1998

"Evaluating the Efficacy of Intervention Programs for Autistic Children"
1. The Child with Autism, Contemporary Forums, Anaheim CA, April 27-28, 1998
2. Autism Society of America Annual Conference, Reno NV, July 1998
3. Contemporary Forums: 'The Young Child with Special Needs', New Orleans, May 2001

"Diagnosis and Assessment of Autism and Related PDD: Developing an Effective Early Intervention Curriculum" Workshop, Autism Treatment Services of Canada, Vancouver, B.C., May 1998

"Treatment of Autism: A Range of Options" (Panel Chair)
Autism Society of America, Reno NV, July 1998

"Romania's Institutionalized Children: A Longitudinal Study of Cognitive and Socio-emotional Development" with Dr. Sandra Kaler, 10th Annual Sigma Theta Tau, International Meeting, Utrecht, Netherlands, July 1998

"Diagnosis and Current Research in Autism"
Workshop: Autism Treatment Services of Canada, Quebec, October 1998

"Autism: What We Know" (1999 – present)
1. Grand Rounds, Kaiser Permanente, Dept. of Pediatrics, Woodland Hills CA, Jan. 1999
2. Autism Society of Southern Illinois, Bellfield Illinois, March 1999
3. Autism Society of Tucson, Tucson Arizona, March 27, 1999
4. LRP National Meeting, San Francisco, April 24, 1999
5. Update in Child Psychiatric, Los Angeles, June 1999
6. CME Panel, Oxnard CA, September 1999
7. Autism Conference, University of California, Santa Barbara, September 1999
8. UCLA Psychiatry Review Course, October 15, 1999
9. Foothill SELPA Parents Conference, Burbank CA, October 16, 1999
10. University of Hong Kong, November 1999, 2000, 2001
11. Department of Neurology, UCLA, 1999

12. Autism Partnership, Seal Beach CA, January 12, 2000
13. Covina SELPA, Covina CA, January 25, 2000
14. Jewish Bureau of Education, Temple Sinai, Los Angeles CA, March 2000
15. Autism Society of Vancouver, Vancouver, B.C., March 2000
16. Alabama State Dept. of Education, Birmingham, AL, Mar. 2000; Montgomery, Feb. 2001, Mobile, July 2001
17. Loyola-Marymount College, March 2000
18. Texas State Dept. of Education, Dallas and South Padre Island, April 2000
19. North Counties Autism Society Conference, San Diego CA, May 2000
20. Austin Unified School District, Austin, Texas, May 2000
21. PacificCare Health Services, Woodland Hills CA, June 2000
22. Long Beach Unified School District, August 2000
23. Conference, co-presented with Autism Partnership, Toronto, Canada, November 2000
24. Administrative Law Judges Conference, Santa Barbara, CA, November 2000
25. Orange County SELPA, Anaheim, September 2000 and January 2001
26. Vista School District, Vista CA, January 2001
27. University of Judaism, Los Angeles, April 2001
28. Autism Society Conference, Minneapolis, MI, May 2001
29. Huntington Beach School District, Huntington Beach CA, May 2001
30. Florida Department of Education, State Conference, June 2001
31. San Diego State University, San Diego CA, May 2000
32. Special Education Summer Academy, Alabama State Dept. of Education, Mobile, May 2001
33. State Dept. of Education, Council for Administrators & Special Education Autism Conf., Orlando FL, June 2001
34. Regional Center of Orange County, October 2001
35. Jewish Bureau of Education, Stephen S. Wise Temple, Los Angeles, CA April 2001, 2002
36. State Department of Education, Columbus, Indiana, April 2002
37. Department of Education, Key West Florida, May 2002

"Role of Normal Development in Development of Treatment Programs"
1. Autism Partnership, Seal Beach CA, July 2000
2. Autism Partnership, Hong Kong, November 2000
3. Autism Partnership, Joint Conference, Long Beach CA, January 2001
4. Autism Society of America National Conference, San Diego CA, July 2001

"Diagnosis of Autism/PDD: An Update"
Contemporary Forums Conf.: 'The Young Child with Special Needs,' New Orleans LA, May 2001

"Autism & Pervasive Developmental Disorders: Assessment, Differential Diagnosis & Treatment"
1. Autism Partnership, A Two-Day Workshop, Toronto Canada, October 2000
2. Professional Psych Seminars, Inc., Los Angeles, Pasadena, San Rafael, CA Mar. & Apr. 2001
3. Autism Partnership, Two-Day Workshop, Seal Beach CA, June 2001

"Autism & Pervasive Developmental Disorders: Assessment, Differential Diagnosis & Treatment

1. Professional Psych. Seminars, Inc. Emeryville CA, October 2002; Los Angeles CA, October 2002; Costa Mesa CA, December 2002; & Pasadena CA, December 2002

Asperger's Syndrome or High Functioning Autism, National University, Vista CA, February 2002
1. Autism Society of Long Beach, Long Beach CA, March 2002
2. State of Department Education, Columbus, Indiana, April 2002

Interventions for Children with Autism
Workshop, San Luis Obispo, County Education, January 2002