Etiological Biological findings and implications for treatment in Autism Spectrum Disorder (ASD)
1. Contemporary Forum, The Young Child with Special Needs, New Orleans, May 2001
2. Autism Partnership, Seal Beach, California, June 2001
3. Conference, Toronto, Canada, October 2001
4. Conference, University of Hong Kong, November 2001 (Invited address)
5. State Department of Education, Honolulu, Hawaii, February 2002 (Invited address)

Recent Advances in treatment on Autism
UCLA 7th Annual Review of Psychiatry and Psychopharmacology Update, October 2002

Asperger's Syndrome and/or High Functioning Autism: An Update
UCLA 8th Annual Review of Psychiatry and Psychopharmacology Update, October 24, 2003

Assessment and Treatment of Asperger's Syndrome
Workshop, San Diego County SELPA, San Diego CA, February 2003
Los Angeles Department of Mental Health, Los Angeles CA, May 2003

Current Treatment for Autism
University of Hong Kong, Hong Kong, November 2002 and December 2003

History of Treatment of Autism
An Update, UCLA, Los Angeles CA, October 2002

"Update on Treatment in Autism"
Grand Rounds, Steamboat Springs Hospital, Steamboat Springs CO, March 2003
Conference on Developmental Disabilities, Montana State University, Billings MT, October 2002

Assessment and Treatment of Autism Spectrum Disorder (ASD)
1. Psychopharmacology Lecture, UCLA, Los Angeles CA, October 2002
2. Bangkok Thailand, November 2002
3. San Diego County SELPA, San Diego CA, October 2003
4. Grand Rounds, UCLA, Harbor CA November 2003
5. Grand Rounds, Torrance CA, November 2003
6. University of Hong Kong, December 2003

Current Therapies for Autism Spectrum Disorder
Regional Center of Orange County, Orange CA, October 2003

Current Treatment of Autism Spectrum Disorder
1. Harbor Regional Center, Torrance CA, September 2002
2. FEAT Conference, Torrance CA, June 2003
3. Autism Spectrum Therapies, Los Angeles CA, September 2003

"Autism Spectrum Disorders: Identifying Behaviors that Impact Education." San Diego County of Education Psychologists, San Diego, CA, October 2003

Diagnosis of Autism Spectrum Disorder Workshop, Las Virgenes Unified School District
1. Pre-school, February 2004, Las Virgenes Unified School District, October 2004
2. School Age/High School, Las Virgenes Unified School District, November 2004
3. Singapore, March 2004
4. University of Hong Kong, June 2004

"Appropriate Programs for Children with Autism Spectrum Disorders: Do the Professionals Agree?"
Co-Presenter, LRP National Institute on Legal Issues of Educating Individuals with Disabilities, Orlando FL, May 2004.

"Educational Programs for Children with Autism: Do the Professionals Agree?"
Co-Presenter, LRP Annual Conference, Orlando FL, May 2004.

13

"Asperger's Syndrome: An Update"
  Grand Rounds, Harbor-UCLA, September 2004
  Norwalk-La Mirada School District, September 2004

"Evaluating a Child With Autism: Everything a Parent Should Know," UCLA, November 2004

How to build a defensible Autism program, Pepperdine University, November 2004

"Alternative Treatments for Autism: What is the Science?" Invited Workshop, Autism Partnership, Seal Beach, CA, January 2005

Autism Spectrum Disorders, Los Angeles Unified School District, Los Angeles, CA, February 2005

"Alternative Treatments for ASD: Fact or Fiction?" Invited Lecture, Contemporary Forums, Las Vegas, NV, May 2005

"Early Detection of ASD." Invited Lecture, Contemporary Forums, Las Vegas, NV, May 2005

## PUBLICATIONS

1. Meltzer, D., & Freeman, B. J. (1969) Some parameters affecting performance in fixed interval schedules. Psychonomic Science, 17, 129-131.

2. Freeman, B. J. (1971). The role of response-dependent reinforcement in the production of behavioral contrast on a multiple schedule. Learning and Motivation, 2, 138-147.

3. Meltzer, D., & Freeman, B. J. (1971) Maintenance of response summation under conditions of minimal stimulus intensity. Psychonomic Science, 22, 287-288.

4. Freeman, B. J., & Ray, O. S. (1972) Strain, sex and environmental effects on appetitive and aversive learning tasks. Developmental Psychobiology, 5, 101-109.

5. Herman, S. J., Freeman, B. J., & Ray, O. S. (1972) The effects of multiple injections of morphine sulfate on shuttle-box behavior in the rat. Psychopharmacologia, 26, 146-154.

6. Freeman, B. J. (1972) Behavioral contrast: Reinforcement frequency or response suppression? Psychological Bulletin, 79, 347-356. (Theoretical treatise)

6. Freeman, B. J., & Leibowitz, J. M. (1974) Response facilitation as a function of a short timeout stimulus in a condition suppression paradigm. Psychological Reports, 35, 67-72

7. Freeman, B. J., Leibowitz, J. M., & Linseman, M. A. (1974) A study of an operant procedure: Testing auditory deficits. Mental Retardation, 12, 14-17.

9. Freeman, B. J., & Pribble, W. (1974) Elimination of inappropriate toileting behavior by overcorrection. Psychological Reports, 35, 802.

