B. J. Freeman, Ph.D.

1

Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

DATES OF REPORT: 07/22/06, 07/23/06, 07/24/06, 07/25/06 and 07/26/06

REASON FOR REFERRAL: Bryan is a 14-year, 9-month-old young man referred by his father, Dr. Stanley Bond, and mother, Ms. Kimberly Wiles, and by his attorney, Mr. Carl Varady of Hawaii.

REVIEW OF RECORDS:
   I.  Plaintiffs' Statement of Fact (02/22/06)
   II.  Plaintiffs' Motion for Summary Judgment (02/22/06)
   III.  Defendants' Motion for Summary Judgment (02/23/06)
   IV.  Defendants' Statement of Fact (03/10/06)
   V.  Plaintiffs' Opposition to III (03/10/06)
   VI.  Plaintiffs' Opposition to IV (03/17/06)
   VII.  Motion To Enforce Doctrine of Issue (04/24/06)
   VIII.  School Records:
      a)  Interim IEP 09/08/99
      b)  IEP 10/17/99
      c)  IEP 01/28/02
      d)  IEP 05/21/02
      e)  IEP 11/18/02
      f)  IEP 11/25/03
      g)  IEP 01/09/04
      h)  IEP 02/06/04
      i)  IEP 07/21/04
      j)  IEP 08/16/04; 08/25/04
      k)  IEP 11/29/04
   IX.  Institute for Family Enrichment records (Vols. 1 & 2)
   X.  Hawaii Behavioral Health records
   XI.  Ala Kai Na Keiki, Inc. records (Vols. 1-4)
   XII.  Previous Reports:
      a)  Dr Richard S. Goka (06/26/06)
      b)  Dr Bryna Siegel (06/22/06)
      c)  Dr Daniel LeGoff (Neurodevelopmental Evaluation 06/17/05; Letter 12/13/05; Test Protocols 05/10/06)
      d)  Life Care Plan (Leukens)
      e)  Smalley Behavioral Assessment (08/18/04)
   XIII.  Dr. Sugai records
   XIV.  IEP notes received 07/26/06

EXHIBIT __L__

B. J. Freeman, Ph.D.
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

2

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

## Review of Previous Reports

Richard S. Goka, M.D., Rehabilitation Specialist, and Bryna Siegel, Ph.D.:
Records and reports from Dr. Goka and Dr Siegel were reviewed in detail. These reports do not rise to the standard of practice for assessment and thus should be considered opinions. As far as Dr. Goka's report, it does not even have the correct age for Bryan. While this may appear to be a minor item, it illustrates from the start a myriad of problems with his report. In addition, a review of Dr. Goka's curriculum vitae does not evidence any experience with children with autism spectrum disorders. Further, Dr. Goka formed his opinions without having seen Bryan. Thus, he has no basis for his recommendations nor is he qualified to be critical of individuals who have extensive experience working with children with autism spectrum disorder and who observed Bryan for extended periods of time. As a result, Dr. Goka's report is not helpful in determining Bryan's current level of functioning or what effect a lack of education has had on his current performance.

Similarly, while Dr. Siegel does have extensive experience with children with autism spectrum disorder, she is not a clinical psychologist.  Further, in her report she provides extensive criticism of Dr. Dan LeGoff's report (dated June 17 & 18, 2005) without providing references to evidence in the scientific literature to support her criticisms. She does describe a 75-minute observation that was conducted in the classroom and again makes sweeping and contradictory statements about Bryan's functioning. Again Dr. Siegel's report does not meet best practice guidelines for a comprehensive assessment. Dr. Siegel  presents no objective data nor does she utilize multiple sources of information, but rather simply presents her opinion of a 75-minute observation. As most professionals are aware, one may or may not see a child's behavioral difficulties or how well the child is doing in one 75-minute observation. Dr. Siegel does not provide details of her interview with school staff, and it is not clear if this was a separate discussion or was part of the observation. In addition, in her report Dr. Siegel consistently ignores the current scientific literature and quotes none of the literature to support her conclusions. It is clear that this information was omitted because current research does not support her opinion. In summary it is impossible to interpret Dr. Siegel's report as she makes contradictory statements that are not based on objective data and do not reflect the widely held opinion of the scientific community.

