B. J. Freeman, Ph.D.                                                                    11
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

## PSYCHOLOGICAL ASSESSMENT

**Patient:**   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

| Domain | Standard Score (*v*-Scale Score) | Percentile | Age Equivalent |
|---|---|---|---|
| **Communication** | **43** | < 1st | |
| *Receptive* | (7) | | 1 year 4 months |
| *Expressive* | (2) | | 2 years 1 month |
| *Written* | (5) | | 4 years 5 months |
| | | | |
| **Daily Living Skills** | **40** | < 1st | |
| *Personal* | (5) | | 4 years 0 months |
| *Domestic* | (3) | | 2 years 6 months |
| *Community* | (2) | | 2 years 2 months |
| | | | |
| **Socialization** | **48** | < 1st | |
| *Interpersonal Relationships* | (4) | | 1 year 7 months |
| *Play and Leisure Time* | (2) | | 1 year 7 months |
| *Coping Skills* | (8) | | 3 years 11 months |
| | | | |
| **Adaptive Behavior Composite** | **42** | < 1st | |

Standard Scores for the *Vineland Adaptive Behavior Scales* have a mean (average) of 100 and a standard deviation of 15 points. The *v*-Scale Score (in parentheses) ranges from 1 to 24, and has a mean of 15 and a standard deviation of 3. This allows one to compare the relative functioning of children to those in the normative population. A basal or sequence of consistent scores is expected below an individual's chronological age, and a ceiling or sequence of "no score" items is expected relative to how an individual's functioning measures at or above the chronological age. Individuals with Autistic Disorder do not typically present with a consistent scoring profile. For example, an individual may not score on items below chronological age, while scoring on items above chronological age, reflecting a diagnostic presentation of "consistently inconsistent." Therefore, results presented are a quantitative average of adaptive functioning. The quantitative scores should be used as a baseline to guide appropriate intervention and to facilitate adaptive functioning.  Further, decreased initiation and motivation relative to an individual's cognitive abilities may be attributed to the significant difference between cognitive abilities and adaptive functioning.  Specifically, the *Vineland Adaptive Behavior Scales* is a measure of current functioning, not capabilities.

Communication: The *Receptive Language* subdomain measures not only the individual's understanding of language in the structured setting, but also how he/she understands language in the natural environment. Bryan has relatively good communication skills. Parents reported and it was noted by the examiner that Bryan follows receptive instructions quite well within the natural environment. He inconsistently listens to instructions and inconsistently points to body

B. J. Freeman, Ph.D.                                                                    12
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

parts, even though he knows them. When Bryan is motivated, he can listen to a story for 5 minutes. He is very capable of following two-step instructions, but does so only inconsistently.

The *Expressive Language* area measures the ability to use language in the natural environment, and *Written Language* is designed to measure how well the individual uses the written word to express himself. Expressively Bryan's primary mode of communication is sign language. As noted above he has more recently been producing an increased variety of sounds. He makes one-word requests with signs and at times he may string as many as four signs together. Parents report that Bryan knows well over 400 signs currently, but does not always use them to communicate appropriately. (Note: Bryan's aide at school reports that Bryan knows 200 signs.) Bryan consistently uses more signs when people around him sign. He is beginning to speak approximations of words. Academically, Bryan is learning to finger spell, recognize letters of the alphabet, is learning to type his name and has one-to-one correspondence to 6.

Self-Help Skills: The area of *Personal* (self-help) skills is a measure of the individual's ability to care for day-to-day personal needs in the areas of self-care and hygiene. Bryan has shown significant improvement in this area but continues to require constant supervision. He is able to dress himself but often gets his clothes on backwards. He feeds himself using a spoon, fork and knife correctly. He is toilet trained but still needs assistance in wiping himself at times. Frequent urination remains a problem. However, Bryan is able to appropriately sign that he needs to go to the bathroom and will go. He wipes his nose by himself, and washes and dries his face. He is able to do some fasteners but still not buttons. He is able to turn on the faucet and take a shower by himself, and is able to find appropriate restrooms in the community

The *Domestic* area measures the person's ability to help around the house, and the *Community* area assesses how the individual functions in the community.  In the domestic area, Bryan's behavior is extremely inconsistent as he appears somewhat unmotivated to engage of many household tasks. He does understand that hot things are dangerous but at times is impulsive and will act without thinking. He is able to take his plate to the kitchen, but does not always do so without a prompt. He likes to help with cooking, and the examiner observed that Bryan made toast while she was there. In the community area, Bryan is able to use the television, exhibits appropriate behavior in the car, understands the function of money, and uses the sidewalk. However, these community skills are demonstrated very inconsistently, and an adult must be present for all of these activities and tasks.

Social Skills: This remains the biggest problem are for Bryan. The area of *Interpersonal Relationships* measures the individual's ability to relate to other people of the same age. Bryan has good overall imitation skills and does imitate his parents' facial expressions. He shows affection, and will look for his parents when they are out of view. He is beginning to indicate emotions and label them.

B. J. Freeman, Ph.D.                                                                13
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

The *Play and Leisure Time* subdomain measures how the individual uses his/her leisure time skills, and *Coping Skills* looks at how the individual copes in/adapts to the natural environment. In terms of his play and leisure time skills, Bryan exhibits many behaviors as he really has no way of organizing his skills in choosing activities and playing. He shows very little interest in the other children, but he does know how to protect himself by moving away from children who might harm him. In terms of his coping (adaptive) skills, Bryan no longer has difficulty with transitions. He signs "please" and "thank you" when he is reminded. He changes his behavior depending upon how well he knows someone, says good-bye ("bye") when he is leaving, and signs that he is sorry when he is makes a mistake. He changes his tone of voice (i.e., his repetitive sounds) depending on whether he is inside or outside. He accepts suggestions from his parents that he needs to change his behavior, and has learned to control his anger and hurt feelings.

<u>Additional Behavior Challenges</u>: Bryan is overly dependent, has an eating problem in that he eats too much, and has difficulty falling asleep. He avoids social interaction at times, is impulsive, has temper tantrums and can be physically aggressive. Bryan acts overly familiar with strangers, has a hard time paying attention, and is more active than other children his age. In addition, parents report that Bryan can become obsessed with certain objects, has unusual habits or mannerisms, and uses unusual speech.

**Vineland-II Adaptive Behavior Scales (Teacher Rating Form)**
The *Vineland-II Adaptive Behavior Scales, Teacher Rating Form* (Vineland TRF-II) provides a targeted, yet comprehensive assessment of personal and social sufficiency for students ages 3 through 21 in a school, preschool or structured daycare setting. The rating form is completed independently by a teacher or daycare provider, and covers the four broad domains of Communication, Daily Living Skills, Socialization and Motor Skills.

The *Communication* domain measures the student's ability to listen and pay attention and the student's ability for using words to speak and write. The *Daily Living Skills* domain evaluates the student's daily habits and hygiene, the student's understanding of time, money and math, and the student's ability to follow rules and routines. The *Socialization* domain measures how the student interacts with other students during play and leisure time and how he/she demonstrates responsibility and sensitivity to others. The *Motor Skills* domain assesses both gross and fine motor skills. Bryan's aide, Ms. Uzoigye completed the rating form. In general, results in the school setting are consistent with those reported by the parents on the *Vineland-II Parent Rating Form*. Based on the answers provided, results were as follows:

B. J. Freeman, Ph.D.
14
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:  **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

| Domain | Standard Score (*v*-Scale Score) | Percentile | Age Equivalent |
|---|---|---|---|
| **Communication** | **51** | < 1st | |
| *Receptive* | (8) | | < 3 years |
| *Expressive* | (7) | | < 3 years |
| *Written* | (6) | | 4 years 6 months |
| | | | |
| **Daily Living Skills** | **55** | < 1st | |
| *Personal* | (9) | | 4 years 9 months |
| *Academic* | (4) | | < 3 years |
| *School and Community* | (9) | | 4 years 1 month |
| | | | |
| **Socialization** | **61** | < 1st | |
| *Interpersonal Relationships* | (8) | | < 3 years |
| *Play and Leisure Time* | --- | | < 3 years |
| *Coping Skills* | (9) | | 3 years 2 months |
| | | | |
| **Motor Skills** | --- | | |
| *Gross Motor* | --- | | < 3 years |
| *Fine Motor* | --- | | 3 years 3 months |
| | | | |
| **Adaptive Behavior Composite** | **53** | < 1st | |

Communication: In terms of receptive language, Ms. Uzoigye indicates Bryan is able to point to body parts but does so inconsistently. He inconsistently follows three-part directions. He listens to instructions and listens to a story for five minutes particularly if he is motivated. Expressively, Bryan's behavior is extremely inconsistent. He knows approximately 200 signs in the school setting. At times his signing is echolalic. He is beginning to ask questions by changing his facial expression as he signs, is learning to use pronouns, uses past tense, is demonstrating increased vocalization, and modulates his tone of voice. He is able to stay on topic when signing, although his signing remains extremely simple. In terms of his written skills, Bryan identifies many letters of the alphabet, understands written language, copies his first name and is able to write his name from memory on the typewriter.

Daily Living Skills: Bryan is able to drink from a cup and use a straw. He asks to use the toilet spontaneously during the day and often uses this to avoid tasks. He very infrequently has accidents at this time. He is able to put on his clothes and fastens fasteners including buttons and zippers. He responds appropriately to low levels of pain, such as scrapes and pinches. He wipes and blows his nose with a reminder, and covers his mouth and nose when coughing and sneezing. Bryan is able to find and use the restroom of the appropriate gender. In terms of daily academic skills, Bryan inconsistently counts 10 objects by one, and inconsistently

B. J. Freeman, Ph.D.                                                              15
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

identifies numbers. He is learning computer skills. He is learning the function of money but
does not yet identify coins. In the school and community area, Bryan follows simple
instructions for the teacher, follows the classroom routine, and generally follows school rules.
He cleans up his desk when reminded, stays on task more than 5 minutes, seeks the teacher's
approval, works with or near others without being distracted, and brings appropriate materials
to class. He terminates relationships or situations that may be dangerous. In addition, Bryan
appears to improve his work quality when given feedback from the teacher.

Social Skills: In terms of interpersonal relationships, Bryan identifies relationships to familiar
people such as "that's my teacher." He answers when familiar adults ask questions such as
"How are you?" and will sign "I am fine." He uses signs to express emotions such as "I am
hurt." He recognizes happiness in other people. He inconsistently shows an interest in the
other children and tries to make social contact. Bryan does have a preference for some children
over others, and will lend others a helping hand. (It was noted that one of the students in the
class is severely handicapped and the other children attempt to help this student.) Bryan is
beginning to identify people by characteristics other than their name, knows that he is not
always understood by others, and indicates when he is bored. In terms of play and leisure time
skills, Bryan plays simple games, shows a preference for certain people, plays cooperatively
with other students, shares his possessions, takes turns and is able to use common classroom
objects for play. In terms of coping skills, Bryan shows respect, changes his behavior
depending on how well he knows someone, copies or imitates appropriate behaviors, and
accepts mild teasing from his teachers. He inconsistently cooperates, ends conversations
appropriately, and needs a prompt to say "please" and "thank you." Bryan controls his anger
when denied his own way, and returns things he has borrowed.

Motor Skills: Bryan continues to exhibit immaturity in this area. He has a number of individual
gross motor skills but has difficulty putting them together. He is able to run, jump, hop and
skip, but has more difficulty sequencing these actions. In the fine motor area he builds with
blocks, is learning to cut with scissors, and is learning to use a keyboard.

**Adaptive Behavior Assessment System II (ABAS-II)**
In order to further assess Bryan's social adaptive skills and his areas of need, parents were also
asked to complete the *Adaptive Behavior Assessment II.* The ABAS-II measures skills that are
important in everyday life: the need to communicate, display suitable social and academic skills,
function effectively at home and in the community, engage in leisure and work, and care for
individual health and safety needs. This assessment tool addresses the same areas of need as the
*Vineland Adaptive Behavior Scales* but allows us to identify additional strengths and
weaknesses. The normality of scores is provided for all skill areas, adaptive domains and the
Global Assessment Composite (GAC) scores are derived from the raw scores in each skill area.

B. J. Freeman, Ph.D.                                                                                    16
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

The overall composite scores have a mean of 100 and a standard deviation of 15. Scaled scores have a mean of 10 and a standard deviation of 3. Results overall were consistent with both forms of the *Vineland Adaptive Behavior Scales*. Subtest scores were as follows.

| Domain | Standard Score (Scaled Score) | Percentile |
|---|---|---|
| **Conceptual** | **49** | < 1st |
| *Communication* | (1) | |
| *Functional Academics* | (1) | |
| *Self-Direction* | (1) | |
| **Social** | **55** | < 0.1st |
| *Leisure Time* | (1) | |
| *Social Skills* | (2) | |
| **Practical** | **40** | < 1st |
| *Community Use* | (1) | |
| *Home Living* | (1) | |
| *Health and Safety* | (1) | |
| *Self-Care* | (1) | |
| **Global Assessment Composite** | **40** | **1st** |

**Conceptual**: In the area *Communication*, parents report the same skills as reported on the Vineland.  In *Functional Academics*, parents report that Bryan is able to read his own name but does not write his name as yet. The area of *Self-Direction* was identified as problematic for Bryan. Bryan will sometimes work at home on an activity for at least 15 minutes. He works on his chores and keeps working on difficult tasks even when they are too hard for him. (This was observed by the examiner.) Bryan is having continued difficulty regulating his own behavior in terms of self-direction. When Bryan becomes upset he has difficulty calming down.

**Social:** In the area of *Leisure Time* Bryan's deficits were identified as a major problem both at home and at school. Bryan has difficulty playing a game, playing with toys and generally entertaining himself. However, he likes looking books and reading them. He has difficulty waiting his turn and following the rules in a game, although with regular structure he has been able to do so.  *Social Skills* is an area also identified as problematic. It should be noted that Bryan has never been taught appropriate social and leisure time skills. Bryan really does not have friends, does not show a great deal of interest in other children, and as noted does not have a way of approaching other children and asking them to play.

B. J. Freeman, Ph.D.                                                                17
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:  **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

**Practical**: In the *Community Use* area, Bryan's score was unusually low as he has had little opportunity to be in the community due to the severity of his behaviors.  In the *Home Living* domain, Bryan is reported to wipe up spills, pick up and throw things in the trash, put things in their proper place, and he keeps his toys and games neat. However, all these tasks occur with adult prompts and supervision.  In the area of *Health and Safety* Bryan takes medications with no difficulty. He shows caution around things that are hot or dangerous, follows general safety regulations at school, moves to another place when it is too hot or too cold, tests food to see if it is hot, and follows safety rules on the playground. Bryan sometimes tries to help younger children by holding their hand. In terms of *Self-Care*, parents report the same skills as reported on the Vineland.

## Gilliam Autism Rating Scale - Second Edition (GARS-2)
The *Gilliam Autism Rating Scale* is a screening instrument designed to help identify autism in children and young adults. It should never be used alone as a diagnostic instrument, but used rather in conjunction with a full psychological assessment. The GARS consists of 42 items describing characteristic behaviors of individuals with autism and items are grouped into three subscales: Stereotyped Behaviors, Communication, and Social Interaction. On the GARS, Bryan obtained an autism quotient of 85 or above, which indicates an above-average probability of an autism diagnosis. He exhibited deficits in all three subscales as well as in typical development. The GARS was used simply as a way of gathering systemic information regarding Bryan's autistic behaviors. Bryan continues to meet criteria for autism on this scale when taken in the context of a complete psychological evaluation.

## SUMMARY:
Bryan Wiles-Bond is a 14-year-9-month-old young man who was diagnosed with Autistic Disorder as a preschooler. Based on the review of his records, behavior observations, cognitive assessment, social adaptive assessment, developmental history, interview with Bryan's parents and providers, Bryan continues to meet diagnostic criteria for Autism Spectrum Disorder (ASD).

Bryan's outcome and current functioning have been severely impacted by his lack of consistent services between the ages of 7 and 13 years, while he was a student in Hawaii. As a direct result of the failure to implement a consistent behavioral and sign language program, which was to be implemented, monitored and supervised by trainers who were competent in both sign language and applied behavior analysis (ABA).  Bryan failed to develop social skills and functional communication skills commensurate with his level of cognitive functioning.  In addition, he showed significant deterioration prior to leaving the school district in Hawaii. Bryan's deterioration occurred in his communication skills and as a result he developed severe behavioral disturbance. His progress in his current program indicates that had an appropriate program been implemented, he would in all probability be functioning at a much higher level than he is currently. Evidence comes from all areas of functioning, particularly communication.

B. J. Freeman, Ph.D.                                                                18
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

While it has been well documented that one of the primary deficits in autism is in communication, the expectation is that all children with autism will speak. (Educating Children With Autism; National Academy of Science; Lord et al 2001.) Current research also supports the idea that once a child can communicate, speech is more likely to develop. In Bryan's case his chosen mode of communication is sign language (ASL). (Note: This is rare in children with ASD, but it is well recognized that one implements the child's chosen mode of communication.)

The records are replete with examples of Bryan's demonstration of more appropriate behavior and more communication when staff have been able to sign to/with him. This is supported by his current school situation. Since moving to the Keystone Program there have been many staff changes (i.e., nine different teachers in 18 months). It would be expected from Bryan's past history that this would have resulted in significant behavioral problems and perhaps further deterioration in his functioning. However, as a result of Bryan's work with his one-to-one aide, who is trained in both applied behavior analysis (ABA) and ASL, and the speech therapist, both of whom who have been consistent throughout Bryan's program at Keystone, Bryan has continued to show improvement in his behavior and communication skills. The speech therapist feels that Bryan has the ability to develop oral language with intensive intervention.  It should be noted that this may be difficult, as Bryan has missed the critical period of development.

It is well documented that the younger the child with autism is when they receive intensive intervention, the better the prognosis. Bryan's recent progress provides additional support that had he received intervention earlier he would have had a different outcome. Further, recent research indicates that the majority of children with ASD show improvement over time. In addition, improvement in self-help and social skills are not related to cognitive skills, (i.e., even severely impaired children show improvement in these areas independent of their IQ). In addition, maladaptive behaviors continue to improve even into adolescence when intervention is provided. Thus, Bryan's trajectory of development (i.e., deterioration in behavior, communication and the ability to function independently) is not consistent with what would have been predicted had he received an appropriate education. As a result Bryan has not developed social and communication skills consistent with his cognitive skills.

While Bryan has made progress over the past year he remains severely impaired. Currently Bryan's behaviors are for the most part under adult control. He is now at the point where new skills may be taught to him and, hopefully, he can learn to control his own behavior. Again, the research suggests that this would more likely have been accomplished had it begun when Bryan was younger. In addition, brain research on development clearly supports the notion that skills are more easily acquired when children are younger, independent of a child's level of functioning. It is easier to change behavior in a 7-year-old child with autism than in an almost 15-year-old, as the child has not had all that time for the behavior to become his primary means of interacting with his environment.

B. J. Freeman, Ph.D.                                                                              19
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

                                                          PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

In summary, while Bryan is a young man who would have been affected by his disability throughout his life, the severity of his disability has obviously been impacted by his lack of access to and consistency of appropriate services at the critical ages of development. He now requires one-to-one supervision even in a highly structured school setting. Bryan is also going to require a greater degree of support as an adult than he in all likelihood would have needed had appropriate services been implemented. In addition, despite Bryan's disability, the quality of his life and that of his family has been greatly impacted by his lack of services and resulting behavioral presentation. Further, Bryan's options in life have been reduced as a direct result of his lack of intervention. Currently, rather than receiving services with typical children as would have been predicted from his initial assessment and based on what we know about the trajectory of development in children with autism, Bryan requires a much more restrictive environment in a special education school setting with a one-to-one aide at all times. At this point it is not clear whether Bryan will be able to achieve any high degree of developmental catch-up. It is mandatory that intensive services beyond that which can be accomplished in the current school setting be provided for Bryan in order to remediate the lack of consistent services when he was younger. Research indicates that because of the lack of services when he was younger Bryan may never catch up, as he became too far behind too early. However, Bryan's quality of life and ability to function more independently can be substantially improved with additional intervention.

DIAGNOSES:
Comprehensive psychiatric diagnoses are listed in an axial format with Axis I representing the current diagnoses that are consistent with the cognitive, affective, and behavioral presentation. The second axis lists any developmental disorder or disorders of childhood. Axis III lists any medical conditions, and Axis IV lists current environmental stressors. Axis V is a numerical assessment of functioning based on a scale of 0 to 100 listed in the Diagnostic Statistical Manual IV, 1994 (DSM-IV).

| | |
|---|---|
| Axis I | 299.00 Autistic Disorder |
| Axis II | Diagnosis deferred |
| Axis III | Ear infections early on |
| Axis IV | Stressors: Significant language and social adaptive functioning deficits commensurate with this diagnosis; Access to appropriate educational services. |
| Axis V | Current Global Assessment of Functioning: 45 |

Five axes are listed for record documentation. Axis IV is a measure of current stressors. In light of the significant deficits in adaptive functioning, specifically decreased motivation, organization and initiation, these create stress for the child that is evident in behavioral difficulties and poor adaptation. It is important to note that the Global Assessment of Functioning measure is the least reliable indicator of functioning for children. Axis V is a gross

B. J. Freeman, Ph.D.                                                      20
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

measure of adaptive functioning (occupational, emotional, social) in adults. Relative to treatment planning and intervention, it is most important to focus on axes I through III.

With regard to the diagnosis of Autistic Disorder, Bryan meets the following **medical criteria**:

Diagnostic Criteria For 299.00 Autistic Disorder:
A.  A total of six (or more) items from (1), (2), or (3), with at least two from (1), and one each from (2), and (3):

   (1) qualitative impairment in social interaction, as manifested by at least two of the following:

      a)  marked impairment in the use of multiple nonverbal behaviors such as eye-to-eye gaze, facial expression, body postures, and gestures to regulate social interaction [*provider observation & developmental history*]
      b)  failure to develop peer relationships appropriate to developmental level [*provider observation & developmental history*]
      c)  a lack of spontaneous seeking to share enjoyment, interests, or achievements with other people, (e.g. by a lack of showing, bringing, or pointing out objects of interest) [*provider observation & developmental history*]
      d)  lack of social or emotional reciprocity [*provider observation & developmental history*]

   (2) qualitative impairments in communication as manifested by at least one of the following:

      a)  delay in, or total lack of, the development of spoken language (not accompanied by an attempt to compensate through alternative modes of communication such as gesture or mime) [*developmental history*]
      b)  in individuals with adequate speech, marked impairment in the ability to initiate or sustain a conversation with others [*not applicable*]
      c)  stereotyped or repetitive use of language or idiosyncratic language [*provider observation & developmental history*]
      d)  lack of varied spontaneous make-believe play or social imitative play appropriate to developmental level [*provider observation & developmental history*]

   (3) restrictive, repetitive and stereotyped patterns of behavior, interests and activities, as manifested by at least one of the following:
      (a) encompassing preoccupation with one or more stereotyped and restricted patterns of interest that is abnormal either in intensity or focus [*developmental history*]
      (b) apparently inflexible adherence to specific, nonfunctional routines or rituals [*provider observation & developmental history*]

B. J. Freeman, Ph.D.                                                                                    21
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

   (c) stereotyped and repetitive motor mannerisms (e.g., hand or finger flapping or
       twisting, or complex whole-body movements) [*provider observation &
       developmental history*]
   (d) persistent preoccupation with parts of objects [*developmental history*]

B. Delays or abnormal functioning in at least one of the following areas, with onset prior to
   age 3 years: (1) social interaction, (2) language as used in social communication, or (3)
   symbolic or imaginative play [*developmental history*]

C. The disturbance is not better accounted for by Rett's Disorder or Childhood Disintegrative
   Disorder.

In addition, Bryan meets the following **educational criteria** for qualifying for special
education services in the California Code under autistic-like behavior:

1. Inability to use oral language for appropriate communication. [*By history and provider
   observation*]

2. A history of extreme withdrawal, relating to people inappropriately, and continued
   impairment in social interaction. [*By history and provider observation*]

3. An obsession to maintain sameness. [*By parent report and provider observation*]

4. Extreme preoccupation with objects or inappropriate use of objects. [*By history and
   provider observation*]

5. Extreme resistance to controls. [*By history and provider observation*]

6. Peculiar motor mannerisms and motility patterns. [*By parent report and provider
   observation*]

7. Self-stimulating or ritualistic behavior. [*By parent report and provider observation*]

In summary, Bryan is going to require compensatory education. This examiner concurs with the
recommendations made by Dr. Daniel LeGoff. It was a pleasure to meeting Bryan and his
family. If I can provide any additional information at this time, please do not hesitate to contact
me at 310-440-8543.

B. J. Freeman, Ph.D.
Professor Emerita of Medical Psychology
UCLA School of Medicine