# CARL M. VARADY
ATTORNEY AT LAW

American Savings Bank Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai'i 96813
Telephone 808/523-8447
Facsimile 808/523-8448

May 4, 2006

Via Facsimile & Mail
Honorable Barry M. Kurren
United States Magistrate Judge
PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96813

MAY 0 8 2006

DISTRICT OF HAWAII

RE: WILES-BOND v. DOE et. al., Civ. 04-442 HG/BMK
and Civ. 05-247 HG/BMK (Consolidated)

Your Honor:

This supplemental letter brief is written pursuant to LR 37.1 in response to Defendant's request to strike Plaintiffs' expert Kimberly A. Smalley, Ph.D., BCBA, because her curriculum vitae was not disclosed at the time her report was identified and produced. Plaintiffs point out that on February 28, 2006, Plaintiffs served extensive written document requests on Defendant. On April 7, 2006, Defendant served a written response in which virtually no documents were identified for the period between 1999 and 2004. When Mr. Levin and I brought this to Mr. Ushiroda's attention on or about April 18, 2006, he agreed to supplement production with responsive documents for 1999 to 2004.

On May 1, 2006, Mr. Ushiroda's office made supplemental production, pursuant to the outstanding requests. I inspected the documents on May 3, 2006, at Mr. Ushrioda's office. Among the responsive documents produced at DOE00969, was Dr. Smalley's curriculum vitae. Defendant's possession of this document undermines any assertion that Defendants were harmed in some way because it was not provided to them at the time Dr. Smalley's report was identified. This assertion is contradicted by the fact that Defendants had the document in their possession at the time the report was disclosed. Defendant's request regarding Dr. Smalley should be denied.

Very truly yours,

Carl M. Varady

CMV.cec
c: Gregg M. Ushiroda (FAX: 544-8399)
   George S.S. Hom (FAX: 586-1488)
   Stanley E. Levin (FAX: 523-8448), Shelby Floyd (FAX: 808-326-4779)

SCANNED