ORIGINAL

375772.1
MARK J. BENNETT        #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM          #4391-0
GEORGE S. S. HOM       #2487-0
HOLLY T. M. SHIKADA    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI       #2498-0
GREGG M. USHIRODA     #5868-0
DANIEL K. OBUHANYCH   #7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2006

at __ o'clock and ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFF'S FIFTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION]**<br><br>**TRIAL: October 11, 2006** |

## CERTIFICATE OF SERVICE

I hereby certify that two copies of *Defendant Department of Education's Response to Plaintiff's Fifth Request for Admissions to Defendant Department of Education*, dated June 27, 2006, were duly served on the following attorneys by hand-delivering same to their last known address on July 27, 2006:

>STANLEY E. LEVIN, ESQ.
>400 Davis Levin Livingston Grand Place
>851 Fort Street
>Honolulu, HI  96813
>
>     and
>
>CARL M. VARADY, ESQ.
>American Savings Bank Tower
>1001 Bishop Street, Suite 2870
>Honolulu, Hawaii  96813
>
>Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, July 27, 2006.

>     _____
>     JOHN T. KOMEIJI
>     GREGG M. USHIRODA
>     DANIEL K. OBUHANYCH
>
>     GARY K.H. KAM
>     GEORGE S.S. HOM
>     HOLLY T. SHIKADA
>
>     Attorneys for Defendants