ORIGINAL

MARK J. BENNETT              2672-0
Attorney General,
State of Hawaii
GARY K. H. KAM               4391-0
GEORGE S. S. HOM             2487-0
HOLLY T. M. SHIKADA          4017-0
Deputy Attorneys General
Department of the Attorney
General, State of Hawaii
235 South Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
Email Address: Gary.K.Kam@hawaii.gov

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI         2498-0
GREGG M. USHIRODA       5868-0
DANIEL K. OBUHANYCH     7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: gushiroda@wik.com

Attorneys For Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 26 2006

at 9 o'clock and 10 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br> Plaintiffs, <br><br> vs. | CIVIL NO. CV 04-00442 HG BMK <br> CIVIL NO. CV 05-00247 HG BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> CERTIFICATE OF SERVICE <br><br> [First Amended Notice of Taking Deposition Upon Written Questions, Custodian of Records: BENICIA UNIFIED SCHOOL DISTRICT] |

```
DEPARTMENT OF EDUCATION,            )  Trial Date:   10/11/2006
State of Hawaii, and                )
ALVIN RHO, in his official          )
capacity as West Hawaii             )
District Superintendent,            )
                                    )
              Defendants.           )
                                    )
_____)
CV 04-00442 HG BMK NBR0818CA11.doc  )
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___JUL 27 2006___ a true and correct copy of the foregoing was duly served by depositing in the United States mail addressed to the following:

STANLEY E. LEVIN, ESQ.
Davis Levin Livingston Grande
851 Fort Street Mall, Suite 400
Honolulu, Hawaii 96813-4317
Telephone No: (808) 524-7500

and

CARL M. VARADY, ESQ.
Law Office of Carl M. Varady
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813-3429
Telephone No: (808) 523-8447

Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, ___JUL 25 2006___

JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

Attorneys For Defendants

2