```
MARK J. BENNETT                    #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM                              #4391-0
GEORGE S. S. HOM                   #2487-0
HOLLY T. M. SHIKADA                #4017-0
Deputy Attorneys General

Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI                    #2498-0
GREGG M. USHIRODA   #5868-0
DANIEL K. OBUHANYCH #7147-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 26 2006

at __ o'clock and ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE RE NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**<br><br>**TRIAL:** October 11, 2006 |

## CERTIFICATE OF SERVICE RE NOTICE OF TAKING
## DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of Notice of Taking Deposition Upon Oral Examination dated July 25, 2006, was duly served on the following attorneys by hand-delivering same to their last known address on July 25, 2006:

STANLEY E. LEVIN, ESQ.
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI  96813

and

CARL M. VARADY, ESQ.
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, July 25, 2006.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
DANIEL K. OBUHANYCH

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

- 2 -