# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 2, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00442HG-BMK
                 CV 05-00247HG-BMK

CASE NAME:       ANN KIMBALL WILES, et al. V. DEPARTMENT OF
                 EDUCATION, et al.
                 ANN KIMBALL WILES, et al. V. DEPARTMENT OF
                 EDUCATION, et al

JUDGE:   Helen Gillmor             REPORTER:

DATE:    August 2, 2006            TIME:

COURT ACTION:          **MINUTE ORDER**

    The Final Pretrial Conference set for August 29, 2006 at 9:00 a.m. before Magistrate Judge Barry M. Kurren, the Final Pretrial Conference set for September 29, 2006 at 8:30 a.m. and the Non Jury Trial set for October 11, 2006 at 9:00 a.m. before Chief Judge Helen Gillmor are vacated.  The Court will issue an order.

    Submitted by: Mary Rose Feria, Courtroom Manager
    Submitted by: David H. Hisashima, Courtroom Manager