OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/FAX: 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/FAX: 523-8448
E-mail: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' MOTION TO AMEND AND/OR SUPPLEMENT THE RECORD; DECLARATION OF STANLEY E. LEVIN; EXHIBITS "A" AND "B" AND CERTIFICATE OF SERVICE<br><br>TRIAL DATE: October 11, 2006<br>JUDGE: HELEN GILLMOR |

## PLAINTIFFS' MOTION TO AMEND AND/OR SUPPLEMENT THE RECORD

Plaintiffs, by and through their undersigned attorneys, and hereby move this court for an order granting their request to amend and/or supplement the record in this case. This motion is supported by the authorities set forth in the accompanying memorandum. The significance of this motion is certain facts and testimony have transpired since the Court vacated the trial.

This motion is supported by the memorandum filed herewith and all exhibits filed as part of the memorandum or filed thereafter at the time of the hearing.

DATED: Honolulu, Hawaii, August 17, 2006.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs