IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　　　Defendants. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

### DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1.  I am one of the named attorneys in the above captioned case.

2.  Attached hereto as Exhibit "A" is a true and correct copy of the deposition of Dr. Kimberly Smalley taken on July 27, 2006.

3.  Attached hereto as Exhibit "B" is a true and correct copy of the Plaintiffs' rebuttal expert report of B. J. Freeman.

I declare under penalty of perjury that the above is true and correct.

Executed on the 17th day of August, 2006.

　　　　　　　　/S/ STANLEY E. LEVIN
　　　　　　　　_____
　　　　　　　　STANLEY E. LEVIN