B. J. Freeman, Ph.D.                                                                                    1
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:     **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

DATES OF REPORT: 07/22/06, 07/23/06, 07/24/06, 07/25/06 and 07/26/06

REASON FOR REFERRAL: Bryan is a 14-year, 9-month-old young man referred by his
father, Dr. Stanley Bond, and mother, Ms. Kimberly Wiles, and by his attorney, Mr. Carl
Varady of Hawaii.

REVIEW OF RECORDS:
  I.   Plaintiffs' Statement of Fact (02/22/06)
  II.  Plaintiffs' Motion for Summary Judgment (02/22/06)
  III. Defendants' Motion for Summary Judgment (02/23/06)
  IV.  Defendants' Statement of Fact (03/10/06)
  V.   Plaintiffs' Opposition to III (03/10/06)
  VI.  Plaintiffs' Opposition to IV (03/17/06)
  VII. Motion To Enforce Doctrine of Issue (04/24/06)
  VIII. School Records:
        a) Interim IEP 09/08/99
        b) IEP 10/17/99
        c) IEP 01/28/02
        d) IEP 05/21/02
        e) IEP 11/18/02
        f) IEP 11/25/03
        g) IEP 01/09/04
        h) IEP 02/06/04
        i) IEP 07/21/04
        j) IEP 08/16/04; 08/25/04
        k) IEP 11/29/04
  IX.  Institute for Family Enrichment records (Vols. 1 & 2)
  X.   Hawaii Behavioral Health records
  XI.  Ala Kai Na Keiki, Inc. records (Vols. 1-4)
  XII. Previous Reports:
        a) Dr Richard S. Goka (06/26/06)
        b) Dr Bryna Siegel (06/22/06)
        c) Dr Daniel LeGoff (Neurodevelopmental Evaluation 06/17/05; Letter 12/13/05; Test
           Protocols 05/10/06)
        d) Life Care Plan (Leukens)
        e) Smalley Behavioral Assessment (08/18/04)
  XIII. Dr. Sugai records
  XIV. IEP notes received 07/26/06

EXHIBIT **B**

B. J. Freeman, Ph.D.                                                                                    2
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

**Review of Previous Reports**
Richard S. Goka, M.D., Rehabilitation Specialist, and Bryna Siegel, Ph.D.:
Records and reports from Dr. Goka and Dr Siegel were reviewed in detail. These reports do not
rise to the standard of practice for assessment and thus should be considered opinions. As far as
Dr. Goka's report, it does not even have the correct age for Bryan. While this may appear to be
a minor item, it illustrates from the start a myriad of problems with his report. In addition, a
review of Dr. Goka's curriculum vitae does not evidence any experience with children with
autism spectrum disorders. Further, Dr. Goka formed his opinions without having seen Bryan.
Thus, he has no basis for his recommendations nor is he qualified to be critical of individuals
who have extensive experience working with children with autism spectrum disorder and who
observed Bryan for extended periods of time. As a result, Dr. Goka's report is not helpful in
determining Bryan's current level of functioning or what effect a lack of education has had on
his current performance.

Similarly, while Dr. Siegel does have extensive experience with children with autism spectrum
disorder, she is not a clinical psychologist.  Further, in her report she provides extensive
criticism of Dr. Dan LeGoff's report (dated June 17 & 18, 2005) without providing references
to evidence in the scientific literature to support her criticisms. She does describe a 75-minute
observation that was conducted in the classroom and again makes sweeping and contradictory
statements about Bryan's functioning. Again Dr. Siegel's report does not meet best practice
guidelines for a comprehensive assessment. Dr. Siegel  presents no objective data nor does she
utilize multiple sources of information, but rather simply presents her opinion of a 75-minute
observation. As most professionals are aware, one may or may not see a child's behavioral
difficulties or how well the child is doing in one 75-minute observation. Dr. Siegel does not
provide details of her interview with school staff, and it is not clear if this was a separate
discussion or was part of the observation. In addition, in her report Dr. Siegel consistently
ignores the current scientific literature and quotes none of the literature to support her
conclusions. It is clear that this information was omitted because current research does not
support her opinion. In summary it is impossible to interpret Dr. Siegel's report as she makes
contradictory statements that are not based on objective data and do not reflect the widely held
opinion of the scientific community.

Daniel LeGoff, PhD, Kimberly Smalley, PhD, and Loretta M. Leukens:
On the other hand, the reports from Dr. LeGoff and from Dr. Smalley, a behaviorist, as well as
the life care plan developed by Ms. Leukens are in direct contrast to the two reports reviewed
above. In Dr. LeGoff's case, not only does he have extensive experience with children and
adolescents with autism spectrum disorders, it is also evident that he spent extensive time with
Bryan and with the parents. He also visited Bryan in the school and interviewed the school
staff. He obtained objective data and was able to integrate all of this information into his

B. J. Freeman, Ph.D.                                                                                3
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

report. Dr. LeGoff's report clearly represents the current standard of practice for psychological assessments.

Dr. Smalley's report also represents the current standard of practice for a functional behavioral assessment. This was conducted in 2004 prior to the family's departure from Hawaii. In the case of Ms. Leukens, she too observed Bryan and interviewed the parents in addition to reviewing the records. Her report defining Bryan's needs is in direct contrast to Dr. Goka's opinions, which were formed without ever seeing Bryan and was not based on objective data.

**Review of Past Records:**
Bryan's past records also were reviewed extensively. The records reflecting the service logs from the three agencies who were to provide skill trainers are not in chronological order. In addition, there appear to be gaps in the records. It is not possible to determine if these gaps reflect incomplete records or gaps in services. Records from the behavioral organizations (Institute for Family Enrichment; Hawaii Behavioral Health; and Ala Kai Na Keiki, Inc.), which were employed to provide skill trainers for Bryan while he was in Hawaii, indicate consistent inconsistency in the provision of aides and in staff training. Throughout the agencies' records as well as in the hearing officer's decisions, the school district readily admitted that they did not have skill trainers for Bryan.  During the time when Bryan was receiving "appropriate treatment" or "better treatment," his behavior improved. It is clear in the report from Dr. Smalley, who was very close to the situation and who was employed by the State Department of Education in Hawaii, that implementation of Bryan's program as defined was never carried out appropriately. Every time there was a change in programming, Bryan showed a regression. If additional records become available, this examiner will review them.

B. J. Freeman, Ph.D.                                                                          4
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

DATES OF ASSESSMENT: 07/24/2006, 07/25/2006

MEASURES ADMINISTERED
*Vineland-II Adaptive Behavior Scales* (Parent and Teacher Rating Forms)
*Leiter International Performance Scale – Revised*
*Wechsler Preschool and Primary Scales of Intelligence – Third Edition* (selected subtests)
*Adaptive Behavior Assessment System II*
*Gilliam Autism Rating Scale – Second Edition*

ADDITIONAL SOURCES OF INFORMATION:
Developmental history
Observations at home and school
Interviews with parents; teachers and aides; Dr. Daniel LeGoff
IEP Attendance 07/24/2006

SUMMARY OF INTERVIEW WITH PARENTS:

**Medical and Developmental History**: Bryan is the younger of two children. He has an older brother who is developing normally. Mother reports no problems during her pregnancy with Bryan. Birth weight was 8 pounds, 6 ounces, and there was no concern for Bryan at birth. Early motor milestones were normal with sitting unaided at 5 to 6 months and walking by 9 months of age. Parents report that Bryan exhibited early developmental problems and had difficulties with sleeping and eating, temper tantrums and destructive behavior.

Bryan is allergic to penicillin, amoxicillin, morphine and Risperdal. He has had several ear infections and multiple courses of antibiotics. Immunizations are up to date. Results of both EEG and MRI were normal. He was prescribed clonidine in 1993 and 1994 for sleep and behavior. Since 1999 Bryan has been taking melatonin 4-5 mg at night for sleep and Benadryl for sleep, and is given Advil as needed. He was prescribed Risperdal but this was discontinued when he developed a cerebral pseudo tumor, which was found to be benign. Developmental pediatrician diagnosed Bryan with autism in 2000.

Bryan continues to have difficulty falling asleep, and he is reported to still have eating issues in that he eats too much. He continues to need assistance cleaning himself after bowel movements. There are no hearing concerns. Gross and fine motor skills appear to be a relative area of strength for Bryan. Parents report that Bryan showed a regression in speech, in reading sight words, in toileting skills and in his overall responsiveness when they were in Hawaii, where programs were not systematically implemented. Parents indicated that Bryan's difficulty with communication is the most challenging aspect in raising him. In addition, Bryan requires constant vigilance for safety.

B. J. Freeman, Ph.D.                                                                                  5
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

**Language and Social History:** Parents report that Bryan babbled as an infant and communicated when he was wet or hungry. He began using single words at one year and short phases at 18 months of age. However, speech development was said to be slow and his speech was extremely difficult to understand. Bryan also communicated by pointing and pulling people to what he wanted and he has been responsive to American Sign Language (ASL). Bryan's speech is noted to have an unusual tone or pitch. He seldom speaks or communicates with sign unless spoken to, and at times he appears to have a language of his own. Spontaneous signing increase when Bryan is with someone who also signs.

In the area of social development, Bryan did not imitate waving "bye-bye" or playing baby games such as "pat-a-cake." He did not repeat words said to him, although this has recently changed. As a toddler he usually did what was asked of him and appeared to be developing some speech prior to moving to Hawaii. Parents report that Bryan always liked to be held and would often cling to them. He preferred playing with younger children, and still does not really play with peers his age. At times he appears to be in a world of his own. Parents also report that Bryan appears to hear distant or soft noises, and has an unpredictable response to sounds. He likes to look at himself in the mirror, likes looking at shiny objects, stares at parts of his body, i.e., his hands, seems to look at things out the corner of his eyes, plays with light switches, and is interested in small parts of objects.

In the area of play, parents report that very early on Bryan's interest in toys was extremely limited. As a toddler he had some interest in toys, but he continues to have very limited interest in activities and has difficulty organizing his leisure time activities. When asked to describe Bryan on the playground when he was younger, parents stated that he would be running around making sounds.

Additional sensory behaviors in the past include putting things in his mouth, spinning himself, lining up objects, chewing and eating inedible objects, flapping his hands, and running back and forth. In the past he also seemed to like things that vibrate. Currently, Bryan likes things that spin around, tends to over react as well as and under react to pain, becomes upset by transitions, tends to over respond to situations (such as with small dogs), and cries and laughs for no obvious reason. Bryan has a great deal of difficulty regulating his emotional responses. Once he begins to get upset and tantrums, he has difficulty calming himself down.

**Intervention and Educational History:** Bryan has attended a number of schools. (The reader is referred to the records for a detailed review/list of schools.) At age 7 Bryan transferred to Hawaii subsequent to the family's move there.  At this point began a long, complicated history of parents' attempts to obtain appropriate services for Bryan. (The reader is referred to the report by Dr. Dan LeGoff for details.)  The family moved to California in January 2005 and

B. J. Freeman, Ph.D.                                                                      6
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

Bryan began attending the Alicante Keystone School in Elmira, California, which is a
nonpublic school placement.

Parents expressed extreme frustration in the number of changes that have occurred in Bryan's
program over the past 18 months. For example, as noted, Bryan has had a total of nine different
teachers along with other staff. The only two consistent staff members have been his aide, Ms.
Uzoigye, and his speech therapist, Denise Grapes (both of whom sign).

Bryan is a client of the North Bay Regional Center. Parents receive respite care and after-
school care. However, parents are required to find the providers for these services but as a
result of Bryan's behavioral difficulties, they have been unable to find providers.

BEHAVIORAL OBSERVATIONS

**School Observation (07/24/2006):** Bryan was initially observed in his classroom for
approximately 1½ hours. During that time this examiner also spoke with Ms. Obi Uzoigye,
who is Bryan's one-to-one aide and who is fluent in sign language. Ms. Denise Grapes, his
speech therapist, was also interviewed along with his teacher, Ms. Carolyn Bottum.  At this
point, Bryan has had nine different teachers since beginning the program. Ms. Bottum has only
recently come into the classroom. On the day of this observation, Bryan's one-to-one aide had
an ear infection and had to leave the class. Therefore, Bryan was observed with another aide in
the classroom. Staff noted that Bryan works well with his regular one-to-one aide, Ms. Obi, but
has more difficulty with other aides.

During the hour-and-a half observation, the examiner observed a number of tasks being
presented. However, the majority of the tasks were noted not to be meaningful to Bryan and
were not functional. When Bryan was given a functional task, such as hanging up the clothes,
he performed it with no difficulty. Bryan did not consistently use his visual schedule on this
day. When asked why, the examiner was told that he uses it only inconsistently. The first task
observed involved matching words with pictures such as "pig" and "man." Bryan performed
very inconsistently and reinforcement was not delivered in a consistent manner. The second
task involved hanging up clothes, which Bryan did very nicely with no difficulty and he did not
require prompts to complete this task. He was then told to wash his face and brush his teeth. (It
is notable that these tasks were taught out of sequence, as the logical time for Bryan to brush
his teeth and wash his face would be after he has eaten.)

At approximately 9:20 a.m. Bryan bolted from the room but with a prompt came back and sat
down in his chair. At that point the aide began to read a story with Bryan and Bryan would sign
answers to the questions. This substitute aide noted to the examiner that she does not sign.
Several times throughout the morning Bryan used the sign for "bathroom" and subsequently

B. J. Freeman, Ph.D.                                                                7
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

went to the bathroom independently. The aide then worked with Bryan on a folder where he was required to sequence his name. Bryan seemed to be unmotivated by this task. At times he did it correctly but at other times did it incorrectly and then looked at the aide to see if she was paying attention. Bryan also would not sequence the letters in the appropriate order.  Bryan then worked on his Handwriting Without Tears program and placed the wooden puzzle pieces on the letter "B" and was required to trace the letter with his finger.

At this point the entire class went to the Sensory Room. Bryan went into a tunnel apparatus and stayed there the entire time. No attempts at socialization were made by either the staff or the other children, and there was no reinforcement for perfect behavior. At approximately 9:50 a.m. Bryan went to physical education with another teacher and his class. Bryan generally just sat and was not cooperative with the physical education class. Staff did not require Bryan to follow the physical education teacher's instructions. At one point toward the end of the session, Bryan became very upset, beat the wall and was escorted back to the classroom to his "safe area." He was also told at that time to "stop being angry." When told to stop being angry Bryan once again spontaneously signed "potty."

**IEP Meeting 07/24/2006:** The examiner attended the IEP team meeting in order to obtain additional information from Bryan's current staff.  In attendance at the IEP team meeting were: Lora Schachtili, SELPA Program Specialist for autism; Doris Edwards, Principal of Keystone School; Keith Jordan, who is the school psychologist and who served as the representative for the special education director in Benecia, CA; Denise Grapes, speech and language therapist; Carolyn Bottum, Bryan's current teacher; Dorothy Rothenbaum, another SELPA representative; and Jan Donaldson, also a SELPA program specialist.

Parents currently do not have a signed IEP. The purpose of this IEP was to review previous assessments. A one-page assessment from the occupational therapist, Karen Widden-Fuller, at Keystone School reported that Bryan is "too old" for occupational therapy and the report did not adequately address all of Bryan's needs. Parents have requested additional occupational therapy assessment that would address his behavior, self-care, social skills, bilateral coordination, motor planning, sensory issues, self-calming and self-monitoring.

The Functional Behavior Assessment conducted by Ms. Betti Colucci, done in March 2005, was also briefly reviewed. The only behavior addressed in the functional behavior assessment was elopement, which is no longer a major problem but still occurs periodically. It should be noted that this is a very serious behavior that cannot be ignored. Further, the functional assessment did not result in a formal behavior management plan, as is usually the case. Report from speech and language therapist, Ms. Grapes, indicated that Bryan is making extremely good progress in communication. He is learning to finger spell and has increased his number of signs. He spontaneously says "hi" and "bye" and his level of verbalizations is increasing

B. J. Freeman, Ph.D.                                                                                          8
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

significantly. Ms. Grapes feels that Bryan can become more verbal with intensive input, and feels that Bryan needs to focus on spontaneous communication, increasing his vocabulary and increasing his chaining together of signs. Bryan's teacher, Ms. Bottum, also reported that Bryan has recently started a math group, is able to do one-to-one correspondence up to 6, and is learning to use a computer. It was suggested that an assistive technology assessment be conducted once goals and objectives for use of the computer have been done. The teacher also noted that Bryan is starting to say "hi" and "bye" verbally to children in his classroom. Parents reported that these skills have generalized into the home. The teacher has also introduced community-based instruction into the classroom and reported that Bryan currently goes to the grocery store with staff after making up a list by cutting out pictures of food items. Back in the classroom they then prepare the food. The teachers are also proposing that Bryan continue to work on his functional skills and that he be able to participate in more communication activities. In spite of the obvious progress, Bryan continues to require one-to-one supervision and intervention.

**Home Observation (07/24/06):** After the IEP was completed, the examiner followed Bryan into the home setting and spent about three hours there, observing Bryan and performing an assessment of Bryan's current functioning. The parents were asked to complete a number of standardized forms by the examiner in order to obtain objective and systematic information regarding Bryan's social and self-help skills in the home. It was striking how frequently Bryan used signs to communicate in the home environment where his parents also signed.

Bryan was noted at home to have a great deal of difficulty organizing his leisure time skills. He ran back and forth and engaged in repetitive behaviors, which parents report is an extremely frequent occurrence when Bryan does not know what to do. During the testing situation, however, Bryan was generally cooperative and worked extremely well for reinforcements. It should be noted that reinforcements were provided at an extremely high density and Bryan was reinforced primarily for sitting correctly in the chair and for cooperating with the examiner, and not for correct responses. Bryan did well on the testing and sat with the examiner for over an hour before he clearly became tired and his interfering behaviors began to increase. For example, repetitive behaviors included hand movements, body rocking and loud vocalizations. On several occasions Bryan signed "bathroom" and went to the bathroom. No urination accidents occurred and parents report these are very rare at this time. However, when Bryan is frustrated he bangs the table. In spite of some recent improvements in his behavior, Bryan continues to require one-to-one supervision at all times. Bolting and running away are good examples of extremely dangerous behaviors. Even though they occur at low frequency they require constant vigilance in supervision.

B. J. Freeman, Ph.D.                                                                                        9
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

**School Observation and Behavioral Observation (07/25/06):**
During the second school visit Bryan was observed for approximately three hours with his
aide, Ms. Uzoigye, who signs fluently and has good behavior modification skills. Ms. Uzoigye
was observed working with Bryan both on increasing his sign language vocabulary and
increasing the lengths of his signs (i.e., putting more signs together). Throughout this session
Bryan exhibited much better attending skills, fewer repetitive behaviors and more spontaneous
signing. In addition, Bryan was noted to frequently vocalize when working with Ms. Uzoigye.
When the examiner began to work with him, Bryan's behavior was not as good, although he
worked well for reinforcers and was able to select the reinforcer he wanted.

Ms. Uzoigye was interviewed regarding Bryan's original status when she began to work with
him last March. She noted that when she initially became Bryan's aide he was unable to sit,
became agitated quite easily, was aggressive and tried to intimidate staff with behaviors such
as pushing the table. She noted that Bryan still has moments and requires constant supervision.
He has now learned well over 200 signs in the school setting and on average uses up to 25
signs spontaneously and is beginning to put signs together. Current goals include expanding
Bryan's functional signing vocabulary.

COGNITIVE ACADEMIC ASSESSMENT:

**Leiter International Performance Scale – Revised (Visualization & Reasoning Battery)**
The *Leiter International Performance Scale – Revised* was administered as a nonverbal
measure of intellectual functioning. A Fluid Reasoning score is derived from two of the
subtests. The brief IQ and Fluid Reasoning scores each have an average score of 100 with a
standard deviation of 15. Bryan attained a Fluid Reasoning score of 60 and a brief IQ score of
63. Subtest scores were as follows (scores of 3-4 fall in the deficit range; 7-8 is low average):

| Subtest | Scaled Score |
|---|---|
| *Figure Ground* | 8 |
| *Form Completion* | 4 |
| *Sequential Order* | 3 |
| *Repeated Patterns* | 3 |

The *Figure Ground* subtest requires the child to identify a target item within a background of
increasingly complex interfering items. This is a measure of visual attention to detail and visual
interference, as well as visual scanning and short-term visual memory. Bryan evidenced
relative strength for matching parts of pictures to the actual picture on this subtest. His score
placed him in the low average range.

The *Form Completion* subtest is designed to measure visual organization and ability to
visualize parts of an object as a whole or gestalt, and requires the child to use deductive

B. J. Freeman, Ph.D.                                                                                      10
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

reasoning, cognitive flexibility and working memory. On this subtest, Bryan had to identify parts missing from pictures, and he evidenced difficulty as items became more abstract.

The *Sequential Order* subtest requires the child to find the missing elements at the end or in the middle of a series of stimuli, and is a measure of nonverbal reasoning ability and visual organization. The *Repeated Patterns* subtest measures deductive reasoning and visual conceptual sequencing, by requiring the individual to continue a repeated pattern with increasingly complex cues for visual discrimination. Bryan was able to identify a simple sequence and what would come next in the sequence.

**Wechsler Preschool and Primary Scales of Intelligence -Third Edition (WPPSI-III)**
This measure is not age appropriate for Bryan; however, the General Language Composite subtests of the WPPSI-II were administered to obtain some idea of Bryan's receptive single-word vocabulary as well as his expressive vocabulary skills. The General Language Composite is a measure of language and is based on two subtests to estimate abilities in each of the areas, expressive and receptive language.

The *Receptive Vocabulary* subtest measures language processing, and requires the child to point to the correct one of four pictures that matches the word or concept the examiner says aloud. On this subtest Bryan obtained an age equivalency of 4 years 1 month. He was cooperative with the examiner; however, his performance was inconsistent. He uses a number of nouns for labels and some verbs, but he has more difficulty as language becomes more complex and abstract.

The *Picture Naming* task is a measure of expressive vocabulary and requires the child to name or identify pictures. Ms. Uzoigye administered this task to Bryan while interpreting the signs. Bryan continued to give associative answers, as he has not learned many of the signs for common household words. Bryan's program is primarily focused on functional words and many of the pictures on this task were not of functional items. It further indicates, however, how far behind Bryan's language has become without the benefit of appropriate intervention earlier on, as these were common words that even a 3-year-old child should know. Bryan's lack of skills in this area is consistent with his cognitive functioning.

ADAPTIVE FUNCTIONING ASSESSMENT:

**Vineland-II Adaptive Behavior Scales (Parent Rating Form)**
Bryan's parents were interviewed using the *Vineland Adaptive Behavior Scales – Second Edition* to assess Bryan's independent functioning on a daily basis in the areas of Communication, Daily Living Skills (e.g., self-help) and Socialization. Additional information is gathered relative to behaviors that cause difficulty with his daily and overall functioning. Results are reported as standard and age equivalent scores. Based on the answers provided, results were as follows:

B. J. Freeman, Ph.D.                                                                      11
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

| Domain | Standard Score (*v*-Scale Score) | Percentile | Age Equivalent |
|---|---|---|---|
| **Communication** | **43** | < 1st | |
| *Receptive* | (7) | | 1 year 4 months |
| *Expressive* | (2) | | 2 years 1 month |
| *Written* | (5) | | 4 years 5 months |
| | | | |
| **Daily Living Skills** | **40** | < 1st | |
| *Personal* | (5) | | 4 years 0 months |
| *Domestic* | (3) | | 2 years 6 months |
| *Community* | (2) | | 2 years 2 months |
| | | | |
| **Socialization** | **48** | < 1st | |
| *Interpersonal Relationships* | (4) | | 1 year 7 months |
| *Play and Leisure Time* | (2) | | 1 year 7 months |
| *Coping Skills* | (8) | | 3 years 11 months |
| | | | |
| **Adaptive Behavior Composite** | **42** | < 1st | |

Standard Scores for the *Vineland Adaptive Behavior Scales* have a mean (average) of 100 and a standard deviation of 15 points. The *v*-Scale Score (in parentheses) ranges from 1 to 24, and has a mean of 15 and a standard deviation of 3. This allows one to compare the relative functioning of children to those in the normative population. A basal or sequence of consistent scores is expected below an individual's chronological age, and a ceiling or sequence of "no score" items is expected relative to how an individual's functioning measures at or above the chronological age. Individuals with Autistic Disorder do not typically present with a consistent scoring profile. For example, an individual may not score on items below chronological age, while scoring on items above chronological age, reflecting a diagnostic presentation of "consistently inconsistent." Therefore, results presented are a quantitative average of adaptive functioning. The quantitative scores should be used as a baseline to guide appropriate intervention and to facilitate adaptive functioning.  Further, decreased initiation and motivation relative to an individual's cognitive abilities may be attributed to the significant difference between cognitive abilities and adaptive functioning.  Specifically, the *Vineland Adaptive Behavior Scales* is a measure of current functioning, not capabilities.

Communication: The *Receptive Language* subdomain measures not only the individual's understanding of language in the structured setting, but also how he/she understands language in the natural environment. Bryan has relatively good communication skills. Parents reported and it was noted by the examiner that Bryan follows receptive instructions quite well within the natural environment. He inconsistently listens to instructions and inconsistently points to body

B. J. Freeman, Ph.D.                                                                                    12
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

parts, even though he knows them. When Bryan is motivated, he can listen to a story for 5 minutes. He is very capable of following two-step instructions, but does so only inconsistently.

The *Expressive Language* area measures the ability to use language in the natural environment, and *Written Language* is designed to measure how well the individual uses the written word to express himself. Expressively Bryan's primary mode of communication is sign language. As noted above he has more recently been producing an increased variety of sounds. He makes one-word requests with signs and at times he may string as many as four signs together. Parents report that Bryan knows well over 400 signs currently, but does not always use them to communicate appropriately. (Note: Bryan's aide at school reports that Bryan knows 200 signs.) Bryan consistently uses more signs when people around him sign. He is beginning to speak approximations of words. Academically, Bryan is learning to finger spell, recognize letters of the alphabet, is learning to type his name and has one-to-one correspondence to 6.

Self-Help Skills: The area of *Personal* (self-help) skills is a measure of the individual's ability to care for day-to-day personal needs in the areas of self-care and hygiene. Bryan has shown significant improvement in this area but continues to require constant supervision. He is able to dress himself but often gets his clothes on backwards. He feeds himself using a spoon, fork and knife correctly. He is toilet trained but still needs assistance in wiping himself at times. Frequent urination remains a problem. However, Bryan is able to appropriately sign that he needs to go to the bathroom and will go. He wipes his nose by himself, and washes and dries his face. He is able to do some fasteners but still not buttons. He is able to turn on the faucet and take a shower by himself, and is able to find appropriate restrooms in the community

The *Domestic* area measures the person's ability to help around the house, and the *Community* area assesses how the individual functions in the community.  In the domestic area, Bryan's behavior is extremely inconsistent as he appears somewhat unmotivated to engage of many household tasks. He does understand that hot things are dangerous but at times is impulsive and will act without thinking. He is able to take his plate to the kitchen, but does not always do so without a prompt. He likes to help with cooking, and the examiner observed that Bryan made toast while she was there. In the community area, Bryan is able to use the television, exhibits appropriate behavior in the car, understands the function of money, and uses the sidewalk. However, these community skills are demonstrated very inconsistently, and an adult must be present for all of these activities and tasks.

Social Skills: This remains the biggest problem are for Bryan. The area of *Interpersonal Relationships* measures the individual's ability to relate to other people of the same age. Bryan has good overall imitation skills and does imitate his parents' facial expressions. He shows affection, and will look for his parents when they are out of view. He is beginning to indicate emotions and label them.

B. J. Freeman, Ph.D.                                                                            13
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

The *Play and Leisure Time* subdomain measures how the individual uses his/her leisure time skills, and *Coping Skills* looks at how the individual copes in/adapts to the natural environment. In terms of his play and leisure time skills, Bryan exhibits many behaviors as he really has no way of organizing his skills in choosing activities and playing. He shows very little interest in the other children, but he does know how to protect himself by moving away from children who might harm him. In terms of his coping (adaptive) skills, Bryan no longer has difficulty with transitions. He signs "please" and "thank you" when he is reminded. He changes his behavior depending upon how well he knows someone, says good-bye ("bye") when he is leaving, and signs that he is sorry when he is makes a mistake. He changes his tone of voice (i.e., his repetitive sounds) depending on whether he is inside or outside. He accepts suggestions from his parents that he needs to change his behavior, and has learned to control his anger and hurt feelings.

Additional Behavior Challenges: Bryan is overly dependent, has an eating problem in that he eats too much, and has difficulty falling asleep. He avoids social interaction at times, is impulsive, has temper tantrums and can be physically aggressive. Bryan acts overly familiar with strangers, has a hard time paying attention, and is more active than other children his age. In addition, parents report that Bryan can become obsessed with certain objects, has unusual habits or mannerisms, and uses unusual speech.

**Vineland-II Adaptive Behavior Scales (Teacher Rating Form)**
The *Vineland-II Adaptive Behavior Scales, Teacher Rating Form* (Vineland TRF-II) provides a targeted, yet comprehensive assessment of personal and social sufficiency for students ages 3 through 21 in a school, preschool or structured daycare setting. The rating form is completed independently by a teacher or daycare provider, and covers the four broad domains of Communication, Daily Living Skills, Socialization and Motor Skills.

The *Communication* domain measures the student's ability to listen and pay attention and the student's ability for using words to speak and write. The *Daily Living Skills* domain evaluates the student's daily habits and hygiene, the student's understanding of time, money and math, and the student's ability to follow rules and routines. The *Socialization* domain measures how the student interacts with other students during play and leisure time and how he/she demonstrates responsibility and sensitivity to others. The *Motor Skills* domain assesses both gross and fine motor skills. Bryan's aide, Ms. Uzoigye completed the rating form. In general, results in the school setting are consistent with those reported by the parents on the *Vineland-II Parent Rating Form*. Based on the answers provided, results were as follows:

B. J. Freeman, Ph.D.                                                                        14
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

| Domain | Standard Score (v-Scale Score) | Percentile | Age Equivalent |
|---|---|---|---|
| **Communication** | **51** | **< 1st** | |
| *Receptive* | (8) | | < 3 years |
| *Expressive* | (7) | | < 3 years |
| *Written* | (6) | | 4 years 6 months |
| **Daily Living Skills** | **55** | **< 1st** | |
| *Personal* | (9) | | 4 years 9 months |
| *Academic* | (4) | | < 3 years |
| *School and Community* | (9) | | 4 years 1 month |
| **Socialization** | **61** | **< 1st** | |
| *Interpersonal Relationships* | (8) | | < 3 years |
| *Play and Leisure Time* | --- | | < 3 years |
| *Coping Skills* | (9) | | 3 years 2 months |
| **Motor Skills** | --- | | |
| *Gross Motor* | --- | | < 3 years |
| *Fine Motor* | --- | | 3 years 3 months |
| **Adaptive Behavior Composite** | **53** | **< 1st** | |

Communication: In terms of receptive language, Ms. Uzoigye indicates Bryan is able to point to body parts but does so inconsistently. He inconsistently follows three-part directions. He listens to instructions and listens to a story for five minutes particularly if he is motivated. Expressively, Bryan's behavior is extremely inconsistent. He knows approximately 200 signs in the school setting. At times his signing is echolalic. He is beginning to ask questions by changing his facial expression as he signs, is learning to use pronouns, uses past tense, is demonstrating increased vocalization, and modulates his tone of voice. He is able to stay on topic when signing, although his signing remains extremely simple. In terms of his written skills, Bryan identifies many letters of the alphabet, understands written language, copies his first name and is able to write his name from memory on the typewriter.

Daily Living Skills: Bryan is able to drink from a cup and use a straw. He asks to use the toilet spontaneously during the day and often uses this to avoid tasks. He very infrequently has accidents at this time. He is able to put on his clothes and fastens fasteners including buttons and zippers.  He responds appropriately to low levels of pain, such as scrapes and pinches. He wipes and blows his nose with a reminder, and covers his mouth and nose when coughing and sneezing. Bryan is able to find and use the restroom of the appropriate gender.  In terms of daily academic skills, Bryan inconsistently counts 10 objects by one, and inconsistently

B. J. Freeman, Ph.D.                                                                                    15
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:     **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

identifies numbers. He is learning computer skills. He is learning the function of money but
does not yet identify coins. In the school and community area, Bryan follows simple
instructions for the teacher, follows the classroom routine, and generally follows school rules.
He cleans up his desk when reminded, stays on task more than 5 minutes, seeks the teacher's
approval, works with or near others without being distracted, and brings appropriate materials
to class. He terminates relationships or situations that may be dangerous. In addition, Bryan
appears to improve his work quality when given feedback from the teacher.

Social Skills: In terms of interpersonal relationships, Bryan identifies relationships to familiar
people such as "that's my teacher." He answers when familiar adults ask questions such as
"How are you?" and will sign "I am fine." He uses signs to express emotions such as "I am
hurt." He recognizes happiness in other people. He inconsistently shows an interest in the
other children and tries to make social contact. Bryan does have a preference for some children
over others, and will lend others a helping hand. (It was noted that one of the students in the
class is severely handicapped and the other children attempt to help this student.) Bryan is
beginning to identify people by characteristics other than their name, knows that he is not
always understood by others, and indicates when he is bored. In terms of play and leisure time
skills, Bryan plays simple games, shows a preference for certain people, plays cooperatively
with other students, shares his possessions, takes turns and is able to use common classroom
objects for play. In terms of coping skills, Bryan shows respect, changes his behavior
depending on how well he knows someone, copies or imitates appropriate behaviors, and
accepts mild teasing from his teachers. He inconsistently cooperates, ends conversations
appropriately, and needs a prompt to say "please" and "thank you." Bryan controls his anger
when denied his own way, and returns things he has borrowed.

Motor Skills: Bryan continues to exhibit immaturity in this area. He has a number of individual
gross motor skills but has difficulty putting them together. He is able to run, jump, hop and
skip, but has more difficulty sequencing these actions. In the fine motor area he builds with
blocks, is learning to cut with scissors, and is learning to use a keyboard.

**Adaptive Behavior Assessment System II (ABAS-II)**
In order to further assess Bryan's social adaptive skills and his areas of need, parents were also
asked to complete the *Adaptive Behavior Assessment II*. The ABAS-II measures skills that are
important in everyday life: the need to communicate, display suitable social and academic skills,
function effectively at home and in the community, engage in leisure and work, and care for
individual health and safety needs. This assessment tool addresses the same areas of need as the
*Vineland Adaptive Behavior Scales* but allows us to identify additional strengths and
weaknesses. The normality of scores is provided for all skill areas, adaptive domains and the
Global Assessment Composite (GAC) scores are derived from the raw scores in each skill area.

B. J. Freeman, Ph.D.                                                                      16
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

The overall composite scores have a mean of 100 and a standard deviation of 15. Scaled scores
have a mean of 10 and a standard deviation of 3. Results overall were consistent with both forms
of the *Vineland Adaptive Behavior Scales*. Subtest scores were as follows.

| Domain | Standard Score (Scaled Score) | Percentile |
|---|---|---|
| **Conceptual** | 49 | < 1st |
| *Communication* | (1) | |
| *Functional Academics* | (1) | |
| *Self-Direction* | (1) | |
| **Social** | 55 | < 0.1st |
| *Leisure Time* | (1) | |
| *Social Skills* | (2) | |
| **Practical** | 40 | < 1st |
| *Community Use* | (1) | |
| *Home Living* | (1) | |
| *Health and Safety* | (1) | |
| *Self-Care* | (1) | |
| **Global Assessment Composite** | 40 | 1st |

**Conceptual**: In the area *Communication*, parents report the same skills as reported on the
Vineland. In *Functional Academics,* parents report that Bryan is able to read his own name but
does not write his name as yet. The area of *Self-Direction* was identified as problematic for
Bryan. Bryan will sometimes work at home on an activity for at least 15 minutes. He works on
his chores and keeps working on difficult tasks even when they are too hard for him. (This was
observed by the examiner.) Bryan is having continued difficulty regulating his own behavior in
terms of self-direction. When Bryan becomes upset he has difficulty calming down.

**Social**: In the area of *Leisure Time* Bryan's deficits were identified as a major problem both at
home and at school. Bryan has difficulty playing a game, playing with toys and generally
entertaining himself. However, he likes looking books and reading them. He has difficulty
waiting his turn and following the rules in a game, although with regular structure he has been
able to do so. *Social Skills* is an area also identified as problematic. It should be noted that
Bryan has never been taught appropriate social and leisure time skills. Bryan really does not
have friends, does not show a great deal of interest in other children, and as noted does not
have a way of approaching other children and asking them to play.

B. J. Freeman, Ph.D.                                                                          17
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

**Practical**: In the *Community Use* area, Bryan's score was unusually low as he has had little opportunity to be in the community due to the severity of his behaviors.  In the *Home Living* domain, Bryan is reported to wipe up spills, pick up and throw things in the trash, put things in their proper place, and he keeps his toys and games neat. However, all these tasks occur with adult prompts and supervision.  In the area of *Health and Safety* Bryan takes medications with no difficulty. He shows caution around things that are hot or dangerous, follows general safety regulations at school, moves to another place when it is too hot or too cold, tests food to see if it is hot, and follows safety rules on the playground. Bryan sometimes tries to help younger children by holding their hand. In terms of *Self-Care*, parents report the same skills as reported on the Vineland.

**Gilliam Autism Rating Scale - Second Edition (GARS-2)**
The *Gilliam Autism Rating Scale* is a screening instrument designed to help identify autism in children and young adults. It should never be used alone as a diagnostic instrument, but used rather in conjunction with a full psychological assessment. The GARS consists of 42 items describing characteristic behaviors of individuals with autism and items are grouped into three subscales: Stereotyped Behaviors, Communication, and Social Interaction. On the GARS, Bryan obtained an autism quotient of 85 or above, which indicates an above-average probability of an autism diagnosis. He exhibited deficits in all three subscales as well as in typical development. The GARS was used simply as a way of gathering systemic information regarding Bryan's autistic behaviors. Bryan continues to meet criteria for autism on this scale when taken in the context of a complete psychological evaluation.

**SUMMARY:**
Bryan Wiles-Bond is a 14-year-9-month-old young man who was diagnosed with Autistic Disorder as a preschooler. Based on the review of his records, behavior observations, cognitive assessment, social adaptive assessment, developmental history, interview with Bryan's parents and providers, Bryan continues to meet diagnostic criteria for Autism Spectrum Disorder (ASD).

Bryan's outcome and current functioning have been severely impacted by his lack of consistent services between the ages of 7 and 13 years, while he was a student in Hawaii. As a direct result of the failure to implement a consistent behavioral and sign language program, which was to be implemented, monitored and supervised by trainers who were competent in both sign language and applied behavior analysis (ABA).  Bryan failed to develop social skills and functional communication skills commensurate with his level of cognitive functioning. In addition, he showed significant deterioration prior to leaving the school district in Hawaii. Bryan's deterioration occurred in his communication skills and as a result he developed severe behavioral disturbance. His progress in his current program indicates that had an appropriate program been implemented, he would in all probability be functioning at a much higher level than he is currently. Evidence comes from all areas of functioning, particularly communication.

B. J. Freeman, Ph.D.                                                    18
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

While it has been well documented that one of the primary deficits in autism is in communication, the expectation is that all children with autism will speak. (<u>Educating Children With Autism</u>; National Academy of Science; Lord et al 2001.) Current research also supports the idea that once a child can communicate, speech is more likely to develop. In Bryan's case his chosen mode of communication is sign language (ASL). (Note: This is rare in children with ASD, but it is well recognized that one implements the child's chosen mode of communication.)

The records are replete with examples of Bryan's demonstration of more appropriate behavior and more communication when staff have been able to sign to/with him. This is supported by his current school situation. Since moving to the Keystone Program there have been many staff changes (i.e., nine different teachers in 18 months). It would be expected from Bryan's past history that this would have resulted in significant behavioral problems and perhaps further deterioration in his functioning. However, as a result of Bryan's work with his one-to-one aide, who is trained in both applied behavior analysis (ABA) and ASL, and the speech therapist, both of whom who have been consistent throughout Bryan's program at Keystone, Bryan has continued to show improvement in his behavior and communication skills. The speech therapist feels that Bryan has the ability to develop oral language with intensive intervention.  It should be noted that this may be difficult, as Bryan has missed the critical period of development.

It is well documented that the younger the child with autism is when they receive intensive intervention, the better the prognosis. Bryan's recent progress provides additional support that had he received intervention earlier he would have had a different outcome. Further, recent research indicates that the majority of children with ASD show improvement over time. In addition, improvement in self-help and social skills are not related to cognitive skills, (i.e., even severely impaired children show improvement in these areas independent of their IQ). In addition, maladaptive behaviors continue to improve even into adolescence when intervention is provided. Thus, Bryan's trajectory of development (i.e., deterioration in behavior, communication and the ability to function independently) is not consistent with what would have been predicted had he received an appropriate education. As a result Bryan has not developed social and communication skills consistent with his cognitive skills.

While Bryan has made progress over the past year he remains severely impaired. Currently Bryan's behaviors are for the most part under adult control. He is now at the point where new skills may be taught to him and, hopefully, he can learn to control his own behavior. Again, the research suggests that this would more likely have been accomplished had it begun when Bryan was younger. In addition, brain research on development clearly supports the notion that skills are more easily acquired when children are younger, independent of a child's level of functioning. It is easier to change behavior in a 7-year-old child with autism than in an almost 15-year-old, as the child has not had all that time for the behavior to become his primary means of interacting with his environment.

B. J. Freeman, Ph.D.                                                                                    19
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

In summary, while Bryan is a young man who would have been affected by his disability
throughout his life, the severity of his disability has obviously been impacted by his lack of
access to and consistency of appropriate services at the critical ages of development. He now
requires one-to-one supervision even in a highly structured school setting. Bryan is also going
to require a greater degree of support as an adult than he in all likelihood would have needed
had appropriate services been implemented. In addition, despite Bryan's disability, the quality
of his life and that of his family has been greatly impacted by his lack of services and resulting
behavioral presentation. Further, Bryan's options in life have been reduced as a direct result of
his lack of intervention. Currently, rather than receiving services with typical children as would
have been predicted from his initial assessment and based on what we know about the
trajectory of development in children with autism, Bryan requires a much more restrictive
environment in a special education school setting with a one-to-one aide at all times. At this
point it is not clear whether Bryan will be able to achieve any high degree of developmental
catch-up. It is mandatory that intensive services beyond that which can be accomplished in the
current school setting be provided for Bryan in order to remediate the lack of consistent
services when he was younger. Research indicates that because of the lack of services when he
was younger Bryan may never catch up, as he became too far behind too early. However,
Bryan's quality of life and ability to function more independently can be substantially
improved with additional intervention.

DIAGNOSES:
Comprehensive psychiatric diagnoses are listed in an axial format with Axis I representing the
current diagnoses that are consistent with the cognitive, affective, and behavioral presentation.
The second axis lists any developmental disorder or disorders of childhood.  Axis III lists any
medical conditions, and Axis IV lists current environmental stressors.  Axis V is a numerical
assessment of functioning based on a scale of 0 to 100 listed in the Diagnostic Statistical
Manual IV, 1994 (DSM-IV).

| | |
|---|---|
| Axis I | 299.00 Autistic Disorder |
| Axis II | Diagnosis deferred |
| Axis III | Ear infections early on |
| Axis IV | Stressors: Significant language and social adaptive functioning deficits commensurate with this diagnosis; Access to appropriate educational services. |
| Axis V | Current Global Assessment of Functioning: 45 |

Five axes are listed for record documentation. Axis IV is a measure of current stressors. In
light of the significant deficits in adaptive functioning, specifically decreased motivation,
organization and initiation, these create stress for the child that is evident in behavioral
difficulties and poor adaptation. It is important to note that the Global Assessment of
Functioning measure is the least reliable indicator of functioning for children. Axis V is a gross

B. J. Freeman, Ph.D.                                                                    20
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

measure of adaptive functioning (occupational, emotional, social) in adults. Relative to treatment planning and intervention, it is most important to focus on axes I through III.

With regard to the diagnosis of Autistic Disorder, Bryan meets the following **medical criteria**:

Diagnostic Criteria For 299.00 Autistic Disorder:
A.  A total of six (or more) items from (1), (2), or (3), with at least two from (1), and one each from (2), and (3):

(1) qualitative impairment in social interaction, as manifested by at least two of the following:
   a)  marked impairment in the use of multiple nonverbal behaviors such as eye-to-eye gaze, facial expression, body postures, and gestures to regulate social interaction [*provider observation & developmental history*]
   b)  failure to develop peer relationships appropriate to developmental level [*provider observation & developmental history*]
   c)  a lack of spontaneous seeking to share enjoyment, interests, or achievements with other people, (e.g. by a lack of showing, bringing, or pointing out objects of interest) [*provider observation & developmental history*]
   d)  lack of social or emotional reciprocity [*provider observation & developmental history*]

(2) qualitative impairments in communication as manifested by at least one of the following:
   a)  delay in, or total lack of, the development of spoken language (not accompanied by an attempt to compensate through alternative modes of communication such as gesture or mime) [*developmental history*]
   b)  in individuals with adequate speech, marked impairment in the ability to initiate or sustain a conversation with others [*not applicable*]
   c)  stereotyped or repetitive use of language or idiosyncratic language [*provider observation & developmental history*]
   d)  lack of varied spontaneous make-believe play or social imitative play appropriate to developmental level [*provider observation & developmental history*]

(3) restrictive, repetitive and stereotyped patterns of behavior, interests and activities, as manifested by at least one of the following:
   (a) encompassing preoccupation with one or more stereotyped and restricted patterns of interest that is abnormal either in intensity or focus [*developmental history*]
   (b) apparently inflexible adherence to specific, nonfunctional routines or rituals [*provider observation & developmental history*]

B. J. Freeman, Ph.D.                                                                                         21
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

    (c) stereotyped and repetitive motor mannerisms (e.g., hand or finger flapping or twisting, or complex whole-body movements) [*provider observation & developmental history*]

    (d) persistent preoccupation with parts of objects [*developmental history*]

B. Delays or abnormal functioning in at least one of the following areas, with onset prior to age 3 years: (1) social interaction, (2) language as used in social communication, or (3) symbolic or imaginative play [*developmental history*]

C. The disturbance is not better accounted for by Rett's Disorder or Childhood Disintegrative Disorder.

In addition, Bryan meets the following **educational criteria** for qualifying for special education services in the California Code under autistic-like behavior:

1. Inability to use oral language for appropriate communication. [*By history and provider observation*]

2. A history of extreme withdrawal, relating to people inappropriately, and continued impairment in social interaction. [*By history and provider observation*]

3. An obsession to maintain sameness. [*By parent report and provider observation*]

4. Extreme preoccupation with objects or inappropriate use of objects. [*By history and provider observation*]

5. Extreme resistance to controls. [*By history and provider observation*]

6. Peculiar motor mannerisms and motility patterns. [*By parent report and provider observation*]

7. Self-stimulating or ritualistic behavior. [*By parent report and provider observation*]

In summary, Bryan is going to require compensatory education. This examiner concurs with the recommendations made by Dr. Daniel LeGoff. It was a pleasure to meeting Bryan and his family. If I can provide any additional information at this time, please do not hesitate to contact me at 310-440-8543.

B. J. Freeman, Ph.D.
Professor Emerita of Medical Psychology
UCLA School of Medicine