# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 29, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK |
| | CV 05–00247HG-BMK |
| CASE NAME: | ANN KIMBALL WILES, et al. vs. DEPARTMENT OF EDUCATION, STATE OF HAWAII, et al. |
| ATTYS FOR PLA: | Carl M. Varady |
| | Stanley E. Levin |
| ATTYS FOR DEFT: | Holly Shikada |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | September 29, 2006 | TIME: | |

COURT ACTION:      **<u>MINUTE ORDER</u>**

1. Defendants' MOTION FOR SUMMARY JUDGMENT, filed Febrary 24, 2006, construed as a Motion for Judgment on the Pleadings (Doc. No. 27 in Civil No. 05-00247, Doc. 87 in Civil No. 04-00442), is **DENIED**;

2. Plaintiffs' MOTION FOR PARTIAL SUMMARY JUDGMENT, filed February 22, 2006, (Doc. 22 in Civil No. 05-00247) and (Doc. 103 Civil No. 04-00442 filed March 7, 2006) is **DENIED**;

3. Plaintiffs' MOTION TO ENFORCE THE DOCTRINE OF ISSUE PRECLUSION REGARDING ALL ADMINISTRATIVE HEARING DECISIONS AND THE SETTLEMENT AGREEMENT, filed April 24, 2006, (Doc. No. 82 in Civil No. 05-00247, Doc. No. 159 in Civil No. 04-00442) is **GRANTED IN PART AND DENIED IN PART**;

4. Plaintiffs' MOTION TO STRIKE DECLARATIONS FOR NON-COMPLIANCE WITH RULE 56(E), filed March 17, 2006, (Doc. 41 in Civil No. 05-00247, Doc. No. 116 in Civil No. 04-00442) is **DENIED**;

5. Plaintiffs' MOTION TO AMEND AND/OR SUPPLEMENT THE RECORD, filed August 17, 2006, (Doc. No. 131 in Civil No. 05-00247, Doc. No. 210 in Civil No. 04-00442) is **DENIED**.

A written order will issue.

It is further **ORDERED** that all future filings shall be filed only in Civil No. 04-00442, and not in Civil No. 05-00247.

The Clerk's Office is **DIRECTED** to make a final docket entry in Civil No. 05-00247 indicating that all future filings shall be made in Civil No. 04-00442.

IT IS SO ORDERED.

Submitted by: Mary Rose Feria, Courtroom Manager