# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK AND CV 05-00247HG-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. v. DOE |
| ATTYS FOR PLA: | Stanley E. Levin, Carl M. Varady |
| ATTYS FOR DEFT: | Holly T.M. Shikada, John T. Komeiji, Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 10/30/2006 | TIME: | 9:55 - 10 |

COURT ACTION:  EP: Status Conference held.  Awaiting Chief Judge Helen Gillmor's written order on various motions.

Further Status Conference is set for 12/1/2006 @ 9:00 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn W. Young, courtroom manager