# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/08/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK |
| CASE NAME: | Ann Kimball Wiles v. DOE |
| ATTYS FOR PLA: | Stanley E. Levin, Carl M. Varady |
| ATTYS FOR DEFT: | Holly T.M. Shikada, Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 01/08/2007 | TIME: | 9:47 - 9:55 |

COURT ACTION:  EP: Further Status Conference - new date given.  Court to prepare an amended scheduling order.

1. Non-jury trial on December 4, 2007 at 9:00 a.m. before HG
2. Final Pretrial Conference on October 23, 2007 at 9:00 a.m. before BMK
3. Final Pretrial Conference before District Judge Helen Gillmor on November 23, 2007 at 8:30 a.m.
4. Final Pretrial Statement by October 16, 2007
5. File motions to Join/Add Parties/Amend Pleadings by May 4, 2007
6. File other Non-Dispositive Motions by September 5, 2007
7. File Dispositive Motions by July 5, 2007 (Parties must meet and confer, as well as meet with the court, before a dispositive motion can to be filed.)
8a. File Motions in Limine by November 13, 2007
8b. File opposition memo to a Motion in Limine by November 20, 2007
11a. Plaintiff's Expert Witness Disclosures by June 5, 2007
11b. Defendant's Expert Witness Disclosures by July 5, 2007
12. Discovery deadline October 5, 2007
13. Settlement Conference set for October 3, 2007 at 10:00 a.m. before BMK
14. Settlement Conference statements by September 26, 2007
20.
21. File Final witness list by November 13, 2007
24. Exchange Exhibit and Demonstrative aids by November 6, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 13,

      2007
26.    File objections to the Exhibits by November 20, 2007
28a.   File Deposition Excerpt Designations by November 13, 2007
28b.   File Deposition Counter Designations and Objections by November 20, 2007
29.    File Trial Brief by November 20, 2007
30.    File Findings of Fact & Conclusions of Law by November 20, 2007

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager

CV 04-00442HG-BMK;
Ann Kimball Wiles v. DOE;
Rule 16 Scheduling Conference Minutes
01/08/2007