IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DEPARTMENT OF EDUCATION, )<br>STATE OF HAWAII, et al., )<br>)<br>Defendants. )<br>_____ ) | CV. NO. 04-00442 HG-BMK |

## AMENDED RULE 16 SCHEDULING ORDER

A further status conference regarding resetting trial date and other scheduling deadlines was held on January 8, 2007, before the Honorable Barry M. Kurren, United States Magistrate Judge. Appearing at the conference were Stanley E. Levin and Carl M. Varady for Plaintiffs and Holly T.M. Shikada and Gregg M. Ushiroda for Defendants.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this amended scheduling conference order:

**TRIAL AND PRETRIAL CONFERENCE SCHEDULING:**

**1.** **NON-JURY** trial in this matter will commence before the Honorable Helen Gillmor, United States District Judge on December 4, 2007, at 9:00 a.m.

**2.** A final pretrial conference shall be held on October 23, 2007, at 9:00 a.m. before the Honorable Barry M. Kurren, United States Magistrate Judge.

**3.** Counsel and parties pro se shall appear before the Honorable Helen Gillmor, United States District Judge for a pretrial conference in her courtroom on Friday, November 23, 2007 at 8:30 a.m. Counsel and parties pro se shall be prepared to discuss with Judge Gillmor the matters covered by this Order.

**4.** Pursuant to LR 16.6, each party herein shall serve and file a separate final pretrial statement by October 16, 2007.

**MOTIONS:**

**5.** All motions to join additional parties or to amend the pleadings shall be filed by May 4, 2007.

**6.** Other non-dispositive motions, except for motions in limine and discovery motions, shall be filed by September 5, 2007.

**7.** Dispositive motions shall be filed by July 5, 2007. (Parties must meet and confer, as well as meet with the court, before a dispositive motion can be filed.)

**8 a.** Motions in limine shall be filed by November 13, 2007.

  **b.** Any opposition memorandum to a motion in limine shall be filed by November 20, 2007.

**DISCOVERY:**

9. Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

10. (RESERVED)

11. Pursuant to Fed. R. Civ. P. 26(a)(2), each party shall disclose to each other party the identity and written report of any person who may be used at trial to present expert evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. The disclosures pursuant to this paragraph shall be according to the following schedule:

   **a.** All plaintiffs shall comply by June 5, 2007.

   **b.** All defendants shall comply by July 5, 2007.

Disclosure of the identity and written report of any person who may be called solely to contradict or rebut the evidence of a witness identified by another party pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure by the other party.

12. Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline shall be October 5, 2007. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by the discovery deadline. Unless otherwise

permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive and LR 26.1, 26.2 37.1 shall be heard no later than thirty (30) days prior to the discovery deadline.

**SETTLEMENT:**

**13.**     A settlement conference shall be held on October 3, 2007, at 10:00 a.m. before the Honorable Barry M. Kurren, United States Magistrate Judge.

**14.**     Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by September 26, 2007.  The parties are directed to LR 16.5(b) for the requirements of the confidential settlement conference statement.

15.     The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL SUBMISSIONS**:

16.     (RESERVED)

17.     (RESERVED)

18.     (RESERVED)

19.     (RESERVED)

20.   (RESERVED)

**WITNESSES:**

**21.**   By November 13, 2007, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

22.   The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

23.   The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**EXHIBITS:**

**24.**   By November 6, 2007, the parties shall premark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**25.**   The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by November 13, 2007.

26. By November 20, 2007, the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

**DEPOSITIONS:**

28 a. By November 13, 2007, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

b. Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by November 20, 2007.

**TRIAL BRIEFS:**

29. By November 20, 2007, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

## **PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

**30.** Each party shall serve and file proposed findings of fact and conclusions of law by November 20, 2007.

## **OTHER MATTERS**:

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: January 8, 2007

ANN KIMBALL WILES, ET AL. V. DEPARTMENT OF EDUCATION, STATE OF HAWAII, ET AL.; CV. NO. 04-00442 HG-BMK; AMENDED RULE 16 SCHEDULING ORDER.