ORIGINAL

Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
SUSAN K. DORSEY           7431-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX: 523-8448
E-mail: carl@varadylaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 7 2007

at 1 o'clock and 50 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>            Defendants. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' SIXTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION<br><br><br>(TRIAL DATE: December 4, 2007) |

## CERTIFICATE OF SERVICE RE PLAINTIFFS' SIXTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION

IT IS CERTIFIED that on March 27, 2007, one true and correct copy of Plaintiffs' Sixth Request for Admissions to Defendant Department of Education were duly served upon the following parties by hand delivery at their last known addresses:

Gary K. H. Kam, Esq.
Holly T. Shikada, Esq.
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

John T. Komeiji, Esq.
Gregg M. Ushiroda, Esq.
Watanabe Ing & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendant

DATED: Honolulu, Hawaii, March 27, 2007.

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
SUSAN K. DORSEY
CARL M. VARADY

Attorneys for Plaintiffs