386260.2

**MARK J. BENNETT**       #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**      #2487-0
**HOLLY T. M. SHIKADA**  #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**      #2498-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, ) <br><br> Plaintiffs, ) <br><br> vs. ) <br><br> DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, ) <br><br> Defendants. ) | CIVIL NO. CV 04-00442 HG/BMK <br> CIVIL NO. CV 05-00247 HG/BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> **CERTIFICATE OF SERVICE** <br><br> [RE: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DATED 03/27/2006] <br><br> **TRIAL: October 11, 2006** |

## CERTIFICATE OF SERVICE

I hereby certify that two copies of *Defendant Department of Education's Response to Plaintiff's Second Request for Production of Documents*, dated March 27, 2006, were duly served on the following attorneys by depositing same in the U.S. Mail, postage prepaid to their last known address on April 26, 2007:

> **STANLEY E. LEVIN, ESQ.**
> 400 Davis Levin Livingston Grand Place
> 851 Fort Street
> Honolulu, HI   96813
>
>         and
>
> **CARL M. VARADY, ESQ.**
> American Savings Bank Tower
> 1001 Bishop Street, Suite 2870
> Honolulu, Hawaii   96813
>
> Attorneys for Plaintiffs

DATED:   Honolulu, Hawaii, April 26, 2007.

>                   /s/ Gregg M. Ushiroda
>                   JOHN T. KOMEIJI
>                   GREGG M. USHIRODA
>                   LEIGHTON M. HARA
>
>                   GARY K.H. KAM
>                   GEORGE S.S. HOM
>                   HOLLY T. SHIKADA
>
>                   Attorneys for Defendants
>                   DEPARTMENT OF EDUCATION,
>                   State of Hawaii, and
>                   ALVIN RHO