Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN           1152-0
MICHAEL K. LIVINGSTON   4161-0
SUSAN K. DORSEY             7431-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY           4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX:  523-8448
E-mail:  carl@varadylaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                     Plaintiffs,<br>       vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>                     Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFF STANLEY BOND'S AMENDED RESPONSE TO DEFENDANT DEPARTMENT OF EDUCATION'S REQUEST FOR ANSWERS TO INTERROGATORIES TO STANLEY BOND DATED MARCH 3, 2006<br>(TRIAL DATE: December 4, 2007) |

**CERTIFICATE OF SERVICE RE: PLAINTIFF
STANLEY BOND'S AMENDED RESPONSE TO
DEFENDANT DEPARTMENT OF EDUCATION'S REQUEST
FOR ANSWERS TO INTERROGATORIES TO
STANLEY BOND DATED MARCH 3, 2006**

IT IS CERTIFIED that on May 10, 2007, one true and correct copy of Plaintiff Stanley Bond's Amended Response to Defendant Department of Education's Request for Answers to Interrogatories to Stanley Bond dated March 3, 2006 was duly served upon the following parties by hand delivery at their last known addresses:

    Gary K. H. Kam, Esq.
    Holly T. Shikada, Esq.
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

    John T. Komeiji, Esq.
    Gregg M. Ushiroda, Esq.
    Watanabe Ing & Komeiji LLP
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

    Attorneys for Defendant

    DATED:   Honolulu, Hawaii, May 10, 2007.

                                    /S/ STANLEY E. LEVIN
                                    _____
                                    STANLEY E. LEVIN
                                    MICHAEL K. LIVINGSTON
                                    SUSAN K. DORSEY
                                    CARL M. VARADY

    Attorneys for Plaintiffs