Of Counsel:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON    4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY          4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX:  523-8448
E-mail:  carl@varadylaw.com
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>     Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>     Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' AMENDED DISCLOSURE OF EXPERT WITNESSES PURSUANT TO RULE 26(a)(2), FRCP; DECLARATION OF STANLEY E. LEVIN; EXHIBITS "K" THROUGH "O" AND CERTIFICATE OF SERVICE<br><br>TRIAL DATE:  December 4, 2007<br>JUDGE:  HELEN GILLMOR |

## <u>PLAINTIFFS' AMENDED DISCLOSURE OF EXPERT</u>
## <u>WITNESSES PURSUANT TO RULE 26(a)(2), FRCP</u>

Pursuant to Rule 26(a)(2), Fed. R. Civ. Pro., and paragraph 11.a. of the Court's Rule 16 Scheduling Conference Order [filed January 9, 2007], Plaintiffs make the following amended disclosure of experts' reports/opinions to be presented in this case:

**1. Daniel B. LeGoff, Ph.D.**

Dr. LeGoff's Neurodevelopmental Evaluation dated June 17, 2005, report dated December 13, 2005 and Dr. LeGoff's curriculum vitae were all attached to the initial Expert Disclosure filed with this court on May 30, 2006. Dr. LeGoff's Neurodevelopmental Re-Evaluation which has been updated on June 1, 2007 and is attached hereto as Exhibit "K." Dr. LeGoff's hourly rate for non-testimonial work is $175.00 and his hourly rate for testimony at trial or deposition is $225.00.

**2. Loretta M. Lukens, M.D., R.N., C.R.R.N.**

Loretta Lukens' report dated May 6, 2006 and her curriculum vitae were all attached to the initial Expert Disclosure filed with this court on May 30, 2006. Loretta Lukens' report which has been updated on June 4, 2007 and is attached hereto as Exhibit "L." Loretta Lukens' hourly rate for non-testimonial work is $150.00 and her hourly rate for testimony at trial or deposition is $300.00.

### 3. Keynes D. Von Elsner, CPA

Keynes Von Elsner's report dated May 6, 2006 and his curriculum vitae were all attached to the initial Expert Disclosure filed with this court on May 30, 2006. Keynes Von Elsner's updated report will be submitted on or about June 8 or as soon as possible when Plaintiffs' counsel receives same from Mr. Elsner. Von Elsner's hourly rate for non-testimonial work is $110.00 and his hourly rate for testimony at trial or deposition is $220.00.

### 4. Betty Jo Freeman, Ph.D.

Betty Jo (B. J.) Freeman's Psychological Assessment dated July 22, 2006 through July 26, 2006, is attached as Exhibit "M". B. J. Freeman's report which has been updated on May 25, 2007 and is attached hereto as Exhibit "N." Attached hereto as Exhibit "O" is B. J. Freeman's curriculum vitae which list her qualifications and her publications. She has not testified as an expert at trial and in deposition within the preceding four years. B. J. Freeman's hourly rate for non-testimonial work and her hourly rate for testimony at trial or deposition is $350.00.

DATED: Honolulu, Hawai'i, June 5, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs