IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>             Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1. I am one of the named attorneys in the above captioned case.

2. Attached hereto as Exhibit "K" is a true and correct copy of Daniel B. LeGoff, Ph.D.'s report which was updated on June 1, 2007.

3. Attached hereto as Exhibit "L" is a true and correct copy of Loretta M. Lukens, M.D., R.N., C.R.R.N.'s report dated June 4, 2007.

4. Attached hereto as Exhibit "M" is a true and correct copy of Betty Jo Freeman, Ph.D.'s July 22, 2006 through July 26, 2006 report.

5. Attached hereto as Exhibit "N" is a true and correct copy of Betty Jo Freeman, Ph.D.'s report which was updated on May 25, 2007.

6. Attached hereto as Exhibit "O" is a true and correct copy of Betty Jo Freeman, Ph.D.'s curriculum vitae.

I declare under penalty of perjury that the above is true and correct.

Executed on the 5th day of June, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN

2