## DANIEL B. LEGOFF, PHD
LICENSED PSYCHOLOGIST — PEDIATRIC NEUROPSYCHOLOGIST

### Neurodevelopmental Re-Evaluation

**Name:** Bryan Wiles-Bond    **DOB:** 10/28/91    **Date of Evaluation:** 06/01/07

**Referral Source:** Bryan was referred for this re-assessment by his parents, Kim Wiles-Bond, and Dr. Stanley Bond, and his family attorney, Stanley Levin, Esq., in order to provide an update regarding Bryan's current functioning and educational, behavioral and remedial needs.

**Sources of Information:** Bryan was observed and interacted with at his current educational setting, Benicia Middle School, in Benicia, CA. Teaching and support staff were interviewed, including Bryan's special education teacher, Lisa Bogel, his individual aide, Brianna Maddox, and by telephone, his behavior specialist Christine Meade (both employed by contracted agency, Behavioral Counseling and Research Center).

Bryan was observed and interacted with at his home after school, his after-school support staff member, Donna, was interviewed and his parents were also interviewed, and they completed the Vineland Adaptive Behavior Scales (VABS) by interview. Based on observations and interactions with Bryan, he was rated on the Gilliam Autism Rating Scale, Second Edition (GARS-2). Bryan completed the following tests, in his classroom at Benicia Middle School, with the assistance of his aide, Ms. Maddox, who translated his ASL responses, and translated testing directions and provided positive reinforcement for compliance, when needed:

- Leiter-R International Performance Scale;
- Autism Diagnostic Observation Schedule (ADOS), Module 2;
- Test of Auditory Comprehension of Language, Third Edition (TACL-3);
- Expressive One-Word Picture Vocabulary Test (EOWPVT).

**Background:** Bryan is a fifteen and a half year old student with special needs who attends a self-contained autism classroom at Benicia Middle School. He lives in an intact family home with his parents and older brother, Will. There is extensive documentation of Bryan's past history, and this will not be repeated here. The following update presents relevant information regarding the current assessment.

At the time of my last evaluation of Bryan two years ago (06/18/05), Bryan was attending the private special needs program, Keystone School in Alicante, CA. According to the Wiles-Bond's, there were significant staffing and program issues there, in particular, the unavailability of ASL-trained direct care staff, which resulted in Bryan's transfer to his current educational placement. Bryan has a full-time ASL-trained aide, Ms. Maddox, and an autism consultant and behavior analyst, Ms. Meade. Bryan has a very structured daily schedule, with some flexibility in terms of taking breaks, or responding pro-actively to inappropriate behaviors.

Bryan's public school has agreed to allow him to continue to attend there this year and next, although technically he is old enough to be attending Benicia High School. This arrangement was made by the IEP team as the current setting and services were not apparently available in the high school, and to extend the positive learning environment at Benicia Middle School as long as possible. Bryan is currently working on expanding his ASL vocabulary and generalizing his current vocabulary to become as functional as possible. He also works on activities of daily living (ADLs) in the classroom, including brushing his teeth, toileting, and washing. Some mild inappropriate, disruptive and self-injurious behaviors are still noted, including periodically hitting his hand (he no longer bites it), pacing or running in the classroom, rubbing his eyes with saliva (periodically), genital touching, and loud vocalizations. At

JUN-05-2007(TUE) 13:57    0002    Case 1:04-cv-00442-ACK-BMK    Document 233-3    Filed 06/05/2007    Page 2 of 7    (FAX)8567841799    P. 002/007

Bryan Wiles-Bond                                                                                                                2

the time of this assessment, Bryan's genital touching was infrequent and easily redirected, and he was exhibiting very infrequent and mild self-injurious and aggressive/intimidating behaviors.

Bryan's mother expressed some concern about the effectiveness of the current educational interventions with regard to improving functional communication. She has not been seeing an increase in functional vocabulary despite the ASL drills in the classroom. At school, Bryan's independent, functional and spontaneous vocabulary consists entirely of single-word requests: "bathroom," "break," "walk," "more" and "pasta." At home he uses these signs as well as a number of other signs, including the following: "Me/I," "you," "go," "bath," "bed," "car," "TV," "video," "key," "soup," "medicine," and "covers." He also uses informal gestures, such as pointing, eye contact and facial expressions, and posturing. Bryan's parents reported that when motivated, Bryan will put together short phrases of up to four words, but not consistently. Most of the time he uses single words. Bryan has PECS cards in the classroom, and he can identify and use these when prompted, but he does not spontaneously communicate using PECS either in the classroom or at home. Bryan does not use spoken words at all, and can not give his own name, address or phone number.

Bryan continues to live in an intact family home with his parents, Kim Wiles-Bond, a school principal, and Dr. Stanley Bond, who is with the National Park Service, and his older brother Will. Bryan and Will do not interact much, and when Will is home, he tends to stay in his room while Bryan dominates the TV room. Bryan goes for walks with his father, and enjoys watching videos. He has a paraprofessional aide who watches him after school until his parents return home from work. Bryan continues to have significant incontinence issues, although there are no longer problems with volitional inappropriate voiding. He has nocturnal enuresis on most nights, with a dry night occurring only about once per week. He also has periodic incontinence on the school bus.

**Observations:** Bryan was initially observed in his classroom mid-morning where he was working with his aide. His teacher was present, but not interacting directly with Bryan, and there were no other students in the room for about an hour. Bryan presented as a very tall and mildly overweight teen, over six feet tall, and considerably over 200 pounds in weight, wearing basketball sweatpants and a hooded jersey with the hood pulled up. He had light brown hair and large brown eyes, with a fair complexion, with some mild redness around his eyes from repeated rubbing. He had apparently rubbed soap in his eyes a couple of days ago and this had triggered the cycle of rubbing his eyes with saliva, with exacerbation of the irritation. Bryan squinted and grimaced at times, suggesting some irritation or pain, but otherwise appeared cheerful and healthy.

Bryan worked appropriately with his aide, on ASL vocabulary drills using the Vocabulary Builder® picture card set, while I interviewed Ms. Bogel and Ms. Meade (by phone, from the classroom). Bryan responded positively to my approaching him, and he signed, "Hi," when I greeted him. Prior to initiating the testing, and while I interviewed Ms. Maddox, Bryan swung on a platform swing which was hung from the ceiling in the back of the classroom. Bryan then sat and cooperated with direct testing. I had asked Ms. Maddox to provide some form of reward for testing compliance, and Bryan was initially given a few pieces of candy on a variable ratio for responding. As it appeared that Bryan was responding without the need for the reward, we discontinued this, and he continued to respond appropriately with just verbal praise and encouragement.

Following the testing, some mainstream students arrived to have lunch with Bryan, but because of the testing, Bryan had not picked up his lunch yet. Ms. Maddox and I accompanied Bryan to the outdoor lunch windows, walking across the crowded and noisy campus where students were interacting, running, joking, and generally being loud and impulsive. Bryan showed no response to the milieu, although a few students greeted him along the way. At the lunch window, there was a long line-up, and Ms. Maddox took Bryan to the head of the line, and when noticed by the staff, Bryan stepped up and ordered his lunch, by pointing at items. He was greeted and praised by the staff for communicating appropriately.

Bryan ate lunch in his classroom. By this time, there were three staff, one other special needs student, and four mainstream volunteers in the room, all eating and chatting. Bryan did not interact with them, but sat with Ms. Maddox and focused on eating his lunch. He ate with his fingers, mouth open, and

repeatedly wiped his hands on his sweatshirt, leaving stains on his chest. Following lunch, he was prompted by Ms. Maddox to wash his hands, which he did independently but then needed to be prompted to fully dry his hands. He also brushed his teeth, which he completed independently, but then was prompted to clean his toothbrush.

Following lunch and washing up, Bryan sat and watched an interactive ASL video, "Family, Feelings and Fun," from "Signing Time." He sat calmly, occasionally prompted by Ms. Maddox to model the signs demonstrated on the video. Bryan responded appropriately when I said goodbye, and when I playfully tousled his hair, he did the same to me.

Back at the Wiles-Bond home a couple of hours later, I arrived just as Bryan was finishing his pasta-cheese and cereal snack, prepared by his home-based aide, Donna. On the way home from school, Bryan had had urinary incontinence on the bus and had needed to change his clothes. According to Donna, Bryan apparently over-fills his mouth while eating his favorite foods, and is quite messy with eating, but usually now eats with a spoon or fork appropriately. Bryan sat down to watch a cartoon video, one which Donna indicated he watches, "over and over." He did not appear to be paying much attention to the video, and occasionally got up and paced around the room, vocalizing, but not attempting to interact with either his aide or me. Bryan's brother Will was home, in his room, and he did not come out to greet or interact with Bryan during the time I was there.

**Testing Results:** Bryan's scores on the Leiter-R were very similar to his previous assessment results, with a full-scale IQ in the moderately delayed range, but with somewhat higher Fluid Reasoning and Spatial Visualization scores, both of which were in the mildly delayed range. Current scores are not significantly different from his previous results at the index and subtest levels.

**Leiter-R Visualization and Reasoning Battery Summary**

| Index | Standard Score | Percentile | Index | Standard Score | Percentile |
|---|---|---|---|---|---|
| Full IQ | 50 | < 0.1 | Fluid Reasoning | 62 | 1 |
| Brief IQ Screener | 54 | 0.1 | Spatial Visualization | 63 | 1 |

| Subtest | Scaled Score | Subtest | Scaled Score |
|---|---|---|---|
| Figure Ground | 3 | Design Analogies | 5 |
| Form Completion | 4 | Sequential Order | 2 |
| Repeated Patterns | 4 | Paper Folding | 3 |
| Figure Rotation | 4 | | |

**TACL-3 Summary**

TACL-3 Overall Age Equivalent = 3:2 years

| Subtests | Raw Score | Age Equivalent |
|---|---|---|
| Vocabulary | 16 | 3:6 |
| Grammatical Morphemes | 5 | 3:0 |
| Elaborated Phrases & Sentences | 4 | < 3:0 |

Bryan Wiles-Bond　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4

Bryan's receptive language comprehension, as assessed by the TACL-3, was also not significantly different from his previous results, although they are slightly higher overall. It was notable that Bryan was previously not able to respond accurately at all to phrases and sentences, while he got a total of 9 subtest items correct on the current testing, which indicates important progress on language comprehension. That is, Bryan is now able to understand and respond to phrases and simple sentences, rather than just single words.

Expressive One-Word Picture Vocabulary Test. Bryan's EOWPVT score was also improved from his previous assessment. On the current testing, his raw score was 22, which indicates a standard score (normative sample comparison) of below the 55th percentile, and with an age equivalence of 2:3 years. His previous test result indicated an age equivalent of 1:7 years. Unfortunately, although this indicates progress, it is below the normal maturation rate as Bryan gained only 6 months' developmentally in approximately two years chronologically.

ADOS. The ADOS diagnostic algorithm is scored according to whether specific abnormal behavioral features are observed, as opposed to behaviors typical of children with normal social and communication abilities. If a characteristic is observed to be clearly abnormal, it is given a score of "2". For characteristics which are clearly not in the normal range, but are also not clearly abnormal or autistic, they are scored "1". For characteristics for which the child exhibits clearly normal behavior, or there is no evidence of the autistic feature, they are scored "0".

---

**ADOS Module 2**

**Algorithm for DSM-IV/ICD-10 Autism Diagnosis**

| Communication | Score |
|---|---|
| Amount of Social Overtures/Maintenance of Att'n | 1 |
| Stereotyped/Idiosyncratic Use of Words or Phrases | 2 |
| Conversation | 2 |
| Pointing | 0 |
| Gestures | 1 |
| Communication Total | 6 |

(Autism cut-off – 5, Autism Spectrum cut-off – 3)

| Reciprocal Social Interaction | Score |
|---|---|
| Unusual Eye Contact | 0 |
| Facial Expressions Directed to Others | 1 |
| Spontaneous Initiation of Joint Attention | 2 |
| Quality of Social Overtures | 1 |
| Quality of Social Response | 0 |
| Amount of Reciprocal Social Interaction | 1 |
| Overall Quality of Rapport | 1 |
| Social Interaction Total | 6 |

(Autism cut-off – 6, Autism Spectrum cut-off – 4)

Communication + Social Interaction Total – 12
(Autism cut-off – 12, Autism Spectrum cut-off – 8)

Bryan Wiles-Bond                                                                                 5

| GARS-2 Summary | | | |
|---|---|---|---|
| Autism Index  106 (65th percentile) | | | |
| Subtest | Raw Score | Scaled Score | Percentile |
| Stereotyped Behaviors | 23 | 11 | 63 |
| Communication | 24 | 12 | 75 |
| Social Interaction | 23 | 10 | 50 |

Bryan's GARS-2 scores are generally comparable with his previous results on the GARS, with an overall average score compared with the normative sample of children with autism. His subscale scores are relatively unchanged, although his Social Interaction score is significantly higher than previously (7). This score suggests that Bryan's social interaction may be more characteristically autistic than it was two years ago.

| Vineland Adaptive Behavior Scales Summary | | | |
|---|---|---|---|
| | Standard Score | Percentile | Age Equivalent |
| Communication Domain | <20 | <0.1 | 2:0 |
| Receptive | | | 3:11 |
| Expressive | | | 1:9 |
| Written | | | 3:6 |
| Daily Living Skills Domain | <20 | <0.1 | 3:3 |
| Personal | | | 3:3 |
| Domestic | | | 3:3 |
| Community | | | 3:0 |
| Socialization Domain | <20 | <0.1 | 2:2 |
| Interpersonal Relationships | | | 1:9 |
| Play and Leisure Time | | | 2:1 |
| Coping Skills | | | 3:3 |

The current Vineland profile is generally comparable to the previous evaluation, although somewhat higher overall on the Communication and Daily Living Skills domains. These results are also slightly higher than the Vineland age equivalent scores reported by Dr. B.J. Freeman last year (07/06). Bryan made the strongest gains in the area of Receptive Communication. He showed some slight regression in two areas, however: Written Communication and Interpersonal Relationships. He also made no improvement on Expressive Communication.

**Diagnosis:**

|  |  |  |
|---|---|---|
| Axis I - | 299.00 | Autistic Disorder. |
| Axis II - | 318.0 | Moderate Mental Retardation. |
| Axis III - | | Asthma. |
| Axis IV - | | Social, communication and adaptive coping deficits. |
| Axis V - | | GAF = 55 (current). GAF = 55 (high for past year). |

**Conclusions and Recommendations:** Bryan is a fifteen and a half year old middle school student with special needs who was referred for this re-evaluation by his parents and their attorneys in order to provide an update regarding his current functioning and educational and remedial needs. Since the last evaluation two years ago (06/18/05), Bryan has shown significant and positive changes in terms of interfering and self-harmful behaviors, and generally appears to be better adjusted both at home and at school. He is in a supportive, appropriately structured classroom with an appropriately trained aide, and autism specialist consulting with his teacher and aide. He appears to be making good gains on daily structured teaching goals, however, his functional communication, social interaction, self-care and independent coping skills remain severely limited, and significantly below the level which would be expected based on his core cognitive abilities. Bryan has made some positive improvements in terms of receptive language comprehension, but his expressive abilities remain very limited. His area of greatest need continues to be social development, and he has made minimal gains in this area since his last evaluation, and in some respects he has regressed slightly.

Bryan continues to meet full diagnostic criteria for Autistic Disorder, and there has not been a significant change in his autistic pathology (his ADOS Module 2 total score and GARS scores are relatively unchanged). His core cognitive functioning continues to be in the moderately delayed range, with more severe impairments of adaptive functioning. The following issues were identified and these recommendations are offered:

- Bryan is relatively socially isolated from peers. With the exception of interactions with his parents and some school staff, Bryan does not engage in social interaction with others. There has been some attempt to utilize typically developing peers during unstructured times at school through reverse inclusion, however, these interactions are limited and are minimally reciprocal. There are no peers in Bryan's current classroom setting with which he could be expected to have any sort of ongoing interaction or relationship, and Bryan does not engage in peer-based learning or group instruction of any kind. It would be helpful to have appropriate peer models at school (including male peers) trained or coached to respond to and interact appropriately with Bryan, and to model appropriate compliance and social behaviors (e.g. eating, using a napkin, drying hands after washing, playing games).
- Bryan's community access, community safety, recreation and mobility are extremely limited. He may benefit from an increased focus on community-based instruction, including street and person-safety, accessing public settings, and participation in peer-based activities (e.g. Special Olympics or other special needs activities). Use of peer-based strategies, including coaching or training of peers with regard to interacting with Bryan, in community and recreational settings may also be useful in improving peer-modeling and functional communication.
- Bryan is not currently able to identify himself or give other identifying information (e.g. phone number, address). Pending a functional communication intervention to improve Bryan's self-identification skill, his parents and team should consider introducing an identification bracelet or necklace for safety purposes.
- Bryan has significant incontinence problems which are not being systematically addressed in any way. He has nocturnal enuresis almost every night, and at least weekly enuresis during his ride on the school bus. His parents and educational team are encouraged to implement a more pro-active and structured intervention to address this issue.
- Bryan's labeling and expressive ASL vocabulary appears to be well above his functional communication abilities, including his functional receptive vocabulary. This suggests that there may be issues with language comprehension which are not being addressed

Bryan Wiles-Bond                                                              7

through the use of picture labeling, i.e. not contextualizing or comprehending the meaning of gesture-picture associations beyond the completion of the instructional drills themselves. Bryan's team is encouraged to increase the focus on daily functional communication in all appropriate settings (home, classroom, school-wide, community) and with other individuals (peers, other school staff, community helpers).

- Use of sight-word reading, as well as use of expressive word-labels (i.e, written words as opposed to icons) may be useful in improving adaptive and functional communication. This will be especially important with regard to community access and safety training in community settings (e.g. identifying exits, information booths, store names, etc). Bryan may benefit from using some expressive written or icon tags or cards for school and community settings, in addition to ASL, which may not be universally understood. Cards or tags could be introduced which indicate, "Hi, my name is Bryan," "I need help," "Where is the bathroom?" etc.

- In order to address the social, communication and adaptive development issues (including enuresis problems) more effectively, it will be important for Bryan's consulting autism specialist to have consistent contact with both Bryan's parents, educational staff and home-based support staff. Implementation of home- and community-based interventions should be developed and implemented with supervision by the autism educational specialist or other qualified providers, as needed.

_____
Daniel B. LeGoff, PhD, LP
Director of Neuropsychology
Pediatric and Developmental Neuropsychologist
Adjunct Associate Professor