B. J. Freeman, Ph.D.  1
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient: **Bryan Wiles-Bond**
Date of Birth: 10/28/1991

---

DATE OF REPORT: May 25, 2007

MEASURES ADMINISTERED:
*Vineland-II Adaptive Behavior Scales* (Parent and Teacher Forms)
*Social Skills Rating Scale* (Parent and Teacher Forms)

ADDITIONAL SOURCES OF INFORMATION:
Interviews with Bryan's mother, Ms. Kimberly Wiles, and his father, Dr. Stanley Bond
Interview with Dr. Christine Meade, Behavior Consultant

REASON FOR REFERRAL: Bryan is a 15-year, 7-month-old child with a diagnosis of Autism Spectrum Disorder, who was previously evaluated by this examiner in July 2006. The reader is referred to that report for a detailed review of Bryan's developmental and diagnostic history. The purpose of this report is to update information regarding Bryan's current adaptive functioning. It is noted that the examiner was unable to evaluate Bryan personally, as she incurred a physical injury that prevented her from traveling. However, interviews were conducted by telephone between the examiner and Bryan's parents, and with Dr. Meade, who is the behavioral consultant for Bryan's program. In addition, measures needed for this assessment were completed by the parents and teacher, and were reviewed with the examiner.

SUMMARY OF INTERVIEW:

**Updated History:** Bryan's mother reported that in February 2007 Bryan was transferred to Benicia Middle School, where he attends a special day class for severely handicapped children. Prior to that, Bryan had been attending Alicante Keystone School in Elmira, California, which is a nonpublic school. At Keystone, Bryan had a one-to-one aide, Ms. Obi Uzoigye, who was fluent in sign language. When this aide left in the fall of last year, Bryan's behavior immediately deteriorated. His signing decreased and was less spontaneous. In addition, his work behavior deteriorated and he was less attentive. However, the school district failed to provide a signing aide until December 2006. The situation at Keystone continued to deteriorate, with multiple disruptions in the classroom, which encompassed children with severe behavior problems. As a result, Bryan was transferred to Benicia Middle School.

Since coming to Benicia, Bryan's behavior has begun to improve and he is beginning to recoup sign language that he had lost, clearly indicating how critical it is for Bryan to have an aide who signs fluently as an integral part of his program. Bryan now appears to be much happier at home as well, according to his mother, and is now beginning to initiate signs again. Although, she feels Bryan is still not back to where he was when he had a full time aide who signed.

The examiner also interviewed Dr. Christine Meade, who is the behaviorist who set up and provides consultation to Bryan's program in his special day class. Dr. Meade described Bryan


EXHIBIT N

B. J. Freeman, Ph.D. 2
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

as being very compliant. She noted that Bryan has worked extremely well with the reinforcement system implemented, and with the aide who signs. Bryan is being mainstreamed for part of the day and there are typical children who come into the severely handicapped class as well. Dr. Meade reported that Bryan is beginning to initiate more signs, is more spontaneous at school, and is showing improvement academically. Dr. Meade also noted that Bryan goes into the community as part of his program and is able to order food at the local Burger King restaurant, which has cooperated by having a picture icon system (based on the Picture Exchange Communication System) available for Bryan.

Although Bryan appeared to be doing well at the time of his previous evaluation, there still had been a need for a systematic behavior program. At this point, it would appear that while the behavior program has only been in place since February of this year, Bryan is beginning to regain some of his lost skills. The scenario that occurred over the past year further reinforces this examiner's initial opinion that it is mandatory for Bryan to have someone who signs with him at all times. Without this component in his program, Bryan clearly regresses and is then forced to work at developmental catch-up.

ADAPTIVE FUNCTIONING ASSESSMENT

**Vineland-II Adaptive Behavior Scales (Parent and Teacher Forms)**
Bryan's mother was interviewed using the *Vineland Adaptive Behavior Scales – Second Edition* to assess Bryan's independent functioning on a daily basis in the areas of: Communication, Daily Living Skills (e.g., self-help), and Socialization. Bryan's teacher also completed the Teacher Rating Form of this measure to assess Bryan's independent functioning at school. Scoring for the *Vineland Adaptive Behavior Scales* is as follows:

Standard Scores have a mean (average) of 100 and a standard deviation of 15 points. The *v*-Scale Score (in parentheses) ranges from 1 to 24, and has a mean of 15 and a standard deviation of 3. This allows one to compare the relative functioning of children to those in the normative population. Results presented are a quantitative average of adaptive functioning. The quantitative scores should be used as a baseline to guide appropriate intervention and to facilitate adaptive functioning. Further, decreased initiation and motivation relative to an individual's cognitive abilities may be attributed to the significant difference between cognitive abilities and adaptive functioning. Specifically, the *Vineland Adaptive Behavior Scales* is a measure of current functioning, not capabilities. Based on the answers provided, results were as follows:

B. J. Freeman, Ph.D.                                                                                          3
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient: **Bryan Wiles-Bond**
Date of Birth: 10/28/1991

---

|                                 | **Parent Report** Standard Score (v-Scale Score) | Percentile | **Teacher Report** Standard Score (v-Scale Score) | Percentile |
|---|---|---|---|---|
| Domain                          |                      |            |                      |            |
| **Communication**               | 47                   | <1st       | 48                   | <1st       |
| *Receptive*                     | (7)                  |            | (9)                  |            |
| *Expressive*                    | (3)                  |            | (7)                  |            |
| *Written*                       | (6)                  |            | (3)                  |            |
|                                 |                      |            |                      |            |
| **Daily Living Skills**         | 51                   | <1st       | 57                   | <1st       |
| *Personal*                      | (5)                  |            | (8)                  |            |
| *Domestic/Academic\**           | (8)                  |            | (6)                  |            |
| *Community*                     | (3)                  |            | (10)                 |            |
|                                 |                      |            |                      |            |
| **Socialization**               | 51                   | <1st       | 69                   | 2nd        |
| *Interpersonal Relationships*   | (5)                  |            | (8)                  |            |
| *Play and Leisure Time*         | (3)                  |            | (9)                  |            |
| *Coping Skills*                 | (8)                  |            | (11)                 |            |
|                                 |                      |            |                      |            |
| **Adaptive Behavior Composite** | 50                   | <1st       | 56                   | <1st       |

Communication: The *Receptive Language* subdomain measures not only the individual's understanding of language in the structured setting, but also how he/she understands language in the natural environment. The *Expressive Language* area measures the ability to use language in the natural environment, and *Written Language* is designed to measure how well the individual uses the written word to express himself.

Daily Living Skills: The area of *Personal* (self-help) skills is a measure of the individual's ability to care for day-to-day personal needs in the areas of self-care and hygiene. The *Domestic* subdomain measures the person's ability to help around the house, and *Community* assesses how the individual functions in the community. (\*As a counterpart to the *Domestic* subdomain, the Teacher Rating Form includes an *Academic* subdomain.)

Social Skills: The area of *Interpersonal Relationships* is a measure of the individual's ability to relate to other people of the same age. The area of *Play and Leisure Time* measures how the individual uses his/her leisure time skills, and *Coping Skills* looks at how the individual copes in/adapts to the natural environment.

Results indicate that parents and teacher generally agree on Bryan's areas of strengths and weaknesses. Bryan did receive somewhat higher scores in the more structured setting of school, which would be predicted because of his autism. Overall, Bryan has shown improvement in all areas of functioning since the time of the previous evaluation.

B. J. Freeman, Ph.D.                                                                                                              4
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

SOCIAL SKILLS BEHAVIORAL ASSESSMENT

**Social Skills Rating System Questionnaire (Parent & Teacher Forms, Elementary Level)**
The *Social Skills Rating System* (SSRS) *Questionnaires* were completed by Bryan's parents and his teacher to measure his performance in the areas of Social Skills and Problem Behaviors both at home and at school, and in the area of Academic Competence at school. This questionnaire is designed to measure how often the child exhibits certain social skills and how important those skills are to the child's development. It also uses a behavior rating scale, which allows parents to indicate if problem behaviors described are fewer, average or more than would be expected of a typically developing child. The SSRS has a mean of 100 and standard deviation of 50; the higher the score the more significant the behaviors.

Each of the domains has three to four subscales. The *Social Skills* scale measures positive social behaviors and includes the subscales: Cooperation, which looks at behaviors such as helping others, sharing, and complying with rules and direction; Assertion, which looks at initiating behaviors such as asking others for information, introducing one's self to others, and responding to the actions of others; and Responsibility, which includes behaviors that demonstrate ability to communicate with adults in a variety of settings, asking permission, use of others' property, and understanding rules. The *Problem Behaviors* scale measures behaviors that interfere with the development of positive social skills and includes the subscales: Externalizing Problems, such as aggression and poor temper control; Internalizing Problems, such as sadness and anxiety; and Hyperactivity, such as fidgeting and impulsivity. In the area of *Academic Competence*, the teacher rates the student's academic or learning behavior as observed in the classroom and as compared to others children in the same classroom.

Based on his parents' report, Bryan obtained a *Social Skills* score of 67 (less than 2nd percentile), and in the area of *Problem Behaviors*, he received a score of 86 (18th percentile). Based on the teacher's report, Bryan obtained a *Social Skills* score of 81 (10th percentile); a *Problem Behaviors* score of 97 (42nd percentile); and in the area of *Academic Competence*, he obtained a score of 81 (10th percentile).

Results on both the parent and school reports again are generally consistent. Bryan shows impaired social skill functioning, but does better at school than at home, which is not unusual. Further, reports indicate that Bryan is not exhibiting significant behavior problems at this time. In this examiner's opinion, this can be attributed to the fact that Bryan once again has been provided the support (i.e., an aide who signs) that he needs in order to communicate and be understood in his environment.

B. J. Freeman, Ph.D.  5
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient: **Bryan Wiles-Bond**
Date of Birth: 10/28/1991

---

SUMMARY: Bryan is a 15-year, 7-month-old boy who was referred for updated assessment of his social adaptive functioning. Bryan continues to present with behaviors and patterning of skills consistent with his diagnosis of Autistic Disorder. Recommendations prescribed by the examiner in July 2006 should remain in place for Bryan. Further, the regression last year (without a signing aide) and the progress toward regaining his skills that Bryan has made over the past months (with a new signing aide and a behavior plan) further substantiate this examiner's opinion that if Bryan had this type of intervention early on, his prognosis would have been very different. At this point, Bryan remains severely handicapped and continues to show the sequelae of the lack of appropriate early intervention.

It was a pleasure speaking with Bryan's family and following Bryan's progress. If I can provide any additional information at this time, please do not hesitate to contact me at 310-440-8543.

B. J. Freeman, Ph.D.
Professor Emerita of Medical Psychology
UCLA School of Medicine

**Wiles-Bond**
**510 Cooper Dr., Benicia, CA**
**707-653-1111**