IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on June 5, 2007, a true and correct copy of the PLAINTIFFS' AMENDED DISCLOSURE OF EXPERT WITNESSES PURSUANT TO RULE 26(a)(2), FRCP was duly served by hand delivery upon the following parties at their last known address:

    Gary K. H. Kam, Esq.
    George S.S. Hom, Esq.
    Holly T. Shikada, Esq.
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

Served by e-mail/electronic filing pursuant to the United States District Court, District of Hawaii CM/ECF Guide and hand delivered to:

John T. Komeiji, Esq.
Gregg M. Ushiroda, Esq.
Daniel K. Obuhanych, Esq.
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, June 5, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs