**MARK J. BENNETT**          #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**            #4391-0
**GEORGE S. S. HOM**         #2487-0
**HOLLY T. M. SHIKADA**      #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**          #2498-0
**GREGG M. USHIRODA**        #5868-0
**LEIGHTON M. HARA**         #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>      Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF TAKING CARA ENTZ'S DEPOSITION UPON ORAL EXAMINATION**<br><br>TRIAL: December 4, 2007 |

CERTIFICATE OF SERVICE RE: NOTICE
OF TAKING CARA ENTZ'S DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of Notice of Taking Cara Entz's Deposition Upon Oral Examination, dated June 6, 2007, was duly served on the following attorneys by hand-delivering same to their last known address:

    **STANLEY E. LEVIN, ESQ.**
    **MICHAEL K. LIVINGSTON, ESQ.**
    **SUSAN K. DORSEY, ESQ.**
    400 Davis Levin Livingston Grand Place
    851 Fort Street
    Honolulu, HI  96813

    and

    **CARL M. VARADY, ESQ.**
    American Savings Bank Tower
    1001 Bishop Street, Suite 2870
    Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, June 6, 2007.

                                          /s/ Gregg M. Ushiroda
                                        JOHN T. KOMEIJI
                                        GREGG M. USHIRODA
                                        LEIGHTON M. HARA

                                        GARY K.H. KAM
                                        GEORGE S.S. HOM
                                        HOLLY T. SHIKADA

                                        Attorneys for Defendants