Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX:  523-8448
E-mail:  carl@varadylaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' SECOND AMENDED DISCLOSURE OF EXPERT WITNESSES PURSUANT TO RULE 26(a)(2), FRCP; DECLARATION OF STANLEY E. LEVIN; EXHIBITS "P" AND "Q" AND CERTIFICATE OF SERVICE<br><br>TRIAL DATE:  December 4, 2007<br>JUDGE:  HELEN GILLMOR |

**PLAINTIFFS' SECOND AMENDED DISCLOSURE OF EXPERT WITNESSES PURSUANT TO RULE 26(a)(2), FRCP**

Pursuant to Rule 26(a)(2), Fed. R. Civ. Pro., and paragraph 11.a. of the Court's Rule 16 Scheduling Conference Order [filed January 9, 2007], Plaintiffs make one further amendment to their amended disclosure of experts' reports/opinions to be presented in this case.  As was indicated in Plaintiffs' Amended Disclosure of Expert Witnesses filed on June 5, 2007, Plaintiffs were to file with the court on June 8, 2007 the report of their expert Keynes D. Von Elsner, CPA.

Attached hereto as Exhibit "P" is Keynes D. Von Elsner,'s updated Curriculum Vitae.  Attached hereto as Exhibit "O" is Keynes D. Von Elsner's updated report (dated June 8, 2007) for future damages of life care plan reduced by costs incurred without neglect and CPI.

DATED:  Honolulu, Hawai'i, June 8, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs