IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1.  I am one of the named attorneys in the above captioned case.

2.  Attached hereto as Exhibit "P" is a true and correct copy of Keynes D. Von Elsner's curriculum vitae.

3.  Attached hereto as Exhibit "Q" is a true and correct copy of Keynes D. Von Elsner's report which was updated on June 8, 2007.

I declare under penalty of perjury that the above is true and correct.

Executed on the 8th day of June, 2007.

                  /S/ STANLEY E. LEVIN
                  _____
                  STANLEY E. LEVIN