*Keynes D. Von Elsner, CPA*
50 S. Beretania St., Suite C-113
Honolulu, Hawaii  96813
Ph. (808)-538-6904
Fax (808)-538-6851
E-Mail von@hawaii.rr.com


Curriculum Vitae


Professional

    Opened own CPA practice June 1, 1986, after resigning as a partner in Deloitte Haskins + Sells.  Presently serve approximately 140 individuals, 50 corporations, 40 trusts and 25 partnerships/LLCs.  Became a partner in Deloitte Haskins + Sells on June 1, 1982 after rising through the ranks beginning January 1, 1973.  While at DH&S received firmwide recognition for tax expertise in real estate construction and development, partnerships, tax shelters, and accounting periods and methods.  Previous employment included 4.5 years with two other CPA firms, 1.5 years as an instructor in accounting and business with two business schools, and 1.5 years as an accountant with a large automobile dealership.

    Licensed as a CPA in Hawaii since October, 1970.  Certified as a Certified Valuation Analyst by NACVA in February, 2007.

Litigation Support

    Have testified or been deposed in the following matters within the last four years:
- Farrow v. Sunra Coffee, U.S. District Court, Honolulu, Hawaii(retained by defendant) **
- Meyers v. Dept. of Education, State of Hawaii & County of Hawaii - Circuit Court of the Third Circuit, Hawaii (retained by plaintiff) *
- Nakashima v. Prudential - U.S. District Court (retained by plaintiff) **
- C. Huang & T. Huang v. HCRMS & Dr. K. Vu - Circuit Court of the First Circuit, Hawaii (retained by plaintiff) **
- Dr. Michael Healy v. Honolulu Medical Group - arbitration (retained by Dr. Healy, who was plaintiff as to some matters and defendant as to other matters) *
- AOAO The Cliffs at Princeville v. Premier Resorts - arbitration (retained by plaintiff) **/*
- Richard Himmelman v. USAA Insurance  - arbitration (retained by plaintiff) **/*
- Douglas Rogers, M. D. v. Edward B. Kinports, M. D. - Circuit Court of the Third Circuit, Hawaii (retained by plaintiff) **

* testified
** deposed



In 2006 I served as accounting expert to a panel of arbiters in Wilson v. Patel

Prior to 2003 I testified in thirteen instances and was deposed in sixteen instances. I was also deposed in two instances in the 1980s in matters involving a former employer in which I was only peripherally involved.

Professional Memberships

    National Society of Accountants
    Hawaii Association of Public Accountants
    National Association of Tax Professionals
    National Association of Forensic Economics
    National Association of Certified Valuation Analysts

Education
    MBA, Accounting major, University of Hawaii 1975
    BBA, Accounting major, University of Hawaii 1965
    Two year general degree, Michigan State University 1962
    Hilo High School, 1960

Honors
    Beta Gamma Sigma
    Outstanding Senior in Accounting, University of Hawaii
    Hawaii Accounting Foundation Award
    Honor Student, Hilo High School