## *Keynes D. Von Elsner, CPA*

50 S. Beretania St., Suite C-113
Honolulu, Hawaii 96813
Ph. (808) 538-6904
Fax (808) 538-6851
E-Mail von@hawaii.rr.com

Re:   Bryan Wiles-Bond
      DOB: 10/28/91

Report prepared by Keynes D. Von Elsner, CPA on June 8, 2007

Future Damages of Life Care Plan

Reduced by Costs Incurred without Neglect (2 pgs)

CPI (1 pg)



EXHIBIT Q

Bryan Wiles-Bond
Future Damages of Life Care Plan
Reduced By Costs Incurred without Neglect

Page 1 of 2

| | Costs to Be Incurred | | Costs Without Educational Neglect | Damages | | Present Value Factor | Present Value | |
|---|---|---|---|---|---|---|---|---|
| | Low | High | | Low | High | | Low | High |
| 2007 | 80,323 | 80,323 | 24,680 | 55,643 | 55,643 | 0.9953970 | 55,387 | 55,387 |
| 2008 | 240,969 | 240,969 | 74,040 | 166,929 | 166,929 | 0.9704562 | 161,997 | 161,997 |
| 2009 | 240,969 | 240,969 | 74,040 | 166,929 | 166,929 | 0.9461404 | 157,938 | 157,938 |
| 2010 | 240,969 | 240,969 | 74,040 | 166,929 | 166,929 | 0.9224339 | 153,981 | 153,981 |
| 2011 | 240,969 | 240,969 | 74,040 | 166,929 | 166,929 | 0.8993213 | 150,123 | 150,123 |
| 2012 | 240,969 | 240,969 | 74,040 | 166,929 | 166,929 | 0.8767879 | 146,361 | 146,361 |
| 2013 | 221,135 | 226,135 | 50,960 | 170,175 | 175,175 | 0.8548190 | 145,469 | 149,743 |
| 2014 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.8334006 | 59,171 | 84,173 |
| 2015 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.8125189 | 57,689 | 82,064 |
| 2016 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.7921604 | 56,243 | 80,008 |
| 2017 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.7723119 | 54,834 | 78,004 |
| 2018 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.7529609 | 53,460 | 76,049 |
| 2019 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.7340946 | 52,121 | 74,144 |
| 2020 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.7157011 | 50,815 | 72,286 |
| 2021 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.6977685 | 49,542 | 70,475 |
| 2022 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.6802851 | 48,300 | 68,709 |
| 2023 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.6632399 | 47,090 | 66,987 |
| 2024 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.6466217 | 45,910 | 65,309 |
| 2025 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.6304199 | 44,760 | 63,672 |
| 2026 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.6146241 | 43,638 | 62,077 |
| 2027 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.5992240 | 42,545 | 60,522 |
| 2028 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.5842098 | 41,479 | 59,005 |
| 2029 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.5695718 | 40,440 | 57,527 |
| 2030 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.5553006 | 39,426 | 56,085 |
| 2031 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.5413869 | 38,438 | 54,680 |
| 2032 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.5278219 | 37,475 | 53,310 |
| 2033 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.5145968 | 36,536 | 51,974 |
| 2034 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.5017030 | 35,621 | 50,672 |
| 2035 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.4891323 | 34,728 | 49,402 |
| 2036 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.4768766 | 33,858 | 48,165 |
| 2037 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.4649279 | 33,010 | 46,958 |
| 2038 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.4532787 | 32,183 | 45,781 |
| 2039 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.4419213 | 31,376 | 44,634 |
| 2040 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.4308485 | 30,590 | 43,516 |
| 2041 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.4200531 | 29,824 | 42,425 |
| 2042 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.4095282 | 29,077 | 41,362 |
| 2043 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.3992671 | 28,348 | 40,326 |
| 2044 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.3892630 | 27,638 | 39,316 |
| 2045 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.3795096 | 26,945 | 38,330 |
| 2046 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.3700006 | 26,270 | 37,370 |
| 2047 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.3607299 | 25,612 | 36,434 |
| 2048 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.3516914 | 24,970 | 35,521 |
| 2049 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.3428794 | 24,344 | 34,631 |
| 2050 | 121,960 | 151,960 | 50,960 | 71,000 | 101,000 | 0.3342882 | 23,734 | 33,763 |
| 2051 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.3259122 | 16,022 | 25,799 |

Bryan Wiles-Bond  
Future Damages of Life Care Plan  
Reduced By Costs Incurred without Neglect

Page 2 of 2

|  | Costs to Be Incurred | | Costs Without Educational Neglect | Damages | | Present Value Factor | Present Value | |
|---|---|---|---|---|---|---|---|---|
|  | Low | High |  | Low | High |  | Low | High |
| 2052 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.3177462 | 15,620 | 25,153 |
| 2053 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.3097847 | 15,229 | 24,523 |
| 2054 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.3020227 | 14,847 | 23,908 |
| 2055 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2944552 | 14,475 | 23,309 |
| 2056 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2870773 | 14,113 | 22,725 |
| 2057 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2798843 | 13,759 | 22,156 |
| 2058 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2728715 | 13,414 | 21,601 |
| 2059 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2660344 | 13,078 | 21,059 |
| 2060 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2593686 | 12,751 | 20,532 |
| 2061 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2528699 | 12,431 | 20,017 |
| 2062 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2465340 | 12,120 | 19,516 |
| 2063 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2403568 | 11,816 | 19,027 |
| 2064 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2343344 | 11,520 | 18,550 |
| 2065 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2284629 | 11,231 | 18,085 |
| 2066 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2227385 | 10,950 | 17,632 |
| 2067 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2171576 | 10,675 | 17,190 |
| 2068 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2117165 | 10,408 | 16,759 |
| 2069 | 121,960 | 151,960 | 72,800 | 49,160 | 79,160 | 0.2064117 | 10,147 | 16,340 |
| 2070 | 101,633 | 126,633 | 60,667 | 40,966 | 65,966 | 0.2021704 | 8,282 | 13,336 |
|  | 8,437,696 | 10,147,696 | 3,775,227 | 4,662,469 | 6,372,469 |  | 2,662,184 | 3,428,413 |

Assumptions:  
 Damages are measured from July 1, 2007  
 Bryan's date of birth is 10/28/91.  
 Costs to Be Incurred - Low & High are based on Cost Summary prepared by Loretta Lukens on 6/4/07, which showed annual costs of 240,969.48 from age 15 through age 22 and then a low and high range of costs per year for the rest of Bryan's life span of 121,960 to 151,960.  
 Costs without Educational Neglect are as set forth by Dr. LeGoff in his letter dated 12/13/05.  
 I understand Dr. LeGoff has found that Bryan's life expectancy will be to age 79.  
 The present value factor is based on the 20-Year Treasury Inflation-Indexed Security, Constant Maturity series obtained from the St. Louis Federal Reserve Bank website. The rate on 6/6/07 was 2.57%. Since principal on these obligations are adjusted for inflation, they provide an accurate, discount rate excluding the effects of inflation. Accordingly, it is unnecessary to adjust the amounts in the table for the effects of future inflation.  
 To the extent the damages consist of medical care, the damages are understated, because inflation in medical care has significantly exceeded the general inflation rate.

CPI

| Year | CPI |
|---|---|
| 2006 | 3.2 |
| 2005 | 3.4 |
| 2004 | 2.7 |
| 2003 | 2.3 |
| 2002 | 2.4 |
| 2001 | 2.8 |
| 2000 | 3.4 |
| 1999 | 2.2 |
| 1998 | 1.6 |
| 1997 | 2.3 |
| 1996 | 3.0 |
| 1995 | 2.8 |
| 1994 | 2.6 |
| 1993 | 3.0 |
| 1992 | 3.0 |
| 1991 | 4.2 |
| 1990 | 5.4 |
| 1989 | 4.8 |
| 1988 | 4.1 |
| 1987 | 3.6 |
| 1986 | 1.9 |
| 1985 | 3.6 |
| 1984 | 4.3 |
| 1983 | 3.2 |
| 1982 | 6.2 |
| 1981 | 10.3 |
| 1980 | 13.5 |
| 1979 | 11.3 |
| 1978 | 7.6 |
| 1977 | 6.5 |
| 1976 | 5.8 |
| 1975 | 9.1 |
| 1974 | 11.0 |
| 1973 | 6.2 |
| 1972 | 3.2 |
| 1971 | 4.4 |
| 1970 | 5.7 |
| 1969 | 5.5 |
| 1968 | 4.2 |
| 1967 | 3.1 |
| 1966 | 2.9 |
| 1965 | 1.6 |
| 1964 | 1.3 |
| 1963 | 1.3 |
| 1962 | 1.0 |
| 1961 | 1.0 |
| 1960 | 1.7 |
| 1959 | 0.7 |
| 1958 | 2.8 |
| 1957 | 3.3 |
| 1956 | 1.5 |
| 1955 | (0.4) |
| 1954 | 0.7 |
| 1953 | 0.8 |
| 1952 | 1.9 |
| 1951 | 7.9 |
| 1950 | 1.3 |
| average | 3.87 |

Source - Bureau of Labor Statistics