387816.1
**MARK J. BENNETT        #2672-0**
Attorney General, State of Hawaii
**GARY K.H. KAM          #4391-0**
**GEORGE S. S. HOM       #2487-0**
**HOLLY T. M. SHIKADA    #4017-0**
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI       #2498-0**
**GREGG M. USHIRODA     #5868-0**
**LEIGHTON M. HARA      #7826-0**
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**<br><br><br><br>**TRIAL: December 4, 2007** |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Leighton M. Hara, Esq. of the law firm of Watanabe, Ing & Komeiji LLP hereby enters an appearance on behalf of Defendants in the above-captioned matter.

Mr. Hara hereby requests to be included in service of all future pleadings, documents and other papers served in this proceeding, including electronic filings. Copies of said pleadings, documents and other papers served or filed herein should be served as follows:

>JOHN T. KOMEIJI, ESQ.
>GREGG M. USHIRODA, ESQ.
>LEIGHTON M. HARA, ESQ.
>First Hawaiian Center, 23rd Floor
>999 Bishop Street
>Honolulu, Hawaii 96813

DATED:  Honolulu, Hawaii, June 8, 2007.

>   /s/ Leighton M. Hara
>JOHN T. KOMEIJI
>GREGG M. USHIRODA
>LEIGHTON M. HARA
>
>GARY K.H. KAM
>GEORGE S.S. HOM
>HOLLY T. SHIKADA
>
>Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>      Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>**TRIAL: December 4, 2007** |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on June 8, 2007:

        **STANLEY E. LEVIN, ESQ.**
        **MICHAEL K. LIVINGSTON, ESQ.**
        **SUSAN K. DORSEY, ESQ.**
        400 Davis Levin Livingston Grand Place
        851 Fort Street
        Honolulu, HI  96813

           and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, June 8, 2007.

    /s/ Leighton M. Hara
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants