**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA**  #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**      #2498-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of: 1) Notice of Taking Deposition Upon Written Questions (Custodian of Records for Keynes D. Von Elsner, CPA), dated June 15, 2007; 2) Notice of Taking Deposition Upon Written Questions (Custodian of Records for Kimberly Smalley, Ph.D.), dated June 15, 2007; 3) Notice of Taking Deposition Upon Written Questions (Custodian of Records for Daniel LeGoff, Ph.D.), dated June 15, 2007; 4) Notice of Taking Deposition Upon Written Questions (Custodian of Records for Loretta M. Lukens, M.N., R.N., C.R.R.N.), dated June 15, 2007; and, 5) Notice of Taking Deposition Upon Written Questions (Custodian of Records for Betty Jo Freeman, Ph.D.), dated June 15, 2007, were duly served upon to the following attorneys by mailing same, U.S. Postage pre-paid, on June 15, 2007:

> STANLEY E. LEVIN, ESQ.
> MICHAEL K. LIVINGSTON, ESQ.
> 400 Davis Levin Livingston Grand Place
> 851 Fort Street
> Honolulu, HI  96813
>
>     and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, June 15, 2007.


                        /s/ Gregg M. Ushiroda
                        JOHN T. KOMEIJI
                        GREGG M. USHIRODA
                        LEIGHTON M. HARA

                        GARY K.H. KAM
                        GEORGE S.S. HOM
                        HOLLY T. SHIKADA

                        Attorneys for Defendants

Ann Kimball Wiles, et al. vs. Department of Education, State of Hawaii, et al.; Civil No. 04-00442 HG/BMK and Civil No. 05-00247 HG/BMK (Consolidated); **Certificate of Service**

- 3 -