CARL M. VARADY
American Savings Bank Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai'i 96813
Telephone 808 523-8447
Facsimile 808 523-8448
e-mail: carl@varadylaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>Defendants. | CV04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>STIPULATION TO MODIFY RULE 16 SCHEDULING CONFERENCE ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES |

**STIPULATION TO MODIFY RULE 16 SCHEDULING CONFERENCE ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES**

Pursuant to Rule 16, Fed. R. Civ. Pro., and LR 6.2 and 10.4, the

parties, through their undersigned attorneys, hereby stipulate to extend the dates for disclosures of expert evidence as set forth in the paragraph 11 of the Court's Amended Rule 16 Scheduling Order [Filed January 9, 2007] as follows:

Pursuant to Fed. R. Civ. Pro. 26(a)(2), each party shall disclose to each other party the identity and written report of any person who may be used at trial to present expert evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. The disclosures shall be according to the following schedule:

a. Plaintiff shall comply by June 12, 2007.

b. All defendants shall comply by July 12, 2007.

c. Disclosure of the identity and written report of any person who may be called solely to contradict of rebut the evidence of a witness identified by another party pursuant to subparagraphs a and b above shall occur within thirty (30) days after the disclosure by the other party.

//
//
//
//
//
//

DATED: Honolulu, Hawai'i, June \_\_\_\_\_, 2007.

_/s/ Carl M. Varady_  
CARL M. VARADY  
STANLEY E. LEVIN

Attorneys for Plaintiffs  
ANN KIMBALL WILES  
STANLEY BOND  
BRYAN WILES-BOND

_/s/_  
JOHN T. KOMEIJI  
GREGG M. USHIRODA  
LEIGHTON M. HARA  
HOLLY T. SHIKADA

Attorneys for Defendants  
STATE OF HAWAII

APPROVED AND SO ORDERED:

_/s/_  
UNITED STATES MAGISTRATE JUDGE

---

**KIMBALL, et al., v. STATE OF HAWAI'I, CV04-00442 HG/BMK; STIPULATION TO EXTEND RULE 16 EXPERT DISCLOSURE DEADLINES**