# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442HG-BMK |
| CASE NAME: | Ann Kimball Wiles and Stanley Bond, Vs. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | Carl Varady |
| ATTYS FOR DEFT: | Gregg Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | None |
| DATE: | 06/26/2007 | TIME: | 9:30am-9:37am |

COURT ACTION:  EP: Status Conference regarding Scheduling Deadlines-Defendant's Oral Request to file a Motion for Summary Judgment-is hereby Granted.  The Motion for Summary Judgment is to be filed by 7/12/2007.  Court will allow a one week extension of the Deadline to file Dispositive Motions from 7/5/2007 to 7/12/2007.

Submitted by Leslie L. Sai, Courtroom Manager