388687.1

**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**     #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**     #2498-0
**GREGG M. USHIRODA**     #5868-0
**LEIGHTON M. HARA**     #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO's SUPPLEMENTAL EXPERT DISCLOSURES; EXHIBITS "A" - "D"; and CERTIFICATE OF SERVICE**<br><br>TRIAL: December 4, 2007<br><br>JUDGE: The Honorable Helen Gillmor |

**DEFENDANTS DEPARTMENT OF EDUCATION
AND ALVIN RHO'S SUPPLEMENTAL EXPERT DISCLOSURES**

Come now Defendants DEPARTMENT OF EDUCATION and ALVIN RHO (collectively "Defendants"), by and through their attorneys, WATANABE ING & KOMEIJI LLP, and hereby submit their supplemental expert disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedures and the Court's Rule 16 Scheduling Conference Order filed January 9, 2007.

Attached hereto are the respective supplemental submissions for the following experts:

- A. Richard S. Goka, M.D., Report dated June 22, 2007, attached as Exhibit "A";
- B. Richard S. Goka, M.D., Testimony as of June 2007, attached as Exhibit "B";
- C. Bryna Siegel, Ph.D., Report dated June 25, 2007, attached as Exhibit "C"; and
- D. Bryna Siegel, Ph.D., curriculum vitae, attached as Exhibit "D".

The prior expert reports and curricula vitae of Dr. Goka and Dr. Siegel were filed with this Court on June 30, 2006 in Defendants' Expert Disclosures.

Defendants reserve the right to call all expert witnesses named by Plaintiffs and name rebuttal witnesses as

necessary. Defendants reserve the right to name additional expert witnesses as necessary and to submit additional, supplemented and/or amended expert reports as warranted by further investigation and discovery.

DATED: Honolulu, Hawaii, July 5, 2007.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants
