Richard S. Goka, MD
Testimony, ~~April~~ June 2007

| YEAR | PATINET | Testimony Date | LAW FIRM | CITY | STATE | | | | | Opposing Counsel |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2007** | | | | | | | | | |
| 2007 | Villagrana, Magdalena | Depo 6/18/07 | Paul Welchans | Bakersfield | CA | | Plantiff | Leg | Auto v. ped | Plantiff expe: Eileen Deimerly |
| 2007 | Cabrara, Sylvestre | Depo 5/8/07 | Ed. Chatooian | Kings | CA | | Plantiff | Anoxic, Nec | WC cave in | Treating McCormick |
| 2007 | Amador, John | Depo 4/30/07 | Anthony Petru | Santa Clara | CA | | Plantiff | TBI, neck, et | Train | Plantiff expes Guichoadd, et.al. |
| 2007 | Fosnot, Jack | Depo 2/20/07 | Ralph Smith | Sacramento | CA | | Plantiff | Back | WC/auto | Plantiff Expe Matheny, Sears, et.al. |
| 2007 | Rodriguez, Christian | Depo 2/5/07, Testify X | Weakley, Ratliff, et | Fresno | CA | | Defense | Anoxic | Hanging | Defense Exp: Robt. Patch |
| | **2006** | | | | | | | | | |
| 2006 | Bonillas, LeRoy | Nov 28, 2006 Depo | Susan Medina | Fresno | CA | | Plantiff | BI | WC | Treating SCIF |
| 2006 | Verdugo, Demisia | Oct 19, 2006 depo - set | Tim Lamucchi | Bakersfield | CA | | Plantiff | Decub | Elder abuse | Plantiff expe: /Pat Osborn |
| 2006 | DaSilva Richard | 10/31/06 Depo | Susan Madina | Fresno | CA | | Plantif | BI | WC | Workers com tom Leath SCIF |
| 2006 | Shibazian, Lindsay | Testify 12/12/06 | Stuart Tabak | Modesto | CA | | Plantiff | CRPS | MVA | Plantiff Expert |
| 2006 | Kupukaa, Janis | Depo 6/13/06 Settled | Mark Kamitomo | Honolulu | HI | | Plantiff | Blind | Med mal | Plantiff expert |
| 2006 | Maciel, Ignasio | Depo 5/2 | ?? | Fresno | CA | | plantiff | Back | WC | Treating Zenith |
| | **2005** | | | | | | | | | |
| 2005 | Lamas, Moises | Testify 2/2/06 | Phil Bianco | Visalae | CA | | Defense | Back | WC fraud | Defense Exp: DA |
| 2005 | Wiley, David | Depo 10/25/05 Settled | Dorothy Carol | Fresno | CA | | Plantiff | neck/back | MVA | Plantiff Expe: Mardirosian, et.al. |
| 2005 | La Porta, Susan | Depo 4/19/06 settled | Anthony Klein | St. Louis | MO | | Plantiff | Back | WC | Plantiff Expe [St. Louis] |
| 2005 | Speakman, Robert | 9/15/05 depo-Settled | Lee Marshall | Bakersfield | CA | | Defense | back, knee | WC acc | Defense Exp: Klein, et.al |
| 2005 | Hermasilio, Juan | depo 8/30/05- settled | Craig A. Edmonsto | Bakersfield | CA | | Plantiff | Crush Injury | Cave in | ~~Plantiff Expert~~ |
| 2005 | Rodriguez, Frank | Depo 5/20/05 Settled | Dorothy Carroll | Fresno | CA | | Plantiff | BI, HA | MVA | Treating Robt Bettencourt. |
| 2005 | Sumlin, Sammy | Depo 4/28/05 Settled | Steve Clifford | Bakersfield | CA | | Defense | Neck | Train | Defense Exp: Anthony Petru |
| 2005 | Glenn, Roger | Depo 10/13/05 Testify | Greg Muir | Stockton | CA | | Plantiff | BI, Upper Ex | Fall | Plantiff Expe Richard Morton, Haight Brown |
| 2005 | Buentipo, Reuybas | Depo 4/7/05 settled | Charles Fell | Honolulu | HI | | Defense | BI | abuse | Defense Exp: O'Brian/Allen Williams |
| 2005 | Katz, Carri | Arb. 1/17/05 | Stuart Chandler | Fresno | CA | | Plantiff | Neck, etc. | MVA | Treating R. Marc Stamper |
| | **2004** | | | | | | | | | |
| 2004 | Duenez, David | Depo 5/19/05; 10/18/05 | David Draheim | Oakland | CA | | Plantiff | Back | Fall | Plantiff Expe Lombardi, et.al |
| 2004 | Simpson, Bonnie | Depo 3/1/05 | Roger Vehrs | Bakersfiedl | CA | | Plantiff | PVS | Med Mal | Plantiff Expe Jurich/Lampe |
| 2004 | Branch, Reba | Dep 5/9/05-Settled | Richard Berman | Fresno | CA | | Plantiff | Neck Back, l | MVA | Plantiff Expe JR Ovideo |
| 2004 | Ansig, Susie | Depo 11/4/04-Settled | Stuart Chandler | Fresno | CA | | Plantiff | Neck with Di | MVA | Treating Greg Mason, McCormick |
| 2004 | Ehoff, Brice | Depo 8/30/04 Settled | Warren Paboojian | Fresno | CA | | Plantiff | Neck with F? | MVA | Plantiff Expe Jim Emmerson |
| 2004 | Lorenzo, Anthony | Dep 8/23/04- Settled | Greg Goodwin | Merced | CA | | Plantiff | Multiple trau | Fall | Plantiff Expe Charles Brunn |
| 2004 | Graham-Carter, Barbara | 9/2/04 depo-Settled | Robt Williams | Fresno | CA | | Plantiff | Neck, Shoulc | MVA | Treating Malcolm Stewart |
| 2004 | Legare, Aaron | 8/20/04 Depo-Summar | Geoge Hom | Honolulu | HI | | Defense | Downs | | Defense Expert |
| 2004 | Torres, Paul | 8/15/04 Depo Settled | Rod McCelland | Fresno | CA | | Plantiff | Pain | MVA | Plantiff Expe Thomas Georgouses |
| 2004 | Fuller, Cindy | 7/2/04 Depo | Bryan Henry | | FL | | Plantiff | BI | MVA | Treating Leon Brunet |
| 2004 | Dolittle, Jacque | 7/15/04 Depo-Settled | David Cohn | Fresno | CA | | Plantiff | Pain-?RSD | Fall | Plantiff Expe R. Church |
| 2004 | Guerra, Raquel | 5/20/04 deop Settled | Dorothy Carroll | Fresno | CA | | Plantiff | BI | Fall | Treating David Overstreet |
| 2004 | Collins, Robert | Depo 2/10/05 | Gerald Sugarman | Fresno | CA | | Plantiff | Anoxia- | Med Mal | Plantiff Expert |
| 2004 | Stewart, Alexander | 4/27/2004 depo-Settled | Gerald Sugarman | Fresno | CA | | Plantiff | BI-Anoxic | Med Mal | Plantiiif Exp: Geo Strausser |
| 2004 | Graham, Rose | 4/29/04 depo-Settled | Will. Clark | Fresno | CA | | Plantiff | SDH-BI | Fall | Plantiff Expert |
| 2004 | Kampf, Robert | 3/23/04 Depo-settled | Ralph Smith | Fresno | CA | | Plantiff | Neck-fusion | MVA | Plantiiif Exp: Paul Auchard |
| 2004 | Oliver, Kimberly | 3/9/04 Depo, Testify 3/ | John Morris JR | Fresno | CA | | Plantiff | Neck, back, S | MVA | Treating Michael Czeshinski |
| 2004 | Sato, Debra | 2/25/04 Depo-Settled | Brian Murphy | Denver | CO | | Plantiff | FX neck - M | MVA | Treating Daniel McCune |
| 2004 | Holler, Robert | 2/17/04 Depo, Testify : | Penner | Fresno | CA | | Plantiff | RSD | Auto v. ped | Treating |

EXHIBIT "B"

Richard S. Goka, MD
Testimony, April 2007
June

| Year | Name | Date/Status | Attorney | City | State | Side | Injury | Type | Role | Opposing |
|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | Robinson, Sue | 2/10/04 depo Settled | Oren & Paboojian | Madera | CA | Plaintiff | Neck-FX | MVA | Treating | Maniarcsian, et al. |
| 2004 | Naauao-Kealoha, Tyson | 11/10/03 Depo | Charles Fell | Wailuku | HI | Defense | TBI | MVA | Defense Exp | Joy Yanagaida |
| 2003 | Elkins, Diore | 10/9/03 Testify | Wagner & Jones | Fresno | CA | Plaintiff | Neck-Back | MVA | Plaintiff | Presthold & Fidone |
| 2003 | Martin, Uleysses | 6/17/03 Depo 9/9/03 Tr.Netzler | | Fresno | CA | Plaintiff | SCI | Fall | Plaintiff Expe | Cooper & Hoppe |
| 2003 | Gomez, Robert | 9/8/02 SS Hearing | Richard Barrons | Visalia | CA | Plaintiff | RDS | Social Sec | Plaintiff Expert | |
| 2003 | Larsen, Roselee | 6/15/03 Depo Settle | Tom Tusan | Fresno | CA | Plaintiff | CRPS | MVA | Treating | |
| 2003 | Avidesian, Kristine | 6/19/03 Depo Settle | W. Papoogian | | CA | Plaintif | Neck/Back | Work accident | Treating | McCormick Barstow |
| 2003 | Clegg, Gheri | 5/20/03 Depo Settled | Andrew Jones | Mariposa | CA | Plaintiff | Back | Slip & Fall | Plaintiff Expe | David Wall & Asso. |
| 2003 | Armstrong, Joel Phillip | 3/27/03 depo | Eric Oren | Fresno | CA | Plaintiff | Back | MVA | Treating | McCormick Barstow |
| 2003 | Ewald, Tammy | 4/3/03 Depo | Ed Chaloian, Esq | Fresno | CA | Plaintiff | Back/Stomac | Industrial | Treating | Eric Emanuels, esq. |
| 2003 | Rivera, Manual | 2/18/03 Depo | Robt Bergstrom | Fresno | CA | Plaintiff | Back, Hip | MVA | Treating | William Kronenberg |
| 2003 | Melcher, Karen | 1/6/03 Depo-Settled | Wynn Herron | Fresno | CA | Plaintiff | Neck/Back | MVA | Treating | Allstate |
| 2002 | | | | | | | | | | |
| 2002 | Salisbury, Ken | 9/17/02 Depo-Settled | Renee Sample | Fresno | CA | Plaintiff | Neck/Back | Auto | Treating | Cooper & Hoope |
| 2002 | Cane, Benjamin | 1/9/03 Depo-Settled | Sharon Highhower | Merced | CA | Defense | Neck | Auto | Defense Expert | |
| 2002 | Landrano, James | Test 8/30/02 | Rod McCelland | Fresno | CA | Plaintiff | Back | Auto | Treating | J. Stone |
| 2002 | Cano, Fernando | Depo 7/12/02 Test 7/25 | Silvia Lopez | Bakersfield | CA | Plaintiff | Neck | Third Party | Plaintiff Expe | Steve Clifford |
| 2002 | Arroyo, Luis | Depo 1/16/03 - Settled | Mario Beltrano | Monterrey | CA | Defense | Amp. | Med Mal | Defense Exp | Robt Gottesman |
| 2002 | Thompson, Cheryl | Depo 6/20/02, Testify 3 | Melvin Bell | Fresno | CA | Plaintiff | Neck/Back | Auto | Treating | |
| 2002 | Stovall, Dedrionne | Depo 6/17/02-settled | Gerald Sugarman | Fresno | CA | Plaintiff | Encepho. | Med mal | Plaintiff Expert | |
| 2002 | Wilkie, Lyndia | Depo 6/12/02, Test 6/1 | Oliver Robinson | Bakersfield | CA | Defense | Back | Auto | Defense Exp | Anthony Kline |
| 2002 | Hurley, Kenneth | Depo 4/25/02 | baker mattock | Fresno | CA | Plaintiff | Polio | Third Party | Treating | Craig Trippel |
| 2002 | Hernandez, Jose | Depo 2/28/02 | Eric Wenzel, YPKI | Fresno | CA | WC - Agreed eval | Workers Comp | | | |
| 2002 | McComb, Tammy | Depo 2/27/02 | James Sanchez | Fresno | CA | Plaintiff | Neck/MS | Auto | Treating | Linda Bosquez-Florez |
| 2002 | Neil, Brandon | Depo 2/15/02-Settled | Carol Moses | Fresno | CA | plaintiff | Knee inj | Third Party | Plaintiff Expe | Greg |
| 2002 | Guerrero, Berth | Depo 2/20/02-Settled | Randy Yamamoto | Honolulu | HI | Defense | Multiple trau | Auto v bike | Defense Exp | Ian Mattlock |
| 2002 | Ingram, Ingrid | Depo 6/21/02 Test 7/15 | Dennis McPherson | Sacramento | CA | Defense | Anoxia | Med Mal | Defense Expert | |
| 2001 | | | | | | | | | | |
| 2001 | Glidewell, Paul | Depo 12/18/01 Settled | David Cohn | Bakersfield | CA | Plaintiff | Low Back | Third Party | Plaintiff Expert | Larry Shaparzian |
| 2001 | Eisman, Kandi | Depo 9/27/2001 | None | Fresno | CA | Plaintiff | SI/LB | Auto | Treatin | Michael Malley |
| 2001 | Oberle, Michael | Depo- Settled | Jocelyn Abares | Hilo Hi | HI | Defense | Foot | Third Party | Defense Exp | Bruce Larsen |
| 2001 | Thang (tok), Rory | 9/17/04 depo settled | Rod Veery | Hi | HI | Plaintiff | Anoxia | Med Mal | Plaintiff Expe | Vicent Rhodes |
| 2001 | Miner, Mary T. | Depo 7/20/01- Settled | Charles Throspon | Salt Lake Ci | Ut | Defense | TBI | Bicycle | Defense Exp | Ed Havas, |
| 2001 | Bryant, Gerold | Depo 7/11/01-Settled | David Milligan | Fresno | CA | Plaintiff | Thumb | MVA | Plaintiff Expert | |
| 2001 | Beech, Melissa | Depo 7/31/01-Settled | Grabriela Alger | Santa Clara | CA | Plaintiff | TBI | Fall | Plaintiff Expe | Richard Idell |
| 2001 | Jackson, Janelle | Depo 6/27/01 | Jeff Brekhus | Fresno | CA | Plaintiff | Neck-should | WC-3rd Part | WC Treating | Gordon Parks |
| 2001 | Knoll, Lois | Depo 6/13/01 | Gary Hill | Fresno | CA | Plaintiff | neck | WC | Treating | Yrulegui |
| 2001 | Thompson, Christopher | Depo 7/17/01-Dismiss | John LaPlante | Sacramento | CA | Defense | BI | Altercation | Defense Exp | Jess Bedore III |
| 2001 | Costner, Patricia | Depo 2/5/01 | Cole, Fisher, et al | Fresno | CA | Plantiff | TMJ-Pain | WC | Treating | Dave Parker |
| 2001 | Antone, M | Depo 2/20/01-Settled | J. Rodney Veray | Honolulu | HI | Plantiff | Paraplegia | Med Mal | Plaintiff Expert | |