DEPARTMENT OF PSYCHIATRY &
THE CHILDREN'S CENTER AT
LANGLEY PORTER PSYCHIATRIC INSTITUTE
401 PARNASSUS AVENUE
SAN FRANCISCO, CA 94143-0984

THE AUTISM CLINIC
BRYNA SIEGEL, PH.D., DIRECTOR
ADJ. PROFESSOR, DEPT. PSYCHIATRY
OFFICE PHONE: 415-476-7321
CLINIC PHONE:: 415-476-7385
FAX:    415-476-7160/ 415-821-1189
E-MAIL:  BRYNA.SIEGEL@UCSF.EDU



University of California San Francisco

## CURRICULUM VITAE
(revised 5/1/07)

**Name:**          **BRYNA SIEGEL, Ph.D.**

**Position:**      Director, Autism Clinic/ Childrens' Center at Langley Porter
                   Adjunct Professor II, Department of Psychiatry,
                   University of California, San Francisco

**Address:**       Langley Porter Psychiatric Institute, Box CAS (Room LP-132)
                   401 Parnassus Avenue, University of California, San Francisco
                   San Francisco, California 94143-0984

                   Voice: 415-476-7321/ 415-845-6575
                   Fax: 866-656-5932
                   e-mail:  bryna.siegel@ucsf.edu

## EDUCATION:

| | | | |
|---|---|---|---|
| 1971-1974 | New College, Sarasota, FL | 1974 | B.A. Clinical Psychology |
| 1975-1977 | Stanford University, Stanford, CA | 1977 | M.A. Education |
| 1975-1980 | Stanford University, Stanford, CA | 1980 | Ph.D. Child Development |
| 1980-1981 | Boys Town Center for the Study of Youth Development, Stanford, CA | | Post-doctoral Fellowship in Adolescent Development |
| 1982 | Stanford University School of Medicine, Stanford, CA | | Post-doctoral Fellowship in Psychiatric Research Methods |
| 1983-1984 | Stanford University School of Medicine, Stanford, CA | | Post-doctoral Fellowship in Developmental Psychopathology |

EXHIBIT "D"

**PRINCPAL POSITIONS HELD:**

2001-____    ADJUNCT PROFESSOR, Department of Psychiatry,
             Langley Porter Psychiatric Institute, University of California, San Francisco;
             DIRECTOR, Autism Clinic
             CO-DIRECTOR, Autism and Neurodevelopment Research Clinic.
             (Adjunct Professor II in July, 2004)
1995-2001    ASSOCIATE ADJUNCT PROFESSOR, Department of Psychiatry,
             Langley Porter Psychiatric Institute, University of California, San Francisco;
             DIRECTOR, Pervasive Developmental Disorders Clinic.
             (Associate Adjunct Professor II in July, 1997)
1989-1995    ASSISTANT ADJUNCT PROFESSOR, Department of Psychiatry,
             Langley Porter Psychiatric Institute, University of California, San Francisco;
             DIRECTOR, Pervasive Developmental Disorders Clinic.
1985-1989    SENIOR RESEARCH ASSOCIATE, Department of Psychiatry and
             Behavioral Sciences, Stanford University School of Medicine
1984-1985    RESEARCH ASSOCIATE, Department of Psychiatry and Behavioral
             Sciences, Stanford University School of Medicine

**HONORS AND AWARDS:**

1983-1984    Scottish Rite Foundation
1985-1990    John Merck Fund Scholar
1989         Site Coordinator/Field Investigator:  DSM-III-R Field Trials/ Autistic Disorder
1994         Certificate of Acknowledgement, California State Senate
1994         Site Coordinator/Field Investigator:  DSM-IV Field Trials/ Autistic Disorder
1996         Certificate of Acknowledgement, California State Department of Education
1996 &1997   Certificate of Appreciation, Autism Society of America
1997         Certificate of Appreciation, MAAP-More Advanced Autistic People
2002         California Governor's Blue Ribbon Panel on Autism
2004         $250,000 private donation for JumpStart demonstration research program
             $5,000 Gellert Foundation donation for JumpStart research
2006         $30,000 Autism Speaks Foundation for JumpStart First Annual Conference

**MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS:**

Society for Research in Child Development (1976-present)
American Psychological Association (1980-present)
        Member- Developmental Division (1980-present)
        Member- Developmental Disabilities Mental Retardation Division (1990-present)
Autism Society of America (1983-present)

International Society for Research in Child & Adolescent Psychiatry & Psychology

**MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS (continued):**

International Society for Research in Child & Adolescent Psychiatry & Psychology (1998-present)
International Society for Autism Research (2007-present)
California Applied Behavior Analysis Association (1997-present)


**INVITED LECTURESHIPS (Academic/ Hospitals/ Professional Societies) (last 5 years):**
       **(See Appendix A Of CV For A Full List Of Public Lectures)**

      **International:**
2002        Autism Society of Denmark, Skive, Denmark (plenary)
2004        Geneva Centre, Toronto, Canada (Invited talk)

      **National:**
2003        Children's Hospital of Seattle, University of Washington (Plenary)
2003        Carle Clinic/ Carle Foundation Hospital, Champaign-Urbana, Illinois (Plenary)
2004        Penn State University (Invited Workshop)
2004        American Academy of Pediatrics (session)
2004        Yale Child Study Center, Yale University (Grand Rounds)
2004        Autism Society of Minnesota (plenary)
2005        American Academy of Family Practice (session)
2005        Autism Society of America, Nashville, TN (invited talk)
2005        Providence Hospitals/ Child Center, Portland, OR (invited workshop)
2006        Keynote: National Association of the Dually Diagnosed (plenary)
2006        Hawaii Dept. of Education, Pearl City. Oahu (invited workshop)
2006        Texas Department of Education/ Plano, Texas Schools (plenary)
2006        American Association of Educational Therapists (invited talk)

      **California:**
2002        Keynote: MIND Institute, UC Davis (plenary)
2004        UCSF Continuing Medical Education in Family Practice (invited talk)
2004        Calif. Assn. of School Psychologists (invited workshop)
2004        UCSF Continuing Medical Education in Develop. & Beh. Pediatrics (plenary)
2005        San Mateo Co. Mental Health (Grand Rounds)
2006        Developmental Disabilities Council, Redding, CA (invited talk)
2006        University of Calif., Berkeley School of Education, School Psychology (plenary)
2006        BBK Special Education and the Law Fall Workshop, Ontario, CA (plenary)

**SERVICE TO PROFESSIONAL PUBLICATIONS  and ORGANIZATIONS:**

**Journal Referee:**

*Journal of Autism and Developmental Disorders* (1993-)
*Journal of the American Academy of Child & Adolescent Psychiatry* (2003-)
*Autism* (1997-)
*Journal of Child Psychology and Psychiatry* (1996-)
*Journal of Child Psychology and Psychiatry (2003-)*
*European Journal of Child Psychiatry (2003-)*
*Infants and Young Children* (1995-)
*Child Development (*1998-)
*Biological Psychiatry (2006-)*

**Board Membership:**

*National:*  Autism Society of America Foundation Scientific Advisory  Board (1998-2004)
*Local:*     JumpStart Learning to Learn (Founder and Board Member 2005-)

**GOVERNMENT AND OTHER PROFESSIONAL SERVICE:**

**Grant Reviewing:**

National Institute of Mental Health (2001- )
        STAART Development Study Section: Aug. 2001
        STAART Study Section: March, 2002
        SBIR Study Section:  August, 2003
        CPDD Study Section: June, 2004, July, 2005
        SEP Study Section: July, 2007
Autism Society of America Foundation (1998-2004)

**Presentations at Invited NIH Scientific Meetings:**

NIH Conference on Screening and Diagnosis for Autism (Nov 8, 1999)
NIH Conference on Research Priorities in Autism Treatment (Sept. 5, 2002)

**Court Appointments and Qualifications:**
Qualification as expert witness in over 100 state Fair Hearings, Superior Court,  and Court of
        Appeals cases on services for the developmentally disabled (including several civil and
        criminal cases) in several states and two Canadian provinces.

**Consultancies to Elementary and Secondary Education (last 10 years):**
Orange County, CA Office of Education (1997,1998, 1999, 2001, 2006)
South West SELPA, Los Angeles County, CA (1999, 2001, 2005, 2006)
San Francisco USD, (1997-present) San Francisco, CA
Los Angeles Unified School District (1999, 2002, 2005, 2006)
Hawaii Department of Education (districts in Oahu, Maui, Kauai, Kona-Kailua,HI) (1999-present)
Wichita Public Schools, Wichita, KS (2004)
Arizona Dept. of Education, Phoenix, AZ  (2004)
Cambrian Unified School District (San Jose, CA) (2004)
Newark Unified School District (Newark, CA) (2004)
San Ramon Valley USD, San Ramon, CA (2004-2006)
Panama-Buena Vista School District, Bakersfield, CA (2005)
Sanger Unified School District, Sanger, CA (2005)
Downey Unified School District, Downey, CA (2005)
Mt. Diablo USD, Concord, CA (2005)
Oregon Dept. of Education, Eugene, Portland, OR (2005)
Sonoma Co. Office of Education (2005)
Plano Texas Public Schools (2006)
Dublin USD, Dublin CA (2006)
Los Altos USD, Los Altos, CA (2006)
San Mateo Co. Office of Education (2006-)
Rocklin Unified School District, Rocklin, CA (2006-7)
Humboldt County Office of Education (2007)
Pasa Robles Unified School District, Pasa Robles, CA (2007)

**Developmental Disabilities Consultancies (last 10 years):**

<u>International</u>
Forensic: Ontario/ British Columbia
Programmatic: Alberta/ Nova Scotia/ New Brunswick
<u>US</u>
Kern Regional Center, Bakersfield, CA (2002-present)
(Including twice monthly 2 hour videotelemedicine conferences as part of a CA Dept. Dev. Services outreach to under-served areas grant)
Central Valley Regional Center, Fresno, CA (1997, 2002)
Tri-Counties Regional Center, Santa Barbara, CA (1999, 2002)
Regional Center of Orange County Santa Ana, CA (2001-2)
Harbor Regional Center, Los Angeles, CA (2001)
Golden Gate Regional Center, San Francisco, CA (2002)
Redding Developmental Disabilities Area Board (2006)

**Committee Service (2001-2003):**
**International:**
    CAIRN: Canadian Autism Intervention Resource Network (2000-2001)
**State:**
    California Early Start/ CEITAN (1997-2000)
    California State Autism Diagnostic Standards Committee (2001-2003)
    California Dept. of Developmental Services Director's Advisory Committee & Governor's
        Blue Ribbon Panel on Autistic Spectrum Services, (2001-2)
    California State Autism Treatment Standards Committee (2005-)
**University:**
    Chancellor's Advisory Committee on Child Care (2005- )
    Langley Porter Compensation Plan Advisory Committee (1999-2001)
    Faculty Welfare Committee (2002- )
    Science Education Partnership Mentor (2005-)
    Women's Faculty Mentoring Association (2005-)


**RESEARCH AND CREATIVE ACTIVITIES:**

**BOOKS:**

1983 Siegel-Gorelick, B. *The Working Parents Guide to Child Care*, Little Brown, Inc.,
    Boston.

1994 Siegel, B. & Silverstein, S. *What About Me?  Growing Up With a Developmentally
    Disabled Sibling.* New York: Insight Books, Plenum Press (republished by Perseus
    Press).

1996 Siegel, B. *The World of the Autistic Child: Understanding and Treating Autistic
    Spectrum Disorders*. New York: Oxford University Press. *(over 60,000 sold).*

2003  Siegel, B. *Helping Children with Autism Learn: Treatment Approaches for Parents
    and Professionals.* New York: Oxford University Press.
    Reviewed in: *Library Journal* (starred) (15,000 sold in first 4 months)

2007  Siegel, B. *Getting the Best for Your Child with Autism:  A Expert's Guide to
    Treatment.*   New York: Guilford Press (Fall, 2007).

**RESEARCH AND CREATIVE ACTIVITIES:**
      **BOOK CHAPTERS (including Review Articles):**

1991  **Siegel**, B. 'Diagnostic assessment of autistic disorder using a standardized play session,' in C. Schaefer, K. Gitlin & A. Sandgrund (eds.), *Play Diagnosis and Assessment,* New York:  John Wiley & Sons.  (Pages 331-374.)

1991  **Siegel**, B. 'Toward DSM-IV:  Taking a developmental approach to autistic disorder,' in J. H. Beitchman & M. Konstantareas (eds.), *Developmental Disorders: Psychiatric Clinics of North America*, Vol. 14, No. 1, March, Phila.:  W.B. Saunders. Pages 53-68.)

1996  **Siegel**, B. 'Atypical ontogeny: Atypical development from a developmental perspective' (pgs. 38-58). in N Cohen, JH Beitchman, R Tannock & M Konstantareas (Eds.) *Language, Learning and Behavior:  Emerging Perspectives.* Cambridge: Cambridge University Press.

1997  **Siegel**, B. 'Parent responses to the diagnosis of autism: Mourning, coping, and adaptation' in D. Cohen & F. Volkmar (Eds.) *Handbook of Autism and Pervasive Developmental Disorders- Second Edition,* pgs. 745-766.  New York: John Wiley & Sons.

2001  **Siegel**, B, Hayer, C & Tanguay, P 'Treatment of Pervasive Developmental Disorders', Chapter 6, Vol. 1, pgs. 65-90. In E. Weller & J McDermott, & G Gabbard (Eds*.) Treatment of Psychiatric Disorders, 3rd Ed.,* Washington, DC, American Psychiatric Association Press.

2005  **Siegel**, B & Ficcaglia, M 'Autistic Spectrum Disorders: Etiology, Diagnosis, Treatment and Prognosis'. In M. Hersen, JC Thomas &  RT Ammerman (Eds.) Comprehensive Handbook of Personality and Psychopathology, New York: John Wiley.

2007  **Siegel**, B & Ficcaglia, M, Tanguay, P 'Treatment of Pervasive Developmental Disorders', In E. Weller & J McDermott, & G Gabbard (Eds*.) Treatment of Psychiatric Disorders, 4rd Ed.,* Washington, DC, American Psychiatric Association Press (in press).

**TESTS:**

2004  Siegel, B.  Pervasive Developmental Disorders Screening Test-II.  Psychological

Corporation/ Harcourt Assessment.
(The PDDST-II has been adopted by some states as standard autism screening protocol and is also being use nationally and internationally in case-finding epidemiological efforts.)


## RESEARCH AND CREATIVE ACTIVITIES:
### PEER REVIEWED PUBLICATIONS (oldest to most recent):

1982 Duke P, Gross RT, Dornbusch S, Carlsmith M, Martin J & Siegel-Gorelick B 'Educational correlates of early and late sexual maturation', *Journal of Pediatrics,* 100, 4, 633-637.

1984 Rosenfeld A, Siegel-Gorelick, B et al. 'Parental perceptions of age changes in children's modesty' *Psychiatry,* 47,4.

1984 Dornbusch S, Carlsmith M, Duncan P, Gross RT, Martin J, Ritter P, **Siegel**-Gorelick B 'Sexual maturation, social class, and the desire to be thin among adolescent females', *Journal of Developmental and Behavioral Pediatrics,* 5,6, 308-314.

1985 **Siegel** B, Anders T, Ciaranello RD, Bienenstock B & Kraemer HC 'Empirical subclassification of the autistic syndrome', *Journal of Autism and Developmental Disorders,* 16, 3, 475-491.

1986 Rosenfeld A, **Siegel** B, & Bailey R 'Familial bathing patterns: Implications for case of alleged molestation and for pediatric practice' *Pediatrics*, 79,2.

1987 Rosenfeld A, Bailey R, **Siegel** B, Bailey G 'Delineating incest: Frequency of children touching parents genitals in a non-clinical population', *Journal of the American Academy of Child and Adolescent Psychiatry,* 25,4, 481-484.

1988 **Siegel** B, Pliner C, Eschler J, Elliott GR 'How children with autism are diagnosed: Difficulties in the identification of children with multiple developmental delays', *Journal of Developmental and Behavioral Pediatrics,* Aug.

1989 **Siegel** B, Vukicevic J, Elliott GR, & Kraemer HC 'An assessment of the DSM-III-R criteria for autistic disorder using signal detection theory', *Journal of the American Academy of Child and Adolescent Psychiatry,* 28, 4, 542-548.

1990 Spitzer RL & **Siegel** B 'The DSM-III-R field trials for pervasive developmental disorders', *Journal of the American Academy of Child and Adolescent Psychiatry,* 26,6, 855-862.

**RESEARCH AND CREATIVE ACTIVITIES:**
    **PEER REVIEWED PUBLICATIONS (continued):**

1990 **Siegel** B, Vukicevic J & Spitzer RL 'Using signal detection theory to revise DSM-III-R: Reanalysis of the DSM-III-R field trials data for autistic disorder', *Journal of Psychiatric Research, 4, 301-311.*

1990 Vukicevic J & **Siegel** B 'Pervasive developmental disorder in monozygotic twin boys: Evidence for a multifactorial etiology', *Journal of the American Academy of Child and Adolescent Psychiatry, 29,6, 897-900.*

1992 Waterhouse L Wing L Spitzer RL & **Siegel** B 'Pervasive developmental disorders: From DSM-III to DSM-III-R'. *Journal of Autism and Developmental Disorders, 22,4, 1-11.*

1994 Volkmar, F, Klin, A, **Siegel**, B, Szatmari, P, Lord, C, Campbell, M, Freeman, BJ, Cicchetti, DV, Rutter, M, Kline, W, Buitelaar, J, Hattab, Y, Fombonne, E, Fuentes, J, Werry, J, Stone, W, Kerbeshian, J, Hoshino, Y, Bregman, J, Loveland, K, Szymanski, L, Towbin, K, 'Field Trial for Autistic Disorder in DSM-IV', *American Journal of Psychiatry, 151:9, 1361-1367.*

1995 **Siegel,** B 'Brief Report: Assessing allegations of sexual molestation made through facilitated communication'. *Journal of Autism and Developmental Disorders, 25, 3, 319-326.*

1996 **Siegel,** B 'Is the emperor wearing clothes? Social policy and the empirical support for full inclusion of children with disabilities in the preschool and early elementary grades'. *Social Policy Report: Society for Research in Child Development, 10, 2/3, 2-17.*

1996 Milbrath, C. & **Siegel,** B. 'Perspective taking in the drawings of a talented autistic child'. *Visual Arts Research, 22,2, 56-75.*

1997 Horowitz, MJ, **Siegel,** B, Holen, A, & Bonnano, G 'Diagnostic criteria for pathological grief disorder' *American Journal of Psychiatry, 154:7, 904-910.*

1998 Sheinkopf S & **Siegel** B 'Effects of very early intensive behavioral intervention for autistic children'. *Journal of Autism and Developmental Disorders, 28,1,15-23.*

1998 **Siegel,** B & Zimnitsky, B 'Facilitated communication and auditory integration training: A critical review of two non-mainstream treatments for language disorder associated with autistic spectrum disorders' (Invited) *Journal of Speech-Language Pathology & Audiology, 22,2,61-70.*

**RESEARCH AND CREATIVE ACTIVITIES:**
    **PEER REVIEWED PUBLICATIONS (continued):**

1999  **Siegel**, B. 'Using a developmental theory to develop and assessment treatment for autistic spectrum disorders' (invited) *Infants and Young Children* , 12, 2, 27-36.

1999  **Siegel,** B. 'What we still don't know, and what we need to know about intensive behavioral interventions for autism' Reply to Pomeranz. Letter to the Editor. *Journal of Autism and Pervasive Developmental Disorders.*

1999  **Siegel**, B. 'Desperate parents and autism cures' Letter to the Editor. *Wall Street Journal*, March 24, 1999.

1999  Heyman, M, Lightdale, J, Adelman, RB, Glidden, D, **Siegel**, B, Elliott, GR 'Patterns of gastrointestinal symptoms in children with autism'. *Gasteroenterology*, 116:A554.

2000  **Siegel**, B 'Commentary on 'Lack of benefit of a single dose of synthetic human secretin in the treatment of autism and pervasive developmental disorder' (in *NEJM*), *Evidence-Based Mental Health*, 3,2.

2000  **Siegel**, B. 'Treatment Models and Treatment Practice for Autistic Spectrum Disorders'. *Advocate: Autism Society of America*, Winter, 2000.

2001  **Siegel**, B. 'Quality of Life for Families with a Child with Autism: Preventing Mental Separations and Legal Divorce'. *Advocate: Autism Society of America*, Summer, 2001.

2001  Lightdale, J, Hayer, C Duer, A, Lind-White, C, Jenkins, S **Siegel**, B Elliott, G, & Heyman, M 'Effects of intraveneous secretin on language and behavior of children with autism and gastrointestinal symptoms: A single-blinded, open-label pilot study', Pediatrics, 108, 5, 90-95.

2002  **Siegel**, B 'Autism'. In N.J. Salkind (Ed.) *Macmillian Psychology Reference Series, Vol. I: Child Development,* New York: Macmillian Reference USA.

2003  Gage, N, **Siegel**, B & Roberts, TL 'Cortical auditory system maturational abnormalities in children with autistic disorder: An MEG investigation', *Developmental Brain Research, 144, 201-209.* .

2003  Gage, N, **Siegel**, B, Callen, M & Roberts, TL 'Cortical sound processing in children with autistic disorder: An MEG investigation', *NeuroReport, 14,11, 1-5.*

**RESEARCH AND CREATIVE ACTIVITIES:**
**PEER REVIEWED PUBLICATIONS (continued):**

2005  Lord C, Wagner S, Rogers S, Szatmari P, Aman M, Charman T, Dawson G, Durand M, Grossman L, Guthrie S, Harris S, Kasari C, Marcus L, Murphy J, Odom S, Pickles A, Scahill L, Shaw M, **Siegel** B, Sigman M, Stone W, Smith T, and Yoder P 'Challenges in Evaluating Psychosocial Interventions for Autistic Spectrum Disorders', *Journal of Autism and Developmental Disorders,* Dec.


**RESEARCH AND CREATIVE ACTIVITIES (oldest to newest):**
**PEER REVIEWED ABSTRACTS:**

1979 Siegel-Gorelick, B., and Kermoian, R. 'Single Case Design as an Exploratory Technique in Developmental Research' Society for Research in Child Development.

1979 Everson M., Ambron, S., Kermoian, R. Siegel-Gorelick, B., Buchanan, A., and Valdez, M. 'Age of Entry and Quality of Care: Mediating Factors in the Effects of Day Care on Attachment' American Educational Research Association.

1979 Kermoian, R. and Siegel-Gorelick, B. 'Single Case Design as an Exploratory Technique in Developmental Research' American Educational Association.

1980 Siegel-Gorelick, B., Ambron, S., and Everson, M. 'Qualitative versus Quantitative Differences in Caregivers in Family Day Care at Home." Society for Research in Child Development.

1981 Siegel, B., Ambron, S., and Everson, M. 'Day Care as a Learning Environment: The Relation Between Environmental Characteristics and Social Development in Family Day Care." American Educational Research Association.

1983 Dornbusch, S., Carlsmith, M., Gross, R.T., Duke, P., Ritter, P. & Siegel-Gorelick, B. 'Testing Female Thinness as Conspicuous Consumption.' Society for Research in Child Development.

1983 Rosenfeld, A., Bailey, R. and Siegel-Gorelick, B. 'Sexual and Affectional Touching in Families.' American Academy of Child Psychiatry.

1984 Siegel, B. 'Subtypes of Autism Responding to Fenfluramine' Symposium on 'Effects of Fenfluramine on Autism.' American Academy of Child and Adolescent Psychiatry.

**RESEARCH AND CREATIVE ACTIVITIES:**
   **PEER REVIEWED RESEARCH ABSTRACTS (continued):**

1985 Siegel, B., Kraemer, H.C., Elliott, G.R., and Ciaranello, R. 'Pre- and Perinatal Risk Factors Associated with Different Types of Autism:  Validation of a Behavioral Subtyping Model.'  American Academy of Child and Adolescent Psychiatry.

1987 Siegel, B., Eschler, J., Pliner, C., and Elliott, G.R. 'Multidisciplinary Developmental Evaluation Improves Early Diagnosis of Infantile Autism.'  Society for Research in Child Development.

1987 Siegel, B. 'Clinical and Developmental Subtypes in Autism.'  Invited paper, National Society for Autistic Children.

1988 Siegel, B. and Raghavan, S. 'Age and Clinical Aspects of Arousal Regulation during Social Interaction for Autistic Children.'  American Psychiatric Association.

1988 Elliott, G.R., Siegel, B., Friedman, S., Anders, T.F., Faull, K.F., and Ciaranello, R.D. 'Peripheral and central effects of fenfluramine on children with autism.' American Academy of Child and Adolescent Psychiatry.

1988 Siegel, B., Vukicevic, J., Elliott, G.R., and Kraemer, H.C. 'An Assessment of the Quality of the DSM-III-R Criteria for Autistic Disorder.'  American Academy of Child and Adolescent Psychiatry.1989 Siegel, B., Vukicevic, J. 'Developmental level and efficiency of psychiatric diagnosis:  Reanalysis of the DSM-III-R field trials for autistic disorder.'  Society for Research in Child Development.

1990 Siegel, B., Vukicevic, J. & Lux, J. 'Diagnostic characteristics of autistic probands from multiplex and single-incidence families.'  American Academy of Child and Adolescent Psychiatry.

1991 Siegel, B. 'A critique of parenting books.'  Symposium, 'Self-help books:  The promises and perils of bibliotherapy.'  American Psychological Association.

1991 Siegel, B. "Signal detection theory and early detection of autism.'  Symposium, 'Evaluation of behavior in early childhood:  Issues and progress.'  American Psychological Association.

1991 Siegel, B. 'Developmental trajectory of early signs of autism:  Applications for early identification.'  Symposium, 'Early diagnosis of Autism.'  Autism Society of America.

1991 Siegel, B., Detmers, D. & Schuler, A. "Language loss in autism:  Regression or failure to progress?'  American Academy of Child and Adolescent Psychiatry.

**RESEARCH AND CREATIVE ACTIVITIES:**
    **PEER REVIEWED RESEARCH ABSTRACTS (continued):**

1991 Van Elberg, A. & Siegel, B. 'Early imitation and later symptoms of autism.' American Academy of Child and Adolescent Psychiatry.

1992 Siegel, B. & Sheinkopf, S. 'Precursor signs of autism in the first three years of life.' American Academy of Child and Adolescent Psychiatry.

1993 Siegel, B. & Lindblom, R. 'Observational acumen & detection of atypical development in one-year-olds'. Society for Research in Child Development.

1993 Siegel, B. 'Athena born from the head of Zeus- Why developmental neuropsychiatry is not:  Issues in studying atypical development. Society for Research in Child Development.

1993 Siegel, B. 'Signs of autism in the first two years', American Academy of Child and Adolescent Psychiatry.

1993 Siegel, B. 'Developing a diagnostic algorithm and research criteria for DSM-IV Autistic Disorder' Symposium: DSM-IV Autism/ Pervasive Developmental Disorders field trial'. American Academy of Child and Adolescent Psychiatry.

1994 Siegel, B. 'The Pervasive Developmental Disorders Screening Test (PDDST): Detection of autism and PDD in infants and toddlers', International Association of Child and Adolescent Psychiatry.

1994 Siegel, B. 'Atypical ontogeny:  A conceptual model for separating developmental disability from atypical development', International Association of Child and Adolescent Psychiatry .

1994 Sheinkopf, S. & Siegel, B. 'Effectiveness of intensive early interventions for young children with autism and PDD'. Society for Behavioral Medicine.

1994 Siegel, B. 'Delineating innate, virtual, and epiphenomenal signs of neuropsychiatric disorders in children: Implications for behavioral genetics and

1994 Park, E.H., Lee, D., & Siegel, B. 'A phenocopy? Autism and PDD in prenatally-drug exposed children' American Academy of Child and Adolescent Psychiatry,

1994 Helmy, E., Marder, D., & Siegel, B. 'Developmental setbacks in the development of autism: Language loss'. American Academy of Child and Adolescent Psychiatry.

**RESEARCH AND CREATIVE ACTIVITIES:**
  **PEER REVIEWED RESEARCH ABSTRACTS (continued):**

1995 Siegel, B 'Atypical ontogeny: A developmental theory for emergence of learning and neuropsychiatric disorders in children. Jean Piaget Society.

1995  Siegel, B.,  Lord, C., Leventhal, B., 'Workshop: Planning and implementing early intervention for pervasive developmental disorders'.  American Academy of Child and Adolescent Psychiatry .

1995  Milbrath, C. & Siegel, B. 'Perspective taking in the drawings of a talented autistic child'. Symposium, American Psychological Association.

1995  Helmy, E., Siegel, B., & Marder, D. 'Language loss and concomittant loss of social milestones in autism'. American Academy of Child and Adolescent Psychiatry.

1996 Siegel, B. 'Planning and implementing early intervention for autism: Potential benefits of earliness and intensity' Workshop.  Pittsburgh Summer Institute on Autism.

1996  Siegel, B. and Sheinkopf, S. 'Partial replication of the results from the UCLA Early Autism Project' Symposium: B. Siegel, Chair: Early Intensive Intervention for Young Children with Autism. American Academy of Child and Adolescent Psychiatry.

1996  Siegel, B. 'School consultation:  Mainstreaming/ inclusion as an intervention: Does it help? American Academy of Child and Adolescent Psychiatry.

1996  Siegel, B. 'Planning and implementing early intervention for autism: how much? How soon? What gains can be expected? Autism Society of America.

1996  Siegel, B. 'New developments in the early identification and treatment of autism'. Invited workshop. Society for Behavioral and Developmental Pediatrics.

1997 Siegel, B and Bieshevuel, H. 'Developmental setbacks in toddlers with autism: Loss of ability or failure to accommodate?'. Society for Research in Child Development.

1997 Siegel, B. 'Developmental and social policy issues and the practice of educational mainstreaming and full inclusion' Society for Research in Child Development.

**RESEARCH AND CREATIVE ACTIVITIES:**
    **PEER REVIEWED RESEARCH ABSTRACTS (continued):**

1997   Siegel, B. 'Effective early intervention programs: A range of models'.
       Symposium. Autism Society of America.

1997   Siegel, B. 'For parents of newly-diagnosed children'. Invited workshop.  Autism
       Society of America.

1997   Siegel, B., Doung, V. & McClennan, K. 'IQ, play, and exploration as predictors of
       response to early intensive behavioral treatment for autism'. American Academy
       of Child and Adolescent Psychiatry.

1998   Siegel, B. 'Early Screening and Diagnosis in Autistic Spectrum Disorders: The
       Pervasive Developmental Disorders Screening Test (PDDST) ' (invited paper).
       National Institute for Child Health & Development Early Screening and Diagnosis
       for Autism Invitational Conference.

1998   Siegel, B. 'Guidelines for the use of intensive behavioral interventions for young
       children with autism', (Invited lecture), California Association for Applied
       Behavior Analysis.

1998   Siegel, B., Whiteford, H., Hayer, C. & Keegan, M. 'An Autism Index for the
       Bayley Scales of Infant Development-II', American Academy of Child and
       Adolescent Psychiatry.

1998   Siegel, B. 'Linking DSM-IV criteria for autism to specific learning deficits:
       Assessment and treatment', Institute on Autism Assessment and Treatment,
       *American Academy of Child and Adolescent Psychiatry.*

1999   Siegel, B. & Hayer, C. 'Detection of autism in the second and third year: The
       Pervasive Developmental Disorders Screening Test' in symposium on 'Early
       diagnosis and screening for autism' *Society for Research in Child Development.*

1999   Siegel, B. 'Using an autistic learning disabilities model to plan early intervention'.
       *National Autistic Society/ St. George's Hospital.* (June) London.

1999 Siegel, B. 'Psychometrics and applications for  the Pervasive Developmental
       Disorders Screening Test.' *International Society for Research in Child &*
       *Adolescent Psychiatry & Psychology.* (June) Barcelona.

1999 Siegel, B., Sikorski, J. & Hanson, G. 'Child centered models for child psychiatry-
       based school consultation'.  Workshop.  *American Academy of Child &*
       *Adolescent Psychiatry.*

1999   Siegel, B, Hayer, C & Duer, A. Delineating autism from other developmental disorders using the PDDST. *American Academy of Child & Adolescent Psychiatry.*

2000   Siegel, B, Capps, L, Hayer, C & Busch, A. 'Risk and protective factors in families raising a disabled child,' *American Academy of Child & Adolescent Psychiatry.*

2001   Siegel, B, Hayer, C Emergence of signs of autistic disorder in the first three years of life, *Society for Research in Child Development.*

2001   Siegel, B, Hayer, C Developmental disabilities and the study of parenting stress, *Society for Research in Child Development.*

2001   Siegel, B. 'Autism from the perspective of evolutionary psychology', *Jean Piaget Society.*

2001   Siegel, B 'The effects of autism on the family,' *Autism Society of America,* July.

2001   Siegel B, Schuler, A, Arnold, C, & Hayer, C 'Clinical follow-up of early intensive behavioral intervention in children with autism, ' *International Society for Research in Child & Adolescent Psychiatry & Psychology,* Vancouver, June.

2001   Siegel B 'Deconstructing clinical signs of autism: A model for behavioral genetics' *American Academy of Child & Adolescent Psychiatry.*

2001   Siegel B 'Autistic spectrum disorders: Fitting symptom profiles to treatment approaches' *American Academy of Child & Adolescent Psychiatry.*

2001   Siegel, B.  'Pervasive developmental disorders: What the primary care provider needs to know', *American Academy of Pediatrics.*

2001   Siegel, B, Schuler, A & Arnold, C 'Long term follow-up of children with autism receiving early intensive behavioral interventions: Plasticity or pre-determined response?' *International Meetings for Autism Research.*

2002   Gage, N., Siegel,, B.,, & Roberts, T. P. L. (2002). Cortical sound processing in children with autism: Age dependence of the auditory M100. *International Meeting for Autism Research.*

2002   Gage, N, Siegel, B, Roberts, TPL 'Cortical sound processing in children with autism: Age dependence of the auditory M100', *Society for Neuroscience.*

2002   Gage, N, Siegel, B, Honma, S, Roberts, TPL 'Psychophysical and neurophysiological measurements of speech sound processing in children with a autism: An MEG investigation,' *Society for Neuroscience.*

**RESEARCH AND CREATIVE ACTIVITIES:**
  **PEER REVIEWED RESEARCH ABSTRACTS (continued):**

2003  Gage, N., Siegel,, B. & Roberts, T. P. L. (2003). Cortical sound processing in children with autism: Age- and frequency-dependence of the auditory M100. *Cognitive Neuroscience Society.*

2003  Roberts, T.P.L., Gage, N.M., Ferrari, P., & Siegel, B. (2003). Magnetoencephalography methods and findings in auditory cortex in autism. *Society for Neuroscience Abstracts, New Orleans, Louisiana.*

2003  Oram, J., Ferrari, P., Flagg, E., Gage, N.M., Siegel, B., & Roberts, T.P.L., (2003). Dissociating attention and auditory processing in children with language impairment: Behavioral and neural investigations of rapid temporal processing. *Society for Neuroscience Abstracts, New Orleans, Louisiana.*

2003  Flagg, E.J., Oram, J., Gage, N.M., Siegel, B., Ferrari, P., & Roberts, T.P.L., (2003). Hemispheric lateralization indices in autistics from late field magnetoencephalography. *Society for Neuroscience Abstracts, New Orleans, Louisiana.*

2003  Siegel, B. 'Best Practices in Diagnosis of Autistic Spectrum Disorders in Individuals Six and Older' Symposium on California Diagnostic Best Practice Guidelines, *America Association for Mental Retardation.*

2003  Siegel, B, Schuler, A & Arnold, C 'Normalization' in autism:  Early intensive behavioral interventions—5-16 year follow-up' *American Academy of Child & Adolescent Psychiatry.*

2004  Siegel, B. 'Integrating Developmental Models into Behavioral Treatment for Autistic Spectrum Disorders', *California Association for Applied Behavior Analysis.*

2004  Siegel, B 'Use of the PDDST-II to Screen for Autistic Spectrum Disorders', *Autism Society of America.*

2004  Siegel, B. Autistic Learning Disabilities:  A New Approach to Understanding Autism Treatment' *Autism Society of America.*

2004  Siegel, B. 'Autistic Spectrum Disorders: Guidelines for Choosing Treatments' (invited), *American Academy of Pediatrics.*

2004  Siegel, B. 'Cases in Autistic Spectrum Disorders' (invited), *American Academy of Pediatrics.*

2004 Siegel, B. 'Developmental Disabilities:  Importance of Early Diagnosis and Treatment- Autism' (invited), *American Academy of Pediatrics.*

2004 Siegel, B. 'Helping Children with Autism Communicate Through Visual Augmentative Communication.' http://harcourtassessment.com/haiweb/Cultures/enUS/NewsRoom/Articles/Fall0 5Insights/Articles/Visual+Interaction+Augmentation.htm.

2005  Workshop:  Early Detection of Autism: The Pervasive Developmental Disorders Screening Test-II, *Calif. Assn. of School Psychologists.*

2005 Siegel, B, Webber, J & Ficcaglia, J 'Development and Psychometrics for the PDDST-II', *Society for Research in Child Development.*

2005 Siegel, B 'Finding the Truth: Evaluating Different Kinds of Evidence to Create Best Practices', *Autism Society of America.*

2005  Siegel, B. 'Individualizing Developmental and Behavioral Treatment Plans for Children with Autism (Workshop), *American Academy of Child & Adolescent Psychiatry.*

2006  Siegel, B 'Autism and Asperger's Syndrome: Identification, Diagnosis and Individualized Treatment', *American Academy of Family Physicians* (invited).


**BOOK REVIEWS:**

1992 Phillips, I. & Siegel, B. Review of *At the Threshold:  The Developing Adolescent,* S. Feldman & G. R. Elliott (Eds.), Cambridge, MA:  Harvard University Press.  In *Jnl. Nervous and Mental Dis.*, 180,3,213.

1997  Siegel, B. *ADHD:  What Can What Can We Do?* R.A. Barkley (video). In *Imagination, Cognition and Personality* , 16,4, 435-437 (in press).

1999  Siegel, B. Review of *Asperger's Syndrome & High Functioning Autism* E. Schopler & G. Mesibov (Eds.) New York: Plenum Press. In *Jnl. Devel. & Beh. Pediatrics, Jul.*

1999  Siegel, B Review of *Children with Autism and Asperger Syndrome: A Guide for Practitioners and Carers* by Patricia Howlin. London: John Wiley & Sons, Ltd., 1998. In *Autism. Autism, 3,3, 314-318.*

2003  Siegel B Cover Review of Exiting Nirvana by Clara Claiborne Parks. Boston: Little Brown.

**BOOK REVIEWS (continued):**

2005   Siegel B Cover Review :  *A Mind Apart* by P Szatmari., New York: Guilford Press.

2006   Siegel B Cover Review:  The Science and Fiction of Autism by L Schreibman, Boston: Harvard Univ. Press.


**CONTACT DATA:**

| | |
|---|---|
| Telephone: | work: (office) 415-476-7321 (clinic) 415-476-7385 |
| Fax: | work:  (office) 415-476-7160  (home) 866-656-5932 |
| E-mail: | bryna.siegel@ucsf.edu |
| Mailing Address: | Children's Center at Langley Porter |
| | Langley Porter Psychiatric Institute, Box CAS |
| | University of California, San Francisco |
| | 401 Parnassus Avenue, San Francisco, California 94143-0984 |


**APPENDICES:**

**Appendix A: Invited Lectures** (at Public and Private Agencies and Non-University Educational Institutions)
**Appendix B: Expert Testimony** (including expert witness work in Individuals with Disabilities Education Act IDEA, civil and criminal proceedings in the US and Canada)

**Bryna Siegel, Ph.D.**

**Invited Lectures Last 5 Years (2002-2007)**
**(Curriculum Vitae Appendix A)**

**2002**

Jan. 3        Early Diagnosis and Early Treatment for Autism. Pediatric Grand Rounds, University of California, San Francisco (1 hr./ pediatricians)

Jan. 11       Autistic Spectrum Disorders: Choosing the Best Treatment Approach *Alabama Autism Conference- Trends in Autism Research: Early Diagnosis and Intervention, The University of Alabama,* Tuscaloosa, Alabama (1-1/2 hours, 300 parents and professionals)

Jan. 11       Treatment Models in Early Intervention for Autistic Spectrum Disorders *Alabama Autism Conference- Trends in Autism Research: Early Diagnosis and Intervention, The University of Alabama,* Tuscaloosa, Alabama (1-1/2 hours, 300 parents and professionals)

Jan. 17       How Children With Autism Learn, *Regional Center Of Orange County,* Santa Ana, California (two sessions- 2 hrs. and  4 hours; 50 professionals, 275 professionals and parents)

Feb. 18       Diagnosis and Treatment Planning for Autism.  Pediatric Grand Rounds, San Francisco General Hospital (1 hr./ pediatricians)

March 11     Autistic Spectrum Disorders: Screening, Diagnosis and Intervention Update in Developmental Behavioral Pediatrics, UCSF, San Francisco (2 workshops, 2 hours; 150 pediatricians)

March 11     Autism: Is There Really an Epidemic?  Update in Developmental Behavioral Pediatrics, UCSF, San Francisco (keynote address, 1 hour; 250 pediatricians)

April 19      Autistic Learning Disabilities and Autistic Learning Styles: An Approach to Early Diagnosis and Early Treatment for Autism, Stanford Children's Health Council, Palo Alto, CA (1-1/2 hours, 200 child development professionals)

April 26      How Children with Autism Learn: Autistic Learning Disabilities and Autistic Learning Styles, Community Autism Centre Inc., Saint John, New Brunswick, Canada (keynote address, 2 hours, 400 parents and professionals)

Bryna Siegel, Ph.D.
Invited Lectures Outside UCSF 2001-2006

**2002 (continued):**

April 26        Individualizing A Child's Intervention Based on the Autistic Learning
                Disability Approach, Community Autism Centre Inc., Saint John, New
                Brunswick, Canada (workshop, 2-1/2 hours, 150 parents and
                professionals)

May 1           The Morning Show Channel 2 KTVU (Interview on autism)

May 13          Issues in Diagnostic Assessment and Treatment Planning for Autistic
                Spectrum Disorders, Windward School District, Hawaii Department of
                Education, Kailua, Hawaii (50 educators, full day workshop, school
                psychologists and speech and language pathologists)

May 16          Selecting Treatments for Autism Based on Autistic Learning Styles and
                Autistic Learning Disabilities, Parents Helping Parents, Santa Clara
                California (2-1/2 hour lecture,100 parents and professionals)

June 20-21      Diagnostic Best Practices and Working with the Family through the
                Diagnosis, Central Valley Regional Center, Fresno, California (1/2 day
                lecture, ½ day seminar, 1 day diagnostic workshop).

June 27         Identifying Autism and Individualizing Treatment Plans, Los Angeles
                Unified School District, N. Hollywood, California (full day workshop, 200
                special educators)

July 29         Individualizing Educational Plans for Pupils with Autism, California State
                Office of Administrative Hearings, McGeorge Law School, Sacramento,
                California (full day workshop, 40 state administrative judges/ hearing
                officers)

Aug. 2          Assessment, Diagnosis an Autistic Learning Disabilities (keynote), The
                MIND Institute Summer Institute, Sacramento, California (1 hour lecture,
                500 parents, educators, mental health professionals)

Aug. 16         Defining Criteria for Individualizing Autism Treatment, California
                Association of Regional Center Psychologists, Campbell, California (1/2
                day workshop, 50 regional center psychologists)

Sept. 5         Issues in Autism Treatment Research, National Institute of Health, Autism
                Coordinating Committee Invitational Conference on Autism Treatment,
                Bethesda, MD (20 minutes, 30 autism research experts)

Bryna Siegel, Ph.D.
Invited Lectures Outside UCSF 2001-2006

**2002 (continued):**

Sept 30        Issues in Diagnosis and Treatment of Autistic Spectrum Disorders, Golden
               Gate Regional Center, San Francisco, (full day workshop, 125 regional
               center staff and parents)

Oct. 17        KPIX (Interview on Autism and the MMR vaccine)

Oct, 30-31     Diagnostic Best Practices and Working with the Family through the
               Diagnosis, Kern Regional Center, Bakersfield, California (1/2 day lecture,
               ½ day seminar, 1 day diagnostic workshop, 200 regional center staff and
               parents).

Nov. 8         Autistic Learning Disabilities:  A New Approach for Individualizing
               Treatment for Autism, Autism Society of Denmark, Skive, Denmark (1-/5
               hour plenary, 500 professionals).

Nov. 9         Implementing A New Approach to Augmentative Communication for
               Autism: VIA, Autism Society of Denmark, Skive, Denmark (1-/5 hour
               plenary, 500 professionals).


**2003**

Feb 5          Development of Imagination in Young Children, Wellness Lecture, UCSF,
               San Francisco, CA (20 min. public lecture, ~75 attendees)

March 29       The Autistic Spectrum (keynote), Children's Hospital of Seattle, University
               of Washington, Dept. Dev. & Beh. Ped., Seattle, WA (1-1/2 hours, 225
               pediatricians and school psychologists)

               Asperger's Disorder, Children's Hospital of Seattle, University of
               Washington, Dept. Dev. & Beh. Ped., Seattle, WA (1 hour, 225
               pediatricians and school psychologists)

May 5          Individualizing Treatment Models for Autism, San Jose USD Task for on
               Autism, San Jose, CA (2-1/2 hr workshop, 25 task force members and
               community)

May 16         Early Treatment for Social and Communicative Disorders in the Autistic
               spectrum, Parents Helping Parents, Santa Clara, CA (2-1/2 hour
               workshop, 100 parents and educators)

Sept 20        Acceptable Standards of Early Intervention, Child Development Institute,
               Burbank, CA (2 hr lecture, 250 educators and community activists)

Bryna Siegel, Ph.D.
Invited Lectures Outside UCSF 2001-2006

**2003 (continued):**

Oct 3          Part I: How Children with Autism Learn: Autistic Learning Disabilities and
               Autistic Learning Styles, The Developing Child Conference, Carle Clinic/
               Carle Foundation Hospital, Champaign-Urbana, Illinois (3-1/2 hr. lecture,
               300 educators, physicians, parents)

Oct 3          Part II:  Individualizing A Child's Intervention: The Autistic Learning
               Disability (ALD) Approach, The Developing Child Conference, Carle Clinic/
               Carle Foundation Hospital, Champaign-Urbana, Illinois (3-1/2 hr. lecture,
               300 educators, physicians, parents)

Oct 5          Autism:  What Parents Need to Know, LA Times Health & Fitness Festival,
               Los Angeles, CA (1-1/2 hour panel, 100 attendees)

**2004**

Feb. 20        Screening and Diagnosis of Autistic Spectrum Disorders, UCSF
               Continuing Medical Education in Family Practice, San Francisco, CA (1
               hour lecture, 100 family practitioners)

April 30       Helping Children with Autism Learn, TERI, Inc. San Diego, CA (1-1/2 hr.
               keynote, 250 professionals)

May 8          Autistic Learning Disabilities: Individualizing Treatment Choices, Support
               for Families, San Francisco, CA (1/2 day workshop, 100 parents and
               professionals)

May 14         Autistic Learning Disabilities and Autistic Learning Styles:
               Perspectives on Individualizing Treatment Approaches for Autism,  Center
               or Autistic Spectrum Disorders, Long Beach, CA (1-1/2 hour keynote, 300
               parents and professionals)

July 17        Evidence Based Practice in Treating Autism: Balancing Research, Theory,
               and Clinical Knowledge, Center for Autism, Research, Evaluation and
               Service, San Diego, CA (half-day workshop, 100 treatment professionals)

Aug. 4         Helping Children with Autism Learn:  Selecting Appropriate Interventions,
               Pennsylvania Training and Technical Assistance Network, State College,
               PA (half-day workshop, 250 educators and other professionals)

Bryna Siegel, Ph.D.
Invited Lectures Outside UCSF 2001-2006

**2004 (continued):**

Oct. 8          Autistic Spectrum Disorders: Linking Assessment and Treatment
                Planning, Arizona Dept of Education, Phoenix, AZ (full-day workshop, 300
                education professionals)

Nov. 10        Autistic Spectrum Disorders as Autistic Learning Disabilities:
                Reconceptualizing Treatment Planning, Geneva Centre, Toronto, Ontario,
                Canada (1-1-/2 hour keynote, 500 parents and professionals)

Nov. 12        Deconstructing Symptoms of Autism:  Implications for Research in Early
                Identification and Treatment, Grand Rounds, Yale Child Study Center,
                New Haven, CT (50 developmental faculty and trainees)

**2005**

Feb. 18        Autistic Spectrum Disorders: From Early Identification to Developing
                Tailored Treatments, Kern Autism Network, Bakersfield, CA (half-day
                workshop, 300 parents and professionals)

Feb. 23        Issues in Treating Autistic Spectrum Disorders: Early Screening &
                Assessment, Treatment of Individual Needs, and Designing Best Practice
                Programs, Carson, CA (full day workshop 300 educators and treatment
                professionals)

March 3        Early Detection of Autism: The Pervasive Developmental Disorders
                Screening Test-II, Calif. Assn. of School Psychologists, Riverside, CA (2
                hour training, 50 school psychologists).

March 11       JumpStart and Individualizing Treatment Programs for Children with
                Autism, 4th Annual Developmental Disabilities Conference, San Francisco,
                CA (1.5 hr. lecture, 150 pediatricians and child health workers)

March 31       Autistic Spectrum Disorders: Linking Assessment and Treatment
                Planning, Linton-Benton ESD, Eugene, OR (full day workshop, 150
                educators and treatment professionals)

April 1         Autistic Spectrum Disorders: Linking Assessment and Treatment
                Planning, Linton-Benton ESD, Portland, OR (full day workshop, 150
                educators and treatment professionals)

May 5          Helping Children With Autism Learn: Strategies For Negotiating Treatment
                Options, Autism Society of MN, Minneapolis, MN (full day workshop, 200
                parents and professionals)

Bryna Siegel, Ph.D.
Invited Lectures Outside UCSF 2001-2006

**2005 (continued):**

| | |
|---|---|
| May 28 | Autistic Spectrum Disorders: Linking Assessment & Interventions, Panama-Buena-Vista SD, Bakersfield, CA (full day workshop, 50 educators) |
| June 2 | Treating Autistic Spectrum Disorders: Assessing and Designing Individual Treatments Using an Integrated Developmental-Behavioral Approach, Los Angeles USD Special Education Administrators, Los Angeles, CA (full day workshop, 150 educational administrators/ policy makers) |
| June 2 | Treating Autism, Westside Regional Center, Los Angeles, CA  (2 hour parent training, 50 attendees) |
| June 3 | Treating Autistic Spectrum Disorders: Assessing and Designing Individual Treatments Using an Integrated Developmental-Behavioral Approach, Los Angeles USD, Los Angeles, CA (full day workshop, 300 educators and professionals) |
| July 14 | Finding the Truth: Evaluating Different Kinds of Evidence to Create Best Practices, Autism Society of America, Nashville, TN (2 hr lecture, 150 parents and professionals). |
| Sept. 16 | Helping Children with Autism Learn:  Selecting Appropriate Interventions, Texas Autism Conference, Corpus Christi, TX (1.5 hr. workshop, 75 educators) |
| Sept. 16 | Screening and Diagnosis for Autistic Spectrum Disorders, Texas Autism Conference, Corpus Christi, TX (1.5 hr. workshop, 100 educators and health professionals) |
| Sept. 16 | Helping Parents Make Decisions About Early Autism Treatment, Texas Autism Conference, Corpus Christi, TX (1.5 hr. workshop, 75 educators ) |
| Oct. 6 | Learning To Live With Autism:  What Does 'Autism' Really Mean?, Providence Hospitals/ Child Center, Portland, OR (full day workshop, 150 early intervention specialists). |
| Oct. 7 | Identification, Assessment, Treatment Planning for Autistic Spectrum Disorders, Providence Hospitals/ Child Center, Portland, OR (half day workshop, 50 pediatric specialists) |
| Oct. 7 | Clinician & Educator Brown Bag on Autistic Spectrum Disorders, Providence Hospitals/ Child Center, Portland, OR (half day workshop, 75 community health care providers) |

Bryna Siegel, Ph.D.
Invited Lectures Outside UCSF 2001-2006

**2006**

Jan. 19     Evaluating Different Kinds of Evidence to Create Best Practices in Educating Students with Autistic Spectrum Disorders, Orange County Office of Education, Orange, CA (full day workshop, 350 educators and related professionals)

March 10     Plenary Keynote: Defining Evidence-Based Best Practice for Pupils Autistic Spectrum Disorders, SWSELPA, Torrance, CA (1000 educators and related professionals)

March 10     Separating Methodology from Curriculum Content:  Strategies for Addressing Specific Autistic Learning Disabilities,  SWSELPA, Torrance, CA (half-day workshop, 350 educators and related professionals)

March 14     Autistic Spectrum Disorders (ASDs): Principles of Identification and Treatment, Grand Rounds, San Mateo Co. Mental Health, San Mateo, CA 50 mental health professionals)

March 24     'Helping Children with Autism Communicate'  SpeechPathology.com (on-line publication)

May 10     Keynote: Imagine the World of the Autistic Child, Developmental Disabilities Council, Redding CA (500 parents and professionals)

May 10     Strategies to Address What's Wrong, Not What It's Called:  The 'Autistic Learning Disability' Approach,  Developmental Disabilities Council, Redding CA (1.5 hr. lecture, 90 parents and professionals)

May 10     You Can't Help All the People All the Time:  Picking and Choosing Strategies From Major Intervention Approaches, Developmental Disabilities Council, Redding CA (1.5 hr. lecture, 90 parents and professionals)

May 12     Autism Treatment is Symptom Specific: Which Treatments Treat Which Symptoms? UC Berkeley School Psychology Conference, Berkeley, CA (1.5 hr. plenary lecture, 350 school psychologists)

May 25     Teaching Foundational Communication Skills to Children with Autism, Hawaii Dept. of Education, Pearl City, Oahu, HI (half-day workshop, 25 speech and language therapists)

Aug. 3     Helping Parents Make Decisions About Early Autism Treatment, Plano Civic Center, Plano, TX (half-day workshop, 75 parents)

Bryna Siegel, Ph.D.
Invited Lectures Outside UCSF 2001-2006

**2006 (continued):**

| | |
|---|---|
| Aug. 3 | Identification, Assessment & Treatment Planning for Autistic Spectrum Disorders,  Plano Independent School District, Plano, TX (half-day workshop, 50 school psychologists) |
| Aug. 4 | The Autism Treatment 'Toolbox':  Individualizing Teaching with the ALD Approach-Day 1, Plano Independent School District, Plano, TX (full day workshop, 300 educators and related professionals) |
| Aug. 7 | The Autism Treatment 'Toolbox':  Individualizing Teaching with the ALD Approach-Day 2, Plano Independent School District, Plano, TX (full day workshop, 300 educators and related professionals) |
| Aug. 8 | The Autism Treatment 'Toolbox':  Individualizing Teaching & Learning with the ALD Approach, Ohio Center for Autism and Low Incidence, Columbus, Ohio (full day workshop, 500 parents and professionals) |
| Sept. 16 | A Discussion of Individual Learning Styles Within the Autistic Spectrum, American Association of Educational Therapists, (half-day workshop, 30 educational therapists) San Francisco, CA |
| Sept. 23 | Autistic Spectrum Disorders: Linking Assessment and Treatment Planning, Children's Treatment Center, Vancouver, WA (full day workshop, 50 speech and language professionals) |
| Sept. 29 | Autistic Spectrum Disorders:   Developing an Autism Treatment Toolbox, San Mateo County Office of Education, Redwood Shores, CA (full day workshop, 125  educators and related professionals) |
| Oct. 27 | The *Autistic Learning Disabilities* Approach: A Method for Individualizing Treatments for Autistic Spectrum Disorders, National Association for the Dually Diagnosed, San Diego, CA (plenary address, 200 mental health professionals) |
| Nov. 2 | Current Research on Autism: Thoughts on Appropriate Programs BBK Special Education and the Law Fall Workshop, Ontario, CA (plenary address, 150 lawyers) |
| Nov. 6 | The School Psychologist's Toolbox for Assessment of the Autistic Spectrum Disorders, Los Angeles Unified School District, Los Angeles CA (full day workshop, 200 educators and related professionals) |
| Dec. 29 | Identification of Autistic Spectrum Disorders and other Developmental Disorders in Day Care Settings, UCSF Child Care (1-1/2 hour training for 10 child care workers) |

Bryna Siegel, Ph.D.
Invited Lectures Outside UCSF 2001-2006

**2007**

Feb. 8          Channel 4 and Channel 7 Evening News:  Commentary on the latest
                Centers for Disease Control statistics on autism incidence.

Mar. 6          Channel 7 Evening News:  Auditory Re-Processing for Autism
                (Dr. Dean Edell Health News)

Mar. 9          Keynote: The Developmental-Behavioral Approach to Treating Autism:
                Applying Principles of Curriculum, Development & Motivation, First Annual
                JumpStart Learning to Learn Conference, San Mateo, CA (1-1/2 hour
                lecture, 400 professionals and parents)

Mar. 9          Matching Autistic Learning Disabilities and Autistic Learning Styles to
                Intervention Approaches, First Annual JumpStart Learning to Learn
                Conference, San Mateo, CA (1-1/2 hour lecture, 175 professionals and
                parents)

Mar. 9          VIA Visual Interaction Augmentation: A Developmental Behavioral
                Approach to Teaching Communication to the Pre-Verbal Child with
                Autism, First Annual JumpStart Learning to Learn Conference, San
                Mateo, CA (1-1/2 hour lecture, 175 professionals and parents)

# Bryna Siegel, Ph.D.

## Expert Testimony Last Five Years (2002-2007)
### (Curriculum Vitae Appendix B)

All cases, unless otherwise noted, pertain to expert testimony around the American with Disabilities Education Act (IDEA) or corresponding Canadian law.

## 2002

May 23        TW vs. Wichita Board of Ed., Wichita, KS
              (expert on behalf of school district)

Nov. 19       KN vs. Hawaii Dept. of Education
              (expert on behalf of school district)

## 2003

Jan. 16       JM vs. Redwood Shores-Belmont school District, Belmont, CA
              (expert on behalf of school district)

Jan. 17       DP vs. Palos Verde Peninsula USD, Palos Verde, CA
              (expert on behalf of school district)

June 2        BH vs Kern Regional Center
              (expert on behalf of regional center)

Sept 9        CC vs Lanterman Developmental Center, Los Angeles, CA
              (expert on behalf of Calif. Office of Attorney General)

Sept 12       RB v Hawaii Dept. of Education, Honolulu, HI
              (expert on behalf of RB)

Sept 13       SB v Hawaii Dept. of Education, Honolulu, HI
              (expert on behalf of SB)

Dec. 1,2,3    MD vs HMTQ, Toronto, Ontario, Canada
              (expert on behalf of Ministry of Justice)

## 2004

May 13        SL v. Hawaii Dept. of Education, Honolulu, HI
              (expert on behalf of SL)

Bryna Siegel, Ph.D. Expert Testimony
(Curriculum Vitae Appendix B)

| | |
|---|---|
| Sept 2 | JMcV v San Ramon Valley USD, San Ramon, CA<br>(expert on behalf of SRVUSD) |
| Nov. 4 | NR v San Ramon Valley USD, San Ramon, CA<br>(expert on behalf of SRVUSD) |

**2005**

| | |
|---|---|
| Jan. 10 | BT v Hawaii Depts. Of Ed. And Health, Honolulu, HI<br>(expert on behalf of BT) |
| Jan. 21 | TV v San Francisco USD, San Francisco, CA<br>(expert on behalf of TV) |
| Mar. 3 | AK v Hawaii Dept. of Education, Honolulu, HI<br>(expert on behalf of HDOE) |
| Sept. 8 | EV v Downey USD, Downey, CA<br>(expert on behalf of DUSD) |
| Sept. 9<br>Oct. 21 | MS vs Hawaii Dept. of Education, Honolulu, HI<br>(expert on behalf of HDOE) |
| Sept. 29 | BT v Hawaii Dept of Education (same case as 1/29/06)<br>(expert on behalf of HDOE) |
| Dec. 2 | KP vs Hawaii Dept. of Education,  Kapaa, HI<br>(Expert on behalf of KP) |
| Dec. 9 | MK vs Lodi USD, Lodi, CA<br>(Expert on behalf of LUSD) |

**2006**

| | |
|---|---|
| Jan. 6 | JL vs Hawaii Dept of Education, Honolulu, HI<br>(Expert on behalf of JL) |
| Feb. 14 | BC vs. Hawaii Dept of Education, Honolulu, HI<br>(Expert on behalf of BC) |
| Mar. 3 | DK vs. Hawaii Dept. of Education, Honolulu, HI<br>(Expert on behalf of HDOE) |
| Apr. 20 | CS vs San Ramon Valley USD, San Ramon, CA<br>(Expert on behalf of SRVUSD) |

Bryna Siegel, Ph.D. Expert Testimony
(Curriculum Vitae Appendix B)

Apr. 24          Odle v Capuchin (Fresno, CA)
                 (Expert in felony wrongful death case)

May 18           DH vs HMTQ, Vancouver, British Columbia
                 (Expert on behalf of the Ministry of Justice)

July 25          AY vs San Ramon Valley USD, San Ramon, CA
                 (Expert in felony negligence case on behalf of SRVUSD)

Sept. 14         AK vs Dublin USD, Dublin CA
                 (Expert on behalf of DUSD)


**2007**

Jan. 22          CC (minor) v BG (defendant)
                 (Expert in alleged teacher child abuse case for sp. Ed. pupil)

Mar. 5           JA v Rocklin USD
                 (Expert on behalf of RUSD)

Mar. 8           JB v Wyeth Pharmaceuticals
                 (Expert on behalf of Wyeth, case involving autism allegedly caused by
                 vaccine)

Mar. 8           MC v Hawaii DOE (Leeward)
                 (Expert on behalf on HDOE)

June 28-29       KB v Hawaii DOE (West HI)
                 (Expert on behalf on HDOE)

July 16          KP v Hawaii DOE (Kauai)
                 (Expert on behalf of KP)


On-going work as litigation consultant in Thimerisol/ MMR vaccine class action on
behalf of defendants (consortium of pharmaceutical manufacturers)