**Richard S. Goka, M.D.**
PO Box 14089
Pinedale, California 93650-4089
(559) 269-2003     Fax (559) 439-3212

---

June 22, 2007

Gregg M. Ushiroda
Watanabe, Ing & Lomeiji, LLP
999 Bishop Street, 23rd Floor
Honolulu Hawaii 96813

      Ref:    Bryan Wiles-Bond
             DOB:    1991

**Supplemental Report**
**(Preliminary)**

Dear Mr Ushiroda,

I have reviewed the documents you sent, details are below as an addendum. Furthermore, I had a telephone conversation with Bryna Siegel, Ph.D., on June 21, 2007. Essentially, Dr. Siegel has no changes in her previous opinions. Based on my discussion with Dr. Siegel and the review of the parent's depositions, it is apparent that some additional counseling for the parents and Bryan's brother are indicated. This counseling would be limited and more essential when Bryan went to a group home. The revised financial figures are reflected in the revised spreadsheet that is attached. There have been no other changes in my opinions.

Loretta Lukens MN, RN, CRRN updated life care plan essentially had not no changes from her original report of May 6, 2006 as far as financial matters are concerned.

If you have any questions, please feel free to contact me.

Respectfully submitted,

*[signature]*

Richard S. Goka, M.D.
Diplomat, American Board of Physical Medicine and Rehabilitation
Diplomat, American Board of Pain Management.

EXHIBIT "A"

ADDENDUM:

Supplemental Record Review:

| | |
|---|---|
| 7/26/06 | <u>Betty Jo Freeman, Ph.D. Report (7/22/06 to 7/26/06):</u> Notes his severe disability and opines that if adequate services were provided at a younger age, he would be more functional. |
| 5/11/07 | <u>Stanley Bond, Deposition:</u> Page 54, no out of pocket expense for Alicante. There was some out of pocket expense for the respite aide, no figure was given. |
| 5/11/07 | <u>Ann Kimball Wiles, Deposition, Vol. I:</u> |
| 5/11/07 | <u>Ann Kimball Wiles, Deposition, Vol. II:</u> |
| 5/25/07 | <u>Betty Jo Freeman, Ph.D.</u> She did not examine Bryan since he could not travel. He was transferred to Benicia Middle School from Alicante Keystone School. Noting that he had regressed and then improved. Same recommendations. |
| 6/01/07 | <u>Daniel B. LeGoff, Ph.D. Re-evaluation:</u> He still has some mild inappropriate, disruptive and self-injurious behavior. Mother expressed some concerns about the effectiveness of the current educational interventions with regard to improving functional communications. Bryan has nocturnal enuresis on most nights and periodic incontinence on the school bus. Made recommendations to his current treatment. |
| 6/04/07 | <u>Loretta Lukens, MN, RN, CRRN, updated Life Care Plan:</u> She notes he take Benadryl at night, Melatonin Plus 3 mg. with 25 mg. of Thiamine twice a day. Her cost had not changed since her May 2006 life care plan. |

Bryan Wiles-Bond
June 22, 2007

| | Frequency | Cost | Annual cost to age 18 | Annual cost Age 18-22 | Annual cost Age 23 to life | One time |
|---|---|---|---|---|---|---|
| 1. Professional Health Care | | | | | | |
| Psychiatrist | 2-4 per year | 65.00-85.00 | 225.00 | 225.00 | 225.00 | |
| Behaviorial Psy. | 4-6 per year | 125.00 | 625.00 | 625.00 | 625.00 | |
| Family Counseling | 100-150 sessions | 125.00 | | | | 15,625.00 |
| DX lab to monitor meds | twice a year | 250.00 | | | | |
| Dental Ex. & TX | Twice year | 600.00 | 1,200.00 | 1,200.00 | 1,200.00 | |
| Physical Therapy | 2-4 per year | Included in ed | | | 0.00 | |
| Occupational Therapy | 2-4 per year | Included in ed | | | 0.00 | |
| Medications (not specified) | Unknown | | | | | |
| 2 Residential Care, Level 4 | Monthly | 5,000.00 | | 60,000.00 | 60,000.00 | |
| 3. Communication Therapies | | | | | | |
| Speech Eval & Tx | 2-4 per year | Included in ed | | | 0.00 | |
| Auditory Eval | once per year | Included in ed | | | 0.00 | |
| Auditory training | | Not likely | | | 0.00 | |
| Augmentative commu Eval | (part of speech) | Included in ed | | | 0.00 | |
| Augmentative Devices | | Not likely | | | 0.00 | |
| 4. Keystone School | 252 days a year | | | | | |
| Academic | 154.01/ day | | | | | |
| Transportation | 19.21/ day | | | | | |
| 1:1 Aide | 15.75/hr | 6 hr per day | 267.72 | 67,465.44 | 67,465.44 | |
| 5. CVRC Respite CoPay | annual | Max 7,900.00 | 7,900.00 | | | |
| TOTAL | | | 77,415.44 | 129,515.44 | 62,050.00 | 15,625.00 |