UCSF

DEPARTMENT OF PSYCHIATRY &
THE CHILDREN'S CENTER AT
LANGLEY PORTER PSYCHIATRIC INSTITUTE
401 PARNASSUS AVENUE
SAN FRANCISCO, CA 94143-0984

University of California San Francisco

THE AUTISM CLINIC
BRYNA SIEGEL, PH.D., DIRECTOR
ADJ. PROFESSOR, DEPT. PSYCHIATRY
OFFICE PHONE: 415-476-7321
CLINIC PHONE:: 415-476-7385
FAX:   415-476-7160/ 415-821-1189
E-MAIL:  BRYNA.SIEGEL@UCSF.EDU

June 25, 2007

Gregg M. Ushiroda
Watanabe Ing & Komeiji
First Hawaiian Center
99 Bishop Street, 23rd Floor
Honolulu, HI 96813

Re:  Bryan Wiles-Bond (DOB          91)

Dear Mr. Ushiroda:

As you know, you have requested that I provide further expert opinion in the matter of
Wiles-Bond v Hawaii Department of Education.  The scope of my continuing work on
this matter has been to re-review records on Bryan's education and development and to
carry out a follow-up observation of Bryan at his current educational placement, Benicia
Middle School in Benicia California, and to interview key staff there.  In addition, this
further investigation of Bryan's educational status involved a home interview with
Bryan's father, Dr. Stan Bond at the family home in Benicia, CA.  This present report
should be read in conjunction with my report dated June 16, 2006 which is attached as
an Appendix A to this one.  In addition to revisiting Bryan's current educational
placement, I have reviewed the following additional records (Table 1), as well as again
perused depositions of plaintiffs and HDOE/ HDOE-contracted personnel in this matter.

On this occasion, my goals were to 1) document any progress or regression on Bryan's
part.  2) Assess whether his current education met criteria for FAPE, and if so if
expectable progress was being achieved, 3) to review my observations and the
observations and testing results of Drs. LeGoff and Freeman to ascertain whether
Bryan's current level of functioning comported with the literature on autism prognosis
based on Bryan's levels of communication, adaptive behavior and intellectual
functioning at the time he had come to Hawaii, and before he had ever received any
HDOE services.  Stated another way, my goal was to gather evidence to prove the
hypothesis that Bryan Wiles-Bond's current level of function could have been predicted
from his level of functioning at 8 years old when he first came to Hawaii, and is now no

EXHIBIT "C"

worse nor better than would have been expected based on that.  Proof of this hypothesis provides substantial support for the contention that the quality of services Bryan received in Hawaii did not do permanent damage to any of his long-term developmental outcomes, but rather that he is currently 'on track', and at expected levels of ability and performance based on the severity of his impairments when he 8, prior to coming to Hawaii.

To support this contention, I have constructed Table 1 to show results of testing and observation of Bryan, beginning with his present levels of educational performance at the time he entered into the HDOE system in 1999 when he was 7, almost 8, and have compared it to levels of impairment he has basically continued to show during his time in California.  Generally, the literature (see Appendix B) supports the observation that children with autism present with cognitive (including language) scores by age 7 or 8 years old that predict later functioning.  So, a severely retarded autistic 8 year old can be expected to be a severely retarded autistic 18 year old and a severely retarded autistic 28 year old, etc.  Similarly, children with autism who consistently score at or above average in terms of language and non-language intelligence at age 8, will continue to be non-retarded, though they may retain some or all of the maladaptive behavior associated with the autistic spectrum.   Appendix B contains Abstracts to some key studies that have formed the basis for these well-understood prognostic realities.  In the light of this, Bryan would be expected to show the pattern of findings he has shown since entering school in California and receiving FAPE.  He shows gains from year to year, but does not change prognostic category (i.e., he remains with functioning overall, in the severe range of impairment, or at about 25%-35% of the levels of functioning seen in an early adolescent (when complexity of mental development is complete) and the individual thereafter develops by gathering further information and experiences from which to deduce increasing varied and complex conclusions, and to make increasingly complex predictions.  Table 2 shows the specific assessments reviewed and how they support this point.

### Table 1.  Additional Documents Reviewed

| Report Date | Title of Document | Document Author(s) |
|---|---|---|
| 10/29/99 | Individualized Educational Program | IEP Team |
| 5/25/07 | Psychological Assessment | BJ Freeman, PhD |
| 6/1/07 | Neuro-developmental Re-Evaluation | Dan LeGoff, PhD |
| 6/15/07 | MedLine/ PubMed on-line research review on autism prognosis based on early signs | Abstracts attached as Appendix B. |

**Table 2.  Age 8 And Recent Assessments Showing That Current Functioning Is As Expected At Age 8 (Before HDOE Services)**

| Date/ Source | Measure | Domain | Scores | Degree of Impairment/ Mental Retardation |
|---|---|---|---|---|
| 10/29/99 | PLEP/IEP (observed) | Attention span | ↑ 10 min. | |
| 10/29/99 | PLEP/IEP | Visual-spatial | Matches, sort, 6-10 piece puzzles | ~ 2 to 3 yr. level @ 8 yo= NVIQ ~ 30's=severe MR |
| 10/29/99 IEP | Vineland Adaptive Behavior Scale (VABS) | Measures ability to use intellectual capacities in daily life | Communication: 30 Daily living skills: 24 Socialization: 49 Motor: 51 | Severe-moderate impairment |
| 10/29/99 IEP | Woodcock-Johnson | Academic Domains | Below K 'basal' of tests | Moderate or greater impairment |
| 10/29/99 IEP | Test of Non-Verbal Intelligence (TONI) | Non-Verbal Intelligence | Below 6 year old basal of test | Mild or greater impairment |
| 10/29/99 IEP | Rossetti Infant-Toddler Language Scale | | Receptive: 3 to 6 months old Expressive: 3 to 6 months old | Severe impairment |
| 10/29/99 IEP | PLEP/IEP (observed) | Maladaptive behaviors: scream, pinch, scratch, kick, head-butt, hit, spit, pull hair, throw objects | | |
| 5/25/07 BJ Freeman | VABS-II | Measures ability to use intellectual capacities in daily life (per parent/teacher) | Communication: 47/48 Daily living skills: 51/57 Socialization: 51/69 Adaptive Composite: 50/56 | Severe impairment with either report source |
| 5/25/07 BJ Freeman | Social Skills Rating System | Measures of social and adaptive (per parent/ teacher); higher # is better | Social skills: 67/81 Problem Behavior: 86/97 | Social: 2/10 %tile Problems: 10/42 %tile |
| 6/1/07 Dan LeGoff | Leiter-R | Non-Verbal Intelligence | Full IQ: 50 | Moderate Impairment |
| 6/1/07 Dan LeGoff | TACL-3 | Auditory Comprehension of Language | Overall: 3 yrs., 2 mo. (38 mo.) | Moderate to severe impairment |
| 6/1/07 Dan LeGoff | EOWVT | Expressive one word vocabulary (ASL) | 1:7 years in 2006 2:3 years in 2007 | Both: severe impairment but with gains |
| 6/1/07 Dan LeGoff | VABS | Measures ability to use intellectual capacities in daily life | Communication: 2:0 yrs. Daily living skills: 3:3 yrs. Socialization: 2:2 yrs. | Severe impairment (but slightly higher than BJF in 2006) |

In the sections that follow, I will provide a brief overview of Drs. Freeman and LeGoff's most recent reports on Bryan to narratively support the points made above.

**Critique:  Report of BJ Freeman, PhD (May 25, 2007)**
Dr. Freeman's report of this date is more brief than her original assessment of Bryan in late June of 2006.  In that report, she opines at length about the relation between his current deficits and his lack of intensive early intervention in Hawaii.  What is very important to note here is that the Wiles-Bond family moved to Hawaii when Bryan was 8, and that the literature on the positive results of intensive early behavioral intervention (EIBI) focuses on delivery of such services initiated between ages 2-1/2 to 3-1/2 and continued for 2 to 4 years.  Not only was Bryan 'too old' for initiation of intensive 'early' intervention by the time the family got to Hawaii, research by Tristram Smith, who like Dr. Freeman was at UCLA, has shown that the effects of EIBI are not significantly more beneficial than less intensive interventions for children functioning in the severely retarded range—like Bryan was when he came to Hawaii.  Unfortunately, on her 2006 visit to Bryan at Keystone School, his signing aide was apparently absent, and Bryan, who is indeed currently very dependent on his signing aide as his conduit to the outside world was not surprisingly dysregulated (having a bad day).  Nevertheless, the test results from that occasion (some based on adult report—VABS and ABAS) show a pupil who is overall, functioning in the severely impaired range.

This year, Dr. Freeman provided a follow-up report, seeing Bryan at Benicia Middle School a week or so before I did.  On this occasion, she noted how much better he was with his ASL signing one-to-one  aide for support, though re-test of some measures, like Dr. LeGoff's retest measures (see below) showed improvements, though not significant ones (i.e., still functioning at or below the 1st%tile).  Her reports concludes, congruent with my own observations that Bryan has continued to make progress with his California FAPE (a program that provides about 30 hours of educationally-related service per week) as opposed to the 68 hours per week he had in his HDOE IEP at the time the family moved from Kona.

**Critique:  Report of Dan LeGoff, PhD (June 1, 2007)**
Initially, Dr. LeGoff provided an assessment of Bryan when he had been in school in California for a brief period of time and his school was in transition from being Alicante School to Keystone School (in Elmira, California).  He returned to Keystone in 2006 and saw Bryan there again after more than a year of schooling there.  This report deals with Dr. LeGoff's third assessment of Bryan in California, this time on June 1, 2007.  Again, Dr. LeGoff visited the school, interviewed Bryan's mother and school staff, and observed Bryan at school as well as tested him cognitively as well as diagnostically.  When he first saw Bryan at Keystone, he had noted that Bryan showed many of the same (though less severe) behavioral challenges as were present when Bryan left school in Hawaii.  He noted that At Keystone, Bryan was using ASL with his aide who was a fluent signer.  (Around this time, I had observed Bryan at Keystone as well and had made similar observations of his communication and of his behavior being less severe than records of it that I had read when he was in Hawaii.)

In his current assessment, Dr. LeGoff conducted several structured assessments including the Autism Diagnostic Observation Scale (ADOS) and GARS (Gilliam Autism Rating Scale—which not surprisingly confirmed the diagnosis of autism—as it had last year. (As far as I can tell there has never been question about Bryan's diagnosis.) Also repeated was the Leiter-R—which yielded substantially the same results as the previous year (corrected for age). He also repeated the Vineland Adaptive Behavior Scales (VABS)—a measure of how well an individual uses his cognitive capacity to function in daily life. He noted VABS scores slightly higher than the year earlier, but still reflective of severe impairment. Similarly, he again administered the Test of Auditory Comprehension of Language (TACL-3), and noted positive (though not substantial) gains, again with functioning (adjusted for age), remaining in the severely impaired range. He also readministered the Expressive One Word Picture Vocabulary Test (EOWPVT) where again, Bryan showed positive, though not substantial gains with expressive language ability also in the severely impaired range.

The report also contains a number of recommendations for programming, many of which are helpful including the need for a plan to address his nocturnal enuresis (which is help that should come from North Bay Regional Center Behavior Intervention Services, not the school), the need for more functional signs, and more of an emphasis on functional sight words for safely navigating the community. (He also talks about adding to peer modeling opportunities, but as Bryan has virtually no interest in typical or even disabled peers, this might not be a viable methodology.)

Importantly, Dr. LeGoff's report shows an pupil with autism who has always functioned in the severely mentally retarded range, continues to do so, and continues to be challenged by his limitations related to both these diagnosis including slow learning, high repetition needed in instruction, low frustration due to low communication, and lack of response to pro-social 'choices' when a self-selected behavior is more reinforcing.

## School Visit/ Classroom Observation (6/04/07)

Program: Bryan was visited in his self-contained severely handicapped class at Benicia Middle School. His ASL-fluent one-to-one aide, Breana was present throughout the observation period. His class serves 7 pupils, 5 with educational diagnoses of autism. The classroom teacher is Lisa Bogle who is able to staff the class one-to-one and serve as a program manager/ curriculum developer/ staff trainer. A couple of pupils receive some general education inclusion, and all, including Bryan benefit from an in-class 'lunch bunch' that includes Lisa's daughter (who is a pupil at BMS) and her friends—who are learning sign, but in who Bryan shows no interest. Bryan in fact did not greet his father when he arrived in the class to join my observation. In addition to classroom instruction, Bryan's school week consists of a daily bus ride of 1 hour which he tolerates well (though the school is only a mile or so from home), 'push-in' occupational therapy twice per week (a hammock swing hangs from the classroom ceiling), attendance at band, and twice weekly adaptive PE with a few classmates (which was observed). The speech and language pathologist meets for 1 hour twice per week with Bryan with Breana to review and modify communication curriculum.

**Behavior:**  Bryan is reported to be doing better with water-guzzling though it can still happen when anxious or bored.  The restroom is not attached to the class at BMS as it was at Keystone, and this is probably a good thing, as its' proximity was probably a strong stimulus for Bryan's frequent trips to the rest room.  Bryan is still having substantial difficulty finding (acceptable) things to do on his own, but is notable even more cooperative with responding to the curriculum than last year at Keystone.  Overall, negative behavior continues to diminish.  Bryan felt less explosive to me than last year, either though on neither occasion did he 'lose it'.  The behavioral part of Bryan's programming is overseen by BCRC (Claire Davies).  One of the classroom aides works with Bryan at home after school (3:30pm-6:30pm, 4 days per week so this provides some nice natural continuity in behavioral expectations for Bryan across settings.

**Communication:**  Bryan produces many more signs on request than spontaneously, and this may be largely because they are practice out of context (e.g., from flashcards) as opposed to in context (e.g., answering questions from a book video or play narrative).  Bryan is doing a little spontaneous vocalizing to say 'hi!' and make contact (e.g., 'i-i-i-i-uh' or 'uh-we'uh')—pre-phonemic utterances that are associated with the kinds of severe auditory discrimination difficulties seen in persistently mute individuals with autism.  Bryan's signs continue to be sloppy but comprehensible to those familiar with his repertoire.  He will produce signs in response to a request, a picture, a Language Master, or direct model.  Compared to last year's observations of him, there seems to be more willingness and less resistance to work sessions overall, and Bryan was observed to label animal names, colors and numbers.  He also did a math assignment consisting of identifying foam number blocks, and simple one-to-one correspondence (putting 1 block on the number '1', etc.).  Bryan's instructional periods teeter on the edge of too much challenge producing frustration and acting out, and too little challenge producing boredom.  I believe this could be addressed by more functional communication like signing to him to follow directions (e.g., to find hidden objects he knows signs for), and to label objects with multiple traits (e.g., brown dog, black dog)—some of which is starting.

**Home Visit:** I made a brief home visit with Bryan's father.  There I learned more about his afternoon programming through North Bay Regional Center (California Dept. Dev. Disabilities) funded respite services (which are mandated to provided qualified care and support in development of daily living skills and reduction of maladaptive behaviors that limit these).  The Wiles-Bond home is well-kept, with many personal items around that suggest Bryan is doing a good job at maintaining sufficient equilibrium to not engage in high levels of property destruction.  His room however is very barren, shows signs of serious tantrumming and smells of urine—confirming that Bryan's gains are new and that his persisting challenges lay not far below the surface of what was observed.

## Conclusions:

Bryan is now 15-1/2 years old; a significantly impaired young man who fortunately has shown good improvements with appropriate education including increased confidence that he often can succeed using sign language rather than negative behaviors to

successfully express preferences. He can be expected to continue to learn, adapt and function with increasing levels of independence with continued similar educational supports. He will never live independently, and will likely never have any functional oral communication that is understood by community members. He can be expected to continue to expand his range of functional communication via sign and sight words. He can be expected to continue to expand his range of leisure skills and self-help skills. He may always have some degree of challenging behavior given that he can visualize what he wants so much better and more rapidly than he can organize expressive means. Like the majority of severely retarded autistic adults, he is likely to continue to need sheltered care in a group home type environment with staff who are behaviorally trained as well as signing. Very few people with autism live independently, even those with substantially less cognitive impairment than Bryan (see Appendix B). Virtually no children with autism who are not talking by the time they are 6-7 years old ever talk (see Appendix B). As noted in Dr. Freeman's report, relatively few individuals with autism and severe cognitive impairment sign as ably as Bryan does, and this gives him some real communicative strengths compared to others in this category.

However, in my professional opinion, this very likely longer term outcome is not because of the education he did not receive in Hawaii. Bryan has made very apparent improvements in California with about 30 hours per week of education-related services. The idea that he could show further gains with compensatory education is not supported by his past and current developmental levels. There is no support for the idea that he would have been more independent had he never been educated in Hawaii. He is now, and was before reaching Hawaii, functioning like an individual effected with autism and a severe developmental disability.

Sincerely,

Bryna Siegel, Ph.D.
Director, Autism Clinic
Children's Center at Langley Porter
Adj. Professor, Department of Psychiatry
University of California, San Francisco

DEPARTMENT OF PSYCHIATRY &
THE CHILDREN'S CENTER AT
LANGLEY PORTER PSYCHIATRIC INSTITUTE
401 PARNASSUS AVENUE
SAN FRANCISCO, CA 94143-0984

THE AUTISM CLINIC
BRYNA SIEGEL, PH.D., DIRECTOR
ADJ. PROFESSOR, DEPT. PSYCHIATRY
OFFICE PHONE: 415-476-7321
CLINIC PHONE:: 415-476-7385
FAX:     415-476-7160/ 415-821-1189
E-MAIL:  BRYNA@ITSA.UCSF.EDU

University of California San Francisco

*Appendix A - My 2006 report on B.W.B*

June 16, 2006

Gregg M. Ushiroda
Watanabe Ing & Komeiji
First Hawaiian Center
99 Bishop Street, 23rd Floor
Honolulu, HI 96813

Re:  Bryan Wiles-Bond (DOB:        -91)

Dear Mr. Ushiroda:

As you know, you have requested that I provide an expert opinion in the matter of
Wiles-Bond v Hawaii Department of Education.  The scope of my work in this matter
has been to review records on Bryan's education and development and to observe
Bryan at his current educational placement and interview key staff there.  Below is a list
of documents I have reviewed.

## Documents Reviewed

| Report Date | Title of Document | Document Author(s) |
|---|---|---|
| 10-18-99 | School Psychiatric Report | Richard Mesco, DO |
| 10/29/99 | Individualized Educational Program | IEP Team |
| 1/29/01 | Individualized Educational Program | IEP Team |
| 1/28/02 | Individualized Educational Program | IEP Team |
| 5/21/02 | Individualized Educational Program | IEP Team |
| 11/18/02 | Individualized Educational Program | IEP Team |
| 2nd Qtr 2003 | Autism Consultant Report (Alaka'I Na Keiki) | Dru Copeland, Ph.D. |
| 4th Qtr 2003 | Autism Consultant Report (Alaka'I Na Keiki) | Dru Copeland, Ph.D. |
| 11/25/03 | Individualized Educational Program | IEP Team |
| 6/2/04 | Individualized Educational Program | IEP Team |

| 8/18/04 | Behavioral Assessment | Kim Smalley, Ph.D. |
|---|---|---|
| 6-17&18-05 | Neurodevelopmental Evaluation | Dan LeGoff, Ph.D. |
| 12-13-05 | Letter to Stan Levin | Dan LeGoff, Ph.D. |

In addition to these, I have been provided with copies of various court pleadings for my reference, but these will not be referred to here. I will focus my report on review of the 2004 Behavioral Assessment by Dr. Kim Smalley, the two 2005 documents produced by Dr. Dan LeGoff, my own observations of Bryan's current level of educational performance at his current placement—Keystone School, and finally, my conclusions.

**Critique: Report of Dr. Kim Smalley, Ph.D. (August 18, 2004)**

Dr. Smalley visited the Wiles-Bond home, reviewed records and spoke to Bryan's caregivers. She notes his exceptionally difficult to manage behavioral problems with excessive water consumption followed by excessive urination. She notes he is on no psycho-active medications because he has had an adverse reaction(s). (This is a bit unclear as there are many classes of medications that might be used to address Bryan's symptoms, and many individual medications within each class, many of which can be expected to have different side effect profiles.) In any case the purpose of her report was to conduct a functional behavioral analysis (FBA) to address his many challenging behaviors. At the time of her assessment, behavioral excesses were indeed extreme and included tantrumming, aggression, self-stimulatory behaviors as well as deficits in living skills and an ability to access his educational curriculum. She goes on to provide detailed classification of maladaptive behavioral antecedents, their consequences; and to suggest alternative behaviors patterns and routines that can be encouraged to circumvent target maladaptive behaviors. These are all standard FBA procedures, executed well. Interestingly however, she note (pg. 12) that she does not think he needs a 'more restrictive placement' than the home—despite needing night staff to toilet him, and day staff to toilet him (initially) every 7 minutes. She also suggests a skills trainer provide him with opportunities to 'model' typical 12 year olds despite a complete lack of interest in his own brother, and a complete lack of any skills at the 12 year level. She also emphasizes his need to be exposed to more ASL—despite the fact that he is not yet functionally nor spontaneously using his current signs regularly. She does however note the importance of 'back-up' visual supports and visually-based augmentative communication systems. (As will be seen below, these were in place along with good quality ASL at Bryan's current school and have helped enormously.)

**Critique: Report of Dan LeGoff, Ph.D (June 17-18, 2005)**

Dr. LeGoff provided an assessment of Bryan almost a year prior to this assessment. At that time, he had been in school in California for a brief period of time and his school was in transition from being Alicante School to Keystone School (in Elmira, California). Dr. LeGoff visited the school, interviewed Bryan's mother and school staff, and

observed Bryan at school as well as tested him cognitively. He notes that Bryan showed many of the same (though less severe) behavioral challenges at Keystone as were present when Bryan left school in Hawaii. He noted that Bryan was now using ASL along with 'whispered vocalizations, some of which were discernable as words' (pg. 3) though his teachers a year later reported that 'hi!', 'bye!', and 'ma' remain his only context-appropriate spontaneous verbalizations—and that their spontaneous use is mainly in high-needs circumstances. He also described 'babbling' (pg. 4), but none was observed on my visit a year later; though with direct verbal modeling of 5 or 6 high value words Bryan produces a single or reduplicated CV pattern (e.g., 'wa-wa'—'water').

Dr. LeGoff conducted several structured assessments including the Autism Diagnostic Observation Scale (ADOS) and GARS (Gilliam Autism Rating Scale—which not surprisingly confirmed the diagnosis of autism. Of more interest is his administration of a language-free measure of intelligence (the Leiter-R) which qualified Bryan with a 'brief IQ' of 54 and Fluid Reasoning of 58—essentially functioning in the moderate to mild range of cognitive impairment respectively. He than goes on to administer other measures such as the Vineland Adaptive Behavior Scales (VABS)—a measure of how well an individual uses his cognitive capacity to function in daily life. He notes VABS scores in a range equivalent to 1 year, 2 months of age to 2 years, 9 months of age. He argues that the lower VABS scores reflect functioning below 'potential' because the VABS essentially places Bryan in the severely mentally retarded range. This is a critical error in his logic. It is well-documented that low functioning individuals with autism often have 'splinter' (isolated) skills in visual motor and visual spatial domains (precisely what is measured on the Leiter-R) that do not translate into communication skill nor abstract reasoning capacity of the same higher level. When he administers the Test of Auditory Comprehension of Language (TACL-3) he in fact notes that Bryan has simple vocabulary equivalent to a 3 year old, but no measurable phrase or sentence comprehension, nor comprehension of grammatical variations (grammatical morphemes) (pg. 4). In addition he notes that on the Expressive One Word Picture Vocabulary Test (EOWPVT) Bryan showed even lower vocabulary skill, i.e., at the 19 month level. Nevertheless, he claims that earlier (Hawaii discrete trial training sessions) showed 'functional expressive vocabulary over the three year level' (pg. 4) even though there is no evidence of ASL expressive functioning ever having been higher than 'Step 8' of a behavioral program that was associated with emergent 2 word phrases (like 'pizza good')—an early age 2 skill.

On the positive side, while Dr. LeGoff concludes that Bryan's extant behavior problems, adaptive dysfunction and communicative limitations make residential placement, along with good educational supports seem like the only viable solution for consistent management and resulting continued growth; his current functioning after another year of good quality special education placement shows a number of these problems greatly reduced as will be described below.

**Report of Dan LeGoff, Ph.D (December 13, 2005)**

This report built upon the one from 6 months earlier and attempted to estimate cost of care for Bryan based on a lower level of functioning due to educational neglect in Hawaii. There are two major flaws in the reasoning here that essentially make this report irrelevant: First, after a year in at Keystone School, Bryan has shown a significant reduction in behavior problems and an increase in adaptive functioning not anticipated by Dr. LeGoff, and not anticipated to result from publicly-funded educational services alone. Second, Dr. LeGoff argues both sides of a point: that Bryan needs compensatory education because he is now (i.e., May 2005) functioning below expectations adaptively for an individual with moderate mental retardation, and that he will need a higher level of lifetime care (i.e., for a person with severe intellectual dysfunction) even after receiving compensatory education. The faulty assumption here, as pointed out above, if that Bryan is only moderately mentally retarded. His splinter skills score in the moderate range, but his adaptive and communicative skills are severely impaired, and it is these skills that have a much more determinative effect on life functioning. In addition, this past year's education which has had compensatory effect has been successfully carried out while Bryan has continued to live at home. In the long term, it is indeed likely he will benefit from residential treatment, but given current level of functioning, should be able to function to his potential in a group home residence—which in California is available at no, or very low sliding scale cost to any families requesting it.

**School Visit/ Classroom Observation (6/15/06)**

In preparation for this school visit, this examiner had reviewed all the documents described above. Based on Dr. LeGoff's report, particular attention was focused on rates of problem behaviors he had directly observed or had been reported to him by Bryan's mother as significant past adaptive challenges. All these behaviors were either now absent or significantly reduced during the approximately 75 minutes of this observation—though most are still monitored via Bryan's behavior plan, and some recur sporadically (with well-described antecedents). During the observation period, no tantrumming, property destruction, aggression nor task avoidance was observed. Bryan did exhibit frequent urination, but trips to the bathroom were carefully monitored so they did not result in an acceleration of past related behaviors such as water-guzzling (followed by more urination). Very low levels of hand-stereotypies were observed (and almost indistinguishable from some signing). There was one incident of mild pica (chewing a leaf along with popcorn). Communication between Bryan and his one-to-one aide, Obi Officer using modified American Sign Language was so good that it successfully addressed potential causes for tantrum or other non-compliance. High routine and predictability in the classroom, a well-understood and well-implemented token economy plus visual supports also aided significantly in the high degree of behavior control.

Page 4

Bryan presented as a large friendly young adolescent who initially appeared a bit suspicious about this examiner, but broke into a wide smile after she signed 'Hi!'. Bryan got up from his beanbag (where he was having a break from completed workstation tasks) and approached me curiously, responding well to redirects to say 'Hi' in response to my greeting (rather than approaching too closely). During the observation period, Bryan worked well independently, signing in response to noun labels for animals using a Language Master (essentially a card reader that verbalizes card content when a single card is passed through).

An interview with Trina Meader, Bryan's teacher provided further details about his program: She has been is classroom teacher since January 2006 (and previously worked at Spectrum Center, a highly regarded Bay Area program for severely handicapped behaviorally challenged children with autism). His instructional aide, Obi Officer, has been present since Bryan's arrival at Keystone. There 8 pupils in Bryan's class and only a sub-set also have one-to-one instructional aides though all but one appear to function in the severely handicapped range and meet criteria for an autistic spectrum disorder and/or mental retardation. Trina stated that she is not a fluent ASL signer, though Obi, who is with Bryan full-time, is. Trina has learned all Bryan's current signs and ones he is currently mastering, and uses them with him in both incidental teaching, direct instructional and behavior management contexts as needed. She noted that Bryan can 'get sloppy/lazy' with his signs, that consistent maintenance is needed, and that usually she comprehends his sign because most are elicited or echoed so she is able to interpret them in context. She estimated that a fluent ASL signer not familiar with Bryan, and naïve to context or verbal prompts would understand him about 50% of the time on his first production of a tact or mand.

Obi, on the other hand, is fully apprised of Bryan's signing errors and can accurately prompt revisions in a way that assures his communicative attempts are fruitful and that he is naturally reinforced by efforts to sign more universally and less idiosyncratically. She noted that while behavior problems are much lower than in the past across the board, outbursts still do occur—usually when an expectation for a reinforcer is not met in a timely fashion. She is excellent at authoritatively redirecting him and following up with a fun interaction that rewards him for success at keeping it together. She supplements sign and verbal communication with a PECS book and notes that he mainly responds to icons that are photographic, not cartoons—which is consistent with our research and likely why PECS did not work well in Hawaii. Bryan is reported to have mastered about 240 signs, of which about 200 are noun labels. He uses relatively few spontaneously, but many accurately when prompted and is echolalic with his sign which makes a direct test of comprehension problematic. (The use of the language master is a good way of addressing this as no human prompt is present.)

Trina also noted that Bryan does not receive funded school related services after leaving school at 2:30, nor does he receive services prior to leaving his home for school—as he had been assigned per IEP when in Hawaii. The school has no contact with regional center (State Department of Developmental Disabilities) –funded respite care workers who serve Bryan in the afternoon. By contract, respite workers are put in

place to provide respite and assure the client's safety and not to educate.  However, Trina is aware that Bryan's mother works on his educational goals with him when she returns from work.

Bryan's curriculum at school consists of adaptive, daily living and leisure skills.  Tasks observed included choosing and carrying out a leisure task (choosing a book and looking through it), an adaptive task (setting the table for lunch), and a daily living skill task (like going into the bathroom, urinating and returning promptly without inappropriate unplanned excursions to the sink or soap dispenser).

In addition to meeting with Trina Meader and Obi Officer, I also met briefly with Ruth Prystash, the autism resource specialist for the two classes at Keystone that serve pupils in the autistic spectrum.  As a team, the three bring a broad range of behavioral and educational skills to the programming at Keystone.


**Conclusions**

In light of the records reviewed, it appears that Bryan is currently functioning with a lower rate of behaviors incompatible with instruction than at any time in the past.   In the past year since he was last seen at school by Dr. LeGoff, he is showing continued improvements in both behavior management and adaptive functioning that are, as expected, the result of receiving intervention that comports with best practice standards for children with autism and which were described in Dr. LeGoff's 2005 school visit report.

This creates a dilemma, because in Hawaii, Bryan had an IEP with 68 hours per week of educationally related services—and was felt to have suffered irreparable educational harm because he did not receive these consistently and/or receive good quality services.  Presently, Bryan attends school approximately 30 hours per week.  During other non-school hours he is involved in either transportation to and from school (at least 10 hours per week), or receives respite care in the home.  His before-school care is provided by his family, and after school care includes only regional center respite (as far as the school is aware) and no services that involve teaming with school staff on school goals.   This means that with 'best practices' quality education, Bryan is benefiting from 30 hours per week of educationally-related service in a way he was not (much of the time) in Hawaii where he was receiving up to 68 hours.  This highlights that it was neither the sheer hours of educationally-related service, nor the need for educationally trained providers consistent with school goals that accounted for Bryan's lack of progress in Hawaii.  Indeed, this finding highlights the likelihood that the quality of programming and it's implementation in Hawaii was probably inadequate much of the time, and in fact may have been made worse by the large number of different service providers required to cover 68 hours a week of programming before, during and after school and on weekends compared to the single, excellently trained, highly consistent one-to-one  support paraprofessional he has now.

Another key observation about Bryan's programming is that he has only 1 staff member who is a completely fluent ASL signer (Obi). She is with him full-time during school hours and this has a highly salutary effect on behavior management. In Hawaii there was concern that there were not enough staff fluent in ASL and behavior management of severely handicapped pupils and this was a reason for Bryan's behavioral excesses and educational lack of progress. Not only does Bryan not need more than one person to serve as his interpreter, his communication needs can be equally well met by Trina, who knows Bryan's signs and can decode the vast majority of his signs (even sloppy ones) from prompts and other contextual cues since he uses a relatively narrow repertoire of spontaneous signs. In 30 years in the special education of children with autism I have met only a handful who are fluent signers and highly-trained behaviorists. Fortunately for Bryan, Obi is one. However, recruitment of even one full-time person with such qualifications in Kailua-Kona is basically unimaginable.

Finally, there is the issue of whether Bryan either lost so much ground, or failed to progress substantially for such an extended period while in the West Hawaii school district that his developmental prognosis is now poorer than when the family moved to Hawaii. Related to this is the question of whether compensatory educational services could restore an earlier-expected prognostic trajectory. First, one of the most enduring findings in the field of autism epidemiology is that failure to develop functional spoken language by about age 6 is related to persistent mutism. Bryan was less than six before the Wiles-Bond family came to Hawaii, and he was non-verbal. While in Hawaii, he continued to be non-verbal. Though he learned some sign and improved his receptive language capacity, he was and is non-verbal. (By some standards, Bryan falls just below the threshold for being considered 'speaking', i.e., having about 8 spontaneously verbalized words that are universally understood and spontaneously used.) Speaking children do not become verbal, but they do have at their command another communicative strategy (that is oral) and can be used efficiently and meaningfully with familiar adults. In addition, as stated earlier, Bryan's splinter skills (visual-spatial/ visual-motor) do not predict overall functioning at that relatively higher level in that isolated domain. Rather, the capacity for communication predicts life functioning. Even when tests of auditory comprehension and expressive language were adapted to ASL, Bryan mostly measured as functioning around the 2 year level and has never exhibited significantly higher functioning. Even in the last year, with much improved behavior control, Bryan continues to acquire new single words, but also continues to show great difficulty with sentences structure/grammar accept in very prompted ways. Even two word phrases which he now sometimes spontaneously generates place language at the level expected in the first half of the second year of life.

Bryan Wiles-Bond is a significantly impaired young man who fortunately has shown good improvements with appropriate education. He can be expected to continue to learn, adapt and function with increasing levels of independence with continued similar educational supports. He will never live independently, but this is not because of the education he did not receive in Hawaii—though likely, much of the intervention was

Page 7

poor quality and/or inconsistent.  There is no strong support for the idea that he would have been more independent had he never been educated in Hawaii.

Sincerely,


Bryna Siegel, Ph.D.
Director, Autism Clinic
Children's Center at Langley Porter
Professor, Department of Psychiatry
University of California, San Francisco

 

A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
Welcome bryna. [Sign Out]

All Databases    PubMed    Nucleotide    Protein    Genome    Structure    OMIM    PMC    Journals    Books

Search | PubMed          for          Go  Clear

☑ Limits    Preview/Index    History    Clipboard    Details

Limits: **English**

Display AbstractPlus          Show 20    Sc▓▓▓▓▓▓▓▓

*Appendix B - Representative Longitudinal research*

All: 1    Review: 0

**1:** Pediatr Neurol. 1996 Oct;15(3):217-23.

ELSEVIER Links
FULL-TEXT ARTICLE

Comment in:
Pediatr Neurol. 1997 May;16(4):353.

**Longitudinal examination of the behavioral, language, and social changes in a population of adolescents and young adults with autistic disorder.**

**Ballaban-Gil K**, **Rapin I**, **Tuchman R**, **Shinnar S**.

Department of Neurology, Albert Einstein College of Medicine, Bronx, New York, USA.

This follow-up study evaluates the behavioral, language, and social outcomes in a population of autistic patients initially examined in childhood. We evaluated 102 (63%) of the 163 eligible subjects, including 54 adolescents (12-17 years of age) and 45 adults (> or = 18 years of age). Three patients had died in the interim. Behavior difficulties continued to be a problem in 69% of adolescents and adults. Thirty-five percent of adolescents and 49% of adults engaged in self-injurious behavior, and slightly more than 50% of adolescents and adults exhibited some stereotypic behaviors. Over 90% of both adolescents and adults had persisting social deficits. Language improved with age, although only 35% achieved normal or near-normal fluency. Comprehension also improved, although only 29% of subjects had achieved normal or near-normal comprehension of oral language. At the time of last follow-up, 28% of all patients and 53% of adults were living in residential placement. Only 11% of adults were employed on the open market, all in menial jobs; an additional 16% were employed in sheltered workshops. The social, behavioral, and language deficits identified in early life in autistic children tend to persist into adolescence and young adulthood.

PMID: 8916159 [PubMed - Indexed for MEDLINE]

**Related Links**    UC eLinks

▸ Autism and developmental receptive language disorder--a follow-up comparison in early adult life. II: Social, behavioural [J Child Psychol Psychiatry. 2000]
▸ Continuity and change in the social competence of children with autism, Down syndrome, and developmental delays.    [Monogr Soc Res Child Dev. 1999]
▸ Autism and developmental receptive language disorder--a comparative follow-up in early adult life. I: Cognitive and language [J Child Psychol Psychiatry. 2000]
▸ A follow-up study of 201 children with autism in Kyushu and Yamaguchi areas, Japan.    [J Autism Dev Disord. 1992]
▸ [A longitudinal study of three-year-old children with delayed development of language]    [Hokkaido Igaku Zasshi. 1996]

See all Related Articles...

Display AbstractPlus          Show 20    Sort by    Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

http://www.ncbi.nlm.nih.gov/sites/entrez?Db=pubmed&Cmd=ShowDetailView&TermTo...    6/25/2007

 

A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
Welcome bryna. [Sign Out]

| All Databases | PubMed | Nucleotide | Protein | Genome | Structure | OMIM | PMC | Journals | Books |

Search  PubMed ⌄ for ⌄ [Go] [Clear]

☑ Limits    Preview/Index    History    Clipboard    Details

Limits: **English**

Display  AbstractPlus ⌄    Show 20 ⌄    Sort by ⌄    Send to ⌄

All: 1    Review: 0 ☒

---

☑ **1:** J Child Psychol Psychiatry. 2004 Feb;45(2):212-29.

Full Text at Blackwell Synergy          Links

### Adult outcome for children with autism

**Howlin P**, **Goode S**, **Hutton J**, **Rutter M**.

Department of Psychology, St George's Hospital Medical School, London, UK.
phowlin@sghms.ac.uk

Related Links    UC-eLinks

BACKGROUND: Information on long-term prognosis in autism is limited. Outcome is known to be poor for those with an IQ below 50, but there have been few systematic studies of individuals with an IQ above this. METHOD: Sixty-eight individuals meeting criteria for autism and with a performance IQ of 50 or above in childhood were followed up as adults. Their mean age when first seen was 7 years (range 3–15 years); at follow-up the average age was 29 years (range 21–48 years). Outcome measures included standardised cognitive, language and attainment tests. Information on social, communication and behavioural problems was obtained from the Autism Diagnostic Interview (ADI). RESULTS: Although a minority of adults had achieved relatively high levels of independence, most remained very dependent on their families or other support services. Few lived alone, had close friends, or permanent employment. Communication generally was impaired, and reading and spelling abilities were poor. Stereotyped behaviours or interests frequently persisted into adulthood. Ten individuals had developed epilepsy. Overall, only 12% were rated as having a 'Very Good' outcome; 10% were rated as 'Good' and 19% as 'Fair'. The majority was rated as having a 'Poor' (46%) or 'Very Poor' (12%) outcome. Individuals with a childhood performance IQ of at least 70 had a significantly better outcome than those with an IQ below this. However, within the normal IQ range outcome was very variable and, on an individual level, neither verbal nor performance IQ proved to be consistent prognostic indicators. CONCLUSIONS: Although outcome for adults with autism has improved over recent years, many remain highly dependent on others for support. This study provides some information on prognostic indicators, but more fine-grained research is needed into the childhood variables that are associated with good or poor outcome.

- Autism and developmental receptive language disorder—a follow-up comparison in early adult life. II: Social, behavioural [J Child Psychol Psychiatry. 2000]
- Autism and developmental receptive language disorder—a comparative follow-up in early adult life. I: Cognitive and langua[ge Child Psychol Psychiatry. 2000]
- Two-year outcome of preschool children with autism or Asper[ger J Psychiatry. 2000]
- Epilepsy in young adults with autism: a prospective population-based follow-up study of 120 individuals diagnosed in childhood. [Epilepsia. 2005]
- [Old and new long stay patients in French psychiatric institutions: results from a national random survey with two-year follow-up] [Encephale. 2005]

See all Related Articles...

PMID: 14982237 [PubMed - indexed for MEDLINE]

Display  AbstractPlus ⌄    Show 20 ⌄    Sort by ⌄    Send to ⌄

---

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

 

**PubMed**
www.pubmed.gov

A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
Welcome bryna. [Sign Out]

All Databases    PubMed    Nucleotide    Protein    Genome    Structure    OMIM    PMC    Journals    Books

Search : PubMed            for            Go  Clear

☑ Limits    Preview/Index    History    Clipboard    Details

Limits: **English**

Display  AbstractPlus            Show  20    Sort by    Send to

All: 1    Review: 0

1: Novartis Found Symp. 2003;251:250-9; discussion 260-5, 281-97.                                    Links

| Can early interventions alter the course of autism? |
| --- |

**Howlin P.**

Department of Psychology, St. George's Hospital Medical School, Cranmer
Terrace, London SW17 0RE, UK.

Interventions for autism have come a long way since the condition
was described by Kanner in the 1940s. At that time, autism was
considered to be closely linked to schizophrenia, and inadequate
parenting was viewed as the principal cause. Psychoanalysis was
often the therapy of choice, but there was also widespread use of the
drugs and even electroconvulsive treatments that had been
developed for use in schizophrenia. Over the years, as autism has
come to be recognized as a developmental disorder, interventions
have focused instead on enhancing developmental skills and on ways
of ameliorating behavioural difficulties. Recognition of the role that
language deficits in particular play in causing behaviour problems has
led to a focus on the teaching of more effective communication skills.
The need for early support for families and appropriate education is
also widely acknowledged. Nevertheless, follow-up studies indicate
that the prognosis for the majority of individuals with autism remains
poor. And despite claims to the contrary, there is little evidence that
very early, intensive interventions can significantly alter the long-
term course of the disorder. The paper discusses findings from
follow-up studies over the years and assess the impact of different
intervention procedures on outcome.

PMID: 14521197 [PubMed - indexed for MEDLINE]

Related Links    UC eLinks

▸ Autism and developmental receptive
  language disorder--a follow-up
  comparison in early adult life. II: Social,
  behavioural [J Child Psychol Psychiatry. 2000]
▸ Joint attention and early social
  communication: implications for
  research on inte[J Autism Dev Disord. 1997]
▸ The Scottish Centre for Autism preschool
  treatment programme. I: A
  developmental approach to early
  intervention.            [Autism. 2001]
▸ Practitioner review: psychological and
  educational [J Child Psychol Psychiatry. 1998]
▸ The effectiveness of interventions for
  children with a[J Neural Transm Suppl. 2005]

  See all Related Articles...

Display  AbstractPlus            Show  20    Sort by    Send to



NCBI    Pub Med
www.pubmed.gov

A service of the National Library of Medicine
and the National Institutes of Health

My NCBI    [?]
Welcome bryna. [Sign Out]

All Databases    PubMed    Nucleotide    Protein    Genome    Structure    OMIM    PMC    Journals    Books

Search | PubMed                    for                    Go    Clear

☑ Limits    Preview/Index    History    Clipboard    Details

Limits: **English**

Display  AbstractPlus            Show  20    Sort by        Send to

All: 1    Review: 0

**1:** Can J Psychiatry. 1986 Aug;31(6):550-6.                                Links

**Autistic children grow up: an eight to twenty-four year follow-up
study.**

**Wolf L**, **Goldberg B**.

Eighty questionnaires were sent to parents and/or caregivers of
autistic persons diagnosed between 1960-73 at CPRI, a regional
assessment and treatment centre. The objective was to determine
their present place of residence, functioning ability, language
development, program involvement, and seizure activity. The results
of this study support evidence that more than 50 percent require
long-term institutional care; almost one-third suffer epileptic
seizures; there is a persistence of symptoms and difficulty in gaining
useful speech; few live independently or are capable of employment.

PMID: 3756758 [PubMed - indexed for MEDLINE]

**Related Links**                    UC eLinks

‣ Factors related to outcome in autistic
  children.    [J Autism Child Schizophr. 1974]

‣ [Old and new long stay patients in
  French psychiatric institutions: results
  from a national random survey with two-
  year follow-up]    [Encephale. 2005]

‣ The incidence of seizures among
  children with autistic...[Am J Psychiatry. 1979]

‣ A follow-up study of 201 children with
  autism in Kyushu and Yamaguchi areas,
  Japan.    [J Autism Dev Disord. 1992]

‣ Autism and developmental receptive
  language disorder--a follow-up
  comparison in early adult life. II: Social,
  behavioural,...[J Child Psychol Psychiatry. 2000]

  See all Related Articles...

Display  AbstractPlus            Show  20    Sort by        Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer




A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
Welcome bryna. [Sign Out]

All Databases    PubMed    Nucleotide    Protein    Genome    Structure        OMIM    PMC    Journals    Books

Search | PubMed ⌄        for                        [Go] [Clear]

☑ Limits    Preview/Index    History    Clipboard    Details

Limits: **English**

Display    AbstractPlus ⌄        Show  20 ⌄    Sort by ⌄    Send to ⌄

All: 1    Review: 0 ⌄

---

☐ 1: J Consult Clin Psychol. 2005 Jun;73(3):525-38.        [Full Text]    Links

### Individual behavioral profiles and predictors of treatment effectiveness for children with autism.

**Sherer MR**, Schreibman L.

Department of Psychology, University of California, San Diego, La Jolla, CA 92093-0109, USA.

Differential responsiveness to intervention programs suggests the inadequacy of a single treatment approach for all children with autism. One method for reducing outcome variability is to identify participant characteristics associated with different outcomes for a specific intervention. In this investigation, an analysis of archival data yielded 2 distinct behavioral profiles for responders and nonresponders to a widely used behavioral intervention, pivotal response training (PRT). In a prospective study, these profiles were used to select 6 children (3 predicted responders and 3 predicted nonresponders) who received PRT. Children with pretreatment responder profiles evidenced positive changes on a range of outcome variables. Children with pretreatment nonresponder profiles did not exhibit improvements. These results offer promise for the development of individualized treatment protocols for children with autism. (c) 2005 APA, all rights reserved.

PMID: 15982150 [PubMed - indexed for MEDLINE]

**Related Links**        [UC eLinks]

▶ Intensive behavioral treatment for children with autism: four-year outcome and predictors.    [Am J Ment Retard. 2005]

▶ The River Street Autism Program: a case study of a regional service center behavioral intervention... [Behav Modif. 2006]

▶ The effect of sensory stories on targeted behaviors in preschool children with autism.    [Phys Occup Ther Pediatr. 2007]

▶ Effects on parental mental health of an education and skills training program for parents of young children with autism: a rand...[J Am Acad Child Adolesc Psychiatry. 2006]

▶ Early intensive behavioral intervention for children with autism: therapists' perspectives on achieving procedural fidelity.    [Res Dev Disabil. 2006]

See all Related Articles...

---

Display    AbstractPlus ⌄        Show  20 ⌄    Sort by ⌄    Send to ⌄

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

 

A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
Welcome bryna. [Sign Out]
Entrez 2.0

| All Databases | PubMed | Nucleotide | Protein | Genome | Structure | OMIM | PMC | Journals | Books |

Search: PubMed    for    [ Go ] [ Clear ]

Limits   Preview/Index   History   Clipboard   Details

Display AbstractPlus    Show 20   Sort by   Send to

All: 1   Review: 0

---

**1:** Monogr Soc Res Child Dev. 1999;64(1):1-114.

 Full Text at Blackwell Synergy   Links

Comment in:
Monogr Soc Res Child Dev. 1999;64(1):115-30; discussion 131-9.

### Continuity and change in the social competence of children with autism, Down syndrome, and developmental delays.

Sigman M, Ruskin E, Arbeile S, Corona R, Dissanayake C, Espinosa M, Kim N, López A, Zierhut C.

Department of Psychiatry, UCLA School of Medicine 90024, USA.

**Related Links**

▸ The Emanuel Miller Memorial Lecture 1997. Change and continuity in the development of children with aut... [Child Psychol Psychiatry. 1998]

▸ Links between social understanding and social behavior in verbally able children with autism. [J Autism Dev Disord. 2001]

▸ Autism and developmental receptive language disorder--a follow-up comparison in early adult life. II: Social, behavioural, and psychiatric outco... [Child Psychol Psychiatry. 2000]

▸ Predicting language outcome in infants with autism and pervasive developmental disorder. [Int J Lang Commun Disord. 2003]

▸ Autism and developmental receptive language disorder--a comparative follow-up. in early adult life. I: Cognitive and language outcomes. [J Child Psychol Psychiatry. 2000]

See all Related Articles...

The aims of this longitudinal study were: (1) to assess the continuity and change in diagnosis, intelligence, and language skills in children with autism, Down syndrome, and other developmental delays, (2) to specify the deficits in social competence and language skills in these children, and (3) to identify precursors in the preschool period of gains in language skills and of peer engagement in the mid-school years. The initial sample consisted of 70 children with autism, 93 children with Down syndrome, 59 children with developmental delays, and 108 typically developing children, with the first three groups of children studied when they were between 2 and 6 years of age. At follow-up, 51 children with autism, 71 children with Down syndrome, and 33 children with developmental delays were assessed at mean ages around 10-13 years. The long-term follow-up showed little change in the diagnosis of autism but sizeable improvements in intellectual and language abilities within the autistic group, a pattern that was not seen in the children with Down syndrome. Unique deficits in joint attention, some forms of representational play, responsiveness to the emotions of others, and specific forms of peer engagement were identified in the autistic children, whereas the children with Down syndrome seemed to have a specific deficit only in language. Joint attention skills were concurrently associated with language abilities in all groups and predicted long-term gains in expressive language for the children with autism. Children with autism, regardless of their level of functioning, were less socially engaged with classmates than were other developmentally disabled children because they infrequently initiated and accepted play bids, not because they were rebuffed by peers. Early nonverbal communication and play skills were predictors of the frequency of initiations of peer play for the children with Down syndrome as well as the extent of peer engagement of the children with autism. These results suggest that improvements in early communication and play skills may have long-term consequences for later language and social competence in these groups of children.

PMID: 10412222 [PubMed - indexed for MEDLINE]

Display AbstractPlus    Show 20   Sort by   Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

http://www.ncbi.nlm.nih.gov/sites/entrez?Db=pubmed&Cmd=ShowDetailView&TermTo...   6/17/2007

 

A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
Welcome bryna. [Sign Out]
Entrez 2.0

All Databases    PubMed    Nucleotide    Protein    Genome    Structure    OMIM    PMC    Journals    Books

Search  PubMed        for

Go  Clear

Limits    Preview/Index    History    Clipboard    Details

Display  AbstractPlus        Show  20    Sort by    Send to

All: 1    Review: 0

---

**1:** Ann Med Psychol (Paris). 1986 May;144(5):449-60.    Links

**[Long-term social and psychological prognosis of Kanner's early infantile autism. Apropos of 2 cases followed for 22 and 30 years respectively]**

[Article in French]

**Schachter M.**

Two long-time (twenty-two and thirty years respectively) observed cases of kannerian precocious autisms are related, the author stressing the fact that the actual physio-pathological knowledge and therapeutics do not confirm the possibility of any valuable recuperation of this clinical entity. If these patients have not acquired linguistic competence before age five, they will be, in almost 100% of the cases, mentally infirm. Concerning the socioprofessional prognosis of those having acquired, in the physiological limits, a normal language, one cannot entirely forsee valuable successes.

PMID: 3800207 [PubMed - indexed for MEDLINE]

Related Links    UC eLinks

▸ [Catamnestic study of children hospitalized with the diagnosis of Kanner's infantile autism [Ces]. Psychiatr. 1989]

▸ [Catamnesis of patients with Kanner's infantile autism syndrome] [Zh Nevropatol Psikhiatr Im S S Korsakova. 1977]

▸ Continuity and change in the social competence of children with autism, Down syndrome, and developmental delays.    [Monogr Soc Res Child Dev. 1999]

▸ [Features of the relation between preclinical dysontogeny, the Kanner syndrome of early infantile autism and early childhood schizophrenia (according to the results of catamnestic ...[Zh Nevropatol Psikhiatr Im S S Korsakova. 1986]

▸ Autism and developmental receptive language disorder--a follow-up comparison in early adult life. II: Social, behavioural, [J Child Psychol Psychiatry. 2000]

See all Related Articles...

Display  AbstractPlus        Show  20    Sort by    Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

 

A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
Welcome bryna. [Sign Out]

All Databases | PubMed | Nucleotide | Protein | Genome | Structure | OMIM | PMC | Journals | Books

Search PubMed for

Go | Clear

☑ Limits | Preview/Index | History | Clipboard | Details

Limits: **English**

Display  AbstractPlus     Show  20     Sort by     Send to

All: 1    Review: 0

**1:** Epilepsia. 2005 Jun;46(6):918-23.

Full Text at
Blackwell Synergy        Links

**Epilepsy in young adults with autism: a prospective population-based follow-up study of 120 individuals diagnosed in childhood.**

**Danielsson S, Gillberg IC, Billstedt E, Gillberg C, Olsson I.**

Department of Pediatrics, Queen Silvia Children's Hospital, Göteborg, Sweden. susanna.danielsson@vgregion.se

PURPOSE: Little is known about the long-term outcome of epilepsy in autism and the epilepsy characteristics of adults with autism. This prospective population-based study was conducted in an attempt to point out differences on a group basis between adults with autism with or without epilepsy, and to describe the occurrence, the seizure characteristics, and the outcome of epilepsy in autism. METHODS: One hundred eight of 120 individuals with autism diagnosed in childhood and followed up prospectively for a period of 13-22 years were reevaluated at ages 17-40 years. As adults, the majority had mental retardation and autistic disorder or autistic-like condition. Interviews were performed with the caretakers of 42 of 43 individuals with a history of epilepsy, and their medical records were reviewed. RESULTS: Adults with autism and mental retardation constituted a severely disabled group. On a group basis, both the cognitive level and the adaptive behavior level were lower in the epilepsy group than in the nonepilepsy group (p<0.05). In all, 38% had epilepsy. One third had epilepsy onset before age 2 years. Remission of epilepsy was seen in 16%. Partial seizures with or without secondarily generalized seizures were the dominating seizure type. CONCLUSIONS: In a community sample of individuals with autism followed up from childhood through to adult age, one of three had epilepsy since childhood/adolescence. Severe mental retardation and autism are significantly associated with epilepsy, especially in female patients. Seizure frequency has a great impact on the individuals' lives. Specialist medical care is needed in this severely communication-disabled population.

PMID: 15946331 [PubMed - indexed for MEDLINE]

**Related Links**

UCeLinks

▸ Autism after adolescence: population-based 13- to 22-year follow-up study of 120 individuals with autism diagnosed in childhood.    [J Autism Dev Disord. 2005]

▸ Autism and epilepsy: A retrospective follow-up study.    [Brain Dev. 2007]

▸ Long-term medical, educational, and social prognoses of childhood-onset epilepsy: a population-based study in a rural district of Japan.    [Brain Dev. 2000]

▸ Brief report: electroencephalographic paroxysmal activities in the frontal area emerged in middle childhood and during adolescence in a follow-up study of autism.    [J Autism Dev Disord. 1997]

▸ Characteristics of seizures in a population-based series of mentally retarded children with active epilepsy.    [Epilepsia 1996]

See all Related Articles...

Display  AbstractPlus     Show  20     Sort by     Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

http://www.ncbi.nlm.nih.gov/sites/entrez?Db=pubmed&Cmd=ShowDetailView&TermTo...    6/25/2007




A service of the National Library of Medicine
and the National Institutes of Health

My NCBI
Welcome bryna. [Sign Out]

All Databases    PubMed    Nucleotide    Protein    Genome    Structure    OMIM    PMC    Journals    Books

Search PubMed for          Go   Clear

☑ Limits    Preview/Index    History    Clipboard    Details

Limits: **English**

Display  AbstractPlus              Show 20    Sort by    Send to

All: 1    Review: 0

---

**1:** Folia Psychiatr Neurol Jpn. 1984;38(1):25-31.                                      Links

| **Long-term follow-up study of 13 autistic children.** | Related Links      UC eLinks |
| --- | --- |

**Shirataki S, Hanada M, Kuromaru S, Sugiura Y, Uchida S, Shimada S, Masuda I, Goto T, Yamada T.**

This is a report concerning 13 autistic children who have been followed up from their early infancy to adulthood. Some intake variables, such as speech development at the age of 5, were correlated with the outcome status. As a result, we showed that a higher level of speech development at age 5 did not necessarily lead to a better outcome in social adaptability. We showed also that any of the variables we examined, such as the presence of brain organic abnormality, the duration of schooling and the duration of medical treatment, were not factors in determining a good or poor prognosis. We concluded that a rather poor outcome seen in our subjects might be due to the particular situation in Japan throughout this study period, and not a reflection of the real natural history of early infantile autism.

Related Links:
- A follow-up study of 201 children with autism in Kyushu and Yamaguchi areas, Japan.    [J Autism Dev Disord. 1992]
- [Long-term social and psychological prognosis of Kanner's early infantile autism. Apropos of 2 cases followed for 22 and 30 years]   [Ann Med Psychol (Paris). 1986]
- Adult outcome for children with autism.    [J Child Psychol Psychiatry. 2004]
- Autistic children: infancy to adulthood.    [Semin Psychiatry. 1970]
- A follow-up study of high-functioning autistic children. [J Autism Dev Disord. 1989]

  See all Related Articles...

PMID: 6537390 [PubMed - indexed for MEDLINE]

Display  AbstractPlus              Show 20    Sort by    Send to

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer