388837.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *Defendants Department of Education and Alvin Rho's Redacted Exhibits "A" and "C" to the Supplemental Expert Disclosures, filed on 7/05/07,* dated July 6, 2007, was duly served electronically through CM/ECF on the following attorneys to their last known address on July 6, 2007:

        **STANLEY E. LEVIN, ESQ.**
        **MICHAEL K. LIVINGSTON, ESQ.**
        **SUSAN K. DORSEY, ESQ.**
        400 Davis Levin Livingston Grand Place
        851 Fort Street
        Honolulu, HI  96813

        and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, July 6, 2007.


                            /s/ Gregg M. Ushiroda
                        JOHN T. KOMEIJI
                        GREGG M. USHIRODA
                        LEIGHTON M. HARA

                        GARY K.H. KAM
                        GEORGE S.S. HOM
                        HOLLY T. SHIKADA

                        Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Certificate of Service