# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. v. DOE |
| ATTYS FOR PLA: | Stanley E. Levin, Carl M. Varady |
| ATTYS FOR DEFT: | Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 07/10/2007 | TIME: | 11 - 11:10 |

COURT ACTION: EP: Discovery Conference Re Letter Briefs Submitted 7/9/2007 held.

Submitted by Richlyn W. Young, courtroom manager