Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/FAX: 523-8448
E-mail: carl@varadylaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>           Plaintiffs,<br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>           Defendants. | CV CIVIL NO. 04-00442 HG/BMK<br>CV CIVIL NO. 05-00247 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING VIDEOTAPED ORAL DEPOSITIONS<br>Kona Depositions:<br>Robert Gentzel:   7/17 @ 8:00 am<br>Barbara Coffman: 7/17 @ 1:00 pm<br>Rebecca Pierson:  7/19 @ 8:00 am<br>William Beljean:  7/19 @ 1:00 pm<br>Kelly Stern:      7/20 @ 8:00 am<br>Rebecca Gavin:    7/20 @ 3:00 pm<br>(TRIAL DATE: December 4, 2007) |

## CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING VIDEOTAPED ORAL DEPOSITIONS

IT IS CERTIFIED that on July 12, 2007, a true and correct copy of Plaintiffs Notice of Taking Videotaped Oral Depositions of the Kona Depositions: Robert Gentzel, Barbara Coffman, Rebecca Pierson, William Beljean, Kelly Stern, and Rebecca Gavin was duly served upon the following parties by hand delivery at their last known addresses:

>Gary K. H. Kam, Esq.
>Holly T. Shikada, Esq.
>Deputy Attorneys General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii 96813
>
>Gregg M. Ushiroda, Esq.
>Leighton M. Hara, Esq.
>First Hawaiian Center, 23rd Floor
>999 Bishop Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendants

DATED:   Honolulu, Hawaii, July 12, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs