389002.2

**MARK J. BENNETT**          #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**            #4391-0
**GEORGE S. S. HOM**         #2487-0
**HOLLY T. M. SHIKADA**      #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**          #2498-0
**GREGG M. USHIRODA**        #5868-0
**LEIGHTON M. HARA**         #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action) |
| Plaintiffs, | NOTICE OF MOTION; DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PLAINTIFFS ANN KIMBALL WILES AND STANLEY BOND'S INDIVIDUAL CLAIMS FOR NON-ECONOMIC DAMAGES PURSUANT TO THE REHABILITATION ACT 29 U.S.C. Sec. 729; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
| vs. | |
| DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, | |
| Defendants. | |

```
)  HEARING:
)  DATE:
)  TIME:
)  JUDGE: The Honorable Helen
)  Gillmor
)
_____)  TRIAL: December 4, 2007
```

## NOTICE OF MOTION

TO:  **STANLEY E. LEVIN, ESQ.**
     **MICHAEL K. LIVINGSTON, ESQ.**
     **SUSAN K. DORSEY, ESQ.**
     400 Davis Levin Livingston Grand Place
     851 Fort Street
     Honolulu, HI  96813

     and

     **CARL M. VARADY, ESQ.**
     American Savings Bank Tower
     1001 Bishop Street, Suite 2870
     Honolulu, Hawaii  96813

     Attorneys for Plaintiffs

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Helen Gillmor, Judge, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on the ___ day of _____, 2007 at _____ _.m. or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii July 12, 2007.

                              /s/ Gregg M. Ushiroda
                              JOHN T. KOMEIJI
                              GREGG M. USHIRODA
                              LEIGHTON M. HARA

                              GARY K.H. KAM
                              GEORGE S.S. HOM
                              HOLLY T. SHIKADA

                              Attorneys for Defendants

- 2 -