**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PLAINTIFFS ANN KIMBALL WILES AND STANLEY BOND'S INDIVIDUAL CLAIMS FOR NON-ECONOMIC DAMAGES PURSUANT TO THE REHABILITATION ACT 29 U.S.C. Sec. 729 |

**DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PLAINTIFFS ANN KIMBALL WILES AND STANLEY BOND'S INDIVIDUAL CLAIMS FOR NON-ECONOMIC DAMAGES PURSUANT TO THE REHABILITATION ACT 29 U.S.C. Sec. 729**

Come now Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"),(collectively the "DEFENDANTS"), by and through their attorneys, WATANABE ING & KOMEIJI LLP, and hereby move this honorable Court for an order granting partial summary judgment in their favor and against Plaintiffs ANN KIMBALL WILES and STANLEY BOND (hereinafter collectively referred to as "Plaintiffs" or "parent Plaintiffs"), individually and as next friends of their son, BRYAN WILES-BOND, a minor ("Plaintiffs") on Plaintiffs claims for non-economic damages as set forth in their Complaint filed April 8, 2005 at paragraph 41 ("Complaint"), on the grounds that this court's prior Order restricting Plaintiffs' injuries to "economic damages reasonably and foreseeably incurred as a result

of Defendants' intentional discrimination against Brian", that there is no genuine issue of material fact, and the Defendants are entitled to judgment as a matter of law. See Order Denying Defendants' Motion for Summary Judgment, Construed as a Motion for Judgment on the Pleadings and Denying Plaintiffs' Motion for Partial Summary Judgment and Denying in Part and Granting in Part Plaintiffs' Motion to Enforce the Doctrine of Issue Preclusion Regarding all Administrative Hearing decisions and the Settlement Agreement and Denying Plaintiffs' Motion to Strike Declarations for Non-Compliance with Rule 56(e) and Denying Plaintiffs' Motion to Amend and/or Supplement the Record filed December 19, 2006 ("Order") at 40-41.

As this honorable Court already addressed the issue of whether Plaintiffs may bring claims for non-economic damages and has ruled in the negative, Plaintiffs' claims for general (non-economic) damages must be dismissed. There has been no new controlling precedent authored subsequent to the issuance of the Order which would warrant deviation from the established Order.

Despite this Court's Order denying Plaintiffs' general, non-economic damages claims, Plaintiffs insist on making such claims and have testified in their depositions that they intend to make such claims, presumably at trial. Plaintiffs' counsel have acknowledged this honorable Court's prior Order but refuse to forbear on Plaintiffs' non-economic damages claims. In the

interests of judicial economy and to clarify Plaintiffs' remaining claims for the upcoming trial, Defendants request summary judgment on parent Plaintiffs' personal, non-economic damages claims.

This motion is made pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of Practice for the United States District Court for the District of Hawaii, the Minute Order Granting Defendant's Oral Request to file a Motion for Summary Judgment filed June 26, 2007, and is based upon the attached memorandum in support of motion, the declaration, exhibits and the entire record and files herein.

DATED: Honolulu, Hawaii July 12, 2007.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants