389036.1

**MARK J. BENNETT**       #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**         #4391-0
**GEORGE S. S. HOM**      #2487-0
**HOLLY T. M. SHIKADA**   #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**       #2498-0
**GREGG M. USHIRODA**     #5868-0
**LEIGHTON M. HARA**      #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action) |
| Plaintiffs, | DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S |
| vs. | SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION |
| DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, | FOR PARTIAL SUMMARY JUDGMENT RE: PLAINTIFFS ANN KIMBALL WILES AND STANLEY BOND'S INDIVIDUAL CLAIMS FOR NON-ECONOMIC DAMAGES PURSUANT TO |
| Defendants. | THE REHABILITATION ACT 29 U.S.C. Sec. 729; DECLARATION OF GREGG M. USHIRODA; EXHIBITS |

```
)  "A"-"F";  CERTIFICATE OF
)  SERVICE
)
)  HEARING:
)  DATE:
)  TIME:
)  JUDGE: The Honorable Helen
)  Gillmor
)
)  TRIAL: December 4, 2007
)
```

**DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S
SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PLAINTIFFS ANN KIMBALL
WILES AND STANLEY BOND'S INDIVIDUAL CLAIMS FOR NON-ECONOMIC
DAMAGES PURSUANT TO THE REHABILITATION ACT 29 U.S.C. Sec. 729**

Come now Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"), (collectively the "DOE DEFENDANTS"), by and through their attorneys, WATANABE ING & KOMEIJI LLP, and hereby submit their concise statement pursuant to Local Rule 56.1 of the Rules of the United States District Court for the District of Hawaii.

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1.  Plaintiffs Ann Kimball Wiles and Stanley Bond are the parents of Bryan Wiles-Bond ("Bryan"), a minor child and have brought this lawsuit on behalf of themselves and on behalf of Bryan (collectively "Plaintiffs"), against Defendants. | See Order filed December 19, 2006 at p. 1, attached as Exhibit "A" to the Declaration of Gregg M. Ushiroda; Verified Amended and Supplemental Complaint filed July 1, 2005 in Civil No. CV04-00442 HG/BMK at 1, attached as Exhibit "B" to Ushiroda dec; and Complaint filed April 8, 2005 in CV05-00247 SOM/BMK, attached as Exhibit "C" to Ushiroda dec. |

| | |
|---|---|
| 2. Plaintiff Bryan Wiles-Bond was diagnosed with pervasive developmental delay and hyperactivity and is severely autistic | See Exhibit "A" at 45; Exhibit "B" at 5; Exhibit "C" at 4. |
| 3. Bryan was enrolled in the Hawaii public school system from 1999 until he moved to California with his parents in 2005. | See Exhibit "B" at 5; and the Deposition of Ann Kimball Wiles v. II dated May 12, 2007 at 275, attached to Ushiroda dec as Exhibit "D". |
| 4. While in Hawaii, Bryan received specialized services form the DOE. Bryan's Individualized Education Program ("IEP") required that he receive numerous specialized services from the DOE. Plaintiffs later complained that the DOE failed to provide adequate services to Bryan while they were in Hawaii. Plaintiffs no longer live in Hawaii and have since moved to California in 2005. | See Exhibit "B" at 5, 6; Exhibit "D" at 275. |
| 5. Plaintiffs allege that Defendants intentionally discriminated against Bryan on the basis of his disability when Defendants allegedly failed to provide him with educational and related services that Bryan was entitled to as a disabled individual. | See Exhibits "B" and "C". |
| 6. After the Court issued its December 19, 2006 Order, Plaintiffs Ann Kimball Wiles and Stanley Bond testified that they were seeking damages for personal injuries they suffered, including emotional distress and stress related injuries. | See Exhibit "D" Deposition of Ann Kimball Wiles v. II dated May 12, 2007 at 280:15-25, 281:1-11; and Deposition of Stanley Bond dated May 11, 2007 at 274:21-25, 275, 277:20-25, and 278:1-23, attached to Ushiroda dec as Exhibit "E". |

7. On June 22, 2007, Carl Varady, Esq., counsel for Plaintiffs transmitted an e-mail to Gregg Ushiroda, Esq. Counsel for Defendants, admitting that parent Plaintiffs seek economic damages in the instant case. Mr. Varady also stated that Plaintiffs believe this Court's Order was influenced by Judge Real's analysis in the Mark H. case. Plaintiffs' counsel further stated that, they do not want to waive their position and will seek to reconsider the Court's Order pending the outcome of the Mark H. case.

See e-mail from Carl Varady to Gregg Ushiroda dated June 22, 2007 attached to Ushiroda dec as Exhibit "F"

DATED: Honolulu, Hawaii July 12, 2007.

　　　　　　　　/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants