IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA; EXHIBITS "A"-"F"** |

**DECLARATION OF GREGG M. USHIRODA**

I, GREGG M. USHIRODA hereby declare the following:

1. I am one of the attorneys for Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"), (collectively the "DEFENDANTS") in the above-referenced matter and have personal knowledge of the matters set forth herein.

2. Attached as Exhibit "A" hereto is a true and correct copy of the Order Denying Defendants' Motion for Summary Judgment, Construed as a Motion for Judgment on the Pleadings and Denying Plaintiffs' Motion for Partial Summary Judgment and Denying in Part and Granting in Part Plaintiffs' Motion to Enforce the Doctrine of Issue Preclusion Regarding all Administrative Hearing decisions and the Settlement Agreement and Denying Plaintiffs' Motion to Strike Declarations for Non-

Compliance with Rule 56(e) and Denying Plaintiffs' Motion to Amend and/or Supplement the Record filed December 19, 2006 .

3. Attached as Exhibit "B" hereto is a true and correct copy of the Verified Amended and Supplemental Complaint filed July 1, 2005 in Civil No. CV04-00442 HG/BMK .

4. Attached as Exhibit "C" hereto is a true and correct copy of the Complaint filed April 8, 2005 in CV05-00247 SOM/BMK.

5. Attached as Exhibit "D" hereto is a true and correct copy of the Deposition of Ann Kimball Wiles v. II dated May 12, 2007 at 275; 280:15-25, 281:1-11.

6. Attached as Exhibit "E" hereto is a true and correct copy of the Deposition of Stanley Bond dated May 11, 2007 at 274:21-25, 275, 277:20-25, and 278:1-23.

7. Attached as Exhibit "F" hereto is a true and correct copy of the an e-mail from Carl Varady to Gregg Ushiroda dated June 22, 2007, which has been redacted for privacy concerns. Should this honorable Court request an unredacted version of the e-mail counsel will gladly submit a copy for <u>in camera</u> review.

8. Subsequent to the issuance of the December 19, 2006 Order, I inquired with Plaintiffs' counsel as to whether Plaintiffs withdraw their claims for non-economic damages stemming from the parent Plaintiffs' purely personal injuries.

9. In response to my request, I received an e-mail from Carl Varady, Esq., attached as Exhibit "F". As a result of Plaintiffs' refusal to abide by the Court's December 19, 2006 Order, the parties attended a meet-and-confer status conference with Magistrate Judge Kurren to determine whether Defendants would be allowed to file a motion for summary judgment on Plaintiffs' claims for non-economic damages for purely personal injuries stemming from Defendants' conduct which were clearly in derogation of the Order.

10. Magistrate Judge Kurren allowed Defendants an opportunity to file a motion for summary judgment pursuant to the Minute Order filed herein on June 26, 2007.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED:   July 12, 2007

/s/Gregg M. Ushiroda
GREGG M. USHIRODA