## Gregg M. Ushiroda

**From:**     Carl M. Varady [carl@varadylaw.com]
**Sent:**     Friday, June 22, 2007 4:04 PM
**To:**       Gregg M. Ushiroda
**Cc:**       'Stan Levin'; 'Bruce Ellis'
**Subject:** Wiles Bond

Gregg,

The parents are seeking economic damages in this case.  We understand what Judge Gillmor has said in her order, but believe it was influenced by her review of Judge Real's analysis in H        .  We expect that, if H goes in favor of plaintiffs, we will revisit the issue.  We do not want to be in a waiver position, should H change the lay of things and will seek reconsideration of Judge Gillmor's ruling if we get the ruling we hope for. We understand defendants' position and, should a motion be filed, further limiting the parents' remedies, we will ask the Court to stay consideration of such motion pending resolution of the H        appeal.

Carl M. Varady
American Savings Bank Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai`i 96813
Telephone: 808.523.8447
Facsimile: 808.523.8448
e-mail: carl@varadylaw.com

EXHIBIT ___F___