IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

ANN KIMBALL WILES and STANLEY ) CIVIL NO. CV 04-00442 HG/BMK
BOND, individually and as       ) CIVIL NO. CV 05-00247 HG/BMK
next friends of their son,      ) CONSOLIDATED
BRYAN WILES-BOND, a minor,      ) (Other Civil Action)
                                )
            Plaintiffs,         ) **CERTIFICATE OF SERVICE**
                                )
       vs.                      )
                                )
                                )
DEPARTMENT OF EDUCATION,        )
State of Hawaii, and ALVIN      )
RHO, in his official capacity   )
as West Hawaii District         )
Superintendent,                 )
                                )
            Defendants.         )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, a true and correct copy of "DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PLAINTIFFS ANN KIMBALL WILES AND STANLEY BOND'S INDIVIDUAL CLAIMS FOR NON-ECONOMIC DAMAGES PURSUANT TO THE REHABILITATION ACT 29 U.S.C. Sec. 729" was duly served upon the following attorneys via electronic means through the CM/ECF system and via U.S. mail, postage prepaid:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
**SUSAN K. DORSEY, ESQ.**
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI  96813

and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, July 12, 2007.


                                /s/ Gregg M. Ushiroda
                                JOHN T. KOMEIJI
                                GREGG M. USHIRODA
                                LEIGHTON M. HARA

                                GARY K.H. KAM
                                GEORGE S.S. HOM
                                HOLLY T. SHIKADA

                                Attorneys for Defendants