```
MARK J. BENNETT        #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM          #4391-0
GEORGE S. S. HOM       #2487-0
HOLLY T. M. SHIKADA    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI       #2498-0
GREGG M. USHIRODA     #5868-0
LEIGHTON M. HARA      #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com
```

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF TAKING LORETTA M. LUKENS, M.N., R.N., C.R.R.N'S DEPOSITION UPON ORAL EXAMINATION**<br><br>**TRIAL: December 4, 2007** |

CERTIFICATE OF SERVICE RE: NOTICE OF TAKING
LORETTA M. LUKENS, M.N., R.N., C.R.R.N'S
<u>DEPOSITION UPON ORAL EXAMINATION</u>

I hereby certify that a copy of the *Notice of Taking Loretta M. Lukens, M.N., R.N., C.R.W.N.'s Deposition Upon Oral Examination*, dated August 13, 2007, was duly served electronically through CM/ECF and hand-delivering same on the following parties to their last known address on August 13, 2007:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI 96813

    and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813

Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, August 13, 2007.

                                  <u>/s/ Gregg M. Ushiroda</u>
                                  JOHN T. KOMEIJI
                                  GREGG M. USHIRODA
                                  LEIGHTON M. HARA

                                  GARY K.H. KAM
                                  GEORGE S.S. HOM
                                  HOLLY T. SHIKADA

                                  Attorneys for Defendants