Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN           1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY           4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/FAX:  523-8448
E-mail:  carl@varadylaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　　　Defendants. | CV CIVIL NO. 04-00442 HG/BMK<br>CV CIVIL NO. 05-00247 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' SEVENTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION<br><br>(TRIAL DATE: December 4, 2007) |

### CERTIFICATE OF SERVICE RE: PLAINTIFFS' SEVENTH REQUEST FOR ADMISSIONS TO DEFENDANT DEPARTMENT OF EDUCATION

IT IS CERTIFIED that on August 14, 2007, a true and correct copy of Plaintiffs' Seventh Request for Admissions to Defendant Department of Education was duly served upon the following parties by hand delivery at their last known addresses:

> Gary K. H. Kam, Esq.
> Holly T. Shikada, Esq.
> Deputy Attorneys General
> 235 S. Beretania Street, Room 304
> Honolulu, Hawaii  96813
>
> Gregg M. Ushiroda, Esq.
> Leighton M. Hara, Esq.
> First Hawaiian Center, 23rd Floor
> 999 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorneys for Defendants

DATED:   Honolulu, Hawaii, August 14, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs