Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN           1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/FAX:  523-8448
E-mail:  carl@varadylaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　　　Defendants. | CV CIVIL NO. 04-00442 HG/BMK<br>CV CIVIL NO. 05-00247 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION<br><br><br>(TRIAL DATE: December 4, 2007) |

## CERTIFICATE OF SERVICE RE: PLAINTIFFS' THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DEPARTMENT OF EDUCATION

IT IS CERTIFIED that on August 14, 2007, a true and correct copy of Plaintiffs' Third Request for Production of Documents to Defendant Department of Education was duly served upon the following parties by hand delivery at their last known addresses:

    Gary K. H. Kam, Esq.
    Holly T. Shikada, Esq.
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

    Gregg M. Ushiroda, Esq.
    Leighton M. Hara, Esq.
    First Hawaiian Center, 23rd Floor
    999 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for Defendants

DATED: Honolulu, Hawaii, August 14, 2007.

    /S/ STANLEY E. LEVIN
    _____
    STANLEY E. LEVIN
    MICHAEL K. LIVINGSTON
    CARL M. VARADY

    Attorneys for Plaintiffs