CARL M. VARADY
ASB Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai'i 96813
Telephone 808 523-8447
Facsimile 808 523-8448
e-mail: carl@varadylaw.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>Defendants. | CV04-00442 HG/BMK CONSOLIDATED (Other Civil Action)<br><br>ENTRY OF APPEARANCE; CERTIFICATE OF SERVICE |

**ENTRY OF APPEARANCE**

Pursuant to LR 83.6(b), Carl M. Varady hereby enters his appearance

on behalf of plaintiff, ANN KIMBALL WILES and STANLEY BOND,

individually and as next friend of their son, BRYAN WILES-BOND in this matter.

DATED: Honolulu, Hawaiʻi, August 24, 2007.

/S/ Carl M. Varady
CARL M. VARADY

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a correct copy of the foregoing was served on the following at their last know addresses:

Notice will be electronically mailed to:
STANLEY E. LEVIN, ESQ.
slevin@davislevin.com

SHELBY A. FLOYD, ESQ.
MEI-FEI KUO, ESQ.
sfloyd@ahfi.com

JOHN T. KOMEIKI, ESQ.
GREGG M. USHIRODA, ESQ.
LEIGHTON M. HARA, ESQ.
gushiroda@wik.com
lhara@wik.com

Copies of the attached document were served by the method and on

the date indicated below, addressed to:

             MAIL

HOLLY SHIKADA, ESQ.  [X]
GARY K.H. KAM, ESQ.
235 S. Beretania, Room 304
Honolulu, Hawai'i 96813

DATED: Honolulu, Hawai'i, August 24, 2007.

            /S/ Carl M. Varady
            CARL M. VARADY