MARK J. BENNETT         #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM           #4391-0
GEORGE S. S. HOM        #2487-0
HOLLY T. M. SHIKADA     #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI        #2498-0
GREGG M. USHIRODA      #5868-0
LEIGHTON M. HARA       #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>      Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF TAKING KEYNES VON ELSNER'S DEPOSITION UPON ORAL EXAMINATION**<br><br>**TRIAL: December 4, 2007** |

CERTIFICATE OF SERVICE RE: NOTICE
OF TAKING KEYNES VON ELSNER'S DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of the *Notice of Taking Keynes Von Elsner's Deposition Upon Oral Examination*, dated August 27, 2007, was duly served on the following parties by mailing same, U.S. Postage prepaid, to their last known address on August 27, 2007:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
**SUSAN K. DORSEY, ESQ.**
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI  96813

and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, August 27, 2007.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants