*390579*
MARK J. BENNETT #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM         #4391-0
GEORGE S. S. HOM #2487-0
HOLLY T. M. SHIKADA    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI   #2498-0
GREGG M. USHIRODA  #5868-0
LEIGHTON M. HARA      #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>**(Notice of Taking Deposition Upon Written Questions Re: COR for Child Protective Service, Kona Office)** |

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the *Notice of Taking Deposition Upon Written Questions (Re: Custodian of Records for Child Protective Service – Kona Office)*, dated August 27, 2007, was duly served upon the following attorneys via U.S. Mail, postage prepaid, to their last known addresses on this date.

>STANLEY E. LEVIN, ESQ.
>Davis Levin Livingston Grande
>851 Fort Street Mall, Suite 400
>Honolulu, Hawaii 96813-4317
>Telephone No.: (808) 524-7500
>
>and
>
>CARL M. VARADY, ESQ.
>Law Office of Carl M. Varady
>American Savings Bank Tower
>1001 Bishop Street, Suite 2870
>Honolulu, Hawaii 96813-3429
>Telephone No. (808) 523-8447
>
>Attorneys for Plaintiffs

DATED: Honolulu, Hawaii, _____August 27, 2007_____.

>/s/ Gregg M. Ushiroda
>JOHN T. KOMEIJI
>GREGG M. USHIRODA
>LEIGHTOM M. HARA
>Attorneys for Defendants