CARL M. VARADY
ASB Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone 808 523-8447
Facsimile 808 523-8448
e-mail: carl@varadylaw.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>PLAINTIFFS' CONCISE STATEMENT IN OPPOSITION TO DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PLAINTIFFS ANN KIMBALL WILES AND STANLEY BOND'S INDIVIDUAL CLAIMS FOR NON-ECONOMIC DAMAGES PURSUANT TO THE REHABILITATION ACT 29 U.S.C. SEC. 729; DECLARATION OF CARL M. VARADY; EXHIBITS 1-4; CERTIFICATE OF SERVICE |

**PLAINTIFFS' CONCISE STATEMENT IN OPPOSITION TO
DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S**

**SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PLAINTIFFS ANN KIMBALL WILES AND STANLEY BOND'S INDIVIDUAL CLAIMS FOR NON-ECONOMIC DAMAGES PURSUANT TO THE REHABILITATION ACT 29 U.S.C. SEC. 729**

Pursuant to LR 56.1, Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor hereby submit their Concise Statement in Opposition to Defendants Department of Education and Alvin Rho's Separate and Concise Statement of Facts in Support of Motion for Partial Summary Judgment:

**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF FACTS**

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1.   Undisputed | Defendants' Concise Statement (hereafter "DCS") ¶ 1 |
| 2.   Undisputed | DCS ¶ 2 |
| 3.   Undisputed | DCS ¶ 3 |
| 4.   Undisputed | DCS ¶ 4 |
| 5.   Undisputed | DCS ¶ 5 |
| 6.   Undisputed | DCS ¶ 6 |
| 7.   Undisputed | DCS ¶ 7 |

## **PLAINTIFFS' STATEMENT OF ADDITIONAL UNDISPUTED FACTS**

| ADDITIONAL UNDISPUTED FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. Plaintiffs Ann Kimball Wiles and Stanley Bond are seeking not only emotional distress damages they suffered directly as a result of Defendants' failure to provide special education and related services to their son, but also seek damages for retaliation against them by Defendants for seeking special education and related services for their son. | Exhibits 1 and 2 to Declaration of Carl M. Varady |
| 2. As referenced in their deposition testimony, Plaintiffs Ann Kimball Wiles and Stanley Bond identify Defendants' refusal to provide special education and related services to their son over a period of years as evidence of retaliation against them for repeatedly taking the state to administrative hearings under the Individuals with Disabilities Education Act and before this Court. | *Id.*; Exhibits 3 and 4 to Declaration of Carl M. Varady |

DATED: Honolulu, Hawai'i, August 30, 2007.

/s/   Carl M. Varady
CARL M. VARADY
STANLEY E. LEVIN
Attorneys for Plaintiffs