IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>        Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi<br><br>        Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF CARL M. VARADY; EXHIBITS 1-4 |

## **DECLARATION OF CARL M. VARADY**

CARL M. VARADY declares:

1.  I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2.  Attached hereto as Exhibit 1 are excerpts of Ann Kimball Wiles's deposition in which she describes retaliatory conduct by Defendants against her and her husband.

3.  Attached hereto as Exhibit 2 are excerpts of Stanley Bond's

deposition in which she describes retaliatory conduct by Defendants against him and his wife.

    4.    Attached hereto as Exhibit 3, is Ann Kimball Wiles's response to Defendants' Request for Answers to Interrogatories no. 6, referenced in her deposition excerpts.

    5.    Attached hereto as Exhibit 4, is Stanley Bond's response to Defendants' Request for Answers to Interrogatories no. 6, referenced in his deposition excerpts.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai'i, August 30, 2007.

/s/ Carl M. Varady
CARL M. VARADY

**CERTIFICATE OF SERVICE**

   I certify the attached document was served electronically via CM/ECF on the date indicated below addressed to:

Gregg M. Ushiroda gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara lhara@wik.com, rgeorge@wik.com
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu  HI 96813


Holly T. Shikada holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov, michael.t.burke@hawaii.gov
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813

Attorneys for Defendants

DATED: Honolulu, Hawai'i, August 30, 2007

             /s/ Carl M. Varady
             Carl M. Varady