**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**     #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**     #2498-0
**GREGG M. USHIRODA**     #5868-0
**LEIGHTON M. HARA**     #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, <br><br> Defendants. | CIVIL NO. CV 04-00442 HG/BMK <br> CIVIL NO. CV 05-00247 HG/BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> **CERTIFICATE OF SERVICE RE: NOTICE OF TAKING BETTY JO FREEMAN, PH.D.'S DEPOSITION UPON ORAL EXAMINATION** <br><br> **TRIAL: December 4, 2007** |

## CERTIFICATE OF SERVICE RE:
## NOTICE OF TAKING BETTY JO FREEMAN, PH.D.'S
## DEPOSITION UPON ORAL EXAMINATION

I hereby certify that a copy of *Notice of Taking Betty Jo Freeman, Ph.D.'s Deposition Upon Oral Examination,* dated September 5, 2007, was duly served electronically through CM/ECF and hand-delivering same on the following parties to their last known address on September 5, 2007:

> **STANLEY E. LEVIN, ESQ.**
> **MICHAEL K. LIVINGSTON, ESQ.**
> 400 Davis Levin Livingston Grand Place
> 851 Fort Street
> Honolulu, HI  96813
>
>         and
>
> **CARL M. VARADY, ESQ.**
> American Savings Bank Tower
> 1001 Bishop Street, Suite 2870
> Honolulu, Hawaii  96813
>
> Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, September 5, 2007.


                    /s/ Gregg M. Ushiroda
                    JOHN T. KOMEIJI
                    GREGG M. USHIRODA
                    LEIGHTON M. HARA

                    GARY K.H. KAM
                    GEORGE S.S. HOM
                    HOLLY T. SHIKADA

                    Attorneys for Defendants