390970.1

**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA**  #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**       #2498-0
**GREGG M. USHIRODA**     #5868-0
**LEIGHTON M. HARA**      #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>NOTICE OF MOTION; DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S MOTION TO STRIKE SHELBY FLOYD AS A WITNESS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG M. USHIRODA; EXHIBITS "A"-"J"; CERTIFICATE OF SERVICE<br><br>**HEARING:**<br>DATE:<br>TIME: |

JUDGE: Honorable Helen Gillmor
TRIAL: **December 4, 2007**

## NOTICE OF MOTION

TO:  **STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
SUSAN K. DORSEY, ESQ.**
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI  96813

and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Helen Gillmor, Judge, in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on the ___ day of _____, 2007 at _____ _.m. or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, September 5, 2007.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants