IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S MOTION TO STRIKE SHELBY FLOYD AS A WITNESS |

**DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S
MOTION TO STRIKE SHELBY FLOYD AS A WITNESS**

　　　　Come now Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"),(collectively the "DEFENDANTS"), by and through their attorneys, WATANABE ING & KOMEIJI LLP, and hereby move this honorable Court for an order to strike Shelby Floyd as a witness and to preclude Plaintiffs ANN KIMBALL WILES and STANLEY BOND (hereinafter collectively referred to as "Plaintiffs" or "parent Plaintiffs"), individually and as next friends of their son, BRYAN WILES-BOND, a minor ("Plaintiffs") from calling Ms. Floyd, their former counsel, as a witness in this action.

　　　　This motion is made pursuant to Rules 7 and 26 of the Federal Rules of Civil Procedure and Rules 401, 402, 403, 408, 801, and 802 of the Federal Rules of Evidence, and is based upon

the attached memorandum in support of motion, the declaration, exhibits and the entire record and files herein.

DATED:  Honolulu, Hawaii, September 5, 2007.

                                 /s/ Gregg M. Ushiroda
                                 JOHN T. KOMEIJI
                                 GREGG M. USHIRODA
                                 LEIGHTON M. HARA

                                 GARY K.H. KAM
                                 GEORGE S.S. HOM
                                 HOLLY T. SHIKADA

                                 Attorneys for Defendants