IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF GREGG M. USHIRODA |

## DECLARATION OF GREGG M. USHIRODA

**GREGG M. USHIRODA**, being of lawful age, states and declares as follows:

1. I am an attorney licensed to practice law in all of the courts in the State of Hawai'i and am one of the attorneys for Defendants DEPARTMENT OF EDUCATION ("DOE"), and ALVIN RHO ("RHO"), (collectively the "DEFENDANTS") in the above-entitled matter.

2. Attached hereto as Exhibit "A" is a true and accurate copy of the Transcript of March 28, 2006 hearing at 16:25, 17:8-10 and 17:21-24 ("Transcript").

3. Attached hereto as Exhibit "B" is a true and accurate copy of the Verified Amended Complaint filed July 1, 2005.

4. Attached hereto as Exhibit "C" is a true and accurate copy of the Complaint filed April 8, 2005.

5. Attached hereto as Exhibit "D" is a true and accurate copy of Plaintiff Kimberly Wiles' Response to Defendant Department of Education's Request for Answers To Interrogatories to Kimberly Wiles dated March 3, 2006, dated April 11, 2006.

6. Attached hereto as Exhibit "E" is a true and accurate copy of Plaintiff Stanley Bond's Response to Defendant Department of Education's Request for Answers to Interrogatories to Stanley Bond dated March 3, 2006, dated April 11, 2006.

7. Attached hereto as Exhibit "F" is a true and accurate copy of the Minutes of 4/21/06 Status conference with Magistrate Barry M. Kurren.

8. Attached hereto as Exhibit "G" is a true and accurate copy of Stanley Bond's Amended Response to Defendant Department of Education's Request for Answers to Interrogatories to Stanley Bond Dated March 3, 2006, dated May 9, 2007.

9. Attached hereto as Exhibit "H" is a true and accurate copy of Ann Kimball Wiles' Amended Response to Defendant Department of Educations Request for Answers to Interrogatories to Ann Kimball Wiles dated March 3, 2006, dated May 9, 2007.

10. Attached hereto as Exhibit "I" is a true and accurate copy of a Letter from Stanley E. Levin, Esq. to Gregg M. Ushiroda dated July 25, 2007.

11. Attached hereto as Exhibit "J" is a true and accurate copy of the July 1, 2002 Release and Settlement Agreement.

I, GREGG M. USHIRODA, do declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, September 5, 2007.

/s/ Gregg M. Ushiroda
**GREGG M. USHIRODA**