```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3
     ANN KIMBALL WILES and          ) CV 04-00442 HG-BMK
 4   STANLEY BOND, Individually     )
     and as next friend of their    )
 5   son, BRYAN WILES-BOND, a       )
     minor,                         )
 6                                  )
               Plaintiff,           )
 7                                  )
          vs.                       )
 8                                  )
     DEPARTMENT OF EDUCATION,       )
 9   STATE OF HAWAII and ALVIN      )
     RHO, in his official           )
10   capacity as West Hawaii        )
     District Superintendent,       )
11                                  )
               Defendant.           )
12   _____)
                                    )
13   ANN KIMBALL WILES, ET AL.,     ) CV 05-00247 HG-BMK
                                    ) (Consolidated with
14             Plaintiff,           ) CV 04-00442 HG-BMK)
                                    )
15        vs.                       ) Honolulu, Hawaii
                                    ) March 28, 2006
16   DEPARTMENT OF EDUCATION,       ) 9:00 a.m.
     STATE OF HAWAII,               )
17                                  ) Plaintiffs' Motion for
               Defendant.           ) Summary Judgment,
18   _____) Plaintiffs' Motion for
                                      Partial Summary Judgment,
19                                    and Defendants' Motion for
                                      Summary Judgment
20
                       TRANSCRIPT OF PROCEEDINGS
21              BEFORE THE HONORABLE HELEN GILLMOR
                  CHIEF UNITED STATES DISTRICT JUDGE
22
     APPEARANCES:
23   For the Plaintiffs:     CARL M. VARADY, ESQ.
                             Attorney at Law
24                           American Savings Bank Tower
                             100 Bishop Street, Suite 2870
25                           Honolulu, Hawaii  96813
                                  - and -
```

EXHIBIT A

```
 1   APPEARANCES (Continued):

 2                                STANLEY E. LEVIN, ESQ.
                                  Davis Levin Livingston Grande
 3                                400 Davis Levin Livingston Grande
                                    Place
 4                                851 Fort Street, Suite 400
                                  Honolulu, Hawaii  96813-4317
 5
     For the Defendants:          HOLLY T. SHIKADA, ESQ.
 6                                Deputy Attorney General
                                  Department of the Attorney General
 7                                Education Division
                                  235 S. Beretania Street, Room 304
 8                                Honolulu, Hawaii  96813

 9   Official Court Reporter:     Sharon Ross, CSR, RPR, CRR
                                  United States District Court
10                                300 Ala Moana Blvd., Room C-283
                                  Honolulu, Hawaii  96850
11                                (808) 535-9200

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).
```

        1        And the reason we're here today is because as recently
2  as May and July of 2004, the hearing officer said, you guys
3  still haven't done what you've been promising to do since 2001
4  and you have these agreements. The facts are not in dispute.
09:31AM  5  You haven't provided the skills trainers that should be
6  provided pursuant to both the orders and the settlement
7  agreements and you're in violation of IDEA and, oh, by the way,
8  this child is suffering regression as a result of your
9  violation of those agreements and those decisions.
09:31AM  10      And that's why it's important to take a look at the
11  history as a whole and consider the fact that what this lawsuit
12  is really about is the state's continued failure over a period
13  of years to provide the services to which they've either agreed
14  or which they've been ordered to as a result of decision.
09:31AM  15      That's why the 2001 case is important, and that's why
16  the fact that it was filed timely within two years of the
17  initial administrative proceeding and why this case being filed
18  within two years of the conclusion of the last administrative
19  proceeding preserve the rights of the parents to go back and
09:32AM  20  look at the totality of the state's conduct.
21      THE COURT: If -- if, Mr. Varady, you don't have a
22  504 -- and I -- and the 1983 is sort of -- I'm not sure I saw
23  that in your complaint. If you don't have that remedy, what
24  remedy do you have?
09:32AM  25      MR. VARADY: We're only seeking a 504 remedy.

|  |  |
|---|---|
| 1 | THE COURT: In your -- in the consol -- in each |
| 2 | lawsuit? |
| 3 | MR. VARADY: That is correct. The plaintiffs are |
| 4 | seeking -- the exclusive remedy the plaintiffs are seeking -- |
| 09:32AM 5 | THE COURT: Speak into the mic. |
| 6 | MR. VARADY: I'm so sorry. Let me turn it a little |
| 7 | bit, and I might do a better job there. |
| 8 | The exclusive remedy that plaintiffs are seeking is an |
| 9 | economic remedy. And the economic remedy is one provided only |
| 09:33AM 10 | under 504. Witte makes this very clear. |
| 11 | And what's happened over a period of five years -- and |
| 12 | I'm coming to that point in my argument -- is I'd like to |
| 13 | discuss with you our side of the case. |
| 14 | The final point, though, I'd like to make before |
| 09:33AM 15 | moving on to the plaintiff's side of the case is that the -- |
| 16 | the state raises, yet again, the Eleventh Amendment issue which |
| 17 | Clark versus California and numerous other cases dispose of. |
| 18 | And it's not properly raised and is not -- is not -- is simply |
| 19 | not correct. |
| 09:33AM 20 | Now, what the plaintiffs are seeking here is a remedy |
| 21 | like that sought in Witte, which is money damages, retroactive |
| 22 | damages for the harm caused to Bryan and his parents by the |
| 23 | DOE. Those injuries clearly are compensable under Section 504 |
| 24 | based on the DOE's deliberate indifference. |
| 09:34AM 25 | Now, the reason plaintiffs have moved for summary |

51

```
 1                COURT REPORTER'S CERTIFICATE
 2        I, Sharon Ross, Official Court Reporter, United
 3   States District Court, District of Hawaii, do herby certify
 4   that the foregoing is a correct transcript from the record of
 5   proceedings in the above-entitled matter.
 6        DATED at Honolulu, Hawaii, April 19, 2006.
 7
 8                              /s/Sharon Ross
 9                              SHARON ROSS
10                              CSR 432, RPR, CRR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```