# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK AND CV 05-00247HG-BMK |
| CASE NAME: | Wiles v. DOE |
| ATTYS FOR PLA: | Stanley E. Levin, Carl M. Varady |
| ATTYS FOR DEFT: | Holly T. Shikada, Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 4/21/2006 | TIME: | 2:07 - 2:27 |

COURT ACTION: EP: Plaintiffs' Motion to Compel Attendance at Deposition - portion of the motion re compelling attendance at deposition is moot. Parties have agreed. Plaintiffs's request for fees and costs granted for the preparation of the motion and today's appearance. Varady to prepare order.

Plaintiffs' Motion to Determine That the Request for Admissions are Deemed Admitted - granted. Admissions deemed admitted: 1 - 5, 7, 8, 11 - 29. Plaintiffs's request for fees and costs granted for the preparation of the motion and today's appearance. Varady to prepare order.

Discovery Conference Re Experts - Defendant's request for experts denied. If the 7-25-06 trial is continued, this matter may be reopened. Varady to prepare order.

Carl M. Varady makes appearance as Plaintiffs' co-counsel.
Mei-Fei Kuo and Shelby Anne Floyd of the Alston Hunt Floyd & Ing law firm are circulating a Withdrawal an Substitution of Counsel.

Submitted by Richlyn Young, Courtroom Manager

EXHIBIT F