# DAVIS · LEVIN
# LIVINGSTON · GRANDE

ATTORNEYS

400 DAVIS LEVIN LIVINGSTON GRANDE PLACE
851 Fort Street, Honolulu, Hawai'i 96813-4317

www.DavisLevin.com

STANLEY E. LEVIN
alevin@DavisLevin.com

TELEPHONE: (808) 524-7500
Fax: (808) 356-0418
NEIGHBOR ISLANDS
Maui: 877-7500
Hawai'i: 326-3200
Kaua'i: 245-6100

July 25, 2007

**VIA FACSIMILE TRANSMISSION: 544-8399**
Gregg M. Ushiroda, Esq.
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop Street, Floor 23
Honolulu, HI 96813

RE: WILES-BOND v. DOE et. al., CIV #04-00442 HG/BMK

Dear Mr. Ushiroda:

It has just been decided that we will be using Shelby Floyd as a witness and therefore we recognize that this permits you access to all letters and e-mails that went from Shelby to the clients and vice versa. Those materials are available at my office for your review at your convenience. Please call to arrange a time for that review.

Sincerely,

**DAVIS LEVIN LIVINGSTON GRANDE**

STANLEY E. LEVIN

SEL/dm
cc: Carl Varady, Esq. (FAX: 523-8448)

EXHIBIT I