IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S MOTION TO STRIKE SHELBY FLOYD AS A WITNESS, was duly served electronically through CM/ECF on the following attorneys to their last known address on July 12, 2007:

STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
SUSAN K. DORSEY, ESQ.
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI  96813

and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, September 5, 2007.


                            /s/ Gregg M. Ushiroda
                            JOHN T. KOMEIJI
                            GREGG M. USHIRODA
                            LEIGHTON M. HARA

                            GARY K.H. KAM
                            GEORGE S.S. HOM
                            HOLLY T. SHIKADA

                            Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Certificate of Service

- 2 -