IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: PLAINTIFFS ANN KIMBALL WILES AND STANLEY BOND'S INDIVIDUAL CLAIMS FOR NON-ECONOMIC DAMAGES PURSUANT TO THE REHABILITATION ACT 29 U.S.C. Sec. 729, was duly served electronically through CM/ECF on the following attorneys to their last known address on September 6, 2007:

> **STANLEY E. LEVIN, ESQ.**
> **MICHAEL K. LIVINGSTON, ESQ.**
> **SUSAN K. DORSEY, ESQ.**
> 400 Davis Levin Livingston Grand Place
> 851 Fort Street
> Honolulu, HI  96813

and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:   Honolulu, Hawaii, September 6, 2007.


      /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Civil No. CV04-00442 HG/BMK; CV05-00247 HG/BMK; <u>Ann Kimball Wiles, et al. v. Department of Education, et al.</u>; Certificate of Service