391106.1

MARK J. BENNETT      #2672-0
Attorney General, State of Hawaii
HOLLY T. M. SHIKADA #4017-0
GARY K.H. KAM       #4391-0
GEORGE S. S. HOM    #2487-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: holly.t.shikada@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI    #2498-0
GREGG M. USHIRODA  #5868-0
LEIGHTON M. HARA   #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S SECOND SUPPLEMENTAL INITIAL DISCLOSURES; CERTIFICATE OF SERVICE**<br><br>**TRIAL: December 4, 2007** |

**DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S SECOND SUPPLEMENTAL INITIAL DISCLOSURES**

Defendants DEPARTMENT OF EDUCATION and ALVIN RHO (hereinafter "Defendants"), by and through their counsel, Watanabe Ing & Komeiji LLP hereby submit their second supplemental initial disclosures pursuant to Rule 26.1(a)(1) of the Federal Rules of Civil Procedure.

I. <u>WITNESSES</u>

      1. Ann Kimball Wiles
   c/o Davis Levin Livingston Grande
   400 Davis Levin Livingston Grande Place
   851 Fort Street
   Honolulu, HI  96813

      2. Stanley Bond
   c/o Davis Levin Livingston Grande
   400 Davis Levin Livingston Grande Place
   851 Fort Street
   Honolulu, HI  96813

      3. Bryan Wiles-Bond
   c/o Davis Levin Livingston Grande
   400 Davis Levin Livingston Grande Place
   851 Fort Street
   Honolulu, HI  96813

      4. Will Wiles-Bond
   c/o Davis Levin Livingston Grande
   400 Davis Levin Livingston Grande Place
   851 Fort Street
   Honolulu, HI  96813

      5. Alvin Rho
   Former West Hawaii Complex Area
    Superintendent
   c/o Watanabe Ing & Komeiji LLP
   First Hawaiian Center
   999 Bishop Street, 23rd Floor
   Honolulu, HI 96813

6.     Art Souza
       West Hawaii Complex Area Superintendent
       c/o Watanabe Ing & Komeiji LLP
       First Hawaiian Center
       999 Bishop Street, 23rd Floor
       Honolulu, HI 96813

7.     Naomi Shiraishi
       Speech Pathologist
       c/o Watanabe Ing & Komeiji LLP
       First Hawaiian Center
       999 Bishop Street, 23rd Floor
       Honolulu, HI 96813

8.     Linda Price
       District Education Specialist
       c/o Watanabe Ing & Komeiji LLP
       First Hawaiian Center
       999 Bishop Street, 23rd Floor
       Honolulu, HI 96813

9.     William "Bill" Beljean
       Skills Trainer
       75-309 Malulani Drive
       Kailua-Kona, HI 96740

10.    Karen Johnston
       Student Services Coordinator
       Kealakehe Intermediate School
       c/o Watanabe Ing & Komeiji LLP
       First Hawaiian Center
       999 Bishop Street, 23rd Floor
       Honolulu, HI 96813

11.    Barbara Coffman
       Program Director
       Child & Family Service
       81-6587 Mamalahoa Highway
       Kealakekua, HI 96750

12.    Sheri Adams
       Speech Pathologist
       c/o Watanabe Ing & Komeiji LLP
       First Hawaiian Center
       999 Bishop Street, 23rd Floor
       Honolulu, HI 96813

13. Judith Anne Radwick
    District Education Specialist
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

14. Kate Tolentino
    Principal
    Honokaa Elementary School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

15. Kelly Stern
    Waimea Middle School
    67-1229 Mamalohoa Hwy.
    Kamuela, HI 96743

16. Nathan M. Murata, Ph.D.
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

17. Dru Copeland, Ph.D.
    9 Deer Run
    Randolph, New Jersey 07869

18. JoAn Hill
    Resource Teacher
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

19. Cara Entz
    Pacific Child and Family Associates
    410 West Arden Avenue, Suite 203
    Glendale, CA 91203

20. Gloria Medina
    Pacific Child and Family Associates
    410 West Arden Avenue, Suite 203
    Glendale, CA 91203

21. Ira Heilveil, Ph.D.
    Pacific Child and Family Associates
    410 West Arden Avenue, Suite 203
    Glendale, CA  91203

22. Stacey Nolan
    Therapeutic Aide
    Last known address
    c/o Ala Kai Na Keiki, Inc.
    1100 Alakea Street, Suite 900
    Honolulu, HI 96813

23. Puaokahauke Bairos
    Therapeutic Aide
    Last known address
    c/o Ala Kai Na Keiki, Inc.
    1100 Alakea Street, Suite 900
    Honolulu, HI 96813

24. Diane Moreno
    Therapeutic Aid
    Last known address
    c/o Ala Kai Na Keiki, Inc.
    1100 Alakea Street, Suite 900
    Honolulu, HI 96813

25. Cyd Smith
    Therapeutic Aid
    Last known address
    c/o Ala Kai Na Keiki, Inc.
    1100 Alakea Street, Suite 900
    Honolulu, HI 96813

26. Sandra Harrington
    Skills Trainer
    HC 21 K
    Captain Cook, HI 96704

27. Bill Brown
    Teacher
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

28. Nancy Perry
    SPED Teacher
    Waikoloa Elementary School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

29. John Walker
    SPED Teacher
    Waikoloa Elementary School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

30. Tristine Graetz
    Educational Assistant
    Honaunau Elementary School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

31. Shirley Revelle
    SPED Teacher
    Kealakehe Elementary School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

32. Rebecca Pierson
    Autism Consulting Teacher
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

33. Jennifer Harris
    SPED Teacher
    Keeau High School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

34. Ken Stalsberg
    SPED Teacher
    Last known address
    Kealakehe High School
    74-5000 Puohulihuli Street
    Kailua-Kona, HI 96740

35. Scott Fieux
    8501 W. University Avenue, #1093
    Las Vegas, Nevada 89147

36. Frances Downing
    SPED Teacher
    Kahakai Elementary School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

37. Richi Stallard
    Skills Trainer
    114 Howards Hill
    Kure Beach, North Carolina 28449

38. Courtney Flohaug
    Skills Trainer
    77-6528 Hoolaupai Street
    Kailua-Kona, HI 96740

39. Karen Green
    Skills Trainer
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

40. Christy Willene Edwards
    Skills Trainer
    231 Plantation Springs
    Florence, Alabama 35630

41. Sasha Pickles
    Skills Trainer
    P.O. Box 3083
    Kailua-Kona, HI 96745

42. Corrina Serrao
    Skills Trainer
    73-1084 Loloa Drive
    Kailua-Kona, HI  96740

43. Kathryn Cardines
    Skills Trainer
    64-165 Old Mamalahoa Hwy.
    Kamuela, HI 96743

44. Jeremy Watson
    Skills Trainer
    44 Project 32 Road
    Accord, New York 12404

45. Danielle Doucette
    Skills Trainer
    P.O. Box 154
    Kealakekua, HI 96750

46. Rebecca Gavin
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

47. Rae Graber
    Skills Trainer
    1300 Kamehameiki Road
    Kula, HI 96790

48. Sven Lindemann
    Skills Trainer
    P.O. Box 29
    Holualoa, HI 96725

49. Leigh Mitchell
    Skills Trainer
    P.O. Box 6871
    Ocean View, HI 96737

50. Loi Chang Stroman, M.D.
    75-1028 Henry Street
    Kailua-Kona, HI 96740

51. Robert Gentzel
    Former Principal
    Kealakehe Intermediate School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

52. Timothy Stafford
    Vice Principal
    Kealakehe Intermediate School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

53. Alfonsina Davis
    Vice Principal
    Kealakehe Intermediate School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

54. Nancy Matsukawa
    Principal
    Kealakehe Elementary School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

55. Jessica Yamasawa
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

56. Dayle Yokoyama
    SPED Teacher
    Kealakehe Intermediate School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

57. Carri Coakley
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

58. Leimomi Respicio
    Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

59. Laura Pruitt
    Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

60. Sascha Harris
    Skills Trainer
    Last known address
    c/o Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

61. Jamie Louis
    Skills Trainer
    Last known address
    c/o Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

62. Wesley Sugai, M.D.
    75-5586 Ololi Road, #3001
    Kailua-Kona, HI 96740

63. Donna Ortiz, Ph.D.
    Address unknown

64. Dr. Fong
    Address unknown

65. Lori Bolton, Psy.D
    District Education Specialist for Autism
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

66. Arline Garcia
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

67. Gavin Maeda
    Education Assistant
    Address unknown

68. Tamara K. Tauchas
    Therapeutic Aide
    Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

69. Richard H. Mesco
    Medical Director, Hawaii Family Guidance Center
    Associate Professor of Psychiatry,
    John Burns School of Medicine

70. Maureen Soremitsu (fka Maureen Johnson)
    Student Services Coordinator
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

71. Damon Yoshida
    Care Coordinator
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

72. Connie Santana
    Child Protective Services
    73-4257 Hulikoa Drive, #C
    Kailua-Kona, HI 96740

73. Allan Zachary
    Department of Human Services
    P.O. Box 6
    Naalehu, HI 96772

74. Cheryl Mark
    Therapeutic Aide
    Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

75. Laura Zepeda
    Therapeutic Aide
    Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

76. Janelle Wong
    Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

77. Lesley Karimoto
    Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

78. Terri Oliviera
    Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

79. Karen Chow
    Hawaii Behavioral Health
    234 Waianuenue Avenue
    Hilo, HI 96720

80. Bryna Siegel, Ph.D. (Expert)
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

81. Richard Goka, M.D. (Expert)
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

82. Mahea Edwards
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

83. Marvin Sinclair
    The Institute For Family Enrichment
    615 Piikoi Street, Suite 105
    Honolulu, HI 96814

84. Lisa Kibler
    Address Unknown

85. Wendy Clark
    Occupational Therapist
    Kahakai Elementary School
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

86. Jana Ortiz
    Address Unknown

87. Gabriel Pesacreta
    Address Unknown

88. Lyndia Uchimura
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

89. Jeff Heaps
    Address Unknown

90. James Palmer
    Address Unknown

91. Patricia Branum
    c/o Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, HI 96813

92. David Staley
    Address Unknown

93. Bethany LeDuc
    Address Unknown

94. Duncan Galland
    Skills Trainer
    72 Puukala Street
    Kailua-Kona, HI 96740

95. Heather Schwob
    Skills Trainer
    Address Unknown

96. Jamie Straley
    Skills Trainer
    Address Unknown

97. Oksana Savenko
    Skills Trainer
    Address Unknown

98. Roberto Valentino
    Skills Trainer
    Address Unknown

99. Leah Scruton
    Skills Trainer
    Address Unknown

100. Custodian of Records
     Ala Kai Na Keiki, Inc.
     1100 Alakea Street, Suite 900
     Honolulu, HI 96813

101. Custodian of Records
     The Institute For Family Enrichment
     615 Piikoi Street, Suite 105
     Honolulu, HI 96814

102. Custodian of Records
     Hawaii Behavioral Health
     234 Waianuenue Avenue
     Hilo, HI 96720

103. Custodian of Records
     Wesley Sugai, M.D.
     75-5586 Ololi Road, #3001
     Kailua-Kona, HI 96740

104. Custodian of Records
     Child & Family Service
     81-6587 Mamalahoa Highway
     Kealakekua, HI 96750

105. Custodian of Records
     Pacific Child and Family Associates
     410 West Arden Avenue, Suite 203
     Glendale, CA  91203

106. Custodian of Records
     Child Protective Services
     73-4257 Hulikoa Drive, #C
     Kailua-Kona, HI 96740

107. Custodian of Records
     National Park Service
     1111 Jackson Street
     Oakland, CA 94607

108. Custodian of Records
     Kennedy Krieger Institute
     707 North Broadway
     Baltimore, MD 21205

109. Custodian of Records
     Office of the Superintendent
     1390 Miller Street; Suite 306
     Honolulu, HI 96813

110. Custodian of Records
     Fairfield-Suisun Unified School District
     2490 Hilborn Road
     Fairfield, CA

111. Custodian of Records
     UHS Keystone School
     5416 Holdener Road
     Elmira, CA

112. Custodian of Records
     Benicia Unified School District
     350 East K Street
     Benicia, CA

113. Custodian of Records
     Child Protective Services
     1390 Miller Street
     Honolulu, HI   96813


DATED: Honolulu, Hawaii, September 7, 2007.


    /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants
DEPARTMENT OF EDUCATION,
State of Hawaii, and ALVIN RHO,
in his official capacity as West
Hawaii District Superintendent

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of
Education, et al., Defendants; Civil Nos.: CV04-00442 HG/BMK and
CV 05-00247 HG BMK Consolidated; Defendants Department of
Education and Alvin Rho's Second Supplemental Initial Disclosures