IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br><br><br>**TRIAL: December 4, 2007** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of **DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S SECOND SUPPLEMENTAL INITIAL DISCLOSURES** was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on September 7, 2007:

　　　　STANLEY E. LEVIN, ESQ.
　　　　400 Davis Levin Livingston Grand Place
　　　　851 Fort Street
　　　　Honolulu, HI  96813

　　　　　　and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii September 7, 2007.


      /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants
DEPARTMENT OF EDUCATION,
State of Hawaii, and ALVIN
RHO, in his official capacity
as West Hawaii District
Superintendent

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil Nos.: CV04-00442 HG/BMK and CV 05-00247 HG BMK Consolidated; Certificate of Service