Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN           1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY           4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>         Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent, | Civil No. CV 04-00442 HG/BMK<br>Civil No. CV 05-00247 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING DEPOSITIONS UPON VIDEO-TAPED ORAL EXAMINATION<br><br>Trial: December 4, 2007 |

Defendants.

CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING
DEPOSITIONS UPON VIDEO-TAPED ORAL EXAMINATION

I hereby certify that on September 10, 2007, a true and correct copy of Plaintiffs' Notice of Taking Depositions Upon Video-Taped Oral Examination was duly served by hand delivery upon the following parties at their last known address:

> Gary K. H. Kam, Esq.
> George S.S. Hom, Esq.
> Holly T. Shikada, Esq.
> Deputy Attorneys General
> 235 S. Beretania Street, Room 304
> Honolulu, Hawaii 96813

Served by e-mail/electronic filing pursuant to the United States District Court, District of Hawaii CM/ECF Guide and hand delivered to:

> John T. Komeiji, Esq.
> Gregg M. Ushiroda, Esq.
> Leighton M. Hara, Esq.
> First Hawaiian Center, 23rd Floor
> 999 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorneys for Defendants

3

DATED: Honolulu, Hawaii, September 10, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs