390645.1

MARK J. BENNETT          #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM            #4391-0
GEORGE S. S. HOM         #2487-0
HOLLY T. M. SHIKADA      #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI         #2498-0
GREGG M. USHIRODA       #5868-0
LEIGHTON M. HARA        #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE: DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFF'S SEVENTH REQUEST FOR ADMISSIONS, DATED 08/13/07]**<br><br>**TRIAL: December 4, 2007** |

## CERTIFICATE OF SERVICE

I hereby certify that two copies of *Defendant Department of Education's Response to Plaintiff' Seventh Request for Admissions*, dated August 13, 2007, dated September 13, 2007, were duly served on the following attorneys by depositing the same in the U.S. Mail, postage prepaid to their last known address on September 13, 2007:

    **STANLEY E. LEVIN, ESQ.**
    **MICHAEL K. LIVINGSTON, ESQ.**
    **SUSAN K. DORSEY, ESQ.**
    400 Davis Levin Livingston Grand Place
    851 Fort Street
    Honolulu, HI  96813

        and

    **CARL M. VARADY, ESQ.**
    American Savings Bank Tower
    1001 Bishop Street, Suite 2870
    Honolulu, Hawaii  96813

    Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, September 13, 2007.

                      /s/ Gregg M. Ushiroda
                      JOHN T. KOMEIJI
                      GREGG M. USHIRODA
                      LEIGHTON M. HARA

                      GARY K.H. KAM
                      GEORGE S.S. HOM
                      HOLLY T. SHIKADA

                      Attorneys for Defendants