# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK |
| CASE NAME: | Ann Kimball Wiles and Stanley Bond, individually and as next friend of their son, Bryan Wiles-Bond, a minor vs. Department of Education, State of Hawaii, and Alvin Rho, in his official capacity as West Hawaii District Superintendent |
| ATTYS FOR PLA: | Stanley E. Levin, Esq.<br>Carl M. Varady, Esq. |
| ATTYS FOR DEFT: | John T. Komeiji, Esq.<br>Leighton M. Hara, Esq.<br>Holly T.M. Shikada, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | September 17, 2007 | TIME: | 9:00 - 9:40 |

COURT ACTION:   DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT -

Discussion held.

Defendants' Motion for Partial Summary Judgment (Doc. 252) is hereby **GRANTED IN PART AND DENIED IN PART.**

Defendants' motion is **GRANTED** to the extent that Plaintiffs seek to rely on Winkleman v. Parma City School District, 127 S.Ct. 1994 (2007) as an expansion of their rights. It is an Individuals with Disabilities in Education Act case and does not impact the Court's analysis in its December 2006 Order with respect to Plaintiffs' ability to recover economic damages reasonably and foreseeably incurred as a result of Defendants' intentional discrimination against Bryan. Plaintiffs Ann Kimball Wiles and Stanley Bond are not entitled to recover for their own alleged non-economic damages, namely pain and suffering/emotional distress, based on the Defendants' alleged intentional discrimination against Plaintiffs' son, as opposed to intentional acts against them.

Defendants' motion is **DENIED WITHOUT PREJUDICE** to the extent it seeks to preclude Plaintiff from asserting a retaliation claim under the Rehabilitation Act and from recovering non-economic damages for such a claim.

If Plaintiffs intend to pursue a retaliation claim under the Rehabilitation Act, Plaintiffs

must file a motion to amend their complaint, with the proposed amended complaint attached, on or before **October 2, 2007**.  Plaintiffs' motion must explain the legal basis to amend their complaint to add a retaliation claim.  Defendants' opposition brief is due on or before **October 16, 2007**.  Both parties filing are limited to 15 pages.  This will be a non-hearing motion.

Submitted by: Mary Rose Feria, Courtroom Manager