# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK |
| CASE NAME: | Ann Kimball Wiles v. Department of Education, State of Hawaii |
| ATTYS FOR PLA: | Stanley E. Levin, Carl M. Varady |
| ATTYS FOR DEFT: | Gregg M. Ushiroda, Leighton M. Hara |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 09/19/2007 | TIME: | 3:30 - 3:50 |

COURT ACTION:  EP: Discovery Conference Re Letter Briefs Submitted 9/17/2007 and 9/18/2007 - defendant will provide records of Dr. Siegel.  Her deposition will be taken on 10/15/2007 in San Francisco.

Settlement Conference and Final Pretrial Conference will be held 10/23/2007 @ 10:30 a.m. before Magistrate Judge Barry M. Kurren. Settlement Conference Statements and Final Pretrial Statements due 10/16/2007.

Submitted by Richlyn W. Young, courtroom manager