Of Counsel:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY          4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447 FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIVIL No. CV 05-00247 HG/BMK<br>CIVIL No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' MOTION TO COMPEL THE ORAL DEPOSITION OF LONO BEAMER; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STANLEY E. LEVIN; EXHIBITS 1-11 AND CERTIFICATE OF SERVICE<br>DATE      :  _____<br>TIME      :  _____<br>JUDGE    :  _____<br>TRIAL    : December 4, 2007 |

## PLAINTIFFS' MOTION TO COMPEL
## THE ORAL DEPOSITION OF LONO BEAMER

Plaintiffs, ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND ("Bryan"), a minor (collectively "Plaintiffs"), by and through their counsel, DAVIS LEVIN LIVINGSTON GRANDE and the LAW OFFICES OF CARL M. VARADY, hereby move this Honorable Court, pursuant to Rules 26 and 37, for an Order setting the Oral Deposition of Lono Beamer ("Mr. Beamer"), former counsel for the Defendants.

Plaintiffs seek the deposition of Mr. Beamer on limited grounds already addressed by the Court solely on the issue of the origin and chain of custody of the e-mails attached to the Declaration of Stanley E. Levin as Exhibit 1, and communications related thereto. The testimony to date from the other DOE witnesses has been that Mr. Beamer was given the unredacted versions of the e-mails (from and to) "Michael Biehn" and that Mr. Beamer decided to redact them. Also, it is unclear why Mr. Beamer attempted to bring this issue to the court's attention. These are issues that Mr. Beamer himself knew the answers to. There will be no questioning about Mr. Beamer's privileged relationship with Defendants. The only issues Plaintiffs' counsel wants to address at Mr. Beamer's

deposition is the issue of the e-mail and the redacted e-mails concerning the instant case(s).

This Motion is supported by the memorandum, the declaration of counsel, the documents submitted in support of this Motion, and the records and files herein.

DATED:    Honolulu, Hawaii, September 24, 2007.


/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
CARL M. VARADY
Attorneys for Plaintiffs