IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　　　Defendants. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1.　I am one of the named attorneys in the above captioned case.

2.　Attached hereto as Exhibit 1 are true and correct copies of e-mails where the name of the party sending the e-mail is redacted.  These e-mails were presented to the court by Lono Beamer.

3.　Attached hereto as Exhibit 2 are true and correct copies of e-mails to Mike Biehn from JoAnn Hill which were submitted to Plaintiffs on August 11, 2004.

4.	Attached hereto as Exhibit 3 is a true and correct copy of an e-mail from Michael Biehn to Desiree Baez dated August 5, 2004.

5.	Attached hereto as Exhibit 4 is a true and correct copy of a letter to Lono Beamer from Shelby Floyd dated August 9, 2004.  This letter states that the court wanted the issue of e-mails to be handled by letter briefs.

6.	Attached hereto as Exhibit 5 is a true and correct copy of a letter to Judge Kurren from Shelby Floyd dated August 12, 2004.  This letter states that the Court ordered JoAn Hill of the DOE to disclosed by August 11, 2004 the identity of the sender of certain e-mails.

7.	Attached hereto as Exhibit 6 is a true and correct copy of a Letter Brief to Judge Kurren from Shelby Floyd dated August 24, 2004.

8.	Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Michael Biehn; Exhibit 1 dated August 17, 2007.  This declaration states that he received an e-mail from JoAn Hill dated August 10, 2004.

9.	Attached hereto as Exhibit 8 is a true and correct copy of an e-mail from Stanley Bond to Shelby Floyd dated September 8, 2004.  The e-mail states the chronology and inconsistencies of the e-mails.

10.	Attached hereto as Exhibit 9 is a true and correct copy of a letter to Lono Beamer from Shelby Floyd dated September 8, 2004.  That letter states

that Judge Kurren has signed a proposed order granting expedited discovery and e-mail communication concerning Christie Edwards.

11.  Attached hereto as Exhibit 10 is a true and correct copy of the Order Granting Plaintiffs' Leave to Conduct Expedited Discovery filed September 13, 2004. Said order states that Plaintiffs may seek expedited discovery of e-mails between June 1, 2004 and August 19, 2004.

12.  Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition of Josephine A. Hill taken on August 9, 2007. The following pages are attached: p. 110, p. 125, pp. 134 – 135.

I declare under penalty of perjury that the above is true and correct.

Dated: Honolulu, Hawai'i, September 24, 2007.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN