▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄ 08/03/2004 08:46:09 PM

To: joan_hill@notes.k12.hi.us
cc:

Subject: Kim Wiles/ Christy Edwards

Thought you should see this correspondence between Kim Wiles and Christy Edwards.

Hi Christy,

Well we had a terrible meeting with yesterday with DOE. The people in charge right now are unbelieveable. Of course we brought up your starting date and rate of pay. DOE is very hesitant to pay you (or anyone) the $39/hour rate. What they insist you do is call JoAnn Hill at 323-0015 to tell her you want the job. My guess is she will be nasty to you (she can be the ultimate bitch) and offer you a lower rate. You need to emphasize that you know DDT's, Teacch, and have had a background in SPED. Most importantly you kinow Bryan and have successfully worked with him at a time when he made a lot of progress. I would also tell her that you know a lot of his signs and that you took an ASL signing course over the last year. Tell her I recrutited you from the Mainland and that you are taking the responsiblity for your tranportation to Hawaii. See what she offers. If its acceptable to you go for it. If not, tell her you'll think about it come on out anyway and we will pay you respite and let Shelby sort it out thorugh the legal system.

Shelby will be out of town until the 28th so we will have to wait for her to get back. The fact is through the hearing orders we already have the right to hire so it ultimately shouldn't be a problem. They seem determined however to make it as difficult road as possible. It's a good thing you're coming out early we may need a week or two to sort it all out. I'm sorry they are being so nasty just remember its not personal against you. Really its the way they are with anyone associated with us. So be braced see what she offers and write us back. If you can't reach her by phone I would contact her via e-mail. At a minimum I would try and contact her by phone (leave a message) and then follow up with an e-mail. Her e-mail address is joan_hill@notes.k12.hi.us

Let us know how it goes. Today is Wednesday and she is out of the office today. I tried to contact her earlier.

Barbara was at the meeting and seemed excited about your return. It will be great to have you back. We can't wait to see you Stan will pick you up at the airport when you get in. His cell number is 960-4065.

Good luck, Kim

---

Don't just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/

EXHIBIT 1

 on 08/04/2004 10:07:54 AM

To:     JoAn_Hill/SPED/HIDOE@notes.k12.hi.us
cc:

Subject: Re: Kim Wiles/ Christy Edwards

Let us just say others share your sentiments, too.
Underqualified/unreliable/overpaid. Please remove all headers and e-mail
address info, my name, etc. if using in court, and ONLY if neither party
(Kim or Christy) could possibly become aware of it. I might also note that
the term "green eyed monster" has been used by one half of above party via
e-mail in reference to Bryan, and can provide this e-mail as well.


&gt;From: JoAn_Hill/SPED/HIDOE@notes.k12.hi.us
&gt;
&gt;Subject: Re: Kim Wiles/ Christy Edwards
&gt;Date: Wed, 4 Aug 2004 09:03:20 -1000
&gt;
&gt;Thank you very much for the information. How were you able to get this
&gt;information? I will be going to Federal Court tomorrow involving the
&gt;hiring of Christy.
&gt;May I share the information at court (I won't mention how I came across
&gt;this information)?
&gt;
&gt;
&gt;
&gt;
&gt;To:    joan_hill@notes.k12.hi.us
&gt;cc:
&gt;
&gt;Subject:        Kim Wiles/ Christy Edwards
&gt;
&gt;Thought you should see this correspondence between Kim Wiles and Christy
&gt;Edwards.
&gt;
&gt;Hi Christy,
&gt;
&gt;Well we had a terrible meeting with yesterday with DOE. The people in
&gt;charge right now are unbelieveable. Of course we brought up your
starting
&gt;
&gt;date and rate of pay. DOE is very hesitant to pay you (or anyone) the
&gt;$39/hour rate. What they insist you do is call JoAnn Hill at 323-0015
to
&gt;
&gt;tell her you want the job. My guess is she will be nasty to you (she
can
&gt;be
&gt;the ultimate bitch) and offer you a lower rate. You need to emphasize
&gt;that
&gt;you know DDT's, Teacch, and have had a background in SPED. Most
&gt;importantly
&gt;you kinow Bryan and have successfully worked with him at a time when he
&gt;made
&gt;a lot of progress. I would also tell her that you know a lot of his
signs

&gt;
&gt;and that you took an ASL signing course over the last year. Tell her I
&gt;recrutited you from the Mainland and that you are taking the responsiblity
&gt;
&gt;for your tranportation to Hawaii.  See what she offers.  If its acceptable
&gt;
&gt;to you go for it.  If not, tell her you'll think about it come on out anyway
&gt;and we will pay you respite and let Shelby sort it out thorugh the legal
&gt;system.
&gt;
&gt;Shelby will be out of town until the 28th so we will have to wait for her
&gt;to
&gt;get back.  The fact is through the hearing orders we already have the right
&gt;to hire so it ultimately shouldn't be a problem.  They seem determined
&gt;however to make it as difficult road as possible.  It's a good thing you're
&gt;coming out early we may need a week or two to sort it all out.  I'm sorry
&gt;they are being so nasty just remember its not personal against you. Really
&gt;
&gt;its the way they are with anyone associated with us. So be braced see what
&gt;
&gt;she offers and write us back.  If you can't reach her by phone I would
&gt;contact her via e-mail.  At a minimum I would try and contact her by phone
&gt;
&gt;(leave a message) and then follow up with an e-mail.  Her e-mail address
&gt;is
&gt;joan_hill@notes.k12.hi.us
&gt;
&gt;Let us know how it goes.  Today is Wednesday and she is out of the office
&gt;today.  I tried to contact her earlier.
&gt;
&gt;Barbara was at the meeting and seemed excited about your return.  It will
&gt;be
&gt;great to have you back. We can't wait to see you Stan will pick you up at
&gt;the airport when you get in.  His cell number is 960-4065.
&gt;
&gt;Good luck, Kim
&gt;
&gt;_____
&gt;Donâ€™t just search. Find. Check out the new MSN Search!
&gt;http://search.msn.click-url.com/go/onm00200636ave/direct/01/
&gt;
&gt;
&gt;
&gt;

---

Don't just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/

 on 08/04/2004 10:16:14 AM

To:      JoAn_Hill/SPED/HIDOE@notes.k12.hi.us
cc:

Subject:  Re: Kim Wiles/ Christy Edwards

By the way, for the sake of legitamacy in the eye of the courts, I suppose I could relate that I am an associate of Christy who passed this info along to you after she mistakenly forwarded the message to a number of her contacts, myself included.

---

MSN Toolbar provides one-click access to Hotmail from any Web page - FREE download! http://toolbar.msn.click-url.com/go/onm00200413ave/direct/01/

 ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ on 08/04/2004 10:29:00 AM

To: joan_hill@notes.k12.hi.us
cc:

Subject: Kim Wiles/ Christy Edwards

Note the subject line and lack of commitment evident in the body of the letter.


From : Christy E <wakenowdiscover@hotmail.com>
Sent : Wednesday, July 28, 2004 10:21 PM
To :
Subject : green-eyed monster

| | | Inbox


Hey You!

I'm back on the Big Island & back to work with my little friend Bryan. He remembered me which makes me so happy! He has grown taller & has learned some new signs. He has apparently grown more agressive too but I have not seen that side yet. Funny how we all have our evil twin. Sounds like yours came out when you saw Susanah with another fella. I'm surprised it bothered you so, you had known she was seeing someone. It's hard to see in person though i bet. Well you are almost out of there. How many days now? I still haven't figured out the transportation to & fro Coventry. I need to get to thinkin on that soon. I had a great time in Montreal! Loved it but I apologize for not being in touch while I was there. I thought I'd have more e-mail time but wrong! We were on the go the whole time. I love my Momma. I'm having mixed feelings about being back here. I love Hawaii but I think I'm really wanting to be with my family. Please e-mail me with a good time to call. I miss our talks & laughs. Glad you are doing good with staying away from mints. If I could I would. Have a Happy Day!

Love & Hugs,
CHristy

---

Overwhelmed by debt? Find out how to 'Dig Yourself Out of Debt' from MSN Money. http://special.msn.com/money/0407debt.armx





From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on 08/05/2004 02:00 AM
Sent by: ▓▓▓▓▓▓▓▓▓▓▓
To:     JoAn_Hill/SPED/HIDOE@notes.k12.hi.us
cc:
Subject: Re: Kim / C E

Well, she lacks a resume that would be commensurate with that pay level. The last time she held this same position she quit the job after only a few months and left the state, only returning now as a result of this "bribe." Also, her last employer (the federal government at Kwajalein Marshall Islands) I believe opened an investigation into her use of prescription medication while on the job. This use included (and I believe continues to include) painkillers and anti-depressants ordered over the internet. She has also been in and out of therapy for emotional problems the last two years. Please, I would just ask that you follow your own leads on these matters and not quote me or use my name, in print or orally.

---

Don't just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/



**Christy Edwards &lt;belephobe@yahoo.com&gt;**
08/11/2004 11:07 AM MST

To: stanley_c_bond@nps.gov
cc:
Subject: Fwd: FW: Re: K/CE

Note: forwarded message attached.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com
----- Message from "Michael Biehn" &lt;mbiehn@hotmail.com&gt; on Wed, 11 Aug 2004 07:01:57 -1000 -----

To: belephobe@yahoo.com

Subject: FW: Re: K/CE

&gt;From: JoAn_Hill/SPED/HIDOE@notes.k12.hi.us
&gt;To: &quot;Michael Biehn&quot; &lt;mbiehn@hotmail.com&gt;
&gt;Subject: Re: K/CE
&gt;Date: Tue, 10 Aug 2004 20:36:12 -1000
&gt;
&gt;
&gt;
&gt;
&gt;
&gt;
&gt;From: &quot;Michael Biehn&quot; &lt;mbiehn@hotmail.com&gt; on 08/10/2004 12:17 PM
&gt;
&gt;I went before the judge today for a hearing.  Shelby, Kim's lawyer,
&gt;demanded that we give your name.  According to Stan Bond you hacked into
&gt;both Kim's and Christie's computer.  The AG asked how he knew that and Stan
&gt;stated that Christie deleted the message immediately after she had read it.
&gt;Stan admitted to the fact that Kim had indeed sent that e-mail.  The judge
&gt;has ordered that your name be released.  Can you think of any way this can
&gt;be avoided?
&gt;
&gt;
&gt;To:    joan_hill@notes.k12.hi.us
&gt;cc:
&gt;
&gt;Subject:    K/CE
&gt;
&gt;
&gt;
&gt;PayPal username: wakenowdiscover@hotmail.com