To: Stan Bond

Date: 8/11/04

Subject: E-Mail to Mike Biehn from Joann Hill

Pages: 3

(Note the PayPal info on bottom of page 2 with my Password listed!)

**EXHIBIT 2**

WILLIAM J. EDWARDS, JR.   (256) 740-6631   p.2

Yahoo! Mail - belephobe@yahoo.com

Yahoo! My Yahoo! Mail

Page 1 of 3

# YAHOO! Mail

Welcome, belephobe
[Sign Out, My Account]

Search
the Web

Mail Home - Help

| Mail ▼ | Addresses ▼ | Calendar ▼ | Notepad ▼ |

[Check Mail]  [Compose]

belephobe@yahoo.com [Sign Out]

Mail Upgrades - Mail Options

Search Mail

**Folders**  [Add - Edit]

Inbox (10)
Draft
Sent
Bulk (446) [Empty]
Trash [Empty]

Is your Credit Score average?

Get unlimited calls to U.S./Canada

Get 2.9%* at RateMyMortgage

2.9% Home Loan 4 FREE OFFERS

Previous | Next | Back to Messages

Printable View - Full Headers

[Delete] [Reply ▼] [Forward ▼] [Spam]   [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** "Michael Biehn" <mbiehn@hotmail.com>   Add to Address Book
**To:** belephobe@yahoo.com
**Subject:** FW: Re: K/CE
**Date:** Wed, 11 Aug 2004 07:06:14 -1000

&gt;From: JoAn_Hill/SPED/HIDOE@notes.k12.hi.us
&gt;To: &quot;Michael Biehn&quot; &lt;mbiehn@hotmail.com&gt;
&gt;Subject: Re: K/CE
&gt;Date: Tue, 10 Aug 2004 20:36:12 -1000
&gt;
&gt;
&gt;
&gt;
&gt;
&gt;
&gt;From: &quot;Michael Biehn&quot; &lt;mbiehn@hotmail.com&gt; on
08/10/2004
12:17 PM
&gt;

http://us.f534.mail.yahoo.com/ym/ShowLetter?MsgId=7379_5228334_33158_1245_671_0_3794_1452_1990591671&Idx=2&Y...   8/11/04

Yahoo! Mail - belephobe@yahoo.com       Page 2 of 3

&gt;I went before the judge today for a hearing. Shelby, Kim's lawyer,
&gt;demanded that we give your name. According to Stan Bond you hacked
into
&gt;both Kim's and Christie's computer. The AG asked how he knew that
and
Stan
&gt;stated that Christie deleted the message immediately after she had
read
it.
&gt;Stan admitted to the fact that Kim had indeed sent that e-mail.
The
judge
&gt;has ordered that your name be released. Can you think of any way
this
can
&gt;be avoided?
&gt;
&gt;
&gt;To:    joan_hill@notes.k12.hi.us
&gt;cc:
&gt;
&gt;Subject:    K/CE
&gt;
&gt;
&gt;
&gt;PayPal username: wakenowdiscover@hotmail.com
&gt;pass: mokimilo2
&gt;
&gt;Search all account activity, backdating as necessary.
&gt;
&gt;
&gt;On the road to retirement? Check out MSN Life Events for advice on
how
to
&gt;get there! http://lifeevents.msn.com/category.aspx?cid=Retirement
&gt;
&gt;

On the road to retirement? Check out MSN Life Events for advice on how
to
get there! http://lifeevents.msn.com/category.aspx?cid=Retirement

WILLIAM J. EDWARDS, JR.   (2561)740-6632   p.4

Yahoo! Mail - belephobe@yahoo.com

Page 3 of 3

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                    Save Message Text

Check Mail | Compose | Search Mail                   Mail Upgrades - Mail Options

Copyright © 1994-2004 Yahoo! Inc. All rights reserved. Terms of Service - Copyright Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

tp://us.f534.mail.yahoo.com/ym/ShowLetter?MsgId=7379_5228334_33158_1245_671_0_3794_1452_1990691671&Idx=2&Y...   8/11/04