# Alston Hunt Floyd & Ing

Attorneys at Law
A Law Corporation

5-1230 Mamalahoa Hwy
arter Professional Center,
Suite C-21
Kamuela, HI 96743

TEL: (808) 885-6762
FAX: (808) 885-8065
iternet: www.ahfi.com

SHELBY ANNE FLOYD

E-MAIL:
sflovd@ahfi.com

August 9, 2004

VIA FAX ONLY
(808) 586-1488

To:     Lono Beamer, Esq.

From:   Shelby Anne Floyd, Esq.

Re:     Ann Kimball Wiles, et al. v. Dept. of Education, et al.
        Expedited Discovery Conference under LR 37.1(c)

Please call me to discuss the submission of letter briefs to Magistrate Judge Kurren concerning the disclosure of the identity of the person who sent JoAn Hill the e-mails you offered in court last week, and a deposition of JoAn Hill next week. If I do not hear from you today, I will ask Magistrate Kurren's courtroom manager to give us a deadline for letter briefs, pursuant to LR 37.1(c), but I would prefer to attempt to reach agreement on these discovery issues.

Very truly yours,

SHELBY ANNE FLOYD

/bh

cc: clients

EXHIBIT 4