

**Alston Hunt Floyd & Ing**

Attorneys at Law
A Law Corporation

VIA FAX AND MAIL
Fax.: 808-541-3500
(1 page)

August 12, 2004

The Honorable Barry M. Kurren
U.S. Magistrate Judge
United States District Court
300 Ala Moana Blvd., Rm. C-229
Honolulu, Hawai'i 96850

Re: **Ann Kimball Wiles, et al. v. Department of Education, et al
Civil No. CV04-00442 HG BMK**

Dear Magistrate Kurren:

On August 10, 2004 you ordered Ms. JoAn Hill, District Education Specialist of the Department of Education, to disclose by August 11, 2004, the identity of the sender of certain e-mails to and from Ms. Hill that were provided by the Department of Education's counsel to me. That disclosure was not made, although I left two messages with Mr. Beamer's office.

I have additional reasons to be concerned about the content, veracity, and motive behind the e-mails, and believe that the Stored Communications Act, 18 U.S.C. §2701 et seq. and other state and federal laws may have been broken. I request therefore that a formal order be issued to Ms. Hill and the Department of Education, or that a briefing schedule pursuant to LR 37.1(c) be set.

Very truly yours,

SHELBY ANNE FLOYD

SAF/bh

8th Floor ASB Tower
1001 Bishop Street
onolulu Hawai'i 96813
Tel: (808) 524-1800
Fax: (808) 524-4591

ter Professional Center
Suite C21
230 Mamalahoa Highway
muela Hawai'i 96743
Tel: (808) 885-6762
Fax: (808) 885-8065

-mail: info@ahfi.com
www.ahfi.com

cc: Lono Beamer, Esq. (Fax. No. 808.586.1488)
    client

**EXHIBIT 5**

264415-1/6515-1