Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

SHELBY ANNE FLOYD     1724-0
MEI-FEI KUO          7377-0
Carter Professional Center, Suite C21
65-1230 Mamalahoa Highway
Kamuela, Hawai'i  96743
Telephone:    (808) 885-6762
Facsimile:    (808) 885-8065
Email: sfloyd@ahfi.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIV. NO. CV04-00442 HG BMK<br><br>**DECLARATION OF MICHAEL BIEHN; EXHIBIT 1**<br><br><br><br>**Hearing:**<br>Date:  August 13, 2004<br>Time:  9:00 a.m.<br>Judge: Hon. Helen Gillmor |

264372-1/6515-1

**EXHIBIT 1**

## DECLARATION OF MICHAEL BIEHN

I, MICHAEL BIEHN, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1.  I am currently a resident of Minnesota, residing at 1286 Burr Street, St. Paul MN 55101.

2.  I am a friend of Christy Edwards, who I understand is employed as a skills trainer for Bryan Wiles-Bond. I do not know Bryan or his parents. I have never worked for the Department of Education of the State of Hawai'i. I have no knowledge of any litigation between the Department of Education and the Bonds except as stated in this Declaration.

3.  Today I received the e-mail attached as Exhibit 1. I do not know the sender, JoAn Hill. I have never communicated with her or the Department of Education of Hawai'i by e-mail concerning Christy.

4.  Because the attached e-mail appears to contain

personal information about Christy, I was concerned and called her to ask about it. She asked me to call Shelby Floyd in Hawai'i to relay what had happened, which I did.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: St. Paul, Minnesota, August ~~11,~~ 17, 2004.

MICHAEL BIEHN

**Shelby Floyd - FW: Re: K/CE**

---

From: "Michael Biehn" <mbiehn@hotmail.com>
To: <sfloyd@ahfi.com>
Date: 8/11/2004 10:02 AM
Subject: FW: Re: K/CE

---

Shelby,

This is the email we are speaking of.

Thank you,
Michael Biehn


>From: JoAn_Hill/SPED/HIDOE@notes.k12.hi.us
>To: &quot;Michael Biehn&quot; &lt;mbiehn@hotmail.com&gt;
>Subject: Re: K/CE
>Date: Tue, 10 Aug 2004 20:36:12 -1000
>
>
>
>
>
>
>From: &quot;Michael Biehn&quot; &lt;mbiehn@hotmail.com&gt; on 08/10/2004 12:17 PM
>
>I went before the judge today for a hearing. Shelby, Kim's lawyer,
>demanded that we give your name. According to Stan Bond you hacked into
>both Kim's and Christie's computer. The AG asked how he knew that and Stan
>stated that Christie deleted the message immediately after she had read it.
>Stan admitted to the fact that Kim had indeed sent that e-mail. The judge
>has ordered that your name be released. Can you think of any way this can
>be avoided?
>
>
>To:   joan_hill@notes.k12.hi.us
>cc:
>
>Subject:    K/CE
>
>
>
>PayPal username: wakenowdiscover@hotmail.com
>pass: moki1milo2
>
>Search all account activity, backdating as necessary.

**EXHIBIT I**

&gt;
&gt;_____
&gt;On the road to retirement? Check out MSN Life Events for advice on how to
&gt;get there! http://lifeevents.msn.com/category.aspx?cid=Retirement
&gt;
&gt;

_____
Express yourself instantly with MSN Messenger! Download today - it's FREE!
hthttp://messenger.msn.click-url.com/go/onm00200471ave/direct/01/