**Stanley C Bond**
09/08/2004 10:44 AM
HST

To: sfloyd@ahfi.com
cc:
Subject: Deposition

Aloha Shelby,

I know Kim has filled you in on our last meeting with Dru and other concerns about the program. They did stipulate to a written curriculum for his community-based program within one week of school and obviously that date has passed. I suspect Lono will bring up Lisa Arragon but as you know she called us on August 30 and left a message that she had already taken a position in Oahu (she had left us a previous message and so we felt free to call her). We did not call the second person, Rick Cromwell (?) because in a previous meeting JoAn complained that we had called individuals from resumes that she presented without first being contacted. Since he has not contacted us and we have not been contacted by DOE/TIFFE that we may call him we have not.

In looking over the emails here the chronology as best I can tell and some of the inconsistencies that I see:

Chronology and Inconsistencies
1) First email sent to JoAn at the DOE account on August 3, 2004 at 8:46pm. I presume that was the time the correspondent sent it which is not necessarily Hawaiian Time, however an analysis of later emails would suggest that the sender was in the same time zone as JoAn.

2) JoAn replied to the correspondent of this email from her DOE account on August 4 at 9:03 am(?).

3) The same apparent correspondent replied to her email on August 4 at 10:07 am, **suggesting that they are within the same time zone.**

4) The same apparent correspondent followed up with a second email on August 4 at 10:16 am justifying how they acquired the original email.

5) The same apparent correspondent followed up again with a copy of the email from Christy that they had earlier offered to send (No. 3) on August 4 at 10:29 am

6) An email was sent to JoAn on August 5 at 2:00 am discussing Christy's credentials and potential investigation into drug use. **It is not clear that this was from the previous correspondent. In fact the subject line in this email changes from the previous ones, Nos. 1-5 contain the Subject Line Kim Wiles/Christy Edwards or Re: Kim Wiles/Christy Edwards. This email contains the subject line Re:Kim/CE, which probably means that it was a reply to an earlier email from JoAn (the Re: definitely means it was a reply to someone's previous email). Also note that all of these emails were sent to or from JoAn's DOE email account.**

7) There is a five-day gap between emails. This material was first received by Michael Biehn, who forwarded it to Christy, who in turn forwarded it to me. It appears that someone using Michael Biehn's address on August 10 at 12:17 pm sent to JoAn Christy's username and password into her PayPal account (a service used to pay for purchases over the internet) with the recommendation "Search all account activity, backdating as necessary. JoAn replied to this email on August 10 at 8:36 pm (20:36) that the judge ordered her to disclose the correspondent's name and asked "Can you think of any way this might be avoided?"

Here are some of the inconsistencies and concerns I see from these documents:

#2- JoAn does ask how the information was obtained and if she can use it in court. She then states that she will not disclose who sent it.

EXHIBIT 8

#3- The correspondent says "others share your sentiments, too"- how would someone unknown to JoAn know her sentiments? They state the sentiments "underqualified/unreliable/overpaid". The correspondent asks that all indications of their identity be removed, so **neither** party can become aware of it. How would someone unknown to JoAn and unknown to Bryan's case know Kim (or care if she knew who sent this message). The correspondent also offers to send a second email (green eyed monster).

#4 Correspondent seeks to justify how they obtained this and perhaps other obviously personal emails, one of which they are offering to send (see #3). The justification is highly qualified: "I suppose I could relate", and we know from the history of Kim and Christy's correspondence that it could not have been obtained in the manner related. Why would someone continue to correspond with a completely unknown third party who is sending obviously personnel messages when you do not know how they were obtained? Why would you not get a definitive statement from the correspondent before you continued to accept these personnel messages? What information was released to this person about Bryan's program?

#5 Correspondent sends second email from Christy, claiming in #3 that she is referring to Bryan as the "green eyed monster". A casual reading of this email shows the "green eyed monster" was the jealousy experienced by the person Christy sent this email to when he saw a previous girlfriend with another man.

#6 This email appears to be from a different correspondent familiar with JoAn. How would this person know the pay level or Christy's resume? How would they know about her previous experience with Bryan (she worked 8 months not "only a few")? Why would they call her return "the result of this 'bribe'"? How did they access this patently untrue information about Christy's employment on Kwajalein and information on personal therapy? This individual also asks that their name not be released. There are obviously other emails concerning Christy and Bryan's program that occurred during this time (see bold above), what are they?

#7 What correspondences occurred between August 5 and August 10? Why would JoAn want Christy's PayPal password and account information? Did she access Christy's account? Why would she conspire to avoid giving the name of a party she does not know?