

# Alston Hunt Floyd & Ing

Attorneys at Law
A Law Corporation

65-1230 Mamalahoa Hwy
Carter Professional Center,
Suite C-21
Kamuela, HI 96743

TEL: (808) 885-6762
FAX: (808) 885-8065
Internet: www.ahfi.com

**HELBY ANNE FLOYD**

E-MAIL:
sfloyd@ahfi.com

VIA FAX ONLY
(808) 586-1488

September 8, 2004

Lono Beamer, Esq.
Office of the Attorney General
Honolulu, HI

Re: Ann Kimball Wiles, et al v. Department of Education

Dear Mr. Beamer:

I have been told that Magistrate Kurren has signed our proposed (and unopposed) form of order regarding expedited discovery concerning Ms. JoAn Hills' e-mail communications concerning Christie Edwards.

I have already noticed the deposition of Ms. Hill for tomorrow at 9:30 am in Kona. I expect her to be there for the deposition, and if she is not, I will proceed to seek an order regarding sanctions.

Please contact me if you have any questions.

Very truly yours,

SHELBY ANNE FLOYD

/bh

cc: clients

**EXHIBIT 9**