IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ANN KIMBALL WILES and )
STANLEY BOND, individually )
and as next friend of their )
son, BRYAN WILES-BOND, a )
minor, )
Plaintiffs, )
vs. ) Civil No. CV 04-00442
DEPARTMENT OF EDUCATION, ) HG/BMK
State of Hawai'i, and ALVIN ) CONSOLIDATED (Other
RHO, in his official ) Civil Action)
capacity as West Hawai'i )
District Superintendent, )
Defendants. ) VIDEOTAPED DEPOSITION
_______________________________) OF
ANN KIMBALL WILES and ) JOSEPHINE A. HILL
STANLEY BOND, individually ) August 9, 2007
and as next friend of their )
son, BRYAN WILES-BOND, )
a minor, )
Plaintiffs, )
vs. ) Civil No. 05-00247
DEPARTMENT OF EDUCATION, ) JMS/BMK
State of Hawai'i, ) CONSOLIDATED (Other

EXHIBIT 11

MR. USHIRODA: Thank you.

MR. ELLIS: -- at the top, where it says, I went before the judge today for a hearing.

BY MR. ELLIS:

Q. Did the judge order you to disclose it?

A. I don't believe so. Shelby wanted to know the name, and I merely told them I did not know the name of the person, so that -- yeah.

Q. At some point were you advised or were you told to disclose the name?

A. I was asked many times if I knew who this person was. I do not know who he is and I still, to this day, do not know who he is.

Q. I understand that. Did you disclose the name?

MR. USHIRODA: What name?

MR. ELLIS: Michael Biehn.

BY MR. ELLIS:

Q. Have you -- you --

A. Yes, I did, because they had copies of the e-mails on that date that I went before the judge.

Q. So when Mrs. Floyd asked -- or you went before the --

A. Excuse me.

Q. You went before the judge the day Ms.

Q. Do you know if there was or did you ask for a criminal investigation into Mr. Biehn's apparent hacking into the e-mail account that he did hack into?
A. No, I did not.
Q. Okay. Why not?
A. Because everything was turned over to the -- my lawyer, Lono Beamer, and I did not feel it was something that I would do personally.
Q. You wouldn't personally --
A. Launch an investigation.
Q. Lodge a complaint or do the investigation?
MR. USHIRODA: I think she said launch.
BY MR. ELLIS:
Q. So you would lodge a complaint, but you would not be the one investigating?
MR. USHIRODA: Objection.
MR. ELLIS: I understand that misstates it, that's not what she stated.
BY MR. ELLIS:
Q. You would report it, but you wouldn't be the person who would investigate it?
MR. USHIRODA: Objection. Misstates testimony.
A. No, I would not.

been some liability to Christy Edwards or Kim Wiles with the disclosure of their PayPal account and password?

MR. USHIRODA: By Mr. Biehn.

MR. ELLIS: By Mr. Biehn, yes.

A. Well, I don't understand any damage that could be done to Kim Wiles. If there was any damage done, it would be done to Christy Edwards.

BY MR. ELLIS:

Q. Why do you say that?

A. Well, because according to what Mr. Biehn said, it was her PayPal account.

Q. So could there have been some liability to Christy Edwards by disclosing her PayPal account and password?

MR. USHIRODA: Again, by Mr. Biehn.

MR. ELLIS: By Mr. Biehn.

MR. USHIRODA: Objection. Calls for speculation, lack of foundation. Also, calls for a legal opinion.

A. I do not know.

BY MR. ELLIS:

Q. Did it ever -- did you ever think about it?

A. Well, I don't -- I wondered how he knew

it. I wondered how he knew all this information, and I kept trying to find out exactly who this person was, but to no avail.

Q. Did it ever cross your mind that by this person disclosing these -- the information from either Kim Wiles' or Christy Edwards' e-mail account could violate their civil rights?

MR. USHIRODA: Objection. Calls for speculation, lack of foundation, assumes facts not in evidence. Also, calls for a legal opinion.

A. I don't know.

BY MR. ELLIS:

Q. You don't know if it could have violated their civil rights or you just never thought about it?

MR. USHIRODA: That's two different questions, and again, the same objections.

A. I'm sure it did violate in the aspect -- I know it's illegal to hack into something.

BY MR. ELLIS:

Q. So did that cross your mind at the time?

A. Yes, it did.

Q. Did it ever occur to you that you -- by Mr. Biehn disclosing it to you, you could be involved in a conspiracy?