IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>  Defendants. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

　　IT IS CERTIFIED that on September 24, 2007, a true and correct copy of the Plaintiffs' Motion to Compel the Oral Deposition of Lono Beamer was duly hand delivered upon the following parties noted below to their address:

>　Gary K. H. Kam, Esq.
>　George S.S. Hom, Esq.
>　Holly T. Shikada, Esq.
>　Deputy Attorneys General
>　235 S. Beretania Street, Room 304
>　Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq.
Leighton M. Hara, Esq.
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, September 24, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs