OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN                1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447 FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL THE ORAL DEPOSITION OF LONO BEAMER; DECLARATION OF STANLEY E. LEVIN; EXHIBIT "A" AND CERTIFICATE OF SERVICE<br><br>TRIAL        : December 4, 2007 |
|---|---|

### EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL THE ORAL DEPOSITION OF LONO BEAMER

COME now Plaintiffs, by and through their attorneys, Davis Levin Livingston Grande and the Law Office of Carl M. Varady and hereby move, Ex Parte, for an order to shorten time for hearing on Plaintiffs' Motion to Compel the Oral Deposition of Lono Beamer. Plaintiffs respectfully request that the court set this motion for hearing before the October 5, 2007 discovery deadline.

This motion is made pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure, and Rules 6 and of the District Court Local Rules, and is based on the Declaration of Counsel, and the records and files herein.

DATED:   Honolulu, Hawaii, September 24, 2007.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
CARL M. VARADY
Attorneys for Plaintiffs