IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　Defendants. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

**DECLARATION OF STANLEY E. LEVIN**

　　　I, STANLEY E. LEVIN, declare as follows:

　　　1.　　I am one of the named attorneys in the above captioned case.

　　　2.　　The discovery deadline for this case is set to expire on October 5, 2007. In light of the foregoing deadline, Plaintiffs respectfully and necessarily request that this court immediately grant Plaintiffs' Ex Parte Motion to Shorten Time for Hearing on Plaintiffs' Motion to Compel the Oral Deposition of Lono Beamer.

   3. Lono Beamer is Defendant's former counsel and in that capacity has information regarding the emails which were elicited or encouraged by the DOE add the source of which was the Plaintiffs' computer.  What apparently happed was that at least two DOE employees were involved with someone who used the internet named "Michael Biehn."  According to the testimony of JoAn Hill, Defendants have taken this deposition even though Plaintiffs' counsel has assured Defendants that no questions will be posed about his attorney/client matters.

   4. The reason that Plaintiffs' counsel is filing this instant motion is that the Defendants' counsel has refused to deal with this issue by letter briefs which was recommended by the court.  (See letter from Gregg M. Ushiroda dated September 17, 2007 attached hereto as Exhibits "A".)  It is your Declarant's position that this motion needs to be filed and heard immediately before the discovery cutoff of October 5, 2007 so that the deposition of Lono Beamer can be scheduled as soon as possible.

 I declare under penalty of perjury that the above is true and correct.

 DATED: Honolulu, Hawaii, September 24, 2007.

          /S/ STANLEY E. LEVIN
          _____
          STANLEY E. LEVIN