**WATANABE ING & KOMEIJI LLP**

September 17, 2007

Senders' Phone No. and E-mail:
(808) 544-8300
gushiroda@wik.com

**VIA U.S. MAIL & EMAIL:** slevin@davislevin.com

Stanley E. Levin, Esq.
Davis Levin Livingston & Grande
851 Fort Street, 4th Floor
Honolulu, Hawaii 96813

Re: Wiles v. Department of Education
Civil No.: 04-00442 HG/BMK

Dear Mr. Levin:

This will respond to your letter dated September 13, 2007.

During our meet-and-confer session on the same date, I advised you that the Department of Education objects to Plaintiffs' attempt to take the deposition of former Deputy Attorney Lono Beamer for the reasons set forth in my prior letter to you regarding this issue. I further advised you during our meet-and-confer session that the Department of Education does not agree to the submission of letter briefs on the issue of Mr. Beamer's deposition.

Should you have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

WATANABE ING & KOMEIJI LLP

GREGG M. USHIRODA

391368.1
GMU:ccu

cc: Holly T. Shikada, Esq. (holly.t.shikada@hawaii.gov)

**EXHIBIT A**