IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, | ) ) ) ) | CV. NO. 05-00247 HG-BMK CV. NO. 04-00442 HG/BMK |
| | ) | CONSOLIDATED (Other Civil |
| Plaintiffs, | ) ) | Action) |
| | ) | **ORDER GRANTING EX PARTE** |
| vs. | ) | **MOTION TO SHORTEN TIME** |
| | ) | **FOR HEARING ON** |
| DEPARTMENT OF EDUCATION, | ) | **PLAINTIFFS' MOTION TO** |
| State of Hawai'i, and ALVIN RHO, | ) | **COMPEL THE ORAL** |
| in his official capacity as West | ) | **DEPOSITION OF LONO** |
| Hawai'i District Superintendent, | ) | **BEAMER** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME
FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL
THE ORAL DEPOSITION OF LONO BEAMER**

Upon review of the Ex Parte Motion to Shorten Time filed herein by

Plaintiffs, and the Declaration of Counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that said Ex Parte Motion to Shorten Time is

granted, and that Plaintiff's Motion to Compel the Oral Deposition of Lono Beamer

will be heard before the Honorable Barry M. Kurren, Judge of the above-entitled

Court, in his courtroom in the United States Court House, 300 Ala Moana

Blvd., Honolulu, Hawaii at 1:30 o'clock p.m. on Friday, September 28, 2007, or as

soon thereafter as counsel can be heard.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: September 26, 2007

_ANN KIMBALL WILES and STANLEY BOND, et al. v. DEPARTMENT OF EDUCATION, State of Hawai'i, et al;_ CV. NO. 05-00247 HG/BMK & CV. NO. 04-00442 HG/BMK, CONSOLIDATED (Other Civil Action); **ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON PLAINTIFFS' MOTION TO COMPEL THE ORAL DEPOSITION OF LONO BEAMER**