# MINUTES

CASE NUMBER:          CV 04-00442HG-BMK

CASE NAME:            Ann Kimball Wiles, et al. V. DOE

ATTYS FOR PLA:        Stanley E. Levin, Carl M. Varady

ATTYS FOR DEFT:       Holly T.M. Shikada, Gregg M. Ushiroda

INTERPRETER:

JUDGE:     Barry M. Kurren          REPORTER:     C6F

DATE:      09/28/2007               TIME:         1:28 - 1:47

COURT ACTION: EP: [287] MOTION to Compel the Oral Deposition of Lono Beamer - DENIED.  By 10/2/2007, Mr. Beamer, through Mr. Ushiroda, is to write a letter re where emails came from, how they got to Joanne Hill, and corroborating that Ms. Hill gave the emails to Mr. Beamer.  Ushiroda to prepare the order.

Submitted by Richlyn W. Young, courtroom manager