391872.1

**MARK J. BENNETT** #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM** #4391-0
**GEORGE S. S. HOM** #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI** #2498-0
**GREGG M. USHIRODA** #5868-0
**LEIGHTON M. HARA** #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, </br></br>    Plaintiffs, </br></br>    vs. </br></br> DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, </br></br>    Defendants. | CIVIL NO. CV 04-00442 HG/BMK </br> CIVIL NO. CV 05-00247 HG/BMK </br> CONSOLIDATED </br> (Other Civil Action) </br></br> **DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD WELFARE SERVICES RECORDS FOR BRYAN WILES-BOND; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG M. USHIRODA; EXHIBITS "A"-"G"; CERTIFICATE OF SERVICE** </br></br> **TRIAL: December 4, 2007** |

### DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD WELFARE SERVICES RECORDS FOR BRYAN WILES-BOND

Come now Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"),(collectively the "DEFENDANTS"), by and through their attorneys, WATANABE ING & KOMEIJI LLP, and hereby move this honorable Court for an Order Compelling the Department of Human Services to Produce Child Welfare Services Records Related to Bryan Wiles-Bond.

This motion is made pursuant to Rules 7, 26, 37, and 45 of the Federal Rules of Civil Procedure, and is based on the Declaration of Counsel, and the records and files herein.

DATED: Honolulu, Hawaii, October 2, 2007.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants