IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

## DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendant Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"),(collectively the "DEFENDANTS") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawaii.

3. Attached hereto as Exhibit "A" is a true and accurate copy of the e-mail from Debbie McWilliams to Ms. Wiles and Mr. Bond dated September 13, 2007.

2

4. Attached hereto as Exhibit "B" is a true and accurate copy of the Subpoena in A Civil Case to Custodian of Records; Child Protective Service - Kona Office filed September 6, 2007.

5. Attached hereto as Exhibit "C" is a true and accurate letter from Carol Z. Miyamoto to Leighton M. Hara dated September 5, 2007.

6. Attached hereto as Exhibit "D" is a true and accurate copy of the letter from Gregg M. Ushiroda to Stanley E. Levin dated September 10, 2007.

7. Attached hereto as Exhibit "E" is a true and accurate copy of the e-mail from Gregg M. Ushiroda to Stan Levin dated September 13, 2007.

8. Attached hereto as Exhibit "F" is a true and accurate copy of the e-mail and related e-mail string from Bruce Ellis to Leighton M. Hara dated September 24, 2007 at 4:04 p.m.

9. Attached hereto as Exhibit "G" is a true and accurate copy of the e-mail from Bruce Ellis to Leighton M. Hara dated September 25, 2007 at 7:07 a.m.

10. Pursuant to Local Rule 37.1(b), the undersigned certifies that counsel for Defendants and counsel for DHS previously conferred by telephone and email in a good faith attempt to narrow the issues and eliminate the necessity for Court intervention.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, October 2, 2007.

           /s/ Gregg M. Ushiroda
           GREGG M. USHIRODA