**Cindy Uehara**

| | |
|---|---|
| **From:** | Gregg M. Ushiroda |
| **Sent:** | Thursday, September 13, 2007 5:10 PM |
| **To:** | Leighton M. Hara |
| **Cc:** | Holly.T.Shikada@hawaii.gov; John T. Komeiji; Ellen A. Yamamoto; Cindy Uehara |
| **Subject:** | FW: WILES-BOND, KIM & STAN - Authorization for Disclosure of Protected Information |
| **Attachments:** | Authorization.pdf; Letter from Ushiroda.pdf |

---

**From:** Debbie McWilliams [mailto:Debbie@DavisLevin.com]
**Sent:** Thursday, September 13, 2007 5:08 PM
**To:** kimstan@comcast.net
**Cc:** Stan Levin; Carl M. Varady; Gregg M. Ushiroda; Bruce Ellis
**Subject:** WILES-BOND, KIM & STAN - Authorization for Disclosure of Protected Information

Dear Ms. Wiles and Mr. Bond:

Attached for your review is a letter from Defendants' counsel requesting your authorization for the release of Bryan's records from the Child Welfare Services Branch, Social Services Division, Department of Human Services, State of Hawaii.

Mr. Levin and Mr. Varady discussed the matter and feel that the records should be produced. As such, please sign the authorization and mail it directly to:

Gregg M. Ushiroda, Esq.
Watanabe Ing & Kawashima
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Should you have any questions or comments, please contact Mr. Levin or Mr. Varady. Thank you very much.

Lynne for Debbie McWilliams
Legal Assistant to Stanley E. Levin, Esq.


This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at 808.524-7500 or by reply e-mail, and destroy all copies of the original message. Thank you.

**EXHIBIT A**

9/14/2007