LINDA LINGLE
GOVERNOR



MARK J. BENNETT
ATTORNEY GENERAL

LISA M. GINOZA
FIRST DEPUTY ATTORNEY GENERAL

## STATE OF HAWAII
### DEPARTMENT OF THE ATTORNEY GENERAL
### HEALTH & HUMAN SERVICES DIVISION
465 SOUTH KING STREET, SUITE 200
HONOLULU, HAWAII 96813-2913
(808) 587-3050
FAX (808) 587-3077

September 5, 2007

Leighton M. Hara, Esq.
Watanabe, Ing & Komeiji, LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawai'i 96813

VIA FACSIMILE ONLY: (808) 544-8399

RE: ANN KIMBALL WILES and STANLEY BOND ET AL. v. DEPT. OF EDUCATION, STATE OF HAWAI'I, Case No. CV04-00442 HG/BMK CV05-00247 HG/BMK, United States District Court, District of Hawai'i

Counsel:

We received a copy of the Subpoena that was served on our client the Child Welfare Services Branch, Social Services Division, Department of Human Services, State of Hawai'i ("DHS") on September 4, 2007. Pursuant to sections 346-10 and 350-1.4, Hawai'i Revised Statutes, the information requested is confidential. As such, our client will **not** be able to produce any records unless one of the following is provided:

1. An _original_ authorization for release of the protected information, that (1) identifies the individual authorized to receive the information, (2) identifies the specific information that DHS is authorized to release and the purpose for which the information is sought, (3) states the applicant or recipient's social security number, birth date, and address, and is signed by the subject party within 30 days of the date the subpoena was filed, **or**

2. A specific court order authorizing DHS to release the protected information.

Very truly yours,

Carol Z. Miyamoto
Legal Assistant

c: C. Park, Deputy Attorney General
Department of Human Services

251891_1.DOC

# EXHIBIT C