

September 10, 2007

Senders' Phone No. and E-mail:
(808) 544-8300
gushiroda@wik.com

**VIA HAND-DELIVERY & EMAIL:** slevin@davislevin.com

Stanley E. Levin, Esq.
Davis Levin Livingston & Grande
851 Fort Street, 4th Floor
Honolulu, Hawaii 96813

Re:  **Wiles v. Department of Education**
     **Civil No.: 04-00442 HG/BMK**

Dear Mr. Levin:

As you may know, Defendants have served a Subpoena Duces Tecum ("Subpoena") on the Child Welfare Services Branch, Social Services Division, Department of Human Services, State of Hawaii ("DHS") on September 4, 2007 for any records DHS may have concerning Plaintiff Bryan Wiles-Bond ("Bryan"). Counsel for DHS objected to our request for documents citing confidentiality reasons. Counsel for DHS, however, indicated that DHS will produce documents pursuant to the Subpoena if one of the following are provided:

1) An original authorization for release of the protected information, that (1) identifies the individual authorized to receive the information, (2) identifies the specific information that DHS is authorized to release and the purpose for which the information is sought, (3) states the applicant or recipient's social security number, birth date, and address, and is signed by the subject party within 30 days of the date the subpoena was filed, <u>or</u>

2) A specific court order authorizing DHS to release the protected information.

In light of the above-mentioned conditions precedent which DHS has placed upon the production of Bryan's records, we request that you have your clients execute the enclosed authorization and provide us with the original so that we may obtain the records without having to incur the expense of obtaining a court order. Plaintiffs have placed Bryan's physical and mental development directly at issue in the pursuit of their 504 claims. As such, we believe that the records possessed by

**EXHIBIT D**

Stanley E. Levin, Esq.
September 10, 2007
Page 2

DHS are relevant or, at the very least, reasonably calculated to lead to the discovery of admissible evidence.

Please let me know whether you will agree to have your clients execute the enclosed authorization no later than <u>Wednesday, September 12, 2007</u>. Your failure to respond will be deemed a rejection of our request and will require us to bring this matter before Judge Kurren.

Thank you for your anticipated cooperation. I look forward to hearing from you.

                                      Very truly yours,

                                      WATANABE ING & KOMEIJI LLP

                                      GREGG M. USHIRODA

391136v1
GMU:ccu

Enclosure

cc: Holly T. Shikada, Esq. (via email)

# AUTHORIZATION FOR DISCLOSURE OF PROTECTED INFORMATION FOR BRYAN WILES-BOND
391137v1

I, _____, hereby authorize the Child Welfare Services Branch, Social Services Division, Department of Human Services, State of Hawaii, its agents and its employees (hereinafter the "DHS"), to disclose protected information in connection with the lawsuit entitled <u>Ann Kimball Wiles and Stanley Bond, et al. v. Department of Education, State of Hawaii</u>, Case Nos. CV 04-00442 HG/BMK and CV 05-00247 HG/BMK, United States District Court, District of Hawaii.

A. This consent to disclose information shall apply to DHS and specifically allows DHS to provide such confidential information to the State of Hawaii, Department of Education, which also includes receipt from, use by, and disclosure to the following entities and persons:

(1) Attorneys from the Department of the Attorney General representing the Department of Education in the aforementioned cases; and

(2) Attorneys from Watanabe Ing & Komeiji LLP and their agents and employees representing the Department of Education in the aforementioned cases;

B. This disclosure of protected confidential information is for the purposes of:

(1) Verification of Bryan Wiles-Bond's health, physical, and/or mental conditions that relate to any and all claims made in the above-mentioned cases; and

(2) Legal defense of any claims filed in connection with the above-mentioned cases.

C. I, expressly agree to allow the Child Welfare Services Branch, Social Services Division, Department of Human Services, State of Hawaii ("DHS") to release the following information concerning Bryan Wiles-Bond, a minor:

**Any and all records, including but not limited to progress reports, notes, evaluations, incident reports, and service records, that name, refer to, or pertain to BRYAN WILES-BOND (Date of Birth: October 28, 1991).**

D. The following are personal identifiers for Bryan Wiles-Bond which DHS may utilize to comply with the request for confidential information:

Social Security Number:_____

Birth Date:_____
Address:_____

E. As Bryan Wiles-Bond is a minor, I ANN KIMBALL WILES, as his mother and legal guardian, have capacity to and will sign the authorization on his behalf.

_____
ANN KIMBALL WILES (Print)

_____        _____
ANN KIMBALL WILES (Signature)                Date