## Gregg M. Ushiroda

**From:** Gregg M. Ushiroda
**Sent:** Thursday, September 13, 2007 10:20 AM
**To:** 'Stan Levin'
**Cc:** 'Holly.T.Shikada@hawaii.gov'; Leighton M. Hara
**Subject:** Wiles v. Dept. of Education

Stan:

Two days ago, we provided you with a release for the Child Welfare Service records pertaining to Bryan Wiles-Bond that is to be signed by his parents. Please confirm that you have sent the release to the parents for signature. If you are not going provide us with a release, please contact me immediately.

Thank you,
Gregg

**EXHIBIT E**

9/13/2007