## Leighton M. Hara

**From:** Bruce Ellis [Bruce@DavisLevin.com]
**Sent:** Monday, September 24, 2007 4:04 PM
**To:** Leighton M. Hara
**Cc:** Stan Levin; Debbie McWilliams; Carl M. Varady Esq. (E-mail); Gregg M. Ushiroda
**Subject:** RE: Regarding: WILES-BOND, KIM & STAN

Hi Leighton,
Have not received the fax from my client with the signed release. Will continue to monitor the fax machine.

> -----Original Message-----
> **From:** Leighton M. Hara [mailto:LHara@wik.com]
> **Sent:** Monday, September 24, 2007 2:19 PM
> **To:** Bruce Ellis
> **Cc:** Stan Levin; Debbie McWilliams; Carl M. Varady Esq. (E-mail); Gregg M. Ushiroda
> **Subject:** RE: Regarding: WILES-BOND, KIM & STAN
>
> Bruce,
> Can you please provide me with the phone number you contacted her at? The 808-987-2787 number provided by Plaintiffs in their Amended Interrogatory Responses dated May 9, 2007 is incorrect. Also, please also provide us with her current address.
>
> Thanks,
> Leighton

**From:** Bruce Ellis [mailto:Bruce@DavisLevin.com]
**Sent:** Monday, September 24, 2007 8:03 AM
**To:** Leighton M. Hara
**Cc:** Stan Levin; Debbie McWilliams; Carl M. Varady Esq. (E-mail); Gregg M. Ushiroda
**Subject:** Regarding: WILES-BOND, KIM & STAN

Leighton,
Per our discussion on Friday, September 21, 2007, when contacted Ms. Edwards about dates and times she would be available for an oral deposition Ms. Edwards asked if she was required to submit to such a deposition. Because this office does not represent Ms. Edwards and because providing such information could be a conflict of interest she was instructed to seek legal counsel regarding her question. We have not heard back from her yet.

If you have any further questions, please feel free to contact this office.

Bruce P. Ellis

Davis Levin Livingston Grande

400 Davis Levin Livingston Grande Place

851 Fort Street

Honolulu, Hawaii 96813-4317

9/25/2007

**EXHIBIT F**

Phone: 524-7500

Fax: (808) 356-0418

bruce@davislevin.com

9/25/2007