**Leighton M. Hara**

**From:** Bruce Ellis [Bruce@DavisLevin.com]
**Sent:** Tuesday, September 25, 2007 7:07 AM
**To:** Leighton M. Hara; Stan Levin
**Cc:** John T. Komeiji; Gregg M. Ushiroda
**Subject:** RE: Wiles Bond: Child Welfare Services Release and Authorization

Leighton,
I did not receive the release as expected yesterday. I will advise you as soon as it comes in.
Bruce

-----Original Message-----
**From:** Leighton M. Hara [mailto:LHara@wik.com]
**Sent:** Monday, September 24, 2007 8:00 AM
**To:** Stan Levin; Bruce Ellis
**Cc:** John T. Komeiji; Gregg M. Ushiroda
**Subject:** RE: Wiles Bond: Child Welfare Services Release and Authorization

Dear Stan and Bruce:

I have still not heard from you as to whether you will have your client's provide us with the executed Release as set forth in my e-mail below. I would appreciate if you could confirm that they have executed the Release no later than today, otherwise, we will have no choice but to involve the court in this matter. As I am sure you agree, the Release is the most cost-effective and least burdensome means of obtaining the information we are rightfully entitled to. I look forward to hearing from you.

If we do not hear from you by 3:00 p.m. today, we will, unfortunately, be required to file an appropriate motion.

Thank you,
Leighton

**From:** Leighton M. Hara
**Sent:** Saturday, September 22, 2007 7:12 AM
**To:** 'Stan Levin'; 'Bruce Ellis'
**Cc:** John T. Komeiji; Gregg M. Ushiroda
**Subject:** Wiles Bond: Child Welfare Services Release and Authorization

Dear Stan and Bruce:

This e-mail is a follow-up to our conversation yesterday in which I inquired about the status of the Release and Authorization ("Release") for Bryan's records at the Child and Welfare Services Department. You confirmed that the Release was transmitted to your clients. You would not confirm whether the Release was executed.

Could you please follow-up to make sure that your clients have executed the Release and provide the executed Release to us as soon as possible. We're concerned that any delay in obtaining the executed Release may prejudice Defendants in light of the upcoming October 5, 2007 discovery cut-off.

Thank you,
Leighton

9/25/2007



EXHIBIT G

Leighton M. Hara
Watanabe Ing & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 544-8300
Facsimile: (808) 544-8399

The information contained in this e-mail message and/or in the attachment(s) hereto is confidential and protected by the attorney-client privilege or work product doctrine. The use of this information is intended for the sole use of the individual and/or entity named as the recipient of this e-mail message. Printing, reproducing disseminating, or distributing this e-mail message and/or the attachment(s) hereto, in any manner whatsoever, is strictly prohibited without the prior approval of the named recipient hereunder. If the reader has received this communication in error, please contact the sender by calling collect (808) 544-8300. Your cooperation is appreciated.