IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD PROTECTIVE SERVICES RECORDS FOR BRYAN WILES-BOND, was duly served on the following attorneys to their last known address on October 2, 2007 as indicated below:

    **STANLEY E. LEVIN, ESQ.**    (VIA CM/ECF)
    **MICHAEL K. LIVINGSTON, ESQ.**
    **SUSAN K. DORSEY, ESQ.**
    400 Davis Levin Livingston Grand Place
    851 Fort Street
    Honolulu, HI  96813

        and

| | |
|---|---|
| **CARL M. VARADY, ESQ.** | (VIA CM/ECF) |

American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

| | |
|---|---|
| **CANDACE J. PARK, ESQ.** | (VIA HAND-DELIVERY) |

Department of the Attorney General
465 S. King Street, Room 200
Honolulu, Hawaii 96813

Attorney for Department of Human Services

DATED:  Honolulu, Hawaii, October 2, 2007.

                          /s/ Gregg M. Ushiroda
                          JOHN T. KOMEIJI
                          GREGG M. USHIRODA
                          LEIGHTON M. HARA

                          GARY K.H. KAM
                          GEORGE S.S. HOM
                          HOLLY T. SHIKADA

                          Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Certificate of Service