IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

### DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"), (collectively the "DEFENDANTS") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawaii.

3. The discovery cut-off in this case is October 5, 2007.

4. Defendants request that this Honorable Court immediately grant Defendants' Ex Parte Motion to Shorten Time for Hearing on Defendants' Motion to Compel Department of Human

Services to Produce Child Welfare Services Records for Bryan Wiles-Bond.

5. On September 24, 2007, my office contacted Deputy Attorney General Candace Park, Esq., counsel for DHS, and our offices mutually agreed to submit letter briefs to this court by September 27, 2007 in an attempt to expedite this process and so that a hearing on the matter would be unnecessary.

6. Defendants have been trying to obtain said records since August 27, 2007.

7. On September 27, 2007 both DHS and Defendants submitted letter briefs to this Honorable Court requesting that this Honorable Court settle the issue as to whether DHS may be authorized to release such records which relate to Bryan Wiles-Bond.

8. At the September 28, 2007 hearing on Plaintiff's Motion to Compel the Oral Deposition of Lono Beamer, this Honorable Court instructed counsel to file a motion with respect to the Child and Welfare Services Records for Bryan Wiles-Bond.

9. Pursuant to this Honorable Court's September 28, 2007 instruction, counsel hereby submits this ex parte motion. The motion to compel DHS to produce the records needs to be heard before the discovery cutoff of October 5, 2007 so that Defendants may receive and review the documents as soon as possible.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, October 2, 2007.

/s/ Gregg M. Ushiroda
GREGG M. USHIRODA