IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD PROTECTIVE SERVICES RECORDS FOR BRYAN WILES-BOND, was duly served on the following attorneys to their last known address on October 2, 2007 as indicated below:

      **STANLEY E. LEVIN, ESQ.**                (VIA CM/ECF)
      **MICHAEL K. LIVINGSTON, ESQ.**
      **SUSAN K. DORSEY, ESQ.**
      400 Davis Levin Livingston Grand Place
      851 Fort Street
      Honolulu, HI  96813

          and

**CARL M. VARADY, ESQ.**  (VIA CM/ECF)
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


**CANDACE J. PARK, ESQ.**  (VIA HAND-DELIVERY)
Department of the Attorney General
465 S. King Street, Room 200
Honolulu, Hawaii 96813

Attorney for Department of Human Services


DATED:  Honolulu, Hawaii, October 2, 2007.


    /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants