CARL M. VARADY
ASB Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone 808 523-8447
Facsimile 808 523-8448

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN              1152-0
MICHAEL K. LIVINGSTON   4161-0
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>　　　　　Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br>PLAINTIFFS ANN KIMBALL WILES'S AND STANLEY BOND'S MOTION TO AMEND THEIR COMPLAINT TO INCLUDE AN EXPRESS CLAIM FOR NON-ECONOMIC DAMAGES FOR RETALIATION; MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT TO INCLUDE AN EXPRESS CLAIM FOR INDIVIDUAL CLAIMS FOR NON-ECONOMIC DAMAGES FOR RETALIATION; DECLARATION OF CARL M. VARADY, EXHIBITS 1-7; CERTIFICATE OF SERVICE |

## PLAINTIFFS ANN KIMBALL WILES'S AND STANLEY BOND'S MOTION TO AMEND THEIR COMPLAINT TO INCLUDE AN EXPRESS CLAIM FOR NON-ECONOMIC DAMAGES FOR RETALIATION

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, through their undersigned attorney, hereby move this Court for leave to file a First Amended Complaint.

This motion is made pursuant to Rules 7 and 15 of the Federal Rules of Civil Procedure, and is supported by the attached memorandum, exhibit, the records and files herein and such other matters as may be adduced by the Court.

DATED: Honolulu, Hawai'i, October 2, 2007.

/s/ Carl M. Varady
CARL M. VARADY
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs