IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi<br><br>　　　　Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF CARL M. VARADY; EXHIBITS 1-7 |

## **DECLARATION OF CARL M. VARADY**

CARL M. VARADY declares:

1. I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1 are excerpts of Ann Kimball Wiles's deposition in which she describes retaliatory conduct by Defendants against her and her husband.

3. Attached hereto as Exhibit 2 are excerpts of Stanley Bond's

deposition in which she describes retaliatory conduct by Defendants against him and his wife.

      4.     Attached hereto as Exhibit 3, is Ann Kimball Wiles's response to Defendants' Request for Answers to Interrogatories no. 6, referenced in her deposition excerpts.

      5.     Attached hereto as Exhibit 4, is Stanley Bond's response to Defendants' Request for Answers to Interrogatories no. 6, referenced in his deposition excerpts.

      6.     Attached hereto as Exhibit 5 is the proposed First Amended Complaint.

      7.     Attached hereto as Exhibit 6 is the Functional Behavioral Assessment and Behavioral Support Plan created by Dr. Kim Smalley for the Department of Education in 2004.

      8.     Attached hereto as Exhibit 7 are excerpts of the deposition of Dr. Kim Smalley regarding her observations of Bryan Wiles-Bond's educational program in the Summer of 2004.

      I declare under penalty of perjury the foregoing is true.

      DATED: Honolulu, Hawai'i, October 2, 2007.

                                 /s/ Carl M. Varady
                                 CARL M. VARADY