Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/FAX: 523-8448
E-mail: carl@varadylaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>              Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>              Defendants. | CV CIVIL NO. 04-00442 HG/BMK<br>CV CIVIL NO. 05-00247 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING VIDEOTAPED ORAL DEPOSITION<br><br>[Bryna Siegel]<br>October 15, 2007 @ 9:00 a.m.<br><br>(TRIAL DATE: December 4, 2007) |

## CERTIFICATE OF SERVICE RE: PLAINTIFFS' NOTICE OF TAKING VIDEOTAPED ORAL DEPOSITION

IT IS CERTIFIED that on October 3, 2007, a true and correct copy of Plaintiffs' Notice of Taking Videotaped Oral Deposition of Bryna Siegel was duly served upon the following parties by fax and U.S. Mail, postage prepaid to their last known addresses:

>Gary K. H. Kam, Esq.
>Holly T. Shikada, Esq.
>Deputy Attorneys General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii  96813
>     FAX: 586-1488

>Gregg M. Ushiroda, Esq.
>Leighton M. Hara, Esq.
>First Hawaiian Center, 23rd Floor
>999 Bishop Street
>Honolulu, Hawaii 96813
>     FAX: 544-8399
>Attorneys for Defendants

DATED:   Honolulu, Hawaii, October 3, 2007.

>/S/ STANLEY E. LEVIN
>_____
>STANLEY E. LEVIN
>MICHAEL K. LIVINGSTON
>CARL M. VARADY
>
>Attorneys for Plaintiffs