IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, <br><br> Defendants. | Civ. No. 04-00442 HG-BMK <br> Civ. No. 05-00247 HG-BMK <br><br> ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD WELFARE SERVICES RECORDS FOR BRYAN WILES-BOND |

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD WELFARE SERVICES RECORDS FOR BRYAN WILES-BOND

Before the Court is a motion to shorten time on Defendants' motion to compel the production of certain documents. Defendants request a hearing on this matter before the October 5, 2007 discovery deadline. Unfortunately, the Court will be unable to accommodate this request. The hearing on the motion to compel is hereby set for October 16, 2007 at 3 p.m. If the Court finds the motion to compel warranted, however, Defendants will be allowed this discovery notwithstanding the expiration the discovery deadline.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 4, 2007

<u>Wiles v. Department of Education</u>; Civ. No. 04-00442 HG-BMK; Civ. No. 05-00247 HG-BMK; ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SHORTEN TIME FOR HEARING ON DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD WELFARE SERVICES RECORDS FOR BRYAN WILES-BOND