ORIGINAL

MARK J. BENNETT      2672
Attorney General
State of Hawai`i

HEIDI M. RIAN        3473
CANDACE J. PARK      6747
Deputy Attorneys General
465 South King Street, Room 200
Honolulu, Hawai`i 96813
Telephone: (808) 587-3050

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 03 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Attorneys for the Department of Human Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HJG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DEPARTMENT OF HUMAN SERVICES' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD WELFARE SERVICES RECORDS FOR BRYAN WILES-BOND; CERTIFICATE OF SERVICE<br><br>TRIAL: December 4, 2007 |

DEPARTMENT OF HUMAN SERVICES' MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES
TO PRODUCE CHILD WELFARE SERVICES RECORDS FOR BRYAN WILES-BOND

The Department of Human Services ("DHS") by and through its attorneys, MARK J. BENNETT, Attorney General of the State of Hawai`i, and HEIDI M. RIAN and CANDACE J. PARK, Deputy Attorneys General, respectfully submits this Memorandum in

255762_1.DOC

Opposition to Defendants' Motion to Compel DHS to Produce Child Welfare Services Records for Bryan Wiles-Bond.

I. FACTS

Counsel for Defendants caused a subpoena to be issued on August 27, 2007 ("Subpoena") commanding the Custodian of Records, Child Protective Service, Kona Office, to produce

> Any and all records, including but not limited to progress reports, notes, evaluations, incident reports, and service records, that name, refer to or pertain to BRYAN WILES-BOND (date of birth: October 28, 1991).

II. DISCUSSION

DHS requests this Court to quash the Subpoena because the information requested in the Subpoena is confidential. State law prohibits the unauthorized disclosure of all DHS records. Pursuant to section 346-10(a), Hawaii Revised Statutes ("HRS"),

> the department and its agents shall keep records that may be necessary or proper in accordance with this chapter. All applications and records concerning any applicant or recipient shall be confidential.

HRS § 346-10(a). Pursuant to section 350-1.4,

> All reports to the department concerning child abuse or neglect made pursuant to this chapter, as well as all records of such reports, are confidential. The director may adopt rules, pursuant to chapter 91, to provide for the confidentiality of reports and records and for the authorized disclosure of reports and records. Any person who intentionally makes an unauthorized disclosure of a report or a record of a report made to the department shall be guilty of a misdemeanor.

HRS § 350-1.4.

255762_1.DOC

2

III. CONCLUSION

The applicable Hawaii Administrative Rules do not authorize the release of the protected information to Defendants. Sections 346-10(a) and 350-1.4, clearly prohibit DHS from providing the protected information to Defendants. Based upon the foregoing, DHS respectfully requests this Court to quash the Subpoena.

In the alternative, DHS requests this Court to conduct an in camera review of the protected information and to release such information as the Court deems necessary.

DATED: Honolulu, Hawai`i, October 3, 2007.

Respectfully Submitted,

MARK J. BENNETT
Attorney General, State of Hawai`i

_____
HEIDI M. RIAN
CANDACE J. PARK
Deputy Attorneys General

Attorney for the Department
    of Human Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HJG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following via U.S. mail, postage pre-paid:

　　STANLEY E. LEVIN, ESQ.
　　SUSAN K. DORSEY, ESQ.
　　400 Davis Levin Livingston Grand Place
　　851 Fort Street
　　Honolulu, Hawaii  96813

　　and

　　CARL M. VARADY, ESQ.
　　American Savings Bank Tower
　　1001 Bishop Street, Suite 2870
　　Honolulu, Hawaii  96813

　　Attorneys for Plaintiffs

　　GARY K.H. KAM, ESQ.
　　GEORGE S.S. HOM, ESQ.
　　HOLLY T.M. SHIKADA, ESQ.

Department of the Attorney
   General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii  96813

and

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN  T. KOMEIJI, ESQ.
GREGG M. USHIRODA, ESQ.
LEIGHTON M. HARA, ESQ.
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813

Attorneys for Defendants

DATED:  Honolulu, Hawai`i, October 3, 2007.

_____
CANDACE J. PARK
Deputy Attorney General

Attorney for the Department
   of Human Services