IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S OPPOSITION TO PLAINTIFFS ANN KIMBALL WILES'S AND STANLEY BOND'S MOTION TO AMEND THEIR COMPLAINT TO INCLUDE AN EXPRESS CLAIM FOR NON-ECONOMIC DAMAGES FOR RETALIATION, filed October 2, 2007, was duly served electronically through CM/ECF on the following attorneys to their last known address on October 16, 2007:

>    **STANLEY E. LEVIN, ESQ.**
>    **MICHAEL K. LIVINGSTON, ESQ.**
>    **SUSAN K. DORSEY, ESQ.**
>    400 Davis Levin Livingston Grand Place
>    851 Fort Street
>    Honolulu, HI  96813

    and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, October 16, 2007.

                                      /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants