# MINUTES

CASE NUMBER:        CV 04-00442HG-BMK

CASE NAME:          Ann Kimball Wiles, et al. v. Department of Education

ATTYS FOR PLA:      Stanley E. Levin, Carl M. Varady, Candace J. Park

ATTYS FOR DEFT:     Leighton M. Hara

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:     10/16/2007               TIME:        3:09 - 3:25

---

COURT ACTION:  EP:  [301] Defendants' Motion to Compel Department of Human Services to Produce Child Welfare Services Records for Bryan Wiles-Bond - DENIED w/o prejudice.  Mr. Varady to prepare the order.

Submitted by Richlyn Young, Courtroom Manager