IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br><br><br>**TRIAL: December 4, 2007** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of **DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S FINAL PRETRIAL STATEMENT** was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on October 16, 2007:

　　　　STANLEY E. LEVIN, ESQ.
　　　　400 Davis Levin Livingston Grand Place
　　　　851 Fort Street
　　　　Honolulu, HI  96813

　　　　　　and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii October 16, 2007.


                /s/ Gregg M. Ushiroda
                JOHN T. KOMEIJI
                GREGG M. USHIRODA
                LEIGHTON M. HARA

                GARY K.H. KAM
                GEORGE S.S. HOM
                HOLLY T. SHIKADA

                Attorneys for Defendants
                DEPARTMENT OF EDUCATION,
                State of Hawaii, and ALVIN
                RHO, in his official capacity
                as West Hawaii District
                Superintendent

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil Nos.: CV04-00442 HG/BMK and CV 05-00247 HG BMK Consolidated; Certificate of Service