IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | Civil No. CV 04-00442 HG/BMK<br>Civil No. CV 05-00247 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on October 16, 2007, a true and correct copy of the Plaintiffs' Pretrial Statement was duly served upon the following parties by electronic filing via CM/ECF:

      Holly T. Shikada, Esq. holly.t.shikada@hawaii.gov,
      Cheryl.H.Oeda@hawaii.gov, Michael.t.burke@hawaii.gov
      Deputy Attorneys General
      235 S. Beretania Street, Room 304
      Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq. gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara, Esq. lhra@wik.com, rgeorge@wik.com
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, October 16, 2007.


                            /S/ STANLEY E. LEVIN
                            _____
                            STANLEY E. LEVIN
                            MICHAEL K. LIVINGSTON
                            CARL M. VARADY

                            Attorneys for Plaintiffs

2