# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. v. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | Stanley E. Levin, Carl M. Varady |
| ATTYS FOR DEFT: | Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 10/18/2007 | TIME: | 11:11 - 11:28 |

COURT ACTION: EP: [270] Defendants Department of Education and Alvin Rho's Motion to Strike Shelby Floyd as a Witness - DENIED.  Mr. Varady to prepare the order.

Submitted by Richlyn Young, Courtroom Manager