# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00442HG-BMK |
| CASE NAME: | Ann Kimball Wiles v. DOE |
| ATTYS FOR PLA: | Stanley E. Levin, Carl M. Varady |
| ATTYS FOR DEFT: | Holly T.M. Shikada, John T. Komeiji, Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 10/23/2007 | TIME: | 10:30 - 11:20 |

COURT ACTION: EP: Settlement Conference held. No settlement at this time. Further conference on call.

Final Pretrial Conference held. Trial to last 2 - 3 weeks.

Notified Mary Feria.

Submitted by Richlyn Young, Courtroom Manager