IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, Individually and as Next Friend of their Son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii and ALVIN RHO, in his Official Capacity as West Hawaii District Superintendent,<br><br>Defendants. | ) Civ. No. 04-00442 HG-BMK<br>) Civ. No. 05-00247 HG-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>ORDER SETTING PRETRIAL CONFERENCE AND DEADLINES</u>

A jury trial in this matter is scheduled to commence **December 4, 2007,** at 9:00 a.m. The Court amends as follows the deadlines set forth by Magistrate Judge Kurren on March 14, 2007. All other trial-related deadlines not amended by this Order remain in effect.

1.  A final pretrial conference shall be held before the trial judge on **November 29, 2007** at 9:30 a.m..

2.  Motions in Limine shall be filed by **November 9, 2007.**

3.  Oppositions to Motions in Limine shall be filed by **November 15, 2007.**

1

4.   Voir Dire Questions, Joint Special Verdict Form, and Concise Statement of the Case shall be submitted by **November 15, 2007.**  In the event the parties cannot agree on a Joint Special Verdict form, each party shall file its proposed form by **November 15, 2007.**

5.   Pursuant to Local Rule 51.1, parties shall exchange proposed jury instructions by November 8, 2007.  Joint jury instructions upon which both parties have agreed shall be filed by **November 15, 2007.**  To the extent that the parties cannot agree on joint jury instructions, each party shall submit supplemental jury instructions by **November 15, 2007.**

6.   Objections to non-agreed upon jury instructions proposed by the other party shall be filed by **November 20, 2007.** Parties shall otherwise comply with Local Rule 51.1.

7.   Trial Briefs shall be filed by **November 15, 2007.**

8.   Objections to exhibits shall be filed by **November 15, 2007.**

        IT IS SO ORDERED.



                        /s/ Barry M. Kurren
                        United States Magistrate Judge
                            Dated: October 26, 2007

Wiles, et al. v. Department of Education, State of Hawaii, et al., Civ. No. 04-00442; 05-00247 HG-BMK, Order Setting Pretrial Conference and Deadlines.