# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, Individually and as Next Friend of their Son, BRYAN WILES-BOND, a minor, | ) Civ. No. 04-00442 HG-BMK<br>) Civ. No. 05-00247 HG-BMK<br>)<br>) |
| Plaintiffs, | ) |
| vs. | )<br>) |
| DEPARTMENT OF EDUCATION, State of Hawaii and ALVIN RHO, in his Official Capacity as West Hawaii District Superintendent, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |

## ORDER MODIFYING SCHEDULING ORDER OF OCTOBER 26, 2007

The scheduling Order of October 26, 2007 is modified as follows:[1]

As soon as Judge Gillmor's order regarding the pending motion to amend the complaint and order assigning the case to Judge Kay have been issued, Judge Kay will schedule a status conference with Counsel.

Since these orders were not issued last week as contemplated under the scheduling order of October 26, 2007, the parties are not expected to meet the submission deadlines. The

---

[1] An Amended Order Setting Pretrial Conference and Deadlines was issued on October 29, 2007. This Order was issued in error and is withdrawn.

deadlines and other dates (including Plaintiffs' and Defendants'
letters requesting a continuance) will be reconsidered at the
status conference.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 6, 2007

Wiles, et al. v. Department of Education, State of Hawaii, et
al., Civ. No. 04-00442; 05-00247 HG-BMK, Order Modifying
Scheduling Order of October 26, 2007.