IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next of friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　　Defendants. | CIVIL NO. 04-00442 HG-BMK |

**ORDER REASSIGNING CASE**

　　Good cause appearing therefore, IT IS ORDERED that the above-entitled case originally assigned to Chief Judge Helen Gillmor is reassigned to Judge Alan Kay. All further pleadings shall be filed and docketed as CV 04-00442 ACK-BMK.

　　IT IS SO ORDERED.

　　DATED: November 13, 2007, Honolulu, Hawaii.



　　　　　　　　　　　　　　　　 /s/ Helen Gillmor_____

　　　　　　　　　　　　　　　　Chief United States District Judge