# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann K. Wiles, et al. Vs. Department of Education, et al. |
| ATTYS FOR PLA: | Carl M. Varady<br>Stanley Levin<br>Michael Livingston |
| ATTYS FOR DEFT: | John Komeiji<br>Gregg Ushiroda<br>Holly Shikada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Steve Platt |
| DATE: | 11/15/2007 | TIME: | 2:03pm-2:33pm |

COURT ACTION:  EP: Status Conference-

Court grants the request by both the Plaintiff and the Defendants' to Continue the Trial Date of 12/4/2007.

Jury Selection/Jury Trial set for 2/20/2008 @9:00 a.m. before Judge Kay.

Length of Trial will be 2 ½ Weeks.

Court and Counsel discussed Special Verdict Form, Jury Instructions, Trial Exhibits, etc.

Court will issue an Amended Scheduling Order as to Trial related Deadlines.

Court and Counsel discussed the taking of the Depositions of the Plaintiffs'.  Court ruled that the Depositions of the Plaintiffs' will be 2 Hours as to each Plaintiff on the Retaliation Claim as stated in the Amended Complaint.

Submitted by Leslie L. Sai, Courtroom Manager