IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, Individually and as Next Friend of their Son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii and ALVIN RHO, in his Official Capacity as West Hawaii District Superintendent,<br><br>Defendants. | ) Civ. No. 04-00442 ACK-BMK<br>) Civ. No. 05-00247 ACK-BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER SETTING NEW TRIAL DATE, PRETRIAL CONFERENCE AND DEADLINES**

The jury trial in this matter is rescheduled to commence February 26, 2008, at 9:00 a.m. (rather than February 21, as previously set). The final pretrial conference shall be held on January 24, 2008, at 10:00 a.m. The Court permits Defendants to take additional depositions of Plaintiffs Ms. Wiles and Mr. Bond, the scope of which shall be limited to the newly added claim of retaliation. The depositions shall not exceed two hours as to each Plaintiff, shall be taken by video conference on the same day, and shall be taken within the first two weeks of December.

The Court sets the following trial-related deadlines.

1. The parties shall exchange exhibits and demonstrative aids by January 3, 2008.

2. Motions in limine and final witness lists shall be filed by January 7, 2008.

3. Oppositions to motions in limine, objections to exhibits, and stipulations regarding authenticity/admissibility of proposed exhibits shall be filed by January 14, 2008.

4. Voir dire questions, joint special verdict form, trial briefs, and concise statement of the case shall be submitted by January 14, 2008. In the event the parties cannot agree on a joint special verdict form, each party shall file its proposed form by January 14, 2008.

5. Deposition excerpt designations shall be filed by January 14, 2008. Deposition counter designations and objections shall be filed by January 17, 2008.

6. Pursuant to Local Rule 51.1, the parties shall exchange proposed jury instructions by January 7, 2008. Joint jury instructions upon which both parties have agreed shall be filed by January 14, 2008. To the extent that the parties cannot agree on joint jury instructions, each party shall submit supplemental jury instructions by January 14, 2008.

7. Objections to non-agreed upon jury instructions proposed by the other party shall be filed by January 17, 2008. The parties shall otherwise comply with Local Rule 51.1.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, November 16, 2007.



_____
Alan C. Kay
Sr. United States District Judge

Wiles, et al. v. Department of Education, State of Hawaii, et al., Civ. Nos. 04-00442, 05-00247 ACK-BMK, Order Setting New Trial Date, Pretrial Conference and Deadlines.