```
MARK J. BENNETT        #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM          #4391-0
GEORGE S. S. HOM       #2487-0
HOLLY T. M. SHIKADA    #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI       #2498-0
GREGG M. USHIRODA     #5868-0
LEIGHTON M. HARA      #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com
```

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br>       Plaintiffs, <br><br>   vs. <br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, <br><br>       Defendants. | CIVIL NO. CV 04-00442 HG/BMK <br> CIVIL NO. CV 05-00247 HG/BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> **CERTIFICATE OF SERVICE RE: NOTICE OF TAKING STANLEY BOND AND ANN KIMBALL WILES' CONTINUED DEPOSITIONS UPON ORAL EXAMINATION BY VIDEOTAPE** <br><br> **TRIAL: February 26, 2008** |

CERTIFICATE OF SERVICE RE:
NOTICE OF TAKING STANLEY BOND AND ANN KIMBALL WILES'
CONTINUED DEPOSITIONS UPON ORAL EXAMINATION BY VIDEOTAPE

I hereby certify that a copy of Notice of Taking Stanley Bond and Ann Kimball Wiles' Continued Depositions Upon Oral Examination by Videotape, dated November 30, 2007, was duly served on the following attorneys by hand-delivering same to their last known address:

>  **STANLEY E. LEVIN, ESQ.**
>  **MICHAEL K. LIVINGSTON, ESQ.**
>  400 Davis Levin Livingston Grand Place
>  851 Fort Street
>  Honolulu, HI  96813
>
>  and
>
>  **CARL M. VARADY, ESQ.**
>  American Savings Bank Tower
>  1001 Bishop Street, Suite 2870
>  Honolulu, Hawaii  96813
>
>  Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, November 30, 2007.

>  /s/ Gregg M. Ushiroda
>  JOHN T. KOMEIJI
>  GREGG M. USHIRODA
>  LEIGHTON M. HARA
>
>  GARY K.H. KAM
>  GEORGE S.S. HOM
>  HOLLY T. SHIKADA
>
>  Attorneys for Defendants