393734.1

**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA**  #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**      #2498-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>          Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**ORDER DENYING DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S MOTION TO STRIKE SHELBY FLOYD AS A WITNESS FILED ON SEPTEMBER 5, 2007**<br><br>**HEARING:**<br><br>DATE: October 18, 2007<br>TIME: 2:30 p.m.<br>JUDGE: Judge Barry M. Kurren |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 1 4 2007
at 2 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

)
)
)  **TRIAL: February 26, 2008**
)
)
)

## ORDER DENYING DEFENDANTS DEPARTMENT OF EDUCATION AND ALVIN RHO'S MOTION TO STRIKE SHELBY FLOYD AS A WITNESS FILED ON SEPTEMBER 5, 2007

Defendants Department of Education and Alvin Rho's Motion to Strike Shelby Floyd As a Witness having been filed herein on September 5, 2007, and having come on for hearing before the Honorable Barry M. Kurren on October 18, 2007 at 2:30 p.m., with Plaintiffs being represented by Stanley E. Levin, Esq. and Carl M. Varady, Esq., and Defendants being represented by Gregg M. Ushiroda, Esq., and no other counsel having appeared; and the Court having reviewed and considered said Motion, the memoranda, declarations and exhibits filed in connection therewith, and the entire records and files herein, and being fully advised in the premises, now therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants Department of Education and Alvin Rho's Motion to Strike Shelby Floyd As a Witness be and hereby is denied with following caveats:

1. That the testimony of Shelby Floyd shall be limited to matters of direct contact between herself and the Department of Education officials for which Plaintiffs Ann

Kimball Wiles and Stanley Bond are not able to testify to because they were not direct parties or were not present; and

      2. That this Order shall not preclude any objections to Shelby Floyd's testimony that may be raised or made before the trial judge in this action.

DATED: Honolulu, Hawaii, DEC 14 2007.

BARRY M. KURREN
United States Magistrate Judge

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 ACK-BMK; Order Denying Defendants Department of Education and Alvin Rho's Motion to Strike Shelby Floyd as a Witness filed on September 5, 2007