Case 1:04-cv-00442-ACK-BMK   Document 337   Filed 12/17/2007   Page 1 of 2



**OF COUNSEL:**
DAVIS LEVIN LIVINGSTON GRANDE
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500  Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447  FAX: 523-8448
E-mail: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS FOR DEFENDANT ALVIN RHO**<br><br><br>**TRIAL DATE: February 26, 2008**<br>**JUDGE: Alan C. Kay** |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
## AS TO ALL CLAIMS FOR DEFENDANT ALVIN RHO

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the above-named parties, through their respective counsels, that Plaintiffs' Complaint and First Amended Complaint against Defendant ALVIN RHO, be and hereby are dismissed without prejudice and each party shall bear their own attorneys' fees and costs.

Trial in these proceedings is scheduled for February 26, 2008.

All parties appearing in this action have voluntarily signed this stipulation.

DATED: Honolulu, Hawaii   DEC 1 7 2007   .

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY
Attorneys for Plaintiffs

GREGG M. USHIRODA
HOLLY T. M. SHIKADA
Attorneys for Defendants

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

*ANN KIMBALL WILES, et al., v. DOE, et al.,* Civil Nos. CV 04-00442 and CV 05-00247, **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS FOR DEFENDANT ALVIN RHO**