# UNIVERSITY OF CALIFORNIA, LOS ANGELES

UCLA

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO



SANTA BARBARA · SANTA CRUZ

UCLA NEUROPSYCHIATRIC INSTITUTE AND HOSPITAL
DIVISION OF CHILD AND ADOLESCENT PSYCHIATRY
300 UCLA MEDICAL PLAZA, STE. 1200
LOS ANGELES CA 90095-6967

Updated: 08/05

## CURRICULUM VITAE

### PERSONAL

Name:

Betty Jo Freeman, Ph.D.
Professor Emerita of Medical Psychology
UCLA School of Medicine

Address:

3940 Mandeville Canyon Rd.
Los Angeles CA 90049

Phone:

310-440-8543

### EDUCATION

| | | |
|---|---|---|
| Mercer University Macon, Georgia | B.A. | 1962-1966 |
| Southern Illinois University Carbondale, Illinois | M.A. | 1966-1968 |
| Southern Illinois University Carbondale, Illinois | Ph.D. | 1968-1969 |

### PROFESSIONAL TRAINING

| | | |
|---|---|---|
| Southern Illinois University Carbondale, Illinois | Research Assistant (Animal Learning Lab) | 9/1966 -6/1967 |
| Southern Illinois University Carbondale, Illinois | Research Assistant (Operant Conditioning Lab) | 8/1967 – 8/1969 |
| Southern Illinois University Carbondale, Illinois | Teaching Assistant (Intro. Course in psychology) | 9/1967 – 6/1968 |
| Southern Illinois University Carbondale, Illinois | Teaching Assistant (Intro. Course in psychology) | 1/1969 – 6/1969 |
| Southern Illinois University Carbondale, Illinois | Teaching Assistant (Adv. Course in psychology) | 3/1969 – 6/1969 |

PLF ___ DEF ___
EXHIBIT 1
WITNESS B Freema
DATE 9/24/0
TONI COHEN

EXHIBIT "C"                    000001

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Veterans Administration Hospital, Pittsburgh, Pennsylvania and Nashville, Tennessee | Research Associate | 9/69-9/71 |
| University of Pittsburgh Pittsburgh, Pennsylvania | Instructor (Part-time) | 9/69-12/69 |
| Fisk University Nashville, Tennessee | Instructor (Part-time) | 9/70-6/71 |
| Fisk University Nashville, Tennessee | Assistant Professor/ Psychology | 9/71-9/72 |
| Johns Hopkins University Medical School and J.F..Kennedy Institute, Baltimore, Maryland | Postdoctoral Fellow, Department of Pediatrics | 9/72-9/73 |
| University of Baltimore Baltimore, Maryland | Instructor (Part-time) | 1/73-6/73 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Assistant Professor in Residence, Department of Psychiatry and Biobehavioral Sciences | 9/1/73-6/30/80 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Associate Professor in Residence Department of Psychiatry and Biobehavioral Sciences | 7/1/80-6/30/86 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Professor in Residence Department of Psychiatry and Biobehavioral Sciences | 7/1/86-12/31/03 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Emerita Professor | 1/1/04-Present |

## PROFESSIONAL ACTIVITIES - Lectures and Papers Presented

"Role of reinforcement frequency in producing contrast effects on a multiple schedule of positive reinforcement." 1970, presented to Eastern Psychological Association Meeting, Atlantic City, New Jersey. (Abstract)

"Differential rearing effects on positively and negatively motivated behavior." 1971, presented to Eastern Psychological Association, New York City. (Abstract)

"Activity as a function of chronic administration of morphine in rats." 1971, presented to ASPET Meetings, University of Vermont, Burlington, Vermont. (Abstract)

"The application of procedures for the development of complex stimulus control in testing auditory deficits in young retarded children." 1973, presented to Eastern Psychological Association, Washington, D.C. (Abstract)

"Failure to obtain condition suppression in humans when timeout from positive reinforcement is the aversive event." 1973, presented to American Psychological Association, Montreal, Canada. (Abstract)

2

"The reinforcing effects of photic stimulation upon the behavior of autistic and retarded children." 1974, presented to Western Psychological Association Meetings, San Francisco CA  (Abstract)

"Extinction of a phobia of physical examination in a seven-year-old mentally retarded boy." American Psychological Association Meeting, New Orleans, 1974. (Abstract)

"Intellectual assessment of autistic children." Invited lecture to UCLA Extension Course, Autism: Diagnosis, Current Research and Management, 1975.

"Parents as paraprofessionals." Invited lecture to UCLA Extension Course, Autism: Diagnosis, Current Research and Management, 1975.

"Effect of long time-out durations on behavior of the autistic child." Presented to the Western Psychological Association Meeting, Sacramento, 1975. (Abstract)

"The effects of response contingent vestibular stimulation on the behavior of autistic and retarded children." Presented to the Western Psychological Association Meeting, Los Angeles, 1976. (Abstract)

"Evaluation and treatment of autistic children at the UCLA- NPI." Symposium presented to the American Association of Psychiatric Services for Children, 1976. (Abstract)

"Assessment and evaluation: Implication for school and home management." Invited workshop presented to the National Society for Autistic Children, Los Angeles, 1977.

"An overview of behavior therapy with children." Invited lecture to the American Academy of Child Psychiatry Second Annual Review in Child Psychiatry, Santa Monica, California, 1977.

"The effects of number of stimuli on rate of discrimination learning in autistic children." Presented at the Western Psychological Association Meetings, Seattle, 1977. (Abstract)

"Concurrent extinction programs for self-injurious behavior in a mentally retarded child." Presented at the Western Psychological Association Meeting, Seattle, 1977, with Fred Frankel (Abstract)

"The advocate and the diagnostic and evaluation system." Invited paper at the Symposium "Advocacy and Autism," University of Kansas, Lawrence, 1977.

"Diagnostic approaches in differentiating autism from childhood schizophrenia." Invited workshop to the Continuing Care Service Section, Department of Health, Burbank, California, 1977.

"Behavioral correlates of the syndrome of autism." Paper presented at the American Psychological Association, San Francisco, August 1977. (Abstract)

"Diagnosis and objective behavioral observational scale, DSM III proposals." Invited participant in Symposia "The syndrome of autism: An update of diagnosis, research and advocacy," American Academy of Child Psychiatry, Houston, October 1977, with E. Ritvo. (Abstract)

"Objective diagnosis of autism." Invited workshop presented at the Harbor Regional Center for Developmentally Disabled, Torrance, California, December 1977.

"Behavioral correlates of the syndrome of autism: Objective diagnosis." Workshop presented to the American Association of Psychiatric Services for Children, Washington, D.C., November 1977. (Abstract)

"Behavioral diagnosis of the syndrome of autism." Invited keynote speaker, Long Beach National Society for Autistic Children, October 1977.

3

000003

"Behavior observation scale: Assessing the similarities and differences among autistic, mentally retarded and normal children." Paper presented at the Western Psychological Association Meeting, April 1978. (Abstract)

"Establishing the diagnosis of autism: Medical, psychological and behavioral examination." Workshop; part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

"Differential diagnosis of the syndrome of autism." Workshop; Part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

"Medical and behavioral management of the syndrome of autism." Workshop; Part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

Ritvo, E. R., Freeman, B. J. and Greiner, J. (Co-Chairpersons) "The Syndrome of Autism: Medical and educational management," Workshop sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April, 1978.

"Objective diagnosis of the syndrome of autism." Invited participant, Panel presented at Louisiana State University, Baton Rouge, February 1978, with E. Ritvo.

"Behavioral approach to diagnosis and treatment of emotional disorders of infancy." Invited lecture, Child Psychiatry Seminar, Harbor General Hospital, Torrance, California, January 1978.

"Behavioral correlates of the syndrome of autism." Invited participant for panel, "Current research in autism."American Association of Mental Deficiency", Denver, Colorado, May 1978, with F. Frankel. (Abstract)

"The behavior observation scale." Paper presented to the American Psychological Association annual meeting, Toronto, August 1978. (Abstract)

"Objective diagnosis of the syndrome of autism." Paper presented at American Association of Psychiatric Services for Children annual meeting, Atlanta, November 1978. (Abstract)

"Current research in autism: Behavior, cognitive and language." Invited lecture for the Symposium on Autism and Childhood Psychosis. Department of Psychiatry, University of Nebraska, Omaha, May 1978.

"The UCLA-Neuropsychiatric Institute Program for Autistic Children." Invited lecture for the Symposium on Autism and Childhood Psychosis. Department of Psychiatry, University of Nebraska, Omaha, May 1978.

"Assessment and treatment of the syndrome of autism." Invited workshop, Touhaven Project, Gaylord, Michigan. September 1978.

"Psychological assessment of children with the syndrome of autism." Invited workshop, Department of Psychiatry. University of Alabama Medical School, November 1978.

"Diagnosing the syndrome of autism." Invited lecture, Department of Special Education, University of Texas, Austin, February 1979.

"Age as a factor in discriminate analysis among autistic, mentally retarded, and normal children." Paper presented at the Western Psychological Association Meeting, Honolulu, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

4

"I.Q. as a factor in the behavior of autistic, mentally retarded and normal children." Paper presented at the Western Psychological Association Meeting, Honolulu, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Diagnosing the syndrome of autism." Invited lecture at Harbor General Hospital, February 1980.

"The Behavior Observation Scale for autism (BOS). Factor analysis of behaviors." Paper presented to American Psychological Association, New York, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Evaluating autistic children." Invited workshop presented to Illinois and Missouri National Society for Autistic Children, St. Louis, 1980.

"The Behavior Observation Scale: Frequency analysis." Paper presented to the American Psychological Association, Los Angeles, 1981. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Social relatedness in autistic children." Paper presented to the American Psychological Association, Los Angeles, 1981, with Ilene Tonick. (Abstract)

"Behavioral assessment of the syndrome of autism: A quantitative review of autistic behaviors (BOS)." Invited paper UCLA Child Psychiatry Academic Colloquium, May 1981.

"Evaluating autistic children." Invited workshop, Southwestern Society for Autistic Children, San Diego, California, October 1981.

"Diagnosis and treatment of problems in early childhood." Invited workshop, Eighth Annual Regional Conference, Teaching and Treating Children, Adolescents and Parents, University of Las Vegas, Nevada, March 1982.

"DSM-III and childhood diagnoses." Invited workshop, Department of Mental Health, San Diego, California, March 1982.

"Behavior management: Decreasing behaviors." Invited lectures, Residential Services Specialist Program, Westside Regional Center, Los Angeles CA, December, 1981, 1982, 1983, 1984.

"Psychological assessment of severely handicapped children." Invited lecture, Rowland Unified School District, Los Angeles CA, September 1982.

"Effects of fenfluramine on the behavior of autistic children."  (1982 - 1984)
1. Invited speaker, Sutton Foundation, Orange County, Calif., November 1982.
2. Invited speaker, National Society for Autistic Children, Riverside County, March 12, 1983.
3. Invited speaker, National Society for Autistic Children, Ventura County, April 13, 1983.
4. Invited speaker, California Society for Autistic Children, May 1983.
5. Keynote speaker, Canadian Society for Autistic Children, Toronto, Canada, May 1983.
6. Keynote speaker, National Soc. for Autistic Children, Annual Mtg, Salt Lake City, July 1983.
7. Invited speaker, Los Angeles, National Society for Autistic Children, September 1983.
8. Invited speaker, Long Beach, National Society for Autistic Children, 1984.
9. Invited speaker, Washington Society for Autistic Children, 1984.

"Assessment and treatment of syndrome of autism. "Residential Services Specialist Program. North Los Angeles Regional Center, February 1983, March 1984, March 1985.

"Genetic factors in autism." Invited speaker, National Society for Autistic Children Annual Meeting, Salt Lake City, Utah, July 1983.

"Diagnosis and treatment of autism." Invited Lecture-Grand Rounds, Department of Child Psychiatry, University of Southern California, April 1983.

5

"Pervasive developmental disorder and schizophrenia." Invited lecture, American Academy of Child Psychiatry Annual Review, Los Angeles, May 1983.

"Behavioral assessment of the effects of fenfluramine on autistic children." Paper presented to the Western Psychological Association Meeting, San Francisco, April 1983. (Abstract)

"Assessing effects of fenfluramine on behavior in 15 autistic children." Paper presented to the American Psychological Association, Los Angeles, August 1983. (Abstract)

"Behavioral assessment of the syndrome of autism." Paper presented to the American Academy of Child Psychiatry, October 1983.

"Genetic contributions to the syndrome of autism." Invited address, Western Psychological Association Meeting, April 1984.

"Diagnosis of the syndrome of autism." Workshop, Coast Mental Health, 1984.

"Stability of cognitive and linguistic scales in autism." Paper presented to the American Academy of Child Psychiatry, 1984.

"Effects of fenfluramine of 14 outpatients." Paper presented to the American Academy of Child Psychiatry, 1984.

"Psychological evaluation of untestable children." Invited lecture, Lanterman State Hospital, October, 1984.

"Sequential and simultaneous processing in autistic children." Paper presented to the American Psychological Association, August 1985.

"Stability of cognitive-linguistic scales in autism." Mental Retardation Research Center Grand Rounds, January 1985.

"Differential diagnosis of autism." Workshop presented at the Autism Training Center, Marshall University, Huntington, West Virginia, April 1985. (CME credits)

"Recent research in the syndrome of autism." Invited lecture, Autism Training Center, Marshall University, Huntington, West Virginia, April 1985.

"Familial autism: Psychometric assessments of first-degree relatives." Paper presented to American Academy of Child Psychiatry, San Antonio, October 1985.

"Cognitive Assessment in Autism". Invited Lecture, New Orleans, December 1985.

"Prognosis in Autism". Invited Lecture, New Orleans, December 1985.

"Relationship of WISC-R and Vineland ABS Scores in Autism," Invited Lecture, National Society for Children and Adults with Autism Conference, Washington, D.C., July 1986.

"Diagnosis and Treatment of Autism", Invited Lecture, Autism Society of America, San Diego, May 1987.

"Diagnosis and Treatment of Autism", Invited Lecture, Behavior Therapy and Learning Center, Long Beach, July 1987.

"Diagnosis and Assessment of Autism"
   1.  Invited Lecture, West Virginia Autism Society, Autism Center Workshop, October 1987.
   2.  Invited Lecture, Orange County Severely Handicapped Conference, September 1987 & 1988.

6

000006

"Diagnosis of Autism" (1987-1991)
1. Invited Lecture, University Affiliated Program, UCLA/NPI, Los Angeles CA, 1987 & 1988.
2. Invited Lecture, La Mirada Unified School District, La Mirada CA, June 1988.
3. Invited Lecture, California Program Specialists, Special Education, Long Beach CA, March 1988.
4. Invited Lecture, South Central Los Angeles Regional Center, July 1988.
5. Invited Workshop, Agency for International Development, Guayaquil, Ecuador, July 1988
6. Workshop presented, Seattle Autism Society, Seattle WA, October, 1989
7. Presentation, Westside Regional Center, Los Angeles CA April 10-11, 1989.
8. Presentation, Autism Society of America, Long Beach/San Gabriel Regional Center, April 1989.
9. Workshop presented, Autism Society of America, San Francisco (UCSF) May 13, 1989.
10. Workshop presented, San Gabriel Valley Regional Center, Covina, CA, July 1990.
11. Workshop presented, Autism Society of America, Los Angeles, April 1990.
12. Workshop presented, Autism Conference, University of California San Francisco, May 1990.
13. Workshop presented, Autism Conference, Oakland CA, January 1990.
14. Workshop presented, DDIP Program/UCLA, February 1990.
15. Workshop presented, Autism Conference, Newport Beach CA, March 1990
16. Presentation, Conference, National Autism of Amer. Society, Buena Park CA, July 10-11, 1990.
17. Presentation, Conference, Inland County Regional Center, October 1990.
18. Presentation, Conference, Autism Society of America, Ohio, November 1-3, 1990.
19. Workshop presented, Canyon Hills School District, January 25, 1991.
20. Presentation, Parent/Professional Meeting, Autism Society of America, Orange County Chapter, February 1991.
21. Presentation, Autism Society of America, Long Beach Chapter, February 1991.
22. Presentation, Canyon Hill School, April 1991.
23. Presentation, Parent/Professional Meeting, Autism Society of America Los Angeles, Whitney High School, April 1991.
24. Inservice Presentation, Alhambra School District, at UCLA-NPI, May 1991.

"Assessment of Functional Skills in Autism", Jay Nolan Center Saturday Program, Whitney High School, Los Angeles, November 1987, November 1988.

"Assessment of Severely Handicapped Children", Invited Lecture, University of Southern California, February 1988.

"Population Prevalence, Sibling Risk and Recurrence Risk Estimates of Autism", Paper presented, International Congress of Psychology, Sydney Australia, September 1988.

"A New Basis For Genetic Counseling In Autism", Paper presented, American Psychiatric Association 142nd Annual Meeting, San Francisco, CA, May 6-11, 1989.

"Genetics and Autism", Paper presented at World Congress of Biological Psychiatry, Jerusalem Israel, March 1989.

"Diagnosis and prognosis in persons with mild autism", paper presented, Autism Society of America, Buena Park CA, July 1990.

"Prospective Longitudinal Study of Autism", paper presented, Autism Research Symposium, Snowbird Utah, August 1990.

Diagnosis and Assessment of High Functioning Autistic Children", Educational Inservice Workshop, Tacoma School District, Tacoma WA, July 5-7, 1990.

"Diagnosis and Assessment of High Functioning Autistic Children", presentation, Conference, California Association of Behavior Therapists, San Francisco CA, March 8, 1991.

"Assessment and Treatment of Autism", Workshop presented, Department of Pediatrics - University of Timisoara, Romania, April 12-20, 1991.

7

"The Stability of Cognitive and Behavioral Parameters in Autism: A twelve year prospective study", paper presented at the 38th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, October 16-20, 1991.

"Stability of Cognitive and Behavior Factors in Autism" (1991 - 1992)
1. American Academy of Child Psychiatry, San Francisco, October 1991 (Abstract)
2. IDEA Conference, California Autism Society, May, 1992
3. Autism Society of America, July 1992

"Diagnosis, Assessment and Current Research of the Syndrome of Autism." (1991 - 1995)
1. Long Beach/San Gabriel Valley Autism Society, January 1991
2. Northern California Association of Behavioral Analysis, March 1991
3. Grand Rounds, University of Timisoara Medical School, Romania, April 1991
4. Los Angeles Autism Society, April 1991
5. American Academy of Child Psychiatry Update Course, June 1991
6. Santa Rosa Autism Society, October 1991
7. South Central Regional Center, October 1991
8. Ohio Autism Society, October, 1991
9. Florida Autism Society, Ft. Lauderdale, Florida, February 1992
10. Kaiser Department of Pediatrics, Grand Rounds, March & July 1992
11. Children's Hospital, Department of Pediatrics, Grand Rounds, January 1992
12. Issues in Early Child Development, Contemporary Forums, San Diego CA, June 1992
13. Autism Society of Canada, Calgary, May 1992
14. San Diego, Nursing Update, CME Course, June 1992
15. Tennessee Autism Society, February 1993
16. Anaheim School District, January 1993
17. Breakfast Club, UCLA, March 1993
18. Saddlebrook Unified School District, March 1993
19. Fullerton Child Guidance Center, March 1993
20. ABC Unified School District, March 1993
21. Grand Rounds, Long Beach Memorial Hospital, April 1993
22. Ladera Heights School District, April 1993
23. Kaiser Mental Health, May 1993
24. Kaiser, Whittier, May 1993
25. AACP Update Course, Los Angeles, June 1993
26. Autism Society in Toronto, Canada, July 1993
27. Autism Society of America (ASA), January 1994
28. UCLA, Psychiatry Across the Lifespan, January 1994
29. San Gabriel Autism Society, February 1994
30. South African Autism Society, Capetown, RSA, March 5 & 6, 1994
31. California School Psychologists, March 12, 1994
32. Long Beach Autism Society, March 14, 1994
33. Whittier Autism Society, March 23, 1994
34. Los Angeles Autism Society, May 19, 1994
35. Fiesta Educativa, Los Angeles, May 20, 1994
36. California Autism Society, Newport Beach, May 21, 1994
37. Torrance Memorial Hospital, June 1, 1994
38. Simi Valley Autism Society of America, June 17, 1994
39. Parents of Adults with Autism, Los Angeles, August, 1994
40. California Nursing Association, Orange County, February 1995
41. Washington Autism Society of America, Seattle, March 1995
42. Autism Society of America, San Diego, March 1995

"Cognitive and Social Emotional Development in Romanian Orphans." (1992)
1. International Conference on Infant Studies, May 1992, Miami FL, with S. Kaler, Ph.D. (Abstract)
2. Romanian/American Academy of Science, June 1992, with S. Kaler, Ph.D (Abstract)
2. American Psychological Association, August 1994 with S. Kaler, Ph.D (Abstract)

8

"Autism: Where we have been and where we are going." Keynote Address, Autism Society of America, Las Vegas, July 1994

"Early Intervention and Development in Autism" Invited Address, University of North Carolina, May 1995.

"Autism: Making the Diagnosis" Presentation Conference, The Association of Child Development Specialists Fall Meeting, Los Angeles CA, October 2, 1993.

"What Physicians Need to Know About Autism" Presentation, Conference, 4th Annual Educational Workshop in Hawaii; Autism Society of Hawaii; UAP Resource and Technical Assistance Project on Autism; Hawaii Medical Association; The Hawaii Psychiatric Medical Association and The American Academy of Pediatrics-Hawaii Chapter, Honolulu, Hawaii, August 3, 1994.

"Unraveling Autism, Asperger's Syndrome and PDD", Keynote Speaker at Multidisciplinary Conference, Autism, Asperger's Syndrome & Pervasive Developmental Disorders, The Greater Phoenix Chapter of the Autism Society of America and Developmental Pediatric Education, Scottsdale, AZ, April 7, 1995.

"Psychological Assessment of Autistic Children", Presentation, A Workshop on Understanding Autism, Morongo Unified School District, Yucca Valley CA,, April 1995

"Diagnosis and Treatment of Autism" (1995 – 1997)
1. Greater Long Beach/South Bay Autism Society, May 1995
2. American Academy of Child and Adolescent Psychiatry, Beverly Hills, June 1995
3. The Autism Consortium of the Ralph J. Baudhuin Oral School of Nova, Southeastern University, Fort Lauderdale FL, September 1995
4. Long Beach Unified School District, Long Beach, November 1995
5. Los Angeles County School Nurses Association, Los Angeles, CA  January 1996
6. Bellflower Unified School District, Bellflower CA, January 1996
7. California School Nurses Organization, Fresno CA, February 1996
8. Greater Anaheim Special Education Local Plan Area (SELPA), Buena Park CA, October 1996
9. Autism Society of California and the East Bay, Alamo CA, April 1996
10. Santa Barbara County SELPA, Santa Barbara CA, May 1996
11. San Francisco Bay Area Autism Society of America, San Francisco CA, May 1996
12. Harbor-UCLA Department of Psychiatry, Los Angeles CA, August 1996
13. ABC Unified School District, October 1996
14. UCLA First Annual Review of Psychiatry, October 1996
15. Workshop, Region X, Fort Worth, TX, November 1996
16. Workshop, Region XI, Dallas, TX, November 1996
17. Special Education and Law, Los Angeles, March 1996
18. Steve Kaufman & Associates, Culver City CA 1996
19. Sonoma County Special Education Conference, December 1996
20. Riverside County School District, Riverside CA, January 1997
21. University Affiliated Program, UCLA, January 1997
22. Metra Health, Long Beach, January 1997
23. Dept. of Mental Health, Bell Gardens, CA, January 1997
24. Alaska Statewide Special Education Conference, Anchorage AK, February 1997
25. Workshop, 4th Annual Big Sky Summer Institute, Bozeman MT, June 1997
26. Contemporary Forums, Anaheim CA, October 1997
27. Invited Address, Georgia State Education Conference, April 1997
28. Invited Address, Bellflower Community Action Board, CA, February 1997
29. Continuing Education Lectures, Professional Psychiatry Seminars, 1997-Present

"Autism: What Current Research Tells Us"
1. "Creating California's Future," State Conference on Special Education, October 1996
2. Invited Address, Illinois Center for Autism, October 1997
3. Special Education Conference, Anaheim CA, October 1997
4. Invited Address, "Working to Solve the Problem," Calgary Canada, May 1997

9

"Cooperation between Parents and Professionals"
1. Invited address, International Autism Conference, Skive Hallerne Denmark, Nov. 1996
2. Invited address, Autism Society of America, Orlando FL, July 1997

"Questions Parents Should Ask Before Beginning a Treatment"
1. Invited Address, International Autism Conference, Skive Hallerne Denmark, Nov. 1996
2. Invited Address, Parents Helping Parents, San Jose CA, January 1997
3. Invited address, Future Horizons, Nashville TN, November 1997

"Expanding Our Boundaries"
Third Annual Psychologists' Conference, Los Angeles County Office of Education
Workshop: Autism - Diagnosis Interventions, Prognosis, Burbank CA, February 1996

Conference: "Stairway to Change"
Autism Treatment Services of Canada, Feature Presentation: "Questions to Ask When Looking for Services", Sydney, Nova Scotia, Canada, May 1996

Conference: "Early Social and Cognitive Development in Autism"
16th Annual TEACCH Conference, Presentation: "Evaluating Cognitive and Social Early Intervention Programs", Chapel Hill NC, May 1996

"Autism: What's In and What's Out"
Autism Treatment Services of Canada, Victoria, British Columbia, May 1966

"Asperger's Syndrome: Diagnosis and Treatment"
1. Sunrise Seminars, The H.E.L.P. Group, July 1996
2. California Autism Society State Conference, May 1997
3. 1st Annual Learning Disorder Symposium, H.E.L.P. Group, UCLA/NPI, September 1997
4. UCLA's 2nd Annual Review of Psychiatry, October 1997
5. North County ASA Conference, San Diego CA, May 1998
6. Autism Society of America, Long Beach CA, February 2000
7. Grand Rounds, UCLA-NPI, May 2000
8. Autism Spectrum Disorder Conference, Autism Partnership, January 2001
9. The H.E.L.P. Group, Los Angeles CA, October 2002
10. UES Lecture, UCLA, Los Angeles CA, February 2003

"Early Intervention: A Range of Models" (Panel Chair)
Autism Society of America Annual Meeting, Milwaukee, WI, July 1996, Orlando 1997

"Diagnosis and Treatment of Autism" (1997 – 1998)
1. Fulton County Schools, Atlanta GA February 1997
2. Ventura County Schools, Ventura CA, May 1997
3. North Center Georgia GLRS, October 1997
4. Georgia Learning Centers, Macon, Albany and Statesborg GA, December 1997
5. Grand Rounds, Santa Rosa Memorial Hospital, Santa Rosa CA, January, 1998
6. Foothill SELPA Parent Conference, Burbank CA, March 1998
7. Iowa Autism Society Conference, April 1998
8. PDD/IDA, Houston TX, May 1998
9. Los Angeles Unified School District Psychologists, May 1998
10. Florida Associates of School Psychologists, Orlando FL, November 1998

"Diagnosis and Treatment of Autism" (2001-2002)
1. Minneapolis Autism Society, Minneapolis Minnesota, May 2001
2. Workshop, Autism Society of America National Conference, San Diego CA, July 2001
3. Workshop, Harbor Regional Center, March 2002
4. Workshop, University of South Florida, Tampa FL, July 2002

"Autism Spectrum Disorder: What does the future hold?"
1. Treatment Services of Canada, Calgary and Alberta, May 14-17, 1997
2. West Coast Special Education Conference, Anaheim CA, November 1997

"Autism: A Biological Disorder" and "How to manage the managed care maze." Dual lecture, (Co-presenter)
UCLA, August 23, 1997

"Guidelines for Evaluating Treatment Programs for Autistic Children"
1. Orange County Interagency Autism Group, Huntington Beach CA, September 1997
2. Iowa Autism Society Conference, April 1998
3. Tennessee Assoc. for Administrators in Special Educ. Conference, Gatlinburg TN, Dec. 1998
4. Special Education Attorneys Conference, Orlando FL, December 1998
5. West Orange County Consortium for Special Education, Orange County CA, May 2001

"Autism:  Clues to Recognition and Tips for Managing Behavior in the Office"
'Nursing Issues in Ambulatory Pediatrics,' Contemporary Forums, October 1997

"Diagnosis and Assessment of Autism Spectrum Disorder: What We Know"
1. Governor's Conference: Partners in Prevention, San Diego CA, February 1998
2. Workshop, San Luis Obispo SELPA, San Luis Obispo CA, September 2002

"Results of a Twenty Year Longitudinal Study of Persons with Autism"
1. California Autism Society, Conference, March 1998
2. Grand Rounds, UCLA-NPI, February 1999

"Common Behavior Problems in Autistic Disorder"
Iowa Autism Society Conference, April 1998

"Evaluating the Efficacy of Intervention Programs for Autistic Children"
1. The Child with Autism, Contemporary Forums, Anaheim CA, April 27-28, 1998
2. Autism Society of America Annual Conference, Reno NV, July 1998
3. Contemporary Forums: 'The Young Child with Special Needs', New Orleans, May 2001

"Diagnosis and Assessment of Autism and Related PDD: Developing an Effective Early Intervention
Curriculum" Workshop, Autism Treatment Services of Canada, Vancouver, B.C., May 1998

"Treatment of Autism: A Range of Options"  (Panel Chair)
Autism Society of America, Reno NV, July 1998

"Romania's Institutionalized Children: A Longitudinal Study of Cognitive and Socio-emotional Development"
with Dr. Sandra Kaler, 10th Annual Sigma Theta Tau, International Meeting, Utrecht, Netherlands,
July 1998

"Diagnosis and Current Research in Autism"
Workshop: Autism Treatment Services of Canada, Quebec, October 1998

"Autism: What We Know" (1999 – present)
1. Grand Rounds, Kaiser Permanente, Dept. of Pediatrics, Woodland Hills CA, Jan. 1999
2. Autism Society of Southern Illinois, Bellfield Illinois, March 1999
3. Autism Society of Tucson, Tucson Arizona, March 27, 1999
4. LRP National Meeting, San Francisco, April 24, 1999
5. Update in Child Psychiatric, Los Angeles, June 1999
6. CME Panel, Oxnard CA, September 1999
7. Autism Conference, University of California, Santa Barbara, September 1999
8. UCLA Psychiatry Review Course, October 15, 1999
9. Foothill SELPA Parents Conference, Burbank CA, October 16, 1999
10. University of Hong Kong, November 1999, 2000, 2001
11. Department of Neurology, UCLA, 1999

11

12. Autism Partnership, Seal Beach CA, January 12, 2000
13. Covina SELPA, Covina CA, January 25, 2000
14. Jewish Bureau of Education, Temple Sinai, Los Angeles CA, March 2000
15. Autism Society of Vancouver, Vancouver, B.C., March 2000
16. Alabama State Dept. of Education, Birmingham, AL, Mar. 2000; Montgomery, Feb. 2001, Mobile, July 2001
17. Loyola-Marymount College, March 2000
18. Texas State Dept. of Education, Dallas and South Padre Island, April 2000
19. North Counties Autism Society Conference, San Diego CA, May 2000
20. Austin Unified School District, Austin, Texas, May 2000
21. PacificCare Health Services, Woodland Hills CA, June 2000
22. Long Beach Unified School District, August 2000
23. Conference, co-presented with Autism Partnership, Toronto, Canada, November 2000
24. Administrative Law Judges Conference, Santa Barbara, CA, November 2000
25. Orange County SELPA, Anaheim, September 2000 and January 2001
26. Vista School District, Vista CA, January 2001
27. University of Judaism, Los Angeles, April 2001
28. Autism Society Conference, Minneapolis, MI, May 2001
29. Huntington Beach School District, Huntington Beach CA, May 2001
30. Florida Department of Education, State Conference, June 2001
31. San Diego State University, San Diego CA, May 2000
32. Special Education Summer Academy, Alabama State Dept. of Education, Mobile, May 2001
33. State Dept. of Education, Council for Administrators & Special Education Autism Conf., Orlando FL, June 2001
34. Regional Center of Orange County, October 2001
35. Jewish Bureau of Education, Stephen S. Wise Temple, Los Angeles, CA April 2001, 2002
36. State Department of Education, Columbus, Indiana, April 2002
37. Department of Education, Key West Florida, May 2002

"Role of Normal Development in Development of Treatment Programs"
1. Autism Partnership, Seal Beach CA, July 2000
2. Autism Partnership, Hong Kong, November 2000
3. Autism Partnership, Joint Conference, Long Beach CA, January 2001
4. Autism Society of America National Conference, San Diego CA, July 2001

"Diagnosis of Autism/PDD: An Update"
Contemporary Forums Conf.: 'The Young Child with Special Needs,' New Orleans LA, May 2001

"Autism & Pervasive Developmental Disorders: Assessment, Differential Diagnosis & Treatment"
1. Autism Partnership, A Two-Day Workshop, Toronto Canada, October 2000
2. Professional Psych Seminars, Inc., Los Angeles, Pasadena, San Rafael, CA Mar. & Apr. 2001
3. Autism Partnership, Two-Day Workshop, Seal Beach CA, June 2001

"Autism & Pervasive Developmental Disorders: Assessment, Differential Diagnosis & Treatment
1. Professional Psych. Seminars, Inc. Emeryville CA, October 2002; Los Angeles CA, October 2002; Costa Mesa CA, December 2002; & Pasadena CA, December 2002

Asperger's Syndrome or High Functioning Autism, National University, Vista CA, February 2002
1. Autism Society of Long Beach, Long Beach CA, March 2002
2. State of Department Education, Columbus, Indiana, April 2002

Interventions for Children with Autism
Workshop, San Luis Obispo, County Education, January 2002

000012

Etiological Biological findings and implications for treatment in Autism Spectrum Disorder (ASD)
1. Contemporary Forum, The Young Child with Special Needs, New Orleans, May 2001
2. Autism Partnership, Seal Beach, California, June 2001
3. Conference, Toronto, Canada, October 2001
4. Conference, University of Hong Kong, November 2001 (Invited address)
5. State Department of Education, Honolulu, Hawaii, February 2002 (Invited address)

Recent Advances in treatment on Autism
UCLA 7th Annual Review of Psychiatry and Psychopharmacology Update, October 2002

Asperger's Syndrome and/or High Functioning Autism: An Update
UCLA 8th Annual Review of Psychiatry and Psychopharmacology Update, October 24, 2003

Assessment and Treatment of Asperger's Syndrome
Workshop, San Diego County SELPA, San Diego CA, February 2003
Los Angeles Department of Mental Health, Los Angeles CA, May 2003

Current Treatment for Autism
University of Hong Kong, Hong Kong, November 2002 and December 2003

History of Treatment of Autism
An Update, UCLA, Los Angeles CA, October 2002

"Update on Treatment in Autism"
Grand Rounds, Steamboat Springs Hospital, Steamboat Springs CO, March 2003
Conference on Developmental Disabilities, Montana State University, Billings MT, October 2002

Assessment and Treatment of Autism Spectrum Disorder (ASD)
1. Psychopharmacology Lecture, UCLA, Los Angeles CA, October 2002
2. Bangkok Thailand, November 2002
3. San Diego County SELPA, San Diego CA, October 2003
4. Grand Rounds, UCLA, Harbor CA November 2003
5. Grand Rounds, Torrance CA, November 2003
6. University of Hong Kong, December 2003

Current Therapies for Autism Spectrum Disorder
Regional Center of Orange County, Orange CA, October 2003

Current Treatment of Autism Spectrum Disorder
1. Harbor Regional Center, Torrance CA, September 2002
2. FEAT Conference, Torrance CA, June 2003
3. Autism Spectrum Therapies, Los Angeles CA, September 2003

"Autism Spectrum Disorders: Identifying Behaviors that Impact Education." San Diego County of
Education Psychologists, San Diego, CA, October 2003

Diagnosis of Autism Spectrum Disorder Workshop, Las Virgenes Unified School District
1.Pre-school, February 2004, Las Virgenes Unified School District
2.School Age/High School, Las Virgenes Unified School District, October 2004
3. Singapore, March 2004
4. University of Hong Kong, June 2004

"Appropriate Programs for Children with Autism Spectrum Disorders: Do the Professionals Agree?"
Co-Presenter, LRP National Institute on Legal Issues of Educating Individuals with Disabilities,
Orlando FL, May 2004.

"Educational Programs for Children with Autism: Do the Professionals Agree?"
Co-Presenter, LRP Annual Conference, Orlando FL, May 2004.

13

"Asperger's Syndrome: An Update"
Grand Rounds, Harbor-UCLA, September 2004
Norwalk-La Mirada School District, September 2004

"Evaluating a Child With Autism: Everything a Parent Should Know," UCLA, November 2004

How to build a defensible Autism program, Pepperdine University, November 2004

"Alternative Treatments for Autism: What is the Science?" Invited Workshop, Autism Partnership, Seal Beach, CA, January 2005

Autism Spectrum Disorders, Los Angeles Unified School District, Los Angeles, CA, February 2005

"Alternative Treatments for ASD: Fact or Fiction?" Invited Lecture, Contemporary Forums, Las Vegas, NV, May 2005

"Early Detection of ASD." Invited Lecture, Contemporary Forums, Las Vegas, NV, May 2005

## PUBLICATIONS

1. Meltzer, D., & Freeman, B. J. (1969) Some parameters affecting performance in fixed interval schedules. Psychonomic Science, 17, 129-131.

2. Freeman, B. J. (1971). The role of response-dependent reinforcement in the production of behavioral contrast on a multiple schedule. Learning and Motivation, 2, 138-147.

3. Meltzer, D., & Freeman, B. J. (1971) Maintenance of response summation under conditions of minimal stimulus intensity. Psychonomic Science, 22, 287-288.

4. Freeman, B. J., & Ray, O. S. (1972) Strain, sex and environmental effects on appetitive and aversive learning tasks. Developmental Psychobiology, 5, 101-109.

5. Herman, S. J., Freeman, B. J., & Ray, O. S. (1972) The effects of multiple injections of morphine sulfate on shuttle-box behavior in the rat. Psychopharmacologia, 26, 146-154.

6. Freeman, B. J. (1972) Behavioral contrast: Reinforcement frequency or response suppression? Psychological Bulletin, 79, 347-356. (Theoretical treatise)

6. Freeman, B. J., & Leibowitz, J. M. (1974) Response facilitation as a function of a short timeout stimulus in a condition suppression paradigm. Psychological Reports, 35, 67-72

7. Freeman, B. J., Leibowitz, J. M., & Linseman, M. A. (1974) A study of an operant procedure: Testing auditory deficits. Mental Retardation, 12, 14-17.

9. Freeman, B. J., & Pribble, W. (1974) Elimination of inappropriate toileting behavior by overcorrection. Psychological Reports, 35, 802.

10. Caul, W. J., Freeman, B. J., & Buchanan, D. (1975) Effects of differential rearing conditions on heart rate conditioning and response suppression. Developmental Psychobiology, 8, 63-68

11. Buchanan, D., Caul, W. J., & Freeman, B. J. (1975) Effects of differential rearing conditions on stress induced ulceration. Developmental Psychobiology, 8,

12. Freeman, B. J., Ritvo, E. R., & Miller, R. (1975) An operant procedure for teaching children to answer questions appropriately. Journal of Autism and Childhood Schizophrenia, 5, 169-196.

13. Freeman, B. J., Graham, V., & Ritvo, E. R. (1975) Reduction of self-destructive behavior by overcorrection. Psychological Reports, 137-446.

000014

14. Black, M., Freeman, B. J., & Montgomery, J. (1975) The effect of four different environments on the play behavior of autistic children. Journal of Autism and Childhood Schizophrenia, 5, 361-371.

15. Freeman, B. J., Roy, R. R., & Hemmick, S. (1976) Extinction of a phobia of physical examination in a 7-year-old mentally retarded boy. Behavior Research and Therapy, 16, 63-64.

16. Freeman, B. J., Somerset, T., & Ritvo, E. R., (1976) Effects of long timeout durations on disruptive behavior of autistic children. Psychological Reports, 38, 124-126.

17. Colman, R., Frankel, F., Ritvo, E. R., & Freeman, B. J. (1976) The effects of fluorescent and incandescent illumination upon repetitive behaviors in autistic children. Journal of Autism and Childhood Schizophrenia, 6, 157-162.

18. Frankel, F., Freeman, B. J., Ritvo, E. R., Carr, E., & Chikami, B. (1976) Relationships of photic stimulation on operant behavior in autistic and retarded children. American Journal of Mental Deficiency, 6, 32-40.

19. Freeman, B. J., Frankel, F., & Ritvo, E. R. (1976) The effects of response contingent vestibular stimulation on the behavior of autistic and retarded children. Journal of Autism and Childhood Schizophrenia, 6, 353-358.

20. Freeman, B. J., Moss, D., Somerset, T., & Ritvo, E. R. (1977) Thumb sucking in an autistic child overcome by over correction. Journal of Behavior Therapy Experimental Psychiatry, 8, 211-212.

21. Freeman, B. J. (1977) The syndrome of autism: The problem of diagnosis in research. Journal of Pediatric Psychology, 4, 142-145. (Theoretical Treatise)

22. Freeman, B. J., Ritvo, E. R., Guthrie, D., Schroth, P., & Ball, J. (1978) The behavior observation scale. Journal of the American Academy of Child Psychiatry, 17, 576-588.

23. Frankel, F., Freeman, B. J., Ritvo, E. R., & Pardo, R. (1978) The effect of environmental stimulation upon the stereotyped behavior of autistic children. Journal of Autism and Childhood Schizophrenia, 4, 389-394.

24. Freeman, B. J., Guthrie, D., Ritvo, E. R., Schroth, P., Glass, R., & Frankel, F. (1979) Behavior observation scale: Preliminary analysis of the similarities and differences between autistic and mentally retarded children. Psychological Reports, 44, 519-524.

25. Needleman, R., Ritvo, E. R., & Freeman, B. J. (1980) Objective language criteria and the diagnosis of autism. Journal of Autism and Developmental Disorders, 10, 389-398.

26. Freeman, B. J., Schroth, P., Ritvo, E. R., Guthrie, D., & Wake, L. (1980) The behavior observation scale for autism (BOS): Initial results of factor analysis on 89 children. Journal of Autism and Developmental Disorders, 10, 343-346. Abstracted: (1982) International and Interdisciplinary Documentation and Information on Rehabilitation Research.

27. Freeman, B. J., & Ritvo, E. R. (1980) The behavior observation scale for autism. International Journal of Rehabilitation Research, 3, 254-346.

28. Freeman, B. J., Ritvo, E. R., Schroth, P., Tonick, I., & Wake, L. (1981) Relationship of frequency of behavior to I.Q. in autistic, mentally retarded and normal children. American Journal of Psychiatry, 138. Also abstracted (1981, June) Psychiatry Digest and (1981, November) ERIC.

29. Freeman, B. J., Tonick, I., Ritvo, E. R., Guthrie, D., & Schroth, P. (1981) Behavior observation scale for autism (BOS): Analysis of behaviors among autistic, mentally retarded and normal children. Psychological Reports, 49, 199-208.

15

30. Freeman, B. J., & Ritvo, E. R. (1981) The syndrome of autism: A critical review of diagnostic systems and follow-up studies and the theoretical background of the behavior observation scale. In J. Gillian (Ed.), Autism: Diagnosis, instruction, management and research. Springfield, IL: Charles C. Thomas.

31. Geller, E., Ritvo, E. R., Freeman, B. J., & Yuwiler, A. (1982) Preliminary observations on the effect of fenfluramine on blood serotonin and symptoms in three autistic boys. New England Journal of Medicine, 307, 165-169.

32. Freeman, B. J., & Ritvo, E. R. (1982) The syndrome of autism: A critical review of diagnostic systems and follow-up studies and the theoretical background of the behavior observation scale. In J. Steffen & P. Karoly (Eds.), Autism and severe psychopathology. Lexington, MA: D. C. Heath, Co. (Theoretical treatise)

33. Freeman, B. J., & Schroth, P. (1983) The development of the behavior observation scale (BOS). Behavioral Assessment, 5, 394-405.

34. Yuwiler, A., Geller, E., Boullin, D., Ritvo, E. R., Rutter, M., and Freeman, B. J. (1983) A re-examination of serotonin efflux by platelets in autism. Journal of Autism and Developmental Disorders.

35. Frankel, F., Simmons, J. Q., Freeman, B. J., & Frichter, M. (1983) Stimulus selectivity in autistic, retarded and normal children. Journal of Child Psychology and Psychiatry, 24

36. Funderburk, S. J., Carter, J., Tanguay, P., Freeman, B. J., & Westlake, J. (1983) Potential steroid hormone teratogens in autistic and schizophrenic children. Journal of Autism and Developmental Disorders, 13, 325-332.

37. Ritvo, E. R., Freeman, B. J., Geller, E., & Yuwiler, A. (1983) Effects of fenfluramine on 14 autistic outpatients. J. Am. Academy of Child Psychiatry, 22, 549-558. Also abstracted (1984, June) Intelligence Reports in Psychiatric Disorders.

38. Ritvo, E. R., Freeman, B. J., Yuwiler, A., Geller, E., Yokota, A., Schroth, P., & Novak, P. (1984) Study of fenfluramine in outpatients with the syndrome of autism. Journal of Pediatrics, 105, 823-828.

39. Freeman, B. J., Ritvo, E. R., & Schroth, P. C. (1984) Behavioral assessment of the syndrome of autism: Behavior Observation System, Journal of Amer. Academy of Child Psychiatry, 23, 588-594. Abstracted: (1984) (1989) Also Scale has been translated into French. Tests, Kansas City Test Corporation of America.

40. Ritvo, E. R., Spence, M. A., Freeman, B. J., Mason-Brothers, A., Mo, A., & Marazita, M. L. (1985) Evidence for autosomal recessive inheritance of autism in 46 multiple incidence families. American Journal of Psychiatry, 142, 187-191.

40. Spence, M. A., Ritvo, E. R., Marazita, M. L., Funderburk, S. J., Sparkes, R. S., & Freeman, B. J. (1985) Gene mapping studies with the syndrome of autism. Behavior Genetics, 15(1), 1-13.

42. Ritvo, E. R., Freeman, B. J., Mason-Brothers, A., Mo, A., & Ritvo, A. M. (1985) Concordance of the syndrome of autism in 40 pairs of afflicted twins. Amer. Journal of Psychiatry, 142, 74-77.

43. Freeman, B. J., Needleman, R., & Ritvo, E. R. (1985) Stability of language and cognitive scales in autism. Journal of American Academy of Child Psychiatry, 24, 459-464.

44. Freeman, B.J., Lucas, J.C., Forness, S.R., Ritvo, E.R., (1985) Cognitive processing of high-functioning autistic children: Comparing the K-ABC and WISC-R. Journal of Psychoeducational Assessment, 4, 357-362. Abstracted (1986) Eric Clearinghouse, Ann Arbor, Michigan.

16

45. Freeman, B. J., Ritvo, E. R., Yokota, A., & Ritvo, A. (1986) A scale for rating symptoms of patients with the syndrome of autism in real life settings. Journal of American Academy of Child Psychiatry 25:130-136.

46. Ritvo, E. R., Freeman, B. J., Scheibel, A. B., Duong, P. T., Robinson, H., & Guthrie, D. (1986) Decreased purkinje cell density in four autistic patients: Initial findings of the UCLA-NSAC autopsy research project. American Journal of Psychiatry, 143: 862-866.

46. Realmuto, G. M., Jensen, J., Klykylo, W., Piggott, L., Stubbs, G., Yuwiler, A., Geller, E., Freeman, B.J., & Ritvo, E. R. (1986) Untoward effects of fenfluramine in autistic children. Journal of Clinical Psychopharmacology, 6, 350-355.

48. Ritvo, E. R., Freeman, B. J., Yuwiler, A., Geller, E., Schroth, P., Yokota, A., Mason-Brothers, A., August, G. J., Klykylo, W., Levanthal, B., Lewis, K., Piggott, L., Realmuto, G., Stubbs, E. G., & Umansky, R. (1986) Fenfluramine treatment of autism: UCLA-collaborative study of 81 patients at nine medical centers. Psychopharmacology Bulletin, 22:133-140.

49. Jenson, W. R., Petersen, B., Freeman, B.J. & McMahon, W. (1986) Autism, form fruste: Psychometric assessment of first-degree relatives. In C. Shagass, et al (Eds) Biological Psychiatry, New York: Elsevier Science Publishing Co., Inc.

50. Ritvo, E.R., Creel, D., Crandall, A.S., Freeman, B.J., Pingree, C., Barr, R. Realmuto, G., (1986) Letters to the Editor: Retinal Pathology in autistic Children - A Possible Biological Marker for a Subtype? Journal of the American Academy of Child Psychiatry, 25, 1:137.

51. Mason-Brothers, A., Ritvo, E. R., Guze, B., Mo, A., Freeman, B. J., & Funderburk, S. J. (1987) Natal factors in 181 autistic persons. J. of American Academy of Child Psychiatry, 26,1:39-42.

52. Ritvo, E. R., Mason-Brothers, A., Jensen, W. P., Freeman, B. J., Mo, A., Pingree, C., Petersen, P. B., & McMahon, W. M. (1987) A report of one family with four autistic siblings and four families with three autistic siblings. J. Am Acad Child Adol Psychiatry, 26, 339-341.

53. Asarnow, R.F., Tanguay, P.E., Bott, L., Freeman, B.J., (1987) Patterns of Intellectual Functioning in Non-Retarded Autistic and Schizophrenic Children. Journal of Child Psychology and Psychiatry, 28, 273-280.

54. Mason-Brothers, A., Ritvo, E.R., Guze, B., Mo, A., Freeman, B. J., Funderburk, S.J., (1987) Pre-, peri-, and postnatal factors in 209 autistic patients from single and multiple incidence families. J. Am. Acad. Child Psychiatry, 26, 39-42.

55. Ritvo, E.R., Freeman, B.J., Yuwiler, A., Geller, E., Schroth, P., Yokota, A., Mason-Brothers, A., August, G.J., Klykylo, W., Leventhal, B., Lewis, K., Piggott, L., Realmuto, G., Stubbs, E. G., Umansky, R., (1987) Fenfluramine treatment of autism: UCLA collaborative study of 81 patients at nine medical centers. In F. Gremy, S., Tomkiewicz, P., Ferrari, G. Lelord (eds), Colleque INSERM 146: 257-267.

56. Ritvo, E.R., Jorde, L.B., Freeman, B.J., McMahon, W.M., Jenson, W.R., Petersen, P.B., Brothers, A.M., Mo, A., Pingree, C.B. Population prevalence and recurrence risk of autism. (1987) Abstract Proceedings of American Society of Human Genetics Annual Meeting. Abstract (August, 1987) Third World Congress on the Isolated Child, Buenos Aires, Argentina.

57. Ritvo, E.R., Creel, D., Realmuto, G., Crandall, A.S., Freeman, B.J., Bateman, J.B., Barr, R., Pingree, C., Coleman, M., Purple, R. (1988) Electroretinograms in Autism: A Pilot Study of B-Wave Amplitudes, American Journal of Psychiatry 145, 229-232.

58. Geller, E., Yuwiler, A., Ritvo, E.R., Freeman, B.J. (1988) Platelet Size, Number and Serotonin Content in Blood of Autistic, Childhood Schizophrenic and Normal Children. Journal of Autism and Developmental Disorders 18, 119-137.

17

59. Ritvo, E.R., Brothers, A.M., Freeman, B.J., Pingree, C. (1988) Eleven Possibly Autistic Parents, <u>Journal of Autism and Developmental Disorders</u> 18: No 1, 139-143.

60. Freeman, B. J., Ritvo, E.R., Yokota, A., Childs, J., Pollard, J. (1988) WISC-R and Vineland Adaptive Behavior Scale Scores in Autistic Children, <u>Journal of American Academy of Child and Adolescent Psychiatry</u>, <u>27</u>, 4:428-429.

61. Freeman, B.J., Ritvo, E.R., Mason-Brothers, A., Pingree, C., Yokota, A., Jenson, W.R., McMahon, W.M., Petersen, P.B., Mo, A., Schroth, P. (1989) Psychometric Assessment of First Degree Relatives of 62 Autistic Probands in Utah. Am. J. Psychiatry, 146:361-364.

62. Ritvo, E.R., Freeman, B.J., Pingree, C., Mason-Brothers, A., Jorde, L., Jenson, W.R., McMahon, W.M., Petersen, P.B., Mo, A., Ritvo, A. (1989) The UCLA-University of Utah Epidemiologic Survey of Autism: Prevalence, Am. J. Psychiatry, 146:194-199.

63. Ritvo, E.R., Jorde, L.B., Mason-Brothers, A., Freeman, B.J., Pingree, C., Jones, M.B., McMahon, W.M., Petersen, P.B., Jenson, W.R., Mo, A. (1989) The UCLA-University of Utah Epidemiologic Survey of Autism: Recurrence Risk Estimates and Genetic Counseling, Am. J. Psychiatry, 146:1032-1036.

64. Garber, H.J., Ritvo, E.R., Chiu, L.C., Griswold, V.J. Kashanian A., Freeman, B.J., Oldendorf, W.H. (1989) A magnetic resonance imaging study of autism: Normal fourth ventricle size and absence of pathology. Am J. Psychiatry 146:532-534.

65. Jorde, L.B., Mason-Brothers, A., Waldmann, R., Ritvo, E.R., Freeman, B.J., Pingree, C., McMahon, W.M., Petersen, B., Jenson, W.R., Mo, A. (1990)The UCLA-University of Utah Epidemiologic Survey of Autism: Genealogical Analysis of Familial Aggregation, <u>American Journal of Medical Genetics</u>, 36:85-88.

66. Mason-Brothers, A., Ritvo, E.R., Pingree, C., Petersen, P.B., Jenson, W.R., McMahon, W.M., Freeman, B.J., Jorde, L.B., Spencer, M.J. Mo, A., Ritvo, A. (1990) The UCLA-University of Utah Epidemiologic Survey of Autism: Pre-, Peri-, and Postnatal Factors, Pediatrics 86:514-519.

67. Ritvo, E.R., Mason-Brothers, A., Freeman, B.J., Pingree, C., Jenson, W.R., McMahon, W.M., Petersen, P.B., Jorde, L.B., Mo, A., Ritvo, A. (1990) The UCLA - University of Utah Epidemiologic Survey of Autism: The Etiologic Role of Rare Diseases, <u>American Journal of Psychiatry</u>, 147:1614-20.

68. Freeman, B.J., Rahbar, B., Ritvo, E.R., Bice, T.L., Yokota, A., Ritvo, R. (1991) The Stability of Cognitive and Behavioral Parameters in Autism: A Twelve Year Prospective Study, <u>Journal of the American Academy of Child & Adolescent Psychiatry</u>, <u>30</u>, 3:479-482.

69. Ritvo, E.R., Ritvo, R., Freeman, B. J., Letter to the Editor. Debate and Argument. (1991) <u>Journal of Child Psychology and Psychiatry</u>, <u>32</u>: 1031-1032.

70. Jorde, L.B., Hasstedt, S.J., Ritvo, E.R., Mason-Brothers, A., Freeman, B.J., Pingree, C., McMahon, W.M., Petersen, Jenson, W.R., and Mo, A. (1991) Complex Segregation Analysis of Autism. <u>American Journal of Human Genetics</u>, <u>49</u>, 932-938.

71. Mason-Brothers, A., Ritvo, E.R., Freeman, B.J, Jorde, L., Pingree, C., McMahon, W., Petersen, P. and Mo, A. (1993) The UCLA-University of Utah Epidemiological Survey of Autism: Recurrent Infections. <u>European Child and Adolescent Psychiatry</u>. 2, 79-90.

72. Ritvo, E.R., Ritvo, R., Yuwiler, A., Brothers, A., Freeman, B.J., and Plotkin, S. (1993) Elevated Daytime Melatonin Concentrations in Autism: A Pilot Study. <u>European Child and Adolescent Psychiatry</u>. 2, 75-78.

18

000018

73. Ritvo, E.R., Freeman, B.J., Mason-Brothers, A., Ritvo, R. (1994) Clinical Characteristics of Mild Autism in Adults. <u>Comprehensive Psychiatry</u>, 35, 149-156.

74. Yirmiya, N., Sigman, M.D., Freeman, B.J. (1994) Comparison among Three Diagnostic Systems for Identifying High-Functioning Children with Autism. <u>Journal Autism Dev. Disorders</u> 24, 281-293.

75. Kaler, Sandra R., Freeman, B. J. (1993)  An Analysis of Environmental Deprivation: Cognitive and Social Development in Romanian Orphans. <u>Journal of Child Psychiatry and Psychology</u>, 35, 769-781.

76. Volkmer, F., Klin, A., Siegal, B., Satzmore, D., Lord, C., Campbell, M., Freeman, B.J., Cicchetti, D., and Butler, M. (1994) DSM-IV Autism/Pervasive Developmental Disorder Field Trial. <u>Journal of the American Academy of Child. Psychiatry</u>.151, 1361-1367.

77. Freeman, B.J., Del'Homme, M., Guthrie, D. and Zang, F. ( 1999) Vineland Adaptive Behavior Scale Scores as a function of age and initial IQ in 210 Autistic Children. <u>Journal of Autism and Developmental Disorders</u>.

78. Arnold, L.E., Aman, MG., Martin, A, CollierCrespin, A., Bitiello,B., Tierney, E., Asarnow,R., Bell-Bratsow,F., Freeman, B.J., Gates-Ulanet, P., McCraken, J.T., McDougle, CJ, McGough, J.J., Posey, D.J., Scahill, L., Swiezy, N.B., Ritz, L. and Volkmar, F (2000). Assessment of Multi-site randomized clinical trials of parents with Autistic Disorder; The Autism RUPP Network. <u>Journal of Autism and Developmental Disabilities</u> 30, 99-105.

79. McDougle, C.J., Scahill, L., McCracken J.T., Aman, M., Tierney, E., Arnold, E., Freeman, B.J., Martin, A., Mcgough, J.J., Cronin, P.C., Posey, D.J., Riddle, M.A., Ritz, L.,Swiezy, N.B., Vitiello, B, Volkmar, F., Votolato, N.A., and Watson, P. (2000) <u>Child and Adolescent Psychiatric Clinics of North America</u>, 9 201-22.

## NONEXPERIMENTAL ARTICLES, REVIEW ARTICLES AND BOOK CHAPTERS

1. Freeman, B. J., & Ritvo, E. R. (1976) Cognitive Assessment. In E. R. Ritvo, B. J. Freeman, E. M. Ornitz, & P. Tanguay (Eds.), <u>Autism: Diagnosis, Current Research and Management</u>. Holliswood, N.Y.: Spectrum Publications.

2. Freeman, B. J., & Ritvo, E. R. (1976) Parents as Paraprofessionals. In E.R. Ritvo, B. J. Freeman, E. M. Ornitz, & P. Tanguay (Eds.), <u>Autism: Diagnosis, Current Research and Management</u>. Holliswood, N.Y.: Spectrum Publications.

3. Freeman, B. J. (1976) Evaluating Autistic Children. <u>Journal of Pediatric Psychology</u>, 1, 18-21.

4. Ritvo, E. R., & Freeman, B. J. Definition of the Syndrome of autism. <u>Journal of Autism and Childhood Schizophrenia</u>, 8, 162-167.

5. Ritvo, E. R., & Freeman, B. J. (1977) NSAC definition of the syndrome of autism. <u>Journal of Pediatric Psychology</u>, 4, 148.

6. Ritvo, E. R., & Freeman, B. J. (1978) National Society for Autistic Children definition of the syndrome of autism. <u>Journal of American Academy of Child Psychiatry</u>, 17, 565-675.

7. Freeman, B. J., & Ritvo, E. R. (1978) Diagnostic and evaluation systems: Helping the advocate cope with the "state of the art." In J. Budde (Ed.), <u>Advocacy and autism</u>. Lawrence, Kansas: University of Kansas Press.

8. Ritvo, E. R., & Freeman, B. J. (1977) Current status of biomedical research in autism. <u>Journal of Pediatric Psychology</u>, 4, 149-152.

9. Freeman, B. J. (1978) Appraising children for mental retardation. Clinical Pediatrics, 17, 169-173.; (1979) Reprinted in Human Growth & Development, Special Learning Corporation.

10. Freeman, B. J., & Ritvo, E. R., 1985. Assessment and treatment of specific disabilities:Autism/ schizophrenia I. Invited chapter to appear in D. M. Doleys, T. B. Vaughan, & M. L. Cantrell (Eds.), Assessment and treatment of developmental problems. New York: Spectrum.

11. Ritvo, E. R., Rabin, K., Yuwiler, A., Freeman, B. J., & Geller, E. (1978) Biochemical and hematologic studies of children with the syndrome of autism, childhood schizophrenia, and related developmental disabilities: A critical review. In M. Rutter & Schopler (Eds.), Autism: A reappraisal of concepts. New York: Plenum.

12. Freeman, B. J. (1982) Diagnosing the syndrome of autism. Journal of Psychiatric Disorders and Treatment, 4, 99-105. (Selected for category 1 medical credits.)

13. Freeman, B. J., & Ritvo, E. R. (1984) The syndrome of autism: Establishing the diagnosis and principles of management. Pediatric Annals, 13, 285-295.

14. Ritvo, E. R., & Freeman, B. J. (1984) A medical model of autism: Etiology, pathology and treatment. Pediatric Annals, 13, 298-305.

15. Freeman, B.J. (1993) Diagnosis of the syndrome of autism: Update and guidelines for diagnosis. Infants and Young Children 6, 1-12.

16. Freeman, B.J. (1994 – Reprinted Ohio Department of Health, November 2000) The syndrome of autism, questions parents ask. Autism Society of America.

17. Freeman, B.J. (1994) The Advocate Interview, The Advocate, Autism Society of America.

18. Freeman, B.J. (1995) Diagnosis of the syndrome of autism: Update and guidelines for diagnosis. Infants and Young Children, excerpted in: Caregiver Education guide for Children with Developmental Disabilities (supplement).

19. Freeman, B.J., (1997) Guidelines for evaluating intervention programs for autistic children. Journal of Autism and Developmental Disabilities, 27, 641-651. Reprinted (1998) Autism Society of America; UCLA Pediatric Update (1998)

20. Freeman, B.J., (1998) Diagnosis of Autism: Questions Parents Ask. Caregiver Education Guide for Children with Developmental Disabilities. Gaithersberg, MD: Aspen Publicatons Reprinted: (1998) Pediatric Patient Education Manual. Gaithersberg, MD: Aspen Publications. Reprinted: (1998) Vanderbuilt University Training Manual. Reprinted: (2000) Ohio Department of Health Training Manual. Reprinted 2001 Pediatric Patient Education Manual, Aspen Publications.

21. Freeman, B.J. (2001) Technology Assessment Report on Comprehensive Programs for the Treatment of Children with Autism. Exceptional Parent (Invited Article)

22. Freeman, B.J. and Cronin, P.C. (2000) The Autism Epidemic: Better Detection and Awareness. Autism/Asperger's Digest, 1, 21-22 (Invited Article)

23. Letter to the Editor, (2001) Journal of Autism and Developmental Disorders.

24. Freeman, B.J. and Cronin, P.C. (2002) Diagnosing Autism Spectrum Disorders in Young Children; An Update. Infants and Young Children, 14, 1-10 (invited article)

25. Freeman, B.J., Cronin, P.C., Candela, P. (2002) Asperger's Syndrome or Autistic Disorder: the Diagnosis Dilemma. Focus on Autism and Developmental Disabilities (Invited article)

20

26. Freeman, B.J., Guidelines for evaluating intervention programs (checklist) and Questions to ask regarding specific treatment. Original publication 1997, Journal of Autism and Developmental Disabilities, 27, 641-651. Partial reprint: Parent to Parent: Information and Inspiration for Parents; Jessica Kingsley Publishers, London England (October 2003)

27. Freeman, B.J., (2005-In Press) Alternative Treatments for ASD. Fact or Fiction? In Leaf, R., Taubman, M. and McCracken, J. (Eds), It Had To Be Said.

28. Freeman, B.J., (2005-In Press) Evaluating Treatments for ASD: Questions Parents Need to Ask, TAP

## BOOKS

1. Drash, P. W., & Freeman, B. J. (1973) Behavior modification, behavior therapy and operant conditioning: A bibliography of books in print from 1900-1972. Baltimore: Behavioral Information and Technology.

2. Ritvo, E. R., Freeman, B. J., Ornitz, E. M., & Tanguay, P. (Eds.) (1976) Autism: Diagnosis, current research and management. Holliswood, NY: Spectrum.

3. Freeman, B. J. (Guest Ed.) Journal of Pediatric Psychology on Autism.

4. Freeman, B. J., & Ritvo, E. R. (Guest Eds.) (April 1984) Pediatric Annals.

## BOOK AND TEST REVIEWS

1. Freeman, B. J. (1980) Advances in clinical child psychology III. Journal of Autism and Developmental Disorders, 10, 254-257.

2. Freeman, B. J. (1985) Review of child behavior checklist [Accession number AN 0906-2912, Buros Institute Database (Search Label MMYD)]. Bibliographic Retrieval Services, Inc. (BRS)

3. Freeman, B. J. (1985) Review of Wechsler Preschool and Primary Scale Of Intelligence. [Accession number AN 0903-0234, Buros Institute Database (Search Label MMYD)]. Bibliographic Retrieval Services, Inc. (BRS).

## LICENSES AND CERTIFICATES

Licensed Psychologist, State of California, # PSY 4826. (Received October 1976)

## HONORS

- Individual Achievement Award, Autism Society of America, 1990.
- Professional of the Year, California Autism Society, 1996
- Professional of the Year, Villa Esperanza School (Voted by parent)
- Villa Esperanza Tribute, Dodger Stadium, March 21, 1999
- Westside Regional Center, 2000
- Vista School District, 2000
- North County ASA, 2000
- North Coastal Consortium for Special Education, 2001
- Autism Society of America, 2001
- Long Beach/South Bay ASA 2002

## UNIVERSITY COMMITTEE SERVICE

- Quality Assurance Committee, Child Psychology and Partial Hospitalization
- Psychology Training Committee, From 1987 to Present
- Academic Senate Committee, 1988 to Present
- Dual Dissertation Committees (Co-chair of one) Department of Psychology/UCLA 1992-Present
- Post-doctoral Research Trainee, 1993 - present.
- Developmental Disabilities Advisory Board, UCLA, 1999-2000

21

000021

## PROFESSIONAL SOCIETY MEMBERSHIPS

- Child Clinical Psychology Division of American Psychological Association (Charter Member)
- Society for Pediatric Psychology International Committee, National Society for Autistic Children
- Panel Professional Advisors, Autism Society of America, 1992 – present
- American Psychological Association

## EDITORIAL BOARDS

- Associate Editor, Focus on Autism and other Developmental Disabilities- 2000-Present
- Handbook of Autism and Pervasive Developmental Disorders, 2002
- Handbook of Autism, California Department of Developmental Disabilities, 2002-present
- Editorial Board, Focus on Autism and Developmental Disabilities

## EDITORIAL SERVICES TO SCHOLARLY PUBLICATIONS

- Journal of Autism and Developmental Disorders (3 manuscripts)
- Journal of American Academy of Child and Adolescent Psychiatry
- Journal of Consulting and Clinical Psychology
- Analysis and Intervention in Developmental Disabilities
- Archives of General Psychiatry (2 manuscripts)
- Focus on Autism and Developmental Disabilities (10 Manuscripts)

## CONSULTING ACTIVITIES

| | |
|---|---|
| 1979-85 | KCOP "Save Autistic Children Telethon" |
| 1981-Present | California Regional Centers |
| 1984-Present | Utah Society for Autistic Children |
| 1986 | In House Radio Interview (KMPC) |
| 1988 | In-House Radio Interview (KBRT) |
| 1990 | Larry King Live, "Autism" |
| 1991 | Pasadena Unified School District |
| 1991, 1992 | Canyon Hills School District |
| 1992 | Clark County School District, Athens, Georgia |
| 1991, 1992 | World Vision Relief and Development |
| 1991, 1992 | Juneau Alaska School District |
| 1990-1996 | Department of Pediatrics, University of Timisoara, Romania |
| 2000-2001 | Alabama State Department of Education |
| 2000-2003 | Autism Partnership, Hong Kong China and Bangkok Thailand |
| 2001-2002 | San Luis Obispo County Office of Education |
| 2001-2003 | Chattanooga Unified School District, Chattanooga TN |
| 2001-2003 | Fayette County Unified School District, Fayette GA |
| 2002-2003 | Las Virgenes Unified School District, Las Virgenes CA |
| 2002-2003 | Vista Unified School District, Vista CA |
| 2002-2003 | Westview School, Houston TX |
| 2003 | Columbia County Unified School District, Columbia GA |
| 2003 | Hernando County Unified School District, Hernando FL |
| 2003 | Newhall Unified School District, Newhall CA |
| 2003 | San Diego County SELPA |
| 2003 | San Luis Obispo SEPA |
| 2004 | Burbank Unified School District |
| 2004 | Newport Mesa Unified School District |
| 2004-2005 | Las Virgenes Unified School District |
| 2004-2005 | Magnolia School District |
| 2004-2005 | Fayette County School District |
| 2004-2005 | Las Alamitos School District |
| 2004-2005 | Saddle Back Unified School District |
| 2004-2005 | Norwalk-La Mirada School District |

22

## COMMUNITY SERVICE ACTIVITIES - Evaluations, Consultations and Lectures

1. Long Beach Society for Autistic Children
2. Professional Advisory Board, Ohio Society for Autistic Children
3. Los Angeles Autism Society of America (ASLA)
4. Norwalk-La Mirada Unified School District
5. Canyon Hills School District
6. Tacoma-Washington Unified School District
7. Professional Advisory Board, Autism Society of America, Washington, D.C.
8. World Vision Relief and Development, ROSES Program, Romania
9. Professional Advisory Board, Main Street Children's Foundation
10. Professional Advisory Board, Area Board 10 for Developmental Disabilities
11. Autism Society of America: Tennessee, Washington, Los Angeles, Long Beach, San Gabriel Valley, & Ventura County chapters
12. Adults with Autism, California Autism Society of America
13. Regional Centers of California: Westside, Harbor, Orange County, Inland Counties, South Central Los Angeles

### School Districts:

1992-1994:

- Anaheim School District
- Saddleback Unified School District
- ABC Unified School District
- Ladera Heights School District
- California School Psychologists

1994- 1997:

- Marin County, CA
- Riverside County, CA
- Hurst-Eulis, Bedford, Dallas, TX
- Fulton County, Atlanta, Georgia
- Bellflower, CA
- Houston Unified School District, Stewart County, FL
- Los Angeles Unified School District
- Santa Barbara County Schools
- ABC Unified School District
- Bloomington, MI School District
- South Bay School for Autism

1998- 2002:

- San Marcos School District
- Vista School District (2001, 2002)
- Long Beach School District
- Saddleback School District
- San Luis Obispo School District (2001, 2002)
- Greater Anaheim SELPA
- Huntsville Alabama School District
- Key West, Florida (2001, 2002)
- Santa Clarita, LAUSD
- North Consortium for Special Education

1992-1994 Grand Rounds:

- Long Beach Memorial Hospital
- Kaiser Mental Hospital, Kaiser Pediatrics, Whittier
- Torrance Memorial Hospital
- University of Miami, Department of Pediatrics

23

**Professional Advisory Boards:**
1987- Present, Ohio Society for Autism, Professional Advisory Board
1990- Present, Autism Society of America, Professional Advisory Board
1994- Present:
- California Department of Developmental Services Advisory Board on Autism
- Blue Ribbon Panel on Autism, California Department of Developmental Services
- Westview School, Houston TX
- South Bay School for Autism
- Autism Treatment Services of Canada
- Frank Porter Graham Developmental Disabilities Program
2003    Autism Newsletter of Orange County
2004    TAP Board of Directors

Board of Directors (1994- Present):
- Lattice Foundation for Handicapped Children
- ASA Foundation Research Board

**Managed Care Lectures (1998-2000):**
- FHP
- Metra Health
- Blue Cross
- PacificCare
- Managed Health Network

**Media Interviews:**
1. Vital Signs, UCLA - Programs Help Autistic Children Succeed, April 2000
2. Los Angeles Times, March 2001
3. French Consulate, May 2001
4. Discovery Channel, Fires of the Mind, 2001
5. KCAL News, 2001
6. Fox News, May 2002
7. New York Times, May 2002
8. PBS, May 2002

**Legal Casework & Testimony**
G.P. vs. Collier County Public Schools, Collier County FL, 1999
A.Y. vs. Vista Unified School District, Vista CA, 1999
Deposition, Ashbury vs. Missouri Department of Education, January 2000
H.P. vs. Inland County Regional Center, San Bernardino CA, January 2000
Lucia Mar Unified School District & San Luis Obispo County Office of Education vs. J.T., March 2002
K.Y. vs. East Los Angeles Regional Center, Los Angeles CA, February 2000
J.W. vs. North Los Angeles Regional Center, Los Angeles CA, March 2000
J. N. vs. Regional Center of Orange County, Orange CA, December 2000
R vs. Long Beach Unified School District, Long Beach CA, June 2001
A.D. vs. Inland County Regional Center, San Bernardino CA, August 2001
B.R. vs. Harbor Regional Center, Los Angeles CA, March 2002
N.B. vs. Lanterman Regional Center, Los Angeles CA, July 2002
J.L. vs. Inland County Regional Center, San Bernardino CA, September 2002
J.K. vs. Lanterman Regional Center, Los Angeles CA, December 2002
Z.D. vs. Chattanooga Unified School District, Chattanooga TN, January 2003
C.C. vs. Department of Developmental Services, Los Angeles CA, February 2003
G.P. & DP vs. Palos Verdes Unified School District, Palos Verdes CA, March 2003
V.K. vs. Harbor Regional Center, Los Angeles CA, May 2003
C.H. vs. U.S. Immigration Office, Los Angeles CA, June 2003
Jones vs. Department of Vocational Rehabilitation, Los Angeles CA, June 2003
Z.D. vs. Chattanooga Unified School District, Chattanooga TN, July 2003

24

D.T. vs. Fayette County, September 2003
R vs. Los Angeles County Office of Education, Los Angeles CA February, 2004
C.K. vs. Tri-Counties Regional Center, February 2004
Las Virgenes Unified School District vs. B.B., January 2004
Las Virgenes Unified School District vs. S.K., March 2004
J.R. vs. Las Virgenes Unified School District, August 2004
Las Virgenes Unified School District vs. H.B., September 2004
J.M.& E.M. vs. Lanterman Regional Center, September 2004
A.H. vs. Magnolia School District, October 2004

000025

PLF_____ DEF_____
EXHIBIT ___I___ A___
WITNESS_ B Freeman
DATE 9 24 07
TONI COHEN

## CURRICULUM VITAE

### PERSONAL

Name:            Betty Jo Freeman, Ph.D.
                 Professor Emerita of Medical Psychology
                 UCLA School of Medicine

License          California, PSY 4826

Address:         3940 Mandeville Canyon Road
                 Los Angeles CA 90049

Phone:           310-440-8543                                Updated June 2006

### EDUCATION

| | | |
|---|---|---|
| Mercer University<br>Macon, Georgia | B.A. | 1962-1966 |
| Southern Illinois University<br>Carbondale, Illinois | M.A. | 1966-1968 |
| Southern Illinois University<br>Carbondale, Illinois | Ph.D. | 1968-1969 |

### PROFESSIONAL TRAINING

| | | |
|---|---|---|
| Southern Illinois University<br>Carbondale, Illinois | Research Assistant<br>(Animal Learning Lab) | 9/1966 -6/1967 |
| Southern Illinois University<br>Carbondale, Illinois | Research Assistant<br>(Operant Conditioning Lab) | 8/1967 – 8/1969 |
| Southern Illinois University<br>Carbondale, Illinois | Teaching Assistant<br>(Intro. Course in psychology) | 9/1967 – 6/1968 |
| Southern Illinois University<br>Carbondale, Illinois | Teaching Assistant<br>(Intro. Course in psychology) | 1/1969 – 6/1969 |
| Southern Illinois University<br>Carbondale, Illinois | Teaching Assistant<br>(Adv. Course in psychology) | 3/1969 – 6/1969 |

### PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Veterans Administration<br>Hospital, Pittsburgh, Pennsylvania and<br>Nashville, Tennessee | Research Associate | 9/69-9/71 |
| University of Pittsburgh<br>Pittsburgh, Pennsylvania | Instructor<br>(Part-time) | 9/69-12/69 |
| Fisk University<br>Nashville, Tennessee | Instructor<br>(Part-time) | 9/70-6/71 |

EXHIBIT
Freeman
tabbies'
D 7-5-07
S. Kirk CSR 9008

| | | |
|---|---|---|
| Fisk University<br>Nashville, Tennessee | Assistant Professor/<br>Psychology | 9/71-9/72 |
| Johns Hopkins University<br>Medical School and J.F. Kennedy<br>Institute, Baltimore, Maryland | Postdoctoral Fellow,<br>Department of Pediatrics | 9/72-9/73 |
| University of Baltimore<br>Baltimore, Maryland | Instructor<br>(Part-time) | 1/73-6/73 |
| University of California Los Angeles,<br>School of Medicine,<br>Los Angeles, California<br>behavioral Sciences | Assistant Professor in Residence,<br>Department of Psychiatry and<br>Bio | 9/1/73-6/30/80 |
| University of California Los Angeles,<br>School of Medicine,<br>Los Angeles, California | Associate Professor in Residence<br>Department of Psychiatry and<br>Biobehavioral Sciences | 7/1/80-6/30/86 |
| University of California Los Angeles,<br>School of Medicine,<br>Los Angeles, California | Professor in Residence<br>Department of Psychiatry and<br>Biobehavioral Sciences | 7/1/86-12/31/03 |
| University of California Los Angeles,<br>School of Medicine,<br>Los Angeles, California | Emerita Professor | 1/1/04-Present |

## PROFESSIONAL ACTIVITIES - Lectures and Papers Presented

"Role of reinforcement frequency in producing contrast effects on a multiple schedule of positive reinforcement." 1970, presented to Eastern Psychological Association Meeting. Atlantic City, New Jersey. (Abstract)

"Differential rearing effects on positively and negatively motivated behavior." 1971, presented to Eastern Psychological Association, New York City. (Abstract)

"Activity as a function of chronic administration of morphine in rats." 1971, presented to ASPET Meetings, University of Vermont, Burlington, Vermont. (Abstract)

"The application of procedures for the development of complex stimulus control in testing auditory deficits in young retarded children." 1973, presented to Eastern Psychological Association, Washington, D.C. (Abstract)

"Failure to obtain condition suppression in humans when timeout from positive reinforcement is the aversive event." 1973, presented to American Psychological Association; Montreal, Canada. (Abstract)

"The reinforcing effects of photic stimulation upon the behavior of autistic and retarded children." 1974, presented to Western Psychological Association Meetings, San Francisco CA  (Abstract)

"Extinction of a phobia of physical examination in a seven-year-old mentally retarded boy." American Psychological Association Meeting; New Orleans, 1974. (Abstract)

"Intellectual assessment of autistic children." Invited lecture to UCLA Extension Course, Autism: Diagnosis, Current Research and Management, 1975.

2

"Parents as paraprofessionals." Invited lecture to UCLA Extension Course, Autism: Diagnosis, Current Research and Management, 1975.

"Effect of long time-out durations on behavior of the autistic child." Presented to the Western Psychological Association Meeting; Sacramento, 1975. (Abstract)

"The effects of response contingent vestibular stimulation on the behavior of autistic and retarded children." Presented to the Western Psychological Association Meeting, Los Angeles, 1976. (Abstract)

"Evaluation and treatment of autistic children at the UCLA- NPI." Symposium presented to the American Association of Psychiatric Services for Children, 1976. (Abstract)

"Assessment and evaluation: Implication for school and home management." Invited workshop presented to the National Society for Autistic Children, Los Angeles, 1977.

"An overview of behavior therapy with children." Invited lecture to the American Academy of Child Psychiatry Second Annual Review in Child Psychiatry, Santa Monica, California, 1977.

"The effects of number of stimuli on rate of discrimination learning in autistic children." Presented at the Western Psychological Association Meetings, Seattle, 1977. (Abstract)

"Concurrent extinction programs for self-injurious behavior in a mentally retarded child." Presented at the Western Psychological Association Meeting, Seattle, 1977, with Fred Frankel (Abstract)

"The advocate and the diagnostic and evaluation system." Invited paper at the Symposium "Advocacy and Autism," University of Kansas, Lawrence, 1977.

"Diagnostic approaches in differentiating autism from childhood schizophrenia." Invited workshop to the Continuing Care Service Section, Department of Health, Burbank, California, 1977.

"Behavioral correlates of the syndrome of autism." Paper presented at the American Psychological Association, San Francisco, August 1977. (Abstract)

"Diagnosis and objective behavioral observational scale, DSM III proposals." Invited participant in Symposia "The syndrome of autism: An update of diagnosis, research and advocacy," American Academy of Child Psychiatry, Houston, October 1977, with E. Ritvo. (Abstract)

"Objective diagnosis of autism." Invited workshop presented at the Harbor Regional Center for Developmentally Disabled, Torrance, California, December 1977.

"Behavioral correlates of the syndrome of autism: Objective diagnosis." Workshop presented to the American Association of Psychiatric Services for Children, Washington, D.C., November 1977. (Abstract)

"Behavioral diagnosis of the syndrome of autism." Invited keynote speaker, Long Beach National Society for Autistic Children, October 1977.

"Behavior observation scale: Assessing the similarities and differences among autistic, mentally retarded and normal children." Paper presented at the Western Psychological Association Meeting, April 1978. (Abstract)

"Establishing the diagnosis of autism: Medical, psychological and behavioral examination." Workshop; part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

3

"Differential diagnosis of the syndrome of autism." Workshop; Part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

"Medical and behavioral management of the syndrome of autism." Workshop; Part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

Ritvo, E. R., Freeman, B. J. and Greiner, J. (Co-Chairpersons) "The Syndrome of Autism: Medical and educational management," Workshop sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April, 1978.

"Objective diagnosis of the syndrome of autism." Invited participant, Panel presented at Louisiana State University, Baton Rouge, February 1978, with E. Ritvo.

"Behavioral approach to diagnosis and treatment of emotional disorders of infancy." Invited lecture, Child Psychiatry Seminar, Harbor General Hospital, Torrance, California, January 1978.

"Behavioral correlates of the syndrome of autism." Invited participant for panel, "Current research in autism."American Association of Mental Deficiency." Denver, Colorado, May 1978, with F. Frankel. (Abstract)

"The behavior observation scale." Paper presented to the American Psychological Association annual meeting. Toronto, August 1978. (Abstract)

"Objective diagnosis of the syndrome of autism." Paper presented at American Association of Psychiatric Services for Children annual meeting, Atlanta, November 1978. (Abstract)

"Current research in autism: Behavior, cognitive and language." Invited lecture for the Symposium on Autism and Childhood Psychosis. Department of Psychiatry, University of Nebraska, Omaha, May 1978.

"The UCLA-Neuropsychiatric Institute Program for Autistic Children." Invited lecture for the Symposium on Autism and Childhood Psychosis. Department of Psychiatry, University of Nebraska, Omaha, May 1978.

"Assessment and treatment of the syndrome of autism." Invited workshop, Touhaven Project, Gaylord, Michigan. September 1978.

"Psychological assessment of children with the syndrome of autism." Invited workshop, Department of Psychiatry. University of Alabama Medical School, November 1978.

"Diagnosing the syndrome of autism." Invited lecture, Department of Special Education, University of Texas, Austin, February 1979.

"Age as a factor in discriminate analysis among autistic, mentally retarded, and normal children." Paper presented at the Western Psychological Association Meeting, Honolulu, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"I.Q. as a factor in the behavior of autistic, mentally retarded and normal children." Paper presented at the Western Psychological Association Meeting, Honolulu, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Diagnosing the syndrome of autism." Invited lecture at Harbor General Hospital, February 1980.

"The Behavior Observation Scale for autism (BOS). Factor analysis of behaviors." Paper presented to American Psychological Association, New York, 1980. (Abstract) Also reprinted by ERIC; Princeton, New Jersey.

4

"Evaluating autistic children." Invited workshop presented to Illinois and Missouri National Society for Autistic Children' St. Louis, 1980.

"The Behavior Observation Scale: Frequency analysis." Paper presented to the American Psychological Association, Los Angeles, 1981. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Social relatedness in autistic children." Paper presented to the American Psychological Association, Los Angeles, 1981, with Ilene Tonick. (Abstract)

"Behavioral assessment of the syndrome of autism: A quantitative review of autistic behaviors (BOS)." Invited paper UCLA Child Psychiatry Academic Colloquium, May 1981.

"Evaluating autistic children." Invited workshop, Southwestern Society for Autistic Children; San Diego, California, October 1981.

"Diagnosis and treatment of problems in early childhood." Invited workshop, Eighth Annual Regional Conference, Teaching and Treating Children, Adolescents and Parents; University of Las Vegas, Nevada, March 1982.

"DSM-III and childhood diagnoses." Invited workshop, Department of Mental Health, San Diego, California, March 1982.

"Behavior management: Decreasing behaviors." Invited lectures, Residential Services Specialist Program, Westside Regional Center, Los Angeles CA, December, 1981, 1982, 1983, 1984.

"Psychological assessment of severely handicapped children." Invited lecture, Rowland Unified School District, Los Angeles CA, September 1982.

"Effects of fenfluramine on the behavior of autistic children."  (1982 - 1984)
1. Invited speaker, Sutton Foundation, Orange County, Calif., November 1982.
2. Invited speaker, National Society for Autistic Children, Riverside County, March 1983.
3. Invited speaker, National Society for Autistic Children, Ventura County, April 1983.
4. Invited speaker, California Society for Autistic Children, May 1983.
5. Keynote speaker, Canadian Society for Autistic Children, Toronto, Canada, May 1983.
6. Keynote speaker, National Soc. for Autistic Children, Annual Mtg, Salt Lake City, July 1983.
7. Invited speaker, Los Angeles, National Society for Autistic Children, September 1983.
8. Invited speaker, Long Beach, National Society for Autistic Children, 1984.
9. Invited speaker, Washington Society for Autistic Children, 1984.

"Assessment and treatment of syndrome of autism. "Residential Services Specialist Program. North Los Angeles Regional Center, February 1983, March 1984, March 1985.

"Genetic factors in autism." Invited speaker, National Society for Autistic Children Annual Meeting, Salt Lake City, Utah, July 1983.

"Diagnosis and treatment of autism." Invited Lecture-Grand Rounds, Department of Child Psychiatry, University of Southern California, April 1983.

"Pervasive developmental disorder and schizophrenia." Invited lecture, American Academy of Child Psychiatry Annual Review, Los Angeles, May 1983.

"Behavioral assessment of the effects of fenfluramine on autistic children." Paper presented to the Western Psychological Association Meeting, San Francisco, April 1983. (Abstract)

"Assessing effects of fenfluramine on behavior in 15 autistic children." Paper presented to the American Psychological Association, Los Angeles, August 1983. (Abstract)

"Behavioral assessment of the syndrome of autism." Paper presented to the American Academy of Child Psychiatry, October 1983.

5

000030

"Genetic contributions to the syndrome of autism." Invited address, Western Psychological Association Meeting, April 1984.

"Diagnosis of the syndrome of autism." Workshop, Coast Mental Health, 1984.

"Stability of cognitive and linguistic scales in autism." Paper presented to the American Academy of Child Psychiatry, 1984.

"Effects of fenfluramine of 14 outpatients." Paper presented to the American Academy of Child Psychiatry, 1984.

"Psychological evaluation of untestable children." Invited lecture, Lanterman State Hospital, Oct. 1984.

"Sequential and simultaneous processing in autistic children." Paper presented to the American Psychological Association, August 1985.

"Stability of cognitive-linguistic scales in autism." Mental Retardation Research Center Grand Rounds, January 1985.

"Differential diagnosis of autism." Workshop presented at the Autism Training Center, Marshall University, Huntington, West Virginia, April 1985. (CME credits)

"Recent research in the syndrome of autism." Invited lecture, Autism Training Center, Marshall University, Huntington, West Virginia, April 1985.

"Familial autism: Psychometric assessments of first-degree relatives." Paper presented to American Academy of Child Psychiatry, San Antonio, October 1985.

"Cognitive Assessment in Autism". Invited Lecture, New Orleans, December l985.

"Prognosis in Autism". Invited Lecture, New Orleans, December l985.

"Relationship of WISC-R and Vineland ABS Scores in Autism," Invited Lecture, National Society for Children and Adults with Autism Conference, Washington, D.C., July 1986.

"Diagnosis and Treatment of Autism", Invited Lecture, Autism Society of America, San Diego, May 1987.

"Diagnosis and Treatment of Autism", Invited Lecture, Behavior Therapy and Learning Center, Long Beach, July 1987.

"Diagnosis and Assessment of Autism"
    1.  Invited Lecture, West Virginia Autism Society, Autism Center Workshop, October 1987.
    2.  Invited Lecture, Orange County Severely Handicapped Conference, September 1987, 1988.

"Diagnosis of Autism" (1987-1991)
    1.  Invited Lecture, University Affiliated Program, UCLA/NPI, Los Angeles CA, 1987 & 1988.
    2.  Invited Lecture, La Mirada Unified School District, La Mirada CA, June 1988.
    3.  Invited Lecture, Calif. Program Specialists, Special Education, Long Beach CA, March 1988.
    4.  Invited Lecture, South Central Los Angeles Regional Center, July 1988.
    5.  Invited Workshop, Agency for International Development, Guayaquil, Ecuador, July 1988
    6.  Workshop presented, Seattle Autism Society, Seattle WA, October, 1989
    7.  Presentation, Westside Regional Center, Los Angeles CA April 10-11, 1989.
    8.  Presentation, Autism Society of America, Long Beach/San Gabriel Regional Center, April 1989
    9.  Workshop presented, Autism Society of America, San Francisco (UCSF) May 13, 1989.
    10. Workshop presented, San Gabriel Valley Regional Center, Covina, CA, July 1990.

6

("Diagnosis of Autism" (1987-1991) – cont'd.)

    11. Workshop presented, Autism Society of America, Los Angeles, April 1990.

000031

12. Workshop presented, Autism Conference, University of California San Francisco, May 1990.
13. Workshop presented, Autism Conference, Oakland CA, January 1990.
14. Workshop presented, DDIP Program/UCLA, February 1990.
15. Workshop presented, Autism Conference, Newport Beach CA, March 1990
16. Presentation, Conference, National Autism Society of America, Buena Park CA, July 1990.
17. Presentation, Conference, Inland County Regional Center, October 1990.
18. Presentation, Conference, Autism Society of America, Ohio, November 1-3, 1990.
19. Workshop presented, Canyon Hills School District, January 25, 1991.
20. Presentation, Parent/Professional Meeting, Autism Society of America Orange County Chapter, February 1991.
21. Presentation, Autism Society of America, Long Beach Chapter, February 1991.
22. Presentation, Canyon Hill School, April 1991.
23. Presentation, Parent/Professional Meeting, Autism Society of America Los Angeles, Whitney High School, April 1991.
24. Inservice Presentation, Alhambra School District, at UCLA-NPI, May 1991.

"Assessment of Functional Skills in Autism", Jay Nolan Center Saturday Program, Whitney High School, Los Angeles, November 1987, November 1988.

"Assessment of Severely Handicapped Children", Invited Lecture, University of Southern California, February 1988.

"Population Prevalence, Sibling Risk and Recurrence Risk Estimates of Autism", Paper presented, International Congress of Psychology, Sydney Australia, September 1988.

"A New Basis For Genetic Counseling In Autism", Paper presented, American Psychiatric Association 142nd Annual Meeting, San Francisco, CA, May 6-11, 1989.

"Genetics and Autism", Paper presented at World Congress of Biological Psychiatry, Jerusalem Israel, March 1989.

"Diagnosis and prognosis in persons with mild autism", paper presented, Autism Society of America, Buena Park CA, July 1990.

"Prospective Longitudinal Study of Autism", paper presented, Autism Research Symposium, Snowbird Utah, August 1990.

Diagnosis and Assessment of High Functioning Autistic Children", Educational Inservice Workshop, Tacoma School District, Tacoma WA, July 5-7, 1990.

"Diagnosis and Assessment of High Functioning Autistic Children", presentation, Conference, California Association of Behavior Therapists, San Francisco CA, March 8, 1991.

"Assessment and Treatment of Autism", Workshop presented, Department of Pediatrics - University of Timisoara, Romania, April 12-20, 1991.

"The Stability of Cognitive and Behavioral Parameters in Autism: A twelve year prospective study", paper presented at the 38th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, October 16-20, 1991.

"Stability of Cognitive and Behavior Factors in Autism" (1991 - 1992)
    1. American Academy of Child Psychiatry, San Francisco, October 1991 (Abstract)
    2. IDEA Conference, California Autism Society, May, 1992
    3. Autism Society of America, July 1992

"Diagnosis, Assessment and Current Research of the Syndrome of Autism." (1991 - 1995)
    1. Long Beach/San Gabriel Valley Autism Society, January 1991
    2. Northern California Association of Behavioral Analysis, March 1991

7

3.  Grand Rounds, University of Timisoara Medical School, Romania, April 1991
4.  Los Angeles Autism Society, April 1991
5.  American Academy of Child Psychiatry Update Course, June 1991
6.  Santa Rosa Autism Society, October 1991
7.  South Central Regional Center, October 1991
8.  Ohio Autism Society, October, 1991
9.  Florida Autism Society, Ft. Lauderdale, Florida, February 1992
10. Kaiser Department of Pediatrics, Grand Rounds, March & July 1992
11. Children's Hospital, Department of Pediatrics, Grand Rounds, January 1992
12. Issues in Early Child Development, Contemporary Forums, San Diego CA, June 1992
13. Autism Society of Canada, Calgary, May 1992
14. San Diego, Nursing Update, CME Course, June 1992
15. Tennessee Autism Society, February 1993
16. Anaheim School District, January 1993
17. Breakfast Club, UCLA, March 1993
18. Saddlebrook Unified School District, March 1993
19. Fullerton Child Guidance Center, March 1993
20. ABC Unified School District, March 1993
21. Grand Rounds, Long Beach Memorial Hospital, April 1993
22. Ladera Heights School District, April 1993
23. Kaiser Mental Health, May 1993
24. Kaiser, Whittier, May 1993
25. AACP Update Course, Los Angeles, June 1993
26. Autism Society in Toronto, Canada, July 1993
27. Autism Society of America (ASA), January 1994
28. UCLA, Psychiatry Across the Lifespan, January 1994
29. San Gabriel Autism Society, February 1994
30. South African Autism Society, Capetown, RSA, March 5 & 6, 1994
31. California School Psychologists, March 12, 1994
32. Long Beach Autism Society, March 14, 1994
33. Whittier Autism Society, March 23, 1994
34. Los Angeles Autism Society, May 19, 1994
35. Fiesta Educativa, Los Angeles, May 20, 1994
36. California Autism Society, Newport Beach, May 21, 1994
37. Torrance Memorial Hospital, June 1, 1994
38. Simi Valley Autism Society of America, June 17, 1994
39. Parents of Adults with Autism, Los Angeles, August, 1994
40. California Nursing Association, Orange County, February 1995
41. Washington Autism Society of America, Seattle, March 1995
42. Autism Society of America, San Diego, March 1995

"Cognitive and Social Emotional Development in Romanian Orphans." (1992)
1.  International Conference on Infant Studies, May 1992, Miami FL, with S. Kaler, PhD (Abstract)
2.  Romanian/American Academy of Science, June 1992, with S. Kaler, PhD (Abstract)
3.  American Psychological Association, August 1994 with S. Kaler, PhD (Abstract)

"Autism:  Where we have been and where we are going."  Keynote Address, Autism Society of America,
    Las Vegas, July 1994

"Early Intervention and Development in Autism" Invited Address, University of North Carolina, May 1995.

"Autism: Making the Diagnosis" Presentation Conference, The Association of Child Development
    Specialists Fall Meeting, Los Angeles CA, October 2, 1993.

"What Physicians Need to Know About Autism" Presentation, Conference, 4th Annual Educational
    Workshop in Hawaii; Autism Society of Hawaii; UAP Resource and Technical Assistance Project
    on Autism; Hawaii Medical Association; The Hawaii Psychiatric Medical Association and The
    American Academy of Pediatrics-Hawaii Chapter, Honolulu, Hawaii, August 3, 1994.

8

000033

"Unraveling Autism, Asperger's Syndrome and PDD", Keynote Speaker at Multidisciplinary Conference, Autism, Asperger's Syndrome & Pervasive Developmental Disorders; Greater Phoenix Chapter of Autism Society of America, & Developmental Pediatric Education, Scottsdale, AZ, April 1995

"Psychological Assessment of Autistic Children", Presentation, A Workshop on Understanding Autism, Morongo Unified School District, Yucca Valley CA, April 1995

"Diagnosis and Treatment of Autism" (1995 – 1997)
1. Greater Long Beach/South Bay Autism Society, May 1995
2. American Academy of Child and Adolescent Psychiatry, Beverly Hills, June 1995
3. The Autism Consortium of the Ralph J. Baudhuin Oral School of Nova, Southeastern University, Fort Lauderdale FL, September 1995
4. Long Beach Unified School District, Long Beach, November 1995
5. Los Angeles County School Nurses Association, Los Angeles, CA  January 1996
6. Bellflower Unified School District, Bellflower CA, January 1996
7. California School Nurses Organization, Fresno CA, February 1996
8. Greater Anaheim Special Education Local Plan Area (SELPA), Buena Park CA, October 1996
9. Autism Society of California and the East Bay, Alamo CA, April 1996
10. Santa Barbara County SELPA, Santa Barbara CA, May 1996
11. San Francisco Bay Area Autism Society of America, San Francisco CA, May 1996
12. Harbor-UCLA Department of Psychiatry, Los Angeles CA, August 1996
13. ABC Unified School District, October 1996
14. UCLA First Annual Review of Psychiatry, October 1996
15. Workshop, Region X, Fort Worth, TX, November 1996
16. Workshop, Region XI, Dallas, TX, November 1996
17. Special Education and Law, Los Angeles, March 1996
18. Steve Kaufman & Associates, Culver City CA 1996
19. Sonoma County Special Education Conference, December 1996
20. Riverside County School District, Riverside CA, January 1997
21. University Affiliated Program, UCLA, January 1997
22. Metra Health, Long Beach, January 1997
23. Dept. of Mental Health, Bell Gardens, CA, January 1997
24. Alaska Statewide Special Education Conference, Anchorage AK, February 1997
25. Workshop, 4th Annual Big Sky Summer Institute, Bozeman MT, June 1997
26. Contemporary Forums, Anaheim CA, October 1997
27. Invited Address, Georgia State Education Conference, April 1997
28. Invited Address, Bellflower Community Action Board, CA, February 1997
29. Continuing Education Lectures, Professional Psychiatry Seminars, July, August, November, December, 1997-Present

"Autism:  What Current Research Tells Us"
1. "Creating California's Future," State Conference on Special Education, October 1996
2. Invited Address, Illinois Center for Autism, October 1997
3. Special Education Conference, Anaheim CA, October 1997
4. Invited Address, "Working to Solve the Problem," Calgary Canada, May 1997

"Cooperation between Parents and Professionals"
1. Invited address, International Autism Conference, Skive Hallerne Denmark, Nov. 1996
2. Invited address, Autism Society of America, Orlando FL, July 1997

"Questions Parents Should Ask Before Beginning a Treatment"
1. Invited Address, International Autism Conference, Skive Hallerne Denmark, Nov. 1996
2. Invited Address, Parents Helping Parents, San Jose CA, January 1997
3. Invited address, Future Horizons, Nashville TN, November 1997

9

Autism Diagnosis, Interventions, Prognosis; "Expanding Our Boundaries" Third Annual Psychologists' Conference, Los Angeles County Office of Education Workshop, Burbank CA, February 1996

Feature Presentation: "Questions to Ask When Looking for Services"; Conference: "Stairway to Change"; Autism Treatment Services of Canada, Sydney, Nova Scotia, Canada, May 1996

"Evaluating Cognitive and Social Early Intervention Programs"; Early Social and Cognitive Development in Autism, 16th Annual TEACCH Conference, Presentation: Chapel Hill NC, May 1996

"Autism: What's In and What's Out"; Autism Treatment Services of Canada, Victoria, British Columbia, May 1966

"Asperger's Syndrome: Diagnosis and Treatment"
1. Sunrise Seminars, The H.E.L.P. Group, July 1996
2. California Autism Society State Conference, May 1997
3. 1st Annual Learning Disorder Symposium, H.E.L.P. Group, UCLA/NPI, September 1997
4. UCLA's 2nd Annual Review of Psychiatry, October 1997
5. North County ASA Conference, San Diego CA, May 1998
6. Autism Society of America, Long Beach CA, February 2000
7. Grand Rounds, UCLA-NPI, May 2000
8. Autism Spectrum Disorder Conference, Autism Partnership, January 2001
9. The H.E.L.P. Group, Los Angeles CA, October 2002
10. UES Lecture, UCLA, Los Angeles CA, February 2003

"Early Intervention: A Range of Models" (Panel Chair); Autism Society of America Annual Meeting, Milwaukee, WI, July 1996, Orlando 1997

"Diagnosis and Treatment of Autism" (1997 – 1998)
1. Fulton County Schools, Atlanta GA February 1997
2. Ventura County Schools, Ventura CA, May 1997
3. North Center Georgia GLRS, October 1997
4. Georgia Learning Centers, Macon, Albany and Statesborg GA, December 1997
5. Grand Rounds, Santa Rosa Memorial Hospital, Santa Rosa CA, January, 1998
6. Foothill SELPA Parent Conference, Burbank CA, March 1998
7. Iowa Autism Society Conference, April 1998
8. PDD/IDA, Houston TX, May 1998
9. Los Angeles Unified School District Psychologists, May 1998
10. Florida Associates of School Psychologists, Orlando FL, November 1998

"Diagnosis and Treatment of Autism" (2001-2002)
1. Minneapolis Autism Society, Minneapolis Minnesota, May 2001
2. Workshop, Autism Society of America National Conference, San Diego CA, July 2001
3. Workshop, Harbor Regional Center, March 2002
4. Workshop, University of South Florida, Tampa FL, July 2002

"Autism Spectrum Disorder: What does the future hold?"
1. Treatment Services of Canada, Calgary and Alberta, May 14-17, 1997
2. West Coast Special Education Conference, Anaheim CA, November 1997

"Autism: A Biological Disorder" and "How to manage the managed care maze." Dual lecture, (Co-presenter) UCLA, August 1997

"Guidelines for Evaluating Treatment Programs for Autistic Children"
1. Orange County Interagency Autism Group, Huntington Beach CA, September 1997
2. Iowa Autism Society Conference, April 1998
3. Tennessee Assoc. for Administrators in Special Educ. Conference, Gatlinburg TN, Dec. 1998
4. Special Education Attorneys Conference, Orlando FL, December 1998
5. West Orange County Consortium for Special Education, Orange County CA, May 2001

10

"Autism:  Clues to Recognition and Tips for Managing Behavior in the Office"
'Nursing Issues in Ambulatory Pediatrics,' Contemporary Forums, October 1997

"Diagnosis and Assessment of Autism Spectrum Disorder: What We Know"

       1. Governor's Conference: Partners in Prevention, San Diego CA, February 1998
       2. Workshop, San Luis Obispo SELPA, San Luis Obispo CA, September 2002

"Results of a Twenty Year Longitudinal Study of Persons with Autism"
       1. California Autism Society, Conference, March 1998
       2. Grand Rounds, UCLA-NPI, February 1999

"Common Behavior Problems in Autistic Disorder"
       Iowa Autism Society Conference, April 1998

"Evaluating the Efficacy of Intervention Programs for Autistic Children"
       1.   The Child with Autism, Contemporary Forums, Anaheim CA, April 27-28, 1998
       2.   Autism Society of America Annual Conference, Reno NV, July 1998
       3.   Contemporary Forums: 'The Young Child with Special Needs', New Orleans, May 2001

"Diagnosis and Assessment of Autism and Related PDD: Developing an Effective Early Intervention
       Curriculum" Workshop, Autism Treatment Services of Canada, Vancouver, B.C., May 1998

"Treatment of Autism: A Range of Options" (Panel Chair)
       Autism Society of America, Reno NV, July 1998

"Romania's Institutionalized Children: A Longitudinal Study of Cognitive and Socio-emotional
       Development", with Dr. Sandra Kaler, 10th Annual Sigma Theta Tau, International Meeting,
       Utrecht, Netherlands, July 1998

"Diagnosis and Current Research in Autism"
       Workshop: Autism Treatment Services of Canada, Quebec, October 1998

"Autism: What We Know" (1999 – present) (updated annually)
       1.   Grand Rounds, Kaiser Permanente, Dept. of Pediatrics, Woodland Hills CA, Jan. 1999
       2.   Autism Society of Southern Illinois, Bellfield Illinois, March 1999
       3.   Autism Society of Tucson, Tucson Arizona, March 27, 1999
       4.   LRP National Meeting, San Francisco, April 24, 1999
       5.   Update in Child Psychiatric, Los Angeles, June 1999
       6.   CME Panel, Oxnard CA, September 1999
       7.   Autism Conference, University of California, Santa Barbara, September 1999
       8.   UCLA Psychiatry Review Course, October 15, 1999
       9.   Foothill SELPA Parents Conference, Burbank CA, October 16, 1999
       10. University of Hong Kong, November 1999, 2000, 2001
       11. Department of Neurology, UCLA, 1999
       12. Autism Partnership, Seal Beach CA, January 12, 2000
       13. Covina SELPA, Covina CA, January 25, 2000
       14. Jewish Bureau of Education, Temple Sinai, Los Angeles CA, March 2000
       15. Autism Society of Vancouver, Vancouver, B.C., March 2000
       16. Alabama State Dept. of Education, Birmingham, March 2000; Montgomery, Feb. 2001;
            Mobile, July 2001
       17. Loyola-Marymount College, March 2000
       18. Texas State Dept. of Education, Dallas and South Padre Island, April 2000
       19. North Counties Autism Society Conference, San Diego CA, May 2000
       20. Austin Unified School District, Austin, Texas, May 2000
       21. PacificCare Health Services, Woodland Hills CA, June 2000
       22. Long Beach Unified School District, August 2000
       23. Conference, co-presented with Autism Partnership, Toronto, Canada, November 2000

11

"Autism: What We Know" (1999 – present) – cont'd

       24. Administrative Law Judges Conference, Santa Barbara, CA, November 2000
       25. Orange County SELPA, Anaheim, September 2000 and January 2001
       26. Vista School District, Vista CA, January 2001

27. University of Judaism, Los Angeles, April 2001
28. Autism Society Conference, Minneapolis, MI, May 2001
29. Huntington Beach School District, Huntington Beach CA, May 2001
30. Florida Department of Education, State Conference, June 2001
31. San Diego State University, San Diego CA, May 2000
32. Special Education Summer Academy, Alabama State Dept. of Education, Mobile, May 2001
33. State Dept. of Education, Council for Administrators & Special Education Autism Conference, Orlando FL, June 2001
34. Regional Center of Orange County, October 2001
35. Jewish Bureau of Education, Stephen S. Wise Temple, Los Angeles, CA April 2001, 2002
36. State Department of Education, Columbus, Indiana, April 2002
37. Department of Education, Key West Florida, May 2002

"Role of Normal Development in Development of Treatment Programs"
1. Autism Partnership, Seal Beach CA, July 2000
2. Autism Partnership, Hong Kong, November 2000
3. Autism Partnership, Joint Conference, Long Beach CA, January 2001
4. Autism Society of America National Conference, San Diego CA, July 2001

"Diagnosis of Autism/PDD: An Update"; Contemporary Forums Conference:The Young Child with Special Needs, New Orleans LA, May 2001

"Autism & Pervasive Developmental Disorders: Assessment, Differential Diagnosis & Treatment"
1. Autism Partnership, A Two-Day Workshop, Toronto Canada, October 2000
2. Professional Psych Seminars, Inc., Los Angeles, March 2001; Pasadena, April 2001; San Rafael, April 2001
3. Autism Partnership, Two-Day Workshop, Seal Beach CA, June 2001

"Autism & Pervasive Developmental Disorders: Assessment, Differential Diagnosis & Treatment; Professional Psych. Seminars, Inc., Emeryville CA, October 2002; Los Angeles CA, October 2002; Costa Mesa CA, December 2002; & Pasadena CA, December 2002

Asperger's Syndrome or High Functioning Autism, National University, Vista CA, February 2002
1. Autism Society of Long Beach, Long Beach CA, March 2002
2. State of Department Education, Columbus, Indiana, April 2002

Interventions for Children with Autism; Workshop, San Luis Obispo, County Education, January 2002

Etiological Biological findings and implications for treatment in Autism Spectrum Disorder (ASD)
1. Contemporary Forum, The Young Child with Special Needs, New Orleans, May 2001
2. Autism Partnership, Seal Beach, California, June 2001
3. Conference, Toronto, Canada, October 2001
4. Conference, University of Hong Kong, November 2001 (Invited address)
5. State Department of Education, Honolulu, Hawaii, February 2002 (Invited address)

Recent Advances in treatment on Autism; UCLA 7th Annual Review of Psychiatry and Psychopharmacology Update, October 2002

Asperger's Syndrome and/or High Functioning Autism: An Update; UCLA 8th Annual Review of Psychiatry and Psychopharmacology Update, October 24, 2003

12

Assessment and Treatment of Asperger's Syndrome
1. Workshop, San Diego County SELPA, San Diego CA, February 2003
2. Los Angeles Department of Mental Health, Los Angeles CA, May 2003

Current Treatment for Autism; University of Hong Kong, Hong Kong, November 2002, December 2003

History of Treatment of Autism: An Update, UCLA, Los Angeles CA, October 2002

"Update on Treatment in Autism"
1. Grand Rounds, Steamboat Springs Hospital, Steamboat Springs CO, March 2003
2. Conference on Developmental Disabilities, Montana State University, Billings MT, Oct. 2002

Assessment and Treatment of Autism Spectrum Disorder (ASD)
1. Psychopharmacology Lecture, UCLA, Los Angeles CA, October 2002
2. Bangkok Thailand, November 2002
3. San Diego County SELPA, San Diego CA, October 2003
4. Grand Rounds, UCLA, Harbor CA November 2003
5. Grand Rounds, Torrance CA, November 2003
6. University of Hong Kong, December 2003

Current Therapies for Autism Spectrum Disorder; Regional Center of Orange County, Orange CA, Oct. 2003

Current Treatment of Autism Spectrum Disorder
1. Harbor Regional Center, Torrance CA, September 2002
2. FEAT Conference, Torrance CA, June 2003
3. Autism Spectrum Therapies, Los Angeles CA, September 2003

"Autism Spectrum Disorders: Identifying Behaviors that Impact Education." San Diego County of Education
    Psychologists, San Diego, CA, October 2003

"Diagnosis of Autism Spectrum Disorder"
1. Workshop, Las Virgenes Unified School District; Pre-school, Feb. 2004, Oct. 2004; School
    Age/High School, November 2004
2. Autsim Partnership Workshop, Singapore, March 2004
3. Autism Partnership, Hong Kong, June 2004

"Appropriate Programs for Children with Autism Spectrum Disorders: Do the Professionals Agree?"
    Co-Presenter, LRP National Institute on Legal Issues of Educating Individuals with Disabilities,
    Orlando FL, May 2004.

"Educational Programs for Children with Autism: Do the Professionals Agree?"; Co-Presenter, LRP
    Annual Conference, Orlando FL, May 2004.

Asperger's Syndrome: An Update; Grand Rounds, Harbor-UCLA, September 2004, Norwalk-La Mirada
    School District, September 2004

"Evaluating Children With Autism: Everything a Parent Should Know"; Parent Conference; UCLA,
    November 2004

"Alternative Treatments for Autism: What is the Science?" Invited Workshop, Autism Partnership, Seal
    Beach, CA, January 2005

Autism Spectrum Disorders; Workshop, Los Angeles Unified School District, Los Angeles, Feb. 2005

"Alternative Treatments for ASD: Fact or Fiction?" Invited Lecture, Contemporary Forums, Las Vegas,
    NV, May 2005

13

"Overview of Teaching Methods for Children with ASD"; Autism Society of America, Los Angeles Chapter;
    Parent and Professional Conference; Los Angeles CA, May 2005

"Practical Strategies for Parents & Teachers"; Autism Society of America, annual Parent-Professional
    Conference; in Los Angeles CA, May 2005

"Early Detection of ASD." Invited Lecture, Contemporary Forums, Las Vegas, NV, May 2005

"Assessment and Identification of Children with Autism Spectrum Disorder"
1. Invited Lecture; California State University, Northridge, April 2005
2. Invited Lecture; Los Angeles Unified School District, February 2006
3. Invited Lecture; Long Beach Assoc. of School Psychologists, April 2006

"Impact of Autism Spectrum Disorder on Classroom Behaviors"
1. Los Alamitos Unified School District, April 2005
2. Lee University, Cleveland Tennesse, July 2005

"Autism Spectrum Disorder: What We Know"; Conference: ASD in the Year 2005; Lee University, Cleveland Tennesse, July 2005

"Early Diagnosis of Autism in Young Children: What Does the Research Tell Us?" Workshop, University of Leeds; Leeds England, Sept. 2005

"Autism Spectrum Disorder in Adults: Facilitating Independence" (Invited Address) Montana Dept. of Public Health and Human Services; Butte MT, November 2005

"Identifying Effective Treatments for Autism"
1. Manchester England, September 2005
2. University of Westminster, London England, October 2005
3. Tokyo Japan, January 2006
4. Young Child with Special Needs Conference; Las Vegas NV, May 2006

"Update on Causes of ASD: Real, Suspected & Discredited"; Young Child with Special Needs Conference; Contemporary Forums, Las Vegas NV, May 2006

"Early Diagnosis of Autism" (Invited Lectures)
1. Autism Partnership, Seal Beach CA, January 2006
2. Autism Partnership, Singapore, June 2006
3. Autism Partnership, Hong Kong, June 2006

"Diagnosis and Treatment of Children on the Border: Asperger's Syndrome and Variants of ASD"; Two-day Workshop; Autism Partnership; Singapore, June 2006

## PUBLICATIONS

1. Meltzer, D., & Freeman, B. J. (1969) Some parameters affecting performance in fixed interval schedules. <u>Psychonomic Science</u>, 17, 129-131.

2. Freeman, B. J. (1971). The role of response-dependent reinforcement in the production of behavioral contrast on a multiple schedule. <u>Learning and Motivation</u>, 2, 138-147.

3. Meltzer, D., & Freeman, B. J. (1971) Maintenance of response summation under conditions of minimal stimulus intensity. <u>Psychonomic Science</u>, 22, 287-288.

4. Freeman, B. J., & Ray, O. S. (1972) Strain, sex and environmental effects on appetitive and aversive learning tasks. <u>Developmental Psychobiology</u>, 5, 101-109.

5. Herman, S. J., Freeman, B. J., & Ray, O. S. (1972) The effects of multiple injections of morphine sulfate on shuttle-box behavior in the rat. <u>Psychopharmacologia</u>, 26, 146-154.

6. Freeman, B. J. (1972) Behavioral contrast: Reinforcement frequency or response suppression? <u>Psychological Bulletin</u>, 79, 347-356. (Theoretical treatise)

7. Freeman, B. J., & Leibowitz, J. M. (1974) Response facilitation as a function of a short timeout stimulus in a condition suppression paradigm. <u>Psychological Reports</u>, 35, 67-72

8. Freeman, B. J., Leibowitz, J. M., & Linseman, M. A. (1974) A study of an operant procedure: Testing auditory deficits. <u>Mental Retardation</u>, 12, 14-17.

14

9.  Freeman, B. J., & Pribble, W. (1974) Elimination of inappropriate toileting behavior by over correction. Psychological Reports, 35, 802.

10. Caul, W. J., Freeman, B. J., & Buchanan, D. (1975) Effects of differential rearing conditions on heart rate conditioning and response suppression. Developmental Psychobiology, 8, 63-68

11. Buchanan, D., Caul, W. J., & Freeman, B. J. (1975) Effects of differential rearing conditions on stress induced ulceration. Developmental Psychobiology, 8,

12. Freeman, B. J., Ritvo, E. R., & Miller, R. (1975) An operant procedure for teaching children to answer questions appropriately. Journal of Autism and Childhood Schizophrenia, 5, 169-196.

13. Freeman, B. J., Graham, V., & Ritvo, E. R. (1975) Reduction of self-destructive behavior by over correction. Psychological Reports, 137-446.

14. Black, M., Freeman, B. J., & Montgomery, J. (1975) The effect of four different environments on the play behavior of autistic children. Journal of Autism and Childhood Schizophrenia, 5, 361-371.

15. Freeman, B. J., Roy, R. R., & Hemmick, S. (1976) Extinction of a phobia of physical examination in a 7-year-old mentally retarded boy. Behavior Research and Therapy, 16, 63-64.

16. Freeman, B. J., Somerset, T., & Ritvo, E. R., (1976) Effects of long timeout durations on disruptive behavior of autistic children. Psychological Reports, 38, 124-126.

17. Colman, R., Frankel, F., Ritvo, E. R., & Freeman, B. J. (1976) The effects of fluorescent and incandescent illumination upon repetitive behaviors in autistic children. Journal of Autism and Childhood Schizophrenia, 6, 157-162.

18. Frankel, F., Freeman, B. J., Ritvo, E. R., Carr, E., & Chikami, B. (1976) Relationships of photic stimulation on operant behavior in autistic and retarded children. American Journal of Mental Deficiency, 6, 32-40.

19. Freeman, B. J., Frankel, F., & Ritvo, E. R. (1976) The effects of response contingent vestibular stimulation on the behavior of autistic and retarded children. Journal of Autism and Childhood Schizophrenia, 6, 353-358.

20. Freeman, B. J., Moss, D., Somerset, T., & Ritvo, E. R. (1977) Thumb sucking in an autistic child overcome by over correction. Journal of Behavior Therapy Experimental Psychiatry, 8, 211-212.

21. Freeman, B. J. (1977) The syndrome of autism: The problem of diagnosis in research. Journal of Pediatric Psychology, 4, 142-145. (Theoretical Treatise)

22. Freeman, B. J., Ritvo, E. R., Guthrie, D., Schroth, P., & Ball, J. (1978) The behavior observation scale. Journal of the American Academy of Child Psychiatry, 17, 576-588.

23. Frankel, F., Freeman, B. J., Ritvo, E. R., & Pardo, R. (1978) The effect of environmental stimulation upon the stereotyped behavior of autistic children. Journal of Autism and Childhood Schizophrenia, 4, 389-394.

24. Freeman, B. J., Guthrie, D., Ritvo, E. R., Schroth, P., Glass, R., & Frankel, F. (1979) Behavior observation scale: Preliminary analysis of the similarities and differences between autistic and mentally retarded children. Psychological Reports, 44, 519-524.

24. Needleman, R., Ritvo, E. R., & Freeman, B. J. (1980) Objective language criteria and the diagnosis of autism. Journal of Autism and Developmental Disorders, 10, 389-398.

25. Freeman, B. J., Schroth, P., Ritvo, E. R., Guthrie, D., & Wake, L. (1980) The behavior observation

15

000040

scale for autism (BOS): Initial results of factor analysis on 89 children. Journal of Autism and Developmental Disorders, 10, 343-346. Abstracted: (1982) International and Interdisciplinary Documentation and Information on Rehabilitation Research.

27. Freeman, B. J., & Ritvo, E. R. (1980) The behavior observation scale for autism. International Journal of Rehabilitation Research, 3, 254-346.

28. Freeman, B. J., Ritvo, E. R., Schroth, P., Tonick, I., & Wake, L. (1981) Relationship of frequency of behavior to I.Q. in autistic, mentally retarded and normal children. American Journal of Psychiatry, 138. Also abstracted (1981, June) Psychiatry Digest and (1981, November) ERIC.

29. Freeman, B. J., Tonick, I., Ritvo, E. R., Guthrie, D., & Schroth, P. (1981) Behavior observation scale for autism (BOS): Analysis of behaviors among autistic, mentally retarded and normal children. Psychological Reports, 49, 199-208.

30. Freeman, B. J., & Ritvo, E. R. (1981) The syndrome of autism: A critical review of diagnostic systems and follow-up studies and the theoretical background of the behavior observation scale. In J. Gillian (Ed.), Autism: Diagnosis, instruction, management and research. Springfield, IL, Charles C. Thomas.

31. Geller, E., Ritvo, E. R., Freeman, B. J., & Yuwiler, A. (1982) Preliminary observations on the    effect of fenfluramine on blood serotonin and symptoms in three autistic boys. New England Journal of Medicine, 307, 165-169.

32. Freeman, B. J., & Ritvo, E. R. (1982) The syndrome of autism: A critical review of diagnostic systems and follow-up studies and the theoretical background of the behavior observation scale. In J. Steffen & P. Karoly (Eds.), Autism and severe psychopathology. Lexington, MA: D. C. Heath, Co. (Theoretical treatise)

33. Freeman, B. J., & Schroth, P. (1983) The development of the behavior observation scale (BOS). Behavioral Assessment, 5, 394-405.

34. Yuwiler, A., Geller, E., Boullin, D., Ritvo, E. R., Rutter, M., and Freeman, B. J. (1983) A re-examination of serotonin efflux by platelets in autism. Journal of Autism and Developmental Disorders.

35. Frankel, F., Simmons, J. Q., Freeman, B. J., & Frichter, M. (1983) Stimulus selectivity in autistic, retarded and normal children. Journal of Child Psychology and Psychiatry, 24

36. Funderburk, S. J., Carter, J., Tanguay, P., Freeman, B. J., & Westlake, J. (1983) Potential steroid hormone teratogens in autistic and schizophrenic children. Journal of Autism and Developmental Disorders, 13, 325-332.

37. Ritvo, E. R., Freeman, B. J., Geller, E., & Yuwiler, A. (1983) Effects of fenfluramine on 14 autistic outpatients. J. Am. Academy of Child Psychiatry, 22, 549-558. Also abstracted (1984, June) Intelligence Reports in Psychiatric Disorders.

38. Ritvo, E. R., Freeman, B. J., Yuwiler, A., Geller, E., Yokota, A., Schroth, P., & Novak, P. (1984) Study of fenfluramine in outpatients with the syndrome of autism. Journal of Pediatrics, 105, 823-828.

39. Freeman, B. J., Ritvo, E. R., & Schroth, P. C. (1984) Behavioral assessment of the syndrome of autism: Behavior Observation System, Journal of Amer. Academy of Child Psychiatry, 23, 588-594. Abstracted: (1984) (1989) Also Scale has been translated into French. Tests, Kansas City Test Corporation of America.

40. Ritvo, E. R., Spence, M. A., Freeman, B. J., Mason-Brothers, A., Mo, A., & Marazita, M. L. (1985) Evidence for autosomal recessive inheritance of autism in 46 multiple incidence families. American Journal of Psychiatry, 142, 187-191.

16

41. Spence, M. A., Ritvo, E. R., Marazita, M. L., Funderburk, S. J., Sparkes, R. S., & Freeman, B. J. (1985) Gene mapping studies with the syndrome of autism. Behavior Genetics, 15(1), 1-13.

42. Ritvo, E. R., Freeman, B. J., Mason-Brothers, A., Mo, A., & Ritvo, A. M. (1985) Concordance of the syndrome of autism in 40 pairs of afflicted twins. Amer. Journal of Psychiatry, 142, 74-77.

43. Freeman, B. J., Needleman, R., & Ritvo, E. R. (1985) Stability of language and cognitive scales in autism. Journal of American Academy of Child Psychiatry, 24, 459-464.

44. Freeman, B.J., Lucas, J.C., Forness, S.R., Ritvo, E.R., (1985) Cognitive processing of high-functioning autistic children: Comparing the K-ABC & WISC-R. Journal of Psychoeducational Assessment: 4, 357-362. Abstracted (1986) Eric Clearinghouse, Ann Arbor, Michigan.

45. Freeman, B. J., Ritvo, E. R., Yokota, A., & Ritvo, A. (1986) A scale for rating symptoms of patients with the syndrome of autism in real life settings. Journal of American Academy of Child Psychiatry 25:130-136.

46. Ritvo, E. R., Freeman, B. J., Scheibel, A. B., Duong, P. T., Robinson, H., & Guthrie, D. (1986) Decreased purkinje cell density in four autistic patients: Initial findings of the UCLA-NSAC autopsy research project. American Journal of Psychiatry, 143: 862-866.

47. Realmuto, G. M., Jensen, J., Klykylo, W., Piggott, L., Stubbs, G., Yuwiler, A., Geller, E., Freeman, B.J., & Ritvo, E. R. (1986) Untoward effects of fenfluramine in autistic children. Journal of Clinical Psychopharmacology, 6, 350-355.

48. Ritvo, E. R., Freeman, B. J., Yuwiler, A., Geller, E., Schroth, P., Yokota, A., Mason-Brothers, A., August, G. J., Klykylo, W., Levanthal, B., Lewis, K., Piggott, L., Realmuto, G., Stubbs, E. G., & Umansky, R. (1986) Fenfluramine treatment of autism: UCLA-collaborative study of 81 patients at nine medical centers. Psychopharmacology Bulletin, 22:133-140.

49. Jenson, W. R., Petersen, B., Freeman, B.J. & McMahon, W. (1986) Autism, form fruste: Psychometric assessment of first-degree relatives. In C. Shagass, et al (Eds) Biological Psychiatry, New York: Elsevier Science Publishing Co., Inc.

50. Ritvo, E.R., Creel, D., Crandall, A.S., Freeman, B.J., Pingree, C., Barr, R. Realmuto G., (1986) Letters to the Editor: Retinal Pathology in autistic Children - A Possible Biological Marker for a Subtype? Journal of the American Academy of Child Psychiatry, 25, 1:l37.

51. Mason-Brothers, A., Ritvo, E. R., Guze, B., Mo, A., Freeman, B. J., & Funderburk, S. J. (1987) Natal factors in 181 autistic persons. J. of American Academy of Child Psychiatry, 26,1:39-42.

52. Ritvo, E. R., Mason-Brothers, A., Jensen, W. P., Freeman, B. J., Mo, A., Pingree, C., Petersen, P. B., & McMahon, W. M. (1987) A report of one family with four autistic siblings and four families with three autistic siblings. J. Am Acad Child Adol Psychiatry, 26, 339-341.

53. Asarnow, R.F., Tanguay, P.E., Bott, L., Freeman, B.J., (1987) Patterns of Intellectual Functioning in Non-Retarded Autistic and Schizophrenic Children. Journal of Child Psychology and Psychiatry, 28, 273-280.

54. Mason-Brothers, A., Ritvo, E.R., Guze, B., Mo, A., Freeman, B. J., Funderburk, S.J., (1987)  Pre-, peri-, and postnatal factors in 209 autistic patients from single and multiple incidence families. Journal of American Acad. Child Psychiatry, 26, 39-42.

55. Ritvo, E.R., Freeman, B.J., Yuwiler, A., Geller, E., Schroth, P., Yokota, A., Mason-Brothers, A., August, G.J., Klykylo, W., Leventhal, B., Lewis, K., Piggott, L., Realmuto, G., Stubbs, E. G., Umansky, R., (1987) Fenfluramine treatment of autism: UCLA collaborative study of 81 patients at nine medical centers. In F. Gremy, S., Tomkiewicz, P., Ferrari, G. Lelord (eds), Colleque INSERM 146: 257-267.

17

56. Ritvo, E.R., Jorde, L.B., Freeman, B.J., McMahon, W.M., Jenson, W.R., Petersen, P.B., Brothers, A.M., Mo, A., Pingree, C.B. Population prevalence and recurrence risk of autism. (1987) Abstract Proceedings of American Society of Human Genetics Annual Meeting. Abstract (August, 1987) Third World Congress on the Isolated Child, Buenos Aires, Argentina.

57. Ritvo, E.R., Creel, D., Realmuto, G., Crandall, A.S., Freeman, B.J., Bateman, J.B., Barr, R., Pingree, C., Coleman, M., Purple, R. (1988) Electroretinograms in Autism: A Pilot Study of B-Wave Amplitudes, American Journal of Psychiatry 145, 229-232.

58. Geller, E., Yuwiler, A., Ritvo, E.R., Freeman, B.J. (1988) Platelet Size, Number and Serotonin Content in Blood of Autistic, Childhood Schizophrenic and Normal Children. Journal of Autism and Developmental Disorders 18, 119-137.

59. Ritvo, E.R., Brothers, A.M., Freeman, B.J., Pingree, C. (1988) Eleven Possibly Autistic Parents, Journal of Autism and Developmental Disorders 18: No 1, 139-143.

60. Freeman, B. J., Ritvo, E.R., Yokota, A., Childs, J., Pollard, J. (1988) WISC-R and Vineland Adaptive Behavior Scale Scores in Autistic Children, Journal of American Academy of Child and Adolescent Psychiatry, 27, 4:428-429.

61. Freeman, B.J., Ritvo, E.R., Mason-Brothers, A., Pingree, C., Yokota, A., Jenson, W.R., McMahon, W.M., Petersen, P.B., Mo, A., Schroth, P. (1989) Psychometric Assessment of First Degree Relatives of 62 Autistic Probands in Utah. Am. J. Psychiatry, 146:361-364.

62. Ritvo, E.R., Freeman, B.J., Pingree, C., Mason-Brothers, A., Jorde, L., Jenson, W.R., McMahon, W.M., Petersen, P.B., Mo, A., Ritvo, A. (1989) The UCLA-University of Utah Epidemiologic Survey of Autism: Prevalence, Am. J. Psychiatry, 146:194-199.

63. Ritvo, E.R., Jorde, L.B., Mason-Brothers, A., Freeman, B.J., Pingree, C., Jones, M.B., McMahon, W.M., Petersen, P.B., Jenson, W.R., Mo, A. (1989) The UCLA-University of Utah Epidemiologic Survey of Autism: Recurrence Risk Estimates and Genetic Counseling, American Journal of Psychiatry,146:1032-1036.

64. Garber, H.J., Ritvo, E.R., Chiu, L.C., Griswold, V.J. Kashanian A., Freeman, B.J., Oldendorf, W.H. (1989) A magnetic resonance imaging study of autism: Normal fourth ventricle size and absence of pathology. American Journal Psychiatry 146:532-534.

65. Jorde, L.B., Mason-Brothers, A., Waldmann, R., Ritvo, E.R., Freeman, B.J., Pingree, C., McMahon, W.M., Petersen, B., Jenson, W.R., Mo, A. (1990)The UCLA-University of Utah Epidemiologic Survey of Autism: Genealogical Analysis of Familial Aggregation, American Journal of Medical Genetics, 36:85-88.

66. Mason-Brothers, A., Ritvo, E.R., Pingree, C., Petersen, P.B., Jenson, W.R., McMahon, W.M. Freeman, B.J., Jorde, L.B., Spencer, M.J. Mo, A., Ritvo, A. (1990) The UCLA-University of Utah Epidemiologic Survey of Autism: Pre-, Peri-, and Postnatal Factors, Pediatrics 86:514-519.

67. Ritvo, E.R., Mason-Brothers, A., Freeman, B.J., Pingree, C., Jenson, W.R., McMahon, W.M., Petersen, P.B., Jorde, L.B., Mo, A., Ritvo, A. (1990) UCLA - University of Utah Epidemiologic Survey of Autism:The Etiologic Role of Rare Diseases, Amer. Journal of Psychiatry, 147:1614-20. 18

68. Freeman, B.J., Rahbar, B., Ritvo, E.R., Bice, T.L., Yokota, A., Ritvo, R. (1991) The Stability of Cognitive and Behavioral Parameters in Autism: A Twelve Year Prospective Study, Journal of the American Academy of Child & Adolescent Psychiatry, 30, 3:479-482.

69. Ritvo, E.R., Ritvo, R., Freeman, B. J., Letter to the Editor. Debate and Argument. (1991) Journal of Child Psychology and Psychiatry, 32: 1031-1032.

70. Jorde, L.B., Hasstedt, S.J., Ritvo, E.R., Mason-Brothers, A., Freeman, B.J., Pingree, C., McMahon, W.M., Petersen, Jenson, W.R., and Mo, A. (1991) Complex Segregation Analysis of Autism. American Journal of Human Genetics, 49, 932-938.

71. Mason-Brothers, A., Ritvo, E.R., Freeman, B.J, Jorde, L., Pingree, C., McMahon, W., Petersen, P. and Mo, A. (1993) UCLA -University of Utah Epidemiological Survey of Autism: Recurrent Infections. European Child and Adolescent Psychiatry. 2, 79-90.

72. Ritvo, E.R., Ritvo, R., Yuwiler, A., Brothers, A., Freeman, B.J., and Plotkin, S. (1993) Elevated Daytime Melatonin Concentrations in Autism: A Pilot Study. European Child and Adolescent Psychiatry. 2, 75-78.

73. Ritvo, E.R., Freeman, B.J., Mason-Brothers, A., Ritvo, R. (1994) Clinical Characteristics of Mild Autism in Adults. Comprehensive Psychiatry, 35, 149-156.

74. Yirmiya, N., Sigman, M.D., Freeman, B.J. (1994) Comparison among Three Diagnostic Systems for Identifying High-Functioning Children with Autism. Journal Autism & Dev. Disorders 24, 281-293.

75. Kaler, Sandra R., Freeman, B J (1993) An Analysis of Environmental Deprivation:Cognitive & Social Development in Romanian Orphans. Journal of Child Psychiatry and Psychology, 35, 769-781.

76. Volkmer, F., Klin, A., Siegal, B., Satzmore, D., Lord, C., Campbell, M., Freeman, B.J., Cicchetti, D., and Butler, M. (1994) DSM-IV Autism/Pervasive Developmental Disorder Field Trial. Journal of the American Academy of Child. Psychiatry.151, 1361-1367.

77. Freeman, B.J., Del'Homme, M., Guthrie, D. and Zang, F. ( 1999) Vineland Adaptive Behavior Scales scores as a function of age and initial IQ in 210 Autistic Children. Journal of Autism and Developmental Disorders.

78. Arnold, L.E., Aman, MG., Martin, A, CollierCrespin, A., Bitiello,B., Tierney, E., Asarnow,R., Bell-Bratsow,F., Freeman, B.J., Gates-Ulanet, P., McCraken, J.T., McDougle, CJ, McGough, J.J., Posey, D.J., Scahill, L., Swiezy, N.B., Ritz, L. and Volkmar, F (2000). Assessment of Multi-site randomized clinical trials of parents with Autistic Disorder: The Autism RUPP Network. Journal of

71. Mason-Brothers, A., Ritvo, E.R., Freeman, B.J, Jorde, L., Pingree, C., McMahon, W., Petersen, P. and Mo, A. (1993) UCLA -University of Utah Epidemiological Survey of Autism: Recurrent Infections. European Child and Adolescent Psychiatry. 2, 79-90.

72. Ritvo, E.R., Ritvo, R., Yuwiler, A., Brothers, A., Freeman, B.J., and Plotkin, S. (1993) Elevated Daytime Melatonin Concentrations in Autism:  A Pilot Study. European Child and Adolescent Psychiatry. 2, 75-78.

73. Ritvo, E.R., Freeman, B.J., Mason-Brothers, A., Ritvo, R. (1994) Clinical Characteristics of Mild Autism in Adults. Comprehensive Psychiatry, 35, 149-156.

74. Yirmiya, N., Sigman, M.D., Freeman, B.J. (1994) Comparison among Three Diagnostic Systems for Identifying High-Functioning Children with Autism. Journal Autism & Dev. Disorders 24, 281-293.

75. Kaler, Sandra R., Freeman, B J (1993) An Analysis of Environmental Deprivation:Cognitive & Social Development in Romanian Orphans. Journal of Child Psychiatry and Psychology, 35, 769-781.

76. Volkmer, F., Klin, A., Siegal, B., Satzmore, D., Lord, C., Campbell, M., Freeman, B.J., Cicchetti, D., and Butler, M. (1994) DSM-IV Autism/Pervasive Developmental Disorder Field Trial. Journal of the American Academy of Child. Psychiatry.151, 1361-1367.

77. Freeman, B.J., Del'Homme, M., Guthrie, D. and Zang, F. ( 1999) Vineland Adaptive Behavior Scales scores as a function of age and initial IQ in 210 Autistic Children. Journal of Autism and Developmental Disorders.

78. Arnold, L.E., Aman, MG., Martin, A, CollierCrespin, A., Bitiello,B., Tierney, E., Asarnow,R., Bell-Bratsow,F.., Freeman, B.J., Gates-Ulanet, P., McCraken, J.T., McDougle, CJ, McGough, J.J., Posey, D.J., Scahill, L., Swiezy, N.B., Ritz, L. and Volkmar, F (2000). Assessment of Multi-site randomized clinical trials of parents with Autistic Disorder; The Autism RUPP Network. Journal of Autism and Developmental Disabilities, 30, 99-105.

79. McDougle, C.J., Scahill, L., McCracken J.T., Aman, M., Tierney, E., Arnold, E., Freeman, B.J., Martin, A., Mcgough, J.J., Cronin, P.C., Posey, D.J., Riddle, M.A., Ritz, L.,Swiezy, N.B., Vitiello, B, Volkmar, F., Votolato, N.A., and Watson, P. (2000) Child and Adolescent Psychiatric Clinics of North America, 9 201-22.


**NON-EXPERIMENTAL ARTICLES, REVIEW ARTICLES AND BOOK CHAPTERS**

1. Freeman, B. J., & Ritvo, E. R. (1976) Cognitive Assessment. In E. R. Ritvo, B. J. Freeman, E. M. Ornitz, and P. Tanguay (Eds.), Autism: Diagnosis, Current Research and Management. Holliswood, NY: Spectrum Publications.

2. Freeman, B. J., & Ritvo, E. R. (1976) Parents as Paraprofessionals. In E. R. Ritvo, B. J. Freeman, E. M. Ornitz, & P. Tanguay (Eds.), Autism: Diagnosis, Current Research and Management. Holliswood, N.Y.: Spectrum Publications.

3. Freeman, B. J. (1976) Evaluating Autistic Children. Journal of Pediatric Psychology, 1, 18-21.

4. Ritvo, E. R., & Freeman, B. J. Definition of the Syndrome of autism. Journal of Autism and Childhood Schizophrenia, 8, 162-167.

5. Ritvo, E. R., & Freeman, B. J. (1977) NSAC definition of the syndrome of autism. Journal of Pediatric Psychology, 4, 148.

19

6. Ritvo, E. R., & Freeman, B. J. (1978) National Society for Autistic Children definition of the syndrome of autism. Journal of American Academy of Child Psychiatry, 17, 565-675.

7. Freeman, B. J., & Ritvo, E. R. (1978) Diagnostic and evaluation systems: Helping the advocate cope with the "state of the art." In J. Budde (Ed.), Advocacy and autism. Lawrence, Kansas: University of Kansas Press.

8. Ritvo, E. R., & Freeman, B. J. (1977) Current status of biomedical research in autism. Journal of Pediatric Psychology, 4, 149-152.

9. Freeman, B. J. (1978) Appraising children for mental retardation. Clinical Pediatrics, 17, 169-173.; (1979) Reprinted in Human Growth & Development, Special Learning Corporation.

10. Freeman, B. J., & Ritvo, E. R., 1985. Assessment and treatment of specific disabilities: Autism/ schizophrenia I. Invited chapter to appear in D. M. Doleys, T. B. Vaughan, & M. L. Cantrell (Eds.) Assessment and treatment of developmental problems. New York: Spectrum.

11. Ritvo, E. R., Rabin, K., Yuwiler, A., Freeman, B. J., & Geller, E. (1978) Biochemical and hematologic studies of children with the syndrome of autism, childhood schizophrenia, & related developmental disabilities: A critical review. In M. Rutter & Schopler (Eds.), Autism: A Reappraisal of Concepts. New York: Plenum.

12. Freeman, B. J. (1982) Diagnosing the syndrome of autism. Journal of Psychiatric Disorders and Treatment, 4, 99-105. (Selected for category 1 medical credits)

13. Freeman, B. J., & Ritvo, E. R. (1984) The syndrome of autism: Establishing the diagnosis and principles of management. Pediatric Annals, 13, 285-295.

14. Ritvo, E. R., & Freeman, B. J. (1984) A medical model of autism: Etiology, pathology and treatment. Pediatric Annals, 13, 298-305.

15. Freeman, B.J. (1993) Diagnosis of the syndrome of autism: Update and guidelines for diagnosis. Infants and Young Children 6, 1-12.

16. Freeman, B.J. (1994 – Reprinted Ohio Department of Health, November 2000) The syndrome of autism, questions parents ask. Autism Society of America.

17. Freeman, B.J. (1994) The Advocate Interview, The Advocate, Autism Society of America.

18. Freeman, B.J. (1995) Diagnosis of the syndrome of autism: Update and guidelines for diagnosis. Infants and Young Children, excerpted in: Caregiver Education guide for Children with Developmental Disabilities (supplement).

19. Freeman, B.J., (1997) Guidelines for evaluating intervention programs for autistic children. Journal of Autism and Developmental Disabilities, 27, 641-651. Reprinted (1998) Autism Society of America; UCLA Pediatric Update (1998)

20. Freeman, B.J., (1998) Diagnosis of Autism: Questions Parents Ask. Caregiver Education Guide for Children with Developmental Disabilities. Gaithersberg, MD: Aspen Publicatons. Reprinted 1998, Pediatric Patient Education Manual. Gaithersberg, MD: Aspen Publications. Reprinted 1998, Vanderbuilt University Training Manual. Reprinted 2000, Ohio Department of Health Training Manual. Reprinted 2001, Pediatric Patient Education Manual, Aspen Publications.

21. Freeman, B.J. (2001) Technology Assessment Report on Comprehensive Programs for the Treatment of Children with Autism. Exceptional Parent (Invited Article)

20

000046

22. Freeman, B.J. and Cronin, P.C. (2000) The Autism Epidemic: Better Detection and Awareness. Autism/Asperger's Digest, 1, 21-22 (Invited Article)

23. Letter to the Editor, (2001) Journal of Autism and Developmental Disorders.

24. Freeman, B.J. and Cronin, P.C. (2002) Diagnosing Autism Spectrum Disorders in Young Children; An Update. Infants and Young Children, 14, 1-10 (invited article)

25. Freeman, B.J., Cronin, P.C., Candela, P. (2002) Asperger's Syndrome or Autistic Disorder: The Diagnosis Dilemma. Focus on Autism and Developmental Disabilities (Invited article)

26. Freeman, B.J., Guidelines for evaluating intervention programs (checklist) and Questions to ask regarding specific treatment. Original publication 1997, Journal of Autism and Developmental Disabilities, 27, 641-651. Partial reprint: *Parent to Parent: Information and Inspiration for Parents*; Jessica Kingsley Publishers, London England (October 2003)

27. Freeman, B.J., (2005-In Press) Alternative Treatments for ASD. Fact or Fiction? In Leaf, R.,Taubman, M. and McCracken, J. (Eds), It Had To Be Said.

28. Freeman, B.J., (2005-In Press) Evaluating Treatments for ASD: Questions Parents Need to Ask, TAD

29. Freeman, B J and Van Dyke, M; (2006-In Press ) Are the majority of children with ASD mentally retarded?; Focus on Autism and Other Developmental Disabilities.

## BOOKS

1. Drash, P. W., & Freeman, B. J. (1973) Behavior modification, behavior therapy and operant conditioning: A bibliography of books in print from 1900-1972. Baltimore: Behavioral Information and Technology.

2. Ritvo, E. R., Freeman, B. J., Ornitz, E. M., & Tanguay, P. (Eds.) (1976) Autism: Diagnosis, current research and management. Holliswood, NY: Spectrum.

3. Freeman, B. J. (Guest Ed.) Journal of Pediatric Psychology on Autism.

4. Freeman, B. J., & Ritvo, E. R. (Guest Eds.) (April 1984) Pediatric Annals.

## BOOK AND TEST REVIEWS

1. Freeman, B. J. (1980) Advances in clinical child psychology III. Journal of Autism and Developmental Disorders, 10, 254-257.

2. Freeman, B. J. (1985) Review of child behavior checklist [Accession number AN 0906-2912, Buros Institute Database (Search Label MMYD)]. Bibliographic Retrieval Services, Inc. (BRS)

3. Freeman, B. J. (1985) Review of Wechsler Preschool and Primary Scale Of Intelligence. [Accession number AN 0903-0234, Buros Institute Database (Search Label MMYD)]. Bibliographic Retrieval Services, Inc. (BRS).

21

## LICENSES AND CERTIFICATES

Licensed Psychologist, State of California, # PSY 4826. (Received October 1976)

## HONORS
- Individual Achievement Award, Autism Society of America, 1990.
- Professional of the Year, California Autism Society, 1996
- Professional of the Year, Villa Esperanza School (Voted by parents)
- Villa Esperanza Tribute, Dodger Stadium, March 21, 1999

- Westside Regional Center, 2000
- Vista School District, 2000
- North County ASA, 2000
- North Coastal Consortium for Special Education, 2001
- Autism Society of America, 2001
- Long Beach/South Bay ASA 2002

## UNIVERSITY COMMITTEE SERVICE

- Quality Assurance Committee, Child Psychology and Partial Hospitalization (UCLA)
- Psychology Training Committee, From 1987 to Present (UCLA)
- Academic Senate Committee, 1988 to Present
- Dual Dissertation Committees (Co-chair of one) Department of Psychology/UCLA) 1992-Present
- Post-doctoral Research Trainee, 1993 – present (UCLA)
- Developmental Disabilities Advisory Board, UCLA, 1999-2000
- Dissertation Committees, 2005-2006 (UCLA)
- Dissertation Committee, Claremont Colleges, 2006

## PROFESSIONAL SOCIETY MEMBERSHIPS

- Child Clinical Psychology Division of American Psychological Association (Charter Member)
- Society for Pediatric Psychology International Committee, National Society for Autistic Children
- Panel Professional Advisors, Autism Society of America, 1992 – present
- American Psychological Association
- Autism Society of America

## EDITORIAL BOARDS
- Associate Editor, Focus on Autism and other Developmental Disabilities- 2000-Present
- Handbook of Autism and Pervasive Developmental Disorders, 2002
- Handbook of Autism, California Department of Developmental Disabilities, 2002-present
- Autism News of Orange County, 2004 – present
- TAP Magazine, 2005 - present

## EDITORIAL SERVICES TO SCHOLARLY PUBLICATIONS (since last evaluation)
- Journal of Autism and Developmental Disorders (3 manuscripts)
- Journal of American Academy of Child and Adolescent Psychiatry
- Journal of Consulting and Clinical Psychology
- Analysis and Intervention in Developmental Disabilities
- Archives of General Psychiatry (2 manuscripts)

## CONSULTING ACTIVITIES
| | |
|---|---|
| 1979-85 | KCOP "Save Autistic Children Telethon" |
| 1981-Present | California Regional Centers |
| 1984-Present | Utah Society for Autistic Children |
| 1986 | In House Radio Interview (KMPC) |
| 1988 | In-House Radio Interview (KBRT) |
| 1990 | Larry King Live, "Autism" |
| 1991 | Pasadena Unified School District |

22

## CONSULTING ACTIVITIES – cont'd.
| | |
|---|---|
| 1991, 1992 | Canyon Hills School District |
| 1992 | Clark County School District, Athens, Georgia |
| 1991, 1992 | World Vision Relief and Development |
| 1991, 1992 | Juneau Alaska School District |
| 1990-1996 | Department of Pediatrics, University of Timisoara, Romania |
| 2000-2001 | Alabama State Department of Education |
| 2000-2003 | Autism Partnership, Hong Kong China and Bangkok Thailand |
| 2001-2002 | San Luis Obispo County Office of Education |

| 2001-2003 | Chattanooga Unified School District, Chattanooga TN |
| 2001-2005 | Fayette County Unified School District, Fayette GA |
| 2002-2005 | Las Virgenes Unified School District, Las Virgenes CA |
| 2002-2003 | Vista Unified School District, Vista CA |
| 2002-2003 | Westview School, Houston TX |
| 2003 | Columbia County Unified School District, Columbia GA |
| 2003 | Hernando County Unified School District, Hernando FL |
| 2003 | Newhall Unified School District, Newhall CA |
| 2003 | San Diego County SELPA |
| 2003 | San Luis Obispo SEPA |
| 2004 | Burbank Unified School District |
| 2004 | Newport Mesa Unified School District |
| 2004-2005 | Magnolia School District |
| 2004-2005 | Las Alamitos School District |
| 2004-2005 | Saddleback Unified School District |
| 2004-2005 | Norwalk-La Mirada School District |

**COMMUNITY SERVICE ACTIVITIES** - Evaluations, Consultations and Lectures

1. Long Beach Society for Autistic Children
2. Professional Advisory Board, Ohio Society for Autistic Children
3. Los Angeles Autism Society of America (ASLA)
4. Norwalk-La Mirada Unified School District
5. Canyon Hills School District
6. Tacoma-Washington Unified School District
7. World Vision Relief and Development, ROSES Program, Romania
8. Autism Society of America: Tennessee State Chapter, Washington State Chapter, CA: Los Angeles, Long Beach, San Gabriel Valley, & Ventura County chapters
9. Adults with Autism, California Autism Society of America
10. Regional Centers of California: Westside, Harbor, Orange County, Inland Counties, South Central Los Angeles
11. Consultant, Pepperdine University, School Superintendents, April 2005

School Districts:
1992-1997:

- Anaheim Unified School District, CA
- Saddleback Unified School District, CA
- ABC Unified School District, CA
- Ladera Heights Unified School District, CA
- California School Psychologists
- Marin County School District, CA
- Riverside County School District, CA
- Hurst-Eulis School District, Bedford, Dallas, TX
- Fulton County School District, Atlanta, Georgia
- Bellflower Unified School District, CA
- Houston Unified School District, Stewart County, FL
- Los Angeles Unified School District, CA

23

(School Districts – cont'd.)

- Santa Barbara County Schools, CA
- ABC Unified School District, CA
- Bloomington, MI School District
- South Bay School for Autism, CA

1998- 2002:
- San Marcos School District, CA
- Vista School District (2001, 2002), CA

- Long Beach School District, CA
- Saddleback School District, CA
- San Luis Obispo School District (2001, 2002), CA
- Greater Anaheim SELPA, CA
- Huntsville School District, Alabama
- Key West, Florida (2001, 2002)
- Santa Clarita School District
- Los Angeles Unified School District, CA
- North Consortium for Special Education, CA

2003-2006
- Las Virgenes Unified School District, CA
- Burbank Unified School District, CA
- Saddleback Unified School District, CA
- Norwalk-La Mirada Unified School District, CA
- Los Alamitos Unified School District, CA
- Magnolia Unified School District, CA
- Montebello Unified School District, CA
- Key West School District, Florida
- Clinton School District, Tennessee
- Fayette County Schools, Fayetteville Georgia
- California Association of Suburban School Districts

Grand Rounds: 1992-1994
- Long Beach Memorial Hospital
- Kaiser Mental Hospital, Kaiser Pediatrics, Whittier
- Torrance Memorial Hospital
- University of Miami, Department of Pediatrics

Media Interviews:
1. Vital Signs, UCLA - Programs Help Autistic Children Succeed, April 2000
2. Los Angeles Times, March 2001
3. French Consulate, May 2001
4. Discovery Channel, Fires of the Mind, 2001
5. KCAL News, 2001
6. Fox News, May 2002
7. New York Times, May 2002
8. PBS, May 2002

**Professional Advisory Boards:**
1987- Present: Ohio Society for Autism, Professional Advisory Board
1990- Present: Autism Society of America, Professional Advisory Board
               Professional Advisory Board, Main Street Children's Foundation
               Professional Advisory Board, Area Board 10 for Developmental Disabilities
1994- Present: California Department of Developmental Services Advisory Board on Autism

24

**(Professional Advisory Boards –cont'd.)**
1994- Present: Blue Ribbon Panel on Autism, California Department of Developmental Services
               Westview School, Houston TX
               South Bay School for Autism
               Autism Treatment Services of Canada
               Frank Porter Graham Developmental Disabilities Program
2003   Autism Newsletter of Orange County
2004   TAP Board of Directors

Board of Directors

_Special needs Network_

1994- Present: Lattice Foundation for Handicapped Children
ASA Foundation Research Board

**Managed Care Lectures** (1998-2000):
- FHP
- Metra Health
- Blue Cross
- PacificCare
- Managed Health Network

**Legal Casework & Testimony**

D.C. vs. Coffee County Schools, 1998
G.P. vs. Collier County Public Schools, Collier County FL, 1999
A.Y. vs. Vista Unified School District, Vista CA, 1999
Deposition, Ashbury vs. Missouri Department of Education, January 2000
H.P. vs. Inland County Regional Center, San Bernardino CA, January 2000
Lucia Mar Unified School District & San Luis Obispo County Office of Education vs. J.T., March 2002
K.Y. vs. East Los Angeles Regional Center, Los Angeles CA, February 2000
J.W. vs. North Los Angeles Regional Center, Los Angeles CA, March 2000
J. N. vs. Regional Center of Orange County, Orange CA, December 2000
R vs. Long Beach Unified School District, Long Beach CA, June 2001
A.D. vs. Inland County Regional Center, San Bernardino CA, August 2001
P.F. vs. U.S. Dept. fo Immigration, 2002
B.R. vs. Harbor Regional Center, Los Angeles CA, March 2002
N.B. vs. Lanterman Regional Center, Los Angeles CA, July 2002
J.L. vs. Inland County Regional Center, San Bernardino CA, September 2002
J.K. vs. Lanterman Regional Center, Los Angeles CA, December 2002
Z.D. vs. Chattanooga Unified School District, Chattanooga TN, January 2003
C.C. vs. Department of Developmental Services, Los Angeles CA, February 2003
G.P. & DP vs. Palos Verdes Unified School District, Palos Verdes CA, March 2003
V.K. vs. Harbor Regional Center, Los Angeles CA, May 2003
C.H. vs. U.S. Immigration Office, Los Angeles CA, June 2003
Jones vs. Department of Vocational Rehabilitation, Los Angeles CA, June 2003
Z.D. vs. Chattanooga Unified School District, Chattanooga TN, July 2003
D.T. vs. Fayette County, September 2003
Rae vs. Los Angeles County Office of Education, Los Angeles CA February, 2004
C.K. vs. Tri-Counties Regional Center, February 2004
Las Virgenes Unified School District vs. B.B., January 2004
Las Virgenes Unified School District vs. S.K., March 2004
J.R. vs. Las Virgenes Unified School District, August 2004
Las Virgenes Unified School District vs. H.B., September 2004
J.M. & E.M. vs. Lanterman Regional Center, September 2004
A.H. vs. Magnolia School District, October 2004
LVUSD vs. S.K., June 2005
P.L. vs. Regional Center of Orange County, 2005
J.M. vs. LVUSD, March 2006

25

000051