FILE COPY

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF HAWAII

3                                    CERTIFIED COPY

4    ANN KIMBALL WILES and STANLEY      )
     BOND, individually and as next     )
5    friends of their son, BRYAN        )
     WILES-BOND, a minor,               )
6                                        )
                Plaintiffs,              )  CIVIL No.
7                                        )  CV-04-00442 HG/BMK
     vs.                                 )  CV 05-00247 HG/BMK
8                                        )
     DEPARTMENT OF EDUCATION,            )  CONSOLIDATED
9    State of Hawaii, and ALVIN RHO,     )  (Other Civil Action)
     in his official capacity as West   )
10   Hawaii District Superintendent,     )
                                         )
11              Defendants.              )
     _____)

12

13

14                   DEPOSITION OF

15              BETTY JO FREEMAN, PH.D.

16              LOS ANGELES, CALIFORNIA

17                SEPTEMBER 24, 2007

18

19   ATKINSON-BAKER, INC.
     COURT REPORTERS
20   (800) 288-3376
     WWW.DEPO.COM

21

22   REPORTED BY:   TONI COHEN, CSR. NO. 9871

23   FILE NO.:  A107854

24

25              EXHIBIT __"E"__

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF HAWAII

3

4    ANN KIMBALL WILES and STANLEY      )
     BOND, individually and as next     )
5    friends of their son, BRYAN        )
     WILES-BOND, a minor,               )
6                                       )
                   Plaintiffs,          ) CIVIL No.
7                                       ) CV-04-00442 HG/BMK
     vs.                                ) CV 05-00247 HG/BMK
8                                       )
     DEPARTMENT OF EDUCATION,           ) CONSOLIDATED
9    State of Hawaii, and ALVIN RHO,    ) (Other Civil Action)
     in his official capacity as West   )
10   Hawaii District Superintendent,    )
                                        )
11                 Defendants.          )
     _____)

12

13

14        DEPOSITION OF BETTY JO FREEMAN, PH.D., taken on

15   behalf of the Defendant, at 6101 West Century Boulevard,

16   Los Angeles, California, at 8:58 a.m., on Monday,

17   September 24, 2007, before Toni Cohen, CA CSR No. 9871/NV

18   CCR No. 793.

19

20

21

22

23

24

25

2

1          Now, Doctor, you said that you had some

2     telephone contact with Dr. Daniel LeGoff?

3          A    Yes.

4          Q    How many?

5          A    I know I talked to him during the first

6     assessment.  And I believe I spoke to him this past June

7     when he was doing another assessment, but I couldn't

8     swear to that, to be honest.  I have no record of it, but

9     I vaguely remember talking to him.  And I know I spoke to

10    the mother on the day he was supposed to be there, but I

11    don't know whether I spoke with him or not.  I think I

12    might just have been provided a copy of his report.

13         Q    So you have a recollection of speaking with

14    Dr. LeGoff at least once during the first assessment?

15         A    Yes, I know I did.  I remember that.

16         Q    That would be 2006?

17         A    2006, yes.

18         Q    You may have spoken with him during this past

19    June?

20         A    Yes.  If I did, it was a very short

21    conversation.  I just don't remember.

22         Q    Did you review Dr. LeGoff's reports?

23         A    Yes, I did.

24         Q    Did you rely on any portion of his report to

25    form any of your opinions?

1      A    Well, I tend to form independent opinions, but

2  I happen to agree with a lot of his report.  And he found

3  the same things I did, and there seemed to be agreement

4  between us about what was going to happen with Bryan,

5  what his outcome would be.  I might disagree with him on

6  whether or not Bryan is going to need residential

7  placement.  Maybe, I don't know.

8      Q    Do you have an opinion on that?

9      A    Right now it's hard to tell.  I mean, the

10  problem with group homes for him is they're not equipped

11  to do teaching.  And the people -- I mean, it's just like

12  a place to live.  Even level -- what's called Level IV

13  Group Homes in California -- I believe Dr. Goka refers to

14  those -- they're not teaching homes -- and Bryan still

15  has a lot to learn -- as opposed to a residential

16  programs.

17           And everybody keeps saying -- the May Institute

18  is one, Bancroft is another one -- they're few and far

19  between -- where he would be also in a teaching

20  situation.

21           Your goal is for him to live in the community.

22  That's our goal.  I suspect he's not going to be ready to

23  do that at 21 or 22 when he's out of school because he

24  lost a lot of time in his -- in his development.  The

25  hope is that some day he might be able to live in a group

1 interfering behaviors occurring.  At five, it's easier to

2 remediate hitting than in a big seventeen-year-old.

3          So that's the way I think about that.  And I

4 think there's some studies about people talking about

5 that in terms of brain development.  But as I indicated

6 to you earlier, that's not my area of expertise.

7      Q    I believe we talked earlier about

8 neuroplasticity, and you're not going to offer any

9 opinion on that?

10     A    No.

11     Q    Do you have an understanding of what

12 Dr. LeGoff's role is in this case?

13     A    Similar to mine.  I think Dr. LeGoff was doing

14 assessments and --

15     Q    What you did?

16     A    Well, but he had seen Bryan previously; so his

17 role was to sort of make what I call a movie of Bryan,

18 where he sees him over time.  My role was to come in and

19 say, from my opinion, in my experience with children with

20 autism, because -- I understand I might be a little older

21 than Dr. LeGoff, but I'm not positive -- but I've been

22 doing this for long time.  From my point of view, in

23 terms of whatever my expertise is, how did I see this.

24          But clearly there was lot of overlap in what we

25 did.

1    Q    I'm just trying to understand your role --

2    A    That's how I understand it.

3    Q    I, basically, see you both doing the same

4 thing?

5    A    In a lot of ways, we did.

6    Q    So in your mind -- well, in your opinion, this

7 so-called, quote/unquote, window of opportunity

8 terminology is outdated?

9    A    Well, I don't understand what it means.

10 Because I think -- as -- the way I understand it is that

11 people use that to say it's too late, that if a child is

12 past the, quote, window of opportunity -- nobody's every

13 said when it was, then it's too late to do intervention

14 and you're wasting your time.  In my experience and in my

15 research, that's not what you see.

16    Q    Your experience including those children that

17 you've had -- apraxia.

18    A    Yes.  It includes children that come -- as I

19 said to you.  I've can give you an example.

20    Q    Okay.

21    A    We had a 55-year-old man come to us.  He had

22 been living in an institution.  He was on about six or

23 seven medications.  He was very aggressive.  His outcome

24 included -- he now lives in a group home in San Diego and

25 has a job and he's off medication.