```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3                                      CERTIFIED COPY

 4    ANN KIMBALL WILES and      ) CIVIL NO. CV 04-00442 HG/BMK
      STANLEY BOND, individually) CIVIL NO. CV 05-00247 HG/BMK
 5    and as next friends of     ) CONSOLIDATED
      their son, BRYAN           )  (Other Civil Action)
 6    WILES-BOND, a minor,       )
                                 )
 7             Plaintiffs,       ) * CORRECTED TRANSCRIPT *
                                 )
 8         vs.                   )      OCTOBER 2, 2007
                                 )
 9    DEPARTMENT OF EDUCATION,   )
      State of Hawaii, and ALVIN)
10    RHO, in his official       )
      capacity as West Hawaii    )
11    District Superintendent,   )
                                 ) TRIAL: December 4, 2007
12             Defendants,       )
      _____

13

14                       DEPOSITION OF

15                 DANIEL B. LEGOFF, PH.D.

16    FOR THE OFFICES OF WATANABE, ING & KOMEIJI, LLP

17                   VOORHEES, NEW JERSEY

18                     AUGUST 23, 2007

19

20

21    ATKINSON-BAKER, INC.
      500 North Brand Boulevard, Third Floor
22    Glendale, California 91203
      (818) 551-7300

23

24    REPORTED BY:  ANGELA M. KING, RPR, CSR

25    FILE NO.:  A106C36
```

EXHIBIT "D"

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4   ANN KIMBALL WILES and      ) CIVIL NO. CV 04-00442 HG/BMK
     STANLEY BOND, individually ) CIVIL NO. CV 05-00247 HG/BMK
 5   and as next friends of     ) CONSOLIDATED
     their son, BRYAN           ) (Other Civil Action)
 6   WILES-BOND, a minor,       )
                                )
 7             Plaintiffs,      )
                                )
 8        vs.                   )
                                )
 9   DEPARTMENT OF EDUCATION,   )
     State of Hawaii, and ALVIN )
10   RHO, in his official       )
     capacity as West Hawaii    )
11   District Superintendent,   )
                                )
                                ) TRIAL: December 4, 2007
12             Defendants,      )

13
```

14

15  Deposition of Daniel B. LeGoff, Ph.D., taken on behalf

16  of Defendant, at 1000 Laurel Oak Road, Voorhees, New

17  Jersey, commencing at 8:00 a.m. on Thursday, August 23,

18  2007, Angela M. King, RPR.

19

20

21

22

23

24

25

                                                                2

```
 1                       A P P E A R A N C E S
 2

 3    FOR THE PLAINTIFFS           DAVIS, LEVIN, LIVINGSTON,
      Ann Kimball Wiles,           GRANDE
 4    Stanley Bond, and            STANLEY E. LEVIN, Esquire
      Bryan Wiles-Bond             BRUCE ELLIS, PARALEGAL
 5                                 400 Grande Place
                                   851 Fort Street
 6                                 Honolulu, Hawaii 96813

 7
                                   CARL M. VARADY, Esquire
 8                                 American Savings Bank Tower
                                   1001 Bishop Street
 9                                 Suite 2870
                                   Honolulu, Hawaii 9813
10                                    (No Appearance)

11
      FOR THE DEFENDANTS           DEPARTMENT of the ATTORNEY
12    Department of Education,     GENERAL, STATE OF HAWAII
      State of Hawaii, and         MARK J. BENNETT,
13    Alvin Rho:                      Attorney General
                                   GARY K.H. KAM
14                                 GEORGE S.S. HOM
                                   HOLLY T. M. SHIKADA,
15                                    Deputy Attorneys General
                                   235 S. Beretania Street,
16                                 Suite 304
                                   Honolulu, Hawaii 96813
17                                    (No Appearance)

18
                                   WATANABE, ING & KOMEIJI, LLP
19                                 JOHN T. KOMEIJI, Esquire
                                   GREGG M. USHIRODA, Esquire
20                                 999 Bishop Street,
                                   23rd Floor
21                                 Honolulu, Hawaii 96813

22

23

24

25
```

1    A. It's a letter from me to Mr. Levin
2    dated December 13, 2005.
3    Q. And what does this letter purport to
4    convey to Mr. Levin?
5    A. It provides a summary of estimated
6    costs of residential, remedial and educational
7    services for Bryan. Both like the actual costs
8    and estimation of the portion of costs that have
9    directly resulted from previous education and
10   neglect.
11   Q. Are you going to offer an opinion --
12   what is educational neglect?
13   A. Lack of provision of services as
14   specified in child's IEP or lack of provision of
15   educational services according to current best
16   practice standards.
17   Q. I'm sorry. Lack of provision of
18   services in a accordance with --
19   A. According to the IEP. Or if the IEP
20   was inaccurate, then according to educational
21   standards.
22   Q. Do you have an opinion -- are you going
23   to render an opinion on Bryan's IEP whether it
24   was adequate or not?
25   A. That hasn't come up. I haven't been

117

1   asked to evaluate the adequacy of his IEP.  But
2   simply, it's pointed out that the IEP was not
3   implemented as written.
4        Q.  Is that something you assumed or were
5   told to assume?
6        A.  No.  There was documentation that I
7   provided.
8        Q.  Okay.  And the other component of --
9   the other aspect of educational neglect was lack
10  of provision of services according to best
11  practice standards?
12       A.  Right.
13       Q.  When you say best practice standards as
14  it relates to the provision of services, what do
15  you mean?
16       A.  Guidelines of the National Research
17  Counsel, Panel and Autism, the best practice
18  documents of State of California, and the State
19  of New York, State of New Jersey, and current
20  educational literature relevant to children with
21  autism.
22       Q.  In those sources -- did you consult
23  those sources of information?
24       A.  Yes.
25       Q.  And those sources set forth a best

```
 1   practice standard with respect to the provision
 2   of educational service to autistic children?
 3        A.   Yes.  There's specific education
 4   guidelines.
 5        Q.   These guidelines accepted nationally?
 6        A.   I think it's -- the determination is
 7   made state by state in terms of what guidelines
 8   are used, if any.
 9        Q.   Does Hawaii have a best practice
10   guideline?
11        A.   There wasn't one as of the time I left
12   Hawaii, but it might be one now.
13        Q.   When did you leave Hawaii?
14        A.   2002 was it?  About five years ago.
15        Q.   At the time you left Hawaii there was
16   no best practice guideline with regard to the
17   provision of educational services?
18        A.   There wasn't a published -- I don't
19   think the State of Hawaii had published a best
20   practice guideline.
21        Q.   Do you know if they subsequently
22   published a best practice?
23        A.   I don't know.
24        Q.   So in this case, have you been asked to
25   render an opinion whether there was educational
```

neglect in this case?

A. No. I think that was more or less determined by the hearing officer in the due process cases that were prior to my being involved. I wasn't involved in any of the due process hearings.

Q. You're not going to render an opinion, you're feeling on whether there was educational neglect or not?

A. No. I think the other witnesses may address that.

Q. Which witnesses?

A. People that were involved in the provision of his services. Maybe Dr. Copeland or Dr. Smalley.

Q. And your basis for stating there was educational neglect is based on what facts?

A. Mostly the findings of due process, hearings, and the records -- educational records.

(Exhibit 15 was marked for identification.)

BY MR. USHIRODA:

Q. Dr. LeGoff, I'm handing you what has been marked as Exhibit 15 to your deposition. Can you please identify that document, sir.