392191.2

**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA**  #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**      #2498-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>          Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO THE FELIX CONSENT DECREE AND CONTEMPT ORDER DATED JUNE 1, 2000; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

|   |   |
|---|---|
| ) | **HEARING:** |
| ) | DATE: January 24, 2008 |
| ) | TIME: 10:00 a.m. |
| ) | JUDGE: Honorable Alan C. Kay |
| ) | **TRIAL:** February 26, 2008 |

### DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO THE FELIX CONSENT DECREE AND CONTEMPT ORDER DATED JUNE 1, 2000

Comes now Defendant DEPARTMENT OF EDUCATION ("the DOE"), by and through its attorneys, WATANABE ING & KOMEIJI LLP, and hereby moves this Hhonorable Court for an order prohibiting Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, Bryan Wiles-Bond, a minor (collectively "Plaintiffs"), their attorneys, representatives, and lay and expert witnesses, from referring to, discussing, mentioning or in any way suggesting or otherwise introducing any testimony, expert or otherwise, relating to the Felix Consent Decree and Contempt Order dated June 1, 2000.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and all applicable Local Rules of Practice for the United States District Court for the District of Hawaii, and Rule[s] 201, 401, 402, and 403 of the Federal Rules of Evidence, and is based upon the attached memorandum in support

of motion, the declaration, exhibits and the entire record and files herein.

DATED: Honolulu, Hawaii, January 7, 2008.

<u>/s/ Gregg M. Ushiroda</u>
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants