1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF HAWAII

3                                          **CERTIFIED COPY**

4     ANN KIMBALL WILES and      ) CIVIL NO. CV 04-00442 HG/BMK
      STANLEY BOND, individually) CIVIL NO. CV 05-00247 HG/BMK
5     and as next friends of     ) CONSOLIDATED
      their son, BRYAN           )   (Other Civil Action)
6     WILES-BOND, a minor,       )
                                 )
7              Plaintiffs,       ) * CORRECTED TRANSCRIPT *
                                 )
8         vs.                    )   OCTOBER 2, 2007
                                 )
9     DEPARTMENT OF EDUCATION,   )
      State of Hawaii, and ALVIN )
10    RHO, in his official       )
      capacity as West Hawaii    )
11    District Superintendent,   )
                                 ) TRIAL: December 4, 2007
12             Defendants,       )
      _____

13

14                    DEPOSITION OF

15                DANIEL B. LEGOFF, PH.D.

16     FOR THE OFFICES OF WATANABE, ING & KOMEIJI, LLP

17                 VOORHEES, NEW JERSEY

18                  AUGUST 23, 2007

19

20

21    ATKINSON-BAKER, INC.
      500 North Brand Boulevard, Third Floor
22    Glendale, California 91203
      (818) 551-7300

23

24    REPORTED BY: ANGELA M. KING, RPR, CSR

25    FILE NO.: A106C36                **EXHIBIT "A"**

1    asked to evaluate the adequacy of his IEP.  But

2    simply, it's pointed out that the IEP was not

3    implemented as written.

4        Q.  Is that something you assumed or were

5    told to assume?

6        A.  No.  There was documentation that I

7    provided.

8        Q.  Okay.  And the other component of --

9    the other aspect of educational neglect was lack

10   of provision of services according to best

11   practice standards?

12       A.  Right.

13       Q.  When you say best practice standards as

14   it relates to the provision of services, what do

15   you mean?

16       A.  Guidelines of the National Research

17   Counsel, Panel and Autism, the best practice

18   documents of State of California, and the State

19   of New York, State of New Jersey, and current

20   educational literature relevant to children with

21   autism.

22       Q.  In those sources -- did you consult

23   those sources of information?

24       A.  Yes.

25       Q.  And those sources set forth a best

1   practice standard with respect to the provision

2   of educational service to autistic children?

3        A.   Yes.   There's specific education

4   guidelines.

5        Q.   These guidelines accepted nationally?

6        A.   I think it's -- the determination is

7   made state by state in terms of what guidelines

8   are used, if any.

9        Q.   Does Hawaii have a best practice

10  guideline?

11       A.   There wasn't one as of the time I left

12  Hawaii, but it might be one now.

13       Q.   When did you leave Hawaii?

14       A.   2002 was it?   About five years ago.

15       Q.   At the time you left Hawaii there was

16  no best practice guideline with regard to the

17  provision of educational services?

18       A.   There wasn't a published -- I don't

19  think the State of Hawaii had published a best

20  practice guideline.

21       Q.   Do you know if they subsequently

22  published a best practice?

23       A.   I don't know.

24       Q.   So in this case, have you been asked to

25  render an opinion whether there was educational