393329.1

MARK J. BENNETT           #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM             #4391-0
GEORGE S. S. HOM          #2487-0
HOLLY T. M. SHIKADA       #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI          #2498-0
GREGG M. USHIRODA        #5868-0
LEIGHTON M. HARA         #7826-0
ROSS T. SHINYAMA         #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | CIVIL NO. CV 04-00442 ACK-BMK CIVIL NO. CV 05-00247 ACK-BMK CONSOLIDATED (Other Civil Action) |
| Plaintiffs, | DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE |
| vs. | TO EXCLUDE ANECDOTAL EVIDENCE OF OTHER AUTISTIC INDIVIDUALS' |
| DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, | PROGRESS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG M. USHIRODA; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| Defendants. | |

```
                              )  HEARING:
                              )  DATE:  January 24, 2008
                              )  TIME:  10:00 a.m.
                              )  JUDGE: Honorable Alan
                              )  TRIAL: February 26, 2008
_____)
```

DEFENDANT DEPARTMENT OF EDUCATION'S
MOTION IN LIMINE TO EXCLUDE ANECDOTAL EVIDENCE
OF OTHER AUTISTIC INDIVIDUALS' PROGRESS

Comes now Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through its attorneys, WATANABE ING & KOMEIJI LLP, and hereby moves this Honorable Court for an order prohibiting Plaintiffs ANN KIMBALL WILES ("Kim Wiles") and STANLEY BOND, individually and as next friends of their son, Bryan Wiles-Bond, a minor (collectively "Plaintiffs"), their attorneys, representatives, and lay and expert witnesses, from referring to, discussing, mentioning or in any way suggesting or otherwise introducing any anecdotal evidence of the progress of autistic individuals other than Plaintiff Bryan Wiles-Bond.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, all applicable Local Rules of Practice for the United States District Court for the District of Hawaii, and Rules 401, 402, 403, 702 and 703 of the Federal Rules of Evidence, and is based upon the attached memorandum in support of

motion, the declaration, exhibits and the entire record and files herein.

   DATED:  Honolulu, Hawaii, January 7, 2008.

           /s/ Gregg M. Ushiroda
          JOHN T. KOMEIJI
          GREGG M. USHIRODA
          LEIGHTON M. HARA
          ROSS T. SHINYAMA

          GARY K.H. KAM
          GEORGE S.S. HOM
          HOLLY T. SHIKADA

          Attorneys for Defendants