IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>         Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>         Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO EXCLUDE ANECDOTAL EVIDENCE OF OTHER AUTISTIC INDIVIDUALS' PROGRESS*, was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on January 7, 2008:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI 96813

        and

CARL M. VARADY, ESQ.
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, January 7, 2008.


                        /s/ Gregg M. Ushiroda
                        JOHN T. KOMEIJI
                        GREGG M. USHIRODA
                        LEIGHTON M. HARA
                        ROSS T. SHINYAMA

                        GARY K.H. KAM
                        GEORGE S.S. HOM
                        HOLLY T. SHIKADA

                        Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 ACK-BMK; Certificate of Service