392971.1

**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**     #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**     #2498-0
**GREGG M. USHIRODA**   #5868-0
**LEIGHTON M. HARA**    #7826-0
**ROSS T. SHINYAMA**    #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO LIMIT THE TESTIMONY OF SHELBY FLOYD; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG M. USHIRODA; EXHIBITS "A"-"E"; CERTIFICATE OF SERVICE |

|  |  |
|---|---|
| ) | **HEARING:** |
| ) | DATE: January 24, 2007 |
| ) | TIME: 10:00 a.m. |
| ) | JUDGE: Honorable Alan C. Kay |
| ) | **TRIAL:** February 26, 2008 |

## DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO LIMIT THE TESTIMONY OF SHELBY FLOYD

Comes now Defendant DEPARTMENT OF EDUCATION("DOE" or in the alternative, "Defendant"), by and through it's attorneys, WATANABE ING & KOMEIJI LLP, and hereby moves this Honorable Court for an order prohibiting Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, Bryan Wiles-Bond, a minor (collectively "Plaintiffs"), their attorneys, representatives, and lay and expert witnesses, from referring to, discussing, mentioning or in any way suggesting or otherwise introducing any testimony by Shelby Floyd that is beyond matters of direct contact between herself and the Department of Education officials for which Plaintiffs are not able to testify to because they were not direct parties or because they were not present.

In addition, any testimony by Shelby Floyd should be precluded to the extent it is irrelevant, prejudicial, unduly cumulative and inadmissible hearsay.  Further, Ms. Floyd should be excluded from testifying to any communications relating to compromise, offers to compromise, and mediation proceedings between Plaintiffs and the DOE including, but not limited to, the

July 1, 2002 Release and Settlement Agreement. Finally, Ms. Floyd should be precluded from rendering any expert opinions.

This motion is made pursuant to Rule 7 and 26 of the Federal Rules of Civil Procedure and all applicable Local Rules of Practice for the United States District Court for the District of Hawaii, and Rule[s] 401, 402, 403, 408, 801, and 802 of the Federal Rules of Evidence, and is based upon the attached memorandum in support of motion, the declaration, exhibits and the entire record and files herein.

DATED: Honolulu, Hawaii, January 7, 2008.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants