IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S REQUESTED JURY INSTRUCTIONS* was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on January 7, 2008:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI   96813

    and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, January 7, 2008.


      /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

_____
Ann Kimball Wiles, et al., Plaintiffs vs. Department of
Education, et al., Defendants; Civil No. 04-00442 ACK-BMK;
Certificate of Service