393038.1

**MARK J. BENNETT      #2672-0**
Attorney General, State of Hawaii
**HOLLY T. M. SHIKADA #4017-0**
**GARY K.H. KAM       #4391-0**
**GEORGE S. S. HOM    #2487-0**
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  holly.t.shikada@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI      #2498-0**
**GREGG M. USHIRODA    #5868-0**
**LEIGHTON M. HARA     #7826-0**
**ROSS T. SHINYAMA     #8830-0**
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>          Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S FINAL COMPREHENSIVE WITNESS LIST; CERTIFICATE OF SERVICE**<br><br><br>**TRIAL: February 26, 2008** |

**DEFENDANT DEPARTMENT OF EDUCATION'S**
**FINAL COMPREHENSIVE WITNESS LIST**

Comes now Defendant DEPARTMENT OF EDUCATION, State of Hawaii ("DOE"), by and through its attorneys, WATANABE ING & KOMEJI LLP, hereby identifies the following witnesses whom the DOE expects to call at trial, provides a concise description of the testimony to be given, and estimates the time required for direct examination:

| Witness | Testimony | Time |
|---------|-----------|------|
| Art Souza | Mr. Souza is the current West Hawaii District Superintendent and was the former principal at Waikoloa Elementary School. Mr. Souza will testify as to his observations and interactions with Plaintiffs, and participation and implementation of the IEPs. | 0.5 hr. |
| Nancy Perry | Ms. Perry is a retired SPED teacher, and was one of Bryan Wiles-Bond's SPED teachers at Waikoloa Elementary School for the 1999-2000 school year. She will testify as to her observations and interactions with Bryan Wiles-Bond and his parents, and participation and implementation of his IEPs. | 1.0 hr. |

| Witness | Testimony | Time |
|---------|-----------|------|
| Judith Radwick | Ms. Radwick was the District Education Specialist for the West Hawaii school district from 1999 until May 2004.  She will testify as to her observations and interactions with Plaintiffs, participation and implementation of the IEPs, the cost of Bryan Wiles-Bond's education program, interactions with the provider agencies, efforts to recruit and train skills trainers, availability of resources, efforts to comply with the administrative court orders and the Settlement Agreement, and her declaration. | 3.0 hr. |
| Tristine Graetz | Ms. Graetz is an Educational Assistant ("EA") at Honaunau Elementary School.  She was the EA assigned to Bryan Wiles-Bond at Waikoloa Elementary School for the 1999-2000 school year and was also hired by Plaintiffs to provide home care in 1999.  Ms. Graetz will testify as to her observations and interactions with Bryan Wiles-Bond and his parents, home conditions, Bryan Wiles-Bond's program, and implementation of his IEP. | 1.0 hr. |
| John Walker | Mr. Walker is a SPED teacher at Waikoloa Elementary School, and was Bryan Wiles-Bond's SPED teacher for the 1999-2000 school year at Waikoloa Elementary School.  He will testify as to his observations and interactions with Byran Wiles-Bond and his parents, and participation in and implementation of the IEPs. | 1.0 hr. |

- 3 -

| Witness | Testimony | Time |
|---|---|---|
| Rebecca Pierson | Ms. Pierson is the Autism Resource Teacher in the West Hawaii District Office, and was Bryan Wiles-Bond's SPED teacher at Kealakehe Elementary School from 2000 to 2003.  Ms. Pierson also worked with Bryan Wiles-Bond during the Summer 2004 ESY session.  She will testify as to Bryan Wiles-Bond's program, toileting issues, interactions with Bryan Wiles-Bond and his parents, participation and implemention of the IEPs, and her declaration. | 1.5 hr. |
| Wendy Clark | Ms. Clark is an occupational therapist with the DOE at Kahakai Elementary School.  She will testify as to occupational therapy services to Bryan Wiles-Bond from July 7, 2000 to December 1, 2003.  She will testify as to services provided to Bryan Wiles-Bond, assessments and evaluations, toileting issues, observations and interactions with Bryan Wiles-Bond and his parents, and observations and interactions with other persons involved in his education program. | 1.0 hr. |

| Witness | Testimony | Time |
|---------|-----------|------|
| Dru Copeland, Ph.D. | Dr. Copeland was the Intensive Instructional Services Consultant from September 2002 to January 2005. Dr. Copeland will testify as to her observations and interactions with Plaintiffs, her observations and interactions with other persons involved in Bryan Wiles-Bond's program, skills trainer shortage, participation and implementation of the IEPs, supervising and training skills trainers, participation in due process hearings, DOE's efforts to implement IEPs and provide services, the DOE's efforts to recruit and train skills trainers. | 4.0 hr. |
| Alvin Rho | Mr. Rho was the West Hawaii Complex Area Superintendent until December 31, 2004.  He will testify as to efforts to implement the IEPs and provide services, funding of Bryan Wiles-Bond's education program, approval of funding to hire Pacific Child and Family Associates, availability of resources, efforts to comply with the administrative court orders and the Settlement Agreement. | 1.0 hr. |

| Witness | Testimony | Time |
|---------|-----------|------|
| Barbara Coffman | Ms. Coffman is a social worker with Kona Hospice.  She provided skills trainer services to Bryan Wiles-Bond from October 2002 to December 2002. She then became the DOE's autism social worker from December 2002 to February 2005.  Ms. Coffman will testify as to her training, her observations and interactions with Bryan Wiles-Bond and his parents, Bryan Wiles-Bond's program, home conditions, DOE's efforts to provide Bryan Wiles-Bond with his education program, and her declaration. | 1.0 hr. |
| Linda Price | Ms. Price is the current District Educational Specialist for the West Hawaii school district, and was the Child & Family Service ("CFS") program coordinator from 2002 until September 2004.  She will testify as to her observations and interactions with Plaintiffs, participation and implementation of the IEPs, efforts to recruit and train skills trainers, efforts to comply with the administrative court orders and the Settlement Agreement, availability of resources, and her declaration. | 2.0 hr. |

| Witness | Testimony | Time |
|---|---|---|
| Kelly Stern | Ms. Stern is the current director of student services at Waimea Middle School, and was The Institute For Family Enrichment's ("TIFFE") program administrator from February 3, 2003 to August 1, 2005.  She will testify as to her observations and interactions with Plaintiffs, participation and implementation of the IEPs, interactions with other provider agencies, efforts to recruit and train skills trainers, efforts to comply with the administrative court orders and the Settlement Agreement, and her declarations. | 4.0 hr. |
| Rebecca Gavin | Ms. Gavin was a skills trainer with TIFFE who provided skills trainer services to Bryan Wiles-Bond in the classroom and the home from March 3, 2003 to July 27, 2004.  She will testify as to training received, services provided, her observations and interactions with Bryan and his parent, and implementation of Bryan Wiles-Bond's IEP. | 1.0 hr. |
| William "Bill" Beljean | Mr. Beljean was a skills trainer with CFS who provided skills trainer services to Bryan Wiles-Bond from June 26, 2003 to January 27, 2004.  He will testify as to training received, services provided, interactions with other persons involved in Bryan Wiles-Bond's education program, observations and interactions with Bryan Wiles-Bond and his parents, home conditions, implementation of Bryan Wiles-Bond's education program, and his declaration. | 2.0 hr. |

| Witness | Testimony | Time |
|---------|-----------|------|
| Richi Stallard | Ms. Stallard was skills trainer with TIFFE who provided skills trainer services to Bryan Wiles-Bond from July 28, 2003 to October 20, 2003. She will testify as to her training, services provided, interactions with other persons involved in Bryan Wiles-Bond's education program, observations and interactions with Bryan Wiles-Bond and his parents, home conditions, toileting issues, implementation of Bryan Wiles-Bond's education program, and her declaration | 2.0 hr. |
| JoAnn Hill | Ms. Hill was the Temporary District Education Specialist for the West Hawaii school district from May 2004 to October 2004.  She will testify as to her observations and interactions with Plaintiffs, the cost of Bryan Wiles-Bond's education program, participation and implementation of the IEPs, interactions with the provider agencies, availability of resources, Bryan Wiles-Bond's program, efforts to recruit and train skills trainers, efforts to comply with the administrative court orders and the Settlement Agreement. | 3.0 hr. |

| <u>Witness</u> | <u>Testimony</u> | <u>Time</u> |
|---|---|---|
| Bill Brown | Mr. Brown is a substitute teacher with the DOE, and was Bryan Wiles-Bond's teacher for the Summer 2004 Extended School Year session.  He will testify as to his training, the implementation of Bryan Wiles-Bond's program, interactions with other persons involved in Bryan Wiles-Bond's education program, toileting issues, and observations and interactions with Bryan Wiles-Bond and his parents. | 1.5 hr. |
| Lorri Bolton, Psy.D. | Dr. Bolton is the current DOE psychologist for Kau High School and was the temporary District Education Specialist for the Island of Hawaii from July 1, 2004 to September 1, 2004.  She will testify as to her observations and interactions with Plaintiffs, participation and implementation of the IEPs, interaction with provider agencies, efforts to recruit skills trainers, and efforts to comply with the administrative court orders and the Settlement Agreement. | 1 hr. |
| Andrell Beppu Aoki | Ms. Aoki was State of Hawaii's contract specialist for the DOE. contract office.  She will testify as to total expenditures and costs of Bryan Wiles-Bond's education program. | 0.5 hr. |

| Witness | Testimony | Time |
|---------|-----------|------|
| Rae Graber | Ms. Graber was a skills trainer with TIFFE who provided skills trainer services to Bryan Wiles-Bond from February 9, 2004 to June 23, 2004. She will testify as to her training, observations and interactions with Bryan Wiles-Bond and his parents, and implementation of Bryan Wiles-Bond's IEP. | 1.0 hr. |
| Robert Gentzel | Mr. Gentzel was the principal at Kealakehe Intermediate School until October 2004.  He is expected to testify as to his observations and interactions with Plaintiffs, participation and implementation of the IEPs, efforts to comply with the administrative court orders and the Settlement Agreement. | 1.0 hr. |
| Dayle Yokoyama | Ms. Yokoyama is a SPED teacher at Kealakehe Intermediate School.  She will testify as to her observations and interactions with Plaintiffs, and her purchase of materials and supplies for Bryan Wiles-Bond's education program | 0.5 hr. |
| Cara Entz | Cara Entz, M.A., MFT is the Clinical Director of Pacific Child & Family Associates ("PCFA").  She will testify as to PCFA's written proposals, her onsite evaluation and assessment in October 2004, and her observations and interaction with Bryan Wiles-Bond and his parents. | 1.0 hr. |
| Desiree Kaiawe | Authentication of DOE documents, charts and summaries. | 0.5 hr. |

| Witness | Testimony | Time |
|---------|-----------|------|
| Richard Goka, M.D. | Dr. Goka will testify as to his opinions related to the life care plan for Bryan Wiles-Bond, his review of reports submitted by Plaintiffs' expert witnesses, and all topics discussed in his FRCP 26 reports. | 2.0 hr. |
| Jennifer Harris | Ms. Harris is a special education teacher at Keaau High School, and was Bryan Wiles-Bond's SPED teacher at Kealakehe Intermediate School for the 2004-2005 school year. Ms. Harris will testify as to her qualifications and training, Bryan Wiles-Bond's program, implementation of Bryan Wiles-Bond's IEP, participation and implementation of Bryan Wiles-Bond's IEPs, toileting issues, efforts to comply with administrative court orders, and her observations and interactions with Bryan Wiles-Bond and his parents. | 2.5 hr. |
| Sven Lindemann | Mr. Lindermann was a skills trainer with TIFFE who provided skills trainer services to Bryan Wiles-Bond from August 2004 to September 2004. He will testify as to his training, observations and interactions with Bryan Wiles-Bond and his parents, training, and implementation of Bryan Wiles-Bond's IEP. | 1.5 hr. |

| Witness | Testimony | Time |
|---|---|---|
| Bryna Siegel, Ph.D. | Dr. Siegel will testify as to her observations and evaluations of Bryan Wiles-Bond, her review of reports submitted by Plaintiffs' expert witnesses, and her assessment of Bryan Wiles-Bond's developmental disability examination/evaluation of Bryan Wiles-Bond, and all topics discussed in FRCP 26 report | 4.0 hr. |
| Kate Tolentino | Ms. Tolentino is the principal at Honokaa Elementary School, and was the District Educational Specialist for Bryan Wiles-Bond's program from late September 2004 up until January 2005. She will testify as to her observations and interactions with Bryan Wiles-Bond and his parents, the cost of Bryan Wiles-Bond's education program, participation and implementation of the IEPs, interactions with the provider agencies, efforts to recruit and train skills trainers, efforts to comply with the administrative court orders and the Settlement Agreement, and efforts to hire PCFA. | 3.0 hr. |
| Jeremy Watson | Mr. Watson was a skills trainer with TIFFE who provided skills trainer services to Bryan Wiles-Bond from October 20, 2004 up until Plaintiffs' left Hawaii. He will testify as to his training and qualifications, his observations and interactions with Bryan Wiles-Bond and his parents, Bryan Wiles-Bond's program, and the implementation of Bryan Wiles-Bond's IEP. | 1.0 hr. |

| Witness | Testimony | Time |
|---------|-----------|------|
| Sheri Adams | Ms. Adams was the Autism Speech Pathologist for the West Hawaii school district. She is expected to testify as to, among other things, her observations and interactions with Plaintiffs, if any, participation and implementation of the IEPs, and other matters related to liability and damages. | 1.5 hr. |

Defendants reserve the right to call all witnesses named by Plaintiffs Ann Kimball Wiles and Stanley Bond, individually and as next friends of their son, Bryan Wiles-Bond, a minor.

Dated at Honolulu, Hawaii, January 7, 2008.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants