IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on January 7, 2008, a true and correct copy of the PLAINTIFFS' MOTION IN LIMINE #13 TO EXCLUDE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING THE CHARACTER OF STANLEY BOND OR ANN KIMBALL WILES was duly served upon the following parties by electronic filing via CM/ECF:

> Holly T. Shikada, Esq. holly.t.shikada@hawaii.gov,
> Cheryl.H.Oeda@hawaii.gov, Michael.t.burke@hawaii.gov
> Deputy Attorneys General
> 235 S. Beretania Street, Room 304
> Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq. gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara, Esq. lhra@wik.com, rgeorge@wik.com
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, January 7, 2008.


                        /S/ STANLEY E. LEVIN
                        _____
                        STANLEY E. LEVIN
                        MICHAEL K. LIVINGSTON
                        CARL M. VARADY

                        Attorneys for Plaintiffs