IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>                Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

    1.    I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in the above action.

    2.    Attached hereto as Exhibit A is a true and correct copy of the article in Hawaii Tribune Herald dated October 14, 2007;

    3.    Attached hereto as Exhibit B is a true and correct copy of the article in the West Hawaii Today dated October 14, 2007;

    4.    Attached hereto as Exhibit C is a true and correct copy of the pertinent portions of the Deposition of William Beljean dated July 19, 2007;

5. Attached hereto as Exhibit D is a true and correct copy of the pertinent portions of the Deposition of Linda Price dated August 10, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, January 7, 2008.

/s/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN