# Hawaii Tribune Herald

Sunday, October 14, 2007 — Proudly serving Hilo & the Big Island since 1923 — One dollar

| NATION | TRAVEL | SPORTS |
|---|---|---|
| Study looks at most depressing jobs — Page A2 | Birthplace of the blues — Page C1 | Australian McCormack wins Ironman race — Page B1 |

## THE EARTHQUAKES: ONE YEAR LATER

# Where were you when the quakes hit?

### On Oct. 15, 2006, East Hawaii residents grabbed their belongings and each other

*Editor's Note: Today's stories are the first part of a two-part series on the Oct. 15, 2006, earthquakes. Monday's issue will focus on how prepared the island is for the next big disaster.*

**By TERRIE HENDERSON**
*Tribune-Herald staff writer*

One year after the earthquakes, people still talk about where they were when they felt the Earth tremble.

On the morning of Oct. 15, 2006, two earthquakes rocked the Big Island. The first, and bigger of the two, was the magnitude-6.7 earthquake in Kiholo Bay. Seven minutes later, a magnitude-6 quake rattled the island.

Although most of the damage happened on the leeward side of the island, residents in East Hawaii were soundly shaken.

Friday, Hilo resident Marlene Miprano laughed as she remembered how her husband ran to protect the television, leaving her in bed with the house shaking around her.

See QUAKES Page A10

## Repairs to county facilities plod along

### Only a fraction of needed work has been completed

**By BRET YAGER**
*Tribune-Herald staff writer*

The repair bill for quake damage to Hawaii County facilities is likely to go up from original estimates.

Damage to county roads, bridges, buildings, water systems and parks were pegged at $17 million, but county officials are cautioning that the actual cost is likely to be higher than engineers' estimates.

The county won't have any idea how much higher until the bids start coming in.

While the damage tally isn't firm, the Federal Emergency Management Agency will cover 75 percent of the total, including a share of the cost increase, said Noelani Whittington, public outreach specialist for Hawaii County.

See REPAIRS Page A10



*Tribune-Herald file photo*
Above is a view of the massive fissure in the Kaawalii Bridge that caused a traffic backup in both directions at the 35-mile marker while engineers debated its structural integrity following the Oct. 15 quakes.

A Kohala resident walks past Kalahikiola Congregational Church in Hawi a few hours after a magnitude-6.7 earthquake rocked the island. The historic landmark was built in the mid-1850s. Repairs have yet to be done.

*Stephens Media file photo*

## State toughens building codes, expands alerts

### Legislators say Hawaii better prepared for next disaster

**By NANCY COOK LAUER**
*Stephens Honolulu Bureau*

HONOLULU — In the year following the earthquakes that rocked the Big Island and caused an islandwide power outage on Oahu, the state has taken steps not only to fix the damage from that disaster but to prevent such catastrophic problems in future disasters.

That's according to a group of state officials who held a news conference Saturday to detail changes ranging from tougher building codes to improved communication systems.

"The public should feel more confident that in a disaster, there will be

See PREPARED Page A10

## Parks and Rec: Zero repairs are finished

### No one has wanted, or been able to, place bids on many of the projects

**By BRET YAGER**
*Tribune-Herald staff writer*

Finding contractors big enough to handle the swamp of paperwork and sheer size of government projects has been a challenge for the county Department of Parks and Recreation.

Of 14 projects to repair quake damage, only one has gone out to bid — and it's gotten no takers.

The Hisaoka Gym in Kapaau stands with damaged concrete beams, and contractors can't get in to complete secondary repairs like cracked walls, and sagging ceiling tiles and light fixtures, until the beams have been shored up.

**ENGELHARD**

The gym is the priciest fix on the park department's $2.9 million list of quake repairs. The gym was originally slated to be repaired this past summer; civic groups, sports teams and others have had to make other arrangements.

There's a glimmer of hope: Hisaoka Gym repairs were put out for bid again last week and at least two contractors have picked up bid packets, said county Parks Director Pat Engelhard.

The Paauilo Annex stands redtagged and empty with a cracked foundation. The senior groups that used the facility now meet elsewhere.

See PROJECTS Page A10

## Shippers managing with crippled Kawaihae Harbor

### Matson and Young Bros. make do with half of pier

**By PETER SUR**
*Tribune-Herald staff writer*

Kawaihae Harbor remains partially open a year after the Kiholo Bay earthquakes.

"We still have only half of only one pier open. It's being shared by Matson (Navigation Co.) and Young Bros.," Hawaii District Harbormaster Ian Birnie said Friday. "We're on the verge of settling an agreement with the insurance, and we're hoping to start repairs fairly soon."

Aside from the filling in of some of the deeper cracks, the harbor remains in the same operating state it has been since two days after the Oct. 15 earthquakes, when the

See PIER Page A6

**Inside**
A timeline of events by date from Oct. 15 to April 2007
Page 6

**The price tag**
The cost of fixing Kawaihae Harbor
• $300,000 already spent on emergency repairs
• $1.4 million for Pier 1 and shed
• $1.1 million for Pier 2 and shed
• $200,000 for miscellaneous damage

# Hawaii finally meeting standards for special education

**By NANCY COOK LAUER**
*Stephens Honolulu Bureau*

HONOLULU — Twelve years of court supervision, a massive restructuring of programs and more than $1 billion later, Hawaii has finally turned the corner in meeting federal standards for the education of students with disabilities.

Two years after the state got out from under a federal consent decree mandating the improvements, Hawaii this year became one of only nine states to meet the requirements of the federal Individuals with Disabilities Education Act for schoolchildren. The state still falls short in programs for infants and toddlers, however.

It's been an expensive victory. Special education students account for less than 11 percent of the state's students, but their education takes almost 21 percent of the state education budget. That's not including millions more for legal costs associated with due process hearings and federal lawsuits.

"Overall, we did well, and I will also acknowledge clearly there are areas we still need to work on," said Superintendent Pat Hamamoto. "It's not perfect."

Action Wednesday by the U.S.

**HAMAMOTO**

Supreme Court could drive that cost even higher. By a split 4-4 vote the court let stand a lower court ruling that the New York City public school system must pay for private school for disabled children, even if parents refuse to try public school programs first.

The ruling does not set a precedent outside the three New England states in the Second Circuit. But it shows how the court might lean if it takes up a similar case that's already pending and could be considered as early as this week.

Those cases — like the 1994 Felix consent decree that caused the sweeping changes in Hawaii — center around the 1975 Individuals with Disabilities Education Act. IDEA, as it's called, requires states to provide "free appropriate public education," or FAPE.

See SPECIAL ED Page A9

**Internet**
Visit us on the Web at:
www.hawaiitribune-herald.com

**Index**
| Big Isle history | D3 | Crossword | D2 | Movies | D3 | Sports | B1 |
| Classified | E2 | Dear Abby | D2 | Obituaries | A2 | Travel | C1 |
| Commentary | A8 | Horoscope | D2 | Poker Power | B1 | Volcano watch | A6 |
| Community | D1 | Lenny's Las Vegas | C1 | Public notices | E2 | World | A6 |

Today's weather Page A2

Issue No. 287
80 Pages in 6 Sections

**EXHIBIT A**

## FROM FRONT PAGE

### Special ed students by school

| Complex | School | Special Ed students |
|---|---|---|
| Hilo | DeSilva Elem. | 54 |
| Hilo | Haaheo Elem. | 11 |
| Hilo | Hilo HS | 345 |
| Hilo | Hilo Inter. | 111 |
| Hilo | Hilo Union Elem. | 95 |
| Hilo | Kalanianaole Elem. & Inter. | 37 |
| Hilo | Kapiolani Elem. | 56 |
| Hilo | Kaumana Elem. | 34 |
| Hilo | Keaukaha Elem. | 26 |
| Laupahoehoe | Laupahoehoe High & Elem. | 43 |
| Waiakea | Waiakea Elem. | 97 |
| Waiakea | Waiakea HS | 176 |
| Waiakea | Waiakea Inter. | 120 |
| Waiakea | Waiakeawaena Elem. | 79 |
| Waiakea | Connections | 38 |
| Waiakea | Ka'Umeke Ka'eo | 14 |
| Waiakea | Ke Ana La'ahana | 22 |
| Ka'u | Ka'u High & Pahala Elem. | 104 |
| Ka'u | Naalehu Elem. & Inter. | 68 |
| Ka'u | Volcano School of Arts & Sciences | 18 |
| Keaau | Keaau Elem. | 106 |
| Keaau | Keaau HS | 234 |
| Keaau | Keaau Middle | 122 |
| Keaau | Mountain View Elem. | 59 |
| Keaau | Ke Kula'o Nawahiokalani | 6 |
| Keaau | Waters of Life | 44 |
| Pahoa | Keonepoko Elem. | 99 |
| Pahoa | Pahoa Elem. | 42 |
| Pahoa | Pahoa High & Inter. | 160 |
| Pahoa | Pahoa Academy of Arts & Sciences | 10 |
| Pahoa | Kua'o Ka La | 13 |
| Honokaa | Honokaa Elem. | 39 |
| Honokaa | Honokaa High & Inter. | 171 |
| Honokaa | Paauilo Elem. & Inter. | 24 |
| Honokaa | Waikoloa Elem. | 68 |
| Honokaa | Waimea Elem. | 81 |
| Honokaa | Kanu'o ka'Aina | 16 |
| Honokaa | Waimea Middle | 120 |
| Kealakehe | Holualoa Elem. | 34 |
| Kealakehe | Kahakai Elem. | 68 |
| Kealakehe | Kealakehe Elem | 134 |
| Kealakehe | Kealakehe HS | 259 |
| Kealakehe | Kealakehe Inter. | 142 |
| Kealakehe | Innovations | 6 |
| Kealakehe | Explorations | 21 |
| Kohala | Kohala Elem. | 66 |
| Kohala | Kohala HS | 84 |
| Kohala | Kohala Middle | 45 |
| Konawaena | Honaunau Elem. | 27 |
| Konawaena | Hookena Elem. | 37 |
| Konawaena | Ke Kula'o'Ehunuikaimalino | 16 |
| Konawaena | Konawaena Elem. | 47 |
| Konawaena | Konawaena HS | 145 |
| Konawaena | Konawaena Middle | 78 |

(source Department of Education)

## SPECIAL ED From front page

The Felix case, stemming from a lawsuit filed on behalf of Maui student Jennifer Felix that expanded to a class-action suit in federal court, charged that the $75 million a year the Department of Education spent on special-needs children fell far short of providing FAPE. That figure in 2005-06 was $438.1 million of the DOE's $2.1 billion budget.

That same year, special education students accounted for 19,714 of the state's 181,355 students. The vast majority of disabled students — 43 percent — have a specific learning disability, followed by 14 percent who are considered developmentally delayed.

Autism accounts for just 5 percent of disabilities, but autism programs cost $30 million an year. And, autism is increasing rapidly, with a 9-percent growth rate last year, according to DOE.

Because autistic students usually require the most intensive care, they are also the source of greatest controversy.

This is illustrated by a lawsuit filed in federal court by a former Kona couple, who say their autistic son was so neglected, the whole family pulled up roots and moved to California where he could get better care.

The parents, Ann Kimball Wiles and Stanley Bond, have sued for unspecified economic and punitive damages, saying the DOE retaliated against them because they sought a better education for their then 9-year-old son, Bryan Wiles-Bond. According to the lawsuit, a behavior analyst walked into a Kealakehe Middle School classroom and found Bryan rolling around on a mat in his own feces and urine, while one skills trainer was reading a novel and the other was on the telephone.

"It's a perfect example of why Felix was not the panacea that people thought it would be," said Bryan's attorney, Carl Varady. "It's disgraceful what happened to that kid."

The parents say their son had been making gains in his progress, but because of neglect by the DOE, he began losing his communication and social skills and his behavior worsened.

Even Chief U.S. District Judge Helen Gillmor argued that the school hadn't done its job.

"There's no question that this child was not given the appropriate FAPE," Gillmor said at a hearing last month.

But Gillmor remained skeptical that the DOE deliberately retaliated against the family.

She said the plaintiffs need to clearly explain how they were retaliated against before she would let a jury consider punitive damages.

A status conference on the case is set for Oct. 23 with a trial sometime in December.

John T. Komeiji, a Honolulu attorney representing the DOE and former West Hawaii District Superintendent Alvin Rho, declined to talk about the case outside the courtroom. But he told Gillmor there's no proof of retaliation.

"They have not pled retaliation before," Komeiji said. "This is the first time this new theory was raised."

Deputy Attorney General Holly Shikada, in court documents, said circumstances beyond the control of the DOE, including the actions of Bryan's parents, prevented the consistent provision of services required by Bryan's individual education plan. She said the parents refused skills trainers and made unreasonable demands on those who did work with their son.

Skills trainers, in sworn testimony, have described unsanitary conditions in the home, barred windows and locked doors. In addition, they said, they were required to do the family laundry while working with Bryan and had to baby-sit him while the rest of the family went to the beach.

Parents of disabled children who don't agree with the programs provided by the DOE can file written complaints and attend mediation sessions where the parents and school system try to arrive at an agreement.

If that fails, a formal due process hearing is held. The due process route is more time-consuming and more expensive — at least $3 million a year, according to a report by the Special Education Advisory Council. Lawsuits in federal court are a last resort.

This is money that could have been used for better education options, such as early intervention and prevention, the council said.

The council found that Hawaii used the due process hearing at a rate of five times the national norm, while resolving written complaints and mediation well below the national norm. Families prevailed in three out of four decisions.

"Parents rationalize that schools are trying to deny their child's rights, while the view of school personnel is often that parents are asking for 'Cadillac' services, or they are not realistic about their child's disability," the council's June report to the Board of Education noted.

The BOE Committee on Special Programs is currently rewriting its special education rules to comply with changes in federal mandates. The rules must go to public hearings before being adopted.

Teresa Chou, an Oahu mother of a disabled student, knows firsthand that the system can be more adversarial than necessary.

"Many administrators at the local school level and perhaps at the district level don't really have a very good working knowledge of (IDEA) and some parents go through due process because they're interested in getting the services that their children need and that's why there's more animosity than there should be between parents and the Department of Education," Chou told a committee of the Board of Education last week. "And when parents of special needs children have to spend additional effort to make sure their children receive the services that they're supposed to it's like taking in a second and third job. It's very time-consuming, it's very emotionally draining."

*Nancy Cook Lauer can be reached at nclauer@stephensmedia.com.*

### Stepson of Maria von Trapp of 'The Sound of Music' fame dies

MONTPELIER, Vt. (AP) — Werner von Trapp, a member of the musical family made famous by the 1965 movie "The Sound of Music," has died, his family said. He was 91.

Von Trapp died Thursday at his home in Waitsfield. The cause of death was not announced. The family confirmed his death, but declined to comment further.

"The Sound of Music" was based loosely on a 1949 book by his stepmother, Maria von Trapp, who died in 1987. It tells the story of an Austrian woman who married a widower with seven children and teaches them music.

Born in 1915 in Zell am See, Austria, von Trapp was the fourth child and second son of Captain Georg von Trapp and his first wife, Agathe Whitehead. In the movie "The Sound of Music," Werner von Trapp was depicted by the character named Kurt.

During the 1930s, von Trapp studied cello and became proficient on several other instruments. He sang tenor with his family's choir. The Trapp Family Singers, who won great acclaim throughout Europe after their debut in 1935.

In 1938, von Trapp and his family escaped from Nazi-occupied Austria. After they arrived in New York, the family became popular with concert audiences. The family eventually settled in Vermont.

He is survived by his wife of 58 years, Erika, and six children. He is also survived by three sisters and one brother.


