# West Hawaii Today

**SPECIAL IRONMAN EDITION**

SUNDAY, OCTOBER 14, 2007 · WESTHAWAIITODAY.COM · $1



## DREAMS COME TRUE

BY JOE FERRARO
WEST HAWAII TODAY.COM
sports@westhawaiitoday.com

Even one of the world's most decorated triathletes has doubts.
An Olympic title or any of his numerous short-distance victories didn't help erase them. Neither did any of his five consecutive Ironman Australia wins.
Falling short of accomplishing the ultimate goal of winning an Ironman triathlon world championship six straight years took its toll mentally, increasing those doubts each year.

► SEE IRONMAN PAGE 10A

**Chris McCormack**
► Finish time: 8:15:34
► No. of Ironman distances completed: 6
► Nationality: Australian
► Age: 34

**Chrissie Wellington**
► Finish time: 9:08:45
► No. of Ironman distances completed: 2
► Nationality: British
► Age: 30

More Ironman photos
► See PAGE 16A

► **INSIDE:** Louisiana State upset from No. 1 ranking PAGE 3B

Complete Ironman triathlon results
► Look for them in Monday's West Hawaii Today Sports section.



## Backing them up

CAROLYN LUCAS | WEST HAWAII TODAY
Friends and family traveled from Japan to support 60-year-old Eiji Imatomi, of Kanagawa, who was competing Saturday in the 2007 Ford Ironman World Championship.

## State meets requirements for Felix decree mandate

BY NANCY COOK LAUER
STEPHENS MEDIA CAPITOL BUREAU
nclauer@stephensmedia.com

HONOLULU — Twelve years of court supervision, a massive restructuring of programs and more than $1 billion later, Hawaii has finally turned the corner in meeting federal standards for the education of students with disabilities.
Two years after the state got out from under a federal consent decree mandating the improvements, Hawaii this year became one of only nine states to meet the requirements of the federal Individuals with Disabilities Education Act for school children. The state still falls short in programs for infants and toddlers, however.
It's been an expensive victory. Special education students account for less than 13 percent of the state's students, but their education takes almost 21 percent of the state education budget. That's not including millions more for legal costs associated with due process hearings and federal lawsuits.

"Overall, we did well, and I will also acknowledge clearly there are areas we still need to work on," said Superintendent Pat Hamamoto. "It's not perfect."
Action Wednesday by the U.S. Supreme Court could drive that cost even higher. By a split 4-4 vote the court let stand a lower court ruling that the New York City public school system must pay for private school for disabled children, even if parents

► SEE FELIX DECREE PAGE 11A



**GO INSIDE**

DELA TORRE TOPS BIG ISLAND GROUP
► SPORTS, PAGE 1B

CALIFORNIA FREEWAY TUNNEL INFERNO KILLS 2
► NATION, PAGE 3A

### SPECTATORS PACK STREETS, CHEER ON TRIATHLETES

BY KIM EATON
WEST HAWAII TODAY
keaton@westhawaiitoday.com

It was a typical day in Connecticut. Stacey Schott was on her treadmill, doing her usual workout, until her husband ran into the room and said, "We're going to Hawaii."
Josh Schott had won a spot at the 2007 Ford Ironman World Championship.
"We both screamed," she said. "This is the ultimate of races. It's like a dream come true for him."

► SEE SPECTATORS PAGE 5A

### VOLUNTEERS RISE EARLY, AID RACE COMPETITORS

BY CAROLYN LUCAS
WEST HAWAII TODAY

By the time the sun rose Saturday, Earl Kornbrekke had been awake and working at his assigned post near the start line of the 2007 Ford Ironman World Championship.
This Kailua-Kona resident helped register the approximately 1,800 anxious competitors and painted numbers on their bodies.

► SEE VOLUNTEERS PAGE 4A

## Mammography rates declining in Hawaii

BY KIM EATON
WEST HAWAII TODAY
keaton@westhawaiitoday.com

Breast cancer can kill.
There are an estimated 130 breast cancer deaths expected in Hawaii this year alone. In fact, the disease ranks second among cancer

► SEE MAMMOGRAMS PAGE 5A

**MORE INFO**
University Health Alliance has taken a proactive stance when discovering earlier this year only about 40 percent of its members who should have been receiving a mammogram over the last two years were getting one.
"We've sent out letters to our female members who haven't had a mammogram in the last two years," said Linda Kalaniki, UHA executive administrator. "We're trying to give as many facts and figures as we can to women. We've also sent out a letter to all the providers and help support their efforts."
UHA offers full coverage for mammography based on ACS guidelines with no copayment to its members, as long as it is a participating provider. UHA also reimburses participating physicians $25 when screening mammography is completed.
"We're trying to provide as many incentives as we can to our members and physicians," Kalaniki said.

**WEATHER** HI 87 LO 74 ► PAGE 2A

**INDEX**
Annie's Mailbox ..... 7B
Government notices ..... 2F
Movies ..... 7B
Opinion ..... 6A
People & Places ..... 1C
Science & Nature ..... 7C
Sports ..... 1B
Travel ..... 1D

102 PAGES





## ▶ FELIX DECREE: Autism accounts for 5 percent of disabilities, costing $30M annually

CONTINUED FROM PAGE 1A

refuse to try public school programs first.

The ruling does not set a precedent outside the three New England states in the Second Circuit. But it shows how the court might lean if it takes up a similar case that's already pending and could be considered as early as this week.

Those cases — like the 1994 Felix consent decree that caused the sweeping changes in Hawaii — center around the 1975 Individuals with Disabilities Education Act, IDEA, as it's called, requires states to provide "free appropriate public education," or FAPE.

The Felix case, stemming from a lawsuit filed on behalf of Maui student Jennifer Felix that expanded to a class-action suit in federal court, charged that the $75 million a year the Department of Education spent on special-needs children fell far short of providing FAPE. That figure in 2005-06 was $438.1 million of the DOE's $2.1 billion budget.

That same year, special education students accounted for 19,714 of the state's 181,355 students. The vast majority of disabled students — 43 percent — have a specific learning disability, followed by 14 percent who are considered developmentally delayed.

Autism accounts for just 5 percent of disabilities, but autism programs cost $30 million a year. And autism is increasing rapidly, with a 9-percent growth rate last year, according to DOE.

Because autistic students usually require the most intensive care, they are also the source of greatest controversy. This is illustrated by a lawsuit filed in federal court by a former Kona couple, who say their autistic son was so neglected the whole family pulled up roots and moved to California where he could get better care.

The parents, Ann Kimball Wiles and Stanley Bond, have sued for unspecified economic and punitive damages, saying the DOE retaliated against them because they sought a better education for their then 9-year-old son, Bryan Wiles-Bond. According to the lawsuit, a behavior analyst walked into a Kealakehe Intermediate School classroom and found Bryan rolling around on a mat in his own feces and urine, while one skills trainer was reading a novel and the other was on the telephone.

"It's a perfect example of why Felix was not the panacea that people thought it would be," said Bryan's attorney, Carl Varady. "It's disgraceful what happened to that kid."

The parents say their son had been making gains in his progress but because of neglect by the DOE, he began losing his communication and social skills and his behavior worsened.

Even Chief U.S. District Judge Helen Gillmor agreed that the school hadn't done its job.

"There's no question that this child was not given the appropriate FAPE," Gillmor said at a hearing last month.

But Gillmor remained skeptical that the DOE deliberately retaliated against the family. She said the plaintiffs need to clearly explain how they were retaliated against before she would let a jury consider punitive damages. A status conference on the case is set for Oct. 23 with a trial sometime in December.

John T. Komeiji, a Honolulu attorney representing the DOE and former West Hawaii District Superintendent Alvin Rho, declined to talk about the case outside the courtroom. But he told Gillmor there's no proof of retaliation.

"They have not pled retaliation before," Komeiji said. "This is the first time this new theory was raised."

Deputy Attorney General Holly Shikada said in court documents that circumstances beyond the control of the DOE, including the actions of Bryan's parents, prevented the consistent provision of services required by Bryan's individual education plan. She said the parents refused skills trainers and made unreasonable demands on those who did work with their son.

Skills trainers, in sworn testimony, have described unsanitary conditions in the home, barred windows and locked doors. In addition, they said, they were required to do the family laundry while working with Bryan and had to baby-sit him while the rest of the family went to the beach.

Parents of disabled children who don't agree with the programs provided by the DOE can file written complaints and attend mediation sessions where the parents and school system try to arrive at an agreement.

If that fails, a formal due process hearing is held. The due process route is more time-consuming and more expensive — at least $3 million a year, according to a report by the Special Education Advisory Council. Lawsuits in federal court are a last resort.

This is money that could have been used for better education options, such as early intervention and prevention, the council said.

The council found that Hawaii used the due process hearing at a rate of five times the national norm, while resolving written complaints and mediation well below the national norm. Families prevailed in three out of four decisions.

"Parents rationalize that schools are trying to deny their child's rights, while the view of school personnel is often that parents are asking for 'Cadillac' services, or they are not realistic about their child's disability," the council's June report to the Board of Education noted.

The BOE Committee on Special Programs is currently rewriting its special education rules to comply with changes in federal mandates. The rules must go to public hearings before being adopted.

Teresa Chou, an Oahu mother of a disabled student, knows firsthand that the system can be more adversarial than necessary.

"Many administrators at the local school level and perhaps at the district level don't really have a very good working knowledge of (IDEA) and some parents go through due process because they're interested in getting the services that their children need and that's why there's more animosity than there should be between parents and the Department of Education," Chou told a committee of the Board of Education last week. "And when parents of special needs children have to spend additional effort to make sure their children receive the services that they're supposed to it's like taking in a second and third job. It's very time-consuming, it's very emotionally draining."

### More info
▶ Special education students by school

| Complex | School | No. of students |
|---|---|---|
| Hilo | DeSilva Elementary | 54 |
| Hilo | Haaheo Elementary | 11 |
| Hilo | Hilo High School | 345 |
| Hilo | Hilo Intermediate | 111 |
| Hilo | Hilo Union Elementary | 95 |
| Hilo | Kalanianaole Elementary & Intermediate | 37 |
| Hilo | Kapiolani Elementary | 56 |
| Hilo | Kaumana Elementary | 34 |
| Hilo | Keaukaha Elementary | 26 |
| Laupahoehoe | Laupahoehoe High & Elementary | 43 |
| Waiakea | Waiakea Elementary | 97 |
| Waiakea | Waiakea High School | 176 |
| Waiakea | Waiakea Intermediate | 120 |
| Waiakea | Waiakeawaena Elementary | 79 |
| Waiakea | Connections | 38 |
| Waiakea | Ka Umeke Kaeo | 14 |
| Waiakea | Ke Ana Laahana | 22 |
| Ka'u | Ka'u High & Pahala Elementary | 104 |
| Ka'u | Na'alehu Elementary & Intermediate | 68 |
| Ka'u | Volcano School of Arts & Sciences | 18 |
| Keaau | Keaau Elementary | 106 |
| Keaau | Keaau High School | 234 |
| Keaau | Keaau Middle | 122 |
| Keaau | Mountain View Elementary | 59 |
| Keaau | Ke Kulao Nawahiokalani | 6 |
| Keaau | Waters of Life | 44 |
| Pahoa | Keonepoko Elementary | 99 |
| Pahoa | Pahoa Elementary | 42 |
| Pahoa | Pahoa High & Intermediate | 160 |
| Pahoa | Academy of Arts & Sciences | 10 |
| Pahoa | Kua o Ka La | 13 |
| Honokaa | Honokaa Elementary | 39 |
| Honokaa | Honokaa High & Intermediate | 171 |
| Honokaa | Paauilo Elementary & Intermediate | 24 |
| Honokaa | Waikoloa Elementary | 68 |
| Honokaa | Waimea Elementary | 81 |
| Honokaa | Kanuoka Aina | 16 |
| Honokaa | Waimea Middle | 120 |
| Kealakehe | Holualoa Elementary | 34 |
| Kealakehe | Kahakai Elementary | 68 |
| Kealakehe | Kealakehe Elementary | 134 |
| Kealakehe | Kealakehe High School | 259 |
| Kealakehe | Kealakehe Intermediate | 142 |
| Kealakehe | Innovations | 6 |
| Kealakehe | Explorations | 21 |
| Kohala | Kohala Elementary | 66 |
| Kohala | Kohala High School | 84 |
| Kohala | Kohala Middle | 45 |
| Konawaena | Honaunau Elementary | 27 |
| Konawaena | Hookena Elementary | 37 |
| Konawaena | Ke Kulao Ehunuikaimalino | 16 |
| Konawaena | Konawaena Elementary | 47 |
| Konawaena | Konawaena High School | 145 |
| Konawaena | Konawaena Middle | 78 |

Source: Department of Education

**SIAH IS BACK ON THE ISLAND**
Same Day Sewing Service
557-5034
Across from Seaview Circle
77-6420 Nalani St.
Kailua Kona



---

**PENNY GUPTON**



4 Day Watercolor Workshops

Portrait Workshop Oct. 16-19 • 9-3
Landscape Workshop Oct. 23-26 • 9-3
$350 ea. or $630 for both workshops
Limited class size - registration required

Located at
Sheraton Keauhou Bay Resort

Contact
Penny Gupton
325-6106

---

**Giggles!**



We Invite You To Our Open House
Saturday October 20th & Sunday October 21st
Free Drawing for Giggles Gift Cards

We've Moved
from the Kings' Shops to the
All New Queens' MarketPlace

Free Children's Giggles T-Shirts & Balloons (while supplies last)

Open 7 Days a Week 9:30am to 9:30pm
Waikoloa Beach Drive
886-0014

Also visit us at Parker Ranch Center, Kamuela Open 7 days a week.

---

**Neighborhood Place of Kona**
**Mahalo Nui Loa**

To all the players, sponsors, donors & volunteers for making our 4th Annual Golf tournament fund-raising event a Success.



**Sponsors**
Big Island Honda
Hilton Grand Vacations Club
Kamehameha Investment Corp.
Kukio
Warnick & Company
Winer Meheula & Devens, Llp
Bank Of Hawaii
Brookfield Homes Hawaii
Current Events
First Hawaiian Bank
Hawaii Community Federal Credit Union
Hawaii Electric Light Co.
Hokulia
Kuma Contracting
Oceanic Time Warner Cable
Calvin's Plumbing
Captain Zodiac
Dianne Plotts
Hilka Club
Eric K. Yeaman
George & Bonnie Cotfman
George Leishman
Herb & Robin Dayton
Honsador Lumber
Ke Ohana Consultants
Kona Blue Water Farms
Kona Sparkle
Kuakini Chevron
Maryl Group
Metzler Contracting
Michael Henninger
Monarch Insurance
Ollie & Nadine Olinger
Robert G. Nespor, AIA
Steve & Audrey Kimes
Territorial Savings Bank
Wesley Sugai, M.d.
Xerox Corp.

Hilton Waikoloa Village
Hpm Building Supply - Kona
Huggo's
Jack's Diving Locker
Jackie Rey's
Joe & Peahi Spencer
Kona Brewing Co.
Kona Country Club
Kona Village Resort
King Kamehameha Kona Beach Hotel
Makalei Golf Club
Mauna Kea Resort
Ocean Sports
Outback Steak House
Outrigger Enterprises
Red Sail Sports
Roberts Hawaii
Sheraton Keauhou Resort & Spa
Tandy Kuaihi
The Fish Hopper
Waikoloa Village Golf Course

**Volunteers/donors**
Alicia Fix
Bill Beijean
Daryl Kurozawa
Umi Masutomi
Fred Spencer
Hawaiians Unlimited
Jessie Araki
John & Mareen Tagupa
Kahikina Chang
Kathy Jo Kuba
Kawika Lau
La Cher Napanhi
Lianne Masatomi
Lloyd Tanaka
Lorraine Urbic
Mike Forcum
Randy Masutomi
Richard Taffe
Tony Guillermo
Valerie Obrien
Cal Kona Produce
Hapaki Farms
Keauhou Shopping Center
Mike's Printing Co.
Robert Komoi
Safeway
Sharon Loando
Tavita Laasaga

**Prize Donors**
Aloha Airlines
Big Island Country Club
Body Glove Cruises
Bubba Gump Shrimp Co.
California Hotel & Casino
Fair Wind
Four Seasons Resort
Fred Spencer
Hard Rock Cafe

Mahalo to the West Hawaii Hawaiian Men's Golf Club for their continued support!
A special Mahalo to Joe Spencer, Ollie Olinger, Peggy Ezisko, Melissa Chang Fan, Bambi Pecon, Byron Moku & Tommy Hickox for planning and coordinating this year's event.

---

**Hawaii's Most Unique Food Event!**



**NEW WAVES AT NELHA**
A kickoff for the Kona Coffee Cultural Festival
Friday, Nov. 2 10 a.m. - 2 p.m.
NELHA Gateway Center

**Featuring**

**Sumptuous Seafood Luncheon**
Enjoy a lunch buffet of aquaculture raised seafood - butterfish, abalone, halibut, lobsters, crab, oysters, Kona Kampachi and more!

**Beverage Sampling**
Try a deep seawater cocktail by Ocean Vodka or sample a variety of wines, champagne, Japanese sake, 100% Kona Coffee and other libations.

**Cooking Demonstrations**
Watch as your luncheon specialties are prepared by the skilled students from the UH West Hawaii Community College culinary arts program.



**Aquaculture Farm Tours**
Get an inside look at the farms at NELHA who raise these seafood delights using the pristine, cold deep sea water off the Kona Coast.



**Entertainment**
Listen to the great sounds of Na Hoku award-winning slack key guitarist John Keawe.



A Benefit for the UH West Hawaii Community College Culinary Arts Program,
Friends of NELHA and the Kona Coffee Cultural Festival.

**Ticket cost: $100**
**For reservations call 329-8073 today. Seats are limited!**

Sponsored by:
Friends of NELHA • Hawaii Tourism Authority • NELHA • Kona Coffee Cultural Festival