```
 1            IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3   ------------------------------------------

 4   ANN KIMBALL WILES and STANLEY BOND,

 5   individually and as next friend of their

 6   son, BRYAN WILES-BOND, a minor,

 7             Plaintiffs,

 8         vs.          Civil No. CV 04-00442 HG/BMK

 9                                 05-00247 JMS/BMK

10   DEPARTMENT OF EDUCATION, State of Hawaii,

11   and ALVIN RHO, in his official capacity

12   as West Hawaii District Superintendent,

13             Defendants.

14   ------------------------------------------

15

16

17       VIDEOTAPED DEPOSITION OF WILLIAM BELJEAN

18

19   Taken on behalf of the Plaintiffs at Ralph Rosenberg

20   Court Reporters, 75-170 Hualalai Rd., Suite D-212,

21   Kailua-Kona, Hawaii 96740, commencing at 1:00 p.m.,

22   Thursday, July 19, 2007, pursuant to Notice.

23

24   BEFORE:    BARBARA ACOBA, CSR No. 412, RPR

25             Notary Public, State of Hawaii
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii  (808) 524-2090

EXHIBIT C

```
 1   five, you state diarrhea or it's diarrhea stated again.
 2       A.   Right.
 3       Q.   (Mr. Ellis) Is that the same diarrhea --
 4       A.   That would be the same case.
 5       Q.   (Mr. Ellis) I'm sorry, Mr. Beljean, you just
 6   need to let us...
 7       A.   I'm sorry.
 8       Q.   (Mr. Ellis) Communicable, that -- again, that's
 9   not your --
10       A.   That is not my words.
11       Q.   (Mr. Ellis) Should that word be dropped from
12   your declaration?
13       A.   I would be comfortable with that.
14       Q.   (Mr. Ellis) How often did Bryan come to school
15   vomiting?
16       A.   There were only two occasions that I recall.
17       Q.   (Mr. Ellis) Do you know the circumstances that
18   led to the vomiting?
19       A.   No, I do not.
20       Q.   (Mr. Ellis) Did he come to school vomiting or
21   when he was at school he would vomit?
22       A.   It would start later in the day.
23       Q.   (Mr. Ellis) And what did you do?
24       A.   Took him to the restroom, cleaned him up,
25   calmed him down.  Both times he seemed to recuperate
```

```
 1   these words provided to you in this declaration or are
 2   these your own words?
 3        A.   Those words were provided to me.
 4        Q.   (Mr. Ellis) So the unsanitary and unclean are
 5   only specific things at the house and not the general
 6   condition?
 7             MR. USHIRODA:  Objection.  Mischaracterizes
 8   testimony.  Asked and answered as well.
 9             THE WITNESS:  I was -- yeah.  What I had said
10   was that the -- that Bryan's apartment was dirty and had
11   given pretty much the same examples I've just given you.
12   BY MR. LEVIN:
13        Q.   (Mr. Ellis) So that's not what this declaration
14   says; is that correct?
15             MR. USHIRODA:  Objection.  Lack of foundation.
16   Document says what it says.
17             THE WITNESS:  I have no problem saying that the
18   house was unclean, and I certainly would've liked to
19   have seen it more sanitary.
20   BY MR. LEVIN:
21        Q.   (Mr. Ellis) During the time you were a skills
22   trainer for Bryan, did you have an opportunity to speak
23   with the parents on a regular basis?
24        A.   I spoke with Ken for a few moments -- I'm
25   sorry, Stan for a few moments every morning when he
```

```
 1    Q.   (Mr. Ellis) So if he did not -- if he didn't
 2  miss school regularly, what impact did it have on the
 3  program?
 4    A.   The impact was basically when we would
 5  interrupt the teaching to make frequent trips to the
 6  restroom or spend a long time there cleaning him up.
 7    Q.   (Mr. Ellis) And these problems as described in
 8  number four and five, your previous testimony, at least
 9  the diarrhea and the vomiting were not conditions known
10  to the parent when they dropped him off at school; is
11  that correct?
12         MR. USHIRODA: Objection. Misstates prior
13  testimony. I believe he's testified that it was not
14  obvious to him when he was dropped off to school. He
15  did not know what the parents thought.
16         THE WITNESS: I -- I don't know what the
17  parents knew when they dropped him off.
18  BY MR. LEVIN:
19    Q.   (Mr. Ellis) But it was not obvious to you?
20    A.   It was not always obvious to me, no.
21    Q.   (Mr. Ellis) Are you aware if other children
22  came to school who had -- who were sick and maybe should
23  have stayed at home, but didn't?
24    A.   I -- I was not aware of that at this school.
25    Q.   (Mr. Ellis) Your background is as a theologian?
```

1      Q.   (Mr. Ellis) Okay.  So this characterization is
2  inaccurate?
3      A.   Yes.
4           MR. ELLIS:  Thank you.  That's all we have.
5           MR. USHIRODA:  No questions.
6           THE VIDEOGRAPHER:  This concludes the
7  deposition of William Beljean.  Going off the record.
8  It's 2:29 p.m.
9           (Deposition concluded at 2:29 p.m.)