```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3   ANN KIMBALL WILES and           )
 4   STANLEY BOND, individually      )
 5   and as next friend of their     )
 6   son, BRYAN WILES-BOND, a        )
 7   minor,                          )
 8              Plaintiffs,          )
 9        vs.                        ) Civil No. CV 04-00442
10   DEPARTMENT OF EDUCATION,        ) HG/BMK
11   State of Hawai'i, and ALVIN     ) CONSOLIDATED (Other
12   RHO, in his official            ) Civil Action)
13   capacity as West Hawai'i        )
14   District Superintendent,        )
15              Defendants.          ) VIDEOTAPED DEPOSITION
16   _____ )           OF
17   ANN KIMBALL WILES and           )   LINDA PRICE, Ph.D.
18   STANLEY BOND, individually      )    August 10, 2007
19   and as next friend of their     )
20   son, BRYAN WILES-BOND,          )
21   a minor,                        )
22              Plaintiffs,          )
23        vs.                        ) Civil No. 05-00247
24   DEPARTMENT OF EDUCATION,        ) JMS/BMK
25   State of Hawai'i,               ) CONSOLIDATED (Other
```

EXHIBIT D

Page 86

```
 1   BY MR. ELLIS:
 2      Q.  Jeremy Straley was approved by the
 3   parents?  Jamie -- I'm sorry -- Straley.
 4      A.  Yes.
 5      Q.  Was it just -- is this a lady or a man?
 6      A.  Lady.
 7      Q.  It says, But was expected to work at home
 8   without an adult present.
 9          Did Ms. Straley decide at that point not
10   to take the position?
11      A.  Correct.
12      Q.  It was Ms. Straley's choice?
13      A.  Yes.
14      Q.  Do you know why Heather Schwob was not
15   approved by the parents?
16      A.  Because she was pregnant.
17      Q.  Did they say how pregnant she was, as in
18   months?
19      A.  No, not that I can recall.
20      Q.  Did they say anything other than it was
21   because she was pregnant?
22      A.  No.
23      Q.  Number 11 -- how many -- what is the time
24   frame for the skills trainers -- withdraw that.
25   Sorry.
```

Page 87

```
 1          The skills trainers you refer to, were
 2   they skills trainers employed by CFS?
 3      A.  Yes.
 4          MR. USHIRODA:  You're referring to
 5   paragraph 11?
 6          MR. ELLIS:  11.
 7   BY MR. ELLIS:
 8      Q.  Isn't it true that only one skills trainer
 9   employed by CFS worked with Bryan?
10      A.  Yes.
11      Q.  So when it says skills trainers, did you
12   mean that as singular or plural?
13      A.  Plural.
14      Q.  So more than one?  Please explain.
15      A.  I had skills trainers that were employed
16   by CFS who would not accept an assignment for Bryan
17   Wiles-Bond.  That's what that's referring to.
18      Q.  And you -- was any -- did any of the
19   skills trainers employed by CFS go to Bryan's home?
20      A.  Yes.
21      Q.  And how many?
22      A.  One.
23      Q.  And who was that?
24      A.  Bill.
25      Q.  And did any of the other skills trainers
```

Page 88

```
 1   that said that the home was unsanitary or unclean
 2   ever go to their home?
 3      A.  No.
 4      Q.  Who are the skill trainers who stated that
 5   the environment in plaintiffs' home was unsanitary
 6   and unclean?
 7      A.  Oxsana Savenko.
 8      Q.  Did Ms. Savenko ever go to the home?
 9      A.  No.
10      Q.  Who else?
11      A.  Roberto Valentino.
12      Q.  Did Mr. Valen -- is it a mister?  Did Mr.
13   Valentino ever go to the plaintiffs' home?
14      A.  No.
15      Q.  Who else?
16      A.  Lea Scruton.
17      Q.  Ms. Scruton, did she ever go to the
18   plaintiffs' home?
19      A.  No.
20      Q.  Who else?
21      A.  That's it.
22      Q.  Did those skills trainers tell you this
23   information directly to you or did this come through
24   someone else?
25      A.  I'm not sure what your question is.
```

Page 89

```
 1      Q.  Did -- the three skills trainers you
 2   identified, did they tell you directly that they
 3   wouldn't work in the home because it was unsanitary
 4   and unclean?
 5      A.  Yes.
 6      Q.  So it wasn't through another party?
 7      A.  Correct.
 8      Q.  Do you know where these skills trainers
 9   got their information regarding the home
10   environment?
11      A.  No.
12      Q.  Did you ask them where they got that
13   information?
14      A.  I do not recall if I asked that specific
15   question.
16      Q.  Did William Beljean ever tell you that the
17   home environment was unsanitary and unclean?
18      A.  Yes.
19      Q.  Do you know how many times Mr. Beljean
20   went to the home?
21      A.  Once or twice.
22      Q.  Did he explain what he meant by unsanitary
23   and unclean?
24      A.  I do not recall the specifics of that.
25      Q.  Do you know if the reference to the
```