IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                Plaintiffs,<br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>                Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## **DECLARATION OF STANLEY E. LEVIN**

I, STANLEY E. LEVIN, declare as follows:

1. I am one of the named attorneys in the above captioned case.

2. Attached hereto as Exhibit A is true and correct copy of Plaintiffs First through Seventh Request for Admissions to Defendants.

I declare under penalty of perjury that the above is true and correct.

DATED: Honolulu, Hawaii, January 7, 2008.

                                    /S/ STANLEY E. LEVIN
                                    _____
                                    STANLEY E. LEVIN