IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN, declares:

1.　　I am one of the attorneys of record and make this declaration of my own personal knowledge.

2.　　Attached hereto as Exhibit "A" is the May 11, 2004, the Hearings Officer, issued her Findings of Fact, Conclusions of Law and Decision Attached

3.　　Attached hereto as Exhibit "B" is this Court's December 19, 2006, Order, Denying Defendants' Motion for Summary Judgment, Construed as a Motion for Judgment on the Pleadings and Denying Plaintiffs' Motion for Partial Summary Judgment and Denying in Part and

Granting in Part Plaintiffs' Motion to Enforce the Doctrine of Issue Preclusion Regarding all Administrative Hearing Decisions and the Settlement Agreement and Denying Plaintiffs' Motion to Strike Declarations for Non-Compliance with Rule 56(e) and Denying Plaintiffs' Motion to Amend or Supplement the Record.

    I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawaii, January 7, 2008.

                                    /s/ Stanley E. Levin
                                    STANLEY E. LEVIN
                                    CARL M. VARADY
                                    MICHAEL K. LIVINGSTON
                                    Attorneys for Plaintiffs