IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN, declares:

1. I am one of the attorneys of record and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit "A" is a copy of the Stipulated Decision dated May 21, 2001, entered into by the parties to the instant case.

3. Attached hereto as Exhibit "B" is a copy of the July 1, 2002, Settlement Agreement entered into by the parties to the instant case, that resolved *Bond, et al. v. DOE,* CV02-00101 SOM/BMK.

4. Attached hereto as Exhibit "C" is a copy of the May 11, 2004, Findings of Fact, Conclusions of Law and Decision in *Bryan Wiles Bond, et al. v. DOE,* DOE-2004-026 (Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

5. Attached hereto as Exhibit "D" is a copy of the July 23, 2004, Stipulated Partial Decision and Order of in *Bryan Wiles Bond v. DOE,* DOE 2004-70 Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

6. Attached hereto as Exhibit "E" is a copy of the July 23, 2004, Findings of Fact, Conclusions of Law and Decision in *Bryan Wiles Bond, et al. v. DOE,* DOE-2004-026 (Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawaii, January 7, 2008.

/s/ Stanley E. Levin
STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs