IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>    Defendant. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on January 7, 2008, a true and correct copy of the PLAINTIFFS' MOTION IN LIMINE #17 FOR AN IN LIMINE ORDER TAKING JUDICIAL NOTICE OF FINDINGS AND CONCLUSIONS ESTABLISHED BY PRIOR DECISIONS, STIPULATIONS AND AGREEMENTS was duly served upon the following parties by electronic filing via CM/ECF:

>Holly T. Shikada, Esq. holly.t.shikada@hawaii.gov,
>Cheryl.H.Oeda@hawaii.gov, Michael.t.burke@hawaii.gov
>Deputy Attorneys General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq. gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara, Esq. lhra@wik.com, rgeorge@wik.com
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, January 7, 2008.


              /S/ STANLEY E. LEVIN
              _____
              STANLEY E. LEVIN
              MICHAEL K. LIVINGSTON
              CARL M. VARADY

              Attorneys for Plaintiffs