IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN, declares:

1. I am one of the attorneys of record and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit "A" is a copy of the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400-1487 (2004)[1].

3. Attached hereto are the IDEA's implementing regulations 34 C.F.R. §§ 300.1-.756 (2004)

---

[1] Citations are to the operative statutes and regulations in effect at the time of the events giving rise to this case.

4. Attached hereto as Exhibit "B" are the Hawaii Department of Education's implementing regulations HAR Chapter 8-56.

5. Attached hereto as Exhibit "C" is Section 504 of the Rehabilitation Act, 29 U.S.C. § 729

6. Attached hereto as Exhibit "D" is 28 C.F.R. § 42.503, the implementing regulation for Section 504 of the Rehabilitation Act.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawaii, January 7, 2008.

/s/ Stanley E. Levin
STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs

2