IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>                Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that on January 7, 2008, a true and correct copy of the **PLAINTIFFS' MOTION IN LIMINE #6 TO TAKE JUDICIAL NOTICE OF THE HAWAII DEPARTMENT OF EDUCATION'S IMPLEMENTING REGULATIONS H.A.R. CHAPTER 8-56 SECTION 504 OF THE REHABILITATION ACT, 29 U.S.C. § 729 AND 28 C.F.R. § 42.503 OF ITS IMPLEMENTING REGULATIONS** was duly served upon the following parties by electronic filing via CM/ECF:

    Holly T. Shikada, Esq. holly.t.shikada@hawaii.gov,
    Cheryl.H.Oeda@hawaii.gov, Michael.t.burke@hawaii.gov
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq. gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara, Esq. lhra@wik.com, rgeorge@wik.com
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:    Honolulu, Hawaii, January 7, 2008.


    /S/ STANLEY E. LEVIN
    _____
    STANLEY E. LEVIN
    MICHAEL K. LIVINGSTON
    CARL M. VARADY

    Attorneys for Plaintiffs