LAW OFFICES OF CARL M. VARADY

Carl M. Varady
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i  96813
Telephone:  (808) 523-8447

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>              Plaintiffs,<br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>              Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>ERRATA TO PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 9; AND CERTIFICATE OF SERVICE |

**ERRATA TO PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 9**

Plaintiffs hereby submit Proposed Jury Instruction No. 9, as an errata in this matter from which the word "not" was inadvertently omitted from the original filing on January 7, 2008.

DATED: Honolulu, Hawai'i, January 7, 2008.

        /S/ CARL M. VARADY
        CARL M. VARADY
        Attorney for Plaintiffs

## PLAINTIFFS' PROPOSED JURY INSTRUCTION NO. 9

If the State had knowledge of Bryan's needs and did <u>not</u> provide appropriate services it is not a defense that he State to assert it acted in "good faith." The fact that the State knew of Bryan's needs and did not provide appropriate services constitutes "deliberate indifference" for which the State is liable under Section 504.

\_\_\_\_\_    Given by agreement

\_\_\_\_\_    Given over objection

\_\_\_\_\_    Modified and given by agreement

\_\_\_\_\_    Modified and given over objection

\_\_\_\_\_    Withdrawn

*Lovell v. Chandler*, 303 F.3d 1039, 1055-1057 (9th Cir. 2002).

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on January 7, 2008, a true and correct copy of the foregoing document was duly served upon the following parties electronically:

>Holly T. Shikada, Esq.
>Deputy Attorneys General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii 96813

>Gregg M. Ushiroda, Esq.
>Daniel K. Obuhanych
>Leighton M. Hara, Esq.
>999 Bishop Street, 23rd Flr.
>Honolulu, Hawaii 96813

>Attorneys for Defendants

>DATED:　Honolulu, Hawaii, January 7, 2008.

　　　　　　　　　　　　　/s/ Carl M. Varady
　　　　　　　　　　　　　STANLEY E. LEVIN
　　　　　　　　　　　　　MICHAEL K. LIVINGSTON
　　　　　　　　　　　　　CARL M. VARADY
　　　　　　　　　　　　　Attorneys for Plaintiffs