IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>          Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

### DECLARATION OF STANLEY E. LEVIN

1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in the above action.

2. Attached hereto as Exhibit A is a true and correct copy of Exh. 9, attached to the September 21, 2007 Deposition of Richard S. Goka, M.D.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Deposition of Dr. Richard Goka taken on September 21, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, January 7, 2008.

                                                                                 _____
                                                                            STANLEY E. LEVIN