IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　Defendant. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on January 7, 2008, a true and correct copy of the **PLAINTIFFS' MOTION IN LIMINE #1 TO EXCLUDE THE TESTIMONY OF RICHARD GOKA, M.D.** was duly served upon the following parties by hand delivery to the following:

　　　Holly T. Shikada, Esq.
　　　Deputy Attorneys General
　　　235 S. Beretania Street, Room 304
　　　Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq.
Daniel K. Obuhanych
Leighton M. Hara, Esq.
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:     Honolulu, Hawaii, January 7, 2008.

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs