IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>    Defendant. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

1. I am one of the attorneys for Plaintiffs in the above case and am licensed to practice before this court.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Dr. Bryna Siegel taken on October 15, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the June 22, 2006 expert report of Dr. Bryna Siegel.

4. Attached hereto as Exhibit C is a true and correct copy of the June 25, 2007 expert report of Dr. Bryna Siegel.

5. Attached hereto as Exhibit D is a true and correct copy of Hawai'i Revised Statutes §465-1 and California Business and Professional Code §2910.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, January 7, 2008.

                   _____
                   STANLEY E. LEVIN