UCSF

DEPARTMENT OF PSYCHIATRY &
THE CHILDREN'S CENTER AT
LANGLEY PORTER PSYCHIATRIC INSTITUTE
401 PARNASSUS AVENUE
SAN FRANCISCO, CA 94143-0984

THE AUTISM CLINIC
BRYNA SIEGEL, PH.D., DIRECTOR
ADJ. PROFESSOR, DEPT. PSYCHIATRY
OFFICE PHONE: 415-476-7321
CLINIC PHONE:: 415-476-7385
FAX    415-476-7160/ 415-821-1189
E-MAIL:  BRYNA@ITSA.UCSF.EDU

University of California San Francisco

June 22, 2006

Gregg M. Ushiroda
Watanabe Ing & Komeiji
First Hawaiian Center
99 Bishop Street, 23rd Floor
Honolulu, HI 96813

Re:  Bryan Wiles-Bond (DOB: 10-28-91)

Dear Mr. Ushiroda:

As you know, you have requested that I provide an expert opinion in the matter of
Wiles-Bond v Hawaii Department of Education.  The scope of my work in this matter
has been to review records on Bryan's education and development and to observe
Bryan at his current educational placement and interview key staff there.  Below is a list
of documents I have reviewed.

### Documents Reviewed

| Report Date | Title of Document | Document Author(s) |
|---|---|---|
| 10-18-99 | School Psychiatric Report | Richard Mesco, DO |
| 10/29/99 | Individualized Educational Program | IEP Team |
| 1/29/01 | Individualized Educational Program | IEP Team |
| 1/28/02 | Individualized Educational Program | IEP Team |
| 5/21/02 | Individualized Educational Program | IEP Team |
| 11/18/02 | Individualized Educational Program | IEP Team |
| 2nd Qtr 2003 | Autism Consultant Report (Alaka'I Na Keiki) | Dru Copeland, Ph.D. |
| 4th Qtr 2003 | Autism Consultant Report (Alaka'I Na Keiki) | Dru Copeland, Ph.D. |
| 11/25/03 | Individualized Educational Program | IEP Team |
| 6/2/04 | Individualized Educational Program | IEP Team |

EXHIBIT "B"

EXHIBIT B

631

Bryna Siegel 8.1

| 8/18/04 | Behavioral Assessment | Kim Smalley, Ph.D. |
|---|---|---|
| 6-17&18-05 | Neurodevelopmental Evaluation | Dan LeGoff, Ph.D. |
| 12-13-05 | Letter to Stan Levin | Dan LeGoff, Ph.D. |

In addition to these, I have been provided with copies of various court pleadings for my reference, but these will not be referred to here. I will focus my report on review of the 2004 Behavioral Assessment by Dr. Kim Smalley, the two 2005 documents produced by Dr. Dan LeGoff, my own observations of Bryan's current level of educational performance at his current placement—Keystone School, and finally, my conclusions.

## Critique: Report of Dr. Kim Smalley, Ph.D. (August 18, 2004)

Dr. Smalley visited the Wiles-Bond home, reviewed records and spoke to Bryan's caregivers. She notes his exceptionally difficult to manage behavioral problems with excessive water consumption followed by excessive urination. She notes he is on no psycho-active medications because he has had an adverse reaction(s). (This is a bit unclear as there are many classes of medications that might be used to address Bryan's symptoms, and many individual medications within each class, many of which can be expected to have different side effect profiles.) In any case the purpose of her report was to conduct a functional behavioral analysis (FBA) to address his many challenging behaviors. At the time of her assessment, behavioral excesses were indeed extreme and included tantrumming, aggression, self-stimulatory behaviors as well as deficits in living skills and an ability to access his educational curriculum. She goes on to provide detailed classification of maladaptive behavioral antecedents, their consequences; and to suggest alternative behaviors patterns and routines that can be encouraged to circumvent target maladaptive behaviors. These are all standard FBA procedures, executed well. Interestingly however, she note (pg. 12) that she does not think he needs a 'more restrictive placement' than the home—despite needing night staff to toilet him, and day staff to toilet him (initially) every 7 minutes. She also suggests a skills trainer provide him with opportunities to 'model' typical 12 year olds despite a complete lack of interest in his own brother, and a complete lack of any skills at the 12 year level. She also emphasizes his need to be exposed to more ASL—despite the fact that he is not yet functionally nor spontaneously using his current signs regularly. She does however note the importance of 'back-up' visual supports and visually-based augmentative communication systems. (As will be seen below, these were in place along with good quality ASL at Bryan's current school and have helped enormously.)

## Critique: Report of Dan LeGoff, Ph.D (June 17-18, 2005)

Dr. LeGoff provided an assessment of Bryan almost a year prior to this assessment. At that time, he had been in school in California for a brief period of time and his school was in transition from being Alicante School to Keystone School (in Elmira, California). Dr. LeGoff visited the school, interviewed Bryan's mother and school staff, and

Bryna Siegel 8.2

observed Bryan at school as well as tested him cognitively. He notes that Bryan showed many of the same (though less severe) behavioral challenges at Keystone as were present when Bryan left school in Hawaii. He noted that Bryan was now using ASL along with 'whispered vocalizations, some of which were discernable as words' (pg. 3) though his teachers a year later reported that 'hi!', 'bye!', and 'ma' remain his only context-appropriate spontaneous verbalizations—and that their spontaneous use is mainly in high-needs circumstances. He also described 'babbling' (pg. 4), but none was observed on my visit a year later; though with direct verbal modeling of 5 or 6 high value words Bryan produces a single or reduplicated CV pattern (e.g., 'wa-wa'—'water').

Dr. LeGoff conducted several structured assessments including the Autism Diagnostic Observation Scale (ADOS) and GARS (Gilliam Autism Rating Scale—which not surprisingly confirmed the diagnosis of autism. Of more interest is his administration of a language-free measure of intelligence (the Leiter-R) which qualified Bryan with a 'brief IQ' of 54 and Fluid Reasoning of 58—essentially functioning in the moderate to mild range of cognitive impairment respectively. He than goes on to administer other measures such as the Vineland Adaptive Behavior Scales (VABS)—a measure of how well an individual uses his cognitive capacity to function in daily life. He notes VABS scores in a range equivalent to 1 year, 2 months of age to 2 years, 9 months of age. He argues that the lower VABS scores reflect functioning below 'potential' because the VABS essentially places Bryan in the severely mentally retarded range. This is a critical error in his logic. It is well-documented that low functioning individuals with autism often have 'splinter' (isolated) skills in visual motor and visual spatial domains (precisely what is measured on the Leiter-R) that do not translate into communication skill nor abstract reasoning capacity of the same higher level. When he administers the Test of Auditory Comprehension of Language (TACL-3) he in fact notes that Bryan has simple vocabulary equivalent to a 3 year old, but no measurable phrase or sentence comprehension, nor comprehension of grammatical variations (grammatical morphemes) (pg. 4). In addition he notes that on the Expressive One Word Picture Vocabulary Test (EOWPVT) Bryan showed even lower vocabulary skill, i.e., at the 19 month level. Nevertheless, he claims that earlier (Hawaii discrete trial training sessions) showed 'functional expressive vocabulary over the three year level' (pg. 4) even though there is no evidence of ASL expressive functioning ever having been higher than 'Step 8' of a behavioral program that was associated with emergent 2 word phrases (like 'pizza good')—an early age 2 skill.

On the positive side, while Dr. LeGoff concludes that Bryan's extant behavior problems, adaptive dysfunction and communicative limitations make residential placement, along with good educational supports seem like the only viable solution for consistent management and resulting continued growth; his current functioning after another year of good quality special education placement shows a number of these problems greatly reduced as will be described below.

Bryna Siegel 8.3

**Report of Dan LeGoff, Ph.D (December 13, 2005)**

This report built upon the one from 6 months earlier and attempted to estimate cost of care for Bryan based on a lower level of functioning due to educational neglect in Hawaii.  There are two major flaws in the reasoning here that essentially make this report irrelevant:  First, after a year in at Keystone School, Bryna has shown a significant reduction in behavior problems and an increase in adaptive functioning not anticipated by Dr. LeGoff, and not anticipated to result from publicly-funded educational services alone.   Second, Dr. LeGoff argues both sides of a point:  that Bryan needs compensatory education because he is now (i.e., May 2005) functioning below expectations adaptively for an individual with moderate mental retardation, and that he will need a higher level of lifetime care (i.e., for a person with severe intellectual dysfunction) even after receiving compensatory education.  The faulty assumption here, as pointed out above, if that Bryan is only moderately mentally retarded.  His splinter skills score in the moderate range, but his adaptive and communicative skills are severely impaired, and it is these skills that have a much more determinative effect on life functioning.  In addition, this past year's education which has had compensatory effect has been successfully carried out while Bryan has continued to live at home.  In the long term, it is indeed likely he will benefit from residential treatment, but given current level of functioning, should be able to function to his potential in a group home residence—which in California is available at no, or very low sliding scale cost to any families requesting it.

**School Visit/ Classroom Observation (6/15/06)**

In preparation for this school visit, this examiner had reviewed all the documents described above.  Based on Dr. LeGoff's report, particular attention was focused on rates of problem behaviors he had directly observed or had been reported to him by Bryan's mother as significant past adaptive challenges.  All these behaviors were either now absent or significantly reduced during the approximately 75 minutes of this observation—though most are still monitored via Bryan's behavior plan, and some recur sporadically (with well-described antecedents).  During the observation period, no tantrumming, property destruction, aggression nor task avoidance was observed.  Bryan did exhibit frequent urination, but trips to the bathroom were carefully monitored so they did not result in an acceleration of past related behaviors such as water-guzzling (followed by more urination).  Very low levels of hand-stereotypies were observed (and almost indistinguishable from some signing).  There was one incident of mild pica (chewing a leaf along with popcorn).  Communication between Bryan and his one-to-one aide, Obi Officer using modified American Sign Language was so good that it successfully addressed potential causes for tantrum or other non-compliance.  High routine and predictability in the classroom, a well-understood and well-implemented token economy plus visual supports also aided significantly in the high degree of behavior control.

Bryna Siegel 3.4

Bryan presented as a large friendly young adolescent who initially appeared a bit suspicious about this examiner, but broke into a wide smile after she signed 'Hi!'. Bryan got up from his beanbag (where he was having a break from completed workstation tasks) and approached me curiously, responding well to redirects to say 'Hi' in response to my greeting (rather than approaching too closely). During the observation period, Bryan worked well independently, signing in response to noun labels for animals using a Language Master (essentially a card reader that verbalizes card content when a single card is passed through).

An interview with Trina Meader, Bryan's teacher provided further details about his program: She has been is classroom teacher since January 2006 (and previously worked at Spectrum Center, a highly regarded Bay Area program for severely handicapped behaviorally challenged children with autism). His instructional aide, Obi Officer, has been present since Bryan's arrival at Keystone. There 8 pupils in Bryan's class and only a sub-set also have one-to-one instructional aides though all but one appear to function in the severely handicapped range and meet criteria for an autistic spectrum disorder and/or mental retardation. Trina stated that she is not a fluent ASL signer, though Obi, who is with Bryan full-time, is. Trina has learned all Bryan's current signs and ones he is currently mastering, and uses them with him in both incidental teaching, direct instructional and behavior management contexts as needed. She noted that Bryan can 'get sloppy/lazy' with his signs, that consistent maintenance is needed, and that usually she comprehends his sign because most are elicited or echoed so she is able to interpret them in context. She estimated that a fluent ASL signer not familiar with Bryan, and naïve to context or verbal prompts would understand him about 50% of the time on his first production of a tact or mand.

Obi, on the other hand, is fully apprised of Bryan's signing errors and can accurately prompt revisions in a way that assures his communicative attempts are fruitful and that he is naturally reinforced by efforts to sign more universally and less idiosyncratically. She noted that while behavior problems are much lower than in the past across the board, outbursts still do occur—usually when an expectation for a reinforcer is not met in a timely fashion. She is excellent at authoritatively redirecting him and following up with a fun interaction that rewards him for success at keeping it together. She supplements sign and verbal communication with a PECS book and notes that he mainly responds to icons that are photographic, not cartoons—which is consistent with our research and likely why PECS did not work out well in Hawaii. Bryan is reported to have mastered about 240 signs, of which about 200 are noun labels. He uses relatively few spontaneously, but many accurately when prompted and is echolalic with his sign which makes a direct test of comprehension problematic. (The use of the language master is a good way of addressing this as no human prompt is present.)

Trina also noted that Bryan does not receive funded school related services after leaving school at 2:30, nor does he receive services prior to leaving his home for school—as he had been assigned per IEP when in Hawaii. The school has no contact with regional center (State Department of Developmental Disabilities) –funded respite care workers who serve Bryan in the afternoon. By contract, respite workers are put in

Bryna Siegel 8.5

place to provide respite and assure the client's safety and not to educate. However, Trina is aware that Bryan's mother works on his educational goals with him when she returns from work.

Bryan's curriculum at school consists of adaptive, daily living and leisure skills. Tasks observed included choosing and carrying out a leisure task (choosing a book and looking through it), an adaptive task (setting the table for lunch), and a daily living skill task (like going into the bathroom, urinating and returning promptly without inappropriate unplanned excursions to the sink or soap dispenser).

In addition to meeting with Trina Meader and Obi Officer, I also met briefly with Ruth Prystash, the autism resource specialist for the two classes at Keystone that serve pupils in the autistic spectrum. As a team, the three bring a broad range of behavioral and educational skills to the programming at Keystone.

**Conclusions**

In light of the records reviewed, it appears that Bryan is currently functioning with a lower rate of behaviors incompatible with instruction than at any time in the past. In the past year since he was last seen at school by Dr. LeGoff, he is showing continued improvements in both behavior management and adaptive functioning that are, as expected, the result of receiving intervention that comports with best practice standards for children with autism and which were described in Dr. LeGoff's 2005 school visit report.

This creates a dilemma, because in Hawaii, Bryan had an IEP with 68 hours per week of educationally related services—and was felt to have suffered irreparable educational harm because he did not receive these consistently and/or receive good quality services. Presently, Bryan attends school approximately 30 hours per week. During other non-school hours he is involved in either transportation to and from school (at least 10 hours per week), or receives respite care in the home. His before-school care is provided by his family, and after school care includes only regional center respite (as far as the school is aware) and no services that involve teaming with school staff on school goals. This means that with 'best practices' quality education, Bryan is benefiting from 30 hours per week of educationally-related service in a way he was not (much of the time) in Hawaii where he was receiving up to 68 hours. This highlights that it was neither the sheer hours of educationally-related service, nor the need for educationally trained providers consistent with school goals that accounted for Bryan's lack of progress in Hawaii. Indeed, this finding highlights the likelihood that the quality of programming and it's implementation in Hawaii was probably inadequate much of the time, and in fact may have been made worse by the large number of different service providers required to cover 68 hours a week of programming before, during and after school and on weekends compared to the single, excellently trained, highly consistent one-to-one support paraprofessional he has now.

Another key observation about Bryan's programming is that he has only 1 staff member who is a completely fluent ASL signer (Obi). She is with him full-time during school hours and this has a highly salutary effect on behavior management. In Hawaii there was concern that there were not enough staff fluent in ASL and behavior management of severely handicapped pupils and this was a reason for Bryan's behavioral excesses and educational lack of progress. Not only does Bryan not need more than one person to serve as his interpreter, his communication needs can be equally well met by Trina, who knows Bryan's signs and can decode the vast majority of his signs (even sloppy ones) from prompts and other contextual cues since he uses a relatively narrow repertoire of spontaneous signs. In 30 years in the special education of children with autism I have met only a handful who are fluent signers and highly-trained behaviorists. Fortunately for Bryan, Obi is one. However, recruitment of even one full-time person with such qualifications in Kailua-Kona is basically unimaginable.

Finally, there is the issue of whether Bryan either lost so much ground, or failed to progress substantially for such an extended period while in the West Hawaii school district that his developmental prognosis is now poorer than when the family moved to Hawaii. Related to this is the question of whether compensatory educational services could restore an earlier-expected prognostic trajectory. First, one of the most enduring findings in the field of autism epidemiology is that failure to develop functional spoken language by about age 6 is related to persistent mutism. Bryan was less than six before the Wiles-Bond family came to Hawaii, and he was non-verbal. While in Hawaii, he continued to be non-verbal. Though he learned some sign and improved his receptive language capacity, he was and is non-verbal. (By some standards, Bryan falls just below the threshold for being considered 'speaking', i.e., having about 8 spontaneously verbalized words that are universally understood and spontaneously used.) Speaking children do not become verbal, but they do have at their command another communicative strategy (that is oral) and can be used efficiently and meaningfully with familiar adults. In addition, as stated earlier, Bryan's splinter skills (visual-spatial/ visual-motor) do not predict overall functioning at that relatively higher level in that isolated domain. Rather, the capacity for communication predicts life functioning. Even when tests of auditory comprehension and expressive language were adapted to ASL, Bryan mostly measured as functioning around the 2 year level and has never exhibited significantly higher functioning. Even in the last year, with much improved behavior control, Bryan continues to acquire new single words, but also continues to show great difficulty with sentences structure/grammar accept in very prompted ways. Even two word phrases which he now sometimes spontaneously generates place language at the level expected in the first half of the second year of life.

Bryan Wiles-Bond is a significantly impaired young man who fortunately has shown good improvements with appropriate education. He can be expected to continue to learn, adapt and function with increasing levels of independence with continued similar educational supports. He will never live independently, but this is not because of the education he did not receive in Hawaii—though likely, much of the intervention was

poor quality and/or inconsistent.  There is no strong support for the idea that he would have been more independent had he never been educated in Hawaii.

Sincerely,

*Bryna Siegel, Ph.D.*

Bryna Siegel, Ph.D.
Director, Autism Clinic
Children's Center at Langley Porter
Professor, Department of Psychiatry
University of California, San Francisco

Bryna Siegel 8.8

DEPARTMENT OF PSYCHIATRY &
LANGLEY PORTER PSYCHIATRIC INSTITUTE
CHILD AND ADOLESCENT PSYCHIATRY
401 PARNASSUS AVENUE
SAN FRANCISCO, CA 94143-0984

PERVASIVE DEVELOPMENTAL DISORDERS CLINIC
BRYNA SIEGEL, PH.D., DIRECTOR



University of California San Francisco

# CURRICULUM VITAE

### BRYNA SIEGEL, Ph.D.
### Adjunct Professor

Revised: March 5, 2004

## EDUCATION:

| | | | |
|---|---|---|---|
| 1971-1974 | New College, Sarasota, FL | 1974 | B.A. Clinical Psychology |
| 1975-1977 | Stanford University, Stanford, CA | 1977 | M.A. Education |
| 1975-1980 | Stanford University, Stanford, CA | 1980 | Ph.D. Child Development |
| 1980-1981 | Boys Town Center for the Study of Youth Development, Stanford, CA | | Post-doctoral Fellowship in Adolescent Development |
| 1982 | Stanford University School of Medicine, Stanford, CA | | Post-doctoral Fellowship in Psychiatric Research Methods |
| 1983-1984 | Stanford University School of Medicine, Stanford, CA | | Post-doctoral Fellowship in Developmental Psychopathology |

## POSITIONS HELD:

2001-____     ADJUNCT PROFESSOR, Department of Psychiatry, Langley Porter Psychiatric Institute, University of California, San Francisco; DIRECTOR, Pervasive Developmental Disorders Clinic. (Adjunct Professor I in July, 2001)

1995-2001     ASSOCIATE ADJUNCT PROFESSOR, Department of Psychiatry, Langley Porter Psychiatric Institute, University of California, San Francisco; DIRECTOR, Pervasive Developmental Disorders Clinic. (Associate Adjunct Professor II in July, 1997)

## POSITIONS HELD: (continued)

1989-1995    ASSISTANT ADJUNCT PROFESSOR, Department of Psychiatry, Langley Porter Psychiatric Institute, University of California, San Francisco; DIRECTOR, Pervasive Developmental Disorders Clinic.

1985-1989    SENIOR RESEARCH ASSOCIATE, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine

1984-1985    RESEARCH ASSOCIATE, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine

## HONORS AND AWARDS:

| | |
|---|---|
| 1983-1984 | Scottish Rite Foundation |
| 1985-1990 | John Merck Fund Scholar |
| 1994 | Certificate of Acknowledgement, California State Senate |
| 1996 | Certificate of Acknowledgement, California State Department of Education |
| 1996 & 1997 | Certificate of Appreciation, Autism Society of America |
| 1997 | Certificate of Appreciation, MAAP-More Advanced Autistic People |
| 2002 | California Governor's Blue Ribbon Panel on Autism |

## MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS:

Society for Research in Child Development (1976-present)
American Psychological Association (1980-present)
    Member- Developmental Division (1980-present)
    Member- Developmental Disabilities Mental Retardation Division (1990-present)
Autism Society of America (1983-present)
International Society for Research in Child & Adolescent Psychiatry & Psychology
    (1998-present)
California Applied Behavior Analysis Association (1997-present)

## INVITED LECTURESHIPS (academic):

| | |
|---|---|
| 2000 | Visiting Professorship, University of Hawaii, Department of Psychiatry |
| 2001 | American Academy of Pediatrics: Invited lecture and panel on autism screening |
| 2002 | Keynote: MIND Institute Summer Institute, UC Davis |
| 2004 | American Academy of Pediatrics: Early autism treatment |

## PUBLIC SERVICE:

### Board Membership:
*National:* Autism Society of America Foundation Scientific Advisory Board (1998- )

### Journal Referee:
*Journal of Autism and Developmental Disorders* (1993-)
*Journal of Child Psychology and Psychiatry* (1996-)
*Infants and Young Children* (1995-)
*Autism* (1997-)
*Child Development* (1998-)
*Journal of the American Academy of Child & Adolescent Psychiatry* (2003-)

### Grant Reviewing:
Autism Society of America Foundation (1998-)
National Institute of Mental Health (2001- )
    STAART Development Study Section: Aug. 2001
    STAART Study Section: March, 2002
    SBIR Study Section: August, 2003
    CPDD Study Section: June, 2004

### Presentations at Invited NIH Scientific Meetings:
NIH Conference on Screening and Diagnosis for Autism (Nov 8, 1999)
NIH Conference on Research Priorities in Autism Treatment (Sept. 5, 2002)

### Court Appointments and Qualifications:
Qualification in over 60 state Fair Hearings, Superior Court, and Court of Appeals cases on
    services for the developmentally disabled in several states and Canada.
602 Alienists Panel- City & County of San Francisco (Forensic assessment) (1991-)

### Service Activities to Elementary and Secondary Education (2001-2004):
Orange County, CA Office of Education (1997,1998, 1999, 2001)
Kern County, CA Office of Education (1997-1998, 2002)
Clovis Unified School District, Clovis, CA (1998, 2001)
Palos Verdes Peninsula Unified School District (1999, 2001, 2003)
South West SELPA, Los Angeles County, CA (1999, 2001)
Los Angeles Unified School District (1999-2002)
Hawaii Department of Education (districts in Oahu, Maui, Kauai, Big Island) (1999-present)
Wichita, Kansas Board of Education (2000-2002)
Tulare County, CA Office of Education (2001)
Ventura Co. CA Office of Education (2001)
San Jose Unified School District (2003)
PUBLIC SERVICE (continued):
    Service Activities to Elementary and Secondary Education (2001-2004)
    (continued):

Cambrien Unified School District (San Jose, CA) (2004)
Newark Unified School District (Newark, CA) (2004)

**Developmental Disabilities Consultancies (2001-2003):**
Valley Children's Hospital, Fresno, CA (1997, 1998)
Central Valley Regional Center, Fresno, CA (1997, 2002)
Tri-Counties Regional Center, Santa Barbara, CA (1999, 2002)
Blick Clinic and Children's Hospital Medical Center of Akron Ohio (2000)
Regional Center of Orange County Santa Ana, CA (2001-2)
Harbor Regional Center, Los Angeles, CA(2001)
Golden Gate Regional Center, San Francisco, CA (2002)
Kern Regional Center, Bakersfield, CA (2002-2003)
　　(Including monthly 2 hour telemedicine conferences)

**Committee Service (2001-2003):**
*International:*
　　CAIRN: Canadian Autism Intervention Resource Network (2000-2001)
*State:*
　　California Early Start/ CEITAN (1997-2000)
　　California State Diagnostic Standards Committee (2001-)
　　California Dept. of Developmental Services Director's Advisory Committee on Autistic
　　Spectrum Services, (2001-2)
*University:*
　　Langley Porter Compensation Plan Advisory Committee (1999-2001)
　　Faculty Welfare Committee (2002-)

## RESEARCH AND CREATIVE ACTIVITIES:
### ORIGINAL ARTICLES:

1982 Duke P, Gross RT, Dornbusch S, Carlsmith M, Martin J & Siegel-Gorelick B
　　'Educational correlates of early and late sexual maturation', *Journal of Pediatrics*, 100, 4,
　　633-637.

1984 Rosenfeld A, Siegel-Gorelick, B et al. 'Parental perceptions of age changes in children's
　　modesty' *Psychiatry*, 47,4.

1984 Dornbusch S, Carlsmith M, Duncan P, Gross RT, Martin J, Ritter P, Siegel-Gorelick B
　　'Sexual maturation, social class, and the desire to be thin among adolescent females',
　　*Journal of Developmental and Behavioral Pediatrics*, 5,6, 308-314.

## RESEARCH AND CREATIVE ACTIVITIES:
### ORIGINAL ARTICLES(continued):

Revised: March 5, 2004

Page 4

Bryna Siegel 8.12

1985  Siegel B, Anders T, Ciaranello RD, Bienenstock B & Kraemer HC 'Empirical subclassification of the autistic syndrome', *Journal of Autism and Developmental Disorders*, 16, 3, 475-491.

1986  Rosenfeld A, Siegel B, & Bailey R 'Familial bathing patterns: Implications for case of alleged molestation and for pediatric practice' *Pediatrics*, 79,2.

1987  Rosenfeld A, Bailey R, Siegel B, Bailey G 'Delineating incest: Frequency of children touching parents genitals in a non-clinical population', *Journal of the American Academy of Child and Adolescent Psychiatry*, 25,4, 481-484.

1988  Siegel B, Pliner C, Eschler J, Elliott GR 'How children with autism are diagnosed: Difficulties in the identification of children with multiple developmental delays', *Journal of Developmental and Behavioral Pediatrics*, Aug.

1989  Siegel B, Vukicevic J, Elliott GR, & Kraemer HC 'An assessment of the DSM-III-R criteria for autistic disorder using signal detection theory', *Journal of the American Academy of Child and Adolescent Psychiatry*, 28, 4, 542-548.

1990  Spitzer RL & Siegel B 'The DSM-III-R field trials for pervasive developmental disorders', *Journal of the American Academy of Child and Adolescent Psychiatry*, 26,6, 855-862.

1990  Siegel B, Vukicevic J & Spitzer RL 'Using signal detection theory to revise DSM-III-R: Reanalysis of the DSM-III-R field trials data for autistic disorder', *Journal of Psychiatric Research*, 4, 301-311.

1990  Vukicevic J & Siegel B 'Pervasive developmental disorder in monozygotic twin boys: Evidence for a multifactorial etiology', *Journal of the American Academy of Child and Adolescent Psychiatry*, 29,6, 897-900.

1992  Waterhouse L Wing L Spitzer RL & Siegel B 'Pervasive developmental disorders: From DSM-III to DSM-III-R'. *Journal of Autism and Developmental Disorders*, 22,4, 1-11.

1994  Volkmar, F, Klin, A, Siegel, B, Szatmari, P, Lord, C, Campbell, M, Freeman, BJ, Cicchetti, DV, Rutter, M, Kline, W, Buitelaar, J, Hattab, Y, Fombonne, E, Fuentes, J, Werry, J, Stone, W, Kerbeshian, J, Hoshino, Y, Bregman, J, Loveland, K, Szymanski, L, Towbin, K, 'Field Trial for Autistic Disorder in DSM-IV', *American Journal of Psychiatry*, 151:9, 1361-1367.

RESEARCH AND CREATIVE ACTIVITIES:
ORIGINAL ARTICLES(continued):

Revised: March 5, 2004                                          Page 5

1995  Siegel, B 'Brief Report: Assessing allegations of sexual molestation made through facilitated communication'. *Journal of Autism and Developmental Disorders, 25, 3, 319-326.*

1996  Siegel, B 'Is the emperor wearing clothes? Social policy and the empirical support for full inclusion of children with disabilities in the preschool and early elementary grades'. *Social Policy Report: Society for Research in Child Development, 10, 2/3, 2-17.*

1996  Milbrath, C. & Siegel, B. 'Perspective taking in the drawings of a talented autistic child'. *Visual Arts Research, 22, 2, 56-75.*

1997  Horowitz, MJ, Siegel, B, Holen, A, & Bonnano, G 'Diagnostic criteria for pathological grief disorder' *American Journal of Psychiatry, 154:7, 904-910.*

1998  Sheinkopf S & Siegel B 'Effects of very early intensive behavioral intervention for autistic children'. *Journal of Autism and Developmental Disorders, 28, 1, 15-23.*

1998  Siegel, B & Zimnitsky, B 'Facilitated communication and auditory integration training: A critical review of two non-mainstream treatments for language disorder associated with autistic spectrum disorders' (Invited) *Journal of Speech-Language Pathology & Audiology, 22, 2, 61-70.*

1999  Siegel, B. 'Using a developmental theory to develop and assessment treatment for autistic spectrum disorders' (Invited) *Infants and Young Children , 12, 2, 27-36.*

1999  Siegel, B. 'What we still don't know, and what we need to know about intensive behavioral interventions for autism' Reply to Pomeranz. Letter to the Editor. *Journal of Autism and Pervasive Developmental Disorders.*

1999  Siegel, B. 'Desperate parents and autism cures' Letter to the Editor. *Wall Street Journal*, March 24, 1999.

1999  Heyman, M, Lightdale, J, Adelman, RB, Glidden, D, Siegel, B, Elliott, GR 'Patterns of gastrointestinal symptoms in children with autism'. *Gastroenterology, 116:A554.*

RESEARCH AND CREATIVE ACTIVITIES:
ORIGINAL ARTICLES(continued):

2000  Siegel, B 'Commentary on 'Lack of benefit of a single dose of synthetic human secretin in the treatment of autism and pervasive developmental disorder' (in *NEJM*), *Evidence-Based Mental Health, 3, 2.*

2000   Siegel, B. 'Treatment Models and Treatment Practice for Autistic Spectrum Disorders'. *Advocate: Autism Society of America*, Winter, 2000.

2001   Siegel, B. 'Quality of Life for Families with a Child with Autism: Preventing Mental Separations and Legal Divorce'. *Advocate: Autism Society of America*, Summer, 2001.

2001   Lightdale, J, Hayer, C Duer, A, Lind-White, C, Jenkins, S Siegel, B Elliott, G, & Heyman, M 'Effects of intravenous secretin on language and behavior of children with autism and gastrointestinal symptoms: A single-blinded, open-label pilot study', Pediatrics, 108, 5, 90-95.

2002   Siegel, B 'Autism'. In N.J. Salkind (Ed.) *Macmillan Psychology Reference Series, Vol. I: Child Development*, New York: Macmillan Reference USA.

2003   Gage, N, Siegel, B & Roberts, TL 'Cortical auditory system maturational abnormalities in children with autistic disorder: An MEG investigation', *Developmental Brain Research* (in press).

2003   Gage, N, Siegel, B, Callen, M & Roberts, TL 'Cortical sound processing in children with autistic disorder: An MEG investigation', *NeuroReport* (in press).


## ARTICLES IN PREPARATION:

Siegel, B 'The Pervasive Developmental Disorders Screening Test: Development and application for primary care, developmental disorders, and autism clinic settings'.

Siegel, B & Schuler, A. 'Follow-up on early intervention for autism: Early intensive behavioral intervention versus treatment as usual'


## BOOK CHAPTERS:

1981   Siegel, B. 'Diagnostic assessment of autistic disorder using a standardized play session,' in C. Schaefer, K. Gitlin & A. Sandgrund (eds.), *Play Diagnosis and Assessment*, New York: John Wiley & Sons. (Pages 331-374.)


## BOOK CHAPTERS: (continued)

1981   Siegel, B. 'Toward DSM-IV: Taking a developmental approach to autistic disorder,' in J. H. Beitchman & M. Konstantareas (eds.), *Developmental Disorders: Psychiatric Clinics of North America*, Vol. 14, No. 1, March, Phila.: W.B. Saunders. Pages 53-68.)

1996    Siegel, B. 'Atypical ontogeny: Atypical development from a developmental perspective' (pgs. 38-56). In N Cohen, JH Beitchman, R Tannock & M Konstantareas (Eds.) *Language, Learning and Behavior: Emerging Perspectives:* Cambridge: Cambridge University Press.

1997    Siegel, B. 'Parent responses to the diagnosis of autism: Mourning, coping, and adaptation' in D. Cohen & F. Volkmar (Eds.) *Handbook of Autism and Pervasive Developmental Disorders- Second Edition*, pgs. 745-766. New York: John Wiley & Sons.

2001    Siegel, B, Hayer, C & Tanguay, P 'Treatment of Pervasive Developmental Disorders', Chapter 5, Vol. 1, pgs. 65-90. In E. Weller & J McDermott, & G Gabbard (Eds.) *Treatment of Psychiatric Disorders, 3rd Ed.*, Washington, DC, American Psychiatric Association Press.

2004    Siegel, B & Ficcaglia, M 'Autistic Spectrum Disorders: Etiology, Diagnosis, Treatment and Prognosis'. In M. Hersen, JC Thomas & RT Ammerman (Eds.) Comprehensive Handbook of Personality and Psychopathology, New York: John Wiley (in prep.)

## PEER REVIEWED RESEARCH ABSTRACTS:

1979    Siegel-Gorelick, B., and Kermoian, R. 'Single Case Design as an Exploratory Technique in Developmental Research' Society for Research in Child Development.

1979    Everson M., Ambron, S., Kermoian, R. Siegel-Gorelick, B., Buchanan, A., and Valdez, M. 'Age of Entry and Quality of Care: Mediating Factors in the Effects of Day Care on Attachment' American Educational Research Association.

1979    Kermoian, R. and Siegel-Gorelick, B. 'Single Case Design as an Exploratory Technique in Developmental Research' American Educational Association.

## PEER REVIEWED RESEARCH ABSTRACTS (continued):

1980    Siegel-Gorelick, B., Ambron, S., and Everson, M. 'Qualitative versus Quantitative Differences in Caregivers in Family Day Care at Home." Society for Research in Child Development.

1981    Siegel, B., Ambron, S., and Everson, M. 'Day Care as a Learning Environment: The Relation Between Environmental Characteristics and Social Development in Family Day Care." American Educational Research Association.

Revised March 5. 2004

Bryna Siegel 8.16

1983 Dornbusch, S., Carlsmith, M., Gross, R.T., Duke, P., Ritter, P. & Siegel-Gorelick, B. 'Testing Female Thinness as Conspicuous Consumption.' Society for Research in Child Development.

1983 Rosenfeld, A., Bailey, R. and Siegel-Gorelick, B. 'Sexual and Affectional Touching in Families.' American Academy of Child Psychiatry.

1984 Siegel, B. 'Subtypes of Autism Responding to Fenfluramine' Symposium on 'Effects of Fenfluramine on Autism.' American Academy of Child and Adolescent Psychiatry.

1985 Siegel, B., Kraemer, H.C., Elliott, G.R., and Ciaranello, R. 'Pre- and Perinatal Risk Factors Associated with Different Types of Autism: Validation of a Behavioral Subtyping Model.' American Academy of Child and Adolescent Psychiatry.

1987 Siegel, B., Eschler, J., Pliner, C., and Elliott, G.R. 'Multidisciplinary Developmental Evaluation Improves Early Diagnosis of Infantile Autism.' Society for Research in Child Development.

1987 Siegel, B. 'Clinical and Developmental Subtypes in Autism.' Invited paper, National Society for Autistic Children.

1988 Siegel, B. and Raghaven, S. 'Age and Clinical Aspects of Arousal Regulation during Social Interaction for Autistic Children.' American Psychiatric Association.

1988 Elliott, G.R., Siegel, B., Friedman, S., Anders, T.F., Feuli, K.F., and Ciaranello, R.D. 'Peripheral and central effects of fenfluramine on children with autism.' American Academy of Child and Adolescent Psychiatry.

1988 Siegel, B., Vukicevic, J., Elliott, G.R., and Kraemer, H.C. 'An Assessment of the Quality of the DSM-III-R Criteria for Autistic Disorder.' American Academy of Child and Adolescent Psychiatry.1989 Siegel, B., Vukicevic, J. 'Developmental level and efficiency of psychiatric diagnosis: Reanalysis of the DSM-III-R field trials for autistic disorder.' Society for Research in Child Development.

PEER REVIEWED RESEARCH ABSTRACTS (continued):

1990 Siegel, B., Vukicevic, J. & Lux, J. 'Diagnostic characteristics of autistic probands from multiplex and single-incidence families.' American Academy of Child and Adolescent Psychiatry.

1991 Siegel, B. 'A critique of parenting books.' Symposium, 'Self-help books: The promises and perils of bibliotherapy.' American Psychological Association.

1991 Siegel, B. "Signal detection theory and early detection of autism.' Symposium. 'Evaluation of behavior in early childhood: Issues and progress.' American Psychological Association.

Bryna Siegel 8.17

1991 Siegel, B. 'Developmental trajectory of early signs of autism: Applications for early identification.' Symposium, 'Early diagnosis of Autism.' Autism Society of America.

1991 Siegel, B., Detmers, D. & Schuler, A. "Language loss in autism: Regression or failure to progress?' American Academy of Child and Adolescent Psychiatry.

1991 Van Elberg, A. & Siegel, B. 'Early imitation and later symptoms of autism.' American Academy of Child and Adolescent Psychiatry.

1992 Siegel, B. & Sheinkopf, S. 'Precursor signs of autism in the first three years of life.' American Academy of Child and Adolescent Psychiatry.

1993 Siegel, B. & Lindblom, R. 'Observational acumen & detection of atypical development in one-year-olds'. Society for Research in Child Development.

1993 Siegel, B. 'Athena born from the head of Zeus- Why developmental neuropsychiatry is not: Issues in studying atypical development. Society for Research in Child Development.

1993 Siegel, B. 'Signs of autism in the first two years', American Academy of Child and Adolescent Psychiatry.

1993 Siegel, B. 'Developing a diagnostic algorithm and research criteria for DSM-IV Autistic Disorder' Symposium: DSM-IV Autism/ Pervasive Developmental Disorders field trial'. American Academy of Child and Adolescent Psychiatry.

1994 Siegel, B. 'The Pervasive Developmental Disorders Screening Test (PDDST): Detection of autism and PDD in infants and toddlers', International Association of Child and Adolescent Psychiatry.

## PEER REVIEWED RESEARCH ABSTRACTS (continued):

1994 Siegel, B. 'Atypical ontogeny: A conceptual model for separating developmental disability from atypical development', International Association of Child and Adolescent Psychiatry .

1994 Sheinkopf, S. & Siegel, B. 'Effectiveness of intensive early interventions for young children with autism and PDD'. Society for Behavioral Medicine.

1994 Siegel, B. 'Delineating innate, virtual, and epiphenomenal signs of neuropsychiatric disorders in children: Implications for behavioral genetics and

1994 Park, E.H., Lee, D., & Siegel, B. 'A phenocopy? Autism and PDD in prenatally-drug exposed children' American Academy of Child and Adolescent Psychiatry.

Bryna Siegel 3.18

1994 Halmy, E., Marder, D., & Siegel, B. 'Developmental setbacks in the development of autism: Language loss', American Academy of Child and Adolescent Psychiatry.

1995 Siegel, B 'Atypical ontogeny: A developmental theory for emergence of learning and neuropsychiatric disorders in children. Jean Piaget Society.

1995 Siegel, B., Lord, C., Leventhal, B., 'Workshop: Planning and implementing early intervention for pervasive developmental disorders', American Academy of Child and Adolescent Psychiatry .

1995 Milbrath, C. & Siegel, B. 'Perspective taking in the drawings of a talented autistic child'. Symposium, American Psychological Association.

1995 Helmy, E., Siegel, B., & Marder, D. 'Language loss and concommitant loss of social milestones in autism', American Academy of Child and Adolescent Psychiatry.

1996 Siegel, B. 'Planning and implementing early intervention for autism: Potential benefits of earliness and intensity Workshop. Pittsburgh Summer Institute on Autism.

1996 Siegel, B, and Sheinkopf, S. 'Partial replication of the results from the UCLA Early Autism Project' Symposium: B. Siegel, Chair: Early Intensive Intervention for Young Children with Autism. American Academy of Child and Adolescent Psychiatry.

1996 Siegel, B. 'School consultation: Mainstreaming/ inclusion as an intervention: Does it help? American Academy of Child and Adolescent Psychiatry.

PEER REVIEWED RESEARCH ABSTRACTS (continued):

1996 Siegel, B. 'Planning and implementing early intervention for autism: how much? How soon? What gains can be expected? Autism Society of America.

1996 Siegel, B. 'New developments in the early identification and treatment of autism'. Invited workshop. Society for Behavioral and Developmental Pediatrics.

1997 Siegel, B and Bieshevuel, H. 'Developmental setbacks in toddlers with autism: Loss of ability or failure to accommodate?'. Society for Research in Child Development.

1997 Siegel, B. 'Developmental and social policy issues and the practice of educational mainstreaming and full inclusion' Society for Research in Child Development.

1997 Siegel, B. 'Effective early intervention programs: A range of models'. Symposium. Autism Society of America.

1997 Siegel, B. 'For parents of newly-diagnosed children'. Invited workshop. Autism Society of America.

1997   Siegel, B., Doung, V. & McClennan, K. 'IQ, play, and exploration as predictors of response to early intensive behavioral treatment for autism'. American Academy of Child and Adolescent Psychiatry.

1998   Siegel, B. 'Early Screening and Diagnosis in Autistic Spectrum Disorders: The Pervasive Developmental Disorders Screening Test (PDDST) ' (Invited paper). National Institute for Child Health & Development Early Screening and Diagnosis for Autism Invitational Conference.

1998   Siegel, B. 'Guidelines for the use of intensive behavioral interventions for young children with autism', (Invited lecture), California Association for Applied Behavior Analysis.

1998   Siegel, B., Whiteford, H., Hayer, C. & Keegan, M. 'An Autism Index for the Bayley Scales of Infant Development-II', American Academy of Child and Adolescent Psychiatry.

1998   Siegel, B. 'Linking DSM-IV criteria for autism to specific learning deficits: Assessment and treatment', Institute on Autism Assessment and Treatment, *American Academy of Child and Adolescent Psychiatry*.

## PEER REVIEWED RESEARCH ABSTRACTS (continued):

1999   Siegel, B. & Hayer, C. 'Detection of autism in the second and third year: The Pervasive Developmental Disorders Screening Test' in symposium on 'Early diagnosis and screening for autism' *Society for Research in Child Development.*

1999   Siegel, B. 'Using an autistic learning disabilities model to plan early intervention'. *National Autistic Society/ St. George's Hospital.* (June) London.

1999 Siegel, B. 'Psychometrics and applications for the Pervasive Developmental Disorders Screening Test.' *International Society for Research in Child & Adolescent Psychiatry & Psychology.* (June) Barcelona.

1999 Siegel, B., Sikorski, J. & Henson, G. 'Child centered models for child psychiatry-based school consultation'. Workshop. *American Academy of Child & Adolescent Psychiatry.*

1999   Siegel, B, Hayer, C & Duer, A. Delineating autism from other developmental disorders using the PDDST, *American Academy of Child & Adolescent Psychiatry.*

Bryna Siegel 8.20

2000  Siegel, B, Capps, L, Hayer, C & Busch, A. 'Risk and protective factors in families raising a disabled child,' *American Academy of Child & Adolescent Psychiatry.*

2001  Siegel, B, Hayer, C Emergence of signs of autistic disorder in the first three years of life, *Society for Research in Child Development.*

2001  Siegel, B, Hayer, C Developmental disabilities and the study of parenting stress, *Society for Research in Child Development.*

2001  Siegel, B. 'Autism from the perspective of evolutionary psychology', *Jean Piaget Society.*

2001  Siegel, B 'The effects of autism on the family,' *Autism Society of America,* July.

2001  Siegel B, Schuler, A, Arnold, C, & Hayer, C 'Clinical follow-up of early intensive behavioral intervention in children with autism, ' *International Society for Research in Child & Adolescent Psychiatry & Psychology,* Vancouver, June.

2001  Siegel B 'Deconstructing clinical signs of autism: A model for behavioral genetics' *American Academy of Child & Adolescent Psychiatry.*

2001  Siegel B 'Autistic spectrum disorders: Fitting symptom profiles to treatment approaches' *American Academy of Child & Adolescent Psychiatry.*

## PEER REVIEWED RESEARCH ABSTRACTS (continued):

2001  Siegel, B. 'Pervasive developmental disorders: What the primary care provider needs to know', *American Academy of Pediatrics.*

2001  Siegel, B, Schuler, A & Arnold, C 'Long term follow-up of children with autism receiving early intensive behavioral interventions: Plasticity or pre-determined response?' *International Meetings for Autism Research.*

2002  Gage, N., Siegel,, B.,, & Roberts, T. P. L. (2002). Cortical sound processing in children with autism: Age dependence of the auditory M100. *International Meeting for Autism Research.*

2002  Gage, N, Siegel, B, Roberts, TPL 'Cortical sound processing in children with autism: Age dependence of the auditory M100', *Society for Neuroscience.*

2002  Gage, N, Siegel, B, Honma, S, Roberts, TPL 'Psychophysical and neurophysiological measurements of speech sound processing in children with a autism: An MEG investigation,' *Society for Neuroscience.*

2003  Gage, N., Siegel,, B.,, & Roberts, T. P. L. (2003). Cortical sound processing in children with autism: Age- and frequency-dependence of the auditory M100.

Revised March 5. 2004

Bryna Siegel 8.21

*Cognitive Neuroscience Society.*

2003  Roberts, T.P.L., Gage, N.M., Ferrari, P., & Siegel, B. (2003). Magnetoencephalography methods and findings in auditory cortex in autism. *Society for Neuroscience Abstracts, New Orleans, Louisiana.*

2003  Oram, J., Ferrari, P., Flagg, E., Gage, N.M., Siegel, B., & Roberts, T.P.L., (2003). Dissociating attention and auditory processing in children with language impairment: Behavioral and neural investigations of rapid temporal processing. *Society for Neuroscience Abstracts, New Orleans, Louisiana.*

2003  Flagg, E.J., Oram, J., Gage, N.M., Siegel, B., Ferrari, P., & Roberts, T.P.L., (2003). Hemispheric lateralization indices in autistics from late field magnetoencephalography. *Society for Neuroscience Abstracts, New Orleans, Louisiana.*

2003  Siegel, B. 'Best Practices in Diagnosis of Autistic Spectrum Disorders in Individuals Six and Older' Symposium on California Diagnostic Best Practice Guidelines, *America Association for Mental Retardation.*

2004  Siegel, B, Schuler, A & Arnold, C 'Normalization' in autism:  Early intensive behavioral interventions—5-16 year follow-up' *American Academy of Child & Adolescent Psychiatry.*

2004  Siegel, B. 'Integrating Developmental Models into Behavioral Treatment for Autistic Spectrum Disorders', *California Association for Applied Behavior Analysis.*

2004  Siegel, B 'Use of the PDDST-II to Screen for Autistic Spectrum Disorders', *Autism Society of America.*

2004  Siegel, B. Autistic Learning Disabilities:  A New Approach to Understanding Autism Treatment' *Autism Society of America.*

2004  Siegel, B. 'Psychometrics and Applicability of the PDDST-II to Screen for Autistic Spectrum Disorders', *International Meeting for Autism Research.*

2004  Siegel, B. 'Autistic Spectrum Disorders: Guidelines for Choosing Treatments' (invited), *American Academy of Pediatrics.*

## BOOKS:

1983 Siegel-Gorelick, B. *The Working Parents Guide to Child Care,* Little Brown, Inc., Boston.

1994 Siegel, B..& Silverstein, S. *What About Me?  Growing Up With a Developmentally*

*Disabled Sibling.* New York: Insight Books, Plenum Press (republished by Perseus Press).
Reviewed in: *The Advocate, Jnl. of Cognitive and Behavioral Therapy, Contemporary Psychology*

1996 Siegel, B. *The World of the Autistic Child: Understanding and Treating Autistic Spectrum Disorders.* New York: Oxford University Press.
Reviewed in: *Library Journal, Journal of Autism and Developmental Disorders, Journal of Developmental and Behavioral Pediatrics, Lancet, Child Therapy News (over 50,000 sold).*

2003 Siegel, B. *Helping Children with Autism Learn: Treatment Approaches for Parents and Professionals.* New York: Oxford University Press.
Reviewed in: *Library Journal* (starred) (15,000 sold in first 4 months) . .

2005 Siegel, B. *Treatments for Autistic Spectrum Disorders: Finding and Implementing Needed Services.* New York: Guilford Press (in preparation).

## TESTS:

2004 Siegel, B. Pervasive Developmental Disorders Screening Test. Psychological Corporation.
Reviewed in *Pediatric News, Family Practice News*

## BOOK REVIEWS:

1992 Phillips, I. & Siegel, B. Review of *At the Threshold: The Developing Adolescent,* S. Feldman & G. R. Elliott (Eds.), Cambridge, MA: Harvard University Press. In *Jnl. Nervous and Mental Dis.,* 180,3,213.

1997 Siegel, B. *ADHD: What Can What Can We Do?* R.A. Barkley (video). In *Imagination, Cognition and Personality* , 16,4, 435-437 (in press).

1999 Siegel, B. Review of *Asperger's Syndrome & High Functioning Autism* E. Schopler & G. Mesibov (Eds.) New York: Plenum Press. In *Jnl. Devel. & Beh. Pediatrics, Jul.*

1999 Siegel, B Review of *Children with Autism and Asperger Syndrome: A Guide for Practitioners and Carers* by Patricia Howlin. London: John Wiley & Sons, Ltd., 1998. In *Autism. Autism, 3,3, 314-318.*

## BACKGROUND:

Date/ Place of Birth: April 21, 1954, Quincy, Mass.

Revised March 5. 2004                                        Page 15

Bryna Siegel 8.23

Personal information: Married, 1 daughter (10-11-78), 1 step-son (2-11-78)
Interests outside of work: Cross-cultural cooking and cross-cultural traveling

## CONTACT DATA:

Telephone:          work: (office) 415-476-7321 (clinic) 415-476-7385
Fax:                work: (office) 415-476-7160 (home) 415-821-1189
E-mail:             bryna@itsa.ucsf.edu
Mailing Address:    Children's Center at Langley Porter
                    Langley Porter Psychiatric Institute, Box CAS
                    University of California, San Francisco
                    401 Parnassus Avenue, San Francisco, California 94143-0984

## ADDITIONAL PROFESSIONAL ACTIVITIES (2001-2003):

Appendix A: Invited Lectures
Appendix B: Forensic Consultation with Expert Testimony

Bryna Siegel 8.24

# UCSF

LANGLEY PORTER PSYCHIATRIC INSTITUTE

University of California San Francisco
401 Parnassus Avenue
San Francisco, California 94143-0984

BRYNA SIEGEL, PH.D.

DIRECTOR, AUTISM CLINIC
CHILDREN'S CENTER AT LANGLEY PORTER
ADJ. PROFESSOR, CHILD AND ADOLESCENT PSYCHIATRY
Telephone: 415-476-7321/ Office Fax: 415-476-7160
Clinic: 415-476-7385 / Home fax: 415-821-1189

## Bill for Professional Services

In the Matter of:

Inclusive Dates of Service:

To the Attention of:

Date of Billing:

| ACTIVITY | HOURS | TOTAL |
|----------|-------|-------|

**Direct Expenses:**

**Direct Expenses Sub-Total:**

**Consulting Expenses:**

**Consulting Expenses Sub-Total:**

**Total for Dates:**

**Rates (as of 01/01/05):**
Consultation:   $250/ hour
Expert Testimony: $400/ hour
Full-Day Lecture:   $3,500/ day
Half-Day Lecture:   $1.750/ ½ day

Bryna Siegel 8.25

*Page 2*
*Bill for Services: Re:*

*Travel: $125/ hour*

*Please make payment of CONSULTATION EXPENSES to UC Regents c/o Dr. Siegel at the above address.*
   *(UC Regents Tax Identification #: 946036493)*

*Please make payment of DIRECT EXPENSES to Dr. Siegel at the above address.*
   *(Dr. Siegel's social security #: 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)*

Bryna Siegel 8.26