IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in the above action.

2. Attached hereto as Exhibit A is a true and correct copy of the Deposition of Dr. Stanley Bond taken on June 30, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Deposition of Linda Price taken on August 10, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, January 7, 2008.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　STANLEY E. LEVIN