
```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF HAWAII
 3                        - - -
 4
 5   ANN KIMBALL WILES and STANLEY
     BOND, individually and as next
 6   friend of their son, BRYAN
     WILES-BOND, a minor,
 7              Plaintiff,
     vs.                   Civil No. CV-05-00247 HG/BMK
 8   DEPARTMENT OF EDUCATION    No. CV-04-00442 HG/BMK
     State of Hawai'i, and ALVIN    CONSOLIDATED
 9   RHO, in his official capacity  (Other Civil Action)
     as West Hawai'i District
10   Superintendent,
                Defendants.
11   _____/
12
13
14
15                   DEPOSITION OF
16                   STANLEY BOND
17              WALNUT CREEK, CALIFORNIA
18                   MAY 11, 2007
19
20
21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
     REPORTED BY: DANUTA KRANTZ, CSR NO. 4782
24   FILE No.: A103D1F
25
```



EXHIBIT A

```
 1          Q.  How about in Florida?
 2          A.  No.
 3          Q.  Now, I understand through your
 4   interrogatory answers that you did file a lawsuit in
 5   Florida.
 6          A.  Yes, we did.
 7          Q.  Can you tell me what that was about?
 8          A.  Yes, I can.  So in Bryan's classroom, in
 9   his -- in Bryan's classroom, he was physically
10   assaulted by his teacher on three different occasions,
11   witnessed by skills trainers that are involved here.
12          Q.  And you filed a lawsuit?
13          A.  Yes, we did.
14          Q.  Did you file a claim for violation of 504?
15          A.  Just to be honest, I am not certain under
16   what auspices the claim was filed.
17          Q.  What was the outcome of that lawsuit?
18          A.  The suit was settled and Bryan received a
19   monetary damage settlement.
20          Q.  Do you know how much the monetary
21   settlement was for?
22          A.  I think the settlement was for $40,000, but
23   I am not -- I am not absolutely certain, but I believe
24   that is within the range.
25          Q.  The basis of your complaint in Florida was
```

```
 1  that he was physically assaulted by his teacher on
 2  three separate occasions?
 3       A.  Yes.  As well -- well, other students were
 4  as well, and they were parties to this lawsuit as well.
 5       Q.  So it was part of a group of parents?
 6       A.  It was part of a group, yes.
 7       Q.  Now, getting back to the -- going back to
 8  Maryland, you said that Bryan had progressed relatively
 9  well while in Maryland.
10       A.  Yes.
11       Q.  What was his level of toilet training in
12  Maryland?
13       A.  I would say that it was minimal, but in the
14  school I believe that he was able to, you know, he went
15  to the bathroom on his own.  But at home, I mean, it
16  was -- he was not fully toilet trained in that setting,
17  but he -- but I believe he was making progress in his
18  toilet training.
19       Q.  What do you base that belief on?
20       A.  Well, I think that we were able to cut back
21  on the number of diapers, Pampers that we put on him
22  over a period of time.  You know, I don't think -- I
23  think they were able to cut back in the school as well
24  on the number and get him to use the bathroom on his
25  own.
```