

LINDA LINGLE
GOVERNOR

PATRICIA HAMAMOTO
SUPERINTENDENT

**STATE OF HAWAII**
DEPARTMENT OF EDUCATION
WAIKOLOA ELEMENTARY SCHOOL
68-1730 HO'OKO STREET
WAIKOLOA, HAWAII 96738

TO: Kate Tolentino          FROM: Cynthia Esaki

ATTN: _____     DATE: 11/16/04

FAX NUMBER: 7758898        PHONE/FAX: 883-6808/883-6811

___ URGENT
___ REPLY ASAP
___ PLEASE COMMENT
_X_ PLEASE REVIEW
    FOR YOUR INFORMATION

TOTAL PAGES, INCLUDING COVER 15

COMMENTS: Only sending the ones that have
space available. It seems that all organizations
have similar entrance processes.

The Heartspring's Director of Admissions (Cara Rapp)
will be at the PacRim Conference in Honolulu at the
end of February and has offered to do a screening
at that time, if we would like. ☺

Sending: Heartspring School in Kansas          (systems)
Indiana Developmental Training Center
The Center for Discovery in New York
Chileda in Wisconsin     EXHIBIT **B**

DOE1668

185



## Clients We Serve



Indiana Developmental Training Center is a highly respected and recognized provider of services to those in need, specializing in providing residential and school programming to children and adolescents with dually diagnosed developmental disabilities and emotional disturbances. IDTC operates intensive residential care and total treatment services 24 hours a day 365 days a year. We serve both males and females, ages 6 to 21. Genetic disorders, seizures and other neurological handicaps are specific areas of expertise.

Youths functioning from borderline to low moderate mental retardation, as well as nonverbal youths, are served. Trainable mentally handicapped, educable mentally handicapped, learning disabled, neurologically impaired, behavioral disordered, speech and language impaired, some autistic-like and pervasive developmental disorders and other health impaired are appropriate candidates for treatment.

Low incidence syndrome expertise includes, but is not limited to, Prader-Willi Syndrome, Tourette Syndrome, Klein-Levin, Klinefelter, XYY, and other genetic disorders. IDTC is able to serve the needs of some medically handicapped youths provided they are ambulatory.



**Indiana Developmental Training Center**
11075 North Pennsylvania Street
Indianapolis, IN 46280
317.815.1645
Fax: 317.815.1645
Contact Us
View Privacy Policy

3700 Rome Drive
Lafayette, IN 47905
765.448.4220
Fax: 765.448.4230
Contact Us

*11/2/04 – has space at both campuses*

*www.idtc-in.com*

# The Center for Discovery

## Admissions

Child/Adult
Assessment Options

Take a Virtual Tour

**Home**

**Adult Programs**

**Pediatric Programs**

**Admissions**

**News**

**Calendar of Events**

**How You Can Help**

**Join Our Mailing List**

**Career Opportunities**

**Contact Us**

**Web Accessibility**

**Site Search**

**Thanksgiving Farm**

**The Janet & Gerald**
**Carrus Institute**

**Newsletter**

Making the decision to admit your child into a special program requires you to consider many issues: the impact on your child; the impact on your family; distance; costs; how and when you'll visit; and your role in your child's life. Because admission is such an important and emotional decision, we do every thing possible to help make the process easier.

To begin the admissions process, call Caryn Andersen or Dennis Raymond to schedule an appointment or to discuss your child's needs. If we all feel that your child is a good fit with The Center's programs we'll ask you to come for an extensive tour. During your visits, you'll meet various staff and tour homes and classrooms and to learn more about The Center. We'll review procedures and do our best to answer all of your questions.

Next, a professional team of Center staff will meet you and your child to determine his or her appropriateness for placement at The Center. If we are all in agreement that The Center for Discovery is the appropriate place for your child we will schedule a final meeting during which your child's strengths and needs will be discussed once again. This will allow the formation of an understanding between The Center and your family regarding the roles of each in education, treatment, the fiscal responsibilities and planning options for the future of your child. This is everyone's opportunity to address any remaining questions and concerns regarding placement. Of course each situation is different, but in all cases, we'll act as your advocate to complete each step and assure a smooth transition into The Center.

If The Center does not have an appropriate placement for your child, we offer an array of individualized Assessment Packages. The packages offer very comprehensive, interdisciplinary assessments that are extremely helpful to parents by identifying the child's strength and needs and detailing specific program strategies. You will then have it to use as a tool for advocating for services for your child, while also serving as a program guide for other schools and CSEs to follow. A more complete sample of what a typical Assessment Package can be found by following the link below and can be arranged through the Admissions Office.

No individual at The Center for Discovery, or anyone applying for placement, shall be discriminated against on the basis of race, color, religion, creed, sex, national origin or sexual orientation.

Caryn Andersen or Dennis Raymond :

Box 840 Benmosche Road
Harris, NY 12742-0840
(845) 794 - 1400 x 1444
admissions@tsdtc.org

Back To Top

*Our programs are licensed and certified by the Commission of Accreditation of Rehabilitation
Facilities (carf), the New York State Education Department, Department of Health, Department
of Social Services, and the Office of Mental Retardation and Developmental Disabilities
(OMRDD). Other Federal boards and organizations also provide regular surveys and certification
reviews.*

Printable Version Of This Page



**The Center for DISCOVERY**

P.O. Box 840 / Benmosche Road / Harris, New York 12742 / 845-794-1400   Take a Virtual Tour

11/15/04 has space throughout the year

# The Center for Discovery

## Pediatric Programs at The Center for Discovery

Discovery Preschool

Elizabeth L. Berman School

Lillian Eichenauer Residential Program

Clinical Services

Home
Adult Programs
Admissions
News
Calendar of Events
How You Can Help
Join Our Mailing List
Career Opportunities
Contact Us
Web Accessibility
Site Search
Thanksgiving Farm
The Long & Gerald Carrus Institute
Newsletter

Our Program is based on the simple but essential notion that children should be valued, motivated and challenged to learn. We have a number of beautiful locations in which to carryout this program. It includes a fully accessible 140 acre outdoor learning environment, as well as an imaginative indoor learning center, comfortable residences, and sophisticated therapeutic facilities that create a welcoming and stimulating place for children to explore, discover and grow.

This is a place where families can come and share in their child's development also.

The Center for Discovery offers programs to children ages 3-21 diagnosed with significant disabilities including autism, pervasive developmental disorders, cerebral palsy, mental retardation, neurological impairments and many other low incidence and syndromes. All of our students have mild to severe cognitive delays and most have significant language and social impairments. Approximately 40% of the children are ambulatory and the remaining are non-ambulatory. Our program, through our Article 28 Clinic, provides on-site medical, physical, and psychological support including primary medicine, primary dental, neurology, psychology, monthly psychiatric, podiatry, etc. Children participate in our program as community-based preschoolers ages 3 through 5, and as community-based and residentially based school age children ages 5 through 21.

The campus setting allows children to participate year round in seasonal, outdoor, nature-based lessons. An indoor, therapeutic swimming pool and a fully equipped, naturally lighted, gymnasium provide the children with dynamic space in which to move, have fun, learn and play. All classrooms are equipped with direct outdoor access, computers, swings or sensory integration equipment, a small kitchenette and large nature-viewing windows. Outdoor learning activities include paved walkways to mobility power wheelchair training and general physical conditioning; fishing and camping overnight in the lower Central Park, gardening in the accessible, raised gardens, animal husbandry on the central campus small animal farm; sleigh riding during the winter months; therapeutic horseback riding (Hippotherapy) in the indoor and/or outdoor rings; animal and plant identification and so much more. The campus is specifically designed with children in mind.

For more information please contact us at:

The Center for Discovery

DOE1672



# chileda

about chileda

## about chileda

° mission
  commitment
* history
* people
* location
* credentials
* news releases

Over thirty years ago, **Chileda** was born into a world that was rapidly changing.

"Once upon a time and not too long ago, kids were literally warehoused in large state institutions called colonies," says Don Heidel, Chileda president and CEO. "Their care was provided by well-meaning matrons whose jobs were to maintain a semblance of order in a ward of 35 kids." These overworked caregivers provided the basics – three meals, a warm bed and a roof over their head – but little or nothing to help the kids grow or learn.

"Chileda started on June 16, 1973 with four kids, one staff member, and lots of ideas," recalls Heidel. That's when three people came together by mistake, from three different disciplines. Those people included Rayma (Ditson) Sommer, a developmental psychologist at the University of Wisconsin-Stevens Point; Rolf Sommer, an educator from Stevens Point; and Heidel, who was the State of Wisconsin's central point of referral for hard-to-place children.

Although their backgrounds were different, their goal was the same: to develop a treatment and care program for children and young adults who exhibit severe mental disabilities, including mental retardation, seizure disorders, cerebral palsy, autism and challenging behaviors. This program, based on a developmental approach to the treatment of children with developmental disabilities, would be focused on each person's individual needs.

In 1975, a federal law was passed that required education for every child no matter what disability or disabilities he or she might have. That event, combined with a desire to control costs at the very expensive state centers, changes in parental attitudes and the evolving fields of special education, occupational therapy and recreational

**The Chileda program, based on a developmental approach to the treatment of children with developmental disabilities, is focused on each person's individual needs.**



HOME

SEARCH

GO

fundraising

contact chileda

DOE1673

therapy, paved the way for a mass exodus from the institutions. More importantly, it validated Chileda's philosophy:

**Every person deserves to be treated with dignity and respect.**

The name Chileda comes from the Cherokee Nation. The word translates as **"onward and upward,"** or **"into the light."** As the Cherokees fought their way back to the hunting grounds from the reservation, their cry was "Chileda! Chileda!" It's a motivational message that is most appropriate for the child with developmental disabilities.

View Chileda's Strategic Plan. For more In-depth information, please contact Don Heidel, President/CEO.

about us | services and support | enrollment and discharge
resources | chileda happenings | employment opportunities

fundraising | contact chileda | home

DOE1674



## chileda

**enrollment and discharge**

# enrollment
## and discharge

° guardianship



**fundraising**

**contact chileda**

**HOME**

**SEARCH**

**GO**

*Selecting a caregiver for a child with special needs is the most difficult and important decision a family will make.*

Before a child is enrolled at **Chileda**, a transdisciplinary team evaluates each child to assess the child's special needs for therapy, care and treatment. A representative of the team then meets with key individuals who have a vested interest in the welfare of the child to discuss the proposed care plan. These individuals include parents, social workers, key decision-makers from other agencies (including legal professionals and court-appointed guardians) and, when possible, the child. Our Family Services Department coordinates placement, family orientation and case management.

If all parties agree that Chileda can meet the child's needs, the length and nature of the program are outlined in great detail and reviewed by each party prior to enrollment. Not only does this assure that everyone is satisfied with the course of action we have agreed upon; it also adds an extra measure of accountability and assures the continued participation of all interests.

Chileda encourages family participation throughout the child's stay here. Sharing experiences with sensitive listeners has proven to be a helpful support system for many families. This involvement promotes peace of mind and affirms that, when families consider all the options available to them, Chileda is the best possible choice.

Although the Chileda program is thoughtfully structured and our purpose is well defined, it is just one of the many steps that a child with developmental disabilities may take toward achieving self-fulfillment.

Regardless of their liabilities, all children have the potential to lead happy, productive

**Although the Chileda program is thoughtfully structured and our purpose is well defined, it is just one of the many steps that a child with developmental disabilities may take toward achieving self-fulfillment.**

*www.chileda.org*

*11/4/04 - has space for a boy*

DOE1675

lives. They also have a right to take advantage of whatever resources are available to improve their quality of life. Therefore, it's important to carefully weigh all options beyond Chileda.

We start discharge planning at the time of admission. Chileda is not a destination for children with developmental disabilities. Instead, our staff works with parents and referring agencies to chart a course of action for the child when he or she gains control over challenging behaviors. It is our hope that after a brief stay at Chileda the child may be referred to a less-restrictive environment.

The care provided at Chileda is primarily funded by the child's local social service and/or educational agency. When able, parents also contribute.

For additional information regarding enrollment and discharge, please contact Lynn Kay at **608-782-6480 Ext. 226** or lynn_k@chileda.org

about us | services and support | enrollment and discharge
resources | chileda happenings | employment opportunities

fundraising | contact chileda | home

DOE1676



# chileda

## services and support
### residence

**Chileda** is a care provider, a classroom, a playground and a treatment center. Most importantly, Chileda is a nurturing home for the residents we serve.

As a residential care and treatment center for children and young adults with developmental disabilities, Chileda takes special care in providing each child with an atmosphere that is supportive of his or her habilitative and educational needs. That is why our residential services strive to create an environment that each child can recognize as home, accommodating individual preferences and valuing personal possessions.

To encourage growth and development, residents are housed in a manner that promotes interaction between peers and staff; self-care skills such as toilet training, hygiene, eating and domestic skills are taught individually. The children reside in one of three living units, with many of the same comforts found in any home: bedrooms that are decorated as preferred by the individual, a kitchen and dining area, bathrooms, and laundry facilities. There are even living rooms with TVs. Two persons occupy each bedroom, and each home has an outdoor recreation area.

We strive to meet every child's individual needs. Each unit has a house director and support team. All residential living personnel are committed to providing a dignified, enjoyable living environment.

- ° the program
- • residence
- ° health care
- • behavior support
- • educational services
- • special programs
- • seminars/ workshops

**fundraising**

**contact chileda**


**HOME**

**SEARCH**

**GO**

**Chileda takes special care in providing each child with an atmosphere that is supportive of his or her habilitative and educational needs.**

about us | services and support | enrollment and discharge
resources | chileda happenings | employment opportunities

fundraising | contact chileda | home

DOE1677

Indiana Developmental
Training Center

## Frequently Asked Questions

**Q. How do I place my child at IDTC?**

A. Generally, a child is referred through local, county or state departments of social services, departments of mental health or education agencies. Requirements for placement consideration include: a recent clinical assessment of the individual, a social history, an Individual Education Plan and current medical/dental and psychological information. Upon receipt of materials, a pre-placement screening may be scheduled. An on-site visit is desirable; however, a screening at the individual's home or school can be arranged. For out-of-Indiana placements, the requirements of the Interstate Compact on the Placement of Children (ICPC) must be met.

**Q. What if my child becomes ill while at IDTC?**

A. IDTC's infirmary will tend to your child's routine health problems. They will also escort your child on visits to dentists, optometrists and other medical professionals, depending on your child's needs. In the event of more serious illness, your child will receive the level of care necessary to treat the condition, including hospitalization if needed. Your child's social worker will keep you updated on all routine medical events and you will be informed as soon as possible in the case of an emergency.

**Q. Who decides if my child needs medication?**

A. It is our philosophy to use a minimal amount of behavioral medication, while recognizing its importance in addressing certain psychiatric conditions. Your child will be assigned to one of our team of consulting psychiatrists, who will review your child's status on a regular basis. The decision to use medication will be arrived at by the team as a whole, which will include input from the family.

**Q. When can I call and visit my child at IDTC?**

A. We encourage families to call and visit their children on a regular basis. The social worker will arrange for staff to expect your calls at a time that is convenient for you. If you live outside the immediate calling area, you will be provided with our toll-free number. Due to the necessity of providing a secure environment for our children, all visits must be arranged beforehand.

**Q. When can my child come home for visits?**

A. Children can make visits home, depending on the approval of the caseworker (if this is a court placement) and your child's progress toward achieving therapeutic goals. Generally, there are on-site visits prior to off-grounds and overnight visits to allow the child time to adjust to the new environment. This also helps you to get to know IDTC and helps us to become familiar with your family.

**Q. Can my child come home for the holidays?**

A. Whenever possible, we encourage families to take their children home for the major holidays. Additionally, there are some extended school breaks in the spring and summer.

**Q. How are the holidays observed at IDTC?**

A. Holidays are an important part of a child's life, and we try to make the experience rich and meaningful for them. Some examples of IDTC's holiday observances include education about our nation's heritage such as Martin Luther King Day, Presidents' Day, Memorial Day and the Fourth of July. Special activities may also be planned for other holidays such as exchanging hand-made cards with their friends on Valentine's Day, "trick-or-treating" around the building in costumes on Halloween and enjoying a turkey dinner with all the trimmings on Thanksgiving. Of course, the most elaborate celebrations occur during the Winter Holidays. Our residents will help decorate their classrooms and units and prepare a holiday program which

DOE1678

# Indiana Developmental Training Center

- Residential Treatment Services
- Administrative Team
- Health Services
- Program / Residential Care
- Social Services
- Support Services

## Residential Treatment Services



Our philosophy supports community living and community participation as a viable alternative to institutionalization. The primary goal is a step-by-step transitioning toward less restrictive, more independent living. Our philosophy is ego-psychological based, wherein the processes of perceiving, thinking, feeling and applying all facilitate learning and behavior change. Within this context, a cognitive-behavioral approach is used in therapy and treatment.

The primary goal of maximizing independent skills and normalization toward less restrictive living is accomplished through a variety of program components. Important aspects of treatment include psychotherapy, education and skill development. Each program is specifically tailored to meet the resident's individual needs.

IDTC utilizes a multidisciplinary team approach which uses the skills and expertise of a variety of professionals. In addition to the Education Department, several other departments coordinate overall programming for the clients we serve.

## Administrative Team



The Administrative Team, headed by the Agency Director, includes the Youth Care Director, Education Director, Admissions Director, Social Services Director, Health Services Director, Group Homes Manager, Facilities Manager and Human Resources Manager.



This Team is responsible for programming and daily operations. The Administrative Team meets on a weekly basis to review all Agency functioning and develop, update and revise policies and procedures.

## Health Services



IDTC is equipped to service a variety of medically handicapping conditions. A Registered Nurse heads this department staffed by other RNs, LPNs and infirmary aides. They are responsible for seeing that all the residents' medical needs are met. They schedule and transport the residents for routine and special medical appointments. In addition, they coordinate the clinic with a physician who is on-grounds once a week and on call 24 hours a day. They

DOE1679

DOE1680