NORTH HAWAII REGIONAL SPECIAL EDUCATION OFFICE
45-527 PAKALANA STREET
HONOKA'A, HAWAII 96727

## FACSIMILE TRANSMITTAL SHEET

**WARNING:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged or confidential. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail. Thank you.

| TO: | FROM: |
|---|---|
| ALVIN RHO | KATE TOLENTINO |

| COMPANY: | DATE: |
|---|---|
| | 11/17/04 |

| FAX NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|
| 327-4994 | 808-775-8898 (Fax) |

| PHONE NUMBER: | YOUR REFERENCE NUMBER: |
|---|---|
| | 808-775-8895 (Office) |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

**SUBJECT/MESSAGE:**

B.W.B. RESIDENTIAL PLACEMENT


FAXED
11/17/04 JS

We are sending __12__ pages, including this cover sheet. Should you not receive all of the pages sent, please call 775-8895.


EXHIBIT C

DOE1722

186

NORTH HAWAII REGIONAL SPECIAL EDUCATION OFFICE
45-527 PAKALANA STREET
HONOKA'A, HAWAII 96727

## FACSIMILE TRANSMITTAL SHEET

**WARNING:**
This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged or confidential. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail. Thank you.

**TO:** HOLLY SHIKADA & LONO BEAMER
**FROM:** KATE TOLENTINO
**COMPANY:**
**DATE:** 11/17/04
**FAX NUMBER:** 586-1488
**SENDER'S REFERENCE NUMBER:** 808-775-8898 (Fax)
**PHONE NUMBER:**
**YOUR REFERENCE NUMBER:** 808-775-8895 (Office)

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**SUBJECT/MESSAGE:** B.W.B. RESIDENTIAL PLACEMENT


FAXED 11/17/04 ok

We are sending 12 pages, including this cover sheet. Should you not receive all of the pages sent, please call 775-8895.

DOE1723



   About Us

about us
contact us
media kit
financials
Dialogue
Shaklee Institute
About Kansas

[ Search ]

For more than 64 years, Heartspring has pioneered many breakthroughs for individuals with special needs. Today, Heartspring serves children with varying degrees of disabilities through Heartspring School, the Growing Place and the Hearing Center.

At Heartspring School, in conjunction to the sending school district or agency, we design each student's educational program based on the child's strengths, weaknesses and needs. The program is delivered through an integrated team approach involving the residential school, psychology, therapy and medical staff. With the active participation of parents and sending school district or agency, an IEP is developed based on the students needs.

At Heartspring School, children can find the help they need to communicate with the world around them. It is a place where every program is designed to meet the child's needs. The school uses an interdisciplinary approach to teaching the children. Professionals available to children at Heartspring include teachers, paraprofessionals, residential treatment providers, psychologists, medical staff, nutritionists, speech/language pathologists, physical and occupational therapists, a developmental pediatrician, child psychologist, child neurologist and of course, the student's parents. The goal for all Heartspring students is to transition them to a less restrictive setting whether that be home, a group setting or the public school setting. Heartspring teaches the life skills that children need to become active members of society.

Heartspring offers short-term evaluations where children from across the country can be seen by a team of professionals who will develop a customized program for implementation in their own homes and communities.

The Growing Place offers outpatient physical, occupational, speech-language therapies, hearing services, behavioral intervention and educational testing for children. Our staff of occupational therapists, speech-language pathologists, physical therapists, psychologists and developmental pediatricians are trained to evaluate the whole child. The Growing Place at Heartspring also provides diagnostic clinics in the areas of Autism, ADHD and developmental delays. In addition, the Growing Place at Heartspring provides free developmental screenings to families

DOE1724

concerned about their child's development.

The Hearing Center provides hearing testing and support from a staff of audiologists trained to help those with hearing loss, from birth to adulthood with a range of services from diagnosing hearing loss to fitting, repairing and providing hearing aids, and offering assistive listening equipment.

Heartspring's mission dates back to 1934 and the dream of Dr. Martin F. Palmer. Soon after founding the Department of Speech Sciences at the University of Wichita, Dr. Palmer opened the Flo Brown Memorial Laboratory, a facility dedicated to the study and treatment of speech defects to help children who were largely overlooked by non-conventional educators. Community support grew and so did the needs of the facility as more and more students sought guidance.

In 1940, the Flo Brown Memorial Laboratory and the Department of Speech Sciences were named the Institute of Logopedics, taken from the root words "logos," meaning work, and "pedia," meaning children. The name reflected a growing mission: The study and treatment of speech defects in children. The Institute soon attracted special children from across the United States and world.

By 1993, the name "Institute of Logopedics" no longer conveyed the many services provided for children with special needs, so the Institute was renamed Heartspring. "Heart" representing the basis of love for life, and "spring" representing the season of new beginnings and new life. Their name has changed, but their mission has never wavered. Heartspring continues to help children communicate with their world and achieve their fullest potential.

In April 1998 Heartspring moved to a new $14.25 million campus, which elevates their ability to serve children and their families. The campus layout places all staff members in one location connecting the school, Community Services Center and administration building in order to promote efficiency, communication, and collaboration among their instructors, therapists, administration and other school staff.



Heartspring continues to receive national recognition for the quality of its services. Heartspring is accredited by the National Commission on Accreditation of Special Education Schools.

The creation of the Shaklee Institute to Improve Special Education has resulted in a national awareness of Heartspring as an organization committed to better the education of children all over the country, not just those attending the school in Wichita, Kansas.

Heartspring is a member of the National Association of Private Schools for Exceptional Children, and is also accredited by the Kansas State Board of Education, and licensed by Kansas Social and Rehabilitation Services and the Kansas Department of Health and Environment. They are a state-approved, special-purpose school and an approved out-of-state residential

DOE1725

http://www.heartspring.org/aboutus.html                    11/17/2004

school for many states across the country.

For more information about Heartspring and the services provided, you may call (316)634-8821 or 800-835-1043.

school | growing place | hearing center | employment | about us | giving | site map

© Copyright 2002 Heartspring



 School

admissions
information
request
school
homes
from the heart
advocacy links
IECA

Search

Heartspring School has earned an international reputation for improving the lives of children. Our interdisciplinary approach to education adapts to the needs and strengths of each child.



Heartspring is a not-for-profit private residential school that serves children 5 - 21. We serve childern with disabilities such as autism, asperger's, communication disorders, developmental disabilities, dual diagnosed, behavior disorders, hearing or vision impaired.

At Heartspring School we design each student's educational program based on the child's strengths, weaknesses and needs. The program is delivered through an integrated team approach involving the residential school, psychology, therapy and medical staff. With the active participation of parents and sending school district or agency, an IEP is developed based on the students needs.

Heartspring Staff believe that students should be taught functional skills within the settings on which the skills most likely will need to be demonstrated. Therefore, the home and the community, in addition to the classroom, can become appropriate environments for targeted skill instruction.

The related services of occupational therapy, speech therapy, physical therapy, psychology and medical services are provided as supports to the child based on the child's IEP. These related services are offered in the classroom, home and community environments.



### Community/Transition
The process of transitioning your child back home begins the moment he/she enrolls at Heartspring. Every aspect of the child's educational plan is designed with this goal in mind. We work to improve each child's quality of life by helping them become as independent as possible.

DOE1727





all about helping children
A to Z information
6 effective therapy tips
kidcheck
meet the staff
Growing Kids
Family Resource Center
growing place TV spot

Search



# All About Helping Children

Something has alerted you that your child needs help - an obstacle in communication, a developmental delay, a motor control problem, a hearing deficiency, a behavioral problem, a problem chewing or eating, trouble keeping up in school. When you selected Heartspring for the assessment and treatment of your child, you chose the one place in Wichita uniquely qualified to help children in all of these areas: The Growing Place at Heartspring.

Our speech-language pathologists, audiologists, occupational therapists, physical therapists, medical staff, and psychologists are trained to work together as a team. We evaluate the whole child rather than one isolated symptom and we will design a program with you that is individualized and customized to meet the needs of your child.



As a parent, you will be a member of the team, offering input and receiving necessary instruction for home follow-up. The Growing Place offers children of all ages a warm and enjoyable environment in which to learn and develop. Serving children is our specialty and our highly qualified staff members have years of experience. As a division of Heartspring, The Growing Place draws upon more than 60 years of experience helping children.





Kansas – A Great Place to Be

funding needs
volunteer program
caring hearts
ways of giving
gift in kind
matching gifts
accountability
Martin Palmer Society
donor bill of rights
donate now
Sigma Alpha





*What's in Kansas?*

That's a question we hear a lot when parents consider Heartspring as an option for education services. Most Heartspring School students residing on the Heartspring campus represent both Coasts, the Midwest and the Virgin Islands, from Washington state, Oregon, and California to New York, Pennsylvania and Georgia.

So consider these facts about Wichita and Kansas:

Tucked right smack in the middle of the United States, Kansas is known for big skies Hills. Large companies like Boeing, Raytheon, Cessna, Bombardier, the farming and industries and health, education and social services employ more than 2.5 million pe

The state prides itself on several universities, including KU, K-State, Wichita State U (WSU), Emporia State, Fort Hayes State and Pittsburg State. Many Heartspring staff colleges as their alma maters. In addition to these regents' schools, there are dozens universities, community colleges and trade schools.

The All-American city is situated in the south-central part of the state. I-35 runs along part of Wichita, go north and you're in Kansas City in 2.5 hours. South and your in Ol 2 hours, stay the course and you are in Dallas, TX in about 5.5 hours. Mid-Continent (www.flywichita.com) is the city's traveler hub, when you need to book a flight, you w Continent has an array of airlines that provide service to the entire country for reasor

The population for Wichita, Kansas is 345,000. However, Wichita plays host to almos people daily. This total counts residents and commuters in Wichita suburbs, Butler, F Kingman and Cowley counties, townships and outlying areas. By the way, the averag commutes an average of 18 minutes to work each day – one of the lowest in the nati

In 2000, the most recent census found that the median Wichitan is 33.4 years old, m of $39,939 and owns a home valued at $78,900. Also, a quarter of the population old a bachelor's degree or higher.

*What is there to do in Wichita?*

Botanica - The Wichita Gardens (botanica.org)

Exploration Place (exploration.org)

Great Plains Nature Center (gpnc.org)

Sedgwick County Zoo (scz.org)

More than 100 city parks

DOE1729

http://www.heartspring.org/kansas.html                     11/17/2004

*What about culture?*

Crown Uptown Professional Dinner Theater (crownuptown.com)

Kansas African American Museum

Lake Afton Public Observatory (webs.wichita.weu/lapo)

Mid-American All-Indian Center

Museum of World Treasures (worldtreasures.org)

Music Theater of Wichita (musictheatreorwichita.org)

Old Cowtown Museum (old-cowtown.org)

Prairie Rose Chuckwagon Supper (prairierosechuckwagon.com)

Ulrich Museum of Art (ulrich.wsu.edu)

Wichita Art Museum (wichitaartmuseum.org)

Wichita Center for the Arts (wcfta.com)

Wichita Symphony (wso.org)

*Some Heartspring events include:*

Rock & Roll for Kids, June

Heartspring biking event, September

*Some Wichita attractions include:*

National Baseball Congress, early August (nbcbaseball.com)

Wichita Greyhound Park pari-mutuel wagering, year-round (wgpi.com)

Wichita River Festival, mid May (wichitafestivals.com)

Wichita Stealth football, April - July (wichitastealth.com)

Wichita Thunder hockey, October - March (wichitathunder.com)

Wichita Wranglers baseball, April - September (wichitawranglers.com)

So, what's in Kansas? Well, we hope to show you, call us at 316.634.8740 for more i about Heartspring School and the community.

Information provided by visitwichita.com, citydata.com and feist.com
school | growing place | hearing center | employment | about us | giving | site map

@ Copyright 2002 Heartspring

DOE1730





admissions
information
request
school
homes
from the heart
advocacy links
IECA

[ Search ]

## Admissions

If you are interested in enrolling your child at Heartspring, please call u at 800-835-1043 or (316) 634-8730. When you make this call, an initial phone interview will take place in which the following topics will be covered:
 *Age of child
 *Diagnosis of child
 *The child's IQ
 *Current residential placement
 *Current educational setting
 *Current medications
 *Current and recent behaviors
 *Ambulatory skills
 *Communication skills



Once the initial interview is completed, it is helpful for us to receive the following information:

*Your child's latest IEP
*Your child's medical history
*Your child's psychological assessments

If you would like, you are always welcome and encouraged to come and tour the school. We are here to help you and your child with this decision.

For more information and to schedule a tour, please call the number above or e-mail: Cara Rapp, Director of Admissions.



Want to know when we'll be in your area? View our online Admissions Calendar. .:click here to view it now:.





## Homes

admissions
information
request
school
homes
from the heart
advocacy links
IECA

The homes at Heartspring are built with eight bedrooms, four bathrooms, two living areas, two dining areas, a kitchen, laundry facility and basement. Each student has his own bedroom and is encouraged to learn the daily self-care skills necessary for independence.

Search





Visit a home at Heartspring and you'll find students participating in meal planning, cook and household chores as well as leisure activities such as reading, playing games or relaxing in their rooms. Students go off-camp with the supervision of their paraeducator to to movies, go horseback riding, attend religio services, or whatever leisure activity is appropriate for them.

school | growing place | hearing center | employment | about us | giving | site map

© Copyright 2002 Heartspring

DOE1732

http://www.heartspring.org/homes.html

11/17/2004



   From the Heart

admissions
information
request
school
homes
from the heart
advocacy links
IECA

**Your child's first day at Heartspring**
It's your child's first day of school at Heartspring. As a parent or family member of a child with special needs, you have spent the majority of your time taking care of your child. As you seek to prepare yourself for this event, the members of your Heartspring team want you to know what to expect and suggest ways that may help your child accomplish this transition with support, understanding and ease.

[ Search ]

While we do not desire to intrude, nor to presume to understand your personal feelings, the Heartspring team believes that it is important to remember that the separation / grief process is an important stage in your attempt to regain your stability, improve your mental and physical health, and reestablish your living patterns.



Having the chance to say thought out good-byes to family is among the most healing things a child can experience. A thoughtful good-bye leaves less unfinished business to complicate the grief that follows the separation.

Claudia Jewett Jarrati, in her book Helping Children Cope with Separation and Loss, suggests that "Children need to be given the opportunity to say whatever good-byes are involved. Having the chance to say good-bye to people, places, or familiar family structure is among the most healing things a child can experience." Not only do such good-byes give the child a chance to review and acknowledge the good things that will be lost, they also allow the child an opportunity to express those feelings face to face with the people involved. Wishes and blessings can be exchanged, and the child can be given loving permission to have a successful, satisfying life.

Saying good-bye may be as simple as saying, "I love you." It may include describing favorite memories, places and activities you shared. Tears are a normal and natural part of saying good-bye. Tears do not need to be hidden from your child or apologized for. Tears express your love and help you let go.

Heartspring has a flexible philosophy about parents saying good-bye. Some families choose to help the team get the student situated in

DOE1733

http://www.heartspring.org/fth.html                                11/17/2004

class, and then stay in the classroom for a brief period until saying good-bye is appropriate for the student.

The "good-bye" time and place typically is not in the classroom; however, if this is the plan that you feel is appropriate for you and your child, we will respect your decision. The more typical "good-bye" time and place is at the child's new home. After enrollment day meetings with the team to discuss your child's educational program, an admissions member will take you to the student home. We encourage you to decorate your child's room so that when class is dismissed at 3:30p.m. he will come home to a room that is decorated with his personal items. We believe this makes the student feel more at home. Families are encouraged to stay with the child during their evening routine. The evening routine generally includes scheduled activities, dinner, and bedtime.

Ruth Leibovitz, in an article entitled "Starting School and Saying Goodbye," shares several helpful hints for parents preparing to send their child to school. Leibovitz suggests, "Separation is a two way street. It's not just the child separating from the parent; it's also the parent separating from the child. And parent readiness is as important as child readiness."

**Saying Goodbye, 4 helpful hints**
1. Look upon separation as a step in growth for both child and parent. By recalling the times in their lives when separation led to growth, parents can gain confidence that if they made it, so can their child. If separations are difficult for the parent, they should try to understand why. Work on resolving these issues, using professional help if necessary.



2. Recognize the mixed feeling that always accompanies growth. A parent may be happy that they have found a school for their child but also saddened by the thought that their child no longer needs them as much.

3. Parents need to decide what kind of preparation will help their child make the transition. Different children need different kinds of preparation. Some children will need to visit and revisit and talk about the new school weeks in advance. For other children, going to the school and meeting the new teacher a few days, or the day of enrollment, is enough.

4. Keep in mind that anxiety is a normal part of life and is present whenever there is change.

school | growing place | hearing center | employment | about us | giving | site map

© Copyright 2002 Heartspring



DOE1734