IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>           Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>           Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, declare as follows:

1. I am one of the named attorneys in the above captioned case.

2. Attached hereto as Exhibit A is true and correct copy of e-mails from Michael Biehn to JoAn Hill dated August 2004. (DOE3012-DOE3017)

3. Attached hereto as Exhibit B is a true and correct copy of an Order Granting Plaintiffs Leave to Conduct Expedited Discovery filed September 13, 2004 allowing Plaintiffs' immediate discovery on the nature and origin of the e-mail exchange.

4. Attached hereto as Exhibit C is a true and correct copy of an 8/5/04 E-Mail from JoAn Hill, also known as Josephine Antonia Hill, an employee of the Department of Education ("DOE") to Desiree Baez, (a secretary at the

North Kona DOE District office) forwarding e-mail dated 8/5/04 from Michael Biehn to JoAn Hill [DOE2566].

5.     Attached hereto as Exhibit D are true and correct excerpts from the deposition transcript of JoAn Hill, also known as Josephine Antonia Hill, an employee of the Department of Education ("DOE") taken on August 9, 2007.

6.     Attached hereto as Exhibit E is a true and correct copy of Mr. Beamer's to letter dated September 28, 2007 describing what he knew about the origin of the e-mails.

I declare under penalty of perjury that the above is true and correct.

DATED:    Honolulu, Hawaii, January 7, 2008.

_____<br>STANLEY E. LEVIN