Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

SHELBY ANNE FLOYD      1724-0
MEI-FEI KUO               7377-0
Carter Professional Center, Suite C21
65-1230 Mamalahoa Highway
Kamuela, Hawai'i 96743
Telephone:    (808) 885-6762
Facsimile:    (808) 885-8065
Email:  sfloyd@ahfi.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 5 2004

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent, | ) ) ) ) ) ) |
| Defendants. | ) ) ) ) ) |

CIV. NO. CV04-00442 HG BMK

**ORDER GRANTING PLAINTIFFS LEAVE TO CONDUCT EXPEDITED DISCOVERY**

Conference
Date:        August 24, 2004
Time:        2:00 p.m.
Judge:       Honorable Barry M. Kurren

265377-1/6515-2


EXHIBIT B

## ORDER GRANTING PLAINTIFFS LEAVE TO CONDUCT EXPEDITED DISCOVERY

On August 24, 2004, the Parties appeared before the Honorable Magistrate Judge Barry M. Kurren for a settlement conference.   Present were Shelby A. Floyd, Esq. and Mei-Fei Kuo, Esq. on behalf of Plaintiffs, Plaintiff Stanley Bond, and Lono Beamer, Esq. on behalf of the Defendant Department of Education ("DOE").  At the settlement conference, the Court considered Plaintiffs' request for leave to conduct expedited discovery, as set forth in a Letter Brief submitted by Plaintiffs, pursuant to L.R. 37. 1(a), on August 24, 2004 ("Letter Brief").

The Court having reviewed Plaintiffs' Letter Brief and the case files and record herein, and upon hearing the arguments of the Parties, finds good cause and GRANTS Plaintiffs' request for limited expedited discovery as follows, without prejudice to Defendants' assertion of the attorney-client privilege, and IT IS HEREBY ORDERED THAT:

1.    Plaintiffs may depose Ms. Josephine Hill ("Hill"), of the West Hawai'i District Office, concerning (a) the status of efforts

of the DOE to hire and train skills trainers for Bryan Wiles-Bond, including the qualifications of Christy Edwards, and (b) e-mails between DOE personnel and unidentified parties concerning Bryan Wiles-Bond and/or his skills trainers.

    2.    Plaintiffs may seek expedited discovery of the following documents:

    (a)    E-mails sent or received by Hill between 8/1/04 and 8/17/04, concerning Bryan Wiles-Bond, his parents, and/or Christy Edwards, and

    (b)    E-mails or correspondence between Hill and Michael Biehn between June 1, 2004 and August 19, 2004.

DATED:  Honolulu, Hawai'i,   SEP 1 0 2004     .

                        **BARRY M. KURREN**

                        JUDGE OF THE ABOVE ENTITLED COURT

---

*ANN KIMBALL WILES and STANLEY BOND, et al. vs. DEPARTMENT OF EDUCATION, et al.*; Civil No. CV04-00442 HG BMK; **ORDER GRANTING PLAINTIFFS LEAVE TO CONDUCT EXPEDITED DISCOVERY**