

JoAn Hill/SPED/HIDOE
08/05/2004 05:22 AM

To: Desiree Baez/HAWAIIDO/HIDOE
cc:
Subject: Re: Kim / C E

From: "Michael Biehn" <mbiehn@hotmail.com> on 08/05/2004 02:00 AM

Got this e-mail before I left this morning.

To: JoAn_Hill/SPED/HIDOE@notes.k12.hi.us
cc:

Subject: Re: Kim / C E

Well, she lacks a resume that would be commensurate with that pay level. The last time she held this same position she quit the job after only a few months and left the state, only returning now as a result of this "bribe." Also, her last employer (the federal government at Kwajalein Marshall Islands) I believe opened an investigation into her use of prescription medication while on the job. This use included (and I believe continues to include) painkillers and anti-depressants ordered over the internet. She has also been in and out of therapy for emotional problems the last two years. Please, I would just ask that you follow your own leads on these matters and not quote me or use my name, in print or orally.

---

Don't just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/



EXHIBIT C

330

DOE2566