FILE

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3   ANN KIMBALL WILES and        )
 4   STANLEY BOND, individually   )
 5   and as next friend of their  )
 6   son, BRYAN WILES-BOND, a     )
 7   minor,                       )
 8                  Plaintiffs,   )
 9        vs.                     ) Civil No. CV 04-00442
10   DEPARTMENT OF EDUCATION,     ) HG/BMK
11   State of Hawai'i, and ALVIN  ) CONSOLIDATED (Other
12   RHO, in his official         ) Civil Action)
13   capacity as West Hawai'i     )
14   District Superintendent,     )
15                  Defendants.   ) VIDEOTAPED DEPOSITION
16   _____  )           OF
17   ANN KIMBALL WILES and        ) JOSEPHINE A. HILL
18   STANLEY BOND, individually   ) August 9, 2007
19   and as next friend of their  )
20   son, BRYAN WILES-BOND,       )
21   a minor,                     )
22                  Plaintiffs,   )
23        vs.                     ) Civil No. 05-00247
24   DEPARTMENT OF EDUCATION,     ) JMS/BMK
25   State of Hawai'i,            ) CONSOLIDATED (Other
```

EXHIBIT D

Page 110

```
 1        MR. USHIRODA:  Thank you.
 2        MR. ELLIS: -- at the top, where it says,
 3  I went before the judge today for a hearing.
 4  BY MR. ELLIS:
 5     Q.  Did the judge order you to disclose it?
 6     A.  I don't believe so. Shelby wanted to know
 7  the name, and I merely told them I did not know the
 8  name of the person, so that -- yeah.
 9     Q.  At some point were you advised or were you
10  told to disclose the name?
11     A.  I was asked many times if I knew who this
12  person was. I do not know who he is and I still, to
13  this day, do not know who he is.
14     Q.  I understand that. Did you disclose the
15  name?
16        MR. USHIRODA:  What name?
17        MR. ELLIS:  Michael Biehn.
18  BY MR. ELLIS:
19     Q.  Have you -- you --
20     A.  Yes, I did, because they had copies of the
21  e-mails on that date that I went before the judge.
22     Q.  So when Mrs. Floyd asked -- or you went
23  before the --
24     A.  Excuse me.
25     Q.  You went before the judge the day Ms.
```

Page 111

```
 1  Floyd asked -- demanded that you give her the name?
 2     A.  Right, and -- correct. I will have to
 3  backtrack there, because in the versions that we
 4  turned in that day, Michael Biehn's name was blacked
 5  out. So then I was asked to disclose that. And
 6  then the name was subsequently disclosed, that it
 7  was Michael Biehn.
 8     Q.  You disclosed it to who?
 9     A.  Lono Beamer --
10     Q.  Thank you.
11     A.  -- our AG.
12     Q.  Page 11, 12 and 13.
13     A.  Yes.
14     Q.  Have you seen that before?
15     A.  Yes.
16     Q.  Do you recall when you have seen this the
17  first time?
18     A.  Just recently.
19     Q.  Was it in reviewing pleadings for this
20  deposition?
21     A.  Correct.
22     Q.  Bates-stamped page 14 and 15, have you
23  seen this before?
24     A.  15, nothing that I recognize there.
25     Q.  Strike that --
```

Page 112

```
 1     A.  14 --
 2     Q.  Strike that question.
 3     A.  Okay.
 4     Q.  Bates-stamped 18 -- it's hard to read at
 5  the bottom. At the top it's dated August 3rd, 2004,
 6  and there appears to be a redaction. Did you redact
 7  -- were you the person who redacted the e-mail
 8  address at the top?
 9     A.  No. It was Lono Beamer that did that.
10     Q.  When did Mr. Beamer do this?
11        MR. USHIRODA:  Objection to the extent it
12  calls for speculation.
13     A.  The morning that -- the day that I gave
14  these to him, which was the day that we went to
15  court.
16  BY MR. ELLIS:
17     Q.  So Mr. Beamer had the documents -- this
18  particular e-mail with the e-mail address listed at
19  the top and then he redacted it prior to going to
20  court?
21     A.  I believe so.
22     Q.  And was the redacted portion -- did it --
23  do you recall how the address appeared at the top?
24     A.  Do I recall how it appeared?
25     Q.  Yes.
```

Page 113

```
 1     A.  I can't really tell you right now how it
 2  was. It was Michael, M-i-c-h-a-e-l, and then at one
 3  point it was B-i-e-h-n, I believe, and then it
 4  changed to B-e-i-h-n or something, something similar
 5  to that, to my best recollection.
 6     Q.  Could you go back to page three?
 7     A.  Okay.
 8     Q.  See in the From section?
 9     A.  Yes.
10     Q.  Did it appear that way, Michael Biehn, and
11  then the e-mail address?
12     A.  Yes.
13     Q.  So prior to the hearing before Judge --
14  was it before Judge Kurren?
15     A.  I believe that was the judge.
16     Q.  So prior to the hearing, Mr. Beamer knew
17  the name of where this e-mail came from?
18        MR. USHIRODA:  Objection to the extent it
19  calls for speculation.
20     A.  I believe so.
21  BY MR. ELLIS:
22     Q.  Thank you. Do you know why Mr. Biehn
23  contacted you?
24     A.  I have no knowledge whatsoever. It just
25  appeared in my e-mail one day when I opened it up.
```