IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ANN KIMBALL WILES and
STANLEY BOND, individually and as
next friend of their son, BRYAN
WILES-BOND, a minor,

          Plaintiffs,

   vs.

DEPARTMENT OF EDUCATION,
State of Hawai'i,

          Defendant.

CIVIL NO. CV 05-00247 HG/BMK
CIVIL NO. CV 04-00442 HG/BMK
Consolidated (Other Civil Action)

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on January 7, 2008, a true and correct copy of the

**PLAINTIFFS' MOTION IN LIMINE #14 TO EXCLUDE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING COLLATERAL SOURCES** was duly served upon the following parties by hand delivery to the following:

       Holly T. Shikada, Esq.
       Deputy Attorneys General
       235 S. Beretania Street, Room 304
       Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq.
Daniel K. Obuhanych
Leighton M. Hara, Esq.
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:     Honolulu, Hawaii, January 7, 2008.


_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs