OF COUNSEL:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
400 Davis Levin Livingston Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447 FAX: 523-8448
E-mail: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>             Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**PLAINTIFFS' LIST OF WITNESSES FOR TRIAL AND CERTIFICATE OF SERVICE**<br><br>**TRIAL DATE: February 26, 2008**<br>**JUDGE: Alan C. Kay** |

## PLAINTIFFS' LIST OF WITNESSES FOR TRIAL

I. **WITNESSES TO BE CALLED**

A) **EXPERT WITNESS**

1. Daniel B. LeGoff, Ph.D.
   Child and Adolescent Resources for Education
   105 South Princeton Ave
   Wenonah, NJ 08090
   (856) 616-6466

Dr. LeGoff will provide expert testimony regarding all issues of liability and damages. He will describe the relevant events, causation and damages.

2. Loretta M. Lukens, M.D., R.N., C.R.R.N.
   29 West Rhea Road
   Tempe, AZ 85284
   (480) 839-0799

Ms. Lukens will testify regarding all issues related to the development of a life care plan for Bryan Wiles Bond.

3. Betty Jo Freeman, Ph.D.
   Professor Emerita of Medical Psychology
   UCLA School of Medicine
   3940 Mandeville Canyon Road
   Los Angeles, CA 90049
   (310) 440-8543

Dr. Freeman will provide expert testimony regarding all issues of liability and damages. She will describe the relevant events, causation and damages.

    4.     Keynes D. Von Elsner, CPA
           Economist
           50 S. Beretania Street
           Suite C-113
           Honolulu, HI 96813
           (808) 538-6904

Mr. Von Elsner will provide expert testimony regarding the valuation of damages in this case.

**B)    LAY WITNESSES**

    1.     Dr. Kimberly Smalley, Behavioralist

Dr. Smalley will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present.

    2.     Ann Kimball Wiles
           c/o DAVIS LEVIN LIVINGSTON
           400 Davis Levin Livingston Place
           851 Fort Street
           Honolulu, Hawaii 96813

Mrs. Wiles will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present.

3. Stanley Bond
   c/o DAVIS LEVIN LIVINGSTON
   400 Davis Levin Livingston Place
   851 Fort Street
   Honolulu, Hawaii 96813

Mr. Bond will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present.

4. Dru Copeland
   c/o Alakai Na Keiki
   1100 Alakea Street, Suite 900
   Honolulu, Hawaii 96813

Dru Copeland will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present.

5. Cara Entz
   Pacific Child and Family Associates, AP
   410 Wet Arden Avenue, Suite 20
   Glendale, CA 91203

Ms. Entz will provide testimony regarding all issues related to the program at Pacific Child and Family Associates and all relevant events that took place during the period January 2004 to present.

6. Shelby Anne Floyd
   74-5620 Palani Rd., Suite 104
   Kailua-Kona, Hawaii 96740
   Telephone: (808) 326-7979
   Fax: (808) 326-4779

4

Ms. Floyd will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present.

7. Alvin Rho
   Department of Education
   c/o Gregg M. Ushiroda
   First Hawaiian Center, 23rd Fl.
   999 Bishop Street
   Honolulu, Hawaii 96813

8. Additional witnesses: Plaintiffs reserve the right to call any of the witnesses listed in Defendant's Pre-Trial Statement. Plaintiffs may call any rebuttal witnesses as necessary.

DATED: Honolulu, Hawaii, January 7, 2008.

STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on January 7, 2008, a true and correct copy of the **PLAINTIFFS' LIST OF WITNESSES FOR TRIAL** was duly served upon the following parties by hand delivery to the following:

>Holly T. Shikada, Esq.
>Deputy Attorneys General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq.
Daniel K. Obuhanych
Leighton M. Hara, Esq.
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, January 7, 2008.

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs