IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

**DECLARATION OF GREGG M. USHIRODA**

　　　I, GREGG M. USHIRODA, do hereby declare:

　　　1.　I am one of the attorneys representing Defendant Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"),(collectively the "DEFENDANTS") in the above-entitled matter and have personal knowledge of the matters set forth herein.

　　　2.　I am licensed to practice law before all state and federal courts in the State of Hawaii.

　　　3.　Attached hereto as Exhibit "A" is a true and accurate copy of the Curriculum Vitae of Bryna Siegel, Ph.D.

　　　4.　Attached hereto as Exhibit "B" are true and accurate copies of pages 57, 75, 76, 77, 175, 176, 176 of the

transcript of the deposition of Bryna Siegel, Ph.D. taken on October 15, 2007.

     5.   Attached hereto as Exhibit "C" is a true and accurate copy of Wolf L., Goldberg B. "Autistic children grow up: an eight to twenty-four year follow-up study" Can J Psychiatry 1986 Aug; 31 (6):550-6.

     I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

     DATED: Honolulu, Hawaii, January 14, 2008.

     /s/ Gregg M. Ushiroda
     GREGG M. USHIRODA