DEPARTMENT OF PSYCHIATRY &
LANGLEY PORTER PSYCHIATRIC INSTITUTE
CHILD AND ADOLESCENT PSYCHIATRY
401 PARNASSUS AVENUE
SAN FRANCISCO, CA 94143-0984

PERVASIVE DEVELOPMENTAL DISORDERS CLINIC
BRYNA SIEGEL, PH.D., DIRECTOR


University of California San Francisco

# CURRICULUM VITAE

## BRYNA SIEGEL, Ph.D.
### Adjunct Professor

Revised: March 5, 2004

## EDUCATION:

| | | | |
|---|---|---|---|
| 1971-1974 | New College, Sarasota, FL | 1974 | B.A. Clinical Psychology |
| 1975-1977 | Stanford University, Stanford, CA | 1977 | M.A. Education |
| 1975-1980 | Stanford University, Stanford, CA | 1980 | Ph.D. Child Development |
| 1980-1981 | Boys Town Center for the Study of Youth Development, Stanford, CA | | Post-doctoral Fellowship in Adolescent Development |
| 1982 | Stanford University School of Medicine, Stanford, CA | | Post-doctoral Fellowship in Psychiatric Research Methods |
| 1983-1984 | Stanford University School of Medicine, Stanford, CA | | Post-doctoral Fellowship in Developmental Psychopathology |

## POSITIONS HELD:

2001-___    ADJUNCT PROFESSOR, Department of Psychiatry,
Langley Porter Psychiatric Institute, University of California, San Francisco;
DIRECTOR, Pervasive Developmental Disorders Clinic.
(Adjunct Professor I in July, 2001)

1995-2001    ASSOCIATE ADJUNCT PROFESSOR, Department of Psychiatry,
Langley Porter Psychiatric Institute, University of California, San Francisco;
DIRECTOR, Pervasive Developmental Disorders Clinic.
(Associate Adjunct Professor II in July, 1997)


EXHIBIT A

Bryna Siegel 8.9

## POSITIONS HELD: (continued)

1989-1995  ASSISTANT ADJUNCT PROFESSOR, Department of Psychiatry, Langley Porter Psychiatric Institute, University of California, San Francisco; DIRECTOR, Pervasive Developmental Disorders Clinic.

1985-1989  SENIOR RESEARCH ASSOCIATE, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine

1984-1985  RESEARCH ASSOCIATE, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine

## HONORS AND AWARDS:

| | |
|---|---|
| 1983-1984 | Scottish Rite Foundation |
| 1985-1990 | John Merck Fund Scholar |
| 1994 | Certificate of Acknowledgement, California State Senate |
| 1996 | Certificate of Acknowledgement, California State Department of Education |
| 1996 & 1997 | Certificate of Appreciation, Autism Society of America |
| 1997 | Certificate of Appreciation, MAAP-More Advanced Autistic People |
| 2002 | California Governor's Blue Ribbon Panel on Autism |

## MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS:

Society for Research in Child Development (1976-present)
American Psychological Association (1980-present)
    Member- Developmental Division (1980-present)
    Member- Developmental Disabilities Mental Retardation Division (1990-present)
Autism Society of America (1983-present)
International Society for Research in Child & Adolescent Psychiatry & Psychology
    (1998-present)
California Applied Behavior Analysis Association (1997-present)

## INVITED LECTURESHIPS (academic):

| | |
|---|---|
| 2000 | Visiting Professorship, University of Hawaii, Department of Psychiatry |
| 2001 | American Academy of Pediatrics: Invited lecture and panel on autism screening |
| 2002 | Keynote: MIND Institute Summer Institute, UC Davis |
| 2004 | American Academy of Pediatrics: Early autism treatment |

Bryna Siegel 8.10

**PUBLIC SERVICE:**

**Board Membership:**
*National:* Autism Society of America Foundation Scientific Advisory Board (1998- )

**Journal Referee:**
*Journal of Autism and Developmental Disorders* (1993-)
*Journal of Child Psychology and Psychiatry* (1996-)
*Infants and Young Children* (1995-)
*Autism* (1997-)
*Child Development* (1998-)
*Journal of the American Academy of Child & Adolescent Psychiatry* (2003-)

**Grant Reviewing:**
Autism Society of America Foundation (1998-)
National Institute of Mental Health (2001- )
　　　STAART Development Study Section: Aug. 2001
　　　STAART Study Section: March, 2002
　　　SBIR Study Section: August, 2003
　　　CPDD Study Section: June, 2004

**Presentations at Invited NIH Scientific Meetings:**
NIH Conference on Screening and Diagnosis for Autism (Nov 8, 1999)
NIH Conference on Research Priorities in Autism Treatment (Sept. 5, 2002)

**Court Appointments and Qualifications:**
Qualification in over 60 state Fair Hearings, Superior Court, and Court of Appeals cases on
　　　services for the developmentally disabled in several states and Canada.
602 Alienists Panel- City & County of San Francisco (Forensic assessment) (1991-)

**Service Activities to Elementary and Secondary Education (2001-2004):**
Orange County, CA Office of Education (1997,1998, 1999, 2001)
Kern County, CA Office of Education (1997-1998, 2002)
Clovis Unified School District, Clovis, CA (1998, 2001)
Palos Verdes Peninsula Unified School District (1999, 2001, 2003)
South West SELPA, Los Angeles County, CA (1999, 2001)
Los Angeles Unified School District (1999-2002)
Hawaii Department of Education (districts in Oahu, Maui, Kauai, Big Island) (1999-present)
Wichita, Kansas Board of Education (2000-2002)
Tulare County, CA Office of Education (2001)
Ventura Co. CA Office of Education (2001)
San Jose Unified School District (2003)
PUBLIC SERVICE (continued):
　　　Service Activities to Elementary and Secondary Education (2001-2004)
　　　(continued):

Revised: March 5, 2004

Bryna Siegel 8.11

Cambrian Unified School District (San Jose, CA) (2004)
Newark Unified School District (Newark, CA) (2004)

**Developmental Disabilities Consultancies (2001-2003):**
Valley Children's Hospital, Fresno, CA (1997, 1998)
Central Valley Regional Center, Fresno, CA (1997, 2002)
Tri-Counties Regional Center, Santa Barbara, CA (1999, 2002)
Blick Clinic and Children's Hospital Medical Center of Akron Ohio (2000)
Regional Center of Orange County Santa Ana, CA (2001-2)
Harbor Regional Center, Los Angeles, CA (2001)
Golden Gate Regional Center, San Francisco, CA (2002)
Kern Regional Center, Bakersfield, CA (2002-2003)
    (Including monthly 2 hour telemedicine conferences)

**Committee Service (2001-2003):**
*International:*
    CAIRN: Canadian Autism Intervention Resource Network (2000-2001)
*State:*
    California Early Start/ CEITAN (1997-2000)
    California State Diagnostic Standards Committee (2001-)
    California Dept. of Developmental Services Director's Advisory Committee on Autistic
    Spectrum Services, (2001-2)
*University:*
    Langley Porter Compensation Plan Advisory Committee (1999-2001)
    Faculty Welfare Committee (2002-)


**RESEARCH AND CREATIVE ACTIVITIES:**
    **ORIGINAL ARTICLES:**

1982 Duke P, Gross RT, Dornbusch S, Carlsmith M, Martin J & Siegel-Gorelick B
    'Educational correlates of early and late sexual maturation', *Journal of Pediatrics*, 100, 4,
    633-637.

1984 Rosenfeld A, Siegel-Gorelick, B et al. 'Parental perceptions of age changes in children's
    modesty' *Psychiatry*, 47,4.

1984 Dornbusch S, Carlsmith M, Duncan P, Gross RT, Martin J, Ritter P, Siegel-Gorelick B
    'Sexual maturation, social class, and the desire to be thin among adolescent females',
    *Journal of Developmental and Behavioral Pediatrics*, 5,6, 308-314.


**RESEARCH AND CREATIVE ACTIVITIES:**
    **ORIGINAL ARTICLES(continued):**


Revised: March 5, 2004

1985  Siegel B, Anders T, Ciaranello RD, Bienenstock B & Kraemer HC 'Empirical subclassification of the autistic syndrome', *Journal of Autism and Developmental Disorders*, 16, 3, 475-491.

1986  Rosenfeld A, Siegel B, & Bailey R 'Familial bathing patterns: Implications for case of alleged molestation and for pediatric practice' *Pediatrics*, 79,2.

1987  Rosenfeld A, Bailey R, Siegel B, Bailey G 'Delineating incest: Frequency of children touching parents genitals in a non-clinical population', *Journal of the American Academy of Child and Adolescent Psychiatry*, 25,4, 481-484.

1988  Siegel B, Pliner C, Eschler J, Elliott GR 'How children with autism are diagnosed: Difficulties in the identification of children with multiple developmental delays', *Journal of Developmental and Behavioral Pediatrics*, Aug.

1989  Siegel B, Vukicevic J, Elliott GR, & Kraemer HC 'An assessment of the DSM-III-R criteria for autistic disorder using signal detection theory', *Journal of the American Academy of Child and Adolescent Psychiatry*, 28, 4, 542-548.

1990  Spitzer RL & Siegel B 'The DSM-III-R field trials for pervasive developmental disorders', *Journal of the American Academy of Child and Adolescent Psychiatry*, 26,6, 855-862.

1990  Siegel B, Vukicevic J & Spitzer RL 'Using signal detection theory to revise DSM-III-R: Reanalysis of the DSM-III-R field trials data for autistic disorder', *Journal of Psychiatric Research*, 4, 301-311.

1990  Vukicevic J & Siegel B 'Pervasive developmental disorder in monozygotic twin boys: Evidence for a multifactorial etiology', *Journal of the American Academy of Child and Adolescent Psychiatry*, 29,6, 897-900.

1992  Waterhouse L Wing L Spitzer RL & Siegel B 'Pervasive developmental disorders: From DSM-III to DSM-III-R'. *Journal of Autism and Developmental Disorders*, 22,4, 1-11.

1994  Volkmar, F, Klin, A, Siegel, B, Szatmari, P, Lord, C, Campbell, M, Freeman, BJ, Cicchetti, DV, Rutter, M, Kline, W, Buitelaar, J, Hattab, Y, Fombonne, E, Fuentes, J, Werry, J, Stone, W, Kerbeshian, J, Hoshino, Y, Bregman, J, Loveland, K, Szymanski, L, Towbin, K, 'Field Trial for Autistic Disorder in DSM-IV', *American Journal of Psychiatry*, 151:9, 1361-1367.

**RESEARCH AND CREATIVE ACTIVITIES:**
**ORIGINAL ARTICLES(continued):**

1995  Siegel, B 'Brief Report: Assessing allegations of sexual molestation made through facilitated communication'. *Journal of Autism and Developmental Disorders*, 25, 3, 319-326.

1996  Siegel, B 'Is the emperor wearing clothes? Social policy and the empirical support for full inclusion of children with disabilities in the preschool and early elementary grades'. *Social Policy Report: Society for Research in Child Development*, 10, 2/3, 2-17.

1996  Milbrath, C. & Siegel, B. 'Perspective taking in the drawings of a talented autistic child'. *Visual Arts Research*, 22,2, 56-75.

1997  Horowitz, MJ, Siegel, B, Holen, A, & Bonnano, G 'Diagnostic criteria for pathological grief disorder' *American Journal of Psychiatry*, 154:7, 904-910.

1998  Sheinkopf S & Siegel B 'Effects of very early intensive behavioral intervention for autistic children'. *Journal of Autism and Developmental Disorders*, 28,1,15-23.

1998  Siegel, B & Zimnitsky, B 'Facilitated communication and auditory integration training: A critical review of two non-mainstream treatments for language disorder associated with autistic spectrum disorders' (Invited) *Journal of Speech-Language Pathology & Audiology*, 22,2,61-70.

1999  Siegel, B. 'Using a developmental theory to develop and assessment treatment for autistic spectrum disorders' (Invited) *Infants and Young Children*, 12, 2, 27-36.

1999  Siegel, B. 'What we still don't know, and what we need to know about intensive behavioral interventions for autism' Reply to Pomeranz. Letter to the Editor. *Journal of Autism and Pervasive Developmental Disorders*.

1999  Siegel, B. 'Desperate parents and autism cures' Letter to the Editor. *Wall Street Journal*, March 24, 1999.

1999  Heyman, M, Lightdale, J, Adelman, RB, Glidden, D, Siegel, B, Elliott, GR 'Patterns of gastrointestinal symptoms in children with autism'. *Gastroenterology*, 116:A554.


**RESEARCH AND CREATIVE ACTIVITIES:**
     **ORIGINAL ARTICLES(continued):**

2000  Siegel, B 'Commentary on 'Lack of benefit of a single dose of synthetic human secretin in the treatment of autism and pervasive developmental disorder' (in *NEJM*), *Evidence-Based Mental Health*, 3,2.

2000  Siegel, B. 'Treatment Models and Treatment Practice for Autistic Spectrum Disorders'. *Advocate: Autism Society of America*, Winter, 2000.

2001  Siegel, B. 'Quality of Life for Families with a Child with Autism: Preventing Mental Separations and Legal Divorce'. *Advocate: Autism Society of America*, Summer, 2001.

2001  Lightdale, J, Heyer, C Duer, A, Lind-White, C, Jenkins, S Siegel, B Elliott, G, & Heyman, M 'Effects of intraveneous secretin on language and behavior of children with autism and gastrointestinal symptoms: A single-blinded, open-label pilot study', Pediatrics, 108, 5, 90-95.

2002  Siegel, B 'Autism'. In N.J. Salkind (Ed.) *Macmillian Psychology Reference Series*, Vol. I: Child Development, New York: Macmillian Reference USA.

2003  Gage, N, Siegel, B & Roberts, TL 'Cortical auditory system maturational abnormalities in children with autistic disorder: An MEG investigation', *Developmental Brain Research* (in press).

2003  Gage, N, Siegel, B, Callen, M & Roberts, TL 'Cortical sound processing in children with autistic disorder: An MEG investigation', *NeuroReport* (in press).


ARTICLES IN PREPARATION:

Siegel, B 'The Pervasive Developmental Disorders Screening Test: Development and application for primary care, developmental disorders, and autism clinic settings'.

Siegel, B & Schuler, A. 'Follow-up on early intervention for autism: Early intensive behavioral intervention versus treatment as usual'


BOOK CHAPTERS:

1981  Siegel, B. 'Diagnostic assessment of autistic disorder using a standardized play session.' in C. Schaefer, K. Gitlin & A. Sandgrund (eds.), *Play Diagnosis and Assessment*, New York: John Wiley & Sons. (Pages 331-374.)


BOOK CHAPTERS: (continued)

1981  Siegel, B. 'Toward DSM-IV: Taking a developmental approach to autistic disorder,' in J. H. Beitchman & M. Konstantareas (eds.), *Developmental Disorders: Psychiatric Clinics of North America*, Vol. 14, No. 1, March, Phila.: W.B. Saunders. Pages 53-68.)

Revised March 5, 2004

Bryna Siegel 8.15

1996   Siegel, B. 'Atypical ontogeny: Atypical development from a developmental perspective' (pgs. 36-58). In N Cohen, JH Beitchman, R Tannock & M Konstantareas (Eds.) *Language, Learning and Behavior: Emerging Perspectives:* Cambridge: Cambridge University Press.

1997   Siegel, B. 'Parent responses to the diagnosis of autism: Mourning, coping, and adaptation' in D. Cohen & F. Volkmar (Eds.) *Handbook of Autism and Pervasive Developmental Disorders– Second Edition*, pgs. 745-766. New York: John Wiley & Sons.

2001   Siegel, B, Hayer, C & Tanguay, P 'Treatment of Pervasive Developmental Disorders', Chapter 6, Vol. 1, pgs. 65-90. In E. Weller & J McDermott, & G Gabbard (Eds.) *Treatment of Psychiatric Disorders, 3rd Ed.*, Washington, DC, American Psychiatric Association Press.

2004   Siegel, B & Ficcaglia, M 'Autistic Spectrum Disorders: Etiology, Diagnosis, Treatment and Prognosis'. In M. Hersen, JC Thomas & RT Ammerman (Eds.) *Comprehensive Handbook of Personality and Psychopathology*, New York: John Wiley (in prep.)

## PEER REVIEWED RESEARCH ABSTRACTS:

1979   Siegel-Gorelick, B., and Kermoian, R. 'Single Case Design as an Exploratory Technique in Developmental Research' Society for Research in Child Development.

1979   Everson M., Ambron, S., Kermoian, R. Siegel-Gorelick, B., Buchanan, A., and Valdez, M. 'Age of Entry and Quality of Care: Mediating Factors in the Effects of Day Care on Attachment' American Educational Research Association.

1979   Kermoian, R. and Siegel-Gorelick, B. 'Single Case Design as an Exploratory Technique in Developmental Research' American Educational Association.

## PEER REVIEWED RESEARCH ABSTRACTS (continued):

1980   Siegel-Gorelick, B., Ambron, S., and Everson, M. 'Qualitative versus Quantitative Differences in Caregivers in Family Day Care at Home." Society for Research in Child Development.

1981   Siegel, B., Ambron, S., and Everson, M. 'Day Care as a Learning Environment: The Relation Between Environmental Characteristics and Social Development in Family Day Care." American Educational Research Association.

Bryna Siegel 8.16

1983 Dornbusch, S., Carlsmith, M., Gross, R.T., Duke, P., Ritter, P. & Siegel-Gorelick, B. 'Testing Female Thinness as Conspicuous Consumption.' Society for Research in Child Development.

1983 Rosenfeld, A., Bailey, R. and Siegel-Gorelick, B. 'Sexual and Affectional Touching in Families.' American Academy of Child Psychiatry.

1984 Siegel, B. 'Subtypes of Autism Responding to Fenfluramine' Symposium on 'Effects of Fenfluramine on Autism.' American Academy of Child and Adolescent Psychiatry.

1985 Siegel, B., Kraemer, H.C., Elliott, G.R., and Ciaranello, R. 'Pre- and Perinatal Risk Factors Associated with Different Types of Autism: Validation of a Behavioral Subtyping Model.' American Academy of Child and Adolescent Psychiatry.

1987 Siegel, B., Eschler, J., Pliner, C., and Elliott, G.R. 'Multidisciplinary Developmental Evaluation Improves Early Diagnosis of Infantile Autism.' Society for Research in Child Development.

1987 Siegel, B. 'Clinical and Developmental Subtypes in Autism.' Invited paper, National Society for Autistic Children.

1988 Siegel, B. and Raghavan, S. 'Age and Clinical Aspects of Arousal Regulation during Social Interaction for Autistic Children.' American Psychiatric Association.

1988 Elliott, G.R., Siegel, B., Friedman, S., Anders, T.F., Faull, K.F., and Ciaranello, R.D. 'Peripheral and central effects of fenfluramine on children with autism.' American Academy of Child and Adolescent Psychiatry.

1988 Siegel, B., Vukicevic, J., Elliott, G.R., and Kraemer, H.C. 'An Assessment of the Quality of the DSM-III-R Criteria for Autistic Disorder.' American Academy of Child and Adolescent Psychiatry. 1989 Siegel, B., Vukicevic, J. 'Developmental level and efficiency of psychiatric diagnosis: Reanalysis of the DSM-III-R field trials for autistic disorder.' Society for Research in Child Development.

PEER REVIEWED RESEARCH ABSTRACTS (continued):

1990 Siegel, B., Vukicevic, J. & Lux, J. 'Diagnostic characteristics of autistic probands from multiplex and single-incidence families.' American Academy of Child and Adolescent Psychiatry.

1991 Siegel, B. 'A critique of parenting books.' Symposium, 'Self-help books: The promises and perils of bibliotherapy.' American Psychological Association.

1991 Siegel, B. "Signal detection theory and early detection of autism.' Symposium, 'Evaluation of behavior in early childhood: Issues and progress.' American Psychological Association.

Bryna Siegel 8.17

1991 Siegel, B. 'Developmental trajectory of early signs of autism: Applications for early identification.' Symposium, 'Early diagnosis of Autism.' Autism Society of America.

1991 Siegel, B., Detmers, D. & Schuler, A. "Language loss in autism: Regression or failure to progress?' American Academy of Child and Adolescent Psychiatry.

1991 Van Elberg, A. & Siegel, B. 'Early imitation and later symptoms of autism.' American Academy of Child and Adolescent Psychiatry.

1992 Siegel, B. & Sheinkopf, S. 'Precursor signs of autism in the first three years of life.' American Academy of Child and Adolescent Psychiatry.

1993 Siegel, B. & Lindblom, R. 'Observational acumen & detection of atypical development in one-year-olds'. Society for Research in Child Development.

1993 Siegel, B. 'Athena born from the head of Zeus- Why developmental neuropsychiatry is not: Issues in studying atypical development. Society for Research in Child Development.

1993 Siegel, B. 'Signs of autism in the first two years', American Academy of Child and Adolescent Psychiatry.

1993 Siegel, B. 'Developing a diagnostic algorithm and research criteria for DSM-IV Autistic Disorder' Symposium: DSM-IV Autism/ Pervasive Developmental Disorders field trial', American Academy of Child and Adolescent Psychiatry.

1994 Siegel, B. 'The Pervasive Developmental Disorders Screening Test (PDDST): Detection of autism and PDD in infants and toddlers', International Association of Child and Adolescent Psychiatry.

## PEER REVIEWED RESEARCH ABSTRACTS (continued):

1994 Siegel, B. 'Atypical ontogeny: A conceptual model for separating developmental disability from atypical development', International Association of Child and Adolescent Psychiatry.

1994 Sheinkopf, S. & Siegel, B. 'Effectiveness of intensive early interventions for young children with autism and PDD'. Society for Behavioral Medicine.

1994 Siegel, B. 'Delineating innate, virtual, and epiphenomenal signs of neuropsychiatric disorders in children: Implications for behavioral genetics and

1994 Park, E.H., Lee, D., & Siegel, B. 'A phenocopy? Autism and PDD in prenatally-drug exposed children' American Academy of Child and Adolescent Psychiatry.

Bryna Siegel 8.18

1994 Helmy, E., Marder, D., & Siegel, B. 'Developmental setbacks in the development of autism: Language loss', American Academy of Child and Adolescent Psychiatry.

1995 Siegel, B 'Atypical ontogeny: A developmental theory for emergence of learning and neuropsychiatric disorders in children. Jean Piaget Society.

1995 Siegel, B., Lord, C., Leventhal, B., 'Workshop: Planning and implementing early intervention for pervasive developmental disorders'. American Academy of Child and Adolescent Psychiatry .

1995 Milbrath, C. & Siegel, B. 'Perspective taking in the drawings of a talented autistic child'. Symposium, American Psychological Association.

1995 Helmy, E., Siegel, B., & Marder, D. 'Language loss and concomittant loss of social milestones in autism', American Academy of Child and Adolescent Psychiatry.

1996 Siegel, B. 'Planning and implementing early intervention for autism: Potential benefits of earliness and intensity' Workshop. Pittsburgh Summer Institute on Autism.

1996 Siegel, B. and Sheinkopf, S. 'Partial replication of the results from the UCLA Early Autism Project' Symposium: B. Siegel, Chair: Early Intensive Intervention for Young Children with Autism. American Academy of Child and Adolescent Psychiatry.

1996 Siegel, B. 'School consultation: Mainstreaming/ inclusion as an intervention: Does it help? American Academy of Child and Adolescent Psychiatry.

PEER REVIEWED RESEARCH ABSTRACTS (continued):

1996 Siegel, B. 'Planning and implementing early intervention for autism: how much? How soon? What gains can be expected? Autism Society of America.

1996 Siegel, B. 'New developments in the early identification and treatment of autism'. Invited workshop. Society for Behavioral and Developmental Pediatrics.

1997 Siegel, B and Bleshevuel, H. 'Developmental setbacks in toddlers with autism: Loss of ability or failure to accommodate?'. Society for Research in Child Development.

1997 Siegel, B. 'Developmental and social-policy issues and the practice of educational mainstreaming and full inclusion' Society for Research in Child Development.

1997 Siegel, B. 'Effective early intervention programs: A range of models'. Symposium. Autism Society of America.

1997 Siegel, B. 'For parents of newly-diagnosed children'. Invited workshop. Autism Society of America.

Revised March 5. 2004

1997  Siegel, B., Doung, V. & McClennan, K. 'IQ, play, and exploration as predictors of response to early intensive behavioral treatment for autism'. American Academy of Child and Adolescent Psychiatry.

1998  Siegel, B. 'Early Screening and Diagnosis in Autistic Spectrum Disorders: The Pervasive Developmental Disorders Screening Test (PDDST) ' (invited paper). National Institute for Child Health & Development Early Screening and Diagnosis for Autism Invitational Conference.

1998  Siegel, B. 'Guidelines for the use of intensive behavioral interventions for young children with autism', (invited lecture), California Association for Applied Behavior Analysis.

1998  Siegel, B., Whiteford, H., Hayer, C. & Keegan, M. 'An Autism Index for the Bayley Scales of Infant Development-II', American Academy of Child and Adolescent Psychiatry.

1998  Siegel, B. 'Linking DSM-IV criteria for autism to specific learning deficits: Assessment and treatment', Institute on Autism Assessment and Treatment, *American Academy of Child and Adolescent Psychiatry*.


## PEER REVIEWED RESEARCH ABSTRACTS (continued):

1999  Siegel, B. & Hayer, C. 'Detection of autism in the second and third year: The Pervasive Developmental Disorders Screening Test' in symposium on 'Early diagnosis and screening for autism' *Society for Research in Child Development.*

1999  Siegel, B. 'Using an autistic learning disabilities model to plan early intervention'. *National Autistic Society/.St. George's Hospital.* (June) London.

1999  Siegel, B. 'Psychometrics and applications for the Pervasive Developmental Disorders Screening Test.' *International Society for Research in Child & Adolescent Psychiatry & Psychology.* (June) Barcelona.

1999  Siegel, B., Sikorski, J. & Hanson, G. 'Child centered models for child psychiatry-based school consultation'. Workshop. *American Academy of Child & Adolescent Psychiatry.*

1999  Siegel, B, Hayer, C & Duer, A. Delineating autism from other developmental disorders using the PDDST. *American Academy of Child & Adolescent Psychiatry.*

2000    Siegel, B, Capps, L, Hayer, C & Busch, A. 'Risk and protective factors in families raising a disabled child,' *American Academy of Child & Adolescent Psychiatry.*

2001    Siegel, B, Hayer, C Emergence of signs of autistic disorder in the first three years of life, *Society for Research in Child Development.*

2001    Siegel, B, Hayer, C Developmental disabilities and the study of parenting stress, *Society for Research in Child Development.*

2001    Siegel, B. 'Autism from the perspective of evolutionary psychology', *Jean Piaget Society.*

2001    Siegel, B 'The effects of autism on the family,' *Autism Society of America,* July.

2001    Siegel B, Schuler, A, Arnold, C, & Hayer, C 'Clinical follow-up of early intensive behavioral intervention in children with autism, ' *International Society for Research in Child & Adolescent Psychiatry & Psychology,* Vancouver, June.

2001    Siegel B 'Deconstructing clinical signs of autism: A model for behavioral genetics' *American Academy of Child & Adolescent Psychiatry.*

2001    Siegel B 'Autistic spectrum disorders: Fitting symptom profiles to treatment approaches' *American Academy of Child & Adolescent Psychiatry.*

PEER REVIEWED RESEARCH ABSTRACTS (continued):

2001    Siegel, B. 'Pervasive developmental disorders: What the primary care provider needs to know', *American Academy of Pediatrics.*

2001    Siegel, B, Schuler, A & Arnold, C 'Long term follow-up of children with autism receiving early intensive behavioral interventions: Plasticity or pre-determined response?' *International Meetings for Autism Research.*

2002    Gage, N., Siegel,, B.,, & Roberts, T. P. L. (2002). Cortical sound processing in children with autism: Age dependence of the auditory M100. *International Meeting for Autism Research.*

2002    Gage, N, Siegel, B, Roberts, TPL 'Cortical sound processing in children with autism: Age dependence of the auditory M100', *Society for Neuroscience.*

2002    Gage, N, Siegel, B, Honma, S, Roberts, TPL 'Psychophysical and neurophysiological measurements of speech sound processing in children with a autism: An MEG investigation,' *Society for Neuroscience.*

2003    Gage, N., Siegel,, B.,, & Roberts, T. P. L. (2003). Cortical sound processing in children with autism: Age- and frequency-dependence of the auditory M100.

Bryna Siegel 8.21

*Cognitive Neuroscience Society.*

2003   Roberts, T.P.L., Gage, N.M., Ferrari, P., & Siegel, B. (2003).
         Magnetoencephalography methods and findings in auditory cortex in autism. *Society
         for Neuroscience Abstracts, New Orleans, Louisiana.*

2003   Oram, J., Ferrari, P., Flagg, E., Gage, N.M., Siegel, B., & Roberts, T.P.L., (2003).
         Dissociating attention and auditory processing in children with language impairment:
         Behavioral and neural investigations of rapid temporal processing. *Society for
         Neuroscience Abstracts, New Orleans, Louisiana.*

2003   Flagg, E.J., Oram, J., Gage, N.M., Siegel, B., Ferrari, P., & Roberts, T.P.L., (2003).
         Hemispheric lateralization indices in autistics from late field
         magnetoencephalography. *Society for Neuroscience Abstracts, New Orleans,
         Louisiana.*

2003   Siegel, B. 'Best Practices in Diagnosis of Autistic Spectrum Disorders in Individuals
         Six and Older' Symposium on California Diagnostic Best Practice Guidelines,
         *America Association for Mental Retardation.*

2004   Siegel, B, Schuler, A & Arnold, C 'Normalization' in autism:  Early intensive
         behavioral interventions—5-16 year follow-up' *American Academy of Child &
         Adolescent Psychiatry.*

2004   Siegel, B. 'Integrating Developmental Models into Behavioral Treatment for
         Autistic Spectrum Disorders', *California Association for Applied Behavior Analysis.*

2004   Siegel, B 'Use of the PDDST-II to Screen for Autistic Spectrum Disorders', *Autism
         Society of America.*

2004   Siegel, B. Autistic Learning Disabilities:  A New Approach to Understanding Autism
         Treatment' *Autism Society of America.*

2004   Siegel, B. 'Psychometrics and Applicability of the PDDST-II to Screen for Autistic
         Spectrum Disorders', *International Meeting for Autism Research.*

2004   Siegel, B. 'Autistic Spectrum Disorders: Guidelines for Choosing Treatments'
         (Invited), *American Academy of Pediatrics.*

## BOOKS:

1983 Siegel-Gorelick, B. *The Working Parents Guide to Child Care*, Little Brown, Inc.,
         Boston.

1994 Siegel, B. & Silverstein, S. *What About Me?  Growing Up With a Developmentally*

Bryna Siegel 8.22

*Disabled Sibling.* New York: Insight Books, Plenum Press (republished by Perseus Press).
    Reviewed in: *The Advocate, Jnl. of Cognitive and Behavioral Therapy, Contemporary Psychology*

1996 Siegel, B. *The World of the Autistic Child: Understanding and Treating Autistic Spectrum Disorders.* New York: Oxford University Press,
    Reviewed in: *Library Journal, Journal of Autism and Developmental Disorders, Journal of Developmental and Behavioral Pediatrics, Lancet, Child Therapy News (over 50,000 sold).*

2003  Siegel, B. *Helping Children with Autism Learn: Treatment Approaches for Parents and Professionals.* New York: Oxford University Press.
    Reviewed in: *Library Journal* (starred) (15,000 sold in first 4 months)

2005  Siegel, B. *Treatments for Autistic Spectrum Disorders: Finding and Implementing Needed Services.* New York: Guilford Press (in preparation).

**TESTS:**

2004  Siegel, B.  Pervasive Developmental Disorders Screening Test.  Psychological Corporation.
    Reviewed in *Pediatric News, Family Practice News*

**BOOK REVIEWS:**

1992 Phillips, I. & Siegel, B. Review of *At the Threshold: The Developing Adolescent,* S. Feldman & G. R. Elliott (Eds.), Cambridge, MA:  Harvard University Press.  In *Jnl. Nervous and Mental Dis.,* 180,3,213.

1997  Siegel, B. *ADHD:  What Can What Can We Do?* R.A. Barkley (video). In *Imagination, Cognition and Personality* , 16,4, 435-437 (in press).

1999  Siegel, B. Review of *Asperger's Syndrome & High Functioning Autism* E. Schopler & G. Mesibov (Eds.) New York: Plenum Press. In *Jnl. Devel. & Beh. Pediatrics, Jul.*

1999  Siegel, B Review of *Children with Autism and Asperger Syndrome: A Guide for Practitioners and Carers* by Patricia Howlin. London: John Wiley & Sons, Ltd., 1998. In *Autism. Autism, 3,3, 314-318.*

**BACKGROUND:**

Date/ Place of Birth: April 21, 1954, Quincy, Mass.

Revised March 5, 2004                                                                            Page 15

Bryna Siegel 8.23

Personal information: Married, 1 daughter (10-11-78), 1 step-son (2-11-78)
Interests outside of work: Cross-cultural cooking and cross-cultural traveling

## CONTACT DATA:

| | |
|---|---|
| Telephone: | work: (office) 415-476-7321 (clinic) 415-476-7385 |
| Fax: | work: (office) 415-476-7160 (home) 415-821-1189 |
| E-mail: | bryna@itsa.ucsf.edu |
| Mailing Address: | Children's Center at Langley Porter |
| | Langley Porter Psychiatric Institute, Box CAS |
| | University of California, San Francisco |
| | 401 Parnassus Avenue, San Francisco, California 94143-0984 |

## ADDITIONAL PROFESSIONAL ACTIVITIES (2001-2003):

Appendix A: Invited Lectures
Appendix B: Forensic Consultation with Expert Testimony