```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF HAWAII
 3
 4   ANN KIMBALL WILES and STANLEY BOND,
     individually and as next friend of
 5   their son, BRYAN WILES-BOND, a minor,
 6        Plaintiffs,
 7   v.                                CV 04-00442 HG/BMK
                                       CV 05-00247 HG/BMK
 8
     DEPARTMENT OF EDUCATION, State of
 9   Hawaii, and ALVIN RHO, in his
     official capacity as West Hawaii
10   District Superintendent,
11        Defendants.
12   _____/
13
14                      CERTIFIED COPY
15
16   VIDEOTAPED DEPOSITION OF BRYNA SIEGEL, Ph.D.
17              SAN FRANCISCO, CALIFORNIA
18               MONDAY, OCTOBER 15, 2007
19
20
21   ATKINSON-BAKER
     COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
24   Reported by:  Leland Batara, CSR No. 3759
25   File No. A10877B
```

                                                              1



EXHIBIT B

```
                 IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF HAWAII


ANN KIMBALL WILES and STANLEY BOND,
individually and as next friend of
their son, BRYAN WILES-BOND, a minor,
      Plaintiffs,
v.                                     CV 04-00442 HG/BMK
                                       CV 05-00247 HG/BMK


DEPARTMENT OF EDUCATION, State of
Hawaii, and ALVIN RHO, in his
official capacity as West Hawaii
District Superintendent,
      Defendants.
_____/




        Videotaped deposition of BRYNA SIEGEL, Ph.D.
taken on behalf of Plaintiffs, at 180 Montgomery
Street, Suite 800, San Francisco, California,
commencing at 9:07 a.m., and ending at 4:47 p.m.,
on Monday, October 15, 2007, before Leland
Batara, CSR No. 3759.
```

2

```
 1  that is, clinical work, is done under another aspect        10:20:46:18
 2  of this code which has to do with academic
 3  professionals practicing only in the context of the
 4  university.
 5          And that's how I have practiced, along              10:21:03:18
 6  with a license clinician, as an attending physician
 7  in my clinic for the last 18 years.
 8  BY MR. VARADY:
 9      Q.  Would your answer be no, I do not hold
10  clinical licensure under this code?                         10:21:19:18
11      A.  I don't hold a clinical license under any
12  code.
13          MR. VARADY:  Now, you have referred to a
14  portion of the code that provides for a certain type
15  of work without a clinical license.  I will ask that        10:21:38:18
16  this be marked Exhibit No. 6.
17          (Exhibit 6 marked for identification.)
18          MR. VARADY:  This is Section 2910 of the
19  California Business and Professional Code.
20      Q.  Is this the section you are referring to            10:22:03:22
21  that permits you to do work within the context of an
22  approved academic institution?
23      A.  Well, as you can see, this document is
24  noted that it's the annotated version.  I have seen
25  the full code, so I am not sure if I recognize              10:22:21:22
```

```
 1  add?                                                    10:44:30:13

 2      A.  I don't recall that there were any, but I

 3  am stating it that way because I don't have any

 4  records of it if it did, because what I do is, I

 5  have one computer file, and if I end up adding to        10:44:41:12

 6  the report, it just gets added to the report.

 7      Q.  And as to the DOE, did anyone at the DOE

 8  review this report before it became final?

 9      A.  Not unless Mr. Ushiroda sent it to someone

10  at the DOE.  I certainly didn't.                         10:44:59:06

11      Q.  And by DOE, you understand that I will be

12  using that term exclusively as to the Hawaii DOE --

13      A.  Right.

14      Q.  -- unless I specify otherwise.

15      A.  (Witness nods head.)                             10:45:09:09

16      Q.  Now, who selected the records that you

17  have identified here?

18      A.  These were part of the packets sent to me

19  by Mr. Ushiroda.

20      Q.  They were selected by Mr. Ushiroda and           10:45:22:13

21  sent to you; is that correct?

22      A.  Correct.

23      Q.  Now, these opinions are formed exclusively

24  for this litigation; is that correct?

25      A.  I am sorry, could you restate that?              10:45:37:06
```

```
1      Q.  Yeah.                                      10:45:39:12
2          They were formed for your work as an
3  expert witness in this litigation, and not for any
4  kind of independent research?
5      A.  My opinions?                               10:45:49:15
6      Q.  Yes.
7      A.  Yes.
8      Q.  Other than the data identified in this
9  report, were there any other data that you referred
10 to in forming your report?                         10:45:59:09
11     A.  I think that this is probably all the
12 documents I had in my possession at that time.
13     Q.  Was there any literature concerning autism
14 that you reviewed?
15     A.  To prepare the report?                     10:46:11:24
16     Q.  Yes.
17     A.  I think just -- just in general, what my
18 basis of knowledge is for keeping up on the
19 literature in general.
20     Q.  Nothing specific, though; is that correct? 10:46:24:22
21     A.  I don't believe so.
22     Q.  Can you describe the methodology you used
23 in forming your opinions?
24     A.  Well, as it says here, what I did was, I
25 reviewed the records.  I observed Bryan at the     10:46:39:10
```

| | | |
|---|---|---|
| 1 | Keystone School, and I interviewed staff at Keystone | 10:46:45:21 |
| 2 | School. | |
| 3 | Q. And does the report accurately describe | |
| 4 | all the things you did in reaching your opinions? | |
| 5 | A. I think it does. | 10:46:56:24 |
| 6 | Q. Does it contain a complete statement of | |
| 7 | all the bases and reasons for your opinion as of | |
| 8 | June 22nd, 2005? | |
| 9 | A. That's basically what I try to do in | |
| 10 | preparing such a report, is to include everything I | 10:47:17:03 |
| 11 | thought was significant, records that I read, or | |
| 12 | things I observed, or things I was told. | |
| 13 | Q. And I misspoke there. It's June 22, 2006, | |
| 14 | but your answer would be the same; is that correct? | |
| 15 | A. Correct. | 10:47:35:03 |
| 16 | Q. Is there anything in the report, or the | |
| 17 | opinion expressed in the report that you would want | |
| 18 | to change or revise at this time? | |
| 19 | A. I don't think so. | |
| 20 | Q. Is there any further research that you | 10:47:47:27 |
| 21 | would want to do in order to form your opinion more | |
| 22 | fully? | |
| 23 | A. I don't think so. | |
| 24 | Q. Were there any matters on which you | |
| 25 | reserved and did not express opinion, other than the | 10:47:58:06 |

77

```
 1  studies.                                              14:09:07:06

 2  BY MR. VARADY:

 3       Q.  So your answer to my question, in short,

 4  would be, no, I do not think it is a qualitative

 5  measure?                                              14:09:14:24

 6       A.  Right.  I think it's a quantitative.  The

 7  word "significant" refers to a quantitative

 8  definition of significant.

 9       Q.  And she is not saying that it doesn't make

10  a big enough difference?                              14:09:24:25

11       A.  The statistically significant across the

12  board in all the measures she examined.

13       Q.  Looking at the next article.  The title,

14  "Autism children grow up:  An eight to

15  twenty-four-year follow-up study."                    14:09:46:03

16       A.  Right.

17       Q.  Is this also an article that you read?

18       A.  Yeah, this is like a classic article in

19  the literature.  This is like -- there are a whole

20  lot of longitudinal studies of autism outcomes, and   14:09:59:24

21  this is one of the early ones.  So it's not very

22  detailed, but it is longitudinal.

23       Q.  This is a study of autistic people

24  diagnosed between the years 1960 and 1973?

25       A.  Right.                                       14:10:16:16
```

```
 1         Q.   Haven't the criteria for diagnosis changed      14:10:17:15
 2    since that time?
 3         A.   Absolutely.
 4         Q.   And this article was written in 1986.
 5    Would you agree that it's somewhat dated?                 14:10:26:27
 6         A.   Oh, it definitely is dated.
 7         Q.   When it says that 50 percent of the
 8    long-term subjects studied require
 9    institutionalization or institutional care --
10         A.   Right.                                          14:10:44:18
11         Q.   -- does that mean they have no functional
12    capacity?
13         A.   No, it doesn't mean that, but I mean
14    obviously what -- what was institutional care in '86
15    is different from now.  There is fewer institutions,      14:10:55:04
16    first of all.
17              The other thing to notice is that this was
18    in the Canadian Journal of Psychiatry.  And so these
19    folks are in Ontario province, if I recall
20    correctly, and so they are talking about systems of       14:11:11:22
21    care also in the Canadian health system, which is
22    different from ours.
23         Q.   Turning to the next article.  This one is
24    "Individual behavioral profiles and predictors of
25    treatment effectiveness for children with autism."        14:11:31:24
```