Case 1:04-cv-00442-ACK-BMK   Document 381-5   Filed 01/14/2008   Page 1 of 1
Case 1:04-cv-00442-HG-BMK   Document 244-4   Filed 07/  /2007   Page 19 of 24
Autistic children grow up: an eight to twenty-four...[Can J Psychiatry. 1986] - PubMed R...   Page 1 of 1

**1:** Can J Psychiatry. 1986 Aug;31(6):550-6.

**Autistic children grow up: an eight to twenty-four year follow-up study.**

**Wolf L, Goldberg B.**

Eighty questionnaires were sent to parents and/or caregivers of autistic persons diagnosed between 1960-73 at CPRI, a regional assessment and treatment centre. The objective was to determine their present place of residence, functioning ability, language development, program involvement, and seizure activity. The results of this study support evidence that more than 50 percent require long-term institutional care; almost one-third suffer epileptic seizures; there is a persistence of symptoms and difficulty in gaining useful speech; few live independently or are capable of employment.

PMID: 3756758 [PubMed - Indexed for MEDLINE]

**Related Links**

- Factors related to outcome in autistic children.   [J Autism Child Schizophr. 1974]
- [Old and new long stay patients in French psychiatric institutions: results from a national random survey with two-year follow-up].   [Encephale. 2005]
- The incidence of seizures among children with autistic [Am J Psychiatry. 1979]
- A follow-up study of 201 children with autism in Kyushu and Yamaguchi areas, Japan.   [J Autism Dev Disord. 1992]
- Autism and developmental receptive language disorder--a follow-up comparison in early adult life. II: Social, behavioural, [J Child Psychol Psychiatry. 2000]

See all Related Articles...

Write to the Help Desk
NCBI | NLM | NIH
Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

**EXHIBIT C**