IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>   Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>   Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF LEIGHTON M. HARA** |

**DECLARATION OF LEIGHTON M. HARA**

I, LEIGHTON M. HARA, do hereby declare:

1. I am one of the attorneys representing Defendant DEPARTMENT OF EDUCATION("DOE") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawaii.

3. I attended the October 16, 2007 hearing on the DOE's Motion to Compel Department of Human Services to Produce Child Welfare Services Records For Bryan Wiles-Bond. The Court denied the motion without prejudice on the grounds that the information believed to be contained in the Department of Human Services ("DHS") records were already available to the parties through other sources and means, and because Defendants' expert

could not at the time provide an opinion as to the DHS records. The Court did not make any determination as to the relevance of any of the DHS records.

   4. Attached as Exhibit "A" are true and accurate copies of pages 88, 89, and 90 of the transcript of the deposition of Linda Price taken on August 10, 2007.

   5. Attached as Exhibit "B" is a true and accurate copy of the declaration of Richi Stallard dated March 23, 2006.

   6. Attached hereto as Exhibit "C" is a true and accurate copy of the Declaration of Barbara Coffman dated March 23, 2006.

   7. Attached hereto as Exhibit "D" are true and accurate copies of pages 37, 38, 39, 40, and 41 of the transcript of the deposition of William Beljean taken on July 19, 2007.

   8. Attached hereto as Exhibit "E" is a true and accurate copy of page 23 of the Deposition Transcript of Barbara Coffman taken on July 17, 2007.

   I, LEIGHTON M. HARA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

   DATED: Honolulu, Hawaii, January 14, 2008.

            /s/ Leighton M. Hara
            LEIGHTON M. HARA