IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,

    Plaintiffs,

vs.

DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,

    Defendants.

ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,

    Plaintiffs,

vs.

DEPARTMENT OF EDUCATION, State of Hawaii,

    Defendant.

CIVIL NO. CV04-00442 HB/BMK

(CONSOLIDATED) (Other Civil Action)

DECLARATION OF RICHI STALLARD

CIVIL NO. CV05-00247 JMS/BMK

file://C:\Documents and Settings\RAC\My Documents\declaration.html      3/23/2006


EXHIBIT B

(CONSOLIDATED) (Other Civil Action)

## DECLARATION OF RICHI STALLARD

I, RICHI STALLARD, hereby declare and state that:

1. I was one of the skills trainers retained by the State of Hawaii, Department of Education to work with Bryan Wiles-Bond.

2. I have personal knowledge and if called upon, can testify as to the matters contained herein.

3. I provided skills trainer services to Bryan Wiles-Bond during the 2003 - 2004 school year.

4. I provided skills trainer services to Bryan in the family home.

5. Working in the family home was extremely difficult because of the smell of urine and fecal matter that permeated Bryan's living area.

6. Ann Wiles was difficult to work with and placed unreasonable demands on those servicing Bryan.

7. Ms. Wiles and Mr. Bond continuously left me alone in the house with Bryan in the early evenings so that they could go to the beach to view the sunset with their older child.

8. Ms. Wiles expected me to do the family laundry when working with Bryan on life skills.

9. Ms. Wiles was supposed to leave food for Bryan that he was able to prepare. Frequently, Ms. Wiles left things that required the use of the stove or high levels of preparation, clearly things that Bryan was unable to use or prepare.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury

that the foregoing is true and correct to the best of my knowledge.

DATED: Kure Beach, North Carolina, March 23, 2006.

*Richi Stallard*

RICHI STALLARD