```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3     ------------------------------------------
 4     ANN KIMBALL WILES and STANLEY BOND,
 5     individually and as next friend of their
 6     son, BRYAN WILES-BOND, a minor,
 7              Plaintiffs,
 8          vs.           Civil No. CV 04-00442 HG/BMK
 9                                   05-00247 JMS/BMK
10     DEPARTMENT OF EDUCATION, State of Hawaii,
11     and ALVIN RHO, in his official capacity
12     as West Hawaii District Superintendent,
13              Defendants.
14     ------------------------------------------
15
16
17         VIDEOTAPED DEPOSITION OF WILLIAM BELJEAN
18
19     Taken on behalf of the Plaintiffs at Ralph Rosenberg
20     Court Reporters, 75-170 Hualalai  Rd., Suite D-212,
21     Kailua-Kona, Hawaii 96740, commencing at 1:00 p.m.,
22     Thursday, July 19, 2007, pursuant to Notice.
23
24     BEFORE:   BARBARA ACOBA, CSR No. 412, RPR
25               Notary Public, State of Hawaii
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii   (808) 524-2090

EXHIBIT D

```
 1    APPEARANCES:
 2    For Plaintiff:        STAN LEVIN, Esq.
 3                          BRUCE ELLIS
 4                          DAVIS LEVIN LIVINGSTON GRANDE
 5                          851 Fort St., Suite 400
 6                          Honolulu, Hawaii 96813
 7
 8    For Defendant DEPT. OF EDUCATION:
 9                          GREGG USHIRODA, Esq.
10                          WATANABE ING & KOMEIJI
11                          First Hawaiian Center
12                          999 Bishop St., 23rd Floor
13                          Honolulu, Hawaii 96813
14
15
16    Also Present:         DEREK BRYANT, Videographer
17
18
19
20
21
22
23
24
25
```

```
 1   should be with him at the house instead, and when I went
 2   to the house, I found Bryan to -- to appear very ill.
 3   He -- he appeared hot to the touch.  Seemed very subdued
 4   for Bryan and, yeah, I basically took care of him that
 5   day rather than being able to teach him, and I was sick
 6   two days later.
 7        Q.   (Mr. Ellis) A cold?
 8        A.   Extensive cold, yeah.  It was a cold.
 9        Q.   (Mr. Ellis) Cold symptoms, cough, runny nose.
10             Is that one of the two occasions you said you
11   went to Bryan's house?
12        A.   Yes.
13        Q.   (Mr. Ellis) Okay.  Now, you worked, you said,
14   twice.  On number seven you said, the home is unsanitary
15   and unclean, in what way?
16        A.   Not the home.  It was Bryan's apartment in the
17   home which was unclean.  The floors would have stains on
18   them.  There was, the second time I was there, a
19   mattress propped up in the kitchen with stains on it.
20   It was dirty.
21        Q.   (Mr. Ellis) Okay.  Do you know why the floor
22   was dirty?
23        A.   No, I do not.
24        Q.   (Mr. Ellis) Okay.  Was the -- was it stained,
25   was that the extent of the dirtiness?
```

1    A.   It was a tile floor.  So there was dirt on the
2　floor.
3    Q.   (Mr. Ellis) Was there dirt or was it a stain?
4    A.   I'm sorry, I don't understand exactly what you
5　mean.
6    Q.   (Mr. Ellis) Well, you stated that the floor was
7　stained.
8         MR. USHIRODA:  The mattress was stained.
9         THE WITNESS:  The mattress was stained.  The
10　floor had -- it appeared to have some liquid spilt on it
11　that had dropped there.
12　BY MR. LEVIN:
13    Q.   (Mr. Ellis) Okay.  So that's --
14    A.   That's what --
15    Q.   That's what you meant for being dirty?
16    A.   Yes.
17    Q.   (Mr. Ellis) So that one portion of the floor
18　had this -- looked like a liquid spilled on it that had
19　dried up?
20    A.   It was in many portions of the floor.
21    Q.   (Mr. Ellis) Could that have been from Bryan
22　peeing on the floor?
23    A.   It certainly could've.
24    Q.   (Mr. Ellis) Could the stain on the mattress
25　have been because of Bryan peeing on the floor?

1  A.   On the floor or on the mattress?

2  Q.   (Mr. Ellis) I'm sorry, on the mattress.

3  A.   Yes.

4  Q.   (Mr. Ellis) You're aware that Bryan had a problem with excessive urination -- or did Bryan have a problem with excessive urination during the time that you were providing services to him?

8  A.   Yes, he did.

9  Q.   (Mr. Ellis) Was -- during the time you worked with him, was there a toiletting program developed at the school?

12 A.   Not during that period, no.

13 Q.   (Mr. Ellis) So when you met with Kim Smalley on that occasion, was part of the training dealing with toiletting?

16 A.   Yes.

17 Q.   (Mr. Ellis) Okay. What did she tell you?

18 A.   At that point, it was -- the issue with Bryan was basically frequent urination, and I learned through Kim's suggestion and my own observation to take Bryan to the bathroom frequently, especially at the beginning of the day. And anytime he signaled that he needed to use the toilet, we went.

24 Q.   (Mr. Ellis) So if Bryan didn't go frequently to the bathroom, to the actual, physical bathroom, would he

```
 1  urinate on the floor?
 2      A.   He only did that twice in the classroom, but
 3  yes, he would.
 4      Q.   (Mr. Ellis) So in the classroom at Kealakehe
 5  Intermediate, he did urinate on the classroom floor?
 6      A.   Two times, yes.
 7      Q.   (Mr. Ellis) Two times -- were you working with
 8  him full time during each school day?
 9      A.   No, I was not.  Two times during the period I
10  was with him.
11      Q.   (Mr. Ellis) And that was -- did you -- the time
12  period, did you work from like 7:30 to noon?
13      A.   7:30 to noon, yes.
14      Q.   (Mr. Ellis) And then someone else --
15      A.   Someone else came in in the afternoon.
16      Q.   (Mr. Ellis) So number seven, when you say
17  unsanitary and unclean, you're referencing the stains on
18  the floor and the mattress?
19      A.   Yes.
20      Q.   (Mr. Ellis) Okay.  And that's the extent of it?
21      A.   Yes.
22      Q.   (Mr. Ellis) Did you share this concern with the
23  parents?
24      A.   No, I did not.
25      Q.   (Mr. Ellis) Number seven, these are -- are
```

```
 1  these words provided to you in this declaration or are
 2  these your own words?
 3       A.   Those words were provided to me.
 4       Q.   (Mr. Ellis) So the unsanitary and unclean are
 5  only specific things at the house and not the general
 6  condition?
 7            MR. USHIRODA:  Objection.  Mischaracterizes
 8  testimony.  Asked and answered as well.
 9            THE WITNESS:  I was -- yeah.  What I had said
10  was that the -- that Bryan's apartment was dirty and had
11  given pretty much the same examples I've just given you.
12  BY MR. LEVIN:
13       Q.   (Mr. Ellis) So that's not what this declaration
14  says; is that correct?
15            MR. USHIRODA:  Objection.  Lack of foundation.
16  Document says what it says.
17            THE WITNESS:  I have no problem saying that the
18  house was unclean, and I certainly would've liked to
19  have seen it more sanitary.
20  BY MR. LEVIN:
21       Q.   (Mr. Ellis) During the time you were a skills
22  trainer for Bryan, did you have an opportunity to speak
23  with the parents on a regular basis?
24       A.   I spoke with Ken for a few moments -- I'm
25  sorry, Stan for a few moments every morning when he
```