```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF HAWAII
 3    -------------------------------------------
 4    ANN KIMBALL WILES and STANLEY BOND,
 5    individually and as next friend of their
 6    son, BRYAN WILES-BOND, a minor,
 7              Plaintiffs,
 8         vs.           Civil No. CV 04-00442 HG/BMK
 9                                 05-00247 JMS/BMK
10    DEPARTMENT OF EDUCATION, State of Hawaii,
11    and ALVIN RHO, in his official capacity
12    as West Hawaii District Superintendent,
13              Defendants.
14    -------------------------------------------
15
16
17         VIDEOTAPED DEPOSITION OF BARBARA COFFMAN
18
19    Taken on behalf of the Plaintiffs at Ralph Rosenberg
20    Court Reporters, 75-170 Hualalai Rd., Suite D-212,
21    Kailua-Kona, Hawaii 96740, commencing at 12:56 p.m.,
22    Tuesday, July 17, 2007, pursuant to Notice.
23
24    BEFORE:   BARBARA ACOBA, CSR No. 412, RPR
25              Notary Public, State of Hawaii
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii  (808) 524-2090

EXHIBIT  D

1   the windows?
2       A.   I was told that it was to prevent Bryan from
3   leaving at night.
4       Q.   (Mr. Ellis) Is that reasonable?
5       A.   Yes.
6       Q.   (Mr. Ellis) Do you know why the family home was
7   unsanitary and unclean?
8       A.   Why it was?
9       Q.   (Mr. Ellis) Yes.  In your mind.
10      A.   Lack of motivation or intent to make it
11  different.  I don't know why someone would do that.
12  That would be guessing someone else's intention.
13          MR. USHIRODA:  And when you say someone else's
14  intention, are you referring to the parents?
15          THE WITNESS:  Yes.
16  BY MR. LEVIN:
17      Q.   (Mr. Ellis) But you don't know why?
18      A.   No, I don't know why.
19      Q.   (Mr. Ellis) Prior to working with Bryan, were
20  you aware of his propensity to urinate as a
21  self-stimulatory practice?
22      A.   Prior to working with him?  No.
23      Q.   (Mr. Ellis) You said that there were roaches in
24  Bryan's living area.  You familiar with the fact that
25  there are a lot of cockroaches in Hawaii?