IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, <br><br> Defendants. | CIVIL NO. CV 04-00442 ACK-BMK <br> CIVIL NO. CV 05-00247 ACK-BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> **DECLARATION OF GREGG M. USHIRODA** |

### DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendant DEPARTMENT OF EDUCATION ("DOE"), in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawai'i.

3. Attached hereto as Exhibit "1" is a true and accurate copy of 29 U.S.C. § 794.

4. Attached hereto as Exhibit "2" is a true and accurate copy of the homepage of the Electronic Code of Federal Regulations website, located at http://ecfr.gpoaccess.gov/cgi/t/text/text-idx?c=ecfr&tpl=%2Findex.tpl, as visited on January 11, 2008.

5. Attached hereto as Exhibit "3" is a true and accurate copy of 28 C.F.R. § 42.503.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, January 14, 2008.

/s/ Gregg M. Ushiroda
GREGG M. USHIRODA