Home Page > Executive Branch > Code of Federal Regulations > Electronic Code of Federal Regulations



## e-CFR Data is current as of January 9, 2008

### USER NOTICE

The Electronic Code of Federal Regulations (e-CFR) is a currently updated version of the Code of Federal Regulations (CFR). It is not an official legal edition of the CFR. The e-CFR is an editorial compilation of CFR material and Federal Register amendments produced by the National Archives and Records Administration's Office of the Federal Register (OFR) and the Government Printing Office. The OFR updates the material in the e-CFR on a daily basis. The current update status appears at the top of all e-CFR web pages More.

**Browse:** Select a title from the list below, then press "Go"

[ Title 1 - General Provisions ]   [Go]

For questions or comments regarding e-CFR editorial content, features, or design, email ecfr@nara.gov.

For questions concerning e-CFR programming and delivery issues, email webteam@gpo.gov.

Section 508 / Accessibility

EXHIBIT "ϒ"