IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>      Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MEMORANDUM IN OPPOSITION TO "PLAINTIFFS' MOTION IN LIMINE #6 TO TAKE JUDICIAL NOTICE OF THE HAWAII DEPARTMENT OF EDUCATION'S IMPLEMENTING REGULATIONS H.A.R. CHAPTER 8-56 SECTION 504 OF THE REHABILITATION ACT, 29 U.S.C. § 729 and 28 C.F.R. § 42.503 OF ITS IMPLEMENTING REGULATIONS"* was duly served electronically through CM/ECF on the following parties to their last known address on January 14, 2008:

    **STANLEY E. LEVIN, ESQ.**
    **MICHAEL K. LIVINGSTON, ESQ.**
    851 Fort Street, Suite 400
    Honolulu, Hawaii 96813

        and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, January 14, 2008.


             /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 ACK-BMK; Certificate of Service