IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>      Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 7 FOR AN IN LIMINE ORDER TO PROHIBIT THE DEFENDANT FROM INTRODUCING EVIDENCE OR ARGUMENT CONTRARY TO THE FINDING IN ADMINISTRATIVE DECISION OF MAY 11, 2004 THAT BRYAN'S REGRESSION WAS CAUSED BY DOE'S FAILURE TO PROVIDE APPROPRIATE SERVICES FILED JANUARY 7, 2008*, was duly served electronically through CM/ECF on the following attorneys to their last known address on January 14, 2008:

        **STANLEY E. LEVIN, ESQ.**
        **MICHAEL K. LIVINGSTON, ESQ.**
        851 Fort Street; Suite 400
        Honolulu, HI  96813

            and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, January 14, 2008


　　　　　　　　　　　　　　　　／s／ Gregg M. Ushiroda
　　　　　　　　　　　　　　　JOHN T. KOMEIJI
　　　　　　　　　　　　　　　GREGG M. USHIRODA
　　　　　　　　　　　　　　　LEIGHTON M. HARA
　　　　　　　　　　　　　　　ROSS T. SHINYAMA

　　　　　　　　　　　　　　　GARY K.H. KAM
　　　　　　　　　　　　　　　GEORGE S.S. HOM
　　　　　　　　　　　　　　　HOLLY T. SHIKADA

　　　　　　　　　　　　　　　Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Certificate of Service