IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | ) CIVIL NO. CV 04-00442 HG/BMK<br>) CIVIL NO. CV 05-00247 HG/BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of **DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE #8 TO EXCLUDE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING PRIOR FLORIDA LITIGATION**, was duly served electronically through CM/ECF on the following attorneys to their last known address on January 14, 2008:

　　　　STANLEY E. LEVIN, ESQ.
　　　　MICHAEL K. LIVINGSTON, ESQ.
　　　　851 Fort Street; Suite 400
　　　　Honolulu, HI  96813

    and

    **CARL M. VARADY, ESQ.**
    American Savings Bank Tower
    1001 Bishop Street, Suite 2870
    Honolulu, Hawaii  96813

    Attorneys for Plaintiffs


    DATED:  Honolulu, Hawaii, January 14, 2008.


             /s/ Gregg M. Ushiroda
             JOHN T. KOMEIJI
             GREGG M. USHIRODA
             LEIGHTON M. HARA
             ROSS T. SHINYAMA

             GARY K.H. KAM
             GEORGE S.S. HOM
             HOLLY T. SHIKADA

             Attorneys for Defendant

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Certificate of Service

- 2 -