IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br> Plaintiffs, <br><br>     vs. <br><br> DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, <br><br> Defendants. | CIVIL NO. CV 04-00442 ACK-BMK <br><br> **DECLARATION OF GREGG M. USHIRODA** |

### DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1.    I am one of the attorneys representing Defendant Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"),(collectively the "DEFENDANTS") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2.    I am licensed to practice law before all state and federal courts in the State of Hawai'i.

3.    Attached hereto as Exhibit "A" is a true and accurate copy of the Declaration of Kate Tolentino dated March 10, 2006.

4.    Attached hereto as Exhibit "B" is a true and accurate copy of selected pages from the transcript of the Deposition of Kate Tolentino, taken on September 21, 2007.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, January 14, 2008.


 /s/ Gregg M. Ushiroda
GREGG M. USHIRODA