1          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF HAWAII

2

3   ANN KIMBALL WILES and     )
   STANLEY BOND, individually  )
   and as next friend of their )

4   son, BRYAN WILES-BOND, a    )
   minor,              )  Civil No. CV 04-00442

5                      )  Civil No. 05-00247
       Plaintiffs,    )  Consolidated

6                      )
    v.               )

7                      )
   DEPARTMENT OF EDUCATION,   )

8   State of Hawai'i, and KATE  )
   TOLENTINO, in his official  )

9   capacity as West Hawai'i    )
   District Supervisor,     )

10                     )
       Defendants.    )

11                     )
  _____)

12

13

14

15

16          DEPOSITION OF KATE TOLENTINO

17     Taken on behalf of the Plaintiff at the offices of

18  Davis Levin Livingston Grande, 851 Fort Street Mall,

19  Honolulu, Hawaii, commencing at 9:12 a.m. on September

20  21, 2007, pursuant to Notice.

21

22             **EXHIBIT** "B"

23

24  BEFORE:    JESSICA R. PERRY, CSR NO. 404

25            Certified Shorthand Reporter

1                              **APPEARANCES**

2       For the Plaintiff:

3              STANLEY E. LEVIN, ESQ.

4              Davis Levin Livingston Grande

5              851 Fort Street

6              400 Davis Levin Livingston Grande Place

7              Honolulu, Hawaii  96813

8

9       For the Defendant:

10             LEIGHTON HARA, ESQ.

11             Watanabe Ing & Komeiji

12             999 Bishop Street, 23rd Floor

13             First Hawaiian Center

14             Honolulu, Hawaii  96813

15

16      ALSO PRESENT:

17             Bruce Ellis, paralegal for Mr. Levin

18             Ray Hollowell, Certified Legal Video Services

19

20

21

22

23

24

25

1                              <u>**I N D E X**</u>

2      EXAMINATION BY:                              PAGE

3      Mr. Ellis for Mr. Levin                         4

4      Mr. Hara                                      164

5

6

7                    <u>**EXHIBITS FOR IDENTIFICATION**</u>

8      1.   Deposition notice                        15

9      2.   Decision and order                       49

10     3.   Complaint dated 9/15/02                  50

11     4.   Release & settlement agreement - 7/1/02  53

12     5.   Finding of fact, Bates DOE 2004-026      66

13     6.   Kim Smalley deposition                   75

14     7.   Email dated 9/25/04                      98

15     8.   Emails                                  102

16     9.   Letter dated 7/28/04                    107

17     10.  Email dated 11/15/04                    135

18     11.  Letter dated 10/8/04                    147

19     12.  Supplementary declaration               151

20

21

22

23

24

25

1    Q.   Did you contact Ms. Entz regarding your

2    thoughts on the proposal?

3    A.   We were prepared to go ahead with the

4    proposal.

5    Q.   Did you speak with her about edits that you

6    felt needed to be made to the proposal?

7    A.   There were some -- I don't recall what the

8    specific email said, but there were some concerns

9    around the roles of adults in the home.  I don't

10   recall specifically what -- what that was about.

11   Q.   Did it have to do they wanted a parent or a

12   surrogate at the home at all times?

13   A.   Yes.

14   Q.   Did you at any time speak or express to Ms.

15   Entz that the department did not wish to provide

16   particular services?

17   A.   My statement to her was something to the

18   effect that the department did not want to provide

19   that additional adult.

20        MR. ELLIS:  10.  10 is an email from --

21   dated November 15th, 2004 from Kate Tolentino to Karen

22   Entz.

23        (Exhibit No. 10 marked.)

24   BY MR. ELLIS:

25   Q.   Do you recall this email?

138

```
1      A.   No, I don't.

2      Q.   Was it after this date, November 11th, 2004?

3      A.   I don't know.

4      Q.   Okay --

5      A.   I would assume, but I don't know.

6      Q.   Well, it's at this point you're still getting

7  clarification on her proposal?

8      A.   Correct.

9      Q.   So would that indicate to you that the final

10 proposal had not been submitted?

11     A.   Yes.

12     Q.   Do you know how long it would have taken for

13 Pacific Child and Family to actually have a program up

14 and running once a proposal had been accepted?

15     A.   We never got to that point because the parents

16 left.

17     Q.   I understand that, but were you ever made

18 aware of how long it would have taken?

19     A.   I don't recall any specific discussions about

20 that.

21     Q.   You are, in your capacity as DES, have you

22 been involved in negotiating and then, I guess,

23 signing contracts with outside agencies for services?

24     A.   The DES doesn't sign them.

25     Q.   Okay.  You don't sign it, but are you involved
```

1    estimate how long it would take to sign anything.

2        Q.    So you have no idea how long this contract

3    would have taken?

4        A.    To execute?

5        Q.    Yes, and get it in place.

6        A.    I would have hoped within -- within a month of

7    signing it.

8        Q.    So as of the 15th of November, there was no

9    finalized proposal?

10        A.    Correct.

11        Q.    And you're unsure about when the final

12    proposal was forwarded to the Department of Education?

13        A.    We never got to a final proposal because the

14    parents notified us that they were leaving.

15        Q.    Okay.  So did you notify Pacific Child and

16    Family that there would be no contract?

17        A.    Yes, I informed -- I don't know if it was Ira

18    or Cara that -- and I don't recall if it was via phone

19    or email, that he was moving to California.

20        Q.    Have you had an opportunity to review the

21    deposition transcript of Cara Entz?

22        A.    No.

23        Q.    If Ms. Entz -- would Ms. Entz be the person

24    who would be most knowledgeable about how long it

25    would take Pacific Child and Family to have the

1    STATE OF HAWAII                    )

2                                       )   ss:

3    CITY & COUNTY OF HONOLULU          )

4

5         I, JESSICA R. PERRY, do herby certify:

6         That on September 21, 2007, at 9:12 a.m. appeared

7    before me KATE TOLENTINO, the witness whose deposition

8    is contained herein; that prior to being examined she

9    was by me duly sworn;

10        That the deposition was taken down by me in machine

11   shorthand and was thereafter reduced to typewritten

12   form by computer-aided transcription; that the

13   foregoing represents, to the best of my ability, a

14   full, true and correct transcript of said deposition.

15        I further certify that I am not attorney for any of

16   the parties hereto, nor in any way concerned with the

17   cause.

18        DATED this 4th day of October, 2007, in

19   Honolulu, Hawaii.

20

21

22   _____

23   Jessica R. Perry, RPR, CSR No. 404
     Notary Public, State of Hawaii

24   My commission expires:  5/11/09

25