IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

### DECLARATION OF GREGG M. USHIRODA

　　I, GREGG M. USHIRODA, do hereby declare:

　　1.　I am one of the attorneys representing Defendant Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"),(collectively the "DEFENDANTS") in the above-entitled matter and have personal knowledge of the matters set forth herein.

　　2.　I am licensed to practice law before all state and federal courts in the State of Hawaii.

　　3.　Attached hereto as Exhibit "A" is a true and accurate copy of the Order Denying Plaintiffs' Motion to Compel the Oral Deposition of Lono Beamer filed October 3, 2007.

4.   Attached hereto as Exhibit "B" is a true and accurate copy of a letter from Lono Beamer to Gregg M. Ushiroda dated September 28, 2007.

5.   Attached hereto as Exhibit "C" are true and accurate copies of e-mails to and from JoAn Hill and Michael Biehn.

6.   Attached hereto as Exhibit "D" is a true and accurate copy of Plaintiffs' Motion for Temporary Restraining Order filed herein on July 29, 2004, without exhibits.

7.   Attached hereto as Exhibit "E" are true and accurate copies of pages 112:17-25; 113:1-6; 119:23-25; 120:1-10; 122:13-17; 131:16-25; and 132:1-21 of the transcript of the deposition of Josephine A. Hill taken on August 9, 2007.

8.   Attached hereto as Exhibit "F" is a true and accurate copy of Defendants' Response to Plaintiffs' Motion for Temporary Restraining order filed July 29, 2004, without exhibits.

9.   Attached hereto as Exhibit "G" is a true and accurate copy of the Notice of Withdrawal of Motion for Temporary Restraining Order and Preliminary Injunction Against Defendants filed July 30, 2004, filed February 9, 2005.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, January 14, 2008.

                                       /s/ Gregg M. Ushiroda
                                       GREGG M. USHIRODA

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Declaration of Gregg M. Ushiroda

- 3 -