**ORIGINAL**

```
MARK J. BENNETT          #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM            #4391-0
GEORGE S.S. HOM          #2487-0
HOLLY T.M. SHIKADA       #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii  96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI         #2498-0
GREGG M. USHIRODA       #5868-0
LEIGHTON M. HARA        #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808)544-8300
Facsimile No. (808)544-8399
E-Mail: gushiroda@wik.com
```

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT - 3 2007

at 3 o'clock and 50 min P M
SUE BEITIA, CLERK

LODGED

OCT 02 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE ORAL DEPOSITION OF LONO BEAMER<br><br>HEARING:<br>DATE:  September 28, 2007<br>TIME:  1:30 p.m.<br>JUDGE: Hon. Magistrate<br>       Barry M. Kurren<br>TRIAL: December 4, 2007 |

**EXHIBIT A**

ORDER DENYING PLAINTIFFS' MOTION TO
COMPEL THE ORAL DEPOSITION OF LONO BEAMER

Plaintiffs' Motion to Compel the Oral Deposition of Lono Beamer, filed on September 24, 2007, came on for hearing before the Honorable Barry M. Kurren, Magistrate Judge, on September 28, 2007. Carl M. Varady, Esq. and Stanley E. Levin, Esq., appeared on behalf of Plaintiffs and Gregg M. Ushiroda, Esq. and Holly T. Shikada, Deputy Attorney General, appeared on behalf of Defendants.

The Court having reviewed the written submissions of the parties, having heard oral argument, being fully advised in the premises and good cause appearing therefor, now therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel the Oral Deposition of Lono Beamer, filed on September 24, 2007, be and hereby is DENIED.

IT IS HEREBY FURTHER ORDERED that by October 2, 2007, Lono Beamer shall submit a letter, through Defendants' counsel, responding to the following inquiries relating to emails received by Josephine JoAn Hill: 1) Where the emails came

from; 2) How the emails got to Ms. Hill; and 3) Corroborate that Ms. Hill gave the emails to Mr. Beamer.

DATED: Honolulu, Hawaii, 10-3-2007.

BARRY M. KURREN
United States Magistrate Judge

APPROVED AS TO FORM:

CARL M. VARADY, Esq.
STANLEY E. LEVIN, Esq.

Attorneys for Plaintiffs

ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor vs. DEPARTMENT OF EDUCATION, State of Hawaii and ALVIN RHO, in his official capacity as West Hawaii District Superintendent; CIVIL NO. CV04-00442 HG/BMK, CIVIL NO. CV05-00247 HG/BMK (Consolidated); ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE ORAL DEPOSITION OF LONO BEAMER