September 28, 2007

**VIA U.S. MAIL & EMAIL:** lhara@wik.com

Gregg M. Ushiroda, Esq.
Leighton M. Hara, Esq.
Watanabe Ing & Komeiji, LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Re: **Wiles v. Department of Education**
**Civil No.: 04-00442 HG/BMK**

Dear Messrs. Ushiroda and Hara:

With respect to the questions you asked me concerning the 2004 e-mails between an individual identified as Michael Biehn and JoAn Hill, I am providing the following responses:

Question 1: Where did the e-mails come from?

Response: I do not know who Michael Biehn is and I do not know where the e-mails originated from.

Question 2: How did the e-mails get to JoAn Hill?

Response: I do not know how the e-mails got to JoAn Hill. According to JoAn, the e-mails were sent to her from a person who identified himself as Michael Biehn.

Question 3: Corroborate JoAn's testimony that she gave the e-mails to [me].

Response: I first learned of the e-mails between JoAn and the person who identified himself as Michael Biehn when JoAn provided me with the e-mails. JoAn printed them out and provided me with hard copies.

I hope my responses suffice. Please contact me if you have any further questions.



EXHIBIT B

Gregg M. Ushiroda, Esq.
September 28, 2007
Page 2

Best Regards,

*[signature]*

Lono Beamer