

**From:** "Michael Biehn" <mbiehn@hotmail.com> on 08/05/2004 02:00 AM
Sent by: "Michael Biehn" <mbiehn@hotmail.com>
To: JoAn_Hill/SPED/HIDOE@notes.k12.hi.us
cc:
Subject: Re: Kim / C E

Well, she lacks a resume that would be commensurate with that pay level. The last time she held this same position she quit the job after only a few months and left the state, only returning now as a result of this "bribe." Also, her last employer (the federal government at Kwajalein Marshall Islands) I believe opened an investigation into her use of prescription medication while on the job. This use included (and I believe continues to include) painkillers and anti-depressants ordered over the internet. She has also been in and out of therapy for emotional problems the last two years. Please, I would just ask that you follow your own leads on these matters and not quote me or use my name, in print or orally.

---

Don't just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/

EXHIBIT C    552

DOE 3012



From: "Michael Biehn" <mbiehn@hotmail.com> on 08/10/2004 12:17 PM
Sent by: "Michael Biehn" <mbiehn@hotmail.com>
To: joan_hill@notes.k12.hi.us
cc:
Subject: K/CE

PayPal username: wakenowdiscover@hotmail.com
pass: moki1milo2

Search all account activity, backdating as necessary.

---

On the road to retirement? Check out MSN Life Events for advice on how to get there! http://lifeevents.msn.com/category.aspx?cid=Retirement

DOE 3013

http://165.248.13.190/mail/jhill.nsf/38d46bf5e8f08834852564b500129b2c/04a973

553



**From:** "Mike Biehn" <mbeihn@hotmail.com> on 08/11/2004 06:01 PM GMT
Sent by: "Mike Biehn" <mbeihn@hotmail.com>
To: joan_hill@notes.k12.hi.us
cc:
Subject: K/CE

This is a slightly different address. Don't write or respond to the other anymore. Suffice it to say nothing is as it seems. Providing my name or e-mail addresses to the judge would be moot, since they are not me. I would strongly urge that you delete ALL correspondence between us and find an alibi for how you came across the information provided. You now have as much info as I can offer re your case. Let's avoid a backlash investigation. Drop the case if they are seeking to play hardball. And please note that they are now aware of the paypal hack as well.

---

Express yourself instantly with MSN Messenger! Download today - it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/



**Memo**

From: "Mike Biehn" <mbeihn@hotmail.com> on 08/11/2004 07:13 PM
Sent by: "Mike Biehn" <mbeihn@hotmail.com>
To: joan_hill@notes.k12.hi.us
cc:
Subject: K/C

If you were to reveal the other address I'd been writing from, then the innocent party who owns that address would be wrongfully implicated, and no one wishes to see that happen. Likewise if any of our personal correspondence leaks out then someone might recognize my true identity based on close examination of its style. I have attempted to help your cause because I feel it is right, but it has now crossed a line that I am uncomfortable with. Hopefully you will win, but please not at the expense of myself or any innocent party.

Feel free to keep me updated at this address only.

---

Check out Election 2004 for up-to-date election news, plus voter tools and more! http://special.msn.com/msn/election2004.armx

DOE 3015

http://165.248.13.190/mail/jhill.nsf/38d46bf5e8f08834852564b500129b2c/d165fe6e48e84...    8/22/2004



From: "Mike Biehn" <mbeihn@hotmail.com> on 08/11/2004 07:56 PM GMT
Sent by: "Mike Biehn" <mbeihn@hotmail.com>
To: joan_hill@notes.k12.hi.us
cc:
Subject: K/C

Again, the owner of the account "mbiehn@hotmail.com" (note the ie vs. ei in the name) is now aware that their account was hacked. DO NOT respond to any e-mails from that address or ANY address that requests information about our correspondence. Thank you. This is a dummy account that I am now writing from.

---

Check out Election 2004 for up-to-date election news, plus voter tools and more! http://special.msn.com/msn/election2004.armx



"Mike Biehn" <mbeihn@hotmail.com> on 08/11/2004 08:01:32 AM

To: joan_hill@notes.k12.hi.us
cc:

Subject: K/CE

This is a slightly different address. Don't write or respond to the other anymore. Suffice it to say nothing is as it seems. Providing my name or e-mail addresses to the judge would be moot, since they are not me. I would strongly urge that you delete ALL correspondence between us and find an alibi for how you came across the information provided. You now have as much info as I can offer re your case. Let's avoid a backlash investigation. Drop the case if they are seeking to play hardball. And please note that they are now aware of the paypal hack as well.

---

Express yourself instantly with MSN Messenger! Download today - it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/

DOE 3017