```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3   ANN KIMBALL WILES and         )
 4   STANLEY BOND, individually    )
 5   and as next friend of their   )
 6   son, BRYAN WILES-BOND, a      )
 7   minor,                        )
 8              Plaintiffs,        )
 9         vs.                     ) Civil No. CV 04-00442
10   DEPARTMENT OF EDUCATION,      ) HG/BMK
11   State of Hawai'i, and ALVIN   ) CONSOLIDATED (Other
12   RHO, in his official          ) Civil Action)
13   capacity as West Hawai'i      )
14   District Superintendent,      )
15              Defendants.        ) VIDEOTAPED DEPOSITION
16   _____) OF
17   ANN KIMBALL WILES and         ) JOSEPHINE A. HILL
18   STANLEY BOND, individually    ) August 9, 2007
19   and as next friend of their   )
20   son, BRYAN WILES-BOND,        )
21   a minor,                      )
22              Plaintiffs,        )
23         vs.                     ) Civil No. 05-00247
24   DEPARTMENT OF EDUCATION,      ) JMS/BMK
25   State of Hawai'i,             ) CONSOLIDATED (Other
```

RALPH ROSENBERG COURT REPORTERS, INC.
HONOLULU, HAWAII 96813 (808) 524-2090

EXHIBIT E

```
 1                    Defendant.   ) Civil Action)
 2    _____)
 3    VIDEOTAPED DEPOSITION OF JOSEPHINE ANTONIA HILL,
 4    Taken on behalf of Plaintiffs at 851 Fort Street,
 5    Suite 400, Honolulu, Hawaii  96813, commencing at
 6    9:16 a.m., on August 9, 2007, pursuant to Notice.
 7
 8    BEFORE:   SUE M. FLINT, RPR, CSR 274
 9              Notary Public, State of Hawaii
10
11    APPEARANCES:
12
13    For Plaintiffs:      STANLEY E. LEVIN, ESQ.
14                         Davis Levin Livingston Grande
15                         851 Fort Street
16                         Suite 400
17                         Honolulu, Hawaii  96813
18
19    For Defendants:      GREGG M. USHIRODA, ESQ.
20                         Watanabe Ing & Komeiji LLP
21                         999 Bishop Street
22                         23rd Floor
23                         Honolulu, Hawaii  96813
24
25
```

1     A.    14 --

2     Q.    Strike that question.

3     A.    Okay.

4     Q.    Bates-stamped 18 -- it's hard to read at
5  the bottom. At the top it's dated August 3rd, 2004,
6  and there appears to be a redaction. Did you redact
7  -- were you the person who redacted the e-mail
8  address at the top?

9     A.    No. It was Lono Beamer that did that.

10    Q.    When did Mr. Beamer do this?

11         MR. USHIRODA:  Objection to the extent it
12  calls for speculation.

13    A.    The morning that -- the day that I gave
14  these to him, which was the day that we went to
15  court.

16  BY MR. ELLIS:

17    Q.    So Mr. Beamer had the documents -- this
18  particular e-mail with the e-mail address listed at
19  the top and then he redacted it prior to going to
20  court?

21    A.    I believe so.

22    Q.    And was the redacted portion -- did it --
23  do you recall how the address appeared at the top?

24    A.    Do I recall how it appeared?

25    Q.    Yes.

```
 1      A.   I can't really tell you right now how it
 2 was.  It was Michael, M-i-c-h-a-e-l, and then at one
 3 point it was B-i-e-h-n, I believe, and then it
 4 changed to B-e-i-h-n or something, something similar
 5 to that, to my best recollection.
 6      Q.   Could you go back to page three?
 7      A.   Okay.
 8      Q.   See in the From section?
 9      A.   Yes.
10      Q.   Did it appear that way, Michael Biehn, and
11 then the e-mail address?
12      A.   Yes.
13      Q.   So prior to the hearing before Judge --
14 was it before Judge Kurren?
15      A.   I believe that was the judge.
16      Q.   So prior to the hearing, Mr. Beamer knew
17 the name of where this e-mail came from?
18           MR. USHIRODA:  Objection to the extent it
19 calls for speculation.
20      A.   I believe so.
21 BY MR. ELLIS:
22      Q.   Thank you.  Do you know why Mr. Biehn
23 contacted you?
24      A.   I have no knowledge whatsoever.  It just
25 appeared in my e-mail one day when I opened it up.
```

1    (Exhibit G marked for
2    identification.)
3    MR. USHIRODA: Counsel, we will be
4 providing you with Bates-stamped copies of this, as
5 well. It's just that due to this morning, I
6 couldn't get it Bates-stamped.
7    MR. ELLIS: Thank you.
8 BY MR. ELLIS:
9    Q.    Ms. Hill, you've reviewed these prior to
10 coming here?
11    A.    Yes, I have.
12    Q.    And you reviewed the document we just
13 provided you, pages one through 25?
14    A.    Yes.
15    Q.    Do you recall if there are any other
16 e-mails from Mr. Biehn to yourself or from yourself
17 to Mr. Biehn?
18    A.    Not to my knowledge, there are no more
19 e-mails.
20    Q.    When you received these e-mails, did you
21 -- did you respond to each one of them?
22    A.    Not every one, no.
23    Q.    When you received or -- the first page --
24 it's dated 8/5/04, two a.m.
25    A.    Correct.

```
 1       Q.      -- what did you do with this information?
 2       A.      I don't think I did anything with this.  I
 3  -- I do not recall doing anything with this
 4  particular letter.
 5       Q.      Did you ever tell Mr. Biehn to stop
 6  e-mailing you?
 7       A.      No, I did not.
 8       Q.      Why not?
 9       A.      I was hoping to find out who his identity
10  was.
11       Q.      Even after -- you told him in one of your
12  e-mails on the 4th of August -- I'm sorry -- the
13  10th of August that you needed to disclose his name.
14  Did he continue to write to you?
15       A.      Yes.  That was the last time I wrote to
16  him, but he did -- I had two or three more e-mails
17  after that.  But I was still hoping to get
18  information from him, as far as his identity.
19       Q.      And you reported this to, you said, Lono
20  Beamer, these e-mails?
21       A.      Yes.
22       Q.      Do you know if Mr. -- if Mr. Beamer or
23  anybody from the Department of Education
24  investigated the -- these e-mails?
25              MR. USHIRODA:  Objection.  Calls for
```

1    A.    No, she was not fully -- wait. Yes, she
2 was employed by, I believe -- was employed by the
3 Department of Education after I went off the case.
4    Q.    So that would have been after October 1st,
5 2004?
6    A.    No. It would have been after Kate
7 Tolentino came aboard.
8    Q.    After the first week of September 2004?
9    A.    (Witness nods.)
10       MR. USHIRODA:  Yes?
11    A.    Yes.
12 BY MR. ELLIS:
13    Q.    What was the terms you had offered her?
14    A.    Offered her $20 an hour, and then
15 counter-offered with a $25 an hour, and she was not
16 willing, I guess, to accept that. She never did
17 reply back to us.
18    Q.    To us or to you during your time?
19    A.    To --
20       MR. USHIRODA:  When you say us --
21       MR. ELLIS:  She used the term us.
22    A.    The DOE. To us, I'm talking about to
23 Desiree or myself, because I was out of the office
24 the day that Stan and Christy came in, so they spoke
25 with Desiree.

1  Bryan.

2  Q.   So would winning be that you wouldn't have
3  to hire her?

4  A.   That, I would assume -- I would speculate
5  he meant, but I'm not sure.

6  Q.   Okay.  So not hiring Christy was the win
7  you believe he was talking about?

8       MR. ELLIS:  Objection.  Calls for
9  speculation.  Also, misstates the testimony.

10 A.   It's what I speculate he was referring to.

11      THE WITNESS:  Is it warm in here or is it
12 just me?

13      MR. ELLIS:  It gets a little warmer in the
14 afternoon.

15 BY MR. ELLIS:

16 Q.   Do you believe that the Department of
17 Education should have hired Christy Edwards at the
18 rate that the parents were requesting?

19 A.   No, I do not.

20 Q.   Could you explain why?

21 A.   When I went through her resume and called
22 her references, I spoke with Ron Gambie in the
23 Marshall Islands, who was her supervisor, and I was
24 told that she was a shift operator for him for one
25 year, telephone operator.  That was not listed in

1  her resume. He referred me to the human resource
2  department, and I spoke with a Karen Campbell, and
3  she also confirmed what Ron Gambie had said.
4      Then I called a Ruby Butterworth, that was
5  another reference on Christy's resume, and Christy
6  had listed that she had taught with the Job Corps
7  for a year or whatever. Ruby Butterworth informed
8  me that she had been a substitute and had only
9  worked for her for six to eight months -- excuse me
10 -- six to eight weeks in the entire year.
11     I never had any proof that she had taken
12 American Sign Language. It was not required of her
13 job on the Marshall Islands.
14     She did not attend all of the training
15 when she previously worked with Bryan through TIFFE.
16 She only completed very little and she said she had
17 had advanced training through TIFFE.
18     All of those were reasons that I did not
19 feel like she could be hired by the DOE at a rate of
20 $40 an hour, which was our highest rate. And I felt
21 she was very untruthful on her resume.
22   Q.   Did you testify in court, at the court
23 hearing?
24   A.   Are you talking about the one that was
25 August 5th?