Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

SHELBY ANNE FLOYD          1724-0
MEI-FEI KUO                7377-0
65-1230 Mamalahoa Hwy., Suite C21
Kamuela, Hawai'i 96743
Telephone: (808) 885-6762

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2005

at __4__ o'clock and __⟋__ min⟋ M.
WALTER A.Y.H. CHINN, CLERK

FILE-STAMPED COPY OF
FIRST PAGE TO
COMPLETE YOUR RECORD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIV. NO. CV04-00442 HG BMK<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS, FILED JULY 30, 2004; CERTIFICATE OF SERVICE.**<br><br>DATE: February 28, 2005<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Helen Gillmor<br><br>No trial date has been set. |

278491-1/6515-1

**EXHIBIT  G**

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANTS, FILED JULY 30, 2004

Plaintiffs Ann Kimball Wiles and Stanley Bond, by and through their attorneys, individually and on behalf of their son, Bryan (referred to collectively as "Plaintiffs"), hereby withdraw, without prejudice, their *Motion for Temporary Restraining Order and Preliminary Injunction Against Defendants*, filed July 30, 2004, and set for hearing on February 28, 2005 at 9:00 o' clock a.m. before the Honorable Judge Helen Gillmor.

DATED: Honolulu, Hawai'i, February 9, 2005.

SHELBY ANNE FLOYD
MEI-FEI KUO
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served upon the following party on this date, by hand delivery or depositing said copy, postage prepaid, first class, in the United States Post Office, at Honolulu, Hawai'i, as indicated and addressed as set forth below:

|  | MAILED | HAND DELIVERED |
|---|---|---|
| MARK BENNETT<br>Attorney General<br>LONO BEAMER<br>Deputy Attorney General<br>Office of the Attorney General<br>State of Hawai'i<br>235 South Beretania Street, Room 304<br>Honolulu, HI 96813 | ( ) | ( X ) |

Attorneys for Defendants

DATED:  Honolulu, Hawai'i, February 9, 2005.

_____
SHELBY ANNE FLOYD
MEI-FEI KUO
Attorneys for Plaintiffs

278491-1/6515-1