393224.1
**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii
**HOLLY T. M. SHIKADA** #4017-0
**GARY K.H. KAM**       #4391-0
**GEORGE S. S. HOM**    #2487-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: holly.t.shikada@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**     #2498-0
**GREGG M. USHIRODA**   #5868-0
**LEIGHTON M. HARA**    #7826-0
**ROSS T. SHINYAMA**    #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br>          Plaintiffs, <br><br>     vs. <br><br> DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, <br><br>          Defendants. | CIVIL NO. CV 04-00442 HG/BMK <br> CIVIL NO. CV 05-00247 HG/BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> **DEFENDANT DEPARTMENT OF EDUCATION'S DESIGNATION OF DEPOSITION TESTIMONY OF REBECCA GAVIN TAKEN ON JULY 20, 2007; CERTIFICATE OF SERVICE** <br><br> **TRIAL: February 26, 2008** |

### DEFENDANT DEPARTMENT OF EDUCATION'S DESIGNATION OF DEPOSITION TESTIMONY OF REBECCA GAVIN TAKEN ON JULY 20, 2007

Defendant DEPARTMENT OF EDUCATION, by and through its attorneys, WATANABE ING & KOMEIJI LLP, hereby submits its designation of those portions of the deposition transcript of Rebecca Gavin taken on July 20, 2007, which are to be considered as evidence in this case.

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 5:12 - 5:15 | | |
| 7:15 - 7:25 | | |
| 8:1 - 8:19 | | |
| 8:23 - 9:7 | | |
| 9:13 - 10:22 | | |
| 11:12 - 11:25 | | |
| 12:5 - 12:14 | | |
| 14:8 - 14:10; 14:18 - 14:19 | | |
| 14:22 - 15:3 | | |
| 15:7 - 15:16 | | |
| 15:25 - 16:14 | | |
| 16:21 - 16:25 | | |
| 17:2 - 17:23 | | |
| 17:24 - 18:11 | | |
| 20:13 - 20:14 | | |

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 20:19 - 21:8 | | |
| 21:13 - 21:23 | | |
| 22:7 - 22:24 | | |
| 23:3 - 23:9 | | |
| 23:21 - 23:24;<br>24:3 - 24:6 | | |
| 25:22 - 27:2 | Exhibit "1" | D-665 |
| 27:3 - 27:22 | (beginning with "During the period when you" on line 27:3) | |
| 27:23 - 28:12 | | |
| 28:13 - 29:6 | (beginning with "[d]o you recall the" on line 28:13) | |
| 29:10 - 29:25 | | |
| 30:10 - 31:3 | Exhibit "2" | D-695 |
| 32:9 - 32:20 | (beginning with "So outside agencies, at" on line 32:9 | |
| 34:24 - 35:2 | (beginning with "[d]id TIFFE provide you with training in American" on line 34:24) | |
| 35:7 - 35:18 | | |
| 35:23 - 36:1 | | |
| 36:17 - 38:12 | | |
| 38:18 - 39:13 | | |
| 39:21 - 40:15;<br>40:22 | | |
| 40:24 - 40:25;<br>41:10 - 41:11 | | |

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 41:21 - 41:24 | | |

DATED:  Honolulu, Hawaii, January 14, 2008.

/s/Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants