393047.5

**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii
**HOLLY T. M. SHIKADA** #4017-0
**GARY K.H. KAM**       #4391-0
**GEORGE S. S. HOM**    #2487-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: holly.t.shikada@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**    #2498-0
**GREGG M. USHIRODA**  #5868-0
**LEIGHTON M. HARA**   #7826-0
**ROSS T. SHINYAMA**   #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>           Plaintiffs,<br>      vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>           Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DEFENDANTS DEPARTMENT OF EDUCATION'S PROPOSED CONCISE STATEMENT OF THE CASE; CERTIFICATE OF SERVICE**<br><br><br>**TRIAL: February 26, 2008** |

**DEFENDANT DEPARTMENT OF EDUCATION'S**
**PROPOSED CONCISE STATEMENT OF THE CASE**

Comes now Defendant DEPARTMENT OF EDUCATION, State of Hawaii, by and through its attorneys, WATANABE, ING & KOMEIJI LLP, and hereby respectfully submits its proposed Concise Statement of the Case:

In this case, the Plaintiffs are Ann Kimball Wiles and Stanley Bond, individually and on behalf of their son Bryan Wiles-Bond, a minor (collectively "Plaintiffs"). The Defendant in this case is the DEPARTMENT OF EDUCATION, State of Hawaii ("DOE").

Bryan Wiles-Bond is an autistic child who was identified with autism spectrum disorder at age two. In 1999, his parents enrolled him in the Hawaii public school system when they moved to the Big Island from Maryland. Bryan Wiles-Bond was enrolled in the Hawaii public school system until he and family moved to California in January 2005.

Plaintiffs claim that the DOE is liable to them for money damages under the Rehabilitation Act. Plaintiffs allege that the DOE violated the Rehabilitation Act by intentionally discriminating against Bryan Wiles-Bond on the basis of his disability when the DOE failed to provide him with educational and related services that he was entitled to as a disabled individual. Plaintiffs also allege that the DOE retaliated against Plaintiffs Ann Kimball Wiles and Stanley Bond for

- 2 -

advocating for Bryan Wiles-Bond's special education needs with the intent of forcing them to leave Hawaii by intentionally denying education services to Bryan Wiles-Bond.

The DOE denies all of Plaintiffs' allegations of wrongdoing. The DOE submits that this is not a case of intentional disability "discrimination" and retaliation, but rather is a case in which the DOE acted in good faith and with great effort to provide Bryan Wiles-Bond with the education and related services to which he was entitled. The DOE further contends that its ability and efforts to provide educational related services to Bryan Wiles-Bond were in part compromised by the actions of Plaintiffs.

DATED: Honolulu, Hawaii, January 14, 2008.

/s/ Gregg M. Ushiroda
JOHN KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T.M. SHIKADA

Attorneys for Defendants