IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>   Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>   Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br>**TRIAL: February 26, 2008** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of **DEFENDANT DEPARTMENT OF EDUCATION'S PROPOSED SPECIAL VOIR DIRE** was duly served electronically through CM/ECF on the following parties to their last known address on January 14, 2007:

>  STANLEY E. LEVIN, ESQ.
>  MICHAEL K. LIVINGSTON, ESQ.
>  400 Davis Levin Livingston Grand Place
>  851 Fort Street
>  Honolulu, HI  96813
>
>      and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, January 14, 2008.

                                                  /s/ Gregg M. Ushiroda
                                                  JOHN T. KOMEIJI
                                                  GREGG M. USHIRODA
                                                  LEIGHTON M. HARA
                                                  ROSS T. SHINYAMA

                                                  GARY K.H. KAM
                                                  GEORGE S.S. HOM
                                                  HOLLY T. SHIKADA

                                                  Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil Nos.: CV04-00442 HG/BMK and CV 05-00247 HG BMK Consolidated; Certificate of Service