IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>       Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>       Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of *OBJECTIONS TO PLAINTIFFS' EXHIBITS AND EXHIBIT LIST,* was duly served electronically through CM/ECF on the following parties to their last known address on January 14, 2007:

   **STANLEY E. LEVIN, ESQ.**
   **MICHAEL K. LIVINGSTON, ESQ.**
   851 Fort Street; Suite 400
   Honolulu, HI  96813

       and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street; Suite 2870
Honolulu, HI  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, January 14, 2008.


/s/ Gregg M. Ushirodas, Esq.
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 ACK-BMK; Certificate of Service

2