LAW OFFICES OF CARL M. VARADY

Carl M. Varady
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai‘i  96813
Telephone:  (808) 523-8447

OF COUNSEL:
DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Attorneys for Plaintiffs

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                Plaintiffs,<br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>                Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' OPPOSITION TO DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO PRECLUDE DANIEL B. LEGOFF PH.D. FROM OFFERING ANY OPINIONS WITH RESPECT TO EDUCATIONAL NEGLECT [DOCKET NO. 342]; CERTIFICATE OF SERVICE |

### PLAINTIFFS' OPPOSITION TO DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO PRECLUDE DANIEL B. LEGOFF PH.D. FROM OFFERING ANY OPINIONS WITH RESPECT TOEDUCATIONAL NEGLECT [DOCKET NO. 342]

Plaintiffs hereby submit their Opposition to Defendant Department of Education's Motion in Limine to Preclude Daniel B. LeGoff Ph.D. from Offering Any Opinions with Respect To Educational Neglect [Docket No. 342].

### I.  ARGUMENT.

Defendant argues that Dr. LeGoff should be precluded from using the term "educational neglect" in his testimony at trial.  Defendant's argument asserts that because the term was expressly used by Dr. LeGoff in his written reports he cannot use these words at trial.  Defendant makes this assertion: (1) without ever defining the meaning of the term "educational neglect;" and (2) with the clear representation from Dr. LeGoff that he is not going to refer to "educational neglect."

Plaintiffs understand that the standard for liability in this case is "deliberate indifference."  *E.g., Lovell v. Chandler*, 303 F.3d 1039, 1055-1057 (9th Cir. 2002)*; Duvall v. County of Kitsap*, 260 F.3d 1124, 1138-39 (9th Cir. 2001).  Plaintiffs do not assert that "educational neglect" is the standard of liability.  Plaintiffs' opposition to the motion is based on their concern that Defendant is asserting that experts, including Dr. LeGoff, cannot express opinions on the

ultimate fact of Defendant's liability. If so, such an assertion would be directly contrary to the language of FRE 704(a), which expressly states:

> *(a) Except as provided in subdivision (b), testimony in the form of an opinion or inference otherwise admissible <u>is not objectionable</u> because it embraces an ultimate issue to be decided by the trier of fact*.

Certainly, Dr. LeGoff and other experts are not barred from expressing opinions on ultimate facts by Rule 704 and Defendant's motion cannot be used as a pretext to circumvent the Rule.

Plaintiffs do not oppose the motion insofar is it merely seeks to prevent Dr. LeGoff from using the term or referring to "educational neglect" in his testimony.

## II. CONCLUSION.

For the reasons stated above, Plaintiffs respectfully request that Defendant Department of Education's Motion in Limine to Preclude Daniel B. LeGoff Ph.D. from Offering Any Opinions with Respect To Educational Neglect [Docket No. 342], be DENIED or alternatively, that if granted the Court's ruling be expressly limited in a manner that does not preclude Dr. LeGoff from testifying regarding ultimate facts that would otherwise be allowed under FRE 704(a).

DATED: Honolulu, Hawai'i, January 14, 2008.

    /S/ Carl M. Varady
CARL M. VARADY
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify the attached document was served electronically via CM/ECF on the date indicated below addressed to:

Gregg M. Ushiroda gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara lhara@wik.com, rgeorge@wik.com
Watanabe Ing & Komeiji First Hawaiian Center 999
Bishop St 23rd Flr Honolulu  HI 96813

Holly T. Shikada holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov,
michael.t.burke@hawaii.gov
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813

Attorneys for Defendants

DATED: Honolulu, Hawai'i, January 14, 2008.

/s/ Carl M. Varady
Carl M. Varady