IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>     Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>     Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF CARL M. VARADY; EXHIBIT 1 |

## DECLARATION OF CARL M. VARADY

CARL M. VARADY declares:

1. I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1 is a copy of the Court's December 19, 2006, Order Denying Defendants' Motion for Summary Judgment, Construed as a Motion for Judgment on the Pleadings and Denying Plaintiffs' Motion for Partial Summary Judgment and Denying in Part and Granting in Part Plaintiffs' Motion to Enforce the Doctrine of Issue Preclusion Regarding all Administrative

Hearing Decisions and the Settlement Agreement and Denying Plaintiffs' Motion to Strike Declarations for Non-Compliance with Rule 56(e) and Denying Plaintiffs' Motion to Amend or Supplement the Record.

       I declare under penalty of perjury the foregoing is true.

       DATED: Honolulu, Hawai'i, January 14, 2008.

                            /s/ Carl M. Varady

                            CARL M. VARADY