IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>     Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai‘i<br><br>     Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF CARL M. VARADY; EXHIBITS 1-5 |

## **DECLARATION OF CARL M. VARADY**

CARL M. VARADY declares:

1. I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1 are the opinions of Dr. Daniel LeGoff from his evaluation of Bryan Wiles Bond in June 2005.

3. Attached hereto as Exhibit 2 are the opinions of Dr. Daniel LeGoff from his evaluation of Bryan Wiles Bond in June 2007.

4. Attached hereto as Exhibit 3 are the opinions of Dr. Daniel LeGoff regarding the additional costs for educational and other services for Bryan

-2-

Wiles Bond prepared by Dr. LeGoff in December 2005.

  5. Attached hereto as Exhibit 4, are the opinions of Dr. Betty Jo Freeman from her evaluation of Bryan Wiles Bond and Defendant's experts in July 2006.

  6. Attached hereto as Exhibit 5, are the opinions of Dr. Betty Jo Freeman from her evaluation of Bryan Wiles Bond through interviews of his parents and teachers in May 2007.

  I declare under penalty of perjury the foregoing is true.

  DATED: Honolulu, Hawai'i, January 14, 2008.

        /s/ Carl M. Varady
        CARL M. VARADY