IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action) |
|       Plaintiffs, | DECLARATION OF CARL M. VARADY; EXHIBIT 1-7 |
| vs. | |
| DEPARTMENT OF EDUCATION, State of Hawai‘i | |
|       Defendants. | |

**<u>DECLARATION OF CARL M. VARADY</u>**

CARL M. VARADY declares:

1.    I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2.    Attached hereto as Exhibit 1, is a copy of the July 25, 2007, letter to Defendant making all correspondence between Ms. Floyd and Plaintiffs, her former clients, as well as her legal files, available for review and copying expressly acknowledging that the attorney-client privilege had been waived in order

to permit Ms. Floyd to testify.

3.    Attached hereto as Exhibit 2 is the transcript of the hearing below on October 18, 2007, in which Defendant sought to strike Ms. Floyd from testifying.

4.    Attached hereto as Exhibit 3 is a copy of the Stipulated Decision dated May 21, 2001, entered into by the parties to the instant case.

5.    Attached hereto as Exhibit 4 is a copy of the July 1, 2002, Settlement Agreement entered into by the parties to the instant case, that resolved Bond, et al. v. DOE, CV02-00101 SOM/BMK.

6.    Attached hereto as Exhibit 5, is a copy of the May 11, 2004, Findings of Fact, Conclusions of Law and Decision in *Bryan Wiles Bond, et al. v. DOE*, DOE-2004-026 (Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

7.    Attached hereto as Exhibit 6, is a copy of the July 23, 2004, Stipulated Partial Decision and Order of in *Bryan Wiles Bond v. DOE*, DOE 2004-70 Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

8.    Attached hereto as Exhibit 7, is a copy of the July 23, 2004, Findings of Fact, Conclusions of Law and Decision in *Bryan Wiles Bond, et al. v. DOE*, DOE-2004-026 (Haw. Dept. Commerce & Consumer Affairs), which resulted

from a contested due process hearing between the parties to the instant case.

      I declare under penalty of perjury the foregoing is true.

      DATED: Honolulu, Hawai'i, January 14, 2008.

                /s/ Carl M. Varady
                CARL M. VARADY