IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi<br><br>Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF CARL M. VARADY; EXHIBIT 1 |

### DECLARATION OF CARL M. VARADY

CARL M. VARADY declares:

1. I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1, are excerpts from the deposition of Kimberly Smalley, Ph.D., taken on July 27, 2006.

-2-

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawaiʻi, January 14, 2008.

/s/ Carl M. Varady
CARL M. VARADY