Of Counsel:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON       4161-0
851 Fort Street, Suite 400
Honolulu, Hawai'i   96813
Telephone:  (808) 524-7500
Fax:  (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY              4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i   96813
Telephone:  (808) 523-8447
Fax:  (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>                    Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM**<br><br>TRIAL DATE:  February 26, 2008 |

## **PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**

The jury must answer all the questions, unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict Form before proceeding to answer. Answer each question in numerical order. Follow all directions carefully. You all must agree on each answer that you enter on the Special Verdict Form. If you do not understand the question or if you wish to communicate with the Court on any other subject, you must do so in writing through the Bailiff.

1. Have the Plaintiffs proved by a preponderance of the evidence that one or more employees of the Defendant Department of Education acted with deliberate indifference toward Bryan Wiles Bond?

   Yes _____   No _____

   If your answer to the question 1 is "no," go to question 6 below. If your answer to question 1 is "yes," go to question 2.

2. Have the Plaintiffs proved by a preponderance of the evidence that the deliberate indifference of one or more employees of the Defendant Department of Education toward Bryan Wiles Bond was a legal cause of damages to him?

Yes _____   No _____

If your answer to the question 2 is "no," go to question 6 below. If your answer to question 2 is "yes," go to question 3.

3. Enter the amount of damages that Bryan Wiles Bond should recover from the Defendant Department of Education as a result of the deliberate indifference of one or more of its employees:

Special Damages: $_____

General Damages: $_____

4. Enter the amount of special damages that Ann Kimball Wiles should recover from the Defendant Department of Education as a result of the deliberate indifference of one or more its employees.

Special Damages: $_____

3

5. Enter the amount of special damages that Stanley Bond should recover from the Defendant Department of Education as a result of the deliberate indifference of one or more its employees.

Special Damages: $_____

6. Has Ann Kimball Wiles proved by a preponderance of the evidence that the Defendant Department of Education retaliated against her?

Yes _____   No _____

If your answer to the question 6 is "no," go to question 9. If your answer to question 6 is "yes," go to question 7.

7. Has Ann Kimball Wiles proved by a preponderance of the evidence that the retaliation against her by the Defendant Department of Education was a legal cause of damages to her?

Yes _____   No _____

If your answer to the question 7 is "no," go to question 9. If your answer to question 7 is "yes," go to question 8.

8. Enter the amount of general damages that Ann Kimball Wiles should recover as a result of the Defendant Department of Education's retaliation against her.

   General Damages: $_____

9. Has Stanley Bond proved by a preponderance of the evidence that the Defendant Department of Education retaliated against him?

   Yes _____   No _____

   If your answer to the question 9 is "no," sign and date the form below. If your answer to question 9 is "yes," go to question 10.

10. Has Stanley Bond proved by a preponderance of the evidence that the retaliation against him by the Defendant Department of Education was a legal cause of damages to him?

    Yes _____   No _____

    If your answer to the question 10 is "no," sign and date the form below. If your answer to question 10 is "yes," go to question 11.

11. Enter the amount of general damages that Stanley Bond should recover as a result of the Defendant Department of Education's retaliation against him.

General Damages: $_____

Please sign and date this form below.

_____         _____
DATED                                SIGNATURE

_____         _____
DATED                                SIGNATURE

_____         _____
DATED                                SIGNATURE

_____         _____
DATED                                SIGNATURE

_____         _____
DATED                                SIGNATURE

_____         _____
DATED                                SIGNATURE

_____         _____
DATED                                SIGNATURE

_____         _____
DATED                                SIGNATURE

| | |
|---|---|
| _____ | _____ |
| DATED | SIGNATURE |
| _____ | _____ |
| DATED | SIGNATURE |
| _____ | _____ |
| DATED | SIGNATURE |
| _____ | _____ |
| DATED | SIGNATURE |