IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>               Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>               Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN, declares:

1. I am one of the attorneys of record and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit "A" is an Order Granting In Part and Denying In Part Defendants' Motion for Partial Summary Judgment and Granting Plaintiffs' Motion for Partial Summary Judgment filed on June 18, 2001 in the *Stephen L. v. LeMahieu*, Civ. No. 00-338.

I declare under penalty of perjury the foregoing is true.

DATED:   Honolulu, Hawai`i, January 14, 2008.

                                              /S/ STANLEY E. LEVIN

                                              STANLEY E. LEVIN