CARL M. VARADY
ASB Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone 808 523-8447
Facsimile 808 523-8448
e-mail: carl@varadylaw.com

OF COUNSEL:

DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>        Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>        Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>PLAINTIFFS' PROPOSED CONCISE STATEMENT OF THE CASE; CERTIFICATE OF SERVICE |

# PLAINTIFFS' PROPOSED CONCISE STATEMENT OF THE CASE

In this case Bryan Wiles Bond, his mother Ann Kimball Wiles and father Dr. Stanley Bond, are referred to as the "Plaintiffs." The State of Hawaiʻi, through its Department of Education is referred to as "Defendant."

Bryan Wiles-Bond is a 16 year-old boy who suffers from autism, which affects his ability to learn. Under federal law, Bryan is eligible for special education and related services that must be provided by Defendant at no cost to his parents. Bryan and his family came to Hawaiʻi in 1999 with the intent of making this their permanent home. At that time, Bryan was seven years old. Bryan's mother, Kim, worked as a vice-principal for the Hawaiʻi Department of Education. Bryan's father, Stan, was employed by the United States Department of the Interior managing Kaloko-Honokohau National Historic Park.

This Court already has ruled that during the five years Bryan's family lived on the Big Island, Bryan did not receive the free appropriate public education that federal law requires. In this case, Bryan's parents are seeking compensation for damages they allege Bryan experienced as a result of the Defendant's deliberate indifference to Bryan's needs for special education and related services during the five years he lived on the Big Island. Bryan's parents allege that Defendant knowingly did not meet Bryan's needs and that he suffered

damages as a result  Their claims for compensation are based on another federal law, referred to as Section 504 of the Rehabilitation Act.

Bryan's parents also allege that the Defendant retaliated against them for their attempts to obtain special education and related services for Bryan, during the five years they lived on the Big Island.  Bryan's parents assert that they were forced to leave Hawaiʻi to obtain appropriate services for Bryan and avoid further retaliation by Defendant.  They are seeking damages for their economic losses and for the retaliatory conduct they allege Defendant directed toward them.

The Defendant denies that it acted with deliberate indifference toward Bryan's needs for special education and related services.  The Defendant denies that any of its actions were retaliatory toward Bryan's parents.  Defendant denies liability for any damages to Bryan or his parents.   The Defendant alleges that Bryan's parents are to blame for the damages he may have suffered.

DATED: Honolulu, Hawaiʻi, January 14, 2008

/s/ Carl M. Varady
CARL M. VARADY
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs

# **CERTIFICATE OF SERVICE**

I certify the attached document was served electronically via CM/ECF on the date indicated below addressed to:

Gregg M. Ushiroda gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara lhara@wik.com, rgeorge@wik.com
Watanabe Ing & Komeiji First Hawaiian Center 999 Bishop St 23rd Flr Honolulu  HI 96813

Holly T. Shikada holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov,
michael.t.burke@hawaii.gov
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813

Attorneys for Defendants

DATED: Honolulu, Hawaiʻi, January 14, 2007.

/s/ Carl M. Varady
Carl M. Varady