CARL M. VARADY
ASB Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone 808 523-8447
Facsimile 808 523-8448
e-mail: carl@varadylaw.com

OF COUNSEL:

DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN         1152-0
MICHAEL K. LIVINGSTON    4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>PLAINTIFFS' PROPOSED VOIR DIRE; CERTIFICATE OF SERVICE |

## PLAINTIFFS' PROPOSED VOIR DIRE

1. Are any of you employees or former employees of the Department of Education, or retired from such employment?

2. Are any of your close family members or friends employees or former employees of the Department of Education or retired from such employment?

3. Are any of you employees or former employees of the State of Hawai'i, or retired from such employment?

4. Are any of your close family members or friends employees or former employees of the State of Hawai'i or retired from such employment?

5. Do any of you have close business relationships with the Department of Education or State of Hawai'i?

6. If you make a finding of liability in favor of any of the Plaintiffs and against the State of Hawai'i, you will be asked to award damages against the State of Hawai'i. Are any of you unwilling or unable to make the same award of damages against the State of Hawai'i that would award against a private party if you find in favor Plaintiffs?

7. Does anyone feel or believe that the State of Hawai'i and its

Department of Education (DOE) should not be sued?

8. Do any of you have philosophical, political, moral beliefs or personal feelings that awarding money to compensate people who are injured is wrong?

9. Have you, a close friend or family member ever had problems obtaining required medical care for a child?

10. Have you, a close family member or friend had any experience with an autistic child?

11. Have you, a close family member or friend had any experience with a severely disabled child?

12. Have you, a family member had any experience with a public school student who has a learning disability or other special needs?

13. If the evidence in this case justifies significant award of money damages, do you have any philosophical, political, moral belief or personal feelings that would make you reluctant to follow the instructions of the Court?

14. If the evidence in this case justifies significant award of money damages, do you have any philosophical, political, moral belief or personal feelings that would make you reluctant to award such damages?

15. If it is shown that the Department of Education knowingly failed to provide the services to which a disabled student is entitled under the law, would you be able to follow the instructions of the Court and award damages for that failure?

16. Does anyone believe that the State Department of Education should be treated any differently in court than any other defendant would be treated?

17. Does anyone believe that DOE officials or other State employees who testify are more believable because of their positions?

18. Would any of you be more likely to believe that DOE officials or other State employees who testify than you would other witnesses?

19. Are there any of you who have philosophical, political, moral beliefs or personal feelings that would prevent you from awarding monetary damages to someone who is severely disabled?

20. Are there any of you who have philosophical, political, moral or ethical beliefs that would prevent you from awarding the same amount of monetary damages to someone who is disabled as you would award to someone who is not disabled?

21. Will the fact that the State of Hawaiʻi and Department of Education is the defendant in this case affect your ability to make an award of damages if you find against the defendant and in favor of plaintiffs?

22. Do any of you believe that Hawaiʻi government employees are more likely to be truthful than other people?

23. Have any of you read any statements in the newspaper made by any of the attorneys? Did you form any opinions from those statements that would affect your ability to listen to and decide the case on the evidence?

24. Is there anyone who believes that discrimination against the disabled does not exist?

25. Does any believe that state employees are not capable of retaliation because the work for the state?

26. Does anyone have philosophical, political, moral or ethical beliefs that would prevent you from evaluating the evidence regarding someone who is disabled in the same manner you would regarding someone who is not?

27. Does anyone have philosophical, political, moral or ethical beliefs that would prevent you from making a monetary award for pain and suffering if you find against the defendant and in favor of plaintiffs if your are instructed to do so?

28. Hearing what I have asked and told you about this case so far, is there any reason why you cannot listen to the evidence in this case and rule fairly, based the instructions I will give you when the presentation of the evidence is completed?

DATED: Honolulu, Hawai'i, January 14, 2008

/s/ Carl M. Varady
CARL M. VARADY
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I certify the attached document was served electronically via CM/ECF on the date indicated below addressed to:

Gregg M. Ushiroda gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara lhara@wik.com, rgeorge@wik.com
Watanabe Ing & Komeiji First Hawaiian Center 999
Bishop St 23rd Flr Honolulu  HI 96813

Holly T. Shikada holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov,
michael.t.burke@hawaii.gov
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813

Attorneys for Defendants

DATED: Honolulu, Hawai'i, January 14, 2007.

                                                  /s/ Carl M. Varady
                                                  Carl M. Varady