CARL M. VARADY
ASB Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone 808 523-8447
Facsimile 808 523-8448
e-mail: carl@varadylaw.com

OF COUNSEL:

DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>          Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>          Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF CARL M. VARADY REGARDING PROPOSED EXHIBITS; EXHIBIT 1; CERTIFICATE OF SERVICE |

## DECLARATION OF CARL M. VARADY REGARDING PROPOSED EXHIBITS

1. I am one of the attorneys of record for Plaintiffs and make this declaration of my own personal knowledge and belief.

2. On January 10, 2008, as confirmed by the attached Exhibit 1, Defendant and Plaintiffs, through their attorneys agreed: "that Plaintiffs will stipulate to the authenticity of all of Defendant's trial exhibits, and that Defendant will stipulate to the authenticity of all of Plaintiffs' trial exhibits. The mutual stipulations will be, as you indicated, without waiver of any objection to admissibility, use or argument." *See,* Exhibit 1, hereto.

3. Plaintiffs have not filed any objections, therefore, to any of Defendant's proposed exhibits based on authenticity. Plaintiffs reserve the ability to object to admission on any other ground at the time such exhibits are proffered to witnesses or offered into evidence.

4. Plaintiffs request that, based on the agreement as to authenticity, the Court reserve ruling on Defendant's objections until such time as exhibits are proffered to witnesses or offered into evidence. Based on the parties' agreement, Plaintiffs have not prepared such objections at this time.

DATED: Honolulu, Hawai'i, January 14, 2008.

/s/ Carl M. Varady
CARL M. VARADY