EXHIBIT 1 TO DECLARATION OF CARL M. VARADY

# Carl M. Varady

**From:** Gregg M. Ushiroda [GUshiroda@wik.com]
**Sent:** Thursday, January 10, 2008 7:16 PM
**To:** Carl M. Varady
**Subject:** RE: Wiles

Carl:

That's fine. It is agreed that Plaintiffs will stipulate to the authenticity of all of Defendant's trial exhibits, and that Defendant will stipulate to the authenticity of all of Plaintiffs' trial exhibits. The mutual stipulations will be, as you indicated, without waiver of any objection to admissibility, use or argument.

Gregg

---

**From:** Carl M. Varady [mailto:carl@varadylaw.com]
**Sent:** Thursday, January 10, 2008 3:35 PM
**To:** Gregg M. Ushiroda
**Cc:** slevin@davislevin.com; 'Bruce Ellis'
**Subject:** RE: Wiles

Gregg,

We are willing to stipulate to the authenticity of all of Defendant's trial exhibits if Defendant will do the same for ours. Otherwise, I'm available tomorrow afternoon to go over the list.

Carl M. Varady
American Savings Bank Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai`i 96813
Telephone: 808.523.8447
Facsimile: 808.523.8448
e-mail: carl@varadylaw.com

---

**From:** Gregg M. Ushiroda [mailto:GUshiroda@wik.com]
**Sent:** Wednesday, January 09, 2008 8:50 AM
**To:** Carl M. Varady
**Cc:** Holly.T.Shikada@hawaii.gov; Stan Levin
**Subject:** Wiles

Carl:

Can we meet and confer re trial exhibits, etc. some time tomorrow? Something came up this afternoon. Let me know as soon as possible.

Thanks,
Gregg

## **CERTIFICATE OF SERVICE**

I certify the attached document was served electronically via CM/ECF on the date indicated below addressed to:

Gregg M. Ushiroda gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara lhara@wik.com, rgeorge@wik.com
Watanabe Ing & Komeiji First Hawaiian Center 999 Bishop St 23rd Flr Honolulu  HI 96813

Holly T. Shikada holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov,
michael.t.burke@hawaii.gov
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813

Attorneys for Defendants

DATED: Honolulu, Hawaiʻi, January 14, 2007.

                              /s/ Carl M. Varady
                              Carl M. Varady