IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN, declares:

1.     I am one of the attorneys of record and make this declaration of my own personal knowledge.

2.     Alvin Rho was a deputy district superintendent on the Big Island from 1999 to 2002.  From 2002 to 2005 he was complex superintendent for West Hawaii.

3.     Judith Radwick, Kathleen Tolentino, JoAn Hill, and Linda Prince were identified by Defendant as their 30(b)(6) witnesses.

4.     Attached hereto as Exhibit "A" is a true and correct copy of the Order Granting in Part and Denying In part Plaintiffs' Motion for Order to

Show Cause Why Defendants Should Not Be Found in Civil Contempt to Consent Decree and For Injunctive and Other Relief.

5.    Attached hereto as Exhibit "B" is a true and correct copy of the Order Granting Joint Motion for Approval of Settlement and Consent Decree, and Appointing Special Master, filed on October 25, 1994.

6.    Attached hereto as Exhibit "C" are pertinent pages of the deposition transcript of Alvin Rho of September 14, 2007, Judith Radwick of August 8, 2007, Kathleen Tolentino of September 21, 2007, JoAn Hill of August 9, 2007, and Linda Prince of August 10, 2007.

I declare under penalty of perjury the foregoing is true.

DATED:    Honolulu, Hawai`i, January 14, 2008.

_____
STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs