IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

### DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN, declares:

1. I am one of the attorneys of record and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of the 1st and 19th pages of Dr. B.J. Freeman's *Psychological Assessment* dated July 23, 24, 25, & 26, 2006.

3. Attached hereto as Exhibit "B" is a true and correct copy of the pertinent pages of the deposition transcript of Kimberly Smalley dated July 27, 2006.

4.   Attached hereto as Exhibit "C" are pertinent pages of the deposition transcript of Dr. Bryna Siegel dated October 15, 2007.

I declare under penalty of perjury the foregoing is true.

DATED:   Honolulu, Hawai`i, January 14, 2008.

                                    STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs