IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>  Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>  Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN, declares:

1. I am one of the attorneys of record and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit "A" of the pertinent parts of the deposition of William Beljean dated July 19, 2007.

3. Attached hereto as Exhibit "B" is a true and correct copy of the facsimile from William Beljean to Judy Radwick batestamped DOE2907, DOE 2908, and DOE2909.

I declare under penalty of perjury the foregoing is true.

DATED:   Honolulu, Hawai`i, January 14, 2008.

                                              STANLEY E. LEVIN
                                              CARL M. VARADY
                                              MICHAEL K. LIVINGSTON
                                              Attorneys for Plaintiffs