1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF HAWAII
 3    -----------------------------------------
 4    ANN KIMBALL WILES and STANLEY BOND,
 5    individually and as next friend of their
 6    son, BRYAN WILES-BOND, a minor,
 7              Plaintiffs,
 8         vs.            Civil No. CV 04-00442 HG/BMK
 9                                  05-00247 JMS/BMK
10    DEPARTMENT OF EDUCATION, State of Hawaii,
11    and ALVIN RHO, in his official capacity
12    as West Hawaii District Superintendent,
13              Defendants.
14    -----------------------------------------
15
16
17         VIDEOTAPED DEPOSITION OF WILLIAM BELJEAN
18
19    Taken on behalf of the Plaintiffs at Ralph Rosenberg
20    Court Reporters, 75-170 Hualalai Rd., Suite D-212,
21    Kailua-Kona, Hawaii 96740, commencing at 1:00 p.m.,
22    Thursday, July 19, 2007, pursuant to Notice.
23
24    BEFORE:   BARBARA ACOBA, CSR No. 412, RPR
25              Notary Public, State of Hawaii
```

12

```
 1        A.    By people with Child and Family Service.
 2        Q.    (Mr. Ellis) What did they tell you were the
 3   qualifications?
 4        A.    The one that I remember was that I needed to
 5   have a Master's Degree.
 6        Q.    (Mr. Ellis) What else?
 7        A.    I don't remember.
 8        Q.    (Mr. Ellis) Do you know if that was -- if
 9   having a Master's Degree was the only requirement?
10        A.    No, I know that there were other requirements.
11        Q.    (Mr. Ellis) What were the requirements?
12        A.    I don't know, sir.  I don't remember.
13        Q.    (Mr. Ellis) It was your belief you met the
14   requirements to be employed as Bryan's skills trainer?
15        A.    Yes.
16        Q.    (Mr. Ellis) Do you have -- have you, prior to
17   June of 2003, worked with children who were diagnosed as
18   autistic?
19        A.    No.
20        Q.    (Mr. Ellis) Prior to June 2003, do you know
21   what TEACCH was?
22        A.    Prior to that, no.
23        Q.    (Mr. Ellis) Prior to that did you know what
24   Discrete Trial Training was?
25        A.    No, I did not.
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii   (808) 524-2090

1   Q.   (Mr. Ellis) Did you know what applied
2   behavioral analysis was?
3   A.   No.
4   Q.   (Mr. Ellis) Were you provided with training, as
5   of June 2003, in TEACCH, DTT or ABA?
6   A.   Yes.  TEACCH and DTT.
7   Q.   (Mr. Ellis) And that training consisted of
8   what?
9   A.   That was training through Dru Copeland, who was
10  the autism consultant working with Bryan.  I believe it
11  was on-the-job training as well as a series of videos.
12  They were not DVDs.  Videos that I watched at that time.
13  Sorry.
14  Q.   (Mr. Ellis) That's okay.  The training took
15  place -- the video --
16  A.   At my home.
17  Q.   (Mr. Ellis) Okay.  You need to let me just...
18  A.   I'm sorry.
19  Q.   (Mr. Ellis) That's okay.
20       Did they take place in June of 2003?
21  A.   No, it would have been early in July.
22  Q.   (Mr. Ellis) So after you were employed?
23  A.   Yes.
24  Q.   (Mr. Ellis) The training from Dru Copeland took
25  place after you were employed?

```
 1    of DTTs, could you explain that.
 2         A.   We use that mostly for teaching Bryan American
 3    sign language.  And we would do 10 trials of one word,
 4    and then 10 trials of another word, and then 10 trials
 5    of a third word, and then 10 trials of all three words.
 6         Q.   (Mr. Ellis) Prior to working with Bryan in June
 7    of 2003, did you have any training in ASL?
 8         A.   No, I did not.
 9         Q.   (Mr. Ellis) Okay.  When you came -- started
10    working, who provided the ASL training?
11         A.   I immediately learned in the classroom the
12    words that Bryan had already been taught and then picked
13    up the other words as we were teaching them to Bryan.
14         Q.   (Mr. Ellis) So you were learning right along
15    with Bryan?
16         A.   Well, I got a little bit ahead of him, but yes.
17         Q.   (Mr. Ellis) Was that the extent of what you
18    used Discrete Trial Training for?
19         A.   Yes.
20         Q.   (Mr. Ellis) When you did the DTT, did you
21    provide -- did you take data on every trial?
22         A.   Yes.
23         Q.   (Mr. Ellis) Do you know where -- did you keep
24    those data sheets?
25         A.   Not personally, but they were kept in the
```