IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

**DECLARATION OF STANLEY E. LEVIN**

STANLEY E. LEVIN, declares:

1. I am one of the attorneys of record and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of the report of Dr. LeGoff dated 12/13/05.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai`i, January 14, 2008.

STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs