Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX: 523-8448
E-mail: carl@varadylaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIVIL No. CV 05-00247 HG/BMK<br>CIVIL No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' SECOND SUPPLEMENTAL INITIAL DISCLOSURES AND CERTIFICATE OF SERVICE<br><br><br>TRIAL DATE: December 4, 2007<br>JUDGE: HELEN GILLMOR |

EXHIBIT "B"

## **PLAINTIFFS' SECOND SUPPLEMENTAL INITIAL DISCLOSURES**

Pursuant to the Court's January 8, 2007 Amended Rule 16 Scheduling Order, Plaintiffs submit their second supplemental initial disclosures in accordance with Rule 16(b)(4) of the *Federal Rules of Civil Procedure* and Local Rule 26.1. Plaintiffs make these second supplemental initial disclosures based on information reasonably available to it at this time. Plaintiffs reserve the right to further supplement these disclosures as appropriate, pursuant to Rule 26(e) of the *Federal Rules of Civil Procedure* and Local Rule 26.1.

### I.   POTENTIAL WITNESSES

Pursuant to Local Rule 26.1 and the Court's order, Plaintiffs hereby disclose the names and, if known, the address and telephone numbers of persons reasonable believed by Plaintiffs at this time to possess personal knowledge concerning significant factual issues specifically raised in the pleadings or issues raised by the parties in their Rule 26(f) report to the Court. At this time, Plaintiffs believe that the following potential witnesses fall within the scope of its initial disclosure obligations. Plaintiffs do not concede that the testimony of any of these individuals is relevant, would lead to the discovery of relevant evidence, or is otherwise admissible in this action. Plaintiffs also recognize their right and duty to supplement this list as appropriate under Rule 26(e)(1) of the *Federal Rules of*

*Civil Procedure.* We reserve the right to call rebuttal witnesses. We also reserve the right to call any witness that Defendants have identified without further notice.

1. Ann Kimball Wiles
   c/o DAVIS LEVIN LIVINGSTON GRANDE
   400 Davis Levin Livingston Grande Place
   851 Fort Street
   Honolulu, Hawaii 96813

2. Stanley Bond
   c/o DAVIS LEVIN LIVINGSTON GRANDE
   400 Davis Levin Livingston Grande Place
   851 Fort Street
   Honolulu, Hawaii 96813

3. Alvin Rho
   c/o Gary K.H. Kam
   Holly T. Shikada
   Deputy Attorneys General
   235 S. Beretania Street, Room 304
   Honolulu, Hawaii 96813

4. Naomi Shiraishi
   c/o Gary K.H. Kam
   Holly T. Shikada
   Deputy Attorneys General
   235 S. Beretania Street, Room 304
   Honolulu, Hawaii 96813

5. Linda Price, Administrator
   Child and Family Services
   c/o Gary K.H. Kam
   Holly T. Shikada
   Deputy Attorneys General
   235 S. Beretania Street, Room 304
   Honolulu, Hawaii 96813

6.     Eric Rolseth
       c/o Gary K.H. Kam
       Holly T. Shikada
       Deputy Attorneys General
       235 S. Beretania Street, Room 304
       Honolulu, Hawaii 96813

7.     Bill Beljean
       Skills Trainer
       c/o Child and Family Services
       94-216 Farrington Hwy Suite 208
       Ewa Beach, Hawaii 96707

8.     Karen Johnson
       c/o Gary K.H. Kam
       Holly T. Shikada
       Deputy Attorneys General
       235 S. Beretania Street, Room 304
       Honolulu, Hawaii 96813

9.     Barbara Coffman
       c/o Gary K.H. Kam
       Holly T. Shikada
       Deputy Attorneys General
       235 S. Beretania Street, Room 304
       Honolulu, Hawaii 96813

10.    Sheri Adams
       c/o Gary K.H. Kam
       Holly T. Shikada
       Deputy Attorneys General
       235 S. Beretania Street, Room 304
       Honolulu, Hawaii 96813

11.    Kelly Stern
       c/o The Institute for Family Enrichment
       615 Piikoi Street, Suite 105
       Honolulu, Hawaii 96814

12. Dru Copeland
    c/o Alakai Na Keiki
    1100 Alakea Street, Suite 900
    Honolulu, Hawaii 96813

13. JoAnn Hill
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

14. Christie Edwards
    Therapeutic Aide
    808-987-2787

15. Cara Entz
    Pacific Child and Family Associates, APC
    410 Wet Arden Avenue, Suite 203
    Glendale, CA 91203

16. Eric Rolseth
    c/o The Institute for Family Enrichment
    615 Piikoi Street, Suite 105
    Honolulu, Hawaii 96814

17. Rebecca Gavin
    c/o The Institute for Family Enrichment
    615 Piikoi Street, Suite 105
    Honolulu, Hawaii 96814

18. Michael Wright
    c/o Alakai Na Keiki
    1100 Alakea Street, Suite 900
    Honolulu, Hawaii 96813

19. Dr. Jana Ortiz
    c/o Alakai Na Keiki
    1100 Alakea Street, Suite 900
    Honolulu, Hawaii 96813

20. Dorian Yankee
    E-Mail-leaguesaway@tmail.com

21. Michael Bien
    (808) 987-2787

22. Jennifer Harris
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

23. Laurie Bolton
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

24. Ken Stahlsberg
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

25. Judith Radwick
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

26. Sven Linderman
    c/o The Institute for Family Enrichment
    615 Piikoi Street, Suite 105
    Honolulu, Hawaii 96814

27. Katherine Cardinas
    c/o The Institute for Family Enrichment
    615 Piikoi Street, Suite 105
    Honolulu, Hawaii 96814
    896-5642 (Cell)
    887-0373 (Hm)

28. Jeremy Watson
    c/o The Institute for Family Enrichment
    615 Piikoi Street, Suite 105
    Honolulu, Hawaii 96814

29. Laura Pruitt
    c/o Hawaii Behavioral Health
    210 Ward Avenue, Suite 124
    Honolulu, Hawaii 96814

30. Bill Brown
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

31. Mr. Stafford
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

32. Bernice Wilson
    89 Small Pond Road
    Cleveland, GA 30528
    706-865-7990

33. Jessie Mitchell
    Behavioralist
    c/o Behavioral Counseling And Research Center LLC
    575 Cooke Street, Suite A-1622
    Honolulu, HI 96813

34. Rebecca Pierson
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

35. Kate Tolentino
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

36. Rob Gentzel
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

37. Shirley Revelle
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

38. Rae Graber
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

39. Richi Stallard
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

40. Danielle Doucete
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

41. Wendy Clark
    c/o Gary K.H. Kam
    Holly T. Shikada
    Deputy Attorneys General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

42. Shelby Anne Floyd
    74-5620 Palani Rd., Suite 104
    Kailua-Kona, Hawaii 96740
    Telephone: (808) 326-7979
    Fax: (808) 326-4779

43. Dr. Daniel LeGoff (Expert)
    Child and Adolescent Resources for Education
    105 South Princeton Ave
    Wenonah, NJ 08090
    (856) 616-6466

44. Dr. Kimberly Smalley (Expert)
    Behavioralist
    c/o Behavioral Counseling And Research Center LLC
    575 Cooke Street, Suite A-1622
    Honolulu, HI 96813
    (808) 254-0909

45. Keynes D. Von Elsner, CPA (Expert)
    Economist
    50 S. Beretania Street
    Suite C-113
    Honolulu, HI 96813
    (808) 538-6904

46. Loretta M. Lukens, M.D., R.N., C.R.R.N. (Expert)
    29 West Rhea Road
    Tempe, AZ 85284
    (480) 839-0799

47. Betty Jo Freeman, Ph.D. (Expert)
    Professor Emerita of Medical Psychology
    UCLA School of Medicine
    3940 Mandeville Canyon Road
    Los Angeles, CA 90049
    (310) 440-8543

DATED: Honolulu, Hawaii, May 9, 2007.

/S/ STANLEY E. LEVIN
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on May 9, 2007, a true and correct copy of the PLAINTIFFS' SECOND SUPPLEMENTAL INITIAL DISCLOSURES was duly served upon the following parties at their last known address:

Served by hand delivery:

Gary K. H. Kam, Esq.
George S.S. Hom, Esq.
Holly T. Shikada, Esq.
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawaii 96813

Served by e-mail/electronic filing pursuant to the United States District Court, District of Hawaii CM/ECF Guide and hand delivered to:

John T. Komeiji, Esq.
Gregg M. Ushiroda, Esq.
Daniel K. Obuhanych, Esq.
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, May 9, 2007.

/S/ STANLEY E. LEVIN

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs

G Ushiroda
999 Bishop 23rd Fl

## Other Documents

1:05-cv-00247-HG-BMK Wiles, et al v. Department of Educat, et al

## U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered by Levin, Stanley on 5/9/2007 at 11:38 AM HST and filed on 5/9/2007

**Case Name:**     Wiles, et al v. Department of Educat, et al
**Case Number:**   1:05-cv-247
**Filer:**         Ann Kimball Wiles
                   Stanley Bond
**Document Number:** 134

**Docket Text:**
SUPPLEMENT by Ann Kimball Wiles, Stanley Bond *Second Initial Disclosure*. (Attachments: # (1) COS)(Levin, Stanley)


**1:05-cv-247 Notice has been electronically mailed to:**

Stanley E. Levin     slevin@davislevin.com, debbie@davislevin.com

Michael K. Livingston    mlivingston@davislevin.com, bette@davislevin.com

Daniel K. Obuhanych    dobuhanych@wik.com

Holly T. Shikada    holly.t.shikada@hawaii.gov

Gregg M. Ushiroda    gushiroda@wik.com

**1:05-cv-247 Notice will not be electronically mailed to:**

Lonomaikalani P.V. Beamer
Department of the Attorney General
Education Division
235 S Beretania St Rm 304
Honolulu, HI 96813

John T. Komeiji
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu, HI 96813

Anne L. Williams

https://ecf.hid.uscourts.gov/cgi-bin/Dispatch.pl?557881967795327                                5/9/2007

Davis Levin Livingston Grande
400 Davis Levin Livingston Grande Place
851 Fort Street Ste 400
Honolulu, HI 96813-4317

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=5/9/2007] [FileNumber=279274-0]
[6bbc1d3b526caeaff667c026f29ddd9bc07007652f2a21ada0df5925c6817d0c2002d
0c802bc7d09d0c7d978ac4f52547d27489e5cda3d0422906a50c06bd4d7]]
**Document description:** COS
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=5/9/2007] [FileNumber=279274-1]
[c1956b298a500687087c1442af7e52dfb2f1366c1df022cc9e639b0c8b9e2a5f10fb2
ce1b141c4971ed77421c2eeeb28b460ff7cda555f9d8e3f81263e35466a]]