395486.1
MARK J. BENNETT          #2672-0
Attorney General, State of Hawaii
HOLLY T. M. SHIKADA #4017-0
GARY K.H. KAM           #4391-0
GEORGE S. S. HOM        #2487-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: holly.t.shikada@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI        #2498-0
GREGG M. USHIRODA      #5868-0
LEIGHTON M. HARA       #7826-0
ROSS T. SHINYAMA       #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS TO PLAINTIFFS' DESIGNATION OF DRU COPELAND'S DEPOSITION TAKEN ON SEPTEMBER 28, 2007; EXHIBIT "A"; and CERTIFICATE OF SERVICE**<br><br>**TRIAL: February 26, 2008** |

```
as West Hawaii District        )
Superintendent,                )
                               )
           Defendants.         )
_____)
```

**DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS
TO PLAINTIFFS' DESIGNATION OF DRU COPELAND'S
DEPOSITION TAKEN ON SEPTEMBER 28, 2007**

Comes now Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through its attorneys, WATANABE ING & KOMEIJI LLP, and hereby submits its objections and counter-deposition designation to Plaintiffs' designations of Dru Copeland's deposition taken on September 28, 2007. As a general objection, the DOE objects to the use of the discovery deposition of Dru Copeland by Plaintiffs on the grounds that it constitutes improper use of her deposition pursuant to Rule 32 of the Federal Rules of Civil Procedure. There has been no showing by Plaintiffs that Dru Copeland is unable to attend trial and that her non-attendance was not procured.

Plaintiffs should not be allowed to use Dru Copeland's discovery deposition in their case-in-chief; rather, they should be required to present Dru Copeland in Hawaii at trial and be subject to cross-examination. Dru Copeland's testimony was not perpetuated, and using this discovery deposition for trial testimony is unfair and prejudicial.

Subject and without waiver of the foregoing objections, the DOE further objections to the Plaintiffs' deposition designations of Dru Copeland as follows:

| Page/Lines | Objection |
|---|---|
| 29:14-30:1 | Lacks foundation; legal conclusion |
| 30:21-31:8 | Leading; lacks foundation; legal conclusion; incomplete hypothetical; assumes facts not in evidence |
| 31:10-17 | Leading; lacks foundation; legal conclusion; incomplete hypothetical; assumes facts not in evidence |
| 38:6-15 | Lacks foundation; speculative |
| 41:2-19 | Lacks foundation; assumes facts not in evidence |
| 44:9-19 | Lacks foundation; assumes facts not in evidence |
| 47:20-48:20 | Hearsay |
| 50:22-51:7 | Leading; assumes facts not in evidence; lacks foundation |
| 54:15-22 | Overly broad; vague; ambiguous; lacks foundation; assumes facts not in evidence |
| 58:1-10 | Lacks foundation; assumes facts not in evidence; overly broad |
| 58:25-59:11 | Vague; ambiguous |
| 59:21-60:6 | Argumentative; asked and answered |
| 61:7-17 | Lacks foundation; assumes facts not in evidence; speculative |

| Page/Lines | Objection |
|---|---|
| 62:11-19 | Vague and ambiguous as to the term, "chronic" |
| 62:25-63:5 | Lacks foundation; assumes facts not in evidence |
| 63:10-14 | Incomplete; no answer designated |
| 64:6-9 | Incomplete; no question designated |
| 65:6-19 | Lacks foundation; assumes facts not in evidence |
| 66:16-67:5 | Speculative; lacks foundation; assumes facts not in evidence |
| 69:11-21 | Speculative; lacks foundation; assumes facts not in evidence |
| 70:13-71:2 | Speculative; lacks foundation; assumes facts not in evidence; overly broad |
| 72:20-73:8 | Speculative; lacks foundation; assumes facts not in evidence |
| 74:24-25 | Vague; ambiguous; overly broad; lacks foundation; assumes facts not in evidence |
| 86:24-25 | Incomplete; no answer designated |
| 88:23-25 | Misleading designation; incomplete; no answer designated |
| 90:2-16 | Leading; argumentative |
| 92:12-15 | Overly broad; vague; ambiguous; assumes fact not in evidence; lacks foundation |
| 94:12-15 | Lacks foundation; assumes facts not in evidence; speculative; vague; ambiguous |

| Page/Lines | Objection |
|---|---|
| 102:16-19 | Speculative; lacks foundation; assumes facts not in evidence |
| 107:24-25 | Misstates prior testimony; lacks foundation; assumes facts not in evidence |
| 110:19-23 | Leading |
| 129:16-21 | Leading; speculative; lacks foundation |
| 129:22-25; 130:6-7 | Leading; speculative; lacks foundation |
| 130:12-14 | Leading; speculative; lacks foundation |
| 134:18-20 | Lacks foundation; speculative; assumes facts not in evidence; improper hypothetical |
| 139:18-140:9 | Asked and answered; lacks foundation; assumes facts not in evidence; argumentative |
| 147:13-16 | Incomplete; no question designated; mischaracterizes document; lacks foundation; speculative; assumes facts not in evidence |
| 150:9-10 | Incomplete; no answer designated |
| 168:14-169:1 | Lacks foundation; assumes facts not in evidence; speculative |
| 171:4-11 | Argumentative; lacks foundation; assumes facts not in evidence; speculative |
| 184:5-8 | Incomplete; no question designated; lacks foundation |
| 201:7-9 | Speculative |
| 205:10-19 | Speculative |

| Page/Lines | Objection |
|---|---|
| 217:6-7 | Assumes facts not in evidence; lacks foundation |
| 220:7-8 | Overly broad |
| 226:9-20 | Hearsay; speculative; lacks foundation |
| 231:19-232:7 | Speculative; lacks foundation; assumes facts not in evidence |
| 234:9-10; 234:24-25 | Hearsay; improper designation; lacks foundation; speculative; assumes facts not in evidence |
| 235:1-3; 235:10-11 | Hearsay; lacks foundation; assumes facts not in evidence |
| 236:6-11; 236:15-16 | Lacks foundation; speculative; misstates testimony; assumes facts not in evidence |
| 320:2-4; 320:9-11 | Leading; speculative; lacks foundation; assumes facts not in evidence |
| 321:1-3 | Leading; speculative; lacks foundation; assumes facts not in evidence; improper hypothetical |
| 323:2-14 | Leading |
| 348:1-10 | Leading; misstates testimony; lacks foundation; assumes facts not in evidence |

The DOE counter-designates the following portions of the oral deposition of Dru Copeland taken on September 28, 2007:

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 25:9-10 | | |
| 37:21-23 | | |
| 47:3-10 | | |
| 58:4-6 | | |
| 59:4-5 | | |
| 59:14-20 | | |
| 60:1-2 | | |
| 61:10-12 | | |
| 62:15-16 | | |
| 63:3-4 | | |
| 65:13-14 | | |
| 66:22-24 | | |
| 69:15-17 | | |
| 70:16-18 | | |
| 72:25-73:2 | | |
| 74:7-9 | | |
| 75:1-3 | | |
| 76:6-17 | | |
| 79:3-10 (up to and including "we kept on training people.") | | |
| 87:1-7 | | |

- 7 -

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 89:1-3 | | |
| 90:17-22 | | |
| 91:1-6 | | |
| 91:10-19 | | |
| 92:19-21 | | |
| 93:5 | | |
| 93:13-15 | | |
| 93:20-23 | | |
| 94:16-18 | | |
| 95:5-14 | | |
| 102:20-22 | | |
| 104:4-12 (up to and including "a causal relationship.") | | |
| 105:8-24 (up to and including "important thing.") | | |
| 108:1-3 | | |
| 110:24 | | |
| 121:7-16 | | |
| 130:1 | | |
| 130:15-19 | | |
| 134:21-23 | | |
| 139:9-10 | | |
| 139:25-140:2 | | |
| 147:10-12 | | |

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 150:10-11 | | |
| 151:11 (only "They were assigned to his case." | | |
| 151:17-18 | | |
| 161:17-20 | | |
| 169:3-7 | | |
| 171:7-9 | | |
| 173:13-20 | | |
| 178:16-24 | | |
| 184:3-4 | | |
| 186:16-187:1 | | |
| 187:16-20 | | |
| 188:12-23 | | |
| 194:9-11 | | |
| 197:12-24 | | |
| 199:14-200:9 | | |
| 201:10-12 | | |
| 205:15-16 | | |
| 217:8-9 | | |
| 220:9 | | |
| 222:5-10 | | |
| 223:16-224:8 | | |
| 231:4-15 | | |

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 231:23-25 | | |
| 234:11-13 | | |
| 234:22-23 | | |
| 235:8-9 | | |
| 236:12-14 | | |
| 242:10-22 | | |
| 247:14-248:15 | | |
| 251:12-253:10 | | |
| 253:16-19 | | |
| 254:11-22 | | |
| 255:7-10 | | |
| 255:24-256:5 | | |
| 256:11-15 | | |
| 256:17-257:19 | | |
| 257:21-22 | | |
| 258:1-5 | | |
| 258:8-14 | | |
| 258:16-21 | | |
| 259:1-6 | | |
| 259:7-260:23 | | |
| 260:25-261:23 | | |
| 262:22-265:8 | | |

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 265:11-267:10 | | |
| 268:3-16 | | |
| 268:19-22 | | |
| 269:9-11 | | |
| 269:13-15 | | |
| 272:11-273:18 | | |
| 274:13-275:25 | | |
| 276:4-13 | | |
| 277:3-15 | | |
| 278:12-279:1 | | |
| 279:2-5 | Exhibit "15" | D-661 |
| 279:12-283-16 | Exhibit "15" | D-661 |
| 286:25-287:10 | | |
| 287:12-17 | | |
| 287:19-20 (up to and including "He was a good teacher.") | | |
| 288:11-289:24 | | |
| 290:3-291:4 | | |
| 291:15-292:10 (only up to "It's a different way of doing it.") | | |
| 292:12-22 | | |
| 293:3-295:12 | | |
| 296:25-297:23 | | |
| 298:2-20 | | |

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 299:2-14 | | |
| 299:17-23 | | |
| 300:3-6 | | |
| 300:13 | | |
| 300:15-18 | | |
| 300:21 | | |
| 300:24-301:12 | | |
| 301:13-15 | | |
| 301:19 | | |
| 301:21-302:3 | | |
| 302:5-12 | | |
| 302:14-23 | Exhibit "3" | D-711 |
| 303:4-24 | | |
| 304:6-13 | | |
| 304:17-305:3 | | |
| 310:20-23 | | |
| 312:19-313:25 | | |
| 314:3-7 | | |
| 317:1-9 | | |
| 317:12-318:20 | | |
| 320:6-8 | | |
| 320:22-25 | | |

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 323:7 | | |
| 348:7-9 | | |
| 352:13-353:6 | | |

DATED:  Honolulu, Hawaii, January 17, 2008.

　　　　　　　　　　　　　　　　/s/ Gregg M. Ushiroda
　　　　　　　　　　　　　　JOHN T. KOMEIJI
　　　　　　　　　　　　　　GREGG M. USHIRODA
　　　　　　　　　　　　　　LEIGHTON M. HARA
　　　　　　　　　　　　　　ROSS T. SHINYAMA

　　　　　　　　　　　　　　GARY K.H. KAM
　　　　　　　　　　　　　　GEORGE S.S. HOM
　　　　　　　　　　　　　　HOLLY T. SHIKADA

　　　　　　　　　　　　　　Attorneys for Defendants