395504.1

**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**      #2498-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS AND COUNTER-DESIGNATION OF THE TRANSCRIPT OF KIMBERLY SMALLEY; DECLARATION OF GREGG M. USHIRODA; EXHIBIT "A"; and CERTIFICATE OF SERVICE<br><br>**TRIAL: February 26, 2008** |

**DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS AND
COUNTER-DESIGNATION OF THE TRANSCRIPT OF KIMBERLY SMALLEY**

Comes now Defendants DEPARTMENT OF EDUCATION("DOE"), by and through its attorneys, WATANABE ING & KOMEIJI LLP, and hereby submits its objections to Plaintiffs' designation of the transcript of the deposition of Kimberly Smalley.

As a general objection, the DOE objects to the use of the discovery deposition of Kimberly Smalley by Plaintiffs on the grounds that it constitutes improper use of her deposition pursuant to Rule 32 of the Federal Rules of Civil Procedure. There is no showing that Ms. Smalley is unable to attend trial and that her non-attendance was not procured. Ms. Smalley, who was designated as Plaintiffs' expert in both their May 30, 2006 and May 9, 2007 expert disclosures and who is serving as an expert witness in a case having been filed by Plaintiffs within the District of Hawaii, must make herself available at trial. Any non-appearance must therefore be construed as having been procured on her part.

Plaintiffs should not be allowed to use their own expert's discovery deposition in their case-in-chief; rather, they should be required to present Ms. Smalley in Hawaii at trial and be subject to cross-examination. Ms. Smalley's testimony was not perpetuated, and using this discovery deposition for trial testimony is unfair and prejudicial.

In addition, the DOE objects to any designation by Plaintiffs of any testimony by Ms. Smalley regarding any issues or opinions which were not disclosed in her expert report. The DOE will suffer undue prejudice if such surprise testimony is admitted into evidence.

Without waiving these objections, Defendant DOE submits the following:

A. **COUNTER-DESIGNATIONS**

| PAGE(S) | LINES | COMMENTS |
|---------|-------|----------|
| 17      | 9-17  |          |
| 102     | 25    |          |
| 103     | 1-24  |          |
| 113     | 18-25 |          |
| 114     | 1-13  |          |
| 205     | 4-6   |          |

B. **OBJECTIONS TO PLAINTIFFS' DESIGNATIONS**

| PAGE(S) | LINES | OBJECTIONS |
|---------|-------|------------|
| 14      | 1-25  | Irrelevant; opinions with respect to "window for picking up things" between children and adults with autism not disclosed in expert report and should be precluded as a matter of law. |

| PAGE(S) | LINES | OBJECTIONS |
|---|---|---|
| 15 | 1 | Irrelevant; opinions with respect to "window for picking up things" between children and adults with autism not disclosed in expert report and should be precluded as a matter of law. |
| 19 | 1-13 | Irrelevant; unduly prejudicial; references to Felix Consent Decree should be precluded as a matter of law. |
| 20 | 2-24 | Irrelevant; unduly prejudicial; references to Felix Consent Decree should be precluded as a matter of law. |
| 21 | 1-20 | Irrelevant; unduly prejudicial; references to Felix Consent Decree should be precluded as a matter of law. |
| 24 | 10-25 | Irrelevant; unduly prejudicial and confusing; testimony concerning California man with developmental disabilities and behavioral challenges. |
| 25 | 1-7 | Irrelevant; unduly prejudicial and confusing; testimony concerning California man with developmental disabilities and behavioral challenges. |
| 36 | 23-25 | Irrelevant; unduly prejudicial; references to Felix Consent Decree should be precluded as a matter of law. |
| 37 | 1-7 | Irrelevant; unduly prejudicial; references to Felix Consent Decree should be precluded as a matter of law. |

| PAGE(S) | LINES | OBJECTIONS |
|---|---|---|
| 38 | 8-13 | Irrelevant; unduly prejudicial; references to Felix Consent Decree should be precluded as a matter of law. |
| 72 | 4-25 | Speculative; unduly prejudicial. |
| 123 | 2-11 | Irrelevant; unduly prejudicial; references to Felix Consent Decree should be precluded as a matter of law. |
| 132 | 15-18 | Irrelevant; unduly prejudicial; references to Felix Consent Decree should be precluded as a matter of law. |
| 134 | 9-14 | Irrelevant; unduly prejudicial; references to Felix Consent Decree should be precluded as a matter of law. |
| 144 | 11-22 | Unduly prejudicial; hearsay. |
| 145 | 5-15 | Unduly prejudicial; hearsay. |
| 151 | 6-10; 22-25 | Irrelevant; unduly prejudicial as opinions are not contained in Ms. Smalley's expert report. |
| 152 | 1-25 | Irrelevant; unduly prejudicial; opinions are not contained in Ms. Smalley's expert report and opinions are not made within a reasonable psychological probability/certainty. |
| 163 | 1-19 | Irrelevant; counsel's discussion and witness' expectations are irrelevant |

| PAGE(S) | LINES | OBJECTIONS |
|---------|-------|------------|
| 173 | 20-21 | Irrelevant; unduly prejudicial; opinions are not contained in Ms. Smalley's expert report and opinions are not made within a reasonable psychological probability/certainty. |
| 174 | 2-24 | Irrelevant; unduly prejudicial; opinions are not contained in Ms. Smalley's expert report and opinions are not made within a reasonable psychological probability/certainty. |
| 199 | 11-25 | Irrelevant; unduly prejudicial; opinions are not contained in Ms. Smalley's expert report and opinions are not made within a reasonable psychological probability/certainty. |
| 200 | 1-25 | Irrelevant; unduly prejudicial; opinions are not contained in Ms. Smalley's expert report and opinions are not made within a reasonable psychological probability/certainty. |
| 201 | 17-25 | Irrelevant; unduly prejudicial; opinions are not contained in Ms. Smalley's expert report and opinions are not made within a reasonable psychological probability/certainty. |
| 202 | 1-5; 24-25 | Irrelevant; unduly prejudicial; opinions are not contained in Ms. Smalley's expert report and opinions are not made within a reasonable psychological probability/certainty. |

| PAGE(S) | LINES | OBJECTIONS |
|---|---|---|
| 203 | 1-5; 12-15 | Irrelevant; unduly prejudicial; opinions are not contained in Ms. Smalley's expert report and opinions are not made within a reasonable psychological probability/certainty. |
| 204 | 1-3; 16-25 | Irrelevant; unduly prejudicial; opinions are not contained in Ms. Smalley's expert report and opinions are not made within a reasonable psychological probability/certainty. |
| 207 | 3-6 | Irrelevant; unduly prejudicial; references to Felix Consent Decree should be precluded as a matter of law. |

DATED: Honolulu, Hawaii, January 17, 2008

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247;Defendant Department of Education's Objections and Counter-Designation of the Transcript of Kimberly Smalley