IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS AND COUNTER-DESIGNATION OF DEPOSITION TRANSCRIPT OF CARA ENTZ TAKEN ON JUNE 28, 2007*, was duly served electronically through CM/ECF on the following parties to their last known address on January 17, 2008:

> **STANLEY E. LEVIN, ESQ.**
> **MICHAEL K. LIVINGSTON, ESQ.**
> **SUSAN K. DORSEY, ESQ.**
> 851 Fort Street; Suite 400
> Honolulu, HI  96813
>
>     and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, January 17, 2008.


                                /s/ Gregg M. Ushiroda
                                JOHN T. KOMEIJI
                                GREGG M. USHIRODA
                                LEIGHTON M. HARA
                                ROSS T. SHINYAMA

                                GARY K.H. KAM
                                GEORGE S.S. HOM
                                HOLLY T. SHIKADA

                                Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Certificate of Service.