395195.1

**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA**  #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**      #2498-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, <br><br> Defendants. | CIVIL NO. CV 04-00442 HG/BMK <br> CIVIL NO. CV 05-00247 HG/BMK <br> CONSOLIDATED <br> (Other Civil Action) <br><br> DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS AND COUNTER-DESIGNATION OF DEPOSITION TRANSCRIPT OF CARA ENTZ TAKEN ON JUNE 28, 2007; DECLARATION OF GREGG M. USHIRODA; EXHIBIT "A"; and CERTIFICATE OF SERVICE <br><br> **TRIAL: February 26, 2008** |

**DEFENDANT DEPARTMENT OF EDUCATION'S
OBJECTIONS AND COUNTER-DESIGNATION OF DEPOSITION TRANSCRIPT OF
CARA ENTZ TAKEN ON JUNE 28, 2007**

Comes now Defendant DEPARTMENT OF EDUCATION("DOE") by and through its attorneys, WATANABE ING & KOMEIJI LLP, and hereby submits its objections and counter-designation of the deposition transcript of Cara Entz taken on January 28, 2007.

As a general objection, the DOE objects to the use of the discovery deposition of Cara Entz ("Ms. Entz") by Plaintiffs on the grounds that it constitutes improper use of her deposition pursuant to Rule 32 of the Federal Rules of Civil Procedure. There is no showing that Ms. Entz is unable to attend trial and that her non-attendance was not procured.

Without waiving these objections, the DOE submits the following:

A.  **COUNTER-DESIGNATIONS**

| PAGE(S) | LINE(S) | COMMENTS |
|---|---|---|
| 226-227 | 12:4 | |
| 229-230 | 21:8 | |
| 230-236 | 16:19 | |
| 241-242 | 19:7 | |
| 298 | 11 | |
| 300-302 | 21:2 | |
| 344-345 | 10:3 | |

B. **OBJECTIONS TO PLAINTIFFS' DESIGNATIONS**

| PAGE(S) | LINE(S) | OBJECTION(S) |
|---|---|---|
| (By Mr. Ushiroda) | | |
| 52-53 | 25:3 | Hearsay |
| 79 | 5-9 | Notation re: marking of exhibit |
| 79 | 20 | Notation re: discussion held off the record |
| 83 | 18-20 | Notation re: discussion off the record |
| 98 | 14-17 | Notation re: marking of exhibit |
| 102 | 13-15 | Comments by counsel re: recess |
| 106 | 20-21 | Comments by counsel re: going off the record |
| 116 | 3-6 | Notation re: marking of exhibit |
| 118 | 5-11 | Hearsay |
| 125 | 22:2 | Irrelevant |
| 126 | 3-5 | Irrelevant; comments by counsel |
| 126 | 7-9 | Irrelevant; comments by counsel |
| 132 | 9-11 | Notation re: marking of exhibit |
| 149 | 4-7 | Comments by counsel; notation re: discussion off the record |
| 161 | 2 | Comments by counsel re: recess |

| PAGE(S) | LINE(S) | OBJECTION(S) |
|---|---|---|
| 202 | 16-18 | Notation re: marking of exhibit |
| 209 | 19-21 | Notation re: marking of exhibit |

(By Mr. Varady)

| PAGE(S) | LINE(S) | OBJECTION(S) |
|---|---|---|
| 225 | 9 | Comments by counsel |
| 225 | 13 | Comments by counsel |
| 225 | 16-20 | Irrelevant |
| 253 | 1-4 | Incomplete as only designates part of the question |
| 256 | 3-7 | Objection; lack of foundation |
| 256 | 10-17 | Objection; lack of foundation |
| 258 | 1-3 | Comments by attorney |
| 259 | 15-20 | Objection; lack of foundation and speculative |
| 259-260 | 22:4 | Objection; lack of foundation and speculative |
| 262 | 6-15 | Counsel struck question |
| 262-263 | 18:5 | Objection; lack of foundation |
| 263 | 14-15 | Notation re: discussion off the record |
| 263 | 17-20 | Comments by attorney |
| 264-265 | 22:5 | Objection made |

- 4 -

| PAGE(S) | LINE(S) | OBJECTION(S) |
|---|---|---|
| 266-267 | 23:2 | Comments by attorney |
| 268 | 11-16 | Comments by attorney |
| 270 | 21-22 | Irrelevant to extent deals with Felix |
| 272 | 7-8 | Comments by attorney re: marking of exhibit |
| 275 | 9-23 | Objection; Calls for speculation; lack of foundation; assumes facts not in evidence |
| 276 | 1-11 | Objection; Misstates Testimony |
| 277-279 | 1:8 | Irrelevant |
| 279 | 9 | Comments by counsel |
| 279-281 | 12:12 | Irrelevant |
| 281 | 8-15 | Objection; Speculative |
| 282-283 | 24:5 | Objection; Mischaracterizes testimony |
| 286-287 | 24:2 | Hearsay |
| 291-292 | 18:6 | Irrelevant |
| 292-293 | 10:2 | Hearsay |
| 293 | 3-13 | Objection; Lack of foundation; assumes facts not in evidence; speculative |
| 293-294 | 14:3 | Objection; Lack of foundation; assumes facts not in evidence; speculative |

| PAGE(S) | LINE(S) | OBJECTION(S) |
|---|---|---|
| 294 | 15-17 | Witness rephrased |
| 298 | 6-10 | Objection made in undesignated portion |
| 306-307 | 12:10 | Irrelevant |
| 309 | 21-25 | Comments by attorney |
| 311 | 2-5 | Comments by attorney |
| 311 | 6-16 | Objection made |
| 321 | 12-14 | Counsel struck the question and rephrased |
| 326 | 3-9 | Objection; misstates testimony |
| 327 | 5-8 | Hearsay |
| 329 | 11-12 | Counsel struck the question and rephrased |
| 329 | 16-24 | Objection; Assumes facts not in evidence; speculative |
| 330 | 1-12 | Objection; Assumes facts not in evidence; lack of foundation; speculative |
| 330-331 | 21:1 | Objection; Vague |
| 332-333 | 22:3 | Objection; Lack of foundation; assumes facts not in evidence. |
| 334 | 16-17 | Counsel rephrased question |
| 335-336 | 19:3 | Comments by counsel; notation re: discussion off the record |

| PAGE(S) | LINE(S) | OBJECTION(S) |
|---------|---------|--------------|
| 337 | 2-3 | Notation re: discussion off the record |

DATED: Honolulu, Hawaii, January 17, 2008.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA
Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Defendant Department of Education's Objections and Counter-Designation of Deposition Transcript of Cara Entz Taken on June 28, 2007