395520.1
**MARK J. BENNETT**       #2672-0
Attorney General, State of Hawaii
**HOLLY T. M. SHIKADA** #4017-0
**GARY K.H. KAM**         #4391-0
**GEORGE S. S. HOM**      #2487-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: holly.t.shikada@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**      #2498-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>           Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>           Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**NOTICE OF ERRATA RE: DEFENDANT DEPARTMENT OF EDUCATION'S DESIGNATION OF DEPOSITION TESTIMONY OF REBECCA GAVIN TAKEN ON JULY 20, 2007; DECLARATION OF GREGG M. USHIRODA; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br>**TRIAL: February 26, 2008** |

**NOTICE OF ERRATA RE: DEFENDANT DEPARTMENT OF EDUCATION'S DESIGNATION OF DEPOSITION TESTIMONY OF REBECCA GAVIN TAKEN ON JULY 20, 2007**

WHEREAS, on January 14, 2008, Defendant Department of Education filed their Designation of Deposition Testimony of Rebecca Gavin Taken On July 20, 2007,

WHEREAS, the designation of those portions was referenced but inadvertently not included in the Designation,

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that a true and correct copy of Rebecca Gavin's deposition transcript (Exhibit A) is attached to the Declaration of Gregg M. Ushiroda hereto.

DATED: Honolulu, Hawaii, January 17, 2008.

/s/Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants