Of Counsel:
DAVIS LEVIN & LIVINGSTON
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY           4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447 FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**SUPPLEMENTAL DECLARATION OF STANLEY E. LEVIN IN OPPOSITION TO DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO EXCLUDE ANY HEARSAY TESTIMONY BY KIMBERLY SMALLEY [DOCKET NO. 351]; CERTIFICATE OF SERVICE** |
|---|---|

**SUPPLEMENTAL DECLARATION OF STANLEY E. LEVIN IN OPPOSITION TO DEFENDANT DEPARTMENT OF EDUCATION'S**

## MOTION IN LIMINE TO EXCLUDE ANY HEARSAY TESTIMONY BY KIMBERLY SMALLEY [DOCKET NO. 351]

STANLEY E. LEVIN, declares:

1. I am one of the attorneys of record and make this declaration of my own personal knowledge.

2. Plaintiffs' Initial Disclosure was filed on January 23, 2006 and did not name Dr. Smalley as witness. (*See* Docket No. 84).

3. Plaintiffs' Supplemental Initial Disclosure was filed on February 23, 2006 and again did not name Dr. Smalley as witness. (*See* Docket No. 88).

4. On March 28, 2006 Plaintiffs, by and through its RESPONSE TO DEFENDANT DEPARTMENT OF EDUCATION'S REQUEST FOR ANSWERS TO INTERROGATORIES TO STANLEY BOND DATED MARCH 3, 2006 , indicated that Dr. Smalley would testify as an expert witness.

5. Pursuant to the Amended Rule 16 Scheduling order dated May 22, 2006, (s*ee* Docket No. 172), Plaintiffs filed the Expert Witness Disclosure on May 30, 2006.  (*See,* Docket No. 180).

6. On December 19, 2006, the trial Court ruled on the parties dispositive motions and issued her Order Denying Defendants' Motion for Summary Judgment, Construed as a Motion for Judgment on the Pleadings

and Denying Plaintiffs' Motion for Partial Summary Judgment and Denying in Part and Granting in Part Plaintiffs' Motion to Enforce the Doctrine of Issue Preclusion Regarding all Administrative Hearing Decisions and the Settlement Agreement and Denying Plaintiffs' Motion to Strike Declarations for Non-Compliance with Rule 56(e) and Denying Plaintiffs' Motion to Amend or Supplement the Record (the "Decision").

7. Subsequently, after the Decision, the Court issued a second Amended Rule 16 Schedule Order on January 9, 2007, reopening all deadlines and setting all new trial, discovery and expert and other disclosure deadlines. (*See* Docket No. 218).

8. Pursuant to the Amended Rule 16 Scheduling Order, Plaintiffs were to disclose their experts and their reports on June 5, 2007.

9. On June 5, 2007 Plaintiffs filed their AMENDED DISCLOSURE OF EXPERT WITNESSES PURSUANT TO RULE 26(a)(2), FRCP (*See* Docket No. 233).

10. On June 8, 2007 Plaintiffs filed their SECOND AMENDED DISCLOSURE OF EXPERT WITNESSES PURSUANT TO RULE 26(a)(2), FRCP (*See* Docket No. 236).

11. Dr. Kimberly Smalley was not identified as an expert witness in either of the new post-Decision expert disclosures, nor did they submit a report identified as her expert report.

12. On October 16, 2007, Plaintiffs filed their Pretrial Conference Statement. Dr. Smalley is not identified as an expert. (*See* Docket No. 317).

13. The description of Dr. Smalley's testimony does not state that she will be testifying as an expert witness unlike the descriptions of Dr. LeGoff and Dr. Freeman. Rather, it provides that "Dr. Smalley will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present." (*See* Docket No. 317).

14. Plaintiffs have not retained Dr. Smalley as a Rule 26 testifying expert and have never retained her to prepare, sign and submit a written report.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai`i, January 17, 2008.

/s/ Stanley E. Levin
STANLEY E. LEVIN

## **CERTIFICATE OF SERVICE**

I certify the attached document was served electronically via CM/ECF on the date indicated below addressed to:

Gregg M. Ushiroda gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara lhara@wik.com,
rgeorge@wik.com
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu  HI 96813

Holly T. Shikada holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov,
michael.t.burke@hawaii.gov
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813

Attorneys for Defendants

DATED: Honolulu, Hawaii, January 14, 2007.

           /s/ Carl M. Varady
           Carl M. Varady