# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | Stanley E. Levin<br>Michael Livingston and<br>Carl M. Varady |
| ATTYS FOR DEFT: | John Komeiji<br>Gregg M. Ushiroda<br>and Holly Shikada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Gloria Bediamol |
| DATE: | 01/18/2008 | TIME: | 2:11pm-3:20pm |

COURT ACTION: EP: Status Conference Regarding the 9th Circuit's recent decision in Mark H. Vs. Lemahieu-Court and Counsel discussed the Status of this Case.
Counsel are to submit a memorandum on the issue of administrative exhaustion and the impact of the 9th Circuit's recent decision by 1/22/2008 by 12:00 Noon. Further Status Conference set for 1/23/2008 @l0:00 a.m. before this Court.


Submitted by Leslie L. Sai, Courtroom Manager