# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | 01/18/2008 | TIME: | |

COURT ACTION: EO:   "MINUTE ORDER"

In light of today's status conference, the Court hereby orders each party to submit a memorandum on the issue of administrative exhaustion and the impact of the 9th Circuit's recent decision in Mark H. v. Lemahieu on the instant case. The memoranda are due on Tuesday, January 22, 2008, at 12:00 p.m. The Court will hear argument on the memoranda at a hearing on Thursday, January 24, 2008, at 10:00 a.m. The final pretrial conference, at which the Court will hear argument on the motions in limine, is hereby continued to Wednesday, January 30, 2008, at 9:30 a.m.

Submitted by Leslie L. Sai, Courtroom Manager