IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

### DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

    1.   I am one of the attorneys representing Defendant Defendants DEPARTMENT OF EDUCATION("DOE"), and ALVIN RHO ("RHO"),(collectively the "DEFENDANTS") in the above-entitled matter and have personal knowledge of the matters set forth herein.

    2.   I am licensed to practice law before all state and federal courts in the State of Hawai'i.

    3.   Attached hereto as Exhibit "A" is a true and accurate copy of Plaintiffs' First Amended Complaint filed November 20, 2007.

4. Attached hereto as Exhibit "B" is a true and accurate copy of Plaintiffs' Complaint in Civil Case No. 05-00247 SOM-BMK filed April 8, 2005.

5. Attached hereto as Exhibit "C" is a true and accurate copy of Plaintiffs' Verified Amended Complaint and Supplemental Complaint in Civil Case No. 04-00442 HG-BMK filed July 1, 2005.

6. Attached hereto as Exhibit "D" is a true and accurate copy of page 129 of the Deposition of Betty Jo Freeman, Ph.D. taken on September 24, 2007.

7. Attached hereto as Exhibit "E" are true and accurate copies of pages 117-118 of the Deposition of Daniel LeGoff, Ph.D. taken on August 23, 2007.

8. Attached hereto as Exhibit "F" is a true and accurate copy of a Psychological Assessment of Bryan Wiles-Bond done by Betty Jo Freeman, Ph.D. (dates of report 07/22/06, 07/23/06, 07/24/06, 07/25/06 and 07/26/06).

9. Attached hereto as Exhibit "G" is a true and accurate copy of a Psychological Assessment of Bryan Wiles-Bond done by Betty Jo Freeman, Ph.D. (date of report 5/25/07).

10. Attached hereto as Exhibit "H" is a true and accurate copy of a Neurodevelopmental Evaluation (Dates of Evaluation 06/17/05, 06/18/05) done by Daniel LeGoff, Ph.D.

11. Attached hereto as Exhibit "I" is a true and accurate copy of an Estimate of the Costs of Residential, Remedial and Educational Services for Bryan dated 12/13/05 done by Daniel LeGoff, Ph.D.

12. Attached hereto as Exhibit "J" is a true and accurate copy of a Neurodevelopmental Re-Evaluation (Date of Examination 06/01/07) done by Daniel LeGoff, Ph.D.

13. Attached hereto as Exhibit "K" is a true and accurate copy of page 225 of the Deposition of Stanley Bond taken on May 11, 2007.

14. Attached hereto as Exhibit "L" is a true and accurate copy of page 300 of the Deposition of Ann Kimball-Wiles taken on June 30, 2007.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, January 22, 2008.

/s/ Gregg M. Ushiroda
GREGG M. USHIRODA