FILE COPY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII
```

**CERTIFIED COPY**

```
 4   ANN KIMBALL WILES and STANLEY    )
     BOND, individually and as next   )
 5   friends of their son, BRYAN      )
     WILES-BOND, a minor,             )
 6                                    )
                   Plaintiffs,        ) CIVIL No.
 7                                    ) CV-04-00442 HG/BMK
     vs.                              ) CV 05-00247 HG/BMK
 8                                    )
     DEPARTMENT OF EDUCATION,         ) CONSOLIDATED
 9   State of Hawaii, and ALVIN RHO,  ) (Other Civil Action)
     in his official capacity as West )
10   Hawaii District Superintendent,  )
                                      )
11                 Defendants.        )
     _____)
12

13

14                         DEPOSITION OF

15                   BETTY JO FREEMAN, PH.D.

16                   LOS ANGELES, CALIFORNIA

17                     SEPTEMBER 24, 2007

18

19   ATKINSON-BAKER, INC.
     COURT REPORTERS
20   (800) 288-3376
     WWW.DEPO.COM
21

22   REPORTED BY:  TONI COHEN, CSR. NO. 9871

23   FILE NO.: A107854

24

25
```



1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | ) ) ) ) ) |
| Plaintiffs, | ) CIVIL No. |
| vs. | ) CV-04-00442 HG/BMK ) CV 05-00247 HG/BMK ) |
| DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, | ) CONSOLIDATED ) (Other Civil Action) ) ) ) |
| Defendants. | ) |

DEPOSITION OF BETTY JO FREEMAN, PH.D., taken on behalf of the Defendant, at 6101 West Century Boulevard, Los Angeles, California, at 8:58 a.m., on Monday, September 24, 2007, before Toni Cohen, CA CSR No. 9871/NV CCR No. 793.

2

1  found -- I guess it's the DOE -- that Bryan's IEPs were
2  not implemented. That seems to answer that question for
3  me.
4      Q    All right.
5      A    It's a fact. Programs weren't implemented. So
6  if you go back and start to review that, you know, you
7  start to see a pattern. And there were some issues with
8  attempting to implement Bryan's IEP. His IEPs weren't
9  implemented. He moved to California.
10     Q    I understand.
11          Are you offering an opinion today on the
12 adequacy of the IEPs developed in Hawaii, or is it just
13 your criticism is the lack of consistency of
14 implementation?
15     A    My criticism is the lack of implementing the
16 IEP, and there were things that could have been done to
17 have the IEPs implemented that weren't.
18     Q    Are you offering on opinion on whether the IEP
19 itself was appropriate?
20     A    No. That seems to be a decision that's already
21 been made, to my way of thinking, in several hearings and
22 things. So to me that decision has been made.
23     Q    All right. So, Doctor, is it fair to say that
24 when Bryan came to Hawaii in 1999 or -- in terms of what
25 his level of functioning is, are you just assuming that