IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CERTIFIED COPY

ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,

Plaintiffs,

vs.

DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,

Defendants,

CIVIL NO. CV 04-00442 HG/BMK
CIVIL NO. CV 05-00247 HG/BMK
CONSOLIDATED
(Other Civil Action)

* CORRECTED TRANSCRIPT *

OCTOBER 2, 2007

TRIAL: December 4, 2007

DEPOSITION OF

DANIEL B. LEGOFF, PH.D.

FOR THE OFFICES OF WATANABE, ING & KOMEIJI, LLP

VOORHEES, NEW JERSEY

AUGUST 23, 2007

ATKINSON-BAKER, INC.
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(818) 551-7300

REPORTED BY: ANGELA M. KING, RPR, CSR

FILE NO.: A106C36



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants, | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>TRIAL: December 4, 2007 |

Deposition of Daniel B. LeGoff, Ph.D., taken on behalf of Defendant, at 1000 Laurel Oak Road, Voorhees, New Jersey, commencing at 8:00 a.m. on Thursday, August 23, 2007, Angela M. King, RPR.

A. It's a letter from me to Mr. Levin dated December 13, 2005.

Q. And what does this letter purport to convey to Mr. Levin?

A. It provides a summary of estimated costs of residential, remedial and educational services for Bryan. Both like the actual costs and estimation of the portion of costs that have directly resulted from previous education and neglect.

Q. Are you going to offer an opinion -- what is educational neglect?

A. Lack of provision of services as specified in child's IEP or lack of provision of educational services according to current best practice standards.

Q. I'm sorry. Lack of provision of services in a accordance with --

A. According to the IEP. Or if the IEP was inaccurate, then according to educational standards.

Q. Do you have an opinion -- are you going to render an opinion on Bryan's IEP whether it was adequate or not?

A. That hasn't come up. I haven't been

asked to evaluate the adequacy of his IEP. But simply, it's pointed out that the IEP was not implemented as written.

Q. Is that something you assumed or were told to assume?

A. No. There was documentation that I provided.

Q. Okay. And the other component of -- the other aspect of educational neglect was lack of provision of services according to best practice standards?

A. Right.

Q. When you say best practice standards as it relates to the provision of services, what do you mean?

A. Guidelines of the National Research Counsel, Panel and Autism, the best practice documents of State of California, and the State of New York, State of New Jersey, and current educational literature relevant to children with autism.

Q. In those sources -- did you consult those sources of information?

A. Yes.

Q. And those sources set forth a best