```
 1          IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF HAWAII
 3                      - - -
 4
 5  ANN KIMBALL WILES and STANLEY
    BOND, individually and as next
 6  friend of their son, BRYAN
    WILES-BOND, a minor,
 7              Plaintiff,
    vs.                    Civil No. CV-05-00247 HG/BMK
 8  DEPARTMENT OF EDUCATION    No. CV-04-00442 HG/BMK
    State of Hawai'i, and ALVIN      CONSOLIDATED
 9  RHO, in his official capacity   (Other Civil Action)
    as West Hawai'i District
10  Superintendent,
                Defendants.
11  ------------------------------/
12
13
14
15              DEPOSITION OF
16              STANLEY BOND
17          WALNUT CREEK, CALIFORNIA
18              MAY 11, 2007
19
20
21  ATKINSON-BAKER, INC.
    COURT REPORTERS
22  (800) 288-3376
    www.depo.com
23
    REPORTED BY: DANUTA KRANTZ, CSR NO. 4782
24  FILE No.: A103D1F
25
```

CERTIFIED COPY

EXHIBIT K

1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF HAWAII
 3                              - - -
 4
 5   ANN KIMBALL WILES and STANLEY
     BOND, individually and as next
 6   friend of their son, BRYAN
     WILES-BOND, a minor,
 7              Plaintiff,
     vs.                         Civil No. CV-05-00247 HG/BMK
 8   DEPARTMENT OF EDUCATION     No. CV-04-00442 HG/BMK
     State of Hawai'i, and ALVIN      CONSOLIDATED
 9   RHO, in his official capacity  (Other Civil Action)
     as West Hawai'i District
10   Superintendent,
                Defendants.
11   _____/
12
13
14         Deposition of STANLEY BOND, taken on behalf
15   of Defendants, at Embassy Suites 1345 Treat Boulevard,
16   Walnut Creek, California, commencing at 9:15, Friday,
17   May 11, 2007, before Danuta Krantz, CSR No. 4782.
18
19
20
21
22
23
24
25
```

2

```
 1         A.   It varied from month to month.  So he
 2   received a portion of the services, but he did not
 3   receive the 95 percent that was required by these
 4   orders, and really, what was necessary to implement his
 5   educational program as it was designed by the IEP team.
 6         Q.   But you allege, though, that the DOE only
 7   provided approximately 75 percent?
 8         A.   Yes.
 9         Q.   And how did you arrive at that -- or how
10   was that figure arrived at?
11         A.   Well, we looked at the number of hours that
12   should have been provided per month, that should have
13   been, you know, and we looked at the number of hours
14   that were actually provided per month.  And we had --
15   we had sign-in sheets for the skills trainers, and we
16   did a percentage, you know.
17              So, you divide the number of hours that
18   actually are done by the number of hours that should
19   have been provided, and you come out with a percentage.
20   And it varied somewhat from month to month, but 75
21   percent is a pretty good average.
22         Q.   From what point are you taking this from,
23   from what point in time to what point in time?
24         A.   Well, again, it varied, and I have to go
25   back and look at my -- look at my figures, but,
```