```
        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF HAWAII
                        - - -

ANN KIMBALL WILES and STANLEY
BOND, individually, and as next
friend of their son, BRYAN
WILES-BOND, a minor,

        Plaintiffs,

vs.                              Civil No. CV-05-00247 HG/BMK
                                      No. CV-04-00442 HG/BMK
DEPARTMENT OF EDUCATION                  CONSOLIDATED
State of Hawai'i, and ALVIN           (Other Civil Action)
RHO, in his official capacity
as West Hawai'i District
Superintendent,

        Defendants.
_____/


                      VOLUME III

               (Pages 286 through 404)

                    DEPOSITION OF

                  ANN KIMBALL WILES

               WALNUT CREEK, CALIFORNIA

                SATURDAY, JUNE 30, 2007



ATKINSON-BAKER, INC.
COURT REPORTERS
www.depo.com
(800) 288-3376
REPORTED BY:  MARYANN P. COSTA RPR, RMR, CSR NO. 5820
FILE NO.: A104D03
```

FILE COPY

CERTIFIED COPY

286

EXHIBIT L

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF HAWAII
                              - - -
ANN KIMBALL WILES and STANLEY
BOND, individually, and as next
friend of their son, BRYAN
WILES-BOND, a minor,

     Plaintiffs,

vs.                                  Civil No. CV-05-00247 HG/BMK
                                     No. CV-04-00442 HG/BMK
DEPARTMENT OF EDUCATION                      CONSOLIDATED
State of Hawai'i, and ALVIN              (Other Civil Action)
RHO, in his official capacity
as West Hawai'i District
Superintendent,

     Defendants.
_____/
```

        Volume III, Deposition of ANN KIMBALL WILES, taken on behalf of Defendants, at Embassy Suites, 1345 Treat Boulevard, Walnut Creek, California, commencing at 1:50 p.m., Saturday, June 30, 2007, before Maryann P. Costa RPR, RMR, CSR No. 5820.

287

1  able to master the program. And, because their
2  implementation was incorrect, it actually -- we had to
3  back off the program and try and revamp it, and it was a
4  mess.
5      MR. VARADY: Sorry. Just to clarify the record,
6  counsel, I believe what she had previously testified to
7  was that, by the time of summer to fall of '04, the
8  program had completely eroded. That was my understanding
9  of what she was saying.
10     MR. USHIRODA: Well, maybe I had a different
11 understanding.
12     MR. VARADY: Okay.
13     MR. USHIRODA: Q. I'm just trying to set up a time
14 frame so, at least, we know the time period we're talking
15 about.
16     MR. VARADY: Okay.
17     MR. USHIRODA: Q. So, you're saying the program, if
18 I can gather from your testimony, the program started to
19 erode in December of '03; is that correct?
20     A. I would say -- I would say that it started to
21 erode, actually, before then, and it just kept gaining
22 momentum.
23     Q. Okay, and, about when did it start?
24 Fall of '03?
25     A. Yeah -- yes.