IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>   Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>   Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S BRIEF DETAILING THE STATUS OF THE PRESENT CASE AFTER MARK H. DECISION*, was duly served electronically through CM/ECF on the following parties to their last known address on January 22, 2008:

>   **STANLEY E. LEVIN, ESQ.**
>   **MICHAEL K. LIVINGSTON, ESQ.**
>   851 Fort Street; Suite 400
>   Honolulu, HI   96813
>
>       and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, January 22, 2008.


                              /s/ Gregg M. Ushiroda
                              JOHN T. KOMEIJI
                              GREGG M. USHIRODA
                              LEIGHTON M. HARA
                              ROSS T. SHINYAMA

                              GARY K.H. KAM
                              GEORGE S.S. HOM
                              HOLLY T. SHIKADA

                              Attorneys for Defendants

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Certificate of Service

- 2 -