IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN, declares:

1.　I am one of the attorneys of record and make this declaration of my own personal knowledge.

2.　Attached hereto as Exhibit "A" is a true and correct copy of Requests for Due Process Hearings dated February 27, 2001, February 26, 2004, June 11, 2004.

I declare under penalty of perjury the foregoing is true.

    DATED:    Honolulu, Hawai`i, January 22, 2008.

/s/ Stanley E. Levin

_____

STANLEY E. LEVIN