# HAWAII DEPARTMENT OF EDUCATION

# REQUEST FOR IMPARTIAL HEARING

| For DOE use only: |
|---|
| Date of Receipt by District Superintendent _____ Initials _____ |

TO: _____, District Superintendent

**Hawaii Island** District

FROM: **Stanley C. Bond Jr**
Print Name

☑ Parent/Legal Guardian or ☐ Department Representative
(Check One)

RE: **Bryan Wiles-Bond**
Name of Student

**10-28-91**
Date of Birth

**76-6249 Kupuna St**
Student's Mailing Address   **K-K**

**Kealakehe Elem.**
School Attending

This is to request a Chapter 8-56/Chapter 8-53 impartial hearing concerning the education of the above-named student. The reason(s) are: (In the appropriate spaces below, or on attached sheet(s), please indicate the nature of the problem by providing descriptive information of the concern, and describe a proposed resolution of the problem as you see it, to the extent known to you.)  Please be specific.

**IDENTIFICATION:** (Referral process prior to evaluation or eligibility determination)
Description of concern:




Proposed Resolution:




**EVALUATION:** (Activities involved in information gathering for special education eligibility and/or to determine the extent of special education and related services needed by the student)
Description of concern:




Proposed Resolution:




**PLACEMENT:** (The educational setting for the implementation of the IEP/MP)
Description of concern:




Proposed Resolution:


DISTRIBUTION: District Superintendent
OLTSS, Special Education Administration Section
Parent
Principal, DOE School of attendance

DLTSS Form 105  8/C
Request for Impartial Hearing
Page 1 of


EXHIBIT A

**PROVISION OF A FREE AND APPROPRIATE PUBLIC EDUCATION:** (Activities/services related to the Program)

Description of concern:

Proposed Resolution:

**OTHER:** (Please explain specifically)

Description of concern:

1. Failure to provide one on one TA services (as specified in the IEP & CSP) and failure to provide speech services agreed to in IEP
2. Failure to implement the IEP. This would include having a PEC's system in place, following the DTT program set forth by Bryan's psychologist and using the TEACCH method to address objectives.

Proposed Resolution:

1. Secure a TA who is trained in DTT and TEACCH methods & who will not jeopardize the health or safety of our child.
2. If a TA cannot be found, recruit a special education teacher or professional from an outside agency or the mainland who has the skills described above.

I understand that parties involved in disputes as indicated in this request are encouraged to resolve such disputes through mediation.

☒ I would like to have an impartial mediator appointed and a mediation conference held. (By checking this space, I understand that mediation will neither delay the hearing process nor deny me the right to a hearing.)

☐ I do not wish to use the mediation process at this time and would like to proceed with the due process hearing.

Additional information, if applicable:

☐ I will need the services of an interpreter. The type/kind of interpreter needed is: _____

☒ I will be accompanied and advised by counsel at the hearing. The name, address, telephone & FAX number of counsel (if known at this time) is _____

Signature of Requester: _[signature]_                Date: 2/27/01

Mailing Address: 76-6249 Kupuna Street

City: Kailua-Kona       State: HI       Zip: 96740

Phone: 331-8632 / 329-6881 ext 203        FAX, if available: 329-2597

DISTRIBUTION: District Superintendent
DLTSS, Special Education Administration Section
Parent
Principal, DOE School of Attendance

DLTSS Form 106  6/00
Request for Impartial Hearing
Page 2 of 2



**Alston Hunt Floyd &Ing**

Attorneys at Law
A Law Corporation

VIA FAX AND MAIL: 808-327-4994

February 26, 2004

Mr. Alvin Rho
Complex Area Superintendent
West Hawai'i Complex
75-140 Hualalai Rd.
Kailua-Kona, HI 96740

   Re: **Bryan Wiles-Bond, Kealakehe Intermediate School**
     **DOB: October 28, 1991**

Dear Mr. Rho:

On behalf of the parents of Bryan Wiles-Bond, I am request a hearing pursuant to 20 U.S.C. 1401 et seq. and Chapters 53 and 56, H.A.R., on issues relating to Bryan's special education.

Bryan is a 12-year old autistic boy who has severe developmental delays in cognition, speech and social abilities. He is not yet toilet trained. He has multiple issues which result from self-stimming behaviors and his need for consistent, intensive services. Bryan has been enrolled in the Hawai'i public school system since his family moved here in 1999.

In a Decision and Order dated May 21, 2001, an agreement reached between the Department of Education and Bryan's parents concerning the DOE's failure to provide services required by Bryan's IEP was formalized. When the DOE failed to comply with the Decision, a complaint was filed in the United States District Court. Bryan's parents and the DOE entered into a Settlement Agreement on July 1, 2002 which requires, *inter alia,* the DOE to hire, train and have in place the skills trainers needed to consistently provide Bryan with not less than 95% per calendar month of the skills trainer hours to which he is entitled under his IEP. Between October and February, the DOE did not provide sufficient skills trainers, and did not have the trained substitutes required by the Settlement Agreement.

The issues for the hearing are:

18th Floor ASB Tower
1001 Bishop Street
Honolulu Hawai'i 96813
Tel: (808) 524-1800
Fax: (808) 524-4591

Carter Professional Center
Suite C21
65-1230 Mamalahoa Highway
Kamuela Hawai'i 96743
Tel: (808) 885-6762
Fax: (808) 885-8065

E-mail: info@ahfi.com
www.ahfi.com

**FILE COPY**

250557-1/6515-1

Mr. Alvin Rho
Complex Area Superintendent
West Hawai'i Complex
February 26, 2004
Page 2

FAPE:

1. The DOE's repeated failure to provide the services required by Bryan's IEP.

2. The DOE's failure to ensure that trained skills trainers are hired and available to provide services for children like Bryan.

3. The DOE's failure to provide skills trainers who can communicate with Bryan, who communicates with American Sign Language.

4. The DOE's failure to comply with the Settlement Agreement.

5. The DOE's failure to provide Bryan's parents with prompt and complete information about complaints which the DOE now states prevented it from providing skills trainers.

6. The DOE's failure to promptly address Bryan's needs for additional expertise to provide effective toilet training, after acknowledging that need in October 2003. Hawai'i Administrative Regulations provide that if "the IEP team determines that a student needs a particular device or service (including an intervention, accommodation, or other program modification) in order for the student to receive a free appropriate public education, the IEP team shall include a statement to that effect in the student's IEP."

Proposed Resolution:

1. A declaration that the DOE has failed to provide Bryan with a free, appropriate public education for the reasons set forth above, and that he is entitled to compensatory education.

2. A declaration that the DOE has breached the Settlement Agreement (pursuant to HAR 8-56-72(b), or that the Administrative Hearing Officer has no jurisdiction to determine whether the DOE has breached the Settlement Agreement.

Mr. Alvin Rho
Complex Area Superintendent
West Hawai'i Complex
February 26, 2004
Page 3

    3.    Determination that Petitioner is the prevailing party in this proceeding.

By agreement with Lono Beamer, Deputy Attorney General, who is currently representing the Department of Education on this matter, I am requesting that a hearing be set on March 29 and 30, or April 1 and 2, dates that Mr. Beamer, my clients and I are available. This will permit an expedited hearing and avoid further damage to Bryan.

Very truly yours,

SHELBY ANNE FLOYD

SAF/bh

cc:    Dr. and Mrs. Stan Bond
       Lono Beamer, Esq.

250557-1/6515-1

DEPARTMENT OF EDUCATION
REQUEST FOR **IMMEDIATE** IMPARTIAL HEARING

Re: Bryan Wiles-Bond
DOB: 10/28/91

TO:      Alvin Rho      FAX NO: 327-4994 (3 pp.)
Complex Area Superintendent
West Hawai'i District, Dept. of Education
750140 Hualalai Rd.
Kailua-Kona, HI 96740

FROM:    Shelby Anne Floyd, Esq.
on behalf of Dr. Stanley Bond
Father of Bryan Wiles-Bond
76-6249 Kupuna St.
Kailua-Kona, HI 96740

This is to request an <u>immediate</u> Chapter 8-56/Chapter 8-53 impartial hearing concerning the education of the above-named student.

---

The reason(s) are: (in the appropriate spaces below, or on an attached sheet(s), please indicate the nature of the problem by providing descriptive information of the concern, and describe a proposed resolution of the problem as you see it, to the extent known to you).

### Description of the Concern and Violations

Primary Concerns: Placement and Provision of FAPE

General Statement: Bryan is a 13-year old boy with autism. His primary means of communication is through signs, specifically American Sign Language. Because of his high needs, Bryan's IEP requires that he receive services every day of the year except for four holidays. His IEP provides that he is to receive approximately 70 hours of services a week, both in school and at home and in the community. Over the last several years, there have been multiple times when Bryan's IEP has not been carried out, which has resulted in two due process hearings, and various other legal proceedings. In each case, the DOE has been ordered to or has otherwise agreed to provide services.

As of this date, there is no trained, certified and/or qualified teacher available to deliver Bryan's program, in that the teacher hired for his class for the

1

summer of 2004 is not a certified teacher, and lacks credentials to teach an autistic child like Bryan. The teacher is also not able to communicate with Bryan through American Sign Language. In addition, the teacher hired for Bryan's classroom for the 2004-2005 school year, lacks experience working with autistic children and lacks the ability to use American Sign Language and therefore cannot communicate with Bryan. On May 11, 2004, in a Decision issued in response to a due process request, the hearing officer found: "It is frustrating for Bryan to communicate with someone who does not know ASL and he does not progress."

Because Bryan's summer program begins June 21, 2004, it is imperative that an immediate hearing be held on the following issues, pursuant to 34 C.F.R. 300.528. Petitioner is ready to proceed with 24 hours notice.

1. The Department of Education violated 34 CFR 300.17(a)(1) by failing to provide special education and related services which meet Bryan's unique needs, including qualified teachers who can use ASL.

2. The Department of Education violated 8-56-42 and 34 CFR 300.350 by (a) failing to provide special education and related services in accordance with the IEP for Bryan and (b) failing to make a good faith effort to implement the IEP.

Procedural Violations

1. The DOE failed to provide services as required by Bryan's IEP in violation of 34 CFR 300.342(b)(2).

**Proposed Resolutions:**

1. Immediately hire a certified teacher who is experienced and trained in the teaching of autistic children, and who is trained in the use of ASL, for Bryan's summer school class.

2. Immediately hire a certified teacher who is experienced and trained in the teaching of autistic children, and who is trained in the use of ASL, for Bryan's 2004-2005 class.

2

3. Reimburse reasonable attorneys fees and costs.

I understand that the parties involved in disputes as indicated in this request are encouraged to resolve such disputes through mediation.

☑ I would like to have an impartial mediator appointed and a mediation conference held so long as mediation will neither delay the hearing process nor deny the right to a hearing.

☑ I will accompany Bryan's parents at the hearing.
Shelby Anne Floyd, Alston Hunt Floyd & Ing, Ste C21,
65-1230 Mamalahoa Hwy., Kamuela, HI 96743
Telephone: (808) 885-6762
Facsimile: (808) 885-8065

_____        _____June 11, 2004_____
Signature of Requestor                                Date
Shelby Anne Floyd
on behalf of Dr. Stanley Bond

cc: Dr. Stanley Bond
    Kealakehe Intermediate School

3