IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>    Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on January 22, 2008, a true and correct copy of the foregoing document was duly served upon the following parties by electronic filing via CM/ECF:

  Holly T. Shikada, Esq. holly.t.shikada@hawaii.gov,
  Cheryl.H.Oeda@hawaii.gov, Michael.t.burke@hawaii.gov
  Deputy Attorneys General
  235 S. Beretania Street, Room 304
  Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq. gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara, Esq. lhra@wik.com, rgeorge@wik.com
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, January 22, 2008.


　　　　　　　　　　　　　　/S/ STANLEY E. LEVIN
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　STANLEY E. LEVIN
　　　　　　　　　　　　　　MICHAEL K. LIVINGSTON
　　　　　　　　　　　　　　CARL M. VARADY

　　　　　　　　　　　　　　Attorneys for Plaintiffs

2