# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | Stanley E. Levin and Carl M. Varady |
| ATTYS FOR DEFT: | John Komeiji, Gregg Ushiroda, Ross Shinyama and Holly Shikada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Debra Chun |
| DATE: | 01/24/2008 | TIME: | 10:06am-11:17am |

COURT ACTION: EP: Further Status Conference Re-the issue of administrative exhaustion and the impact of the 9th Circuit's recent decision in Mark H. V. Lemahieu-Oral Argument Held.

As to the Administrative Exhaustion Issues-Defendants' Motion to Dismiss is hereby Denied.

Plaintiffs' Leave to file an Amended Complaint is hereby Granted.

Defendants' Request to Continue the Trial Date of 2/26/2008 is hereby Granted.

A Rescheduling Conference will be set before Judge Kurren to reset Trial Date, Trial related Deadlines, Discovery Deadline, Dispositive Motions Deadline, etc. Counsel will be notified as to the Date of this Conference.

Final PreTrial Conference and All Motions' in Limine set for hearing on 1/30/2008 is hereby vacated. All filed Motions' in Limine are hereby Terminated.

Court to issue a written order.

Submitted by Leslie L. Sai, Courtroom Manager