# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. v. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | Stanley E. Levin, Carl M. Varady |
| ATTYS FOR DEFT: | Holly T.M. Shikada, John T. Komeiji, Gregg M. Ushiroda, Leighton M. Hara |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 01/30/2008 | TIME: | 9:38 - 10 |

COURT ACTION: EP: Rescheduling Conference held.

Court to prepare a scheduling order.

1. Jury trial on June 17, 2008 at 9:00 a.m. before ACK
2. Final Pretrial Conference on May 6, 2008 at 9:00 a.m. before BMK
3. 
4. Final Pretrial Statement by April 29, 2008
5. 
6. 
7. File Dispositive Motions - no deadline given at this time
8a. File Motions in Limine by May 27, 2008
8b. File opposition memo to a Motion in Limine by June 3, 2008
11a. 
11b. 
12. 
13. Settlement Conference on call
14. 
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by June 3, 2008
21. File Final witness list by May 27, 2008
24. Exchange Exhibit and Demonstrative aids by May 20, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 27, 2008
26. File objections to the Exhibits by June 3, 2008

28a.   File Deposition Excerpt Designations by May 27, 2008
28b.   File Deposition Counter Designations and Objections by June 3, 2008
29.    File Trial Brief by June 3, 2008
30.

Other Matters:  Plaintiff to file an Amended Complaint by 2/13/2008.
Parties to file written discovery plan by 2/20/2008.
Response to discovery plan to be filed by 2/27/2008.
Status Conference Re Discovery 2/29/2008 @ 2:30 p.m., BMK.

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CV 04-00442ACK-BMK;
Ann Kimball Wiles, et al. V. Department of Education, State of Hawaii, et al.;
Rule 16 Scheduling Conference Minutes
01/30/2008