IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ANN KIMBALL WILES, et al.,    )        CV. NO. 04-00442 ACK-BMK
                      )
        Plaintiffs,      )
                      )
     vs.             )
                      )
DEPARTMENT OF EDUCATION,  )
STATE OF HAWAII, et al.,    )
                      )
        Defendants.     )
_____  )

## **AMENDED RULE 16 SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16 and LR 16.2, a rescheduling conference was

held on January 30, 2008, before the Honorable Barry M. Kurren, United States

Magistrate Judge.  Appearing at the conference were Stanley E. Levin and Carl M.

Varady for Plaintiffs and Holly T.M. Shikada, John T. Komeiji, Gregg M.

Ushiroda and Leighton M. Hara for Defendants.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this amended

scheduling conference order:

**TRIAL AND PRETRIAL CONFERENCE SCHEDULING:**

1.    **JURY** trial in this matter will commence before the Honorable Alan C. Kay,

Senior United States District Judge on June 17, 2008, at 9:00 a.m.

**2.**      A final pretrial conference shall be held on May 6, 2008, at 9:00 a.m. before

the Honorable Barry M. Kurren, United States Magistrate Judge.

3.      (RESERVED)

**4.**      Pursuant to LR 16.6, each party herein shall serve and file a separate final

pretrial statement by April 29, 2008.

## MOTIONS:

**5.**      (RESERVED)

**6.**      (RESERVED)

**7.**      Dispositive motions - no deadline given at this time.

**8.**      Motions in limine shall be filed by May 27, 2008.

Any opposition memorandum to a motion in limine shall be filed by June 3, 2008.

## DISCOVERY:

9.      Unless and until otherwise ordered by the Court, the parties shall follow the

discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**10.**      (RESERVED)

**11.**      (RESERVED)

**12.**      (RESERVED)

**SETTLEMENT:**

**13.**    The parties shall be on call for a settlement conference before the Honorable

Barry M. Kurren, United States Magistrate Judge.

**14.**    Each party shall deliver to the presiding Magistrate Judge a confidential

settlement conference statement by (RESERVED) .  The parties are directed to LR

16.5(b) for the requirements of the confidential settlement conference statement.

15.    The parties shall exchange written settlement offers and meet and confer to

discuss settlement before the date on which settlement conference statements are

due.

**TRIAL SUBMISSIONS:**

       **JURY ISSUES:**

16.    The parties shall prepare in writing and submit to the Court  any special voir

dire inquiries they wish the judge to ask the jury panel.

17.    The parties shall confer in advance of trial for the purpose of preparing an

agreed upon special verdict form, if a special verdict form is to be requested.  The

agreed upon special verdict form shall be submitted to the Court.  In the event of

disagreement, the parties shall submit all proposed special verdict forms to the

Court.

18.     The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during voir dire.  The agreed upon concise statement of the case shall be submitted to the Court.  In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court.

19.     Jury instructions shall be prepared in accordance with LR 51.1 and submitted to the Court.

**20.**     All submissions to the Court required by paragraphs 16, 17, 18 and 19 shall be made by June 3, 2008.

**WITNESSES:**

**21.**     By May 27, 2008, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

22.     The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

23.    The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**EXHIBITS:**

**24.**    By May 20, 2008, the parties shall premark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**25.**    The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by May 27, 2008.

**26.**    By June 3, 2008, the parties shall file any objections to the admissibility of exhibits.  Copies of any exhibits to which objections are made shall be attached to the objections.

27.    The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

**DEPOSITIONS:**

**28 a.**  By May 27, 2008, the parties shall serve and file statements designating

excerpts from depositions (specifying the witness and page and line referred to) to

be used at trial other than for impeachment or rebuttal.

   **b.**  Statements counter-designating other portions of depositions or any

objections to the use of depositions shall be served and filed by June 3, 2008.

**TRIAL BRIEFS:**

**29.**    By June 3, 2008, each party shall serve and file a trial brief on all significant

disputed issues of law, including foreseeable procedural and evidentiary issues,

setting forth briefly the party's position and the supporting arguments and

authorities.

30.    (RESERVED)

**OTHER MATTERS:**

        Plaintiffs to file an Amended Complaint by February 13, 2008.

        Parties to file written discovery plan by February 20, 2008.

        Response to discovery plan to be filed by February 27, 2008.

        A status conference regarding discovery shall be held on February 29, 2008,

at 2:30 p.m. before the Honorable Barry M. Kurren, United States Magistrate

Judge.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: January 31, 2008

ANN KIMBALL WILES, ET AL. V. DEPARTMENT OF EDUCATION, STATE OF HAWAII, ET AL.; CV. NO.
04-00442 ACK-BMK; AMENDED RULE 16 SCHEDULING ORDER.