IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>　　　　Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF CARL M. VARADY; EXHIBITS 1-2 |

## **DECLARATION OF CARL M. VARADY**

CARL M. VARADY declares:

1.  I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2.  Attached hereto as Exhibit 1 are excerpts of Dr. Bryan Siegel's deposition.

3.  Attached hereto as Exhibit 2 is correspondence in which Plaintiffs requested that Dr. Kimberly Smalley be permitted to testify by video

conference at trial and Defendant's rejection of this request. Dr. Smalley was deposed by Defendant on July 27, 2006.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai'i, February 27, 2008.

/s/ Carl M. Varady
CARL M. VARADY

**CERTIFICATE OF SERVICE**

      I certify the attached document was served electronically via CM/ECF on the date indicated below addressed to:

Gregg M. Ushiroda gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara lhara@wik.com, rgeorge@wik.com
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu  HI 96813


Holly T. Shikada holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov, michael.t.burke@hawaii.gov
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813

Attorneys for Defendants

DATED: Honolulu, Hawai‘i, October 2, 2007

                                          /s/ Carl M. Varady
                                          Carl M. Varady