CARL M. VARADY
ASB Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone 808 523-8447
Facsimile 808 523-8448

OF COUNSEL:
DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>            Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>            Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>ERRATA TO PLAINTIFFS' RESPONSE TO DEFENDANT DEPARTMENT OF EDUCATION'S BRIEF RE: DISCOVERY PLAN; EXHIBIT "2"; CERTIFICATE OF SERVICE |

**ERRATA TO PLAINTIFFS' RESPONSE TO DEFENDANT DEPARTMENT OF EDUCATION'S BRIEF RE: DISCOVERY PLAN**

          Plaintiffs hereby submit Exhibit "2," for the Declaration of Carl M. Varady as an errata to Plaintiffs' Response to Defendant Department of Education's Brief Re: Discovery Plan filed in this matter on February 27, 2008.

      DATED: Honolulu, Hawai'i, February 28, 2008.

                                  /S/ CARL M. VARADY
                                  CARL M. VARADY
                                  Attorney for Plaintiffs