**EXHIBIT "2" TO DECLARATION OF CARL M. VARADY**

# CARL M. VARADY
### ATTORNEY AT LAW

American Savings Bank Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai'i 96813
Telephone 808/523-8447
Facsimile 808/523-8448

December 20, 2007

<u>Via Facsimile & Mail</u>
Gregg M. Ushiroda, Esq.
Watanabe, Ing & Komeiji
999 Bishop Street, 23d Floor
Honolulu, Hawaii 96813

RE: WILES-BOND v. DOE et. al., Civ. 04-442 ACK/BMK
and Civ. 05-247 ACK/BMK

Dear Mr. Ushiroda:

On December 4th Plaintiffs asked the Court for leave to have Dr. Smalley testify by video conference. Your office was copied on the original request to the Court, sent by Mr. Levin on December 4th.

On December 10th, after Dr. Bond's supplemental deposition, Mr. Levin and I informed you that the Court had asked us to determine Defendant would agree to Dr. Smalley testifying remotely by video conferencing at trial. She is a single mother and working psychologist serving clients daily in California. She cannot travel at the time set for trial without extreme hardship to her children and her clients. As it is the Court who asked us to make this request, could you please respond by tomorrow, so that we can inform the Court regarding Defendant's position without further delay? Thank you.

Very truly yours,

/S/

Carl M. Varady

CMV.akz

c: Hon. Alan C. Kay
   Stanley E. Levin, Esq. (e-mail)
   Clients (e-mail)

December 21, 2007



Senders' Phone No. and E-mail:
(808) 544-8300
gushiroda@wik.com

**VIA MAIL & EMAIL:** carl@varadylaw.com

Carl M. Varady, Esq.
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813

   Re: **Wiles v. Department of Education**
     **Civil No.: 04-00442 HG/BMK**
     <u>**Civil No.: 05-00247 HG/BMK (Consolidated)**</u>

Dear Mr. Varady:

  Thank you for your letter of December 20, 2007 regarding Kimberly Smalley, Ph.D. You have informed me that the Court has reviewed Plaintiffs' request to have Dr. Smalley testify via video conference. You have further advised me that the Court instructed you to confer with Defendants' counsel to see if Defendants are agreeable to having Dr. Smalley testify via video conference. Please be advised that Defendants are not agreeable to this. Since Plaintiffs' are proffering Dr. Smalley as a key expert witness, she should testify in person so as to allow Defendants to cross-examine her in person.

  Should you have any questions, please do not hesitate to contact me. Thank you.

          Very truly yours,

          WATANABE ING & KOMEIJI LLP

         GREGG M. USHIRODA

GMU:ccu
394173.1

cc: Holly T. Shikada, Esq. (holly.t.shikada@hawaii.gov)

## CERTIFICATE OF SERVICE

I certify the attached document was served electronically via CM/ECF on the date indicated below addressed to:

Gregg M. Ushiroda gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara lhara@wik.com,
rgeorge@wik.com
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu  HI 96813


Holly T. Shikada holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov,
michael.t.burke@hawaii.gov
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813
Attorneys for Defendants

DATED: Honolulu, Hawai'i, February 28, 2008.

/s/ Carl M. Varady
Carl M. Varady