IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>       Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai`i,<br><br>       Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of DEFENDANT DEPARTMENT OF EDUCATION 'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FILED ON FEBRUARY 13, 2008, was duly served electronically through CM/ECF on the following attorneys to their last known address on February 28, 2008:

>   STANLEY E. LEVIN, ESQ.
>   MICHAEL K. LIVINGSTON, ESQ.
>   SUSAN K. DORSEY, ESQ.
>   851 Fort Street; Suite 400
>   Honolulu, HI   96813
>
>           and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, February 28, 2008.


                    /s/ Gregg M. Ushiroda
                  JOHN T. KOMEIJI
                  GREGG M. USHIRODA
                  LEIGHTON M. HARA
                  ROSS T. SHINYAMA

                  GARY K.H. KAM
                  GEORGE S.S. HOM
                  HOLLY T. SHIKADA

                  Attorneys for Defendants

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Certificate of Service