# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00442 ACK-BMK |
| CASE NAME: | Ann Kimball Wiles and Stanley Bond, individually and as next friend of their son, Bryan Wiles-Bond, a minor v. Department of Education, State of Hawaii, and Alvin Rho, in his official capacity as West Hawaii District Superintendent |
| ATTYS FOR PLA: | Stanley E. Levin; Carl M. Varady |
| ATTYS FOR DEFT: | Holly T.M. Shikada; John T. Komeiji; Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 2/29/2008 | TIME: | 2:00 - 2:20 |

COURT ACTION: EP: Status Conference - New dates given. Court to prepare an amended scheduling order.

1. Jury trial on September 9, 2008 at 9:00 a.m. before ACK
2. Final Pretrial Conference on July 14, 2008 at 9:00 a.m. before BMK
3.
4. Final Pretrial Statement by July 7, 2008
5.
6.
7.
8a. File Motions in Limine by August 19, 2008
8b. File opposition memo to a Motion in Limine by August 26, 2008
11a.
11b.
12.
13. Settlement Conference on call
14.
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by August 26, 2008
21. File Final witness list by August 19, 2008
24. Exchange Exhibit and Demonstrative aids by August 12, 2008
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by August 19, 2008

26. File objections to the Exhibits by August 26, 2008
28a. File Deposition Excerpt Designations by August 19, 2008
28b. File Deposition Counter Designations and Objections by August 26, 2008
29. File Trial Brief by August 26, 2008
30.

Other Matters:

cc: Tammy Kimura
Submitted by Richlyn Young, Courtroom Manager

CV 04-00442 ACK-BMK;
Ann Kimball Wiles and Stanley Bond, individually and as next friend of their son, Bryan Wiles-Bond, a minor v. Department of Education, State of Hawaii, and Alvin Rho, in his official capacity as West Hawaii District Superintendent;
Rule 16 Scheduling Conference Minutes
2/29/2008