398061.2
MARK J. BENNETT         #2672-0
Attorney General, State of Hawaii
HOLLY T. M. SHIKADA  #4017-0
GARY K.H. KAM          #4391-0
GEORGE S. S. HOM       #2487-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  holly.t.shikada@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI       #2498-0
GREGG M. USHIRODA     #5868-0
LEIGHTON M. HARA      #7826-0
ROSS T. SHINYAMA      #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF AMENDED MOTION TO DISMISS OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT ON, SECOND AMENDED COMPLAINT FILED ON FEBRUARY 13, 2008;**<br><br>*[caption continued]* |

|   |   |
|---|---|
| ) | DECLARATION OF GREGG M. USHIRODA; EXHIBITS "A" - "D"; CERTIFICATE OF SERVICE |
| ) | |
| ) | HEARING: |
| ) | DATE: April 9, 2008 |
| ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Alan C. Kay |
| ) | |
| ) | TRIAL DATE: September 9, 2008 |

**DEFENDANT DEPARTMENT OF EDUCATION'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT ON, SECOND AMENDED COMPLAINT FILED ON FEBRUARY 13, 2008**

COMES NOW Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through its attorneys, WATANABE ING & KOMEIJI LLP, and hereby submits its concise statement pursuant to Local Rule 56.1 of the Rules of the United States District Court for the District of Hawaii.

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. Plaintiffs do not specify or identify which Section 504 regulations they believe were violated and which support a privately enforceable cause of action. | See generally Second Amended Complaint, a true and correct copy of which is attached as Exhibit "A". |
| 2. Plaintiffs do not make any allegations regarding the design of Bryan Wiles-Bond's IEP. | See generally Second Amended Complaint, attached as Exhibit "A". |

| | |
|---|---|
| 3. Plaintiffs do not allege that the DOE failed to meet its comparative obligation by failing to design Bryan Wiles-Bond's educational program to meet his needs as adequately as the needs of non-disabled children are met. | <u>See</u> <u>generally</u> Second Amended Complaint, attached as Exhibit "A". |
| 4. Bryan Wiles-Bond's IEP was properly designed. | <u>See</u> Transcript of January 24, 2008 Status Conference at p. 20, lns. 18-20, a true and accurate copy of which is attached as Exhibit "B". |
| 5. Plaintiffs do not allege that Bryan Wiles-Bond was not provided even-handed treatment in relation to non-disabled students. | <u>See</u> <u>generally</u> Second Amended Complaint, attached as Exhibit "A". |
| 6. Plaintiffs' retaliation claims relate to Bryan Wiles-Bond's evaluations and educational placements. | <u>See</u> Second Amended Complaint at ¶ 45, attached as Exhibit "A". |
| 7. Plaintiffs do not allege that they addressed or raised their retaliation claims at the administrative level. | <u>See</u> <u>generally</u> Second Amended Complaint, attached as Exhibit "A". |

| | |
|---|---|
| 8. Plaintiffs did not address or raise their retaliation claims at the administrative level. | See Exhibit "A" attached to Plaintiff's Memorandum To The Court Regarding <u>Mark H. v. Lemahieu</u>, filed on January 22, 2008, a true and correct copy of which is attached as Exhibit "B". <u>See</u> <u>also</u> Second Amended Complaint at ¶ 18, 26, and 31, attached as Exhibit "A"; Order Denying Defendants' Motion for Summary Judgment, Construed as a Motion for Judgment on the Pleadings, et al. filed December 19, 2006 at p. 6-11, a true and correct copy of which is attached as Exhibit "C". |

DATED: Honolulu, Hawaii, March 19, 2008.


/s/ Gregg M. Ushiroda
JOHN KOMEIJI
GREGG USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION