IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | ) CIVIL NO. CV 04-00442 ACK/BMK <br> ) CIVIL NO. CV 05-00247 ACK/BMK <br> ) CONSOLIDATED <br> ) (Other Civil Action) <br> ) |
| Plaintiffs, | ) DECLARATION OF GREGG M. <br> ) USHIRODA |
| vs. | ) |
| DEPARTMENT OF EDUCATION, State of Hawaii, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

### DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA hereby declare the following:

1. I am one of the attorneys for Defendant DEPARTMENT OF EDUCATION (collectively "DOE") in the above-referenced matter and have personal knowledge of the matters set forth herein.

2. Attached as Exhibit "A" is a true and correct copy of the Second Amended Complaint, filed on February 13, 2008 in the above-captioned matter.

3. Attached as Exhibit "B" is a true and correct copy of page 20 of Transcript of January 24, 2008 Status Conference.

4. Attached as Exhibit "C" is a true and correct copy of Exhibit "A" attached to Plaintiff's Memorandum to the Court Regarding Mark H. v. Lemahieu, filed on January 22, 2008.

5. Attached as Exhibit "D" are true and correct copies of pages 1, 6-11 of the Order Denying Defendants' Motion

for Summary Judgment, Construed as a Motion for Judgment on the Pleadings, et al., filed December 19, 2006.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: at Honolulu, Hawaii, March 19, 2008.


/s/ Gregg M. Ushiroda
GREGG M. USHIRODA