COPY                                                               1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3                                    )
    ANN KIMBALL WILES and STANLEY     )  CV 04-00442 ACK-BMK
 4  BOND, individually and as next    )
    friend of their son, BRYAN        )  Honolulu, Hawaii
 5  WILES-BOND, a minor,              )  January 24, 2008
                                      )  10:00 A.M.
 6             Plaintiffs,            )
         vs.                          )  Further Status Conference
 7                                    )
    DEPARTMENT OF EDUCATION, State    )
 8  of Hawaii, and ALVIN RHO, in      )
    his official capacity as West     )
 9  Hawaii District Superintendent,   )
                                      )
10             Defendants.            )
                                      )
11  _____)

12               TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE ALAN C. KAY
13             UNITED STATES DISTRICT JUDGE

14  APPEARANCES:

15  For the Plaintiffs:       STANLEY E. LEVIN
                              Davis Levin Livingston Grande
16                            400 Davis Levin Livingston Grande
                                Place
17                            851 Fort St., Ste. 400
                              Honolulu, HI 96813
18
                              CARL M. VARADY
19                            1001 Bishop St., Ste. 2870
                              Honolulu, HI 96813
20
    For the Defendant:        JOHN T. KOMEIJI
21                            GREGG M. USHIRODA
                              ROSS T. SHINYAMA
22                            Watanabe Ing & Komeiji
                              First Hawaiian Ctr.
23                            999 Bishop St., 23rd Fl.
                              Honolulu, HI 96813

24

25
```

EXHIBIT B

```
 1   APPEARANCES (continued):

 2   For the Defendant:        HOLLY T. SHIKADA
                               Dept. of the Attorney General
 3                             Education Division
                               235 S. Beretania St., Rm. 304
 4                             Honolulu, HI 96813

 5   Official Court Reporter:  Debra Kekuna Chun, RPR, CRR
                               United States District Court
 6                             300 Ala Moana Blvd. Ste. C285
                               Honolulu, HI 96850
 7                             (808) 534-0667

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
         Proceedings recorded by machine shorthand, transcript produced
25   with computer-aided transcription (CAT).
```

1      THE COURT:  She does say on page 618 this court has
2  recognized that the focus of the prohibition of section 504 is
3  whether disabled persons were denied meaningful access to
4  state-provided services.
5      MR. VARADY:  That is correct.  That is exactly what
6  the court says.  And what she says on page 620 is that the
7  public entity can be liable for damages if it acts with
8  deliberate indifference and fails to provide meaningful access
9  or reasonable accommodation to a disabled person.
10     THE COURT:  My question on that is again on her
11 wording whether that refers to providing at the "design" phase
12 rather than the "effects" phase, which is what she goes on to
13 discuss on the same page under headnote 9.
14     MR. VARADY:  I understand that she talks about the
15 term "design," but that has to mean something broader than a
16 written IEP because a written IEP cannot possibly determine
17 whether or not the state has provided something.
18     THE COURT:  I take it you do agree that the IEP in
19 this case was satisfactory.
20     MR. VARADY:  We've agreed to that.  The written IEP
21 was never implemented, and that is the problem in this case.
22     THE COURT:  Well, in fact, you entered into a
23 settlement agreement that spelled out what would constitute a
24 satisfactory IEP.
25     MR. VARADY:  That is correct.  And subsequent to that

```
 1                    COURT REPORTER'S CERTIFICATE
 2          I, Debra Kekuna Chun, Official Court Reporter, United
 3   States District Court, District of Hawaii, do hereby certify
 4   that the foregoing is a correct transcript from the record of
 5   proceedings in the above-entitled matter.
 6          DATED at Honolulu, Hawaii, January 30, 2008.
 7
 8                                  /s/ Debra Chun
 9                                  DEBRA KEKUNA CHUN
10                                  RPR, CRR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```