IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>      Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, a true and correct copy of *Defendant Department of Education's Separate and Concise Statement of Facts in Support of Amended Motion to Dismiss Or, In The Alternative For Summary Judgment On, Second Amended Complaint Filed On February 13, 2008,* was duly served electronically through the CM/ECF system on the following attorneys to their last known address on March 19, 2008:

    **STANLEY E. LEVIN, ESQ.**
    **MICHAEL K. LIVINGSTON, ESQ.**
    851 Fort Street; Suite 400
    Honolulu, HI  96813

        and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, March 19, 2008.

                                             /s/ Gregg M. Ushiroda
                                            JOHN T. KOMEIJI
                                            GREGG M. USHIRODA
                                            LEIGHTON M. HARA
                                            ROSS T. SHINYAMA

                                            GARY K.H. KAM
                                            GEORGE S.S. HOM
                                            HOLLY T. SHIKADA

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, Defendant; Civil No.: CV 04-00442 ACK/BMK; Certificate of Service

- 2 -