# MINUTES

CASE NUMBER: CV 04-00442ACK-BMK

CASE NAME: Ann Kimball Wiles, et al. v. Department of Education, State of Hawaii

ATTYS FOR PLA: Carl Varady by phone

ATTYS FOR DEFT: Gregg Ushiroda by phone

INTERPRETER:

JUDGE: Barry M. Kurren     REPORTER: Chambers

DATE: 03/21/2008     TIME: 10:35 - 10:40

COURT ACTION: EP: Status Conference held. Plaintiffs' deadline to file an opposition to [461] *Defendants Department of Education, State of Hawaii's Amended Motion to Dismiss or, in the Alternative for Summary Judgment on, Second Amended Complaint filed on February 13, 2008* is continued from 3/21/2008 to 3/27/2008. Defendant's deadline to file a reply is continued from 3/28/2008 to 3/31/2008.

cc: Leslie Sai

Submitted by Richlyn W. Young, courtroom manager