CARL M. VARADY
ASB Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaiʻi 96813
Telephone 808 523-8447
Facsimile 808 523-8448
e-mail: carl@varadylaw.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi<br><br>Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br>PLAINTIFFS' CONCISE STATEMENT IN OPPOSITION TO DEFENDANT DEPARTMENT OF EDUCATION'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON, SECOND AMENDED COMPLAINT; DECLARATION OF CARL M. VARADY; EXHIBITS 1 &2; CERTIFICATE OF SERVICE |

**PLAINTIFFS' CONCISE STATEMENT IN OPPOSITION TO DEFENDANT DEPARTMENT OF EDUCATION'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON,**

## SECOND AMENDED COMPLAINT

Pursuant to LR 56.1, Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor hereby submit their Plaintiffs' Concise Statement in Opposition to Defendant Department of Education's Separate and Concise Statement of Facts in Support of Motion to Dismiss or in the Alternative, for Summary Judgment On, Second Amended Complaint:

**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF FACTS**

| FACTS | EVIDENTIARY SUPPORT |
|---|---|
| 1. Disputed | Exhibit 1 ¶¶ 44-45, including subparagraphs |
| 2. Undisputed | Defendant's Concise Statement ¶ 2 |
| 3. Disputed | Defendant's citation to the entire complaint is insufficient to meet the requirements of LR 56(c), does not explain what is meant by "comparative obligation," and is otherwise vague. Plaintiffs do not dispute that Bryan's IEPs were properly designed. The IEPs were not properly implemented. Exhibit 1 ¶¶ 12-42, including subparagraphs. |
| 4. Undisputed | Defendant's Concise Statement ¶ 4. |
| 5. Disputed | Defendant's citation to the entire complaint is insufficient to meet the requirements of LR 56(c) and is otherwise vague. Exhibit 1 ¶¶ 12-42, including subparagraphs. |

| | | |
|---|---|---|
| 6. | Disputed | Defendant's citation to the entire complaint is insufficient to meet the requirements of LR 56(c) and is otherwise vague.  Exhibit 1 ¶¶ 44-45, including subparagraphs |
| 7. | Undisputed | Defendant's Concise Statement ¶ 7 |
| 8. | Undisputed | Defendant's Concise Statement ¶ 8 |

## PLAINTIFFS' ADDITIONAL CONCISE STATEMENT OF FACTS

| | FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| 1. | The factual allegations set forth in the Second Amended Complaint are undisputed. | Defendant's Concise Statement ¶¶ 1-3 & 5-7; Declaration of Exhibit 1, thereto, including Exhibits A-D |
| 2. | Defendant entered into a settlement agreement with Plaintiffs, referenced in and quoted in the Second Amended Complaint ¶¶ 20-21 | Exhibit 1, ¶¶ 20-21; Exhibit 2 to Declaration of Carl M. Varady |

DATED: Honolulu, Hawai'i, March 27, 2008.

/s/   Carl M. Varady
CARL M. VARADY
STANLEY E. LEVIN
Attorneys for Plaintiffs