IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi<br><br>　　　　　Defendants. | CV04-00442 HG/BMK<br>CV05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF CARL M. VARADY; EXHIBITS 1-2 |

## **DECLARATION OF CARL M. VARADY**

CARL M. VARADY declares:

1.　I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2.　Attached hereto as Exhibit 1 is the Plaintiffs' Second Amended Complaint in this matter, including Exhibits A-D.

3.　Attached hereto as Exhibit 2 is the Hearing Officer's Decision referenced incorporated by quotation into ¶¶ 19 and 20 of Plaintiffs' Second

Amended Complaint

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai'i, March 27, 2008.

/s/ Carl M. Varady
CARL M. VARADY