398552.2

**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**HOLLY T. M. SHIKADA** #4017-0
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: holly.t.shikada@hawaii.gov

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
**JOHN T. KOMEIJI**     #2498-0
**GREGG M. USHIRODA**   #5868-0
**LEIGHTON M. HARA**    #7826-0
**ROSS T. SHINYAMA**    #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>            Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS AND REPLY TO PLAINTIFFS' CONCISE STATEMENT IN OPPOSITION TO DEFENDANT DEPARTMENT OF EDUCATION'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION TO DISMISS**<br>[caption continued] |

)  OR IN THE ALTERNATIVE, FOR
)  SUMMARY JUDGMENT ON SECOND
)  AMENDED COMPLAINT FILED MARCH
)  27, 2008; CERTIFICATE OF
)  SERVICE
)
)  **HEARING:**
)  DATE: April 9, 2008
)  TIME: 10:00 a.m.
)  JUDGE: Hon. Alan C. Kay
)
)  **TRIAL DATE:** September 9, 2008
)

**DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS AND REPLY TO PLAINTIFFS' CONCISE STATEMENT IN OPPOSITION TO DEFENDANT DEPARTMENT OF EDUCATION'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON SECOND AMENDED COMPLAINT FILED MARCH 27, 2008**

COMES NOW Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through its attorneys, WATANABE ING & KOMEIJI LLP, and hereby submits its concise statement in opposition pursuant to Local Rule 56.1 of the Rules of the United States District Court for the District of Hawaii.

| PLAINTIFFS' ALLEGED ADDITIONAL CONCISE STATEMENT OF FACTS | OBJECTION AND REPLY |
|---|---|
| 1. The factual allegations set forth in the Second Amended Complaint are undisputed. | Disputed. Lack of evidentiary support. Paragraphs 1 to 3 and 5 to 7 of the DOE's Separate and Concise Statement do not support Plaintiffs' factual contention. The DOE cited generally to the Second Amended Complaint for the limited purpose of illustrating the <u>absence</u> of certain allegations necessary to sufficiently state a claim under Section 504. The DOE's general citation was not a representation accepting the factual allegations set forth in the Second Amended Complaint as undisputed. |
| 2. Defendant entered into a settlement agreement with Plaintiffs, referenced in and quoted in the Second Amended Complaint ¶¶ 20-21. | Lack of evidentiary support. Plaintiffs' citation to ¶¶ 20-21 of the Second Amended Complaint do not support their alleged factual contention. Further, Plaintiffs' citation to ¶¶ 20-21 of the Second Amended Complaint is improper inasmuch as ¶¶ 20-21 contain legal conclusions, <u>e.g.</u>, services were necessary to provide Bryan meaningful access, <u>see</u> Second Amended Complaint ¶ 20-21. |

DATED: Honolulu, Hawaii, March 31, 2008.

/s/ Gregg M. Ushiroda
JOHN KOMEIJI
GREGG USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA
Attorneys for Defendant
**DEPARTMENT OF EDUCATION**