IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>  Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, a true and correct copy of *DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS AND REPLY TO PLAINTIFFS' CONCISE STATEMENT IN OPPOSITION TO DEFENDANT DEPARTMENT OF EDUCATION'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON SECOND AMENDED COMPLAINT FILED MARCH 27, 2008* was duly served electronically through the CM/ECF system on the following attorneys to their last known address on March 31, 2008:

> **STANLEY E. LEVIN, ESQ.**
> **MICHAEL K. LIVINGSTON, ESQ.**
> 851 Fort Street; Suite 400
> Honolulu, HI  96813
>
>     and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:   Honolulu, Hawaii, March 31, 2008.


                                 /s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, Defendant; Civil No.: CV 04-00442 ACK/BMK; Certificate of Service

- 2 -