# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | Stanley E. Levin and Carl M. Varady |
| ATTYS FOR DEFT: | John T. Komeiji<br>Ross Shinyama and<br>Holly T. M. Shidada |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Lisa Groulx |
| DATE: | 4/10/2008 | TIME: | 9:56am-ll:25am |

COURT ACTION:  EP: Motion Hearing:

[461] Defendants Department of Education, State of Hawaii's Amended Motion to Dismiss or, in the Alternative for Summary Judgment on, Second Amended Complaint filed on February 13, 2008-Oral Argument held.  The Motion is taken under submission.


Submitted by Leslie L. Sai, Courtroom Manager