IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendant. | Civ. No. 04-00442 ACK-BMK<br>Civ. No. 05-00247 ACK-BMK<br>(Consolidated) |

## ORDER

Subsequent to the hearing on April 10, 2008, Plaintiffs have filed a Supplemental Memorandum and a letter without the permission of the Court.[1]  Accordingly, the Court will give Defendant three (3) days in which to file any additional memoranda in response.

---

[1] The Court notes that it was already aware of the Ninth Circuit's decision in Van Duyn v. Baker School District 5J, 502 F.3d 811 (9th Cir. 2007).  The Court is also aware of J.W. v. Fresno Unified School District, No. 08-129, 2008 WL 850250 (E.D. Cal., Mar. 28, 2008).

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 14, 2008.



Alan C. Kay
Sr. United States District Judge

Wiles v. Dep't of Educ., Civ. No. 04-00442; 05-00247 ACK-BMK, Order.