IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>   Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai`I,<br><br>   Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of **DEFENDANT DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON, SECOND AMENDED COMPLAINT FILED APRIL 10, 2008 AND THE APRIL 11, 2008 LETTER FROM STANLEY E. LEVIN, ESQ. TO THE HONORABLE JUDGE ALAN C. KAY**, was duly served electronically through CM/ECF on the following attorneys to their last known address on April 17, 2008:

   **STANLEY E. LEVIN, ESQ.**
   **MICHAEL K. LIVINGSTON, ESQ.**
      851 Fort Street; Suite 400
      Honolulu, HI  96813

      and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, April 17, 2008.


           /s/ Gregg M. Ushiroda
          JOHN T. KOMEIJI
          GREGG M. USHIRODA
          LEIGHTON M. HARA
          ROSS T. SHINYAMA

          GARY K.H. KAM
          GEORGE S.S. HOM
          HOLLY T. SHIKADA

          Attorneys for Defendants