IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>        vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendant.<br>_____ | ) Civ. No. 04-00442 ACK-BMK<br>) Civ. No. 05-00247 ACK-BMK<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER SETTING PRETRIAL CONFERENCE AND DEADLINES

A jury trial in this matter is scheduled to commence **September 9, 2008,** at 9:00 a.m.  The Court amends as follows the deadlines set forth by Magistrate Judge Kurren on February 29, 2008.  All other trial-related deadlines not amended by this Order remain in effect.


1.    A final pretrial conference shall be held before the trial judge on **September 3, 2008** at 10:00 a.m.

2.    There shall be no trial on Wednesday, **September 11, 2008**.

3.    Motions in Limine shall be filed by **August 4, 2008.**

1

4.  Oppositions to Motions in Limine shall be filed by **August 11, 2008.**

5.  Voir Dire Questions, Joint Special Verdict Form, and Concise Statement of the Case shall be submitted by **August 4, 2008.** In the event the parties cannot agree on a Joint Special Verdict form, each party shall file its proposed form by **August 5, 2008.**

6.  Pursuant to Local Rule 51.1, parties shall exchange proposed jury instructions by July 28, 2008.  Joint jury instructions upon which both parties have agreed shall be filed by **August 4, 2008.**  To the extent that the parties cannot agree on joint jury instructions, each party shall submit supplemental jury instructions by **August 5, 2008.**

7.  Objections to non-agreed upon jury instructions proposed by the other party shall be filed by **August 11,2008.**  Parties shall otherwise comply with Local Rule 51.1.

8.  Trial Briefs shall be filed by **August 4, 2008.**

9.  The parties shall exchange exhibits and demonstrative aids by July 28, 2008.  Objections to exhibits shall be filed by **August 11, 2008.**

10.  Final witness lists shall be filed by **August 4, 2008.**

11.  Stipulations regarding the authenticity/admissibility of proposed exhibits shall be filed by **August 4, 2008.**

2

12.    Deposition Excerpt Designations shall be filed by **August 4, 2008.** Deposition Counter Designations and Objections shall be filed by **August 11, 2008.**

    IT IS SO ORDERED.

    Dated:  Honolulu, Hawaii, May 21, 2008.



_____
Alan C. Kay
Sr. United States District Judge


Wiles, et al. v. Dep't of Educ., State of Hawaii, Civ. Nos. 04-00442; 05-00247 ACK-BMK, Order Setting Pretrial Conference and Deadlines.