# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles and Stanley Bond, individually and as next friend of their son, Bryan Wiles-Bond, a minor v. Department of Education, State of Hawaii, and Alvin Rho, in his official capacity as West Hawaii District Superintendent |
| ATTYS FOR PLA: | Stanley Levin<br>Carl Varady |
| ATTYS FOR DEFT: | John Komeiji<br>Gregg Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Debra Chun |
| DATE: | 05/30/2008 | TIME: | 1:00-1:20pm |

COURT ACTION: EP: Status Conference Regarding Pretrial Deadlines. Discussion held regarding the deadlines set out in the court's order of 5/21/08. Court maintains the dates as set out in the order of 5/21/08.

Plaintiff to make a good faith effort to have their expert Dr. Freeman available in person. Otherwise, Mr. Varady to make arrangements with Mr. Komeiji regarding a video conference deposition.

Submitted by: Shari Afuso, Courtroom Manager