Of Counsel:
DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN        1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY          4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/FAX: 523-8448
E-mail: carl@varadylaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>　　　　　　　Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANT DEPARTMENT OF EDUCATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS<br><br>(TRIAL DATE: September 9, 2008) |

# CERTIFICATE OF SERVICE RE: PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANT DEPARTMENT OF EDUCATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

IT IS CERTIFIED that on July 1, 2008, two copies of Plaintiffs' Supplemental Response to Defendant Department of Education's First Request for Production of Documents was duly served upon each of the following parties by hand delivery to their last known addresses:

>Gary K. H. Kam, Esq.
>Holly T. Shikada, Esq.
>Deputy Attorneys General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii  96813
>    FAX: 586-1488
>
>Gregg M. Ushiroda, Esq.
>Leighton M. Hara, Esq.
>First Hawaiian Center, 23rd Floor
>999 Bishop Street
>Honolulu, Hawaii 96813
>    FAX: 544-8399
>Attorneys for Defendants

DATED:   Honolulu, Hawaii, July 1, 2008.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs