IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>         Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>         Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>**TRIAL: September 9, 2008** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of **_DEFENDANT DEPARTMENT OF EDUCATION'S FINAL PRETRIAL STATEMENT_** was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on July 7, 2008:

>   STANLEY E. LEVIN, ESQ.
>   400 Davis Levin Livingston Grand Place
>   851 Fort Street
>   Honolulu, HI   96813
>
>       and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813

Attorneys for Plaintiffs


DATED: Honolulu, Hawaii, July 7, 2008.


/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, Defendant; Civil Nos.: CV04-00442 ACK/BMK and CV 05-00247 ACK/BMK Consolidated; Certificate of Service