

## CERTIFICATE OF SERVICE

I certify the attached document was served electronically via CM/ECF on the date indicated below addressed to:

Gregg M. Ushiroda gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara lhara@wik.com, rgeorge@wik.com
Watanabe Ing & Komeiji First Hawaiian Center 999
Bishop St 23rd Flr Honolulu HI 96813

Holly T. Shikada holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov,
michael.t.burke@hawaii.gov
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813

Attorneys for Defendants

DATED: Honolulu, Hawai'i, July 7, 2008.

/s/ Carl M. Varady
Carl M. Varady



## CERTIFICATE OF SERVICE

I certify the attached document was served by placing copies in the United States mail, first-class postage prepaid on the date indicated below addressed to:

John T. Komeiji, Esq.
Gregg M. Ushiroda, Esq.
Daniel K. Obuhanych, Esq.
Leighton M. Hara, Esq.
Watanabe Ing & Komeiji
First Hawaiian Center
999 Bishop St, 23rd Flr
Honolulu  HI 96813

Holly T. Shikada, Esq.
Michael J. Burke, Esq.
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813

Attorneys for Defendants

DATED: Honolulu, Hawai'i, July 7, 2008.

Carl M. Varady