# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. v. DOE, State of Hawaii, et al. |
| ATTYS FOR PLA: | Carl M. Varady, Susan K. Dorsey |
| ATTYS FOR DEFT: | Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 07/14/2008 | TIME: | 9:44 - 10:07 |

COURT ACTION: EP: Final Pretrial Conference held.  Trial to last 2 - 3 weeks.  Parties ordered to meet and confer on joint exhibits, jury instructions, Ms/Limine, Concise Statement of the Case, etc.

Submitted by Richlyn W. Young, courtroom manager