403855.1

**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA**  #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>    Defendant. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S NOTICE OF WITHDRAWAL OF:**<br>**(1) [344] Motion in Limine to Exclude Reference to the Felix Consent Decree and Contempt Order dated 6/01/2000;**<br>**(2) [343] Motion in Limine to Exclude Expert Opinions As To Defendants' Alleged Deliberate Indifference;** |

)   (3) [342] Motion in Limine to
)   Preclude Dr. LeGoff from
)   Offering Any Opinions With
)   Respect to Educational
)   Neglect;
)   (4) [340] Motion in Limine to
)   Preclude Testimony of Daniel
)   B. LeGoff, Ph.D. as it is
)   Cumulative of the Testimony of
)   B.J. Freeman, Ph.D.;
)   (5) [341] Motion in Limine to
)   Exclude All Evidence of: 1)
)   "Decision and Order" dated May
)   21, 2001; and 2) Alleged IDEA
)   and Section 504 Violations by
)   Defendants on or Before July
)   1, 2002;
)   (6) [345] Motion in Limine to
)   Exclude Testimony Concerning
)   an Alleged Educational
)   Standard of Care;
)   (7) [346] Motion in Limine to
)   Exclude Any Testimony By Betty
)   Jo Freeman, Ph.D. on 1)
)   Opinions Not Disclosed in Her
)   Report and 2) Opinions
)   Regarding Programs for
)   Autistic Children In Hawaii;
)   (8) [347] Motion in Limine to
)   Exclude Expert Testimony As To
)   Causation and Damages;
)   (9) [348] Motion in Limine to
)   Exclude Anecdotal Evidence of
)   Other Autistic Children's
)   Progress;
)   (10) [350] Motion in Limine to
)   Exclude Evidence or Testimony
)   Regarding the Charge of Public
)   Lewdness Against William
)   Beljean;
)   (11) [349] Motion in Limine to
)   Limit the Testimony of Shelby
)   Floyd;
)
)

|  |  |
|---|---|
| ) | (12) [351] Motion in Limine to |
| ) | Exclude Testimony By Kimberly |
| ) | Smalley On Opinions Not |
| ) | Disclosed in Her Report; |
| ) | (13) [352] Motion in Limine to |
| ) | Exclude Any Hearsay Testimony |
| ) | by Kimberly Smalley; and |
| ) | (14) [353] Motion in Limine to |
| ) | Exclude Evidence of Bryan |
| ) | Wiles-Bond's Economic Damages |
| ) | and CERTIFICATE OF SERVICE |
| ) |  |
| ) | TRIAL: September 9, 2008 |

DEFENDANT DEPARTMENT OF EDUCATION'S NOTICE OF WITHDRAWAL OF:
(1) [344] Motion in Limine to Exclude Reference to the Felix Consent Decree and Contempt Order dated 6/01/2000;
(2) [343] Motion in Limine to Exclude Expert Opinions As To Defendants' Alleged Deliberate Indifference;
(3) [342] Motion in Limine to Preclude Dr. LeGoff from Offering Any Opinions With Respect to Educational Neglect;
(4) [340] Motion in Limine to Preclude Testimony of Daniel B. LeGoff, Ph.D. as it is Cumulative of the Testimony of B.J. Freeman, Ph.D.;
(5) [341] Motion in Limine to Exclude All Evidence of: 1) "Decision and Order" dated May 21, 2001; and 2) Alleged IDEA and Section 504 Violations by Defendants on or Before July 1, 2002;
(6) [345] Motion in Limine to Exclude Testimony Concerning an Alleged Educational Standard of Care;
(7) [346] Motion in Limine to Exclude Any Testimony By Betty Jo Freeman, Ph.D. on 1) Opinions Not Disclosed in Her Report and 2) Opinions Regarding Programs for Autistic Children In Hawaii;
(8) [347] Motion in Limine to Exclude Expert Testimony As To Causation and Damages;
(9) [348] Motion in Limine to Exclude Anecdotal Evidence of Other Autistic Children's Progress;
(10) [350] Motion in Limine to Exclude Evidence or Testimony Regarding the Charge of Public Lewdness Against William Beljean;
(11) [349] Motion in Limine to Limit the Testimony of Shelby Floyd; (12) [351] Motion in Limine to Exclude Testimony By Kimberly Smalley On Opinions Not Disclosed in Her Report;
(13) [352] Motion in Limine to Exclude Any Hearsay Testimony by Kimberly Smalley; and (14) [353] Motion in Limine to Exclude <u>Evidence of Bryan Wiles-Bond's Economic Damages</u>

Comes now Defendant DEPARTMENT OF EDUCATION("DOE"), by and through its attorneys, WATANABE ING LLP, and hereby withdraws the following Motions in Limine filed on January 7, 2008:

(1) [344] Motion in Limine to Exclude Reference to the Felix Consent Decree and Contempt Order dated June 1, 2000;

(2) [343] Motion in Limine to Exclude Expert Opinions As To Defendants' Alleged Deliberate Indifference;

(3) [342] Motion in Limine to Preclude Dr. LeGoff from Offering Any Opinions With Respect to Educational Neglect;

(4) [340] Motion in Limine to Preclude Testimony of Daniel B. LeGoff, Ph.D. as it is Cumulative of the Testimony of B.J. Freeman, Ph.D.;

(5) [341] Motion in Limine to Exclude All Evidence of: 1) "Decision and Order" dated May 21, 2001; and 2) Alleged IDEA and Section 504 Violations by Defendants on or Before July 1, 2002;

(6) [345] Motion in Limine to Exclude Testimony Concerning an Alleged Educational Standard of Care;

(7) [346] Motion in Limine to Exclude Any Testimony By Betty Jo Freeman, Ph.D. on 1) Opinions Not Disclosed in Her Report and 2) Opinions Regarding Programs for Autistic Children In Hawaii;

(8) [347] Motion in Limine to Exclude Expert Testimony As To Causation and Damages;

(9) [348] Motion in Limine to Exclude Anecdotal Evidence of Other Autistic Children's Progress;

(10) [350] Motion in Limine to Exclude Evidence or Testimony Regarding the Charge of Public Lewdness Against William Beljean;

(11) [349] Motion in Limine to Limit the Testimony of Shelby Floyd;

(12) [351] Motion in Limine to Exclude Testimony By Kimberly Smalley On Opinions Not Disclosed in Her Report;

(13) [352] Motion in Limine to Exclude Any Hearsay Testimony by Kimberly Smalley; and,

(14) [353] Motion in Limine to Exclude Evidence of Bryan Wiles-Bond's Economic Damages.

The hearing on said Motions were set for January 24, 2008 at 10:00 a.m. before the Honorable Alan Kay.

This Notice is being filed pursuant to Rule 7 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, July 31, 2008.

/s/ Gregg M. Ushiroda
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION