Of Counsel:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON       4161-0
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY              4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
Fax: (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br>　vs.<br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTIONS IN LIMINE FILED ON JANUARY 7, 2008:<br>(1) Motion In Limine #1 To Exclude The Testimony Of Richard Goka, M.D.<br>(2) Plaintiffs' Motion In Limine #2 To Exclude The Testimony Of Bryna Siegel<br>(3) Plaintiffs' Motion In Limine #3 To Exclude Evidence, Testimony, Argument And Comment |

Concerning The Amount Of Money Expended By The Doe

(4) Plaintiffs' Motion In Limine #4 To Exclude Evidence, Testimony, Argument And Comment Concerning Department Of Human Services Records

(5) Plaintiffs' Motion In Limine #5 To Exclude Evidence, Testimony, Argument And Comment Concerning The Condition Of The Wiles-Bond Home

(6) Plaintiffs' Motion In Limine #6 To Take Judicial Notice Of The Hawaii Department Of Education's Implementing Regulations H.A.R. Chapter 8-56 Section 504 Of The Rehabilitation Act, 29 U.S.C. § 729 And 28 C.F.R. § 42.503 Of Its Implementing Regulations

(7) Plaintiffs' Motion In Limine #7 For An In Limine Order To Prohibit The Defendant From Introducing Evidence Or Argument Contrary To The Finding In Administrative Decision Of May 11, 2004 That Bryan's Regression Was Caused By Doe's Failure To Provide Appropriate Services

(8) Plaintiffs' Motion In Limine # 8 To Exclude Evidence, Testimony, Argument And Comment Concerning The Prior Florida Litigation

(9) Plaintiffs' Motion In Limine #9 To Exclude Evidence, Testimony, Argument And Comment Concerning The Proposed Cost Of The Pacific Child And Family Program

(10) Plaintiffs' Motion In Limine #10 To Exclude Published News Articles And Any Reference To Them
(11) Plaintiffs' Motion In Limine # 11 To Deem Admitted Certain Admissions
(12) Plaintiffs' Motion In Limine #12 To Permit Publication And Comment To The Jury Of The Letter Regarding Lono Beamer's Lack Of Knowledge Of Origin Of E-Mail Submitted To The Court
(13) Plaintiffs' Motion In Limine #13 To Exclude Evidence, Testimony, Argument And Comment Concerning The Character Of Stanley Bond Or Ann Kimball Wiles
(14) Plaintiffs' Motion In Limine #14 To Exclude Evidence, Testimony, Argument And Comment Concerning Collateral Sources
(15) Plaintiffs' Motion In Limine #15 To Prohibit Any Claim That Trying To Provide A FAPE Constitutes A Defense To Deliberate Indifference
(16) Plaintiffs' Motion In Limine #16 To Take Judicial Notice And Publish To The Jury The Facts Established By Prior Order Of December 19, 2006
(17) Plaintiffs' Motion In Limine #17 For An In Limine Order Taking Judicial Notice Of Findings And Conclusions Established By Prior Decisions, Stipulations And Agreements
(18) Plaintiffs' Motion In Limine #18 For An In Limine Order To Preclude Evidence Or Argument

|  | Based On Defendants "Good Faith" Attempts To Provide Special Education Or Related Services AND CERTIFICATE OF SERVICE<br><br>§TRIAL DATE: February 26, 2008 |
|---|---|

PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTIONS
IN LIMINE FILED ON JANUARY 7, 2008

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their undersigned counsel, hereby withdraws the following Motions in Limine filed on January 7, 2008"

(1) Motion In Limine #1 To Exclude The Testimony Of Richard Goka, M.D.;

(2) Plaintiffs' Motion In Limine #2 To Exclude The Testimony Of Bryna Siegel

(3) Plaintiffs' Motion In Limine #3 To Exclude Evidence, Testimony, Argument And Comment Concerning The Amount Of Money Expended By The Doe

(4) Plaintiffs' Motion In Limine #4 To Exclude Evidence, Testimony, Argument And Comment Concerning Department Of Human Services Records

(5) Plaintiffs' Motion In Limine #5 To Exclude Evidence, Testimony, Argument And Comment Concerning The Condition Of The Wiles-Bond Home

(6) Plaintiffs' Motion In Limine #6 To Take Judicial Notice Of The Hawaii Department Of Education's Implementing Regulations H.A.R. Chapter 8-56 Section 504 Of The Rehabilitation Act, 29 U.S.C. § 729 And 28 C.F.R. § 42.503 Of Its Implementing Regulations

(7)   Plaintiffs' Motion In Limine #7 For An In Limine Order To Prohibit The Defendant From Introducing Evidence Or Argument Contrary To The Finding In Administrative Decision Of May 11, 2004 That Bryan's Regression Was Caused By Doe's Failure To Provide Appropriate Services

(8)   Plaintiffs' Motion In Limine # 8 To Exclude Evidence, Testimony, Argument And Comment Concerning The Prior Florida Litigation

(9)   Plaintiffs' Motion In Limine #9 To Exclude Evidence, Testimony, Argument And Comment Concerning The Proposed Cost Of The Pacific Child And Family Program

(10)  Plaintiffs' Motion In Limine #10 To Exclude Published News Articles And Any Reference To Them

(11)  Plaintiffs' Motion In Limine # 11 To Deem Admitted Certain Admissions

(12)  Plaintiffs' Motion In Limine #12 To Permit Publication And Comment To The Jury Of The Letter Regarding Lono Beamer's Lack Of Knowledge Of Origin Of E-Mail Submitted To The Court

(13)  Plaintiffs' Motion In Limine #13 To Exclude Evidence, Testimony, Argument And Comment Concerning The Character Of Stanley Bond Or Ann Kimball Wiles

(14)  Plaintiffs' Motion In Limine #14 To Exclude Evidence, Testimony, Argument And Comment Concerning Collateral Sources

(15)  Plaintiffs' Motion In Limine #15 To Prohibit Any Claim That Trying To Provide A FAPE Constitutes A Defense To Deliberate Indifference

(16)  Plaintiffs' Motion In Limine #16 To Take Judicial Notice And Publish To The Jury The Facts Established By Prior Order Of December 19, 2006

(17)  Plaintiffs' Motion In Limine #17 For An In Limine Order Taking Judicial Notice Of Findings And Conclusions Established By Prior Decisions, Stipulations And Agreements

(18)  Plaintiffs' Motion In Limine #18 For An In Limine Order To Preclude Evidence Or Argument Based On Defendants "Good Faith" Attempts To Provide Special Education Or Related Services

The hearing on said Motions was set for January 24, 2008 at 10:00 a.m. before the Honorable Alan Kay.

This Notice is being filed pursuant to Rule 7 of the Federal Rules of Civil Procedure.

Dated: Honolulu, Hawaii, July 31, 2008.

/S/ STANLEY E. LEVIN
CARL M. VARADY
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs