IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that on July 31, 2008, a true and correct copy of the foregoing document was duly served upon the following parties by electronic filing via CM/ECF:

>Holly T. Shikada, Esq. holly.t.shikada@hawaii.gov,
>Cheryl.H.Oeda@hawaii.gov, Michael.t.burke@hawaii.gov
>Deputy Attorneys General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii 96813
>
>Gregg M. Ushiroda, Esq. gushiroda@wik.com
>Daniel K. Obuhanych dobuhanych@wik.com
>Leighton M. Hara, Esq. lhra@wik.com, rgeorge@wik.com
>First Hawaiian Center, 23rd Fl.
>999 Bishop Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendants

DATED:   Honolulu, Hawaii, July 31, 2008.

                                      /S/ STANLEY E. LEVIN
                                      STANLEY E. LEVIN
                                      MICHAEL K. LIVINGSTON
                                      CARL M. VARADY
                                      Attorneys for Plaintiffs