
Of Counsel:
CARL M. VARADY                        4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i  96813
Telephone:  (808) 523-8447
Fax:  (808) 523-8448
Email: carl@varadylaw.com

DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN                      1152-0
MICHAEL K. LIVINGSTON                 4161-0
851 Fort Street, Suite 400
Honolulu, Hawai'i  96813
Telephone:  (808) 524-7500
Fax:  (808) 545-7802
Email: slevin@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' NOTICE OF WITHDRAWAL OF FILED DOCUMENTS<br>(1)　Plaintiffs' List of Witnesses for Trial<br>(2)　Plaintiffs' Proposed Jury Instructions<br>(3)　Errata to Plaintiffs' Proposed Jury Instruction No. 9<br>(4)　Plaintiffs' Trial Brief<br>(5)　Declaration of Carl M. Varady re: |

|  | Proposed Exhibits<br>(6) Plaintiffs' Proposed Concise Statement of the Case<br>(7) Plaintiffs' Proposed Special Verdict Form<br>(8) Plaintiffs' Proposed Voir Dire<br>(9) Plaintiffs' Designation of Deposition of Dru Copeland<br>(10) Plaintiffs' Designation of Deposition of Kimberly Smalley<br>(11) Plaintiffs' Designation of Deposition of Cara Entz<br>(12) Supplementary Declaration of Stanley E. Levin in Opposition to DOE's Motion in Limine to Exclude Hearsay Testimony by Kimberly Smalley<br>(13) Plaintiffs' Objections to Defendant's Proposed Jury Instructions<br>(14) Plaintiffs' Counter Designation of the Deposition of Rebecca Gavin<br>AND CERTIFICATE OF SERVICE<br><br>TRIAL DATE: September 9, 2008 |
|---|---|

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF FILED DOCUMENTS

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their undersigned counsel, hereby withdraws the following filed documents:

(1) Plaintiffs' List of Witnesses for Trial [Filed January 7, 2008]

(2) Plaintiffs' Proposed Jury Instructions [Filed January 7, 2008]

(3) Errata to Plaintiffs' Proposed Jury Instruction No. 9 [Filed January 7, 2008]

(4) Plaintiffs' Trial Brief [Filed January 14, 2008]

(5) Declaration of Carl M. Varady re: Proposed Exhibits [Filed January 14, 2008]

(6) Plaintiffs' Proposed Concise Statement of the Case [Filed January 14, 2008]

(7) Plaintiffs' Proposed Special Verdict Form [Filed January 14, 2008]

(8) Plaintiffs' Proposed Voir Dire [Filed January 14, 2008]

(9) Plaintiffs' Designation of Deposition of Dru Copeland [Filed January 14, 2008]

(10) Plaintiffs' Designation of Deposition of Kimberly Smalley [Filed January 14, 2008]

(11) Plaintiffs' Designation of Deposition of Cara Entz [Filed January 14, 2008]

(12) Supplementary Declaration of Stanley E. Levin in Opposition to DOE's Motion in Limine to Exclude Hearsay Testimony by Kimberly Smalley [Filed January 17, 2008]

(13) Plaintiffs' Objections to Defendant's Proposed Jury Instructions [Filed January 17, 2008]

(14) Plaintiffs' Counter Designation of the Deposition of Rebecca Gavin. [Filed January 17, 2008]

This Notice is being filed pursuant to Rule 7 of the Fed. R. Civ. Pro.

Dated: Honolulu, Hawai'i, August 1, 2008.

/s/ Carl M. Varady
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi,<br><br>    Defendant. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that a true and correct copy of the foregoing document was duly served upon the following parties on the date indicated below by electronic filing via CM/ECF:

 Holly T. Shikada, Esq.  holly.t.shikada@hawaii.gov,
 Cheryl.H.Oeda@hawaii.gov
  Michael.t.burke@hawaii.gov
 Deputy Attorneys General
 235 S. Beretania Street, Room 304
 Honolulu, Hawaiʻi 96813

 Gregg M. Ushiroda, Esq. gushiroda@wik.com
 Daniel K. Obuhanych dobuhanych@wik.com
 Leighton M. Hara, Esq. lhra@wik.com
 rgeorge@wik.com
 First Hawaiian Center, 23rd Fl.
 999 Bishop Street
 Honolulu, Hawaiʻi 96813

KENNETH ROBBINS, ESQ.
Kenneth Robbins & Associates
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
krobbins@robbinsandassociates.net


Attorneys for Defendants

DATED:   Honolulu, Hawaiʻi, August 1, 2008

                     <u>/s/ Carl M. Varady</u>
                      STANLEY E. LEVIN
                      MICHAEL K. LIVINGSTON
                      CARL M. VARADY

                      Attorneys for Plaintiffs