403972.1

**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA**  #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendant. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S NOTICE OF WITHDRAWAL OF:**<br>(1) [354] Requested Jury Instructions;<br>(2) [355] Final Comprehensive Witness List;<br>(3) [398] Trial Brief; |

)
)   (4) [399] Designation of
)   Deposition Testimony of
)   Rebecca Gavin taken on
)   7/20/07;
)   (5) [400] Proposed Special
)   Verdict Form;
)   (6) [401] Proposed Concise
)   Statement of the Case;
)   (7) [402] Proposed Special
)   Voir Dire Questions;
)   (8) [403] Objections to
)   Plaintiffs' Exhibits and
)   Exhibit List;
)   (9) [426] Objections to
)   Plaintiffs' Designation of Dru
)   Copeland's Deposition taken on
)   9/28/07;
)   (10) [427] Objections to
)   Plaintiffs' Proposed Jury
)   Instructions;
)   (11) [428] Objections and
)   Counter-Designation of the
)   Transcript of Kimberly
)   Smalley;
)   (12) [430] Objections and
)   Counter-Designation of the
)   Transcript of Cara Entz taken
)   on 6/28/07;
)   (13) [431] Notice of Errata
)   Re: Designation of Deposition
)   Testimony of Rebecca Gavin
)   taken on7/20/07]; and
)   CERTIFICATE OF SERVICE
)
)   <u>TRIAL:</u> September 9, 2008
)
)
)

- 2 -

DEFENDANT DEPARTMENT OF EDUCATION'S NOTICE OF WITHDRAWAL OF:
(1) [354] Requested Jury Instructions;
(2) [355] Final Comprehensive Witness List;
(3) [398] Trial Brief; (4) [399] Designation of Deposition Testimony of Rebecca Gavin taken on 7/20/07;
(5) [400] Proposed Special Verdict Form;
(6) [401] Proposed Concise Statement of the Case;
(7) [402] Proposed Special Voir Dire Questions;
(8) [403] Objections to Plaintiffs' Exhibits and Exhibit List;
(9) [426] Objections to Plaintiffs' Designation of Dru Copeland's Deposition taken on 9/28/07;
(10) [427] Objections to Plaintiffs' Proposed Jury Instructions;
(11) [428] Objections and Counter-Designation of the Transcript of Kimberly Smalley;
(12) [430] Objections and Counter-Designation of the Transcript of Cara Entz taken on 6/28/07;
(13) [431] Notice of Errata Re: Designation of Deposition Testimony of Rebecca Gavin taken on 7/20/07]

Comes now Defendant DEPARTMENT OF EDUCATION("DOE"), by and through its attorneys, WATANABE ING LLP, and hereby withdraws the following filed documents:

(1) [354] Requested Jury Instructions, filed on 1/07/2008;

(2) [355] Final Comprehensive Witness List, filed on 1/07/2008;

(3) [398] Trial Brief, filed on 1/14/2008;

(4) [399] Designation of Deposition Testimony of Rebecca Gavin taken on 7/20/07, filed on 1/14/2008;

(5) [400] Proposed Special Verdict Form, filed on 1/14/2008;

(6) [401] Proposed Concise Statement of the Case, filed on 1/14/2008;

(7)  [402] Proposed Special Voir Dire Questions, filed on 1/14/2008;

(8)  [403] Objections to Plaintiffs' Exhibits and Exhibit List, filed on 1/14/2008;

(9)  [426] Objections to Plaintiffs' Designation of Dru Copeland's Deposition taken on 9/28/07, filed on 1/17/2008;

(10) [427] Objections to Plaintiffs' Proposed Jury Instructions, filed on 1/17/2008;

(11) [428] Objections and Counter-Designation of the Transcript of Kimberly Smalley, filed on 1/17/2008;

(12) [430] Objections and Counter-Designation of the Transcript of Cara Entz taken on 6/28/07, filed on 1/17/2008; and,

(13) [431] Notice of Errata Re: Designation of Deposition Testimony of Rebecca Gavin taken on7/20/07], filed on 1/17/2008;

This Notice is being filed pursuant to Rule 7 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, August 4, 2008.

/s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION