IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>             Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br><br>TRIAL DATE: September 9, 2008<br>TRIAL JUDGE: Hon. Alan C. Kay |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *DEFENDANT DEPARTMENT OF EDUCATION'S PROPOSED CONCISE STATEMENT OF THE CASE* was duly served electronically through CM/ECF on the following attorneys to their last known address on August 4, 2008:

        STANLEY E. LEVIN, ESQ.
        MICHAEL K. LIVINGSTON, ESQ.
        851 Fort Street; Suite 400
        Honolulu, HI  96813

            and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 4, 2008.


          /s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; CERTIFICATE OF SERVICE