


393224.1
**MARK J. BENNETT**       #2672-0
Attorney General, State of Hawaii
**HOLLY T. M. SHIKADA** #4017-0
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: holly.t.shikada@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGHI**    #1624-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S DESIGNATION OF DEPOSITION TESTIMONY OF REBECCA GAVIN TAKEN 7/20/07; DECLARATION OF GREGG M. USHIRODA; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br>**TRIAL: September 9, 2008**<br>**TRIAL JUDGE: Hon. Alan C. Kay** |

**DEFENDANT DEPARTMENT OF EDUCATION'S
DESIGNATION OF DEPOSITION TESTIMONY
OF REBECCA GAVIN TAKEN ON 7/20/07**

Defendant DEPARTMENT OF EDUCATION, by and through its attorneys, WATANABE ING LLP, and hereby submits its designation of those portions of the deposition transcript of Rebecca Gavin taken on July 20, 2007, which are to be considered as evidence in this case.

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 5:12 - 5:15 | | |
| 7:15 - 7:25 | | |
| 8:1 - 8:19 | | |
| 8:23 - 9:7 | | |
| 9:13 - 10:22 | | |
| 11:12 - 11:25 | | |
| 12:5 - 12:14 | | |
| 14:8 - 14:10; 14:18 - 14:19 | | |
| 14:22 - 15:3 | | |
| 15:7 - 15:16 | | |
| 15:25 - 16:14 | | |
| 16:21 - 16:25 | | |
| 17:2 - 17:23 | | |
| 17:24 - 18:11 | | |
| 20:13 - 20:14 | | |

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 20:19 - 21:8 | | |
| 21:13 - 21:23 | | |
| 22:7 - 22:24 | | |
| 23:3 - 23:9 | | |
| 23:21 - 23:24; 24:3 - 24:6 | | |
| 25:22 - 27:2 | Exhibit "1" | D-665____ |
| 27:3 - 27:22 | (beginning with "During the period when you" on line 27:3) | |
| 27:23 - 28:12 | | |
| 28:13 - 29:6 | (beginning with "[d]o you recall the" on line 28:13) | |
| 29:10 - 29:25 | | |
| 30:10 - 31:3 | Exhibit "2" | D-695____ |
| 32:9 - 32:20 | (beginning with "So outside agencies, at" on line 32:9 | |
| 34:24 - 35:2 | (beginning with "[d]id TIFFE provide you with training in American" on line 34:24) | |
| 35:7 - 35:18 | | |
| 35:23 - 36:1 | | |
| 36:17 - 38:12 | | |
| 38:18 - 39:13 | | |
| 39:21 - 40:15; 40:22 | | |
| 40:24 - 40:25; 41:10 - 41:11 | | |

| Page: Line | Deposition Exhibit Number | Defendant's Trial Exhibit Number |
|---|---|---|
| 41:21 - 41:24 | | |

DATED:  Honolulu, Hawaii, August 4, 2008.

/s/Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION