IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of ***DEFENDANT DEPARTMENT OF EDUCATION'S DESIGNATION OF DEPOSITION TESTIMONY OF REBECCA GAVIN TAKEN ON 7/20/07,*** was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 4, 2008:

       **STANLEY E. LEVIN, ESQ.**
       **MICHAEL K. LIVINGSTON, ESQ.**
       400 Davis Levin Livingston Grand Place
       851 Fort Street
       Honolulu, HI  96813

           and

CARL M. VARADY, ESQ.
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 4, 2008.


                                            /s/ Gregg M. Ushiroda
                                           MELVYN M. MIYAGI
                                           GREGG M. USHIRODA
                                           LEIGHTON M. HARA
                                           ROSS T. SHINYAMA

                                           GARY K.H. KAM
                                           GEORGE S.S. HOM
                                           HOLLY T. SHIKADA

                                           Attorneys for Defendant
                                           DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of
Education, et al., Defendants; Civil No. 04-00442 ACK-BMK;
Certificate of Service