IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>      Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br>**TRIAL: SEPTEMBER 9, 2008**<br>**JUDGE: Hon. Alan C. Kay** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of ***DEFENDANT DEPARTMENT OF EDUCATION'S TRIAL BRIEF*** was duly served electronically through CM/ECF on the following parties to their last known address on August 4, 2008:

        **STANLEY E. LEVIN, ESQ.**
        **MICHAEL K. LIVINGSTON, ESQ.**
        400 Davis Levin Livingston Grand Place
        851 Fort Street
        Honolulu, HI  96813

           and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:   Honolulu, August 4, 2008.


                 /s/ Gregg M. Ushiroda
                MELVYN M. MIYAGI
                GREGG M. USHIRODA
                LEIGHTON M. HARA
                ROSS T. SHINYAMA

                GARY K.H. KAM
                GEORGE S.S. HOM
                HOLLY T. SHIKADA

                Attorneys for Defendant
                DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Certificate of Service