IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the PARTIES' JOINT JURY INSTRUCTIONS was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 4, 2008:

STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI  96813

and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 4, 2008.


                        /s/ Gregg M. Ushiroda
                        MELVYN M. MIYAGI
                        GREGG M. USHIRODA
                        LEIGHTON M. HARA

                        GARY K.H. KAM
                        GEORGE S.S. HOM
                        HOLLY T. SHIKADA

                        Attorneys for Defendant
                        DEPARTMENT OF EDUCATION