IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action) |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| DEPARTMENT OF EDUCATION, State of Hawaii, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE #15 TO EXCLUDE REFERENCE TO THE IDEA AND ITS REQUIREMENTS,* was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 4, 2008:

    **STANLEY E. LEVIN, ESQ.**
    **MICHAEL K. LIVINGSTON, ESQ.**
    400 Davis Levin Livingston Grand Place
    851 Fort Street
    Honolulu, HI  96813

        and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 4, 2008.


                         /s/ Gregg M. Ushiroda
                         MELVYN M. MIYAGI
                         GREGG M. USHIRODA
                         LEIGHTON M. HARA
                         ROSS T. SHINYAMA

                         GARY K.H. KAM
                         GEORGE S.S. HOM
                         HOLLY T. SHIKADA

                         Attorneys for Defendant
                         DEPARTMENT OF EDUCATION

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247 ACK-BMK; Certificate of Service

2