392191.2
**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**     #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**     #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | ) CIVIL NO. CV 04-00442 ACK-BMK<br>) CIVIL NO. CV 05-00247 ACK-BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>) |
| Plaintiffs, | ) DEFENDANT DEPARTMENT OF<br>) EDUCATION'S MOTION IN LIMINE |
| vs. | ) #1 TO EXCLUDE REFERENCE TO THE<br>) FELIX CONSENT DECREE AND |
| DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, | ) CONTEMPT ORDER DATED JUNE 1,<br>) 2000; MEMORANDUM IN SUPPORT OF<br>) MOTION; CERTIFICATE OF SERVICE<br>)<br>) **TRIAL: September 9, 2008** |
| Defendants. | ) **TRIAL JUDGE: Hon. Alan C. Kay**<br>) |

### DEFENDANT DEPARTMENT OF EDUCATION'S
### MOTION IN LIMINE #1 TO EXCLUDE REFERENCE TO THE
### FELIX CONSENT DECREE AND CONTEMPT ORDER DATED JUNE 1, 2000

Comes now Defendant DEPARTMENT OF EDUCATION ("the DOE"), by and through its attorneys, WATANABE ING LLP, and hereby moves this Honorable Court for an order prohibiting Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, Bryan Wiles-Bond, a minor (collectively "Plaintiffs"), their attorneys, representatives, and lay and expert witnesses, from referring to, discussing, mentioning or in any way suggesting or otherwise introducing any testimony, expert or otherwise, relating to the Felix Consent Decree and Contempt Order dated June 1, 2000.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and all applicable Local Rules of Practice for the United States District Court for the District of Hawaii, and Rule[s] 201, 401, 402, and 403 of the Federal Rules of Evidence, and is based upon the attached memorandum in support

of motion, the declaration, exhibits and the entire record and

files herein.

        DATED:  Honolulu, Hawaii, August 4, 2008.


                                       /s/ Gregg M. Ushiroda
                                      MELVYN M. MIYAGI
                                      GREGG M. USHIRODA
                                      LEIGHTON M. HARA
                                      ROSS T. SHINYAMA

                                      GARY K.H. KAM
                                      GEORGE S.S. HOM
                                      HOLLY T. SHIKADA

                                      Attorneys for Defendant
                                      DEPARTMENT OF EDUCATION