IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>      Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE #1 TO EXCLUDE REFERENCE TO THE FELIX CONSENT DECREE AND CONTEMPT ORDER DATED JUNE 1, 2000,* was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 4, 2008:

>       **STANLEY E. LEVIN, ESQ.**
>       **MICHAEL K. LIVINGSTON, ESQ.**
>       400 Davis Levin Livingston Grand Place
>       851 Fort Street
>       Honolulu, HI  96813
>
>             and

CARL M. VARADY, ESQ.
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 4, 2008.


                   /s/ Gregg M. Ushiroda
                MELVYN M. MIYAGI
                GREGG M. USHIRODA
                LEIGHTON M. HARA
                ROSS T. SHINYAMA

                GARY K.H. KAM
                GEORGE S.S. HOM
                HOLLY T. SHIKADA

                Attorneys for Defendant
                DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of
Education, et al., Defendants; Civil No. 04-00442 ACK-BMK;
Certificate of Service