IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

### DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendant DEPARTMENT OF EDUCATION ("DOE") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawai'i.

3. Attached hereto as Exhibit "A" is a true and accurate copy of a Neurodevelopmental Evaluation (Dates of Evaluation 06/17/05, 06/18/05).

4. Attached hereto as Exhibit "B" is a true and accurate copy of an Estimate of the Costs of Residential, Remedial and Educational Services for Bryan dated 12/13/05.

      3.    Attached hereto as Exhibit "C" is a true and accurate copy of a Neurodevelopmental Re-Evaluation (Date of Examination 06/01/07).

      4.    Attached hereto as Exhibit "D" are true and accurate copies of pages 117:5-25; 118:1-4; 119:24-25; 120:1-11 (emphasis added), of the transcript of the deposition of Daniel B. LeGoff, Ph.D. taken on August 23, 2007.

      I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

      DATED: Honolulu, Hawaii, August 4, 2008.

                                /s/ Gregg M. Ushiroda
                                GREGG M. USHIRODA