IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S FIRST AMENDED MOTION IN LIMINE #3 TO PRECLUDE DANIEL B. LEGOFF, PH.D. FROM OFFERING ANY OPINIONS WITH RESPECT TO EDUCATIONAL NEGLECT,* was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 4, 2008:

>       **STANLEY E. LEVIN, ESQ.**
>       **MICHAEL K. LIVINGSTON, ESQ.**
>       400 Davis Levin Livingston Grand Place
>       851 Fort Street
>       Honolulu, HI  96813

>             and

CARL M. VARADY, ESQ.
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 4, 2008.


                            /s/ Gregg M. Ushiroda
                            MELVYN M. MIYAGI
                            GREGG M. USHIRODA
                            LEIGHTON M. HARA
                            ROSS T. SHINYAMA

                            GARY K.H. KAM
                            GEORGE S.S. HOM
                            HOLLY T. SHIKADA

                            Attorneys for Defendant
                            DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 ACK-BMK; Certificate of Service