392914.2
**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**         #4391-0
**GEORGE S. S. HOM**      #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**      #1624-0
**GREGG M. USHIRODA**     #5868-0
**LEIGHTON M. HARA**      #7826-0
**ROSS T. SHINYAMA**      #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE **#10** TO EXCLUDE EVIDENCE OR TESTIMONY REGARDING THE CHARGE OF PUBLIC LEWDNESS AGAINST WILLIAM BELJEAN; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG M. USHIRODA; EXHIBITS "A"-"B"; CERTIFICATE OF SERVICE |

```
                                    )  TRIAL: September 9, 2008
                                    )  TRIAL JUDGE: Hon. Alan C. Kay
 _____)
```

### DEFENDANT DEPARTMENT OF EDUCATION'S
## MOTION IN LIMINE #10 TO EXCLUDE EVIDENCE OR TESTIMONY REGARDING
## THE CHARGE OF PUBLIC LEWDNESS AGAINST WILLIAM BELJEAN

Comes now Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through its attorneys, WATANABE ING LLP, and hereby moves this Honorable Court for an order prohibiting Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, Bryan Wiles-Bond, a minor (collectively "Plaintiffs"), their attorneys, representatives, and lay and expert witnesses, from referring to, discussing, mentioning or in any way suggesting or otherwise introducing any testimony and/or evidence regarding the charge of public lewdness against skills trainer William Beljean.

The misdemeanor charge against Mr. Beljean occurred in 1983, over 22 years **before** he provided any services to Bryan Wiles-Bond as a skills trainer.  And, even more importantly, the charge has absolutely no relevance the issues and claims that Plaintiffs have alleged against the DOE in this case. Accordingly, the charge against Mr. Beljean, and any allegations, inferences, or references to or otherwise related to the charge should be precluded.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and all applicable Local Rules of

Practice for the United States District Court for the District of Hawaii, and Rules 401, 402, 403, and 404 of the Federal Rules of Evidence, and is based upon the attached memorandum in support of motion, the declaration, exhibits and the entire record and files herein.

DATED:   Honolulu, Hawaii, August 4, 2008.


/s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION