To: Judy Radwick (via Fax)
    232-0022

From: William Beljean

July 21, 2003

Two pages including cover

EXHIBIT "B"

EXHIBIT B7
2B
Beljean 7-19-07

DOE2908

In May of 1983, returning home after several hours driving, I relieved myself in the shrubs at a rest area in Southampton NY. I believed that I was alone. However, an officer appeared and arrested me for public lewdness. The Judge suggested that I could fight the charge, however I felt that I indeed was guilty of an act I would never have done had I known there was someone else there. I pleaded guilty and paid a fine of $150

William H. Beljean, Jr.

EXHIBIT 84
2C
Beljean 7-19-07

DOE2909