392456.2

**MARK J. BENNETT**    **#2672-0**
Attorney General, State of Hawaii
**GARY K.H. KAM**       **#4391-0**
**GEORGE S. S. HOM**    **#2487-0**
**HOLLY T. M. SHIKADA #4017-0**
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**    **#1624-0**
**GREGG M. USHIRODA**   **#5868-0**
**LEIGHTON M. HARA**    **#7826-0**
**ROSS T. SHINYAMA**    **#8830-0**
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>         Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE **#6** TO EXCLUDE TESTIMONY CONCERNING AN ALLEGED EDUCATIONAL STANDARD OF CARE; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG M. USHIRODA; EXHIBIT "A"; CERTIFICATE OF SERVICE |

          )   **TRIAL: September 9, 2008**
_____  )   **TRIAL JUDGE: Hon. Alan C. Kay**
          )

### DEFENDANT DEPARTMENT OF EDUCATION'S
### MOTION IN LIMINE #6 TO EXCLUDE TESTIMONY
### <u>CONCERNING AN ALLEGED EDUCATIONAL STANDARD OF CARE</u>

Comes now Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through its attorneys, WATANABE ING LLP, and hereby moves this Honorable Court for an order prohibiting Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, Bryan Wiles-Bond, a minor (collectively "Plaintiffs"), their attorneys, representatives, and lay and expert witnesses, from referring to, discussing, mentioning or in any way suggesting or otherwise introducing any evidence and/or testimony on an alleged "educational standard of care."

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and all applicable Local Rules of Practice for the United States District Court for the District of Hawaii, and Rules 401, 402, 403, 701 and 702 of the Federal Rules of Evidence, and is based upon the attached memorandum in support of motion, the declaration, exhibits and the entire record and files herein.

DATED:  Honolulu, Hawaii, August 4, 2008.

　　　　　　　　　　　　 /s/ Gregg M. Ushiroda
　　　　　　　　　　　MELVYN M. MIYAGI
　　　　　　　　　　　GREGG M. USHIRODA
　　　　　　　　　　　LEIGHTON M. HARA
　　　　　　　　　　　ROSS T. SHINYAMA

　　　　　　　　　　　GARY K.H. KAM
　　　　　　　　　　　GEORGE S.S. HOM
　　　　　　　　　　　HOLLY T. SHIKADA

　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　DEPARTMENT OF EDUCATION

- 3 -