CARL M. VARADY
ASB Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone 808 523-8447
Facsimile 808 523-8448
e-mail: carl@varadylaw.com

OF COUNSEL:

DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF EDUCATION, State of Hawai'i, <br><br> Defendant. | CIVIL NO. CV 04-00442 ACK/BMK <br> CIVIL NO. CV 05-00247 ACK/BMK <br> Consolidated (Other Civil Action) <br><br> PLAINTIFFS' PROPOSED VOIR DIRE; AND CERTIFICATE OF SERVICE <br><br><br> TRIAL DATE:  September 9, 2008 <br> Judge: Hon. Alan C. Kay |

<u>PLAINTIFFS' PROPOSED VOIR DIRE</u>

1.      Are any of you an employee, former employee, or a retired employee of the State of Hawaiʻi or Department of Education?[1]

2.      Are any of your close family members and friends, employees, former or retired employees of the Department of Education?

3.      Do any of you, including your family and friends, have business relationships with the Department of Education or State of Hawaiʻi?

4.      Do you have any personal beliefs against lawsuits for damages or believe that it is wrong to sue for money damages?

5.      If you make a finding of liability in favor of any of the Plaintiffs and against the State of Hawaiʻi, you will be asked to award damages against the State Hawaiʻi.  Are any of you unwilling or unable to award damages, perhaps in the millions of dollars, against the State of Hawaiʻi?

6.      Will you be willing to treat the State of Hawaii in the same manner as you would a private party?

7.      Do any of you feel or believe that the State of Hawaiʻi and its Department of Education should be held accountable for its wrongdoing?

8.      Do any of you have any personal beliefs that it is wrong to

---

[1]    When a juror is an employee of a party, the district court should examine the juror closely to determine if any bias exists. *Nathan v. Boeing Co.*, 116 F.3d 422 (9th Cir. 1997).

compensate people who are injured by the actions or inactions of the State?

9.      If the evidence in this case justifies a significant amount of money damages, do you have any personal beliefs that would make you reluctant to follow the instructions of the Court?

10.      If it is shown that the State Department of Education knowingly failed to provide the services to which a disabled student is entitled under the law, would you be able to follow the instructions of the Court and award damages for the harm resulting from that failure?

11.      Do any of you believe that the Department of Education should be treated any differently in court than any other defendant would be treated?

12.      Do any of you believe that a judgment against the State of Hawaii is going to have a financial impact on you personally?

13.      Do any of you believe that the Department of Education officials or other State employees who testify are more believable because of their employment with the State?

14.      Would any of you be more likely to believe Department of Education officials or other State employees who testify than you would other witnesses?

15.      Do any of you believe that too many resources are spent on Special Education students?

16.      Do any of you have any personal beliefs about why people have

disabilities?

17.    Are there any of you who have any personal beliefs that would prevent you from awarding monetary damages to someone who is severely disabled?

18.    Are there any of you who have any personal beliefs that would prevent you from awarding the same amount of monetary damages to someone who is disabled as you would to someone who is not disabled?

19.    Do any of you believe that Hawaiʻi government employees are more likely to be truthful than other people?

20.    Have any of you read any statements in the newspaper made by any of the attorneys about this case?  Did you form any opinions from those statements that would affect your ability to listen to and decide the case on the evidence?

21.    Do any of you believe that discrimination against the disabled does not exist?

22.    Do any of you believe that State employees, because they work for the State, would not retaliate against advocates for the disabled?

23.    Does anyone have any personal beliefs that would prevent you from evaluating the evidence regarding someone who is disabled in the same manner as someone who is not?

24.    Does anyone have any personal beliefs that would prevent you from

awarding monetary damages for emotional and psychological pain and suffering if you find against the Defendant and in favor of Plaintiffs, and if instructed to do so?

25.    Will all of you follow the law even though you might not personally agree with it?

26.    Do any of you believe that damages should not be awarded to a person unless the person suffers serious physical injury?

27.    Hearing what I have asked and told you about this case so far, is there any reason why you cannot listen to the evidence in this case and rule fairly, based on the instructions I will give you when the presentation of the evidence is completed?

DATED: Honolulu, Hawai'i, August 4, 2008

/S/ STANLEY E. LEVIN
CARL M. VARADY
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs