392963.2

**MARK J. BENNETT**       #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**         #4391-0
**GEORGE S. S. HOM**      #2487-0
**HOLLY T. M. SHIKADA**   #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　　Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE **#5** TO EXCLUDE ALL EVIDENCE OF: (1) "DECISION AND ORDER" DATED MAY 21, 2001; AND (2) ALLEGED IDEA AND SECTION 504 VIOLATIONS BY DEFENDANTS ON OR BEFORE JULY 1, 2002; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG |

```
)   M. USHIRODA; EXHIBITS "A"-"B";
)   CERTIFICATE OF SERVICE
)
)   TRIAL: September 9, 2008
)   TRIAL JUDGE: Hon. Alan C. Kay
)
```

**DEFENDANT DEPARTMENT OF EDUCATION'S
MOTION IN LIMINE #5 TO EXCLUDE ALL EVIDENCE OF: (1) "DECISION
AND ORDER" DATED MAY 21, 2001; AND (2) ALLEGED IDEA AND
SECTION 504 VIOLATIONS BY DEFENDANTS ON OR BEFORE JULY 1, 2002**

Comes now Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through its attorneys, WATANABE ING LLP, and hereby moves this Honorable Court for an order prohibiting Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, Bryan Wiles-Bond, a minor (collectively "Plaintiffs"), their attorneys, representatives, and lay and expert witnesses, from referring to, discussing, mentioning or in any way suggesting or otherwise introducing any evidence regarding: (1) that certain "Decision and Order" dated May 21, 2001; and (2) alleged violations by Defendants of the Individuals with Disabilities Education Act and the Rehabilitation Act of 1973 that purportedly occurred on or before July 1, 2002.

The evidence to be excluded relates to claims by Plaintiffs that were fully and finally resolved by that certain "Release and Settlement Agreement" entered into on July 1, 2002 by and between Plaintiffs, DOE, and the Department of Health of the State of Hawaii (the "2002 Settlement Agreement"). Events that preceded the 2002 Settlement Agreement are entirely

- 2 -

irrelevant to this lawsuit and would be highly prejudicial to the DOE.

This motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and all applicable Local Rules of Practice for the United States District Court for the District of Hawaii, and Rules 402 and 403 of the Federal Rules of Evidence, and is based upon the attached memorandum in support of motion, the declaration, exhibits and the entire record and files herein.

DATED:  Honolulu, Hawaii, August 4, 2008.

          /s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants