IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SER**VICE**

IT IS CERTIFIED that on August 4, 2008, a true and correct copy of the foregoing document was duly served upon the following parties by electronic filing via CM/ECF:

　　　Holly T. Shikada, Esq.
　　　Deputy Attorneys General
　　　235 S. Beretania Street, Room 304
　　　Honolulu, Hawaii 96813

　　　Gregg M. Ushiroda, Esq.
　　　Daniel K. Obuhanych
　　　Leighton M. Hara, Esq.
　　　First Hawaiian Center, 23rd Fl.
　　　999 Bishop Street
　　　Honolulu, Hawaii 96813

　　　Attorneys for Defendants

　　　DATED:　Honolulu, Hawaii, August 4, 2008.

/S/ STANLEY E. LEVIN
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY
Attorneys for Plaintiffs