OF COUNSEL:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN             1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY             4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447 FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                  Plaintiffs,<br>       vs.<br><br> DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>                  Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' LIST OF WITNESSES FOR TRIAL AND CERTIFICATE OF SERVICE<br><br><br>TRIAL DATE: September 9, 2008<br>JUDGE:  Honorable Alan C. Kay |

PLAINTIFFS' LIST OF WITNESSES FOR TRIAL

I.  WITNESSES TO BE CALLED

    A)  EXPERT WITNESSES

    1.  Daniel B. LeGoff, Ph.D.
        Child and Adolescent Resources for Education
        105 South Princeton Ave
        Wenonah, NJ 08090
        (856) 616-6466

Dr. LeGoff will provide expert testimony regarding all issues of liability and damages. He will describe the relevant events, causation and damages.

    2.  Loretta M. Lukens, M.D., R.N., C.R.R.N.
        29 West Rhea Road
        Tempe, AZ 85284
        (480) 839-0799

Ms. Lukens will testify regarding all issues related to the development of a life care plan for Bryan Wiles Bond.

    3.  Betty Jo Freeman, Ph.D.
        Professor Emerita of Medical Psychology
        UCLA School of Medicine
        3940 Mandeville Canyon Road
        Los Angeles, CA 90049
        (310) 440-8543

Dr. Freeman will provide expert testimony regarding all issues of liability and damages. She will describe the relevant events, causation and damages.

  4.  Keynes D. Von Elsner, CPA
     Economist
     50 S. Beretania Street
     Suite C-113
     Honolulu, HI 96813
     (808) 538-6904

Mr. Von Elsner will provide expert testimony regarding the valuation of damages in this case.

  B)  LAY WITNESSES

  1.  Dr. Kimberly Smalley, Behavioralist

Dr. Smalley will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present.

  2.  Ann Kimball Wiles
     c/o DAVIS LEVIN LIVINGSTON
     400 Davis Levin Livingston Place
     851 Fort Street
     Honolulu, Hawaii 96813

Mrs. Wiles will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present.

  3.  Stanley Bond
     c/o DAVIS LEVIN LIVINGSTON
     400 Davis Levin Livingston Place
     851 Fort Street
     Honolulu, Hawaii 96813

Mr. Bond will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present.

    4.     Dru Copeland
           c/o Alakai Na Keiki
           1100 Alakea Street, Suite 900
           Honolulu, Hawaii  96813

Dru Copeland will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present.

    5.     Cara Entz
           Pacific Child and Family Associates, AP
           410 Wet Arden Avenue, Suite 20
           Glendale, CA 91203

Ms. Entz will provide testimony regarding all issues related to the program at Pacific Child and Family Associates and all relevant events that took place during the period January 2004 to present.

    6.     Shelby Anne Floyd
           74-5620 Palani Rd., Suite 104
           Kailua-Kona, Hawaii 96740
           Telephone:  (808) 326-7979
           Fax:  (808) 326-4779

Ms. Floyd will provide testimony regarding all issues of liability and damages. She will describe the relevant events that took place during the period August 1999 through the present.

7. Alvin Rho
   Department of Education
   c/o Gregg M. Ushiroda
   First Hawaiian Center, 23rd Fl.
   999 Bishop Street
   Honolulu, Hawaii 96813

C) ADDITIONAL WITNESSES

Plaintiffs reserve the right to call any of the witnesses listed in Defendant's Pre-Trial Statement. Plaintiffs may call any rebuttal witnesses as necessary.

DATED: Honolulu, Hawaii, August 4, 2008.

/S/ STANLEY E. LEVIN
STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs