392990.2
**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**       #4391-0
**GEORGE S. S. HOM**    #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | ) ) ) ) ) | CIVIL NO. CV 04-00442 ACK-BMK CIVIL NO. CV 05-00247 ACK-BMK CONSOLIDATED (Other Civil Action) |
| Plaintiffs, | ) ) | DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE |
| vs. | ) ) ) | #4 TO PRECLUDE TESTIMONY OF DANIEL B. LEGOFF, PH.D. AS IT IS CUMULATIVE OF THE TESTIMONY |
| DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, | ) ) ) ) ) | OF B.J. FREEMAN, PH.D.; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG |

|  |  |
|---|---|
| Defendants. ) | M. USHIRODA; EXHIBITS "A"-"E"; |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| ) | **TRIAL: September 9, 2008** |
| _____ ) | **TRIAL JUDGE: Hon. Alan C. Kay** |

### DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE #4 TO PRECLUDE TESTIMONY OF DANIEL B. LEGOFF, PH.D. AS IT IS CUMULATIVE OF THE TESTIMONY OF B.J. FREEMAN, PH.D.

Comes now Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through its attorneys, WATANABE ING LLP, and hereby moves this Honorable Court for an Order excluding all testimony by Plaintiffs' liability and damages expert Daniel B. LeGoff, Ph.D. as his testimony duplicates and is cumulative of the testimony of Plaintiffs' second liability and damages expert, B.J. Freeman, Ph.D. By his own admission, Dr. LeGoff's testimony is cumulative, and therefore, should be stricken as a matter of law.

The DOE brings this motion in accordance with Rule 7 of the Federal Rules of Civil Procedure and all applicable local rules of practice for the United States District Court for the District of Hawaii, Rules 401, 402, and 403, Federal Rules of Evidence, and base it upon the attached memorandum in support of this motion and the entire record and files herein.

DATED: Honolulu, Hawaii, August 4, 2008.

>/s/ Gregg M. Ushiroda
>MELVYN M. MIYAGI
>GREGG M. USHIRODA
>LEIGHTON M. HARA
>ROSS T. SHINYAMA
>
>GARY K.H. KAM
>GEORGE S.S. HOM
>HOLLY T. SHIKADA
>
>Attorneys for Defendant
>DEPARTMENT OF EDUCATION