```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII
```

**CERTIFIED COPY**

```
 4   ANN KIMBALL WILES and      ) CIVIL NO. CV 04-00442 HG/BMK
     STANLEY BOND, individually ) CIVIL NO. CV 05-00247 HG/BMK
 5   and as next friends of     ) CONSOLIDATED
     their son, BRYAN           )   (Other Civil Action)
 6   WILES-BOND, a minor,       )
                                )
 7         Plaintiffs,          ) * CORRECTED TRANSCRIPT *
                                )
 8         vs.                  )    OCTOBER 2, 2007
                                )
 9   DEPARTMENT OF EDUCATION,   )
     State of Hawaii, and ALVIN )
10   RHO, in his official       )
     capacity as West Hawaii    )
11   District Superintendent,   )
                                )  TRIAL: December 4, 2007
12         Defendants.          )
```

DEPOSITION OF

DANIEL B. LEGOFF, PH.D.

FOR THE OFFICES OF WATANABE, ING & KOMEIJI, LLP

VOORHEES, NEW JERSEY

AUGUST 23, 2007

ATKINSON-BAKER, INC.
500 North Brand Boulevard, Third Floor
Glendale, California 91203
(818) 551-7300

REPORTED BY: ANGELA M. KING, RPR, CSR

FILE NO.: A106C36

EXHIBIT "D"

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF HAWAII
 3
 4  ANN KIMBALL WILES and      ) CIVIL NO. CV 04-00442 HG/BMK
    STANLEY BOND, individually ) CIVIL NO. CV 05-00247 HG/BMK
 5  and as next friends of     ) CONSOLIDATED
    their son, BRYAN           )  (Other Civil Action)
 6  WILES-BOND, a minor,       )
                               )
 7          Plaintiffs,        )
                               )
 8       vs.                   )
                               )
 9  DEPARTMENT OF EDUCATION,   )
    State of Hawaii, and ALVIN )
10  RHO, in his official       )
    capacity as West Hawaii    )
11  District Superintendent,   )
                               ) TRIAL: December 4, 2007
12          Defendants,        )
13  ─────────────────────────────
14
15  Deposition of Daniel B. LeGoff, Ph.D., taken on behalf
16  of Defendant, at 1000 Laurel Oak Road, Voorhees, New
17  Jersey, commencing at 8:00 a.m. on Thursday, August 23,
18  2007, Angela M. King, RPR.
19
20
21
22
23
24
25
```

2

1  this case?
2  A. I didn't know that for a fact, but I
3  knew she had evaluated Bryan, yes.
4  Q. And I believe you testified that you
5  had a conversation with her back in 2005?
6  A. Yes.
7  Q. Okay. At that time, was Ms. Freeman
8  retained for this case, if you know?
9  A. Yes. I think she had been contacted by
10  Mr. Levin's firm to evaluate Bryan.
11  Q. Okay. Do you have an understanding of
12  what Dr. Freeman's role is in this case?
13  A. Frankly, I thought she was quite
14  redundant with my role. And I think she's
15  probably a better qualified expert than I am. I
16  actually tried to defer having further opinions
17  in the case or having more involvement in the
18  case to Dr. Freeman.
19  Q. So you're saying that what Dr. Freeman
20  was asked to do is kind of redundant because
21  you've already done it?
22  A. Yes. Although, she probably did a
23  better job.
24  Q. Did you review her report?
25  A. Yes. Yeah. Briefly. I mean, I