**FILE COPY**

1       IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF HAWAII

**CERTIFIED COPY**

3

4   ANN KIMBALL WILES and STANLEY      )
    BOND, individually and as next     )
5   friends of their son, BRYAN        )
    WILES-BOND, a minor,               )
6                                      )
              Plaintiffs,              ) CIVIL No.
7                                      ) CV-04-00442 HG/BMK
    vs.                                ) CV 05-00247 HG/BMK
8                                      )
    DEPARTMENT OF EDUCATION,           ) CONSOLIDATED
9   State of Hawaii, and ALVIN RHO,    ) (Other Civil Action)
    in his official capacity as West   )
10  Hawaii District Superintendent,    )
                                       )
11            Defendants.              )
    _____)

12

13

14                 DEPOSITION OF

15           BETTY JO FREEMAN, PH.D.

16           LOS ANGELES, CALIFORNIA

17              SEPTEMBER 24, 2007

18

19  ATKINSON-BAKER, INC.
    COURT REPORTERS
20  (800) 288-3376
    WWW.DEPO.COM

21

22  REPORTED BY:   TONI COHEN, CSR. NO. 9871

23  FILE NO.: A107854

24

25              **EXHIBIT** "E"

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3
 4  ANN KIMBALL WILES and STANLEY    )
    BOND, individually and as next   )
 5  friends of their son, BRYAN      )
    WILES-BOND, a minor,             )
 6                                   )
                 Plaintiffs,         ) CIVIL No.
 7                                   ) CV-04-00442 HG/BMK
    vs.                              ) CV 05-00247 HG/BMK
 8                                   )
    DEPARTMENT OF EDUCATION,         ) CONSOLIDATED
 9  State of Hawaii, and ALVIN RHO,  ) (Other Civil Action)
    in his official capacity as West )
10  Hawaii District Superintendent,  )
                                     )
11               Defendants.         )
    _____)
12
13
14        DEPOSITION OF BETTY JO FREEMAN, PH.D., taken on
15  behalf of the Defendant, at 6101 West Century Boulevard,
16  Los Angeles, California, at 8:58 a.m., on Monday,
17  September 24, 2007, before Toni Cohen, CA CSR No. 9871/NV
18  CCR No. 793.
19
20
21
22
23
24
25
                                                              2
```

```
 1            Now, Doctor, you said that you had some
 2   telephone contact with Dr. Daniel LeGoff?
 3        A    Yes.
 4        Q    How many?
 5        A    I know I talked to him during the first
 6   assessment.  And I believe I spoke to him this past June
 7   when he was doing another assessment, but I couldn't
 8   swear to that, to be honest.  I have no record of it, but
 9   I vaguely remember talking to him.  And I know I spoke to
10   the mother on the day he was supposed to be there, but I
11   don't know whether I spoke with him or not.  I think I
12   might just have been provided a copy of his report.
13        Q    So you have a recollection of speaking with
14   Dr. LeGoff at least once during the first assessment?
15        A    Yes, I know I did.  I remember that.
16        Q    That would be 2006?
17        A    2006, yes.
18        Q    You may have spoken with him during this past
19   June?
20        A    Yes.  If I did, it was a very short
21   conversation.  I just don't remember.
22        Q    Did you review Dr. LeGoff's reports?
23        A    Yes, I did.
24        Q    Did you rely on any portion of his report to
25   form any of your opinions?
```

```
 1      A    Well, I tend to form independent opinions, but
 2 I happen to agree with a lot of his report.  And he found
 3 the same things I did, and there seemed to be agreement
 4 between us about what was going to happen with Bryan,
 5 what his outcome would be.  I might disagree with him on
 6 whether or not Bryan is going to need residential
 7 placement.  Maybe, I don't know.
 8      Q    Do you have an opinion on that?
 9      A    Right now it's hard to tell.  I mean, the
10 problem with group homes for him is they're not equipped
11 to do teaching.  And the people -- I mean, it's just like
12 a place to live.  Even level -- what's called Level IV
13 Group Homes in California -- I believe Dr. Goka refers to
14 those -- they're not teaching homes -- and Bryan still
15 has a lot to learn -- as opposed to a residential
16 programs.
17           And everybody keeps saying -- the May Institute
18 is one, Bancroft is another one -- they're few and far
19 between -- where he would be also in a teaching
20 situation.
21           Your goal is for him to live in the community.
22 That's our goal.  I suspect he's not going to be ready to
23 do that at 21 or 22 when he's out of school because he
24 lost a lot of time in his -- in his development.  The
25 hope is that some day he might be able to live in a group
```

1 interfering behaviors occurring. At five, it's easier to
2 remediate hitting than in a big seventeen-year-old.
3          So that's the way I think about that. And I
4 think there's some studies about people talking about
5 that in terms of brain development. But as I indicated
6 to you earlier, that's not my area of expertise.
7     Q    I believe we talked earlier about
8 neuroplasticity, and you're not going to offer any
9 opinion on that?
10    A    No.
11    Q    Do you have an understanding of what
12 Dr. LeGoff's role is in this case?
13    A    Similar to mine. I think Dr. LeGoff was doing
14 assessments and --
15    Q    What you did?
16    A    Well, but he had seen Bryan previously; so his
17 role was to sort of make what I call a movie of Bryan,
18 where he sees him over time. My role was to come in and
19 say, from my opinion, in my experience with children with
20 autism, because -- I understand I might be a little older
21 than Dr. LeGoff, but I'm not positive -- but I've been
22 doing this for long time. From my point of view, in
23 terms of whatever my expertise is, how did I see this.
24          But clearly there was lot of overlap in what we
25 did.

```
 1     Q    I'm just trying to understand your role --
 2     A    That's how I understand it.
 3     Q    I, basically, see you both doing the same
 4 thing?
 5     A    In a lot of ways, we did.
 6     Q    So in your mind -- well, in your opinion, this
 7 so-called, quote/unquote, window of opportunity
 8 terminology is outdated?
 9     A    Well, I don't understand what it means.
10 Because I think -- as -- the way I understand it is that
11 people use that to say it's too late, that if a child is
12 past the, quote, window of opportunity -- nobody's every
13 said when it was, then it's too late to do intervention
14 and you're wasting your time.  In my experience and in my
15 research, that's not what you see.
16     Q    Your experience including those children that
17 you've had -- apraxia.
18     A    Yes.  It includes children that come -- as I
19 said to you.  I've can give you an example.
20     Q    Okay.
21     A    We had a 55-year-old man come to us.  He had
22 been living in an institution.  He was on about six or
23 seven medications.  He was very aggressive.  His outcome
24 included -- he now lives in a group home in San Diego and
25 has a job and he's off medication.
```