IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE #4 TO PRECLUDE TESTIMONY OF DANIEL B. LEGOFF, PH.D. AS IT IS CUMULATIVE OF THE TESTIMONY OF B.J. FREEMAN, PH.D.*, was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 4, 2008:

       **STANLEY E. LEVIN, ESQ.**
       **MICHAEL K. LIVINGSTON, ESQ.**
       400 Davis Levin Livingston Grand Place
       851 Fort Street
       Honolulu, HI  96813

             and

      **CARL M. VARADY, ESQ.**
      American Savings Bank Tower
      1001 Bishop Street, Suite 2870
      Honolulu, Hawaii  96813

      Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 4, 2008.


                                           /s/ Gregg M. Ushiroda
                                           MELVYN M. MIYAGI
                                           GREGG M. USHIRODA
                                           LEIGHTON M. HARA
                                           ROSS T. SHINYAMA

                                           GARY K.H. KAM
                                           GEORGE S.S. HOM
                                           HOLLY T. SHIKADA

                                           Attorneys for Defendant
                                           DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 ACK-BMK; Certificate of Service