IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in the above action.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Dr. Richard Goka taken on September 21, 2007, including Exhibit 2 from Dr. Goka's deposition exhibits.

3. Attached hereto as Exhibit 2 are excerpts of the deposition of Dr. Bryna Siegel taken on October 15, 2007.

4. Attached hereto as Exhibit 3 are Dr. Bryan Siegel's opinions dated June 25, 2007, filed in this case.

I declare under penalty of perjury that the foregoing is true and correct.

1

DATED: Honolulu, Hawai`i, August 4, 2008.

/S/ Stanley E. Levin
STANLEY E. LEVIN