IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>       Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>       Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in this action.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the deposition of Dr. Bryna Siegel taken on October 15, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of the June 22, 2006 expert report of Dr. Bryna Siegel.

4. Attached hereto as Exhibit 3 is a true and correct copy of the June 25, 2007 expert report of Dr. Bryna Siegel.

5. Attached hereto as Exhibit 4 is a true and correct copy of Hawai'i Revised Statutes §465-1 and California Business and Professional Code §2910.

1

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, August 4, 2008.

        /S/ STANLEY E. LEVIN
        STANLEY E. LEVIN