Of Counsel:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN                 1152-0
MICHAEL K. LIVINGSTON            4161-0
851 Fort Street, Suite 400
Honolulu, Hawaii  96813
Telephone:  (808) 524-7500/Fax:  (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY                   4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813
Telephone:  (808) 523-8447/Fax:  (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING THE AMOUNT OF MONEY EXPENDED BY THE DOE; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STANLEY E. LEVIN; EXHIBITS 1 – 6; AND CERTIFICATE OF SERVICE<br><br>DATE:   September 9, 2008<br>TIME:   9:00 a.m.<br>JUDGE:  Alan C. Kay<br><br>TRIAL DATE:  September 9, 2008 |

PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING THE AMOUNT OR EFFECT OF MONEY EXPENDED BY THE DOE

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their undersigned counsel, hereby move this Court in limine for an order restraining Defendant DEPARTMENT OF EDUCATION (DOE), STATE OF HAWAI'I (Defendant), from attempting to introduce evidence, testimony, argument or comment concerning: (1) the amount of money expended on Bryan including the proposed cost of services purchased from third parties; (2) the effect of costs or a damage award on the DOE insofar as an award might proportionately reduce available services to other students; and (3) that collateral sources of payments to Bryan should reduce their liability in this case for damages.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, all applicable local rules of practice for the United States District Court for the District of Hawai'i, Rules 401, 402 and 403 of the Federal Rules of Evidence and bases it upon the Memorandum, Declaration, and exhibits in support of this motion, and the records and files herein.

DATED:  Honolulu, Hawai`i, August 4, 2008.

/S/ STANLEY E. LEVIN
STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs