IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>     Plaintiffs,<br><br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>     Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

### DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, do declare:

1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in this action.

2. Attached hereto as Exhibit 1 are true and correct copies of the relevant excerpts from the Deposition of Cara Entz.

3. Attached hereto as Exhibit 2 is a true and correct copy of the November 16, 2004 facsimile transmittal from Cynthia Esaki to Kate Tolentino.

4. Attached hereto as Exhibit 3 is a true and correct copy of the November 17, 2004 facsimile transmittal from Kate Tolentino to Holly Shikada and Lono Beamer.

5. Attached hereto as Exhibit 4 is a true and correct copy of the June 28, 2006 Report of Richard S. Goka, M.D.;

6. Attached hereto as Exhibit 5 are true and correct copies of pertinent excerpts from the Deposition of Richard S. Goka

7. Attached hereto as Exhibit 6 are true and correct copies of pertinent excerpts from the Deposition of Bryna Siegel, Ph.D.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 4, 2008.

/S/ STANLEY E. LEVIN
§STANLEY E. LEVIN