Richard S. Goka, M.D.
5740 North Palm, Ste 103
Fresno, California 93704-1800
(559) 261-3090     Fax (559) 261-3085

June 28, 2006

Gregg M. Ushiroda, Esq.
Watanabe, Ing & Komejii
999 Bishop St, 23rd Floor
Honolulu HI 96813

  Ref: Bryan Wiles-Bond (DOB: Oct. 28, 1991)
     Wiles, et.al. Vs. Dept. of Education,
     Civil NOS: CV 04-00442 & CV 05-00247

Dear Mr. Ushiroda,

At your request I have reviewed the documents you have sent to me, see attached record review. I have reviewed the report of Bryna Siegel, Ph.D., from the University of California, San Francisco. I have had a telephone conference with Doctor Siegel as well. As of this date, it is apparent that there are additional records that are not in your possession. Especially, the records before coming to Hawaii. Therefore, this is a preliminary report and may need to be revisited once additional information is obtained.

Bryan Wiles-Bond is a 15-year-old with Autism. He currently is living at home with his parents in Northern California and attends the Keystone School in Elmira, California. According to Dr. Siegel he is severely disabled and doing quite well in the current program. It is our understanding that he is also receiving some respite services from the Regional Center. The above services are generally funded by either the school district or Regional Center, State of California, Department of Developmental Services. According to the web site, the maximum out of pocket expense for services is $7,900.00 annually from ages 13 to 17. This is a sliding scale as to the parent's income. Once he is 18-years-old he will be considered an adult.

Furthermore, in a discussion with a representative from the Regional Center, Bryan would most likely need a "Level 4" group home, which would cost approximately $5,000.00 per month. The funding generally comes from Social Security and the Regional Center. There is no out of pocket expense. If Bryan has any excess money, it would be placed in a trust. Once he moves into a group home, he will no longer be in need of the Respite services that are being provided.

In reviewing Ms. Lukens' life care plan and a discussion with Dr. Siegel many of the services would be required to a lesser extent. Ms. Lukens has recommended a Psychiartist six times a year. There are neither specifics nor medical records that indicate this frequency. However, if Bryan was to be placed on medications, it would be reasonable for him to see a Psychiatrist two to four times a year. It has been noted that Bryan has had an adverse reaction to medications and as far as we know is currently on none.

EXHIBIT 4

*[handwritten: 9   DATE 9/21/07   WITNESS Richard Goka MD   SUE M. FLINT]*

Bryan Wiles-Bond
Page 2 of 2.

A behavioral psychologist is indicated to work with the treatment team, educators and caregivers. This psychologist would give strategies to those to minimize adverse behavior. Ms. Lukens has recommended three times a week for the rest of Bryan's life. Generally, the behavioral psychologist would be required four to six time a year to assist the caregivers.

Family counseling would be needed to help the family adjust, especially when he is placed in a group home. Doctor Siegel felt that some intense therapy for the first three to six months would be indicated, not weekly from age 14 to 22 as Ms. Lukens as indicated.

If Bryan is started on medications, then it would be appropriate to monitor hepatic and renal functions, since the medications can be toxic. However, it is not known nor can anyone specifically state what medication he would be using.

Dental work will be challenging and should be done twice a year. It will require sedation. Ms. Lukens has made it monthly.

Physical, Occupational, Speech and Audiological therapies are part of the school program and covered under they daily charges. Their roll would be, as consultants and any actually activity would be carried out by the school staff. There is no apparent need for audiological services and training. Sign language would be carried out by a qualified speech-language pathologist and interacting with the school staff. After age 22 Bryan would have plateau his ability and therefore no further language intervention would be necessary. He is currently using a form of augmentative communication with his sign language and the current teaching method. This is being handled by the school stat that are knowledgeable. An electronic communication device is not indicated in this case.

As per Dr. Siegel, Bryan could live in a group home setting. He will need this the rest of his life. Medi-cal, SDI and the Regional Center would fund it. Attached is a spreadsheet with the estimated costs.

Sincerely,

Richard S. Goka, M.D.
Diplomat, American Board of Physical Medicine & Rehabilitation.
Diplomat, American Board of Pain Management.

rsg/

**Richard S. Goka, M.D.**
5740 North Palm, Ste 103
Fresno, California 93704-1800
(559) 261-3090      Fax (559) 261-3085

---

June 28, 2006

Gregg M. Ushiroda
Watanabe, Ing & Lomeiji, LLP
999 Bishop Street, 23rd Floor
Honolulu Hawaii 96813

       Ref:   Bryan Wiles-Bond
                  DOB: Oct. 28, 1991

RECORD REVIEW:

| Date | Entry |
|---|---|
| 1/28/97 | Leukens' File: Occupational Therapy note (bates 203): Speech and OT are citrating. |
| Feb. 1997 | Leukens' File: Speech/Language Progress note (bates 202): encourage him to use pictures and entourage vocalization. |
| 9/18/99 | Leukens' File: DuPont Hosp., Wilmington DE. Augmentative Communication eval. (bates 192): Stress the continue use of picture communication symbols. |
| 9/14/99 | Leukens' File: Vineland Adaptive Behavioral Scales (Bates 38): [scores are documented] |
| 10/06/99 | Leukens' File: Occupational therapy evaluation (bates41): had moved to Hawaii form Maryland over the summer. He had history of ear infections and sensitivity to medications. Based on his IEP from Maryland, an interim IEP was developed at Kahakai School on September 8, 1999. the interim IEP note significant pervasive developmental delays and autistic behaviors at age 2.5 years. He takes Melatonin to help him sleep and had Pseudo-tumor cerebri. Recommendations were made. |
| 10/07/99 | Leukens' File: Educational Eval, Waikoloa elementary (Bates 36): Woodcock-Johnson attempted, Brignance Inventory of Early Development (check list), Teacher reports, and classroom observations. Noted his skills were scattered between 2 and 5 year-old range (approximate). Two factors might have contributed, he made little attempt to attend to task and he had a sore foot. |
| 10/19/99 | Richard H. Mesco, D.O., School Psychiatric Report: Onset occurred at 1 1/2 to 2 years of age. Diagnosed with Autism, R/O mental retardation, R/O osteomyelitis of right Calcaneus, |
| 10/19/99 | IEP Conference: Attention in one on one or small group max. 10 min. doesn't occur all the time. Can match pictures, colors, shapes and simple puzzles. He can follow some single step commands. Fine motor: can assemble simple 6-10 piece puzzles. Vineland adaptive behavior scales: communications 30; daily living skills 29; socialization 49; motor skills est. 51; all in the low range. Toddler language scale: receptive language 3-6 months; expressive language 3-6 months. Hearing appears adequate, oral structures and functions appear adequate for speech production. He is nonverbal with vocalization and gestural abilities. Behavior is busy in the classroom and sometimes hyperactive. When agitated he will scream, pinch, scratch, kick, headgut, hit, spit, pull hair, and through objects. Calming techniques to deescalate usually work, these include jumping on trampoline, wrapping him in a blanket and sooting light music. |
| 11/03/99 | Wesley Sugai, M.D., chart: Kaiser Permanente, Discharge Summary: Date of admission October 29, 1999. Had a three-week history of limping, seen by orthopedist in Maui on October 13, 1999 for possible fracture. The x-ray was essentially normal. |

Repeat x-ray October 20, 1999 showed possible lucent. Referred for CT scan which though to be Osteomyelitis. A biopsy and antibiotic were started.

[Kaiser records from Oct to Dec. 1999 were reviewed]

| Date | Entry |
|---|---|
| 1/17/00 | Wesley Sugai, M.D., chart; Kona Community Hosp. ER: Possible ingestion of Boric Acid. Felt it was unlikely and told to give milk. |
| 1/29/00 | Wesley Sugai, M.D., records: Developmental growth chart, 85 percentile for weight and 75 percentile for height. |
| 1/29/00 | Wesley Sugai, M.D., records: Finished six weeks antibiotics for infection right foot bone. Post surgery 10/28/1999. Has begun to limp again. Jumping and walking OK now. Get lab, discuss with parents. |
| 3/13/00 | Wesley Sugai, M.D., chart; Robert Durkin M.D.: He had taken care of Bryan in Oct. 1999 and had reviewed the recent x-rays and lab. He had debrided a lesion. He was back at full activity without pain or limp on December 16, 1999 visit. Felt that the osteomyelitis had been treated and the bone was heeling. |
| 3/03/00 | Wesley Sugai, M.D., chart; Kona Community Hosp., X-ray Right calcaneus: Lytic lesion calcaneus with may represent osteomyelitis recommend bone scan. |
| 3/06/00 | Wesley Sugai, M.D., records: Discussion with Dr. M.. 1 cm benign lucent lesion at heel. Sent x-rays to Dr. Derkin. |
| 3/07/00 | Wesley Sugai, M.D., records: review x-ray and lab. |
| 3/08/00 | Wesley Sugai, M.D., records: Discussion with teacher. He may normally be a hot kid, temp 99-100 and that 100.5. ? and not worried unit greater than 101. |
| 8/25/00 | Wesley Sugai, M.D., records: Earache, temp 100 at school today. RX Tylenol. s |
| 11/27/00 | Wesley Sugai, M.D., records: URI last week. ?? Dimatabb, Chap Stick. |
| 7/10/01 | Wesley Sugai, M.D., records: Possible Right ear infection. Melatonin helps with sleep. Risperdal, pseudo-tumor cerebri. Cortisporin Otic. OTC wax removal. |
| 9/11/01 | Wesley Sugai, M.D., records: Right earache, pick and pulls on it. Cortisporin Otic. |
| 10/08/01 | Wesley Sugai, M.D., records: Very frequent large amount vomiting. Pokes end often. Bites on stomach, open sore. ? Cortisporin otic. |
| 11/02/01 | Wesley Sugai, M.D., records; Hawaii Radiology, Right Ankle: Possible Slater I FX, non-displaced. |
| 12/20/01 | Wesley Sugai, M.D., records: Limping on Left foot for 2 days. Had an infection in right foot two years ago. Limping in same manner. Ice, wrap, F/U as needed. |
| 1/29/02 | IEP Conference: |
| 2/28/02 | Wesley Sugai, M.D., records: foot, limping again. |
| 3/01/02 | Wesley Sugai, M.D., records: Right foot seems sore. One week now, limping and not putting weight on right heel. History of Osteo right heel. Get lab. Note lab normal. |
| 8/10/02 | Wesley Sugai, M.D., records: Ear drops prescribed. |
| 8/29/02 | Wesley Sugai, M.D., records: complains of sore ears. Still coughs. Cipro otic drops. |
| 9/05/02 | Wesley Sugai, M.D., records: Ear ache, still holds ears. Refer to Dr. Cervantes. |

| Date | Entry |
|---|---|
| 9/16/02 | Wesley Sugai, M.D., records: being scheduled for Dental ˍoration 9/20/02 under general. Consult with Dr. Cervantes who will examine ears while under anesthesia. Allergies to Penicillin, Sulfa, Risperdal. Current meds. Note (melatonin 2 at bed time.) Notes he failed Risperdal – hydrocephalus; failed Clonidine – increased headaches. Melatonin helps with sleep. No meds now. OK for general anesthesia. |
| 9/20/02 | Wesley Sugai, M.D., chart; Kona Community Hosp., Operative Report, William Cervantes, M.D: Cerumen impaction with otitis externa right. |
| 10/11/02 | Wesley Sugai, M.D., records: ? drops prescribed. |
| 11/06/02 | Leukens' File; Psychoeducational Profile – Revised (bates 48): He had developmental age scores of 22 months. Weakness areas were imitation, cognitive performance and cognitive verbal. Notes that not all portions were given since timed items were missing from the kit. |
| 11/12/02 | Wesley Sugai, M.D., records: Tired 2 days. Sleepy, decreased urination, vomiting today X3. C/O headache. Gastritis with ?. Dehydrations. Phenergan, ?, Advil. |
| 1/28/03 | IEP Conference: chronological age 4th grade. He had the psychoeducational Profile Revised and the Developmental Profile II in January 2002. He was able to do gross motor skills; kicking a ball, throwing a ball, using a scooter board to push himself, alternate feet going up and down stairs. Classroom performance can utilize an indoor trapeze appropriately and support his weight, use a small trampoline and jump with feet together for approximately 2-3 minutes. Academic/pre-vocational able to sort objects, match letters of the alphabet, follow some simple one-step directions and imitate some behaviors demonstrated by instructor. Demonstrate a preference for certain books. Able to point to certain objects in a book is emerging. His behavior impacts his ability to perform these skills. He can copy a circle, show he use of some basic objects; cup, fork; toothbrush and stack 9 blocks independently. He is able to toilet independently on school campus. He puts on his own shoes, with verbal prompts. He is able to use a spoon and fork in the cafeteria and throws away his own trash.<br><br>Present performance level: he can produce vowel sounds and give two repetitions of the same sound. He can discriminate between picture/objects in a set of two to five and pint to one when cued to do so. He has been choosing activities and expressing wants using a picture choice board with 15+ pictures. He has begun pairing some combinations of 2 signs or vocalizations when cued. Weakness: communication abilities vary depending on the context, location and person he is interacting with. He continues to need improvement in competing oral motor activities, pairing consistent verbalization with presented pictures, using new signs, following directions with minimal cueing and independently communicating to express his wants and needs.<br><br>Behavior: is very inconsistent and effects his performance in many areas. Severe acting out behavior occurs when given a task or period of work he does not want to do. He is not able to follow two-step directions, nor does he follow all simple directions. Fine motor skills are a weak area. Can do simple cutting, snipping a marking, does not exhibit appropriate focus and concentration to demonstrate basic pre-writing skills. |
| 4/21/03 | Wesley Sugai, M.D., records: Sores on legs. Excoriated inflammation on bites on legs. RX Erythromycin. |
| Jul. 2003 | Dept. of Ed. Quarterly Report. |
| 7/07/03 | Wesley Sugai, M.D., records: Allergic reaction ? itchy ? one week. DX 1. ? rash; 2. chest pain? Holds chest for 15 min. RX Lortalin. To ER if continues for EKG. |
| 9/11/03 | Wesley Sugai, M.D., records: Chews hands, ? red. 1. Autism; 2. bite marks on hands. RX Keflex and ?. |
| 10/20/03 | Wesley Sugai, M.D., records: Exam for Special Olympics. |

| | |
|---|---|
| 11/18/03 | <u>IEP Confere</u>l   Chronological age puts him in the 5th g.   .. He is toilet regulated, he indicates the need to use the toilet, eats appropriate with fork and spoon, drinks from an open cup, sits in the cafeteria to eat lunch with younger, quieter students, zips/unzips, unsnaps, laces, crosses the laces and pulls tight. He is able to put on/take off tee-shirt, elastic-waist shorts, and shoes. He is utilizes some sign language, picture exchange communication system or gestures to communicate needs and desires; obeys the stop command. He has emerging writing skills using a template; like the computer, reading/looking at books and magazines. He has good imitation and matching skills.<br><br>Speech-Language: Communicates his need by a variety of methods – gestures, vocalization and signs. He uses six signs spontaneously and will imitate others after a model is given. He uses hand over hand attempts to get his needs met with caregivers. He will sit and attend to tasks for short periods of time successfully. At times his behavior impacts his ability to perform known skills, which makes it difficult to display his skills consistently. Currently receiving extended services including weekends.<br><br>Vineland Adaptive Behavior Scales, administered with parents. Motor skill domain are an estimate and not used when computing overall adaptive functioning for children 6 y/o and older. Communication 20; Daily living >20; Socialization 38; motor skills 68. Classroom Vineland administered October 2002. Communication 24; Daily Living Skills 42; Socialization 42; motor skills 70. Both Adaptive Behaviors Scores 24 and 35 classify overall adaptive functioning as low and indicate a sever deficit in adaptive functioning. Activities involving daily living skills and communication appear to be the most challenging for Bryan, although both teacher and parents indicate he is gaining skills in alternative forms of communication. |
| Dec. 2003 | <u>Dept. of Ed. Quarterly Report.</u> |
| 1/08/04 | <u>Wesley Sugai, M.D., records:</u> Left eye swollen, irritated. Conjunctival and peri-orbital redness. ? with sudden flare up. Will DC meds and see Ophthalmologist to R/O corneal abrasion. |
| 3/11/04 | <u>Wesley Sugai, M.D., records:</u> Facial rash, allergy, itching. DX. Contact dermatitis. |
| 3/12/04 | <u>Wesley Sugai, M.D., records:</u> School felt hives worse, mom feel's look better today, some exemia. Zyrtec prescribed. |
| 6/04/04 | <u>Wesley Sugai, M.D., records:</u> Right eye injury today. Conjunctival ?., mild edema and ?. RX. ? and Tobramycin eye drops. |
| 7/15/04 | <u>Wesley Sugai, M.D., records:</u> F/U violent episodes, doing OK today. Reported caused pseudo-tumor cerebri. Difficulty flying. Advil three tabs help. Exam ? right ear, RX Donnicef, Colace, ?, and Claritin. |
| 7/31/04 | <u>Wesley Sugai, M.D., records; No. Hawaii Comm. Hosp. EEG:</u> Normal awake, drowsy and slight sleep EEG. |
| 8/18/04 | <u>Kimberly Smalley, Ph.D., Child & Family Services, HI, Behavioral Assessment:</u> He actively uses 20 and 50 signs and reportedly knows over 100+. Receptive communication appears good, he can follows some multiple step directions, can answer verbal questions with sign language, though clearly not consistently an auditory processor. Made gains in toileting, particularly defecation. Urinates on himself several times a day. He takes no medications except Benadryl or Claritin for allergies. Advil for bumps, bruise, inflammation, etc. Melatonin as a sleep aid. Recent EEG to rule out any medical causes for recent and dramatic change in behavior. He has used medication in the past to control his behavior but has atypical and life threatening reactions to the medications.<br><br>Behaviors: Aggression, 0-5 per domain, episodes typically were discrete (single blows) and self-limiting. At school he has used minor aggression to protest or escape work, but it has reportedly increased in frequency and intensity seedily since April.<br><br>Tantrums, 5 to 30 minutes, the increased intensity are new. 0-5 times a week. |

|  |  |
|---|---|
|  | A support plan was attached. |
| 9/02/04 | Wesley Sugai, M.D., records: School Authorization for mediations storage; ibuprofen 400 mg., every 6 hours as needed. |
| 11/21/04 | Leukens' File; Pacific Child & Family Associates Proposal (Bates 75): this is a clarification of the previous proposal with costs. |
| 9/23/04 | Wesley Sugai, M.D., records: Hepatitis B #2. |
| 9/27/04 | Wesley Sugai, M.D., records: Hardship California, ? to parents, ? and behavior help is needed. |
| 10/19/04 | Wesley Sugai, M.D., records: Day says he's crying non-stop. Eating dry wall, paper, sucking on ?. Advised to go to BR R/O ?. |
| 10/19/04 | Wesley Sugai, M.D., chart; Kona Community Hosp. ER: Increased agitation, eating things. Sedation given. |
| 10/19/04 | Wesley Sugai, M.D., chart; Kona Community Hosp. Chest X-ray: normal. |
| 10/19/04 | Wesley Sugai, M.D., chart; Kona Community Hosp., Abdomen X-ray: Probable radio-opaque body in region of rectum. |
| 10/20/04 | Wesley Sugai, M.D., chart; Kona Community Hosp., Abdomen X-ray: Previous (10/19) opaque density in rectal area, no longer present. |
| 11/21/04 | Leukens' File; Pacific Child & Family Associates Report: (bates 71): Evaluation of Bryan on October 21, 2004 in his home and school. The report goes over a treatment plan and costs. |
| 11/07/04 | Wesley Sugai, M.D., chart; Kona Community Hosp., ER: Kicked right leg through a window. 1/2 cm laceration. Sutures had to be removed. |
| 11/08/04 | Wesley Sugai, M.D., records: Went through a window this weekend. Multiple laceration on arms, legs. Ty0lenol #3, two every 4 hours. #20. |
| 11/09/04 | Wesley Sugai, M.D., records: RX Tylenol #3, 1-2 every 4 hours as needed pain. #72. |
| 11/12/04 | Wesley Sugai, M.D., chart; Kona Community Hosp.,ER: attempting to pull out staples and fell. 4-point restraints. |
| 11/13/04 | Wesley Sugai, M.D., chart; Kona Community Hosp.,ER: He was throwing furniture at home. Sedation given. |
| 11/13/04 | Wesley Sugai, M.D., records; Kona Community Hosp. Abdomen Series: Metallic foreign body within right lower quadrant, probably within the cecum. Appears as two stacked coins. No obstruction. |
| 11/13/04 | Wesley Sugai, M.D., records; Kona Community Hosp. Right Tib/Fib X-ray: Normal. |
| 11/13/04 | Wesley Sugai, M.D., records; Kona Community Hosp. CT of Head: Normal CT of Brain. |
| 11/15/04 | Wesley Sugai, M.D., records: Parents for consult. Kahi ? /QMC would not accept. Zyprexa ± help. 2 ER visits. CT was WNL. Urine & blood all negative. Staples removed & patient did better. Yesterday was back to normal despite being off meds. Treatment just with ? and Band-Aids. Parents are moving to CA in 6 weeks. Can use Ativan 1 mg., 1-2 PO every 6 hours as needed #20 for flight but use prophlaxix dose. |
| 11/25/04 | IEP Conference: Chronological age into the 5th grade. He is toilet regulated, usually indicates the need to use the toilet; eats appropriately with fork and spoon; drinks form an open cut; sits in the cafeteria to eat lunch, with younger, quieter students; zips/unzips, unsnaps, laces, crosses the laces and pulls tight. He is able to put on/take |

|  |  |
|---|---|
|  | off tee-shirt, elastic-waist shorts, take off/put on shoes. He usually utilizes some sign language, picture exchange communication systems or gestures to communicate needs and desires. Obeys the stop command.<br><br>Speech: he uses six signs spontaneously and will imitate others after a model is given. He uses hand over hand attempts to get his needs met with caregivers. |
| 11/29/04 | Wesley Sugai, M.D., records: refill Ativan, 1 mg., 1-2 PO every 6 hours as needed, #20. |
| 11/29/04 | IEP Conference: 7th grade student. He is non-verbal and uses American Sign Language to communicate. Due to an increase in aggressive/tantrum behaviors, toileting accidents and deterioration of work behaviors he is receiving instruction from two aides off campus since September 23, 2004. He attends school two times a week for up to two hours each time. He receives thirty minutes of speech services each of those days.<br><br>Pre-academic skills: Uses American Sign Language and is able to tell an adult when he is happy, hungry, thirsty and has to use the restroom. He is able to sign these basic needs in addition to preferences and wants. He has a list of 150 signs and uses about 20-30 of these signs spontaneously. When a DTT format is used with environmentally engineered "basket" for tasks, he has been very successful in learning new vocabulary. When interested he will focus on a task for a range of five to thirty minutes. Able to identify numbers one through five but has difficulty with sequencing and one-on-one correspondence. He understands one-on-one correspondence up to the number three. He does not do any writing, as tasks are too frustrating for him due to lack of fine motor coordination.<br><br>Behavior: most tantrums are non-aggressive. Usually de-escalate in two to twenty minutes. Needs close supervision during tantrums. He is most likely to put things into his mouth and if not asked will swallow them. Occasionally, even with an adult asking, he will still swallow the object. He had a recent accident in swallow non-food items, washers and wall mounts, as well as a transmuting accident when his leg went through a window, requiring stitches.<br><br>Self: he is able to sign for food or beverage. He is able to utilize a fork and spoon when eating and can eat and drink independently. He signs when he had to use the bathroom but has frequent accidents. Previously he had mastered toileting at school and would rarely have an accident. Currently in his off campus setting and in the community his accidents range from 0-18 a day. Since he enjoys the fell of wet things and constantly spits on materials to dampen them all of his paper activities must be laminated.<br><br>Motor skills: when interested he will initiate the actions of others. He is able to copy simple gross motor movements. He can throw, roll and catch a ball. He is able to walk in a straight line and run. He loves to swim and be in the water, complicated by his drinking of ocean water and toileting accidents. When using the computer he is able to move and click the mouse, although he clicks repeatedly an become frustrated when the computer "freezes." He had previously mastered using the computer as a learning tool but has regressed in this area.<br><br>Daily Living: with prompting he is able to stand in line, for a short time, and wait his turn. He can put on slippers but requires assistance with sandals and tennis shoes. He frequently confused right and left, but will correct when prompted. He can dress himself but does not know front/back or the positioning of his clothes. Brushing his teen need to be addressed. |
| 12/20/04 | Wesley Sugai, M.D., records: Mom notes Ativan 1 mg., every 6 hours as needed helps a lot behavior but notes "panting" but with hives, edema, wheeze or cough. Also gives him Advil --?. Maybe it was Advil with gastritis not allergic reactions. Continue Ativan @ 1/2 tab test dose will follow up 1/14/05. |
| 1/07/05 | Wesley Sugai, M.D., records: Refill opgthalmic drops... |

| Date | |
|---|---|
| 1/09/05 | <u>IEP Conference.</u> Chronological age 6th grade. Moderately _et regulated in school setting, with accidents still occurring. At home and in the community consistent appropriate toileting skills occurring to be a strong need. Eats in cafeteria appropriately with fork and spoon. Able to dress himself but confuses front and back, which shoe goes on which foot. Communicates need through signs, gestures, and verbal word approximations. Use approximately 20 signs spontaneously and has approximately 110 words in his receptive/expressive vocabulary. He is able to recognize sight words approximately 25% of the words in his signing vocabulary. He is able to sit and attend to tasks for 20-40 minutes. He participates in community based activities with one to one instruction. He needs to learn to respect the personal space of others. |
| 2/06/05 | <u>Wesley Sugai, M.D., records:</u> North Bak Regional Center, request for records. |
| 3/14/05 | <u>Leukens' File: Alicante School at Emiara, 30 day IEP report (bates 209):</u> This is a 5 page report and quite positive. |
| 3/14/05 | <u>Leukens' File: Alicante at Elmara, Positive Behavioral Intervention Plan (bates 27):</u> Behavioral targets: Elopement. Work on functional behavior, and strategies were documented. |
| 8/20/05 | <u>Leukens' File: On Our Own, Inc., Functional analysis and behavioral intervention plan (bates 216):</u> |
| 9/12/05 | <u>Leukens' File: On Our Own, Inc., Functional analysis and behavioral intervention plan Addendum (bates 222):</u> |
| 12/13/05 | <u>Daniel LeGoff, Ph.D., evaluation.</u> |
| 5/06/06 | <u>Loretta M. Lukens, RN., Life Care Plan.</u> |
| Note: | in Ms. Lukens' subpoenaed file there were many photos and some brochures. The above record review is not to duplicate he records, only to give the reader an idea as to what records were reviewed and some generalities found in the files. For the exact text, the reader is referred to the actual reports, etc. |

Sincerely,

Richard S. Goka, M.D.
Diplomat, American Board of Physical Medicine & Rehabilitation.
Diplomat, American Board of Pain Management.

rsg/

| Bryan Wiles-Bond June-06 | | Frequency | Cost | Annual cost to age 18 | Annual cost Age 18-22 | Annual cost Age 23 to life | One time |
|---|---|---|---|---|---|---|---|
| 1. Professional Health Care | | | | | | | |
| Psychiatrist | | 2-4 per year | 65.00-85.00 | 225.00 | 225.00 | 225.00 | |
| Behavioral Psy. | | 4-6 per year | 125.00 | 625.00 | 625.00 | 625.00 | |
| Family Counseling | | weekly 3-6 months | 125.00 | | | | |
| DX lab to monitor meds | | twice a year | 250.00 | | | | 2,250.00 |
| Dental Ex. & TX | | Twice year | 600.00 | 1,200.00 | 1,200.00 | 1,200.00 | Unknown |
| Physical Therapy | | 2-4 per year | Included in ed | | | 0.00 | |
| Occupational Therapy | | 2-4 per year | Included in ed | | | 0.00 | |
| Medications (not specified) | | Unknown | | | | | Unknown |
| 2 Residential Care, Level 4 | | Monthly | 5,000.00 | | 60,000.00 | 60,000.00 | |
| 3. Communication Therapies | | | | | | | |
| Speech Eval & Tx | | 2-4 per year | Included in ed | | | 0.00 | |
| Auditory Eval | | once per year | Included in ed | | | 0.00 | |
| Auditory training | | | Not likely | | | 0.00 | |
| Augmentative commu Eval | | (part of speech) | Included in ed | | | 0.00 | |
| Augmentative Devices | | | Not likely | | | 0.00 | |
| 4. Keystone School | | 252 days a year | | | | | |
| Academic | 154.01/day | | | | | | |
| Transportation | 19.21/ day | | | | | | |
| 1:1 Aide | 15.75/hr | 6 hr per day | 267.72 | 67,465.44 | 67,465.44 | | |
| 5. CVRC Respite CoPay | | annual | Max 7,900.00 | 7,900.00 | | | |
| TOTAL | | | | 77,415.44 | 129,515.44 | 62,050.00 | 2,250.00 |