IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>       Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>       Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in this action.

2. Attached hereto as Exhibit 1 is the Order Denying Defendant's Motion to Compel Production of Hawaii Department of Human Services Records regarding Bryan Wiles Bond.

3. Defendant has Bryan's entire educational and mental health records for the period of 1999 to January 2005 in its possession.

4. Defendant has had its expert, Dr. Bryan Siegel, observe Bryan, visit his home, meet with his father, and review his records. Dr.

1

2

Siegel has shared this information with Defendant's medical expert Dr. Goka.

I declare under penalty of perjury the foregoing is true.

DATED:   Honolulu, Hawai`i, August 4, 2008.

>   /S/ STANLEY E. LEVIN
>   STANLEY E. LEVIN