ORIGINAL

393824.1

MARK J. BENNETT          #2672-0
Attorney General, State of Hawaii
GARY K.H. KAM            #4391-0
GEORGE S. S. HOM         #2487-0
HOLLY T. M. SHIKADA      #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 4 2007

at 3 o'clock and 10 min. ꓑ M
SUE BEITIA, CLERK

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership
JOHN T. KOMEIJI        #2498-0
GREGG M. USHIRODA      #5868-0
LEIGHTON M. HARA       #7826-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>      Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD WELFARE SERVICES RECORDS FOR BRYAN WILES-BOND FILED ON OCTOBER 2, 2007 |

EXHIBIT 1

```
                          ) HEARING:
                          ) DATE:  October 16, 2007
                          ) TIME:  3:00 p.m.
                          ) JUDGE: Judge Barry M. Kurren
                          )
_____) TRIAL: February 26, 2008
```

### ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD WELFARE SERVICES RECORDS FOR BRYAN WILES-BOND FILED ON OCTOBER 2, 2007

Defendants' Motion to Compel Department of Human Services to Produce Child Welfare Services Records for Bryan Wiles-Bond having been filed herein on October 2, 2007, and having come on for hearing before the Honorable Barry M. Kurren on October 16, 2007 at 3:00 p.m., with Plaintiffs being represented by Stanley E. Levin, Esq. and Carl M. Varady, Esq., Defendants being represented by Leighton M. Hara, Esq., and non-party Department of Human Services being represented by Deputy Attorney General Candace J. Park, and no other counsel having appeared; and the Court having reviewed and considered said Motion, the memoranda, declarations and exhibits filed in connection therewith, and the entire records and files herein, and being fully advised in the premises, now therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Compel Department of Human Services to Produce Child Welfare Services Records for Bryan Wiles-Bond be and hereby is DENIED WITHOUT PREJUDICE.

DATED: Honolulu, Hawaii, DEC 14 2007.

BARRY M. KURREN
United States Magistrate Judge

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No.: 04-00442 ACK-BMK; DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF HUMAN SERVICES TO PRODUCE CHILD WELFARE SERVICES RECORDS FOR BRYAN WILES-BOND FILED ON OCTOBER 2, 2007