Of Counsel:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN                 1152-0
MICHAEL K. LIVINGSTON       4161-0
851 Fort Street, Suite 400
Honolulu, Hawaii  96813
Telephone:  (808) 524-7500
Fax:  (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY                    4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813
Telephone:  (808) 523-8447
Fax:  (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                 Plaintiffs,<br>       vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>                 Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' MOTION IN LIMINE NO. 5 FOR AN IN LIMINE ORDER TO TAKE JUDICIAL NOTICE TO PROHIBIT THE DEFENDANT FROM INTRODUCING EVIDENCE OR ARGUMENT CONTRARY TO THE FINDINGS AND CONCLUSION IN ADMINISTRATIVE DECISION OF MAY 11, 2004; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STANLEY E. LEVIN; EXHIBITS 1 - 2; AND CERTIFICATE OF SERVICE |

DATE: September 9, 2008
TIME: 9:00 a.m.
JUDGE: Alan C. Kay

Trial Date: September 9, 2008

PLAINTIFFS' MOTION IN LIMINE NO. 5 FOR AN IN LIMINE ORDER TO TAKE JUDICIAL NOTICE TO PROHIBIT THE DEFENDANT FROM INTRODUCING EVIDENCE OR ARGUMENT CONTRARY TO THE FINDINGS AND CONCLUSION IN ADMINISTRATIVE DECISION OF MAY 11, 2004

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their counsel, hereby move this Court for an *in limine* order prohibiting Defendant from introducing evidence or argument contrary to the administrative decision of May 11, 2004, that Bryan's regression in the areas of: (1) toileting, (2) observing personal boundaries, and (3) respecting personal property was caused by the Department of Education's (DOE) failure to implement his program.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, all applicable Local Rules of practice for the United States District Court for the District of Hawaii, Rule 201 of the Federal Rules of Evidence, and is based upon the Memorandum, Declaration, and Exhibits in support of this Motion, and on the records and files herein.

2

DATED: Honolulu, Hawai`i, August 4, 2008.

/s/ STANLEY E. LEVIN
STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs