IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in this action.

2. Attached hereto as Exhibit 1 is a copy of the May 11, 2004 *Findings of Fact, Conclusions of Law and Decision* issued by the Hearings Officer.

3. Attached hereto as Exhibit 2 is the Court's December 19, 2006 *Order Denying Defendants' Motion for Summary Judgment Construed as Judgment on the Pleadings; Denying Plaintiffs' Motion for Partial Summary Judgment; Denying in Part and Granting in Part Plaintiffs' Motion to Enforce the Doctrine of Issue Preclusion Regarding All Administrative Hearing Decisions and the Settlement Agreement; Denying Plaintiffs' Motion to Strike Declarations for*

*Non-Compliance with Rule 56 (e); and Denying Plaintiffs' Motion to Amend or Supplement the Record.*

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawaii, August 4, 2008.

/s/ Stanley E. Levin
§STANLEY E. LEVIN
