Of Counsel:
DAVIS LEVIN LIVINGSTON

| | |
|---|---|
| STANLEY E. LEVIN | 1152-0 |
| MICHAEL K. LIVINGSTON | 4161-0 |

851 Fort Street, Suite 400
Honolulu, Hawaii  96813
Telephone:  (808) 524-7500
Fax:  (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY                    4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813
Telephone:  (808) 523-8447
Fax:  (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' MOTION IN LIMINE NO. 6 TO TAKE JUDICIAL NOTICE OF SECTION 504 OF THE REHABILITATION ACT, 29 U.S.C. § 729 AND 28 C.F.R. § 42.503 OF ITS IMPLEMENTING REGULATIONS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STANLEY E. LEVIN; EXHIBITS 1 -5; AND CERTIFICATE OF SERVICE<br><br>DATE:　　September 9, 2008<br>TIME:　　9:00 a.m. |

JUDGE: Honorable Alan C. Kay

Trial Date: September 9, 2008

PLAINTIFFS' MOTION IN LIMINE NO. 6 TO TAKE JUDICIAL NOTICE OF SECTION 504 OF THE REHABILITATION ACT, 29 U.S.C. § 729 AND 28 C.F.R. § 42.503 OF ITS IMPLEMENTING REGULATIONS

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their undersigned counsel, hereby move this Court for an *in limine* order taking judicial notice and instructing the jury to accept as conclusive Section 504 of the Rehabilitation Act, 29 U.S.C. § 729 and 28 C.F.R. § 42.503(b)(1)(vii), which prohibits retaliation against any individual, whether handicapped or not, for the purpose of interfering with the exercise of any right secured by Section 504. dditionally, Plaintiffs request the Court take judicial notice of the definitional portions of the statute and regulations. 29 U.S.C. § 705(20); 34 C.F.R. §104.3(j)(1) & (2); 20 U.S.C. § 7801(26).

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, all applicable local rules of practice for the United States District Court for the District of Hawaii, Rule 201 the Federal Rules of Evidence, and based upon the Memorandum, Declaration, and Exhibits in support of this Motion, and the records and files herein.

    DATED:    Honolulu, Hawai`i, August 4, 2008.

                          /S/ STANLEY E. LEVIN
                          STANLEY E. LEVIN
                          CARL M. VARADY
                          MICHAEL K. LIVINGSTON
                          Attorneys for Plaintiffs