IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1.　I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in this action.

2.　Attached hereto as Exhibit 1 is a true and correct copy of Section 504 of the Rehabilitation Act, 29 U.S.C. § 729.

3.　Attached hereto as Exhibit 2 is a true and correct copy of 28 C.F.R. § 28 C.F.R. § 42.503(b)(1)(vii), the implementing regulation for Section 504 of the Rehabilitation Act.

4.　Attached hereto as Exhibit 3 is a true and correct copy of 29 U.S.C. § 705(20).

1

5. Attached hereto as Exhibit 4 is a true and correct copy of 34 C.F.R. §104.3(j)(1) & (2).

6. Attached hereto as Exhibit 5 is a true and correct copy of 20 U.S.C. § 7801(26).

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai'i, August 4, 2008.

/S/ STANLEY E. LEVIN
STANLEY E. LEVIN