IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>      Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>CONSOLIDATED (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

  I, STANLEY E. LEVIN, hereby declare:

  1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in this action.

  2. Attached hereto as Exhibit 1 are true and correct copies of the relevant excerpts from the Deposition of Dr. Stanley Bond taken on May 11, 2007.

  3. Attached hereto as Exhibit 2 are true and correct copies of the relevant excerpts from Plaintiff Stanley Bond's Amended Response to Defendant Department of Education's Request For Answers to Interrogatories to Stanley Bond dated March 3, 2006 and served on May 9, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 4, 2008.

<u>/s/ STANLEY E. LEVIN</u>
STANLEY E. LEVIN