```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3                            - - -
 4
 5   ANN KIMBALL WILES and STANLEY
     BOND, individually and as next
 6   friend of their son, BRYAN
     WILES-BOND, a minor,
 7               Plaintiff,
     vs.                    Civil No. CV-05-00247 HG/BMK
 8   DEPARTMENT OF EDUCATION   No. CV-04-00442 HG/BMK
     State of Hawai'i, and ALVIN      CONSOLIDATED
 9   RHO, in his official capacity  (Other Civil Action)
     as West Hawai'i District
10   Superintendent,
                 Defendants.
11   _____/
12
13
14
15              DEPOSITION OF
16              STANLEY BOND
17           WALNUT CREEK, CALIFORNIA
18              MAY 11, 2007
19
20
21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
     REPORTED BY: DANUTA KRANTZ, CSR NO. 4782
24   FILE No.: A103D1F
25
```

CERTIFIED COPY

EXHIBIT 1

1    Q.  How about in Florida?

2    A.  No.

3    Q.  Now, I understand through your

4 interrogatory answers that you did file a lawsuit in

5 Florida.

6    A.  Yes, we did.

7    Q.  Can you tell me what that was about?

8    A.  Yes, I can.  So in Bryan's classroom, in

9 his -- in Bryan's classroom, he was physically

10 assaulted by his teacher on three different occasions,

11 witnessed by skills trainers that are involved here.

12    Q.  And you filed a lawsuit?

13    A.  Yes, we did.

14    Q.  Did you file a claim for violation of 504?

15    A.  Just to be honest, I am not certain under

16 what auspices the claim was filed.

17    Q.  What was the outcome of that lawsuit?

18    A.  The suit was settled and Bryan received a

19 monetary damage settlement.

20    Q.  Do you know how much the monetary

21 settlement was for?

22    A.  I think the settlement was for $40,000, but

23 I am not -- I am not absolutely certain, but I believe

24 that is within the range.

25    Q.  The basis of your complaint in Florida was

```
 1  that he was physically assaulted by his teacher on
 2  three separate occasions?
 3       A.  Yes.  As well -- well, other students were
 4  as well, and they were parties to this lawsuit as well.
 5       Q.  So it was part of a group of parents?
 6       A.  It was part of a group, yes.
 7       Q.  Now, getting back to the -- going back to
 8  Maryland, you said that Bryan had progressed relatively
 9  well while in Maryland.
10       A.  Yes.
11       Q.  What was his level of toilet training in
12  Maryland?
13       A.  I would say that it was minimal, but in the
14  school I believe that he was able to, you know, he went
15  to the bathroom on his own.  But at home, I mean, it
16  was -- he was not fully toilet trained in that setting,
17  but he -- but I believe he was making progress in his
18  toilet training.
19       Q.  What do you base that belief on?
20       A.  Well, I think that we were able to cut back
21  on the number of diapers, Pampers that we put on him
22  over a period of time.  You know, I don't think -- I
23  think they were able to cut back in the school as well
24  on the number and get him to use the bathroom on his
25  own.
```