Of Counsel:
DAVIS LEVIN LIVINGSTON GRANDE

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON  4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY          4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, | CIVIL No. CV 05-00247 HG/BMK CIVIL No. CV 04-00442 HG/BMK CONSOLIDATED (Other Civil Action) |
| Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i, and ALVIN RHO, in his official capacity as West Hawai'i District Superintendent,<br><br>Defendants. | PLAINTIFF STANLEY BOND'S AMENDED RESPONSE TO DEFENDANT DEPARTMENT OF EDUCATION'S REQUEST FOR ANSWERS TO INTERROGATORIES TO STANLEY BOND DATED MARCH 3, 2006 |

EXHIBIT 2

508

PLAINTIFF STANLEY BOND'S AMENDED RESPONSE TO DEFENDANT
DEPARTMENT OF EDUCATION'S REQUEST FOR ANSWERS TO
INTERROGATORIES TO STANLEY BOND DATED MARCH 3. 2006

TO:   HOLLY T. SHIKADA, ESQ.
      GARY K. KAM, ESQ.
      Department of the Attorney General
      Education Section
      235 S. Beretania Street, Room 304
      Honolulu, Hawaii  96813

      JOHN T. KOMEIJI, ESQ.
      GREGG M. USHIRODA, ESQ.
      Watanabe Ing & Komeiji
      First Hawaiian Center
      999 Bishop Street, 23rd Floor
      Honolulu, Hawaii 96813

      Attorneys for Defendants

Plaintiff Stanley Bond, by and through his above named attorneys, amends his April 11, 2006 response to Defendant Department of Education's Request For Answers To Interrogatories To Plaintiff Stanley Bond Dated March 3, 2006.  Said amended response to interrogatories is attached hereto.

      DATED:  Honolulu, Hawaii, May 9, 2007.

               /S/ STANLEY E. LEVIN
               STANLEY E. LEVIN
               MICHAEL K. LIVINGSTON
               CARL M. VARADY

               Attorneys for Plaintiffs

5.     Identify each legal proceeding, other than this suit, in which you have been or are a party, a witness, or an accused. (This includes civil and criminal lawsuits, formal administrative proceedings, convictions indictments, arrests and citations, including traffic offenses. This includes identifying your role in each proceeding. This includes the dates, places, and courts of each such lawsuit, conviction, indictment, arrest, and citation.)

    Answer:

Florida
1994/95 (approximate) Suit against Flagler County, FL School District for physical mistreatment of Bryan Wiles-Bond in the classroom. Part of a broader suit brought by the classroom parents for the same reason associated with their children. Settled. - Plaintiff

Hawaii
Hearing Request was filed on 2/27/01, a decision dated 5/21/01 was issued but has no case number on it. Petitioner
DOE 2004-026 filed 2/26/04, decision 5/11/04 - Petitioner
DOE 2004-070 filed 6/2/04, decision 7/23/04 - Petitioner

CIVIL No. CV 02-000101 SOM/BMK filed 2/15/02 - Plaintiff

2004- Temporary Restraining Order against Ms. Wells due to an attempted abduction. - Plaintiff

No other legal proceedings, including citations or traffic offenses.

10