Of Counsel:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN                1152-0
MICHAEL K. LIVINGSTON           4161-0
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY                  4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
Fax: (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>    Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' MOTION IN LIMINE NO. 8 TO DEEM ADMITTED CERTAIN ADMISSIONS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STANLEY E. LEVIN; EXHIBIT 1; AND CERTIFICATE OF SERVICE<br><br>DATE:  September 9, 2008<br>TIME:  9:00 a.m.<br>JUDGE: Alan C. Kay<br><br>TRIAL DATE: September 9, 2008 |

PLAINTIFFS' MOTION IN LIMINE NO. 8 TO
DEEM ADMITTED CERTAIN ADMISSIONS

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their undersigned counsel, hereby move this Court for an *in limine* order seeking to have this Court deem as admitted certain Requests for Admissions propounded to Defendant DEPARTMENT OF EDUCATION ("DOE"), STATE OF HAWAI'I ("Defendant").

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, all applicable local rules of practice for the United States District Court for the District of Hawaii, Rules 401, 402, 403 and 404 of the Federal Rules of Evidence, and is based upon the Memorandum, Declaration, and Exhibits in support of this Motion, and the records and files herein.

DATED:  Honolulu, Hawai`i, August 4, 2008.

                                      /S/ STANLEY E. LEVIN
                                      STANLEY E. LEVIN
                                      CARL M. VARADY
                                      MICHAEL K. LIVINGSTON
                                      Attorneys for Plaintiffs