IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in this action.

2. Attached hereto as Exhibit 1 are true and correct copies of the Defendant's Responses to Plaintiffs' First, Second, Third, Forth, Fifth, Sixth, and Seventh Request for Admissions.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 4, 2008.

　　　　　　　　　　　　　　/S/ STANLEY E. LEVIN
　　　　　　　　　　　　　　§STANLEY E. LEVIN

11