IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　　Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

### DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendant DEPARTMENT OF EDUCATION ("DOE") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawai'i.

3. Attached hereto as Exhibit "A" is a true and accurate copy of the transcript of the October 18, 2007 Hearing on Defendants' Motion to Strike Shelby Floyd as a Witness.

4. Attached hereto as Exhibit "B" is a true and accurate copy of the Order Denying Defendants Department of

Education and Alvin Rho's Motion to Strike Shelby Floyd as a Witness Filed on September 5, 2007, filed December 14, 2007.

    5.    Attached hereto as Exhibit "C" is a true and accurate copy of Plaintiff Stanley Bond's Amended Response to Defendant Department of Education's Request for Answers to Interrogatories to Stanley Bond dated March 3, 2006, dated May 9, 2007.

    6.    Attached hereto as Exhibit "D" is a true and accurate copy of Plaintiff Ann Kimball-Wiles' Amended Response to Defendant Department of Education's Request for Answers to Interrogatories to Ann Kimball-Wiles dated March 3, 2006, dated May 9, 2007.

    7.    Attached hereto as Exhibit "E" is a true and accurate copy of the Settlement Agreement in Civil Case No. 02-00101 entered into on July 1, 2002.

    I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

    DATED: Honolulu, Hawaii, August 4, 2008.

    /s/ Gregg M. Ushiroda
    GREGG M. USHIRODA