Of Counsel:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN                 1152-0
MICHAEL K. LIVINGSTON            4161-0
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY                   4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
Fax: (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' MOTION IN LIMINE NO. 11 FOR AN IN LIMINE ORDER TAKING JUDICIAL NOTICE OF FINDINGS AND CONCLUSIONS ESTABLISHED BY PRIOR DECISIONS, STIPULATIONS AND AGREEMENTS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STANLEY E. LEVIN; EXHIBITS 1 – 5; AND CERTIFICATE OF SERVICE |

DATE: September 9, 2008
TIME: 9:00 a.m.
JUDGE: Honorable Alan C. Kay

TRIAL DATE: September 9, 2008

PLAINTIFFS' MOTION IN LIMINE NO. 11 FOR AN IN
LIMINE ORDER TAKING JUDICIAL NOTICE OF
FINDINGS AND CONCLUSIONS ESTABLISHED BY PRIOR
DECISIONS, STIPULATIONS, AND AGREEMENTS

Plaintiffs, ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their undersigned counsel, hereby move this Court for an in limine order taking judicial notice and instructing the jury to accept as conclusive findings and conclusions of law prior administrative decisions, stipulations, and settlement agreements entered into between the parties to this litigation. These prior decisions, stipulations, and settlement agreement resolved specific matters and addressed special education and related services for Plaintiff Bryan Wiles Bond.

This Motion is made pursuant to Rules 7 of the Federal Rules of Civil Procedure, all applicable local rules of practice for the United States District Court for the District of Hawaii, Rule 201 of the Federal Rules of Evidence, and is based upon the Memorandum, Declaration, and Exhibits in support of this Motion, and the records and files herein.

2

DATED:  Honolulu, Hawai`i, August 4, 2008.

                                                          <u>/S/ STANLEY E. LEVIN</u>
                                                          STANLEY E. LEVIN
                                                          CARL M. VARADY
                                                          MICHAEL K. LIVINGSTON
                                                          Attorneys for Plaintiffs