IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>            Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

### DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in this action.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulated *Decision and Order* dated May 21, 2001, entered into by the parties to the instant case.

3. Attached hereto as Exhibit 2 is a true and correct copy of the July 1, 2002 *Settlement Agreement* entered into by the parties to the instant case, that resolved *Bond, et al. v. DOE,* CV02-00101 SOM/BMK.

4.  Attached hereto as Exhibit 3 is a true and correct copy of the May 11, 2004 *Findings of Fact, Conclusions of Law and Decision* in *Bryan Wiles Bond, et al. v. DOE,* DOE-2004-026 (Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

5.  Attached hereto as Exhibit 4 is a true and correct copy of the July 23, 2004 *Stipulated Partial Decision and Order* of in *Bryan Wiles Bond v. DOE,* DOE 2004-70 Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

6.  Attached hereto as Exhibit 5 is a true and correct copy of the July 23, 2004 *Findings of Fact, Conclusions of Law and Decision* in *Bryan Wiles Bond, et al. v. DOE,* DOE-2004-026 (Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawaii, August 4, 2008.

/S/ STANLEY E. LEVIN
STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs