FILE COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**CERTIFIED COPY**

ANN KIMBALL WILES and STANLEY )
BOND, individually and as next )
friends of their son, BRYAN )
WILES-BOND, a minor, )
                                           )
         Plaintiffs, ) CIVIL No.
                                           ) CV-04-00442 HG/BMK
vs. ) CV 05-00247 HG/BMK
                                           )
DEPARTMENT OF EDUCATION, ) CONSOLIDATED
State of Hawaii, and ALVIN RHO, ) (Other Civil Action)
in his official capacity as West )
Hawaii District Superintendent, )
                                           )
         Defendants. )
_____)

DEPOSITION OF

BETTY JO FREEMAN, PH.D.

LOS ANGELES, CALIFORNIA

SEPTEMBER 24, 2007

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
WWW.DEPO.COM

REPORTED BY: TONI COHEN, CSR. NO. 9871

FILE NO.: A107854

**EXHIBIT "A"**

1  should be doing given where he came along in the history
2  of autism.
3       So the opinion came from where he should be from
4  literature of children in general, and every child is
5  different. And from the fact that he didn't get the
6  services, which was a fact that was concluded by hearing
7  officers.
8       Q   Now, you go on to state in that second
9  paragraph on page 17 that, "As a direct result of the
10 failure to implement a consistent behavioral and sign
11 language program, Bryan failed to develop social skills
12 and functional communication skills commensurate with his
13 level of cognitive function." Do you see that?
14      A   Yes.
15      Q   That kind of goes -- follows your second
16 opinion?
17      A   Right. And is based on the same.
18      Q   Now, before I get to that one, let me go back
19 to the second one that -- and I'll just call it "outcome
20 and current functions." Do you know -- I believe in your
21 report you talked about early intensive intervention --
22 is that correct -- early intervention for children with
23 autism?
24      A   I talked about intervention for children with
25 autism. I don't know if I specifically talked about

1    A    It shows that there's a lot of variabilities in
2    children with autism.  It shows we can -- first of all,
3    you have to understand from a historical point of view --
4    and I don't want to go off on this.
5         When I started, you could not make a diagnosis.
6    Autism wasn't a diagnosable condition.  And that was the
7    first thing.  Then autistic children couldn't be
8    evaluated.  Now, we worked on all of that early on.
9         And then we're down to what happens to predict
10   outcome.  Do children benefit from intervention?  There
11   was lots of research, and actually as far as back as the
12   '60s, on the effects of behavior -- ABA, Applied Behavior
13   Analysis, in older and adults.
14        The original research was all done on older
15   children and adults.  Dr. Lovaas' paper was very
16   important because he only looked at children in preschool
17   years, because they weren't being diagnosed, people
18   didn't know they existed, and what would be the effect of
19   that intervention.
20        So now we're up to the '90s, and, you know,
21   could you change outcome with specific interventions?
22        The problem was the intervention wasn't
23   compared, to say, this method is better than that.
24   That's been the goal of more recent research is to say --
25   and the research is pretty clear that children who get an

```
 1   year of treatment.  Because -- like, for ESY is a good
 2   example, children will show a regression when the
 3   services are removed.
 4        Q    Is there any research that you're aware of that
 5   shows when you -- if you do not get the consistent
 6   intervention as you contend presented?in this case, that
 7   you're able to somehow say that had he received it, he
 8   would have been here -- which is what you're trying to
 9   do, correct?
10        A    I'm not aware of it.  It may well be.  I would
11   have to look up and see.  I would have to look in the
12   handbook to see.  I'm not -- off the top of my head not
13   aware, because the problem with all of this is that it
14   takes five to ten years for current practices to get into
15   the scientific journals.  It's just starting to come out
16   again the comparison with ABA with other methods and
17   being able to do some of the research.
18             And it's very difficult research to do because
19   to make that conclusion you would have to not -- and do
20   it in a scientific way, you would have to not
21   administer -- administer inconsistent services to a
22   child.  You would have to have one child that gets
23   consistent services, one that doesn't, matched on
24   everything, and that would be unethical.
25             That's one of the issues that faces people doing
```

```
 1   Dr. Smalley referred to it either in her report or her
 2   deposition. But I don't remember the exact dates, to be
 3   honest. But I do believe it's around '03 sometime, in
 4   that school year.
 5        Q    Do you know if it was the whole school year?
 6        A    I don't remember.
 7        Q    Then you also cited the example of Keystone
 8   where I believe -- I just want to make sure we're on the
 9   same page -- is this the incident where Obi had her
10   dentist appointment, and there was a substitute, and then
11   when she came back, he was able to get back?
12        A    Right.
13        Q    Any other sources?
14        A    Not as I'm sitting here that I can remember,
15   okay.
16        Q    In terms of scientific corroboration for these
17   conclusions, would you rely on that study you performed
18   in 200 children by the Vineland?
19        A    I would rely on the literature in general on
20   outcome in children with autism.
21        Q    That's Volkmar?
22        A    Well, it's Volkmar and a lot of other people.
23   If you look at the Lovaas study and the outcome study
24   that was done, we find that, again, with intervention the
25   children are doing better when they have consistent
```

 1  him, just to live in his home community with some type of
 2  supervision. Because I do think Bryan is a child who
 3  would always need some type of supervision. But I would
 4  have hoped he would have felt much more independent by
 5  the time that he graduates high school. And it's going
 6  to be impossible now because we just don't have that
 7  amount of time. He's 16. We've got six more years to
 8  work on those skills, and have a lot to make up for.
 9       Q    And you attribute this delay as being caused by
10  the lack of consistent services when he was in Hawaii?
11       A    Yes. Because when the children get consistent
12  services -- as the research shows -- they show
13  improvement. You know, a lot factors go into all of
14  that. But Bryan has -- he has a supportive family.
15            If a child who didn't have a supportive family,
16  you know, and they got inconsistent services, that would
17  be a different scenario. But we've got a family, a
18  family who has advocated very strongly for their son and
19  who accepts him for who he is, and all of those things
20  play in to a child's quality of life. No one's trying to
21  make Bryan into someone he isn't. No one is trying to
22  fix Bryan's autism, which are -- people are accepting
23  Bryan as a child who has autism who is significantly
24  impaired, is always going to need some help.
25            But people -- his family wants him to be as

```
 1   STATE OF CALIFORNIA ) ss.
 2
 3       I, Toni Cohen, CSR 9871, Certified Shorthand
 4   Reporter certify;
 5       That, prior to being examined, the witness named in
 6   the foregoing deposition was by me duly sworn pursuant to
 7   Section 2093(b) and 2094 of the Code of Civil Procedure;
 8
 9       That said deposition was taken down by me in
10   shorthand at the time and place therein named and
11   thereafter reduced to text under my direction.
12
13       I further declare that I have no interest in the
14   event of the action.
15
16       I declare under penalty of perjury under the laws of
17   the State of California that the foregoing is true and
18   correct.
19
20       WITNESS my hand this ___4th___ day of
21   ___October___, _2007_
22
23       _____Toni Cohen_____
         Toni Cohen, CSR 9871
24
25   Signature Required
```