IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on this date, a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE #9 TO EXCLUDE ANECDOTAL EVIDENCE OF OTHER AUTISTIC INDIVIDUALS' PROGRESS*, was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 4, 2008:

　　　　**STANLEY E. LEVIN, ESQ.**
　　　　**MICHAEL K. LIVINGSTON, ESQ.**
　　　　400 Davis Levin Livingston Grand Place
　　　　851 Fort Street
　　　　Honolulu, HI   96813

　　　　　　　and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 4, 2008.


                                /s/ Gregg M. Ushiroda
                                MELVYN M. MIYAGI
                                GREGG M. USHIRODA
                                LEIGHTON M. HARA
                                ROSS T. SHINYAMA

                                GARY K.H. KAM
                                GEORGE S.S. HOM
                                HOLLY T. SHIKADA

                                Attorneys for Defendant
                                DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 ACK-BMK; Certificate of Service