Of Counsel:
DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN                          1152-0
MICHAEL K. LIVINGSTON                     4161-0
851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY                            4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/Fax: (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' MOTION IN LIMINE NO. 12 FOR AN IN LIMINE ORDER TO PRECLUDE EVIDENCE OR ARUGMENT BASED ON DEFENDANT'S "GOOD FAITH" ATTEMPTS TO PROVIDE SPECIAL EDUCATION OR RELATED SERVICES; MEMORANDUM IN SUPPORT OF MOTION; AND CERTIFICATE OF SERVICE<br><br>DATE:    September 9, 2008<br>TIME:    9:00 a.m. |

JUDGE:    Honorable Alan C. Kay

TRIAL DATE:  September 9, 2008

PLAINTIFFS' MOTION IN LIMINE NO. 12 FOR AN IN LIMINE ORDER TO PRECLUDE EVIDENCE OR ARUGMENT BASED ON DEFENDANT'S "GOOD FAITH" ATTEMPTS TO PROVIDE SPECIAL EDUCATION OR RELATED SERVICES

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their undersigned counsel, hereby move this Court for an in limine order preventing Defendant DEPARTMENT OF EDUCATION (DOE), STATE OF HAWAI'I (Defendant), from introducing evidence or argument of its "good faith" attempts to procure or provide appropriate special education and related services to Bryan Wiles Bond.

This Motion is made pursuant to Rules 7 and of the Federal Rules of Civil Procedure, all applicable local rules of practice for the, Rules 401 and 402 of the Federal Rules of Evidence, and is based upon the Memorandum, Declaration, and Exhibits in support of this Motion, and the records and files herein.

DATED:  Honolulu, Hawai'i, August 4, 2008.

/S/ STANLEY E. LEVIN
CARL M. VARADY
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs

2