OF COUNSEL:

DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY           4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447 FAX: 523-8448
E-mail: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>             Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE EXHIBIT LIST |
|---|---|

<u>CERTIFICATE OF SER**VICE**</u>

IT IS CERTIFIED that on August 4, 2008, a true and correct copy of the Plaintiff's Exhibit List was duly served upon the following parties by electronic filing via CM/ECF:

> Holly T. Shikada, Esq.
> Deputy Attorneys General
> 235 S. Beretania Street, Room 304
> Honolulu, Hawaii 96813
>
> Gregg M. Ushiroda, Esq.
> Daniel K. Obuhanych
> Leighton M. Hara, Esq.
> First Hawaiian Center, 23rd Fl.
> 999 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorneys for Defendants

DATED:    Honolulu, Hawaii, August 4, 2008.

> /S/ STANLEY E. LEVIN
> STANLEY E. LEVIN
> MICHAEL K. LIVINGSTON
> CARL M. VARADY
> Attorneys for Plaintiffs