392992.3

**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**     #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>            Defendants. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DEFENDANT DEPARTMENT OF EDUCATION'S FIRST AMENDED MOTION IN LIMINE **#7** TO EXCLUDE ANY TESTIMONY BY BETTY JO FREEMAN ON (1) OPINIONS NOT DISCLOSED IN HER REPORT AND (2) OPINIONS REGARDING PROGRAMS FOR AUTISTIC CHILDREN IN HAWAII; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION |

|   |   |
|---|---|
| ) | OF GREGG M. USHIRODA; EXHIBIT |
| ) | "A"; CERTIFICATE OF SERVICE |
| ) |   |
| ) | **TRIAL:** September 9, 2008 |
| ) | **TRIAL JUDGE:** Hon. Alan C. Kay |
| ) |   |

**DEFENDANT DEPARTMENT OF EDUCATION'S FIRST AMENDED
MOTION IN LIMINE #7 TO EXCLUDE ANY TESTIMONY BY BETTY JO FREEMAN
ON (1) OPINIONS NOT DISCLOSED IN HER REPORT AND (2) OPINIONS
REGARDING PROGRAMS FOR AUTISTIC CHILDREN IN HAWAII**

Comes now Defendant DEPARTMENT OF EDUCATION, by and through its attorneys, WATANABE ING LLP, and hereby respectfully moves this Honorable Court for an Order prohibiting Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor (collectively, "Plaintiffs"), their attorneys, representatives, and lay and expert witnesses, from referring to, discussing, mentioning or in any way suggesting or otherwise introducing any testimony by Betty Jo Freeman, Ph.D. on: (1) opinions not disclosed in her expert report; and (2) opinions regarding programs for autistic children in Hawaii.

This motion is made pursuant to Rules 7 and 26(a)(2)(B) of the Federal Rules of Civil Procedure, all applicable Local Rules of Practice for the United States District Court for the District of Hawaii, and Rules 801 and 802 of the Federal Rules of Evidence, and is based upon the attached memorandum in support of

motion, the declaration, exhibits and the entire record and files herein.

        DATED:  Honolulu, Hawaii, August 4, 2008.

                                       /s/ Gregg M. Ushiroda
                                MELVYN M. MIYAGI
                                GREGG M. USHIRODA
                                LEIGHTON M. HARA
                                ROSS T. SHINYAMA

                                GARY K.H. KAM
                                GEORGE S.S. HOM
                                HOLLY T. SHIKADA

                                Attorneys for Defendant
                                DEPARTMENT OF EDUCATION