395057.2
**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**          #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**  #5868-0
**LEIGHTON M. HARA**    #7826-0
**ROSS T. SHINYAMA**    #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action) |
| Plaintiffs, | DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE |
| vs. | **#14** TO EXCLUDE EVIDENCE OF BRYAN WILES-BOND'S ECONOMIC |
| DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, | DAMAGES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGG M. USHIRODA; EXHIBITS "A"-"D"; CERTIFICATE OF SERVICE |
| Defendants. | |

```
                                    )  TRIAL: September 9, 2008
_____ )  TRIAL JUDGE: Hon. Alan C. Kay
```

**DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF BRYAN WILES-BOND'S ECONOMIC DAMAGES**

Come now Defendants DEPARTMENT OF EDUCATION("DOE"), by and through its attorneys, WATANABE ING LLP, and hereby moves this Honorable Court for an Order excluding any and all evidence as to economic-damages for Bryan Wiles-Bond as the cost of his care and educational plan are currently being subsidized by the State of California.

As Bryan Wiles-Bond is already receiving government assistance, any claim that he is entitled to compensatory damages for costs of his educational care or in particular the cost for residential treatment must be excluded as unduly prejudicial to Defendant DOE. Such evidence will also have the likelihood of misleading the jurors into believing that Bryan Wiles-Bond requires a damages award in order to receive services. Any possible award of economic damages for services Bryan Wiles-Bond is already receiving as a government subsidy will be a windfall for Plaintiffs.

Defendant brings this motion in accordance with Rule 7 of the Federal Rules of Civil Procedure and all applicable local rules of practice for the United States District Court for the District of Hawaii, Rules 401, 402, 403, 702, and 703 of the Federal Rule of Evidence, and bases it upon the attached

memorandum in support of its motion and the entire record and files herein.

DATED: Honolulu, Hawaii, August 4, 2008.

/s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION