# LORETTA M. LUKENS, M.N., R.N., C.R.R.N.

| 29 West Rhea Road | P.O. Box 11267 | Tel: (480) 839-0799 |
| Tempe, AZ 85284 | Tempe, AZ 85284-0022 | Fax: (480) 831-2668 |

June 4, 2007

Stanley Levin
Davis, Levin, Livingston and Grande
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, HI 96813

Re: Bryan Wiles-Bond

Dear Mr. Levin:

I am enclosing my updated Life Care Plan report on health care needs and related costs for Bryan Wiles-Bond. In it I have identified services and equipment needed to assist Bryan to be as fully functioning and independent as is feasible for him.

Please be aware that additional information and or changes in condition may necessitate a revision of this report.

Once you have had an opportunity to review the report, please contact me so that we may discuss the particulars of the report. Thank you for the opportunity to be involved in this evaluation.

Sincerely,

*Loretta Lukens*

Loretta Lukens, M.N., R.N., C.R.R.N.
Rehabilitation Nursing Consultant

LML/as

**EXHIBIT A**

Loretta M. Lukens, M.N., R.N., C.R.R.N.
29 West Rhea Rd.
Tempe, Arizona 85284
(480) 839-0799
Fax (480) 831-2668

# LIFE CARE PLAN

Date:                05/06/06, Updated 06/04/07
Client:              Bryan Wiles-Bond
Age:                 15-years-old
DOB:                 10/28/91

**Introduction:**

Dr. LeGoff had the following conclusions and recommendations in his report dated June 18, 2005:

    Bryan is a healthy and very likable thirteen-year-old special needs student who was referred for an assessment by his parents to help with educational and treatment planning, and to assess progress. There is clear evidence from past records that Bryan has benefited significantly from sustained, structured educational and behavioral interventions. Unfortunately, due to inconsistencies of staffing and availability of qualified educational consultants, Bryan's educational program has not been consistently implemented, and as a result, his current functioning is much lower than it might be. In particular, Bryan currently exhibits a number of interfering behaviors, which have emerged and have been become entrenched, well-established inappropriate coping strategies in the context of a lack of sustained behavioral intervention and staff training in responding to these behaviors. Although Bryan's current education setting appears to be an improvement over inadequately staffed and poorly coordinated settings in the past, there continue to be problems with staffing, implementation and oversight.

    With reference to previous documentation, in addition to regressing of interfering behaviors (<u>self-biting, inappropriate urination, noncompliance, menacing behavior, excessive water intake), there appears to have been a significant and sustained regression in adaptive coping, self-directed learning and functional communication</u>. Bryan's current adaptive skill levels, based on the Vineland, are well below his measured cognitive potential, assessed using the Leiter-R. His functional expressive and receptive vocabulary are also significantly below his capacity to learn to communicate, as is suggested by both his nonverbal IQ, as well as by records indicating his past functional vocabulary (over three-year level).

    It appears to be an unavoidable conclusion that the current high rate of interfering behaviors (<u>self-injury, toileting and inappropriate voids, task avoidance) reflects a learning history in which these behaviors were not adequately addressed. Similarly, Bryan's severe communication and adaptive self-care deficits reflect a lack of consistent implementation of appropriate communication and behavioral support strategies, severely limiting his functioning and independence</u>. Bryan's parents are

1

currently not able to provide an adequate level of supervision or behavioral intervention for Bryan, and have resorted to overly restrictive methods in order to ensure his safety (locking him in his room at night), and allowing inappropriate behaviors (disrobing, inappropriate eating) in order to ensure their own safety. Educational documentation from Hawaii suggests that Bryan's educational and behavioral progress has long suffered from inadequate levels of intervention for autistic behaviors, which have interfered with his learning and development, and which have made it increasingly difficult to educate and care for Bryan.

On April 8, 2006 a home visit was completed for Bryan Wiles-Bond. The following assessments and observations were made during the home visit and interview with Dr. Bond and Ann Wiles. The entire lower level of the home has been designated as Bryan's space. There is a couch and TV in the family room. Bryan's room has a bed, and the curtains and other items have been removed for Bryan's safety.

Bryan is a well-developed, large and tall 14-year-old male (5 ft - 11 inches, 200 pounds) diagnosed with Autism.

The following observations were made during the 3.5-hour home visit:
1. Bryan moved constantly from the family room to the kitchen, wandering behavior.
2. He has no "expressive speech." Mom and Dad use "sign" to communicate. He is able to understand simple sentences, ie "Are you hungry?" or "Put down your book."
3. His attention span is 2 minutes.
4. His activities include watching special videos and TV.
5. He is able to eat independently, however he will stuff food into his mouth. A trip to Burger King resulted in loud verbal sounds while sitting in a new environment. Bryan quickly stuffed his hamburger and fries into his mouth. Dad had to accompany him to the bathroom.
6. Bryan has no safety awareness in a parking lot and must have 1 to 1 close supervision.
7. There is limited communication between Bryan and his 16-year-old brother, Will. The brother refused to go to Burger King and accompany Bryan. Will does not bring any of his friends to the home due to Bryan's behavior.
8. Bryan will wet himself and have accidents during the day. At night he is "locked" in his room for safety and to prevent him from wandering. He wakes up every morning wet with urine because the bathroom is not accessible to him during the nighttime.
9. He is able to walk 2-3 miles at a state park and around the marina. Dad walked with him, and "redirected" his behavior. Bryan was offered bathroom breaks.
10. Bryan can "cry" and "feel afraid".
11. He can do "biting" behavior and exhibit "out of control behavior" at times, as observed by Dr. LeGoff.
12. If Bryan does not want to do an activity, he will show "out of control behavior".

B.J. Freeman, Ph.D., licensed Clinical Psychologist in Autism Spectrum and Related Disorders, completed a Psychological Assessment of Bryan on July 24 and July 25, 2007. The following recommendations were made:

> Recommendations: The following recommendations should be considered by the IEP team. These recommendations are based on the report of the National Academy of Sciences and U.S. Department of Education, which funded experts' systematic review of evidence-based intervention and are considered the standard of practice for appropriate programs for children with Autism Spectrum Disorders. The publication is titled <u>Educating Children with Autism</u>; National Research Council; Lord et al, 2001. In addition, the following features are recommended across educational programs for ALL children with autism:
>
> - Active engagement in intensive instructional programming for a minimum of a full school day, 5 days a week (for at least 25 hours), with full year programming varied according to the child's age and developmental level.
>
> - Repeated, planned teaching opportunities generally organized around relatively brief periods of time for the youngest children (e.g., 15-to-20-minute intervals), including sufficient amounts of adult attention in one-to-one and very small group instruction to meet individualized goals.
>
> - Inclusion of a family component, including parent training.
>
> - Low student/teacher ratios (i.e., no more than two young children with autism per adult in the classroom)
>
> - Method for ongoing program evaluation and assessment of the individual child's progress, with results translated into adjustments in programming.
>
> School Recommendations:
>
> 1. Bryan's IEP needs to indicate the diagnosis of Autistic Disorder and diagnostic-specific services commensurate with his level of functioning in the areas of language processing and social skills. Educational services need to include six hours a day of developmentally appropriate structured activities that include one-to-one teaching in the context of a year-round program (i.e., no more than two weeks without intervention). Continuity of care is necessary to prevent regression of skills and abilities. It is necessary to review diagnostic-specific educational interventions.
>
> 2. It is well documented that applied behavior analysis (ABA) has the most scientific support and serves to benefit all children with Autism Spectrum Disorder. Techniques of applied behavior analysis should be utilized to teach communication, appropriate behavior and social skills, and should include one-to-one teaching initially, depending upon the child, with gradual introduction into a group setting. It will be important to identify a positive behavior support plan that optimizes Bryan's functioning across environments and provides opportunities for him in regular education classes.
>
> 3. Bryan's IEP needs to include six kinds of interventions:
>     a. Functional spontaneous communication should be the priority focus affecting teaching techniques as well as verbal language, and alternative modes of functional communication should be implemented

3

across environments and should include one-to-one speech and language services, small group services, and speech services in the natural environment. It is mandatory that Bryan's intervention include not only sign but also verbalization.

    b. Social instruction should be delivered throughout the day in various settings using specific activities, interventions, and planning to meet age appropriate individualized social goals.

    c. Teaching of play/recreational skills should focus on play with typical peers with additional one-to-one instruction and appropriate use of toys and other materials.

    d. Other instruction aimed at goals for cognitive development should be carried out in the context in which the skills are expected to be used – in the natural environment with generalization in maintenance and natural concepts. Because these skills have to be learned before they can be generalized, it is important that one-to-one instruction be a part of the acquisition of cognitive goals.

    e. Intervention strategies that address problem behaviors should incorporate information about the context in which the behaviors occur, as well as positive proactive approaches, and a range of techniques that have empirical support, e.g., social assessment, functional communication training, and reinforcement of alternative behaviors.

    f. Functional academic skills should be taught as appropriate for Bryan.

4. It is mandatory that all tasks for Bryan are meaningful, functional, community-referenced, and lead to independent functioning. In terms of his communication, it is mandatory that Bryan continue to have a sign language program, as he clearly benefits from this. In addition, it would be very important to add a verbal component, as his current speech therapist believes that Bryan can become more verbal if intensive intervention is provided.

5. All goals and objectives, and skills to be addressed need to be written as follows:

    a. All goals should be geared toward developing independence with tasks that are meaningful for Bryan.

    b. Bryan needs to learn to follow instructions the first time given.

    c. Bryan needs to develop good observational learning skills, and he needs to learn to observe and imitate what is appropriate versus what is inappropriate.

    d. Given Bryan's communication difficulties, it will be mandatory to ascertain that Bryan understands what the teacher is saying in the front of the classroom to ensure his compliance in classroom activities. In order to accomplish this, the teacher must be trained in sign.

    e. In order for Bryan to participate in a regular school program, he needs to be taught the classroom routine and pre-teaching of any new activities.

   f. Structured activities need to be planned and implemented on the playground.

   g. Strategies for learning rather than teaching specific skills need to be developed.

   h. Self-monitoring goals should include methods of stress management, learning to express his emotions more appropriately, and learning to monitor his own behavior.

   i. Social skills programs need to be specifically developed for Bryan and should include social interaction such as responding to and initiating (e.g., saying "Hi" to peers), taking turns with peers, and playing appropriately with toys.

   j. Finally, a positive behavior management plan should be in place for Bryan that addresses his identified needs and behaviors which may interfere with his learning.

   k. It is mandatory that Bryan learn to function in a variety of settings and to work with a variety of people.

6. Bryan's teachers should have hands-on training as well as academic training in working with children with autism.

7. Parent participation in a parent training program should be an integral part of early education for children with autism. Bryan's parents are encouraged to participate in these programs.

8. Regular team meetings should be held by all providers to evaluate Bryan's progress on a regular basis. Progress should be evaluated using systematic objective data. If Bryan is not making progress within 2-3 months, then goals and objectives and techniques being utilized to teach him need to be revised.

A reassessment visit was made of Bryan Wiles-Bond in Benicia, California on May 25, 2007. Observations were made at the Benicia Middle School and a conference was held with his Special Education Teacher, Lisa Vogel. Conferences were also held with Brianna Maddox, his one-to-one aide. Following the school visit, a conference was held with his father, Dr. Bond, at their home in Benicia.

Benicia Middle School is a public school where Bryan attends in a self-contained classroom. He does not go out of the classroom except with Mrs. Maddox, his Aide. Classroom observations were made during 10:30 a.m. - 12:30 p.m. His schedule indicates this time is for American Sign Language and Generalizations of Signs.

Bryan has been in Mrs. Vogel's classroom since January 2007. She has eight other students, all of which are mainstreamed out of the classroom for several periods. This is Mrs. Vogel's 3rd year teaching and she is Masters prepared in Psychology and Special Education. Brianna Maddox does not have educational certification in autism, however she has had on the job training. This is her first experience with an autistic student.

Bryan is using sign language more since my last visit to his home 1year ago. His aid, Mrs. Maddox, communicates all activities in the classroom with him using American Sign Language. He is continuing to learn signs and observations were made of

5

identification of objects and activities using sign language. His aide has met with his Speech Therapist, Carrie Balich, to integrate her recommendations into the classroom setting. Mrs. Maddox indicated that Bryan has continued to learn signs and increase his ability to communicate with her and with the teacher in the classroom setting.

After his sign language, Bryan accompanied Mrs. Maddox to the lunch window where he greeted the cashier with sign and Mrs. Maddox ordered the lunch he requested. He walked around crowded groups of students without increased agitation. Four (4) girls (students) came to the classroom and ate lunch with him. He did not sign any communication to any of the girls. He did eat his lunch appropriately without agitation. He brushed his teeth afterwards with set up assistance from his aide.

After lunch, a developmentally impaired student with an augmentation device stopped by to greet Bryan. Bryan did respond with signing after encouragement from his aide.

When asked about bathroom procedure, Mrs. Maddox explained she does accompany him to the bathroom and leaves the door cracked to be sure she can observe for appropriate behavior. There has been no smearing of stool or voiding on the floor at school.

Brian enjoys bouncing on the therapy ball and responds to massage of his hands and arms with pressure. He will demonstrate perseveration on the plateform swing, and he only is allowed a few turns on this swing because of this perseveration. There are minimal experiences in sensory integration for Bryan in his present school schedule. The majority of the focus of his school day is learning sign language and communicating with his teacher and aide.

Bryan did perseverate on rubbing his left eye. He will sometimes put soap into the eye and continue to rub the eye (reported by his father).

He did respond to Mrs. Maddox's verbal and sign cues when he was to stop behaviors due to agitation or inappropriateness. He does have an integrated behavioral program. He did become somewhat agitated at school, with verbal response and flapping of his hands. This behavior was in response to a time out for a brief period of time.

Bryan was appropriately dressed. He is currently 6 feet 1 inch tall and weighs 210 pounds. When eating at school, he is able to eat mainly finger foods (sandwiches and chips). He continues to eat cheese on cereal but no milk, as he will spill the milk all over him and the lunch table according to his aide.

Bryan rides the school bus to and from school, which is less than 1 mile from his home. He is at school from 8:30 a.m. to 2:30 p.m., except on Friday when he arrives home at 1:30 p.m.

Bryan will remain at this middle school in 2007 and 2008, and then will be required to transfer to the high school or to another program.

A conference was held with Bryan's father, Dr. Bond at their home. Bryan continues to have voiding problems at night and his behavior continues with him waking, getting out of bed and voiding on the floor of his room. The smell of urine in his room was

noticeable. He has only a bed in the room and the door is shut at night to prevent him from wandering through the home. He is sleeping 6-8 hours per night. He takes Benadryl at night for sleep. He is on Melatonin Plus 3 mg with 2 5mg Thiamine 2x day.

Dr. Bond walks with Bryan most every night to allow his some exercise. He reports that Kim (Bryan's mother) continues to take Bryan for fast food to teach him how to pay for food and make change. The family does daytime activities, usually hiking.

Bryan receives speech therapy and occupational therapy 1 hour per week. He has a personal care aide with him each day after school until his parents return from work around 6:30 p.m.

Bryan does want to be hugged and touched by his parents. He will have occasional biting and healed scars were observed on his thumb and hand from biting behaviors. He will have tantrums at home.

Bryan is not left with his brother, Will, as he is not able to deal with his brother's behaviors.

Bryan had oral surgery 7-8 months ago due to an abscessed tooth. This was done under general anesthesia. He is unable to have his teeth cleaned with a dentist.

Dr. Dan LeGoff will be re-evaluating Bryan at school on June 1, 2007. Dr. B.J. Freeman was also re-evaluating Bryan at school on or around June 1, 2007. Both of these reports will be added as addendums to this report. School records were obtained including a recent Individualized Education Plan, and are listed in this report.

The following Life Care Plan has been developed to meet Bryan's present and future rehabilitation needs.

**Diagnosis**

| | |
|---|---|
| 06/17 – 06/18/05 | Neurodevelopmental Evaluation: He (Bryan) was noted to have significant speech-language and other developmental delays, and was diagnosed with both Pervasive Developmental Disorder (not otherwise specified) and Attention Deficit Hyperactivity Disorder at age two years. This diagnosis was formally revised to Autistic Disorder at age six. |

DSM-IV Classification: Autistic Disorder

Interfering Behaviors:
1. Self-injury (biting).
2. Inappropriate urination.
3. Noncompliance.
4. Menacing behavior.
5. Excessive water intake.
6. Regression in adaptive coping.
7. Severe communication deficit.
(Dr. Dan LeGoff)

07/24 – 07/25/07    Diagnoses: Comprehensive psychiatric diagnoses are listed in an axial format with Axis I representing the current diagnoses that are consistent with the cognitive, affective, and behavioral presentation. The second axis lists any developmental disorder or disorders of childhood. Axis III lists any medical conditions, and Axis IV lists current environmental stressors. Axis V is a numerical assessment of functioning based on a scale of 1-100 listed in the Diagnostic Statistical Manual IV, 1994 (DSM-IV).

| | |
|---|---|
| Axis I | 299.00 Autistic Disorder |
| Axis II | Diagnosis deferred |
| Axis III | Ear infections early on |
| Axis IV | Stressors: Significant language and social adaptive functioning deficits commensurate with this diagnosis; Access to appropriate educational services. |
| Axis V | Current Global Assessment of Functioning: 45 |

Five axes are listed for record documentation. Axis IV is a measure of the significant deficits in adaptive functioning, specifically decreased motivation, organization and initiation, these create stress for the child that is evident in behavioral difficulties and poor adaptation. It is important to note that the Global Assessment of Functioning Measure is the least reliable indicator of functioning for children. Axis V is a gross measure of adaptive functioning (occupational, emotional, social) in adults. Relative to treatment planning and

intervention, it is most important to focus on axes I through III.
(B.J. Freeman, Ph.D.)

I.     INFORMATION SOURCES
    A.     Reports and Medical Records


Daniel LeGoff, Licensed Psychologist-Pediatric Neuropsychologist
06/17 – 06/18/05     Neurodevelopmental Evaluation
12/13/05     Letter/report to Mr. Levin


State of Hawaii, Department of Health, Hilo, HI
09/14/99     Kona Diagnostic Team, Social Summary
10/18/99     School Psychiatric Report
10/19/99     Educational Evaluation, Richard H. Mesco, DO

Alternate Assessment for the HCPS II State Assessment

Grade 5 388 Kealakehe Elementary Records

The Webster School Narrative Summary
01/28/97     Occupational Therapy Progress Note
02/97     Speech/Language Progress Note
02/03/97     Narrative Summary Report

Richard Lytton, M.A., CCC-SP – DuPont Hospital For Children, Wilmington, DE
06/18/99     Augmentative Communication Evaluation-Speech-Language Pathology

Alicante School at Emiara, Elmira, CA.
01/25/05     30-day IEP Review

On Our Own, Inc. – Santa Rosa, CA
04/01/05 – 08/31/05     Functional Analysis and Behavior Intervention Plan

10/03/02 – 11/06/02     PEP-R Psychoeducaional Profile (Revised)

Kimberly Smalley, Ph.D, Board Certified Behavior Analyst
08/18/04     Behavior Assessment

    DVD of Bryan at school (Alicante School)

B.J. Freeman, Ph.D., Licensed Clinical Psychologist
07/24 – 07/25/07     Psychological Assessment

Medical Records Obtained on May 25, 2007 at Benicia Middle School – Benicia, CA
01/2007     Review of Sign Words (71% of 158 words)
02/23/07 – 04/30/07     Daily Progress Reports
05/01/07 – 05/18/07     Bryan's Daily Progress Reports
05/09/07     Review of Sign Words (70% of 20 words)
05/23/07     Review of Sign Words (65% of 20 words)

Salano County SELPA
07/24/06 – 06/30/07      Individualized Educational Plan

B. **Interviews and Conferences**

| | |
|---|---|
| 04/08/06 | Home visit and assessment of Bryan at home with his parents and brother present. |
| 04/08/06 | Conference with dad outside the home environment. |
| 04/19/06 | Telephone Conference – Dr. Dan LeGoff |
| 04/27/06 | Telephone Conference – The May Institute in Randolph, MA |
| 05/03/06 | Telephone Conference – The May Institute in Randolph, MA |
| 05/25/07 | School visit/observations at Benicia Middle School – Benicia, CA |
| 05/25/07 | Conference with Bryan's teacher, Mrs. Vogel and one-to-one Aide, Mrs. Maddox |
| 05/25/07 | Home visit and meeting with Dr. Bond (Bryan's father) |
| 06/04/07 | Telephone Conference – Dr. Dan LeGoff, following his reassessment of Bryan in California |
| 06/04/07 | Telephone Conference – B.J. Freeman, Ph.D., Licensed Clinical Phycologist |

C. **Vendors/Services/Resources**

Equipment catalogs
Home health agencies
Medical supply companies
Pharmacies

II. COST SUMMARY ON AN ANNUAL AND ONE TIME BASIS
(Specific needs and costs are itemized on the following pages)

A. Current annual costs per category are as follows:

|  | Age 15-22 | Age 23 - Life Span LOW | Age 23 - Life Span HIGH |
|---|---|---|---|
| 1. Professional Health Care | $ 42,580.00 | $ 26,860.00 | $ 26,860.00 |
| 2. Residential Care<br>The May Institute<br>Randolph, MA | $ 171,489.48 | $ 90,000.00 | $ 120,000.00 |
| 3. Communication Therapies | $ 26,900.00 | $ 5,100.00 | $ 5,100.00 |
| Annualized Totals | $ 240,969.48 | $ 121,960.00 | $ 151,960.00 |

13

## III. ITEMIZED ESTIMATE OF HEALTH CARE COSTS

| Equipment/Services | Fee/Retail Cost | Annual Use | Current Annual Cost |
|---|---|---|---|
| **A. Annual Basis** | | | |
| **1. Professional Health Care** | | | |
| **Age 15 - 22 years** | | | |
| Psychiatrist | $ 160.00 | 6 | $ 960.00 |
| Behavioral Psychologist | | | |
|   3 x week @ $125/visit = $375/wk | $ 375.00 | 52 | $ 19,500.00 |
| Family Counseling | | | |
|   (mother, father, brother) | $ 160.00 | 12 | $ 1,920.00 |
| Diagnostic Tests | | | |
|   (lab tests to monitor meds) | $ 500.00 | 1 | $ 500.00 |
| Dental Exam and Treatment | $ 1,300.00 | 1 | $ 1,300.00 |
| Physical Therapy | $ 150.00 | 12 | $ 1,800.00 |
| Occupational Therapy Eval and Treatment | | | |
|   2x/week at $150/hr = $300/wk | $ 300.00 | 52 | $ 15,600.00 |
| Medication: | | | |
| Medications may be prescribed | $ 1,000.00 | 1 | $ 1,000.00 |
| **Total** | | | $ 42,580.00 |
| **Age 23 - Life Span** | | | |
| Psychiatrist | $ 160.00 | 6 | $ 960.00 |
| Behavioral Psychologist | | | |
|   3 x week @ $125/visit = $375/wk | $ 375.00 | 52 | $ 19,500.00 |
| Diagnostic Tests | | | |
|   (labs to monitor meds & liver function) | $ 500.00 | 1 | $ 500.00 |
| Dental Exam and Treatment | $ 1,300.00 | 1 | $ 1,300.00 |
| Physical Therapy | $ 150.00 | 12 | $ 1,800.00 |
| Occupational Therapy | $ 150.00 | 12 | $ 1,800.00 |
| Medication: | | | |
| Medications for behavior management may be required | $ 1,000.00 | 1 | $ 1,000.00 |
| **Total** | | | $ 26,860.00 |

| Equipment/Services | Fee/Retail Cost | Annual Use | Current Annual Cost |
|---|---|---|---|

2. Residential Care
   The May Institute - Randolph, MA
   (addendum A)

The Learning Experience:
From the first day a child enteres one of our classrooms, we begin to carefully create a very personal learning experience, assessming his or her needs and developing specific goals and objectives. We regularly measure progress, re-evaluating and adjusting each individual program, as necessary, in an effort to constantly challenge, motivate, and encourage each child.

May Center teachers work with students in small groups or one-on-one, combining best practices from the fields of ABA and special education. Each student has a program book that includes detailed plans for implementing his or her Individualized Education Plan (IEP). Teachers record data in this book daily, noting the child's challenges and progress with developmental, behavioral, and educational goals.

Improving communication skills is an integral component of most students' educational plans. We address their unique needs in a variety of ways including sound imitation, sign language, and a picture exchange communication system (PECS). While some of our students are not verbal, many have functional verbal language, or learn to communicate with pictures or electronic communication devices.

**Age 15 - 22 years**
Residential Life:
For families who need more intensive support for their children, the May Center combines day school services with residential living in one of our community-based homes. Our single-sex homes are for ages 5 - 22, serving 6-8 children in each home. Classroom teachers and residential staff work diligently to coordinate individualized programs geared toward developing self-care and other independent living skills. An on-call nurse and administrator is always available.

**Annualized Cost**                                                    $     171,489.48

| III. | Equipment/Services | Fee/Retail Cost | Annual Use | Current Annual Cost |
|---|---|---|---|---|

### Age 23 - Life Span

May Centers support a wide variety of community-based living options for adults with developmental disabilities. Our network has grown to include more than 120 residences ranging from semi-independent apartments, to group homes, to shared living arrangements with families or housemates. While some adults share their home with one or more individuals, others live independently with support from staff visits.

Adult Services
 - Community Integration
 - Communication skills development
 - Functional living activities
 - Social skills training
 - Supported employment and training
 - Behavior management

Residents may also receive the following services:
 - Skills development
 - Recreational activities
 - Individualized healthcare
 - Psychiatric consultation
 - Behavioral intervention

**Annualized Costs**

| | | |
|---|---|---|
| Low | $ | 90,000.00 |
| High | $ | 120,000.00 |

Source:
Recommendation, Dr. Dan LeGoff - to meet Bryan's present and future needs.

| III. | Equipment/Services | Fee/Retail Cost | Annual Use | Current Annual Cost |
|---|---|---|---|---|
| 3. | **Communication Therapies** | | | |
| | **Age 15 - 22 years** | | | |
| | Speech Evaluation & Therapy 2x/wk @ $150/hr = $300/wk | $ 300.00 | 52 | $ 15,600.00 |
| | Auditory Evaluation (every two years) | $ 600.00 | 0.5 | $ 300.00 |
| | Auditory Integration Training | $ 200.00 | 52 | $ 10,400.00 |
| | Augmentative Communication Eval. | $ 200.00 | 1 | $ 200.00 |
| | Augmentative Communication Device | $ 2,000.00 | 0.2 | $ 400.00 |
| | **Total** | | | $ 26,900.00 |
| | **Age 23 - Life Span** | | | |
| | Speech Evaluation & Therapy | $ 150.00 | 12 | $ 1,800.00 |
| | Auditory Evaluation (every two years) | $ 600.00 | 0.5 | $ 300.00 |
| | Auditory Integration Training | $ 200.00 | 12 | $ 2,400.00 |
| | Augmentative Communication Eval. | $ 200.00 | 1 | $ 200.00 |
| | Augmentative Communication Device | $ 2,000.00 | 0.2 | $ 400.00 |
| | **Total** | | | $ 5,100.00 |