```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII
```

**CERTIFIED COPY**

```
 4   ANN KIMBALL WILES and      ) CIVIL NO. CV 04-00442 HG/BMK
     STANLEY BOND, individually ) CIVIL NO. CV 05-00247 HG/BMK
 5   and as next friends of     ) CONSOLIDATED
     their son, BRYAN           )   (Other Civil Action)
 6   WILES-BOND, a minor,       )
                                )
 7              Plaintiffs,     ) * CORRECTED TRANSCRIPT *
                                )
 8        vs.                   )   OCTOBER 2, 2007
                                )
 9   DEPARTMENT OF EDUCATION,   )
     State of Hawaii, and ALVIN )
10   RHO, in his official       )
     capacity as West Hawaii    )
11   District Superintendent,   )
                                ) TRIAL: December 4, 2007
12              Defendants.     )
     _____
13

14                        DEPOSITION OF

15                   DANIEL B. LEGOFF, PH.D.

16   FOR THE OFFICES OF WATANABE, ING & KOMEIJI, LLP

17                   VOORHEES, NEW JERSEY

18                     AUGUST 23, 2007

19

20

21   ATKINSON-BAKER, INC.
     500 North Brand Boulevard, Third Floor
22   Glendale, California 91203
     (818) 551-7300
23

24   REPORTED BY:  ANGELA M. KING, RPR, CSR

25   FILE NO.:  A106C36
```

EXHIBIT  C

1

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3

 4   ANN KIMBALL WILES and        ) CIVIL NO. CV 04-00442 HG/BMK
     STANLEY BOND, individually)  CIVIL NO. CV 05-00247 HG/BMK
 5   and as next friends of       ) CONSOLIDATED
     their son, BRYAN             )   (Other Civil Action)
 6   WILES-BOND, a minor,         )
                                  )
 7             Plaintiffs,        )
                                  )
 8        vs.                     )
                                  )
 9   DEPARTMENT OF EDUCATION,     )
     State of Hawaii, and ALVIN   )
10   RHO, in his official         )
     capacity as West Hawaii      )
11   District Superintendent,     )
                                  ) TRIAL: December 4, 2007
12             Defendants,        )
     ─────────────────────────────
13

14

15   Deposition of Daniel B. LeGoff, Ph.D., taken on behalf

16   of Defendant, at 1000 Laurel Oak Road, Voorhees, New

17   Jersey, commencing at 8:00 a.m. on Thursday, August 23,

18   2007, Angela M. King, RPR.

19

20

21

22

23

24

25
```

2

```
 1        Q.  And we've gone over the basis for your
 2   opinions and things like that.  And again -- his
 3   current functioning level is what again?
 4        MR. LEVIN:  Objection:  Asked and answered.
 5        THE WITNESS:  Moderately retarded.
 6   BY MR. USHIRODA:
 7        Q.  If he had the services in Hawaii on a
 8   consistent basis with the consistent
 9   interventions, his function would be in the
10   mildly retarded range, correct?
11        MR. LEVIN:  Objection:  Asked and answered.
12        THE WITNESS:  Well, it's important to see
13   he's on the borderline of those two.  But I
14   would say probably he's currently functioning
15   more on the adaptively and severely impaired
16   range, but cognitively able to function the high
17   end of the moderate range.
18             And I think he probably would be
19   adaptively much closer to that if he had that
20   close consistent earlier educational years.
21   BY MR. USHIRODA:
22        Q.  Okay.  So had he received the
23   consistent services and intervention from
24   Hawaii, he would still be moderately impaired,
25   correct?
```

```
 1        A.  Correct.
 2        MR. LEVIN:  Objection:  Asked and answered.
 3   Please pause.
 4   BY MR. USHIRODA:
 5        Q.  But that you measured from his
 6   cognitive abilities, correct?
 7        MR. LEVIN:  Objection:  Asked and answered.
 8        THE WITNESS:  Right.
 9   BY MR. USHIRODA:
10        Q.  It's just that -- you're saying that
11   the inconsistent services and inconsistent
12   interventions in Hawaii impacted his
13   communicative and adaptive function?
14        MR. LEVIN:  Objection:  Asked and answered.
15        THE WITNESS:  Yes.
16   BY MR. USHIRODA:
17        Q.  Okay.  So if he had received according
18   to -- correct me if I'm wrong.  If he had
19   received his consistent services and
20   interventions in Hawaii, then his adaptive and
21   communicative functioning would be much closer
22   to what his current cognitive abilities are?
23        MR. LEVIN:  Objection:  Asked and answered,
24   and calls for speculation.
25   BY MR. USHIRODA:
```