IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**CERTIFIED COPY**

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | ) ) ) ) ) |
| Plaintiffs, | ) CIVIL No. |
| | ) CV-04-00442 HG/BMK |
| vs. | ) CV 05-00247 HG/BMK |
| | ) |
| DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent, | ) CONSOLIDATED ) (Other Civil Action) ) ) ) |
| Defendants. | ) |

DEPOSITION OF

BETTY JO FREEMAN, PH.D.

LOS ANGELES, CALIFORNIA

SEPTEMBER 24, 2007

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
WWW.DEPO.COM

REPORTED BY:   TONI COHEN, CSR. NO. 9871

FILE NO.: A107854

EXHIBIT D

1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF HAWAII
 3
 4   ANN KIMBALL WILES and STANLEY      )
     BOND, individually and as next     )
 5   friends of their son, BRYAN        )
     WILES-BOND, a minor,               )
 6                                      )
                     Plaintiffs,        ) CIVIL No.
 7                                      ) CV-04-00442 HG/BMK
     vs.                                ) CV 05-00247 HG/BMK
 8                                      )
     DEPARTMENT OF EDUCATION,           ) CONSOLIDATED
 9   State of Hawaii, and ALVIN RHO,    ) (Other Civil Action)
     in his official capacity as West   )
10   Hawaii District Superintendent,    )
                                        )
11                   Defendants.        )
     _____)
12
13
14         DEPOSITION OF BETTY JO FREEMAN, PH.D., taken on
15   behalf of the Defendant, at 6101 West Century Boulevard,
16   Los Angeles, California, at 8:58 a.m., on Monday,
17   September 24, 2007, before Toni Cohen, CA CSR No. 9871/NV
18   CCR No. 793.
19
20
21
22
23
24
25
```

1       Even after all these documents, I'm not sure
2  how it works in Hawaii, very confusing to me, but I know
3  how it works here.
4       Q    In California who pays for these services?
5       A    It depends.  If -- the school district pays for
6  some home services if it's to carry out the IEP.  That
7  tends to occur in younger children.
8            Regional Centers are a system that was set up
9  by the Department of Developmental Services to coordinate
10 services; so they contract with different agencies to
11 provide services.  Some of those services they provide
12 are respite care, and then -- that's babysitting
13 basically for parents.  They can provide what's called
14 behavioral respite care, which is very difficult to find.
15           Technically they can provide in-home
16 behaviorists, someone who trains the parents.  They can
17 provide for someone to come in the home and work with the
18 child, and they can -- those types of skills.
19 Technically they're responsible for anything that will
20 help the child maximize his potential in the community
21 and increase the likelihood that the child will live in
22 the community as opposed to residential placement.
23           The reality -- it sounds beautiful.  The
24 reality of getting those services and whether or not
25 those services are available is another story, and

1  level of service that Bryan requires.

2  Q   If you're saying that he required this
3  24-hour-teaching-round-the-clock care which can only be
4  provided by an institution like the May Institute, then
5  his options are those places in the country that are like
6  the May Institute, correct?

7  A   That's correct.

8  Q   So if he goes to Massachusetts, will the State
9  of Massachusetts have to pay for it?

10  A   I don't -- I think the State of California is
11  still responsible, but I don't know that for a fact.  But
12  I'm almost positive that that's how it goes.

13     Otherwise, everybody would move to different
14  states, I guess.  But as I said, I don't know how that
15  works.  I just know that when we've tried to get funding
16  for programs like that; for example, the child that I
17  referred to Florida, the parents paid because Regional
18  Center would not pay for that.

19  Q   Why didn't the Regional Center pay?

20  A   Because they did not feel it was necessary.
21  And they wanted him to live in a group home in the
22  community where it would have been a disaster because of
23  his drugs, his problem with drugs.  He needed to be in a
24  controlled environment where he didn't have access.

25  Q   Now, with respect to your opinion that he will