IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of DEFENDANTS DEPARTMENT OF EDUCATION'S MOTION IN LIMINE #14 TO EXCLUDE EVIDENCE OF BRYAN WILES-BOND'S ECONOMIC DAMAGES, was duly served electronically through CM/ECF on the following attorneys to their last known address on August 4, 2008:

　　　　**STANLEY E. LEVIN, ESQ.**
　　　　**MICHAEL K. LIVINGSTON, ESQ.**
　　　　400 Davis Levin Livingston Grand Place
　　　　851 Fort Street
　　　　Honolulu, HI  96813

　　　　　　　and

CARL M. VARADY, ESQ.
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 4, 2008.


                                    /s/ Gregg M. Ushiroda
                                  MELVYN M. MIYAGI
                                  GREGG M. USHIRODA
                                  LEIGHTON M. HARA
                                  ROSS T. SHINYAMA

                                  GARY K.H. KAM
                                  GEORGE S.S. HOM
                                  HOLLY T. SHIKADA

                                  Attorneys for Defendant
                                  DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; Certificate of Service