10. Caul, W. J., Freeman, B. J., & Buchanan, D. (1975) Effects of differential rearing conditions on heart rate conditioning and response suppression. Developmental Psychobiology, 8, 63-68

11. Buchanan, D., Caul, W. J., & Freeman, B. J. (1975) Effects of differential rearing conditions on stress induced ulceration. Developmental Psychobiology, 8,

12. Freeman, B. J., Ritvo, E. R., & Miller, R. (1975) An operant procedure for teaching children to answer questions appropriately. Journal of Autism and Childhood Schizophrenia, 5, 169-196.

13. Freeman, B. J., Graham, V., & Ritvo, E. R. (1975) Reduction of self-destructive behavior by overcorrection. Psychological Reports, 137-446.

14

14. Black, M., Freeman, B. J., & Montgomery, J. (1975) The effect of four different environments on the play behavior of autistic children. Journal of Autism and Childhood Schizophrenia, 5, 361-371.

15. Freeman, B. J., Roy, R. R., & Hemmick, S. (1976) Extinction of a phobia of physical examination in a 7-year-old mentally retarded boy. Behavior Research and Therapy, 16, 63-64.

16. Freeman, B. J., Somerset, T., & Ritvo, E. R., (1976) Effects of long timeout durations on disruptive behavior of autistic children. Psychological Reports, 38, 124-126.

17. Colman, R., Frankel, F., Ritvo, E. R., & Freeman, B. J. (1976) The effects of fluorescent and incandescent illumination upon repetitive behaviors in autistic children. Journal of Autism and Childhood Schizophrenia, 6, 157-162.

18. Frankel, F., Freeman, B. J., Ritvo, E. R., Carr, E., & Chikami, B. (1976) Relationships of photic stimulation on operant behavior in autistic and retarded children. American Journal of Mental Deficiency, 6, 32-40.

19. Freeman, B. J., Frankel, F., & Ritvo, E. R. (1976) The effects of response contingent vestibular stimulation on the behavior of autistic and retarded children. Journal of Autism and Childhood Schizophrenia, 6, 353-358.

20. Freeman, B. J., Moss, D., Somerset, T., & Ritvo, E. R. (1977) Thumb sucking in an autistic child overcome by over correction. Journal of Behavior Therapy Experimental Psychiatry, 8, 211-212.

21. Freeman, B. J. (1977) The syndrome of autism: The problem of diagnosis in research. Journal of Pediatric Psychology, 4, 142-145. (Theoretical Treatise)

22. Freeman, B. J., Ritvo, E. R., Guthrie, D., Schroth, P., & Ball, J. (1978) The behavior observation scale. Journal of the American Academy of Child Psychiatry, 17, 576-588.

23. Frankel, F., Freeman, B. J., Ritvo, E. R., & Pardo, R. (1978) The effect of environmental stimulation upon the stereotyped behavior of autistic children. Journal of Autism and Childhood Schizophrenia, 4, 389-394.

24. Freeman, B. J., Guthrie, D., Ritvo, E. R., Schroth, P., Glass, R., & Frankel, F. (1979) Behavior observation scale: Preliminary analysis of the similarities and differences between autistic and mentally retarded children. Psychological Reports, 44, 519-524.

25. Needleman, R., Ritvo, E. R., & Freeman, B. J. (1980) Objective language criteria and the diagnosis of autism. Journal of Autism and Developmental Disorders, 10, 389-398.

26. Freeman, B. J., Schroth, P., Ritvo, E. R., Guthrie, D., & Wake, L. (1980) The behavior observation scale for autism (BOS): Initial results of factor analysis on 89 children. Journal of Autism and Developmental Disorders, 10, 343-346. Abstracted: (1982) International and Interdisciplinary Documentation and Information on Rehabilitation Research.

27. Freeman, B. J., & Ritvo, E. R. (1980) The behavior observation scale for autism. International Journal of Rehabilitation Research, 3, 254-346.

28. Freeman, B. J., Ritvo, E. R., Schroth, P., Tonick, I., & Wake, L. (1981) Relationship of frequency of behavior to I.Q. in autistic, mentally retarded and normal children. American Journal of Psychiatry, 138. Also abstracted (1981, June) Psychiatry Digest and (1981, November) ERIC.

29. Freeman, B. J., Tonick, I., Ritvo, E. R., Guthrie, D., & Schroth, P. (1981) Behavior observation scale for autism (BOS): Analysis of behaviors among autistic, mentally retarded and normal children. Psychological Reports, 49, 199-208.

30. Freeman, B. J., & Ritvo, E. R. (1981) The syndrome of autism: A critical review of diagnostic systems and follow-up studies and the theoretical background of the behavior observation scale. In J. Gillian (Ed.), Autism: Diagnosis, instruction, management and research. Springfield, IL: Charles C. Thomas.

31. Geller, E., Ritvo, E. R., Freeman, B. J., & Yuwiler, A. (1982) Preliminary observations on the effect of fenfluramine on blood serotonin and symptoms in three autistic boys. New England Journal of Medicine, 307, 165-169.

32. Freeman, B. J., & Ritvo, E. R. (1982) The syndrome of autism: A critical review of diagnostic systems and follow-up studies and the theoretical background of the behavior observation scale. In J. Steffen & P. Karoly (Eds.), Autism and severe psychopathology. Lexington, MA: D. C. Heath, Co. (Theoretical treatise)

33. Freeman, B. J., & Schroth, P. (1983) The development of the behavior observation scale (BOS). Behavioral Assessment, 5, 394-405.

34. Yuwiler, A., Geller, E., Boullin, D., Ritvo, E. R., Rutter, M., and Freeman, B. J. (1983) A re-examination of serotonin efflux by platelets in autism. Journal of Autism and Developmental Disorders.

35. Frankel, F., Simmons, J. Q., Freeman, B. J., & Frichter, M. (1983) Stimulus selectivity in autistic, retarded and normal children. Journal of Child Psychology and Psychiatry, 24

36. Funderburk, S. J., Carter, J., Tanguay, P., Freeman, B. J., & Westlake, J. (1983) Potential steroid hormone teratogens in autistic and schizophrenic children. Journal of Autism and Developmental Disorders, 13, 325-332.

37. Ritvo, E. R., Freeman, B. J., Geller, E., & Yuwiler, A. (1983) Effects of fenfluramine on 14 autistic outpatients. J. Am. Academy of Child Psychiatry, 22, 549-558. Also abstracted (1984, June) Intelligence Reports in Psychiatric Disorders.

38. Ritvo, E. R., Freeman, B. J., Yuwiler, A., Geller, E., Yokota, A., Schroth, P., & Novak, P. (1984) Study of fenfluramine in outpatients with the syndrome of autism. Journal of Pediatrics, 105, 823-828.

39. Freeman, B. J., Ritvo, E. R., & Schroth, P. C. (1984) Behavioral assessment of the syndrome of autism: Behavior Observation System, Journal of Amer. Academy of Child Psychiatry, 23, 588-594. Abstracted: (1984) (1989) Also Scale has been translated into French. Tests, Kansas City Test Corporation of America.

16

40. Ritvo, E. R., Spence, M. A., Freeman, B. J., Mason-Brothers, A., Mo, A., & Marazita, M. L. (1985) Evidence for autosomal recessive inheritance of autism in 46 multiple incidence families. American Journal of Psychiatry, 142, 187-191.

40. Spence, M. A., Ritvo, E. R., Marazita, M. L., Funderburk, S. J., Sparkes, R. S., & Freeman, B. J. (1985) Gene mapping studies with the syndrome of autism. Behavior Genetics, 15(1), 1-13.

42. Ritvo, E. R., Freeman, B. J., Mason-Brothers, A., Mo, A., & Ritvo, A. M. (1985) Concordance of the syndrome of autism in 40 pairs of afflicted twins. Amer. Journal of Psychiatry, 142, 74-77.

43. Freeman, B. J., Needleman, R., & Ritvo, E. R. (1985) Stability of language and cognitive scales in autism. Journal of American Academy of Child Psychiatry, 24, 459-464.

44. Freeman, B.J., Lucas, J.C., Forness, S.R., Ritvo, E.R., (1985) Cognitive processing of high-functioning autistic children: Comparing the K-ABC and WISC-R. Journal of Psychoeducational Assessment: 4, 357-362. Abstracted (1986) Eric Clearinghouse, Ann Arbor, Michigan.

45. Freeman, B. J., Ritvo, E. R., Yokota, A., & Ritvo, A. (1986) A scale for rating symptoms of patients with the syndrome of autism in real life settings. Journal of American Academy of Child Psychiatry 25:130-136.

46. Ritvo, E. R., Freeman, B. J., Scheibel, A. B., Duong, P. T., Robinson, H., & Guthrie, D. (1986) Decreased purkinje cell density in four autistic patients: Initial findings of the UCLA-NSAC autopsy research project. American Journal of Psychiatry, 143: 862-866.

46. Realmuto, G. M., Jensen, J., Klykylo, W., Piggott, L., Stubbs, G., Yuwiler, A., Geller, E., Freeman, B.J., & Ritvo, E. R. (1986) Untoward effects of fenfluramine in autistic children. Journal of Clinical Psychopharmacology, 6, 350-355.

48. Ritvo, E. R., Freeman, B. J., Yuwiler, A., Geller, E., Schroth, P., Yokota, A., Mason-Brothers, A., August, G. J., Klykylo, W., Levanthal, B., Lewis, K., Piggott, L., Realmuto, G., Stubbs, E. G., & Umansky, R. (1986) Fenfluramine treatment of autism: UCLA-collaborative study of 81 patients at nine medical centers. Psychopharmacology Bulletin, 22:133-140.

49. Jenson, W. R., Petersen, B., Freeman, B.J. & McMahon, W. (1986) Autism, form fruste: Psychometric assessment of first-degree relatives. In C. Shagass, et al (Eds) Biological Psychiatry, New York: Elsevier Science Publishing Co., Inc.

50. Ritvo, E.R., Creel, D., Crandall, A.S., Freeman, B.J., Pingree, C., Barr, R. Realmuto, G., (1986) Letters to the Editor: Retinal Pathology in autistic Children - A Possible Biological Marker for a Subtype? Journal of the American Academy of Child Psychiatry, 25, 1:I37.

51. Mason-Brothers, A., Ritvo, E. R., Guze, B., Mo, A., Freeman, B. J., & Funderburk, S. J. (1987) Natal factors in 181 autistic persons. J. of American Academy of Child Psychiatry, 26,1:39-42.

52. Ritvo, E. R., Mason-Brothers, A., Jensen, W. P., Freeman, B. J., Mo, A., Pingree, C., Petersen, P. B., & McMahon, W. M. (1987) A report of one family with four autistic siblings and four families with three autistic siblings. J. Am Acad Child Adol Psychiatry, 26, 339-341.

53. Asarnow, R.F., Tanguay, P.E., Bott, L., Freeman, B.J., (1987) Patterns of Intellectual Functioning in Non-Retarded Autistic and Schizophrenic Children. Journal of Child Psychology and Psychiatry, 28, 273-280.

54. Mason-Brothers, A., Ritvo, E.R., Guze, B., Mo, A., Freeman, B. J., Funderburk, S.J., (1987) Pre-, peri-, and postnatal factors in 209 autistic patients from single and multiple incidence families. J. Am. Acad. Child Psychiatry, 26, 39-42.

55. Ritvo, E.R., Freeman, B.J., Yuwiler, A., Geller, E., Schroth, P., Yokota, A., Mason-Brothers, A., August, G.J., Klykylo, W., Leventhal, B., Lewis, K., Piggott, L., Realmuto, G., Stubbs, E. G., Umansky, R., (1987) Fenfluramine treatment of autism: UCLA collaborative study of 81 patients at nine medical centers. In F. Gremy, S., Tomkiewicz, P., Ferrari, G. Lelord (eds), Colleque INSERM 146: 257-267.

56. Ritvo, E.R., Jorde, L.B., Freeman, B.J., McMahon, W.M., Jenson, W.R., Petersen, P.B., Brothers, A.M., Mo, A., Pingree, C.B. Population prevalence and recurrence risk of autism. (1987) Abstract Proceedings of American Society of Human Genetics Annual Meeting. Abstract (August, 1987) Third World Congress on the Isolated Child, Buenos Aires, Argentina.

57. Ritvo, E.R., Creel, D., Realmuto, G., Crandall, A.S., Freeman, B.J., Bateman, J.B., Barr, R., Pingree, C., Coleman, M., Purple, R. (1988) Electroretinograms in Autism: A Pilot Study of B-Wave Amplitudes, American Journal of Psychiatry 145, 229-232.

58. Geller, E., Yuwiler, A., Ritvo, E.R., Freeman, B.J. (1988) Platelet Size, Number and Serotonin Content in Blood of Autistic, Childhood Schizophrenic and Normal Children. Journal of Autism and Developmental Disorders 18, 119-137.

17

59. Ritvo, E.R., Brothers, A.M., Freeman, B.J., Pingree, C. (1988) Eleven Possibly Autistic Parents, Journal of Autism and Developmental Disorders 18: No 1, 139-143.

60. Freeman, B. J., Ritvo, E.R., Yokota, A., Childs, J., Pollard, J. (1988) WISC-R and Vineland Adaptive Behavior Scale Scores in Autistic Children, Journal of American Academy of Child and Adolescent Psychiatry, 27, 4:428-429.

61. Freeman, B.J., Ritvo, E.R., Mason-Brothers, A., Pingree, C., Yokota, A., Jenson, W.R., McMahon, W.M., Petersen, P.B., Mo, A., Schroth, P. (1989) Psychometric Assessment of First Degree Relatives of 62 Autistic Probands in Utah. Am. J. Psychiatry, 146:361-364.

62. Ritvo, E.R., Freeman, B.J., Pingree, C., Mason-Brothers, A., Jorde, L., Jenson, W.R., McMahon, W.M., Petersen, P.B., Mo, A., Ritvo, A. (1989) The UCLA-University of Utah Epidemiologic Survey of Autism: Prevalence, Am. J. Psychiatry, 146:194-199.

63. Ritvo, E.R., Jorde, L.B., Mason-Brothers, A., Freeman, B.J., Pingree, C., Jones, M.B., McMahon, W.M., Petersen, P.B., Jenson, W.R., Mo, A. (1989) The UCLA-University of Utah Epidemiologic Survey of Autism: Recurrence Risk Estimates and Genetic Counseling, Am. J. Psychiatry, 146:1032-1036.

64. Garber, H.J., Ritvo, E.R., Chiu, L.C., Griswold, V.J. Kashanian A., Freeman, B.J., Oldendorf, W.H. (1989) A magnetic resonance imaging study of autism: Normal fourth ventricle size and absence of pathology. Am J. Psychiatry 146:532-534.

65. Jorde, L.B., Mason-Brothers, A., Waldmann, R., Ritvo, E.R., Freeman, B.J., Pingree, C., McMahon, W.M., Petersen, B., Jenson, W.R., Mo, A. (1990)The UCLA-University of Utah Epidemiologic Survey of Autism: Genealogical Analysis of Familial Aggregation, American Journal of Medical Genetics, 36:85-88.

66. Mason-Brothers, A., Ritvo, E.R., Pingree, C., Petersen, P.B., Jenson, W.R., McMahon, W.M., Freeman, B.J., Jorde, L.B., Spencer, M.J. Mo, A., Ritvo, A. (1990) The UCLA-University of Utah Epidemiologic Survey of Autism: Pre-, Peri-, and Postnatal Factors, Pediatrics 86:514-519.

67. Ritvo, E.R., Mason-Brothers, A., Freeman, B.J., Pingree, C., Jenson, W.R., McMahon, W.M., Petersen, P.B., Jorde, L.B., Mo, A., Ritvo, A. (1990) The UCLA - University of Utah Epidemiologic Survey of Autism: The Etiologic Role of Rare Diseases, American Journal of Psychiatry, 147:1614-20.

68. Freeman, B.J., Rahbar, B., Ritvo, E.R., Bice, T.L., Yokota, A., Ritvo, R. (1991) The Stability of Cognitive and Behavioral Parameters in Autism: A Twelve Year Prospective Study, Journal of the American Academy of Child & Adolescent Psychiatry, 30, 3:479-482.

69. Ritvo, E.R., Ritvo, R., Freeman, B. J., Letter to the Editor. Debate and Argument. (1991) Journal of Child Psychology and Psychiatry, 32: 1031-1032.

70. Jorde, L.B., Hasstedt, S.J., Ritvo, E.R., Mason-Brothers, A., Freeman, B.J., Pingree, C., McMahon, W.M., Petersen, Jenson, W.R., and Mo, A. (1991) Complex Segregation Analysis of Autism. American Journal of Human Genetics, 49, 932-938.

71. Mason-Brothers, A., Ritvo, E.R., Freeman, B.J, Jorde, L., Pingree, C., McMahon, W., Petersen, P. and Mo, A. (1993) The UCLA-University of Utah Epidemiological Survey of Autism: Recurrent Infections. European Child and Adolescent Psychiatry. 2, 79-90.

72. Ritvo, E.R., Ritvo, R., Yuwiler, A., Brothers, A., Freeman, B.J., and Plotkin, S. (1993) Elevated Daytime Melatonin Concentrations in Autism: A Pilot Study. European Child and Adolescent Psychiatry. 2, 75-78.

18

73. Ritvo, E.R., Freeman, B.J., Mason-Brothers, A., Ritvo, R. (1994) Clinical Characteristics of Mild Autism in Adults. <u>Comprehensive Psychiatry</u>, 35, 149-156.

74. Yirmiya, N., Sigman, M.D., Freeman, B.J. (1994) Comparison among Three Diagnostic Systems for Identifying High-Functioning Children with Autism. <u>Journal Autism Dev. Disorders</u> 24, 281-293.

75. Kaler, Sandra R., Freeman, B. J. (1993) An Analysis of Environmental Deprivation: Cognitive and Social Development in Romanian Orphans. <u>Journal of Child Psychiatry and Psychology</u>, 35, 769-781.

76. Volkmer, F., Klin, A., Siegal, B., Satzmore, D., Lord, C., Campbell, M., Freeman, B.J., Cicchetti, D., and Butler, M. (1994) DSM-IV Autism/Pervasive Developmental Disorder Field Trial. <u>Journal of the American Academy of Child. Psychiatry.151</u>, 1361-1367.

77. Freeman, B.J., Del'Homme, M., Guthrie, D. and Zang, F. (1999) Vineland Adaptive Behavior Scale Scores as a function of age and initial IQ in 210 Autistic Children. <u>Journal of Autism and Developmental Disorders</u>.

78. Arnold, L.E., Aman, MG., Martin, A, CollierCrespin, A., Bitiello,B., Tierney, E., Asarnow,R., Bell-Bratsow,F., Freeman, B.J., Gates-Ulanet, P., McCraken, J.T., McDougle, CJ, McGough, J.J., Posey, D.J., Scahill, L., Swiezy, N.B., Ritz, L. and Volkmar, F (2000). Assessment of Multi-site randomized clinical trials of parents with Autistic Disorder; The Autism RUPP Network. <u>Journal of Autism and Developmental Disabilities,</u> 30, 99-105.

79. McDougle, C.J., Scahill, L., McCracken J.T., Aman, M., Tierney, E., Arnold, E., Freeman, B.J., Martin, A., Mcgough, J.J., Cronin, P.C., Posey, D.J., Riddle, M.A., Ritz, L.,Swiezy, N.B., Vitiello, B, Volkmar, F., Votolato, N.A., and Watson, P. (2000) <u>Child and Adolescent Psychiatric Clinics of North America,</u> 9 201-22.

## NONEXPERIMENTAL ARTICLES, REVIEW ARTICLES AND BOOK CHAPTERS

1. Freeman, B. J., & Ritvo, E. R. (1976) Cognitive Assessment. In E. R. Ritvo, B. J. Freeman, E. M. Ornitz, & P. Tanguay (Eds.), <u>Autism: Diagnosis, Current Research and Management</u>. Holliswood, N.Y.: Spectrum Publications.

2. Freeman, B. J., & Ritvo, E. R. (1976) Parents as Paraprofessionals. In E. R. Ritvo, B. J. Freeman, E. M. Ornitz, & P. Tanguay (Eds.), <u>Autism: Diagnosis, Current Research and Management</u>. Holliswood, N.Y.: Spectrum Publications.

3. Freeman, B. J. (1976) Evaluating Autistic Children. <u>Journal of Pediatric Psychology</u>, 1, 18-21.

4. Ritvo, E. R., & Freeman, B. J. Definition of the Syndrome of autism. <u>Journal of Autism and Childhood Schizophrenia</u>, 8, 162-167.

5. Ritvo, E. R., & Freeman, B. J. (1977) NSAC definition of the syndrome of autism. <u>Journal of Pediatric Psychology</u>, 4, 148.

6. Ritvo, E. R., & Freeman, B. J. (1978) National Society for Autistic Children definition of the syndrome of autism. <u>Journal of American Academy of Child Psychiatry</u>, 17, 565-675.

7. Freeman, B. J., & Ritvo, E. R. (1978) Diagnostic and evaluation systems: Helping the advocate cope with the "state of the art." In J. Budde (Ed.), <u>Advocacy and autism</u>. Lawrence, Kansas: University of Kansas Press.

8. Ritvo, E. R., & Freeman, B. J. (1977) Current status of biomedical research in autism. <u>Journal of Pediatric Psychology</u>, 4, 149-152.

9. Freeman, B. J. (1978) Appraising children for mental retardation. Clinical Pediatrics, 17, 169-173.; (1979) Reprinted in Human Growth & Development, Special Learning Corporation.

10. Freeman, B. J., & Ritvo, E. R., 1985. Assessment and treatment of specific disabilities:Autism/schizophrenia I. Invited chapter to appear in D. M. Doleys, T. B. Vaughan, & M. L. Cantrell (Eds.), Assessment and treatment of developmental problems. New York: Spectrum.

11. Ritvo, E. R., Rabin, K., Yuwiler, A., Freeman, B. J., & Geller, E. (1978) Biochemical and hematologic studies of children with the syndrome of autism, childhood schizophrenia, and related developmental disabilities: A critical review. In M. Rutter & Schopler (Eds.), Autism: A reappraisal of concepts. New York: Plenum.

12. Freeman, B. J. (1982) Diagnosing the syndrome of autism. Journal of Psychiatric Disorders and Treatment, 4, 99-105. (Selected for category 1 medical credits.)

13. Freeman, B. J., & Ritvo, E. R. (1984) The syndrome of autism: Establishing the diagnosis and principles of management. Pediatric Annals, 13, 285-295.

14. Ritvo, E. R., & Freeman, B. J. (1984) A medical model of autism: Etiology, pathology and treatment. Pediatric Annals, 13, 298-305.

15. Freeman, B.J. (1993) Diagnosis of the syndrome of autism: Update and guidelines for diagnosis. Infants and Young Children 6, 1-12.

16. Freeman, B.J. (1994 – Reprinted Ohio Department of Health, November 2000) The syndrome of autism, questions parents ask. Autism Society of America.

17. Freeman, B.J. (1994) The Advocate Interview, The Advocate, Autism Society of America.

18. Freeman, B.J. (1995) Diagnosis of the syndrome of autism: Update and guidelines for diagnosis. Infants and Young Children, excerpted in: Caregiver Education guide for Children with Developmental Disabilities (supplement).

19. Freeman, B.J., (1997) Guidelines for evaluating intervention programs for autistic children. Journal of Autism and Developmental Disabilities, 27, 641-651. Reprinted (1998) Autism Society of America; UCLA Pediatric Update (1998)

20. Freeman, B.J., (1998) Diagnosis of Autism: Questions Parents Ask. Caregiver Education Guide for Children with Developmental Disabilities. Gaithersberg, MD: Aspen Publicatons Reprinted: (1998) Pediatric Patient Education Manual. Gaithersberg, MD: Aspen Publications. Reprinted: (1998) Vanderbuilt University Training Manual. Reprinted: (2000) Ohio Department of Health Training Manual. Reprinted 2001 Pediatric Patient Education Manual, Aspen Publications.

21. Freeman, B.J. (2001) Technology Assessment Report on Comprehensive Programs for the Treatment of Children with Autism. Exceptional Parent (Invited Article)

22. Freeman, B.J. and Cronin, P.C. (2000) The Autism Epidemic: Better Detection and Awareness. Autism/Asperger's Digest, 1, 21-22 (Invited Article)

23. Letter to the Editor, (2001) Journal of Autism and Developmental Disorders.

24. Freeman, B.J. and Cronin, P.C. (2002) Diagnosing Autism Spectrum Disorders in Young Children; An Update. Infants and Young Children, 14, 1-10 (invited article)

25. Freeman, B.J., Cronin, P.C., Candela, P. (2002) Asperger's Syndrome or Autistic Disorder: the Diagnosis Dilemma. Focus on Autism and Developmental Disabilities (Invited article)

26. Freeman, B.J., Guidelines for evaluating intervention programs (checklist) and Questions to ask regarding specific treatment. Original publication 1997, <u>Journal of Autism and Developmental Disabilities</u>, 27, 641-651. Partial reprint: *Parent to Parent: Information and Inspiration for Parents*; Jessica Kingsley Publishers, London England (October 2003)

27. Freeman, B.J., (2005-In Press) Alternative Treatments for ASD. Fact or Fiction? In Leaf, R., Taubman, M. and McCracken, J. (Eds), <u>It Had To Be Said</u>.

28. Freeman, B.J., (2005-In Press) Evaluating Treatments for ASD: Questions Parents Need to Ask, <u>TAP</u>

## BOOKS

1. Drash, P. W., & Freeman, B. J. (1973) <u>Behavior modification, behavior therapy and operant conditioning: A bibliography of books in print from 1900-1972</u>. Baltimore: Behavioral Information and Technology.

2. Ritvo, E. R., Freeman, B. J., Ornitz, E. M., & Tanguay, P. (Eds.) (1976) <u>Autism: Diagnosis, current research and management</u>. Holliswood, NY: Spectrum.

3. Freeman, B. J. (Guest Ed.) <u>Journal of Pediatric Psychology on Autism</u>.

4. Freeman, B. J., & Ritvo, E. R. (Guest Eds.) (April 1984) <u>Pediatric Annals</u>.

## BOOK AND TEST REVIEWS

1. Freeman, B. J. (1980) Advances in clinical child psychology III. <u>Journal of Autism and Developmental Disorders</u>, 10, 254-257.

2. Freeman, B. J. (1985) Review of child behavior checklist [Accession number AN 0906-2912, Buros Institute Database (Search Label MMYD)]. Bibliographic Retrieval Services, Inc. (BRS)

3. Freeman, B. J. (1985) Review of Wechsler Preschool and Primary Scale Of Intelligence. [Accession number AN 0903-0234, Buros Institute Database (Search Label MMYD)]. Bibliographic Retrieval Services, Inc. (BRS).

## LICENSES AND CERTIFICATES

Licensed Psychologist, State of California, # PSY 4826. (Received October 1976)

## HONORS

- Individual Achievement Award, Autism Society of America, 1990.
- Professional of the Year, California Autism Society, 1996
- Professional of the Year, Villa Esperanza School (Voted by parent)
- Villa Esperanza Tribute, Dodger Stadium, March 21, 1999
- Westside Regional Center, 2000
- Vista School District, 2000
- North County ASA, 2000
- North Coastal Consortium for Special Education, 2001
- Autism Society of America, 2001
- Long Beach/South Bay ASA 2002

## UNIVERSITY COMMITTEE SERVICE

- Quality Assurance Committee, Child Psychology and Partial Hospitalization
- Psychology Training Committee, From 1987 to Present
- Academic Senate Committee, 1988 to Present
- Dual Dissertation Committees (Co-chair of one) Department of Psychology/UCLA) 1992-Present
- Post-doctoral Research Trainee, 1993 - present.
- Developmental Disabilities Advisory Board, UCLA, 1999-2000

## PROFESSIONAL SOCIETY MEMBERSHIPS

- Child Clinical Psychology Division of American Psychological Association (Charter Member)
- Society for Pediatric Psychology International Committee, National Society for Autistic Children
- Panel Professional Advisors, Autism Society of America, 1992 – present
- American Psychological Association

## EDITORIAL BOARDS

- Associate Editor, Focus on Autism and other Developmental Disabilities- 2000-Present
- Handbook of Autism and Pervasive Developmental Disorders, 2002
- Handbook of Autism, California Department of Developmental Disabilities, 2002-present
- Editorial Board, Focus on Autism and Developmental Disabilities

## EDITORIAL SERVICES TO SCHOLARLY PUBLICATIONS

- Journal of Autism and Developmental Disorders (3 manuscripts)
- Journal of American Academy of Child and Adolescent Psychiatry
- Journal of Consulting and Clinical Psychology
- Analysis and Intervention in Developmental Disabilities
- Archives of General Psychiatry (2 manuscripts)
- Focus on Autism and Developmental Disabilities (10 Manuscripts)

## CONSULTING ACTIVITIES

| Years | Activity |
|---|---|
| 1979-85 | KCOP "Save Autistic Children Telethon" |
| 1981-Present | California Regional Centers |
| 1984-Present | Utah Society for Autistic Children |
| 1986 | In House Radio Interview (KMPC) |
| 1988 | In-House Radio Interview (KBRT) |
| 1990 | Larry King Live, "Autism" |
| 1991 | Pasadena Unified School District |
| 1991, 1992 | Canyon Hills School District |
| 1992 | Clark County School District, Athens, Georgia |
| 1991, 1992 | World Vision Relief and Development |
| 1991, 1992 | Juneau Alaska School District |
| 1990-1996 | Department of Pediatrics, University of Timisoara, Romania |
| 2000-2001 | Alabama State Department of Education |
| 2000-2003 | Autism Partnership, Hong Kong China and Bangkok Thailand |
| 2001-2002 | San Luis Obispo County Office of Education |
| 2001-2003 | Chattanooga Unified School District, Chattanooga TN |
| 2001-2003 | Fayette County Unified School District, Fayette GA |
| 2002-2003 | Las Virgenes Unified School District, Las Virgenes CA |
| 2002-2003 | Vista Unified School District, Vista CA |
| 2002-2003 | Westview School, Houston TX |
| 2003 | Columbia County Unified School District, Columbia GA |
| 2003 | Hernando County Unified School District, Hernando FL |
| 2003 | Newhall Unified School District, Newhall CA |
| 2003 | San Diego County SELPA |
| 2003 | San Luis Obispo SEPA |
| 2004 | Burbank Unified School District |
| 2004 | Newport Mesa Unified School District |
| 2004-2005 | Las Virgenes Unified School District |
| 2004-2005 | Magnolia School District |
| 2004-2005 | Fayette County School District |
| 2004-2005 | Las Alamitos School District |
| 2004-2005 | Saddle Back Unified School District |
| 2004-2005 | Norwalk-La Mirada School District |

**COMMUNITY SERVICE ACTIVITIES** - Evaluations, Consultations and Lectures
1. Long Beach Society for Autistic Children
2. Professional Advisory Board, Ohio Society for Autistic Children
3. Los Angeles Autism Society of America (ASLA)
4. Norwalk-La Mirada Unified School District
5. Canyon Hills School District
6. Tacoma-Washington Unified School District
7. Professional Advisory Board, Autism Society of America, Washington, D.C.
8. World Vision Relief and Development, ROSES Program, Romania
9. Professional Advisory Board, Main Street Children's Foundation
10. Professional Advisory Board, Area Board 10 for Developmental Disabilities
11. Autism Society of America: Tennessee, Washington, Los Angeles, Long Beach, San Gabriel Valley, & Ventura County chapters
12. Adults with Autism, California Autism Society of America
13. Regional Centers of California: Westside, Harbor, Orange County, Inland Counties, South Central Los Angeles

**School Districts:**
1992-1994:
- Anaheim School District
- Saddleback Unified School District
- ABC Unified School District
- Ladera Heights School District
- California School Psychologists

1994-1997:
- Marin County, CA
- Riverside County, CA
- Hurst-Eulis, Bedford, Dallas, TX
- Fulton County, Atlanta, Georgia
- Bellflower, CA
- Houston Unified School District, Stewart County, FL
- Los Angeles Unified School District
- Santa Barbara County Schools
- ABC Unified School District
- Bloomington, MI School District
- South Bay School for Autism

1998-2002:
- San Marcos School District
- Vista School District (2001, 2002)
- Long Beach School District
- Saddleback School District
- San Luis Obispo School District (2001, 2002)
- Greater Anaheim SELPA
- Huntsville Alabama School District
- Key West, Florida (2001, 2002)
- Santa Clarita, LAUSD
- North Consortium for Special Education

1992-1994 Grand Rounds:
- Long Beach Memorial Hospital
- Kaiser Mental Hospital, Kaiser Pediatrics, Whittier
- Torrance Memorial Hospital
- University of Miami, Department of Pediatrics

23

**Professional Advisory Boards:**
1987- Present, Ohio Society for Autism, Professional Advisory Board
1990- Present, Autism Society of America, Professional Advisory Board
1994- Present:
- California Department of Developmental Services Advisory Board on Autism
- Blue Ribbon Panel on Autism, California Department of Developmental Services
- Westview School, Houston TX
- South Bay School for Autism
- Autism Treatment Services of Canada
- Frank Porter Graham Developmental Disabilities Program

2003  Autism Newsletter of Orange County
2004  TAP Board of Directors

Board of Directors (1994- Present):
- Lattice Foundation for Handicapped Children
- ASA Foundation Research Board

**Managed Care Lectures (1998-2000):**
- FHP
- Metra Health
- Blue Cross
- PacificCare
- Managed Health Network

**Media Interviews:**
1. Vital Signs, UCLA - Programs Help Autistic Children Succeed, April 2000
2. Los Angeles Times, March 2001
3. French Consulate, May 2001
4. Discovery Channel, Fires of the Mind, 2001
5. KCAL News, 2001
6. Fox News, May 2002
7. New York Times, May 2002
8. PBS, May 2002

**Legal Casework & Testimony**
G.P. vs. Collier County Public Schools, Collier County FL, 1999
A.Y. vs. Vista Unified School District, Vista CA, 1999
Deposition, Ashbury vs. Missouri Department of Education, January 2000
H.P. vs. Inland County Regional Center, San Bernardino CA, January 2000
Lucia Mar Unified School District & San Luis Obispo County Office of Education vs. J.T., March 2002
K.Y. vs. East Los Angeles Regional Center, Los Angeles CA, February 2000
J.W. vs. North Los Angeles Regional Center, Los Angeles CA, March 2000
J. N. vs. Regional Center of Orange County, Orange CA, December 2000
R vs. Long Beach Unified School District, Long Beach CA, June 2001
A.D. vs. Inland County Regional Center, San Bernardino CA, August 2001
B.R. vs. Harbor Regional Center, Los Angeles CA, March 2002
N.B. vs. Lanterman Regional Center, Los Angeles CA, July 2002
J.L. vs. Inland County Regional Center, San Bernardino CA, September 2002
J.K. vs. Lanterman Regional Center, Los Angeles CA, December 2002
Z.D. vs. Chattanooga Unified School District, Chattanooga TN, January 2003
C.C. vs. Department of Developmental Services, Los Angeles CA, February 2003
G.P. & DP vs. Palos Verdes Unified School District, Palos Verdes CA, March 2003
V.K. vs. Harbor Regional Center, Los Angeles CA, May 2003
C.H. vs. U.S. Immigration Office, Los Angeles CA, June 2003
Jones vs. Department of Vocational Rehabilitation, Los Angeles CA, June 2003
Z.D. vs. Chattanooga Unified School District, Chattanooga TN, July 2003

D.T. vs. Fayette County, September 2003
R vs. Los Angeles County Office of Education, Los Angeles CA February, 2004
C.K. vs. Tri-Counties Regional Center, February 2004
Las Virgenes Unified School District vs. B.B., January 2004
Las Virgenes Unified School District vs. S.K., March 2004
J.R. vs. Las Virgenes Unified School District, August 2004
Las Virgenes Unified School District vs. H.B., September 2004
J.M.& E.M. vs. Lanterman Regional Center, September 2004
A.H. vs. Magnolia School District, October 2004