Daniel LeGoff, PhD, Kimberly Smalley, PhD, and Loretta M. Leukens:
On the other hand, the reports from Dr. LeGoff and from Dr. Smalley, a behaviorist, as well as the life care plan developed by Ms. Leukens are in direct contrast to the two reports reviewed above. In Dr. LeGoff's case, not only does he have extensive experience with children and adolescents with autism spectrum disorders, it is also evident that he spent extensive time with Bryan and with the parents. He also visited Bryan in the school and interviewed the school staff. He obtained objective data and was able to integrate all of this information into his

B. J. Freeman, Ph.D.
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

3

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

report. Dr. LeGoff's report clearly represents the current standard of practice for psychological assessments.

Dr. Smalley's report also represents the current standard of practice for a functional behavioral assessment. This was conducted in 2004 prior to the family's departure from Hawaii. In the case of Ms. Leukens, she too observed Bryan and interviewed the parents in addition to reviewing the records. Her report defining Bryan's needs is in direct contrast to Dr. Goka's opinions, which were formed without ever seeing Bryan and was not based on objective data.

**Review of Past Records:**
Bryan's past records also were reviewed extensively. The records reflecting the service logs from the three agencies who were to provide skill trainers are not in chronological order. In addition, there appear to be gaps in the records. It is not possible to determine if these gaps reflect incomplete records or gaps in services. Records from the behavioral organizations (Institute for Family Enrichment; Hawaii Behavioral Health; and Ala Kai Na Keiki, Inc.), which were employed to provide skill trainers for Bryan while he was in Hawaii, indicate consistent inconsistency in the provision of aides and in staff training. Throughout the agencies' records as well as in the hearing officer's decisions, the school district readily admitted that they did not have skill trainers for Bryan. During the time when Bryan was receiving "appropriate treatment" or "better treatment," his behavior improved. It is clear in the report from Dr. Smalley, who was very close to the situation and who was employed by the State Department of Education in Hawaii, that implementation of Bryan's program as defined was never carried out appropriately. Every time there was a change in programming, Bryan showed a regression. If additional records become available, this examiner will review them.

B. J. Freeman, Ph.D.                                                                                    4
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

DATES OF ASSESSMENT: 07/24/2006, 07/25/2006

MEASURES ADMINISTERED
*Vineland-II Adaptive Behavior Scales* (Parent and Teacher Rating Forms)
*Leiter International Performance Scale – Revised*
*Wechsler Preschool and Primary Scales of Intelligence – Third Edition* (selected subtests)
*Adaptive Behavior Assessment System II*
*Gilliam Autism Rating Scale – Second Edition*

ADDITIONAL SOURCES OF INFORMATION:
Developmental history
Observations at home and school
Interviews with parents; teachers and aides; Dr. Daniel LeGoff
IEP Attendance 07/24/2006

SUMMARY OF INTERVIEW WITH PARENTS:

**Medical and Developmental History**: Bryan is the younger of two children. He has an older brother who is developing normally. Mother reports no problems during her pregnancy with Bryan. Birth weight was 8 pounds, 6 ounces, and there was no concern for Bryan at birth. Early motor milestones were normal with sitting unaided at 5 to 6 months and walking by 9 months of age. Parents report that Bryan exhibited early developmental problems and had difficulties with sleeping and eating, temper tantrums and destructive behavior.

Bryan is allergic to penicillin, amoxicillin, morphine and Risperdal. He has had several ear infections and multiple courses of antibiotics. Immunizations are up to date. Results of both EEG and MRI were normal. He was prescribed clonidine in 1993 and 1994 for sleep and behavior. Since 1999 Bryan has been taking melatonin 4-5 mg at night for sleep and Benadryl for sleep, and is given Advil as needed. He was prescribed Risperdal but this was discontinued when he developed a cerebral pseudo tumor, which was found to be benign. Developmental pediatrician diagnosed Bryan with autism in 2000.

Bryan continues to have difficulty falling asleep, and he is reported to still have eating issues in that he eats too much. He continues to need assistance cleaning himself after bowel movements. There are no hearing concerns. Gross and fine motor skills appear to be a relative area of strength for Bryan. Parents report that Bryan showed a regression in speech, in reading sight words, in toileting skills and in his overall responsiveness when they were in Hawaii, where programs were not systematically implemented. Parents indicated that Bryan's difficulty with communication is the most challenging aspect in raising him. In addition, Bryan requires constant vigilance for safety.

B. J. Freeman, Ph.D.
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

5

## PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

**Language and Social History:** Parents report that Bryan babbled as an infant and communicated when he was wet or hungry. He began using single words at one year and short phases at 18 months of age. However, speech development was said to be slow and his speech was extremely difficult to understand. Bryan also communicated by pointing and pulling people to what he wanted and he has been responsive to American Sign Language (ASL). Bryan's speech is noted to have an unusual tone or pitch. He seldom speaks or communicates with sign unless spoken to, and at times he appears to have a language of his own. Spontaneous signing increase when Bryan is with someone who also signs.

In the area of social development, Bryan did not imitate waving "bye-bye" or playing baby games such as "pat-a-cake." He did not repeat words said to him, although this has recently changed. As a toddler he usually did what was asked of him and appeared to be developing some speech prior to moving to Hawaii. Parents report that Bryan always liked to be held and would often cling to them. He preferred playing with younger children, and still does not really play with peers his age. At times he appears to be in a world of his own. Parents also report that Bryan appears to hear distant or soft noises, and has an unpredictable response to sounds. He likes to look at himself in the mirror, likes looking at shiny objects, stares at parts of his body, i.e., his hands, seems to look at things out the corner of his eyes, plays with light switches, and is interested in small parts of objects.

In the area of play, parents report that very early on Bryan's interest in toys was extremely limited. As a toddler he had some interest in toys, but he continues to have very limited interest in activities and has difficulty organizing his leisure time activities. When asked to describe Bryan on the playground when he was younger, parents stated that he would be running around making sounds.

Additional sensory behaviors in the past include putting things in his mouth, spinning himself, lining up objects, chewing and eating inedible objects, flapping his hands, and running back and forth. In the past he also seemed to like things that vibrate. Currently, Bryan likes things that spin around, tends to over react as well as and under react to pain, becomes upset by transitions, tends to over respond to situations (such as with small dogs), and cries and laughs for no obvious reason. Bryan has a great deal of difficulty regulating his emotional responses. Once he begins to get upset and tantrums, he has difficulty calming himself down.

**Intervention and Educational History:** Bryan has attended a number of schools. (The reader is referred to the records for a detailed review/list of schools.) At age 7 Bryan transferred to Hawaii subsequent to the family's move there.  At this point began a long, complicated history of parents' attempts to obtain appropriate services for Bryan. (The reader is referred to the report by Dr. Dan LeGoff for details.)  The family moved to California in January 2005 and

B. J. Freeman, Ph.D.

6

Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

Bryan began attending the Alicante Keystone School in Elmira, California, which is a nonpublic school placement.

Parents expressed extreme frustration in the number of changes that have occurred in Bryan's program over the past 18 months. For example, as noted, Bryan has had a total of nine different teachers along with other staff. The only two consistent staff members have been his aide, Ms. Uzoigye, and his speech therapist, Denise Grapes (both of whom sign).

Bryan is a client of the North Bay Regional Center. Parents receive respite care and after-school care. However, parents are required to find the providers for these services but as a result of Bryan's behavioral difficulties, they have been unable to find providers.

BEHAVIORAL OBSERVATIONS

**School Observation (07/24/2006):** Bryan was initially observed in his classroom for approximately 1½ hours. During that time this examiner also spoke with Ms. Obi Uzoigye, who is Bryan's one-to-one aide and who is fluent in sign language. Ms. Denise Grapes, his speech therapist, was also interviewed along with his teacher, Ms. Carolyn Bottum. At this point, Bryan has had nine different teachers since beginning the program. Ms. Bottum has only recently come into the classroom. On the day of this observation, Bryan's one-to-one aide had an ear infection and had to leave the class. Therefore, Bryan was observed with another aide in the classroom. Staff noted that Bryan works well with his regular one-to-one aide, Ms. Obi, but has more difficulty with other aides.

During the hour-and-a half observation, the examiner observed a number of tasks being presented. However, the majority of the tasks were noted not to be meaningful to Bryan and were not functional. When Bryan was given a functional task, such as hanging up the clothes, he performed it with no difficulty. Bryan did not consistently use his visual schedule on this day. When asked why, the examiner was told that he uses it only inconsistently. The first task observed involved matching words with pictures such as "pig" and "man." Bryan performed very inconsistently and reinforcement was not delivered in a consistent manner. The second task involved hanging up clothes, which Bryan did very nicely with no difficulty and he did not require prompts to complete this task. He was then told to wash his face and brush his teeth. (It is notable that these tasks were taught out of sequence, as the logical time for Bryan to brush his teeth and wash his face would be after he has eaten.)

At approximately 9:20 a.m. Bryan bolted from the room but with a prompt came back and sat down in his chair. At that point the aide began to read a story with Bryan and Bryan would sign answers to the questions. This substitute aide noted to the examiner that she does not sign. Several times throughout the morning Bryan used the sign for "bathroom" and subsequently

B. J. Freeman, Ph.D.                                                                                    7
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:     **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

went to the bathroom independently. The aide then worked with Bryan on a folder where he was required to sequence his name. Bryan seemed to be unmotivated by this task. At times he did it correctly but at other times did it incorrectly and then looked at the aide to see if she was paying attention. Bryan also would not sequence the letters in the appropriate order. Bryan then worked on his Handwriting Without Tears program and placed the wooden puzzle pieces on the letter "B" and was required to trace the letter with his finger.

At this point the entire class went to the Sensory Room. Bryan went into a tunnel apparatus and stayed there the entire time. No attempts at socialization were made by either the staff or the other children, and there was no reinforcement for perfect behavior. At approximately 9:50 a.m. Bryan went to physical education with another teacher and his class. Bryan generally just sat and was not cooperative with the physical education class. Staff did not require Bryan to follow the physical education teacher's instructions. At one point toward the end of the session, Bryan became very upset, beat the wall and was escorted back to the classroom to his "safe area." He was also told at that time to "stop being angry." When told to stop being angry Bryan once again spontaneously signed "potty."

**IEP Meeting 07/24/2006:** The examiner attended the IEP team meeting in order to obtain additional information from Bryan's current staff. In attendance at the IEP team meeting were: Lora Schachtili, SELPA Program Specialist for autism; Doris Edwards, Principal of Keystone School; Keith Jordan, who is the school psychologist and who served as the representative for the special education director in Benecia, CA; Denise Grapes, speech and language therapist; Carolyn Bottum, Bryan's current teacher; Dorothy Rothenbaum, another SELPA representative; and Jan Donaldson, also a SELPA program specialist.

Parents currently do not have a signed IEP. The purpose of this IEP was to review previous assessments. A one-page assessment from the occupational therapist, Karen Widden-Fuller, at Keystone School reported that Bryan is "too old" for occupational therapy and the report did not adequately address all of Bryan's needs. Parents have requested additional occupational therapy assessment that would address his behavior, self-care, social skills, bilateral coordination, motor planning, sensory issues, self-calming and self-monitoring.

The Functional Behavior Assessment conducted by Ms. Betti Colucci, done in March 2005, was also briefly reviewed. The only behavior addressed in the functional behavior assessment was elopement, which is no longer a major problem but still occurs periodically. It should be noted that this is a very serious behavior that cannot be ignored. Further, the functional assessment did not result in a formal behavior management plan, as is usually the case. Report from speech and language therapist, Ms. Grapes, indicated that Bryan is making extremely good progress in communication. He is learning to finger spell and has increased his number of signs. He spontaneously says "hi" and "bye" and his level of verbalizations is increasing

B. J. Freeman, Ph.D.
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

8

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:   10/28/1991

significantly. Ms. Grapes feels that Bryan can become more verbal with intensive input, and feels that Bryan needs to focus on spontaneous communication, increasing his vocabulary and increasing his chaining together of signs. Bryan's teacher, Ms. Bottum, also reported that Bryan has recently started a math group, is able to do one-to-one correspondence up to 6, and is learning to use a computer. It was suggested that an assistive technology assessment be conducted once goals and objectives for use of the computer have been done. The teacher also noted that Bryan is starting to say "hi" and "bye" verbally to children in his classroom. Parents reported that these skills have generalized into the home. The teacher has also introduced community-based instruction into the classroom and reported that Bryan currently goes to the grocery store with staff after making up a list by cutting out pictures of food items. Back in the classroom they then prepare the food. The teachers are also proposing that Bryan continue to work on his functional skills and that he be able to participate in more communication activities. In spite of the obvious progress, Bryan continues to require one-to-one supervision and intervention.

**Home Observation (07/24/06):** After the IEP was completed, the examiner followed Bryan into the home setting and spent about three hours there, observing Bryan and performing an assessment of Bryan's current functioning. The parents were asked to complete a number of standardized forms by the examiner in order to obtain objective and systematic information regarding Bryan's social and self-help skills in the home. It was striking how frequently Bryan used signs to communicate in the home environment where his parents also signed.

Bryan was noted at home to have a great deal of difficulty organizing his leisure time skills. He ran back and forth and engaged in repetitive behaviors, which parents report is an extremely frequent occurrence when Bryan does not know what to do. During the testing situation, however, Bryan was generally cooperative and worked extremely well for reinforcements. It should be noted that reinforcements were provided at an extremely high density and Bryan was reinforced primarily for sitting correctly in the chair and for cooperating with the examiner, and not for correct responses. Bryan did well on the testing and sat with the examiner for over an hour before he clearly became tired and his interfering behaviors began to increase. For example, repetitive behaviors included hand movements, body rocking and loud vocalizations. On several occasions Bryan signed "bathroom" and went to the bathroom. No urination accidents occurred and parents report these are very rare at this time. However, when Bryan is frustrated he bangs the table. In spite of some recent improvements in his behavior, Bryan continues to require one-to-one supervision at all times. Bolting and running away are good examples of extremely dangerous behaviors. Even though they occur at low frequency they require constant vigilance in supervision.

B. J. Freeman, Ph.ᴅ.
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

9

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

**School Observation and Behavioral Observation (07/25/06):**
During the second school visit Bryan was observed for approximately three hours with his aide, Ms. Uzoigye, who signs fluently and has good behavior modification skills. Ms. Uzoigye was observed working with Bryan both on increasing his sign language vocabulary and increasing the lengths of his signs (i.e., putting more signs together). Throughout this session Bryan exhibited much better attending skills, fewer repetitive behaviors and more spontaneous signing. In addition, Bryan was noted to frequently vocalize when working with Ms. Uzoigye. When the examiner began to work with him, Bryan's behavior was not as good, although he worked well for reinforcers and was able to select the reinforcer he wanted.

Ms. Uzoigye was interviewed regarding Bryan's original status when she began to work with him last March. She noted that when she initially became Bryan's aide he was unable to sit, became agitated quite easily, was aggressive and tried to intimidate staff with behaviors such as pushing the table. She noted that Bryan still has moments and requires constant supervision. He has now learned well over 200 signs in the school setting and on average uses up to 25 signs spontaneously and is beginning to put signs together. Current goals include expanding Bryan's functional signing vocabulary.

COGNITIVE ACADEMIC ASSESSMENT:

**Leiter International Performance Scale – Revised (Visualization & Reasoning Battery)**
The *Leiter International Performance Scale – Revised* was administered as a nonverbal measure of intellectual functioning. A Fluid Reasoning score is derived from two of the subtests. The brief IQ and Fluid Reasoning scores each have an average score of 100 with a standard deviation of 15. Bryan attained a Fluid Reasoning score of 60 and a brief IQ score of 63. Subtest scores were as follows (scores of 3-4 fall in the deficit range; 7-8 is low average):

| Subtest | Scaled Score |
|---|---|
| *Figure Ground* | 8 |
| *Form Completion* | 4 |
| *Sequential Order* | 3 |
| *Repeated Patterns* | 3 |

The *Figure Ground* subtest requires the child to identify a target item within a background of increasingly complex interfering items. This is a measure of visual attention to detail and visual interference, as well as visual scanning and short-term visual memory. Bryan evidenced relative strength for matching parts of pictures to the actual picture on this subtest. His score placed him in the low average range.

The *Form Completion* subtest is designed to measure visual organization and ability to visualize parts of an object as a whole or gestalt, and requires the child to use deductive

B. J. Freeman, Ph.D.                                                                    10
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

reasoning, cognitive flexibility and working memory. On this subtest, Bryan had to identify parts missing from pictures, and he evidenced difficulty as items became more abstract.

The *Sequential Order* subtest requires the child to find the missing elements at the end or in the middle of a series of stimuli, and is a measure of nonverbal reasoning ability and visual organization. The *Repeated Patterns* subtest measures deductive reasoning and visual conceptual sequencing, by requiring the individual to continue a repeated pattern with increasingly complex cues for visual discrimination. Bryan was able to identify a simple sequence and what would come next in the sequence.

**Wechsler Preschool and Primary Scales of Intelligence -Third Edition (WPPSI-III)**
This measure is not age appropriate for Bryan; however, the General Language Composite subtests of the WPPSI-II were administered to obtain some idea of Bryan's receptive single-word vocabulary as well as his expressive vocabulary skills. The General Language Composite is a measure of language and is based on two subtests to estimate abilities in each of the areas, expressive and receptive language.

The *Receptive Vocabulary* subtest measures language processing, and requires the child to point to the correct one of four pictures that matches the word or concept the examiner says aloud. On this subtest Bryan obtained an age equivalency of 4 years 1 month. He was cooperative with the examiner; however, his performance was inconsistent. He uses a number of nouns for labels and some verbs, but he has more difficulty as language becomes more complex and abstract.

The *Picture Naming* task is a measure of expressive vocabulary and requires the child to name or identify pictures. Ms. Uzoigye administered this task to Bryan while interpreting the signs. Bryan continued to give associative answers, as he has not learned many of the signs for common household words. Bryan's program is primarily focused on functional words and many of the pictures on this task were not of functional items. It further indicates, however, how far behind Bryan's language has become without the benefit of appropriate intervention earlier on, as these were common words that even a 3-year-old child should know. Bryan's lack of skills in this area is consistent with his cognitive functioning.

ADAPTIVE FUNCTIONING ASSESSMENT:

**Vineland-II Adaptive Behavior Scales (Parent Rating Form)**
Bryan's parents were interviewed using the *Vineland Adaptive Behavior Scales – Second Edition* to assess Bryan's independent functioning on a daily basis in the areas of Communication, Daily Living Skills (e.g., self-help) and Socialization. Additional information is gathered relative to behaviors that cause difficulty with his daily and overall functioning. Results are reported as standard and age equivalent scores. Based on the answers provided, results were as follows: