```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3                            ---|---
 4    ANN KIMBALL WILES and STANLEY ) CIVIL NO.CV 04-00442 HG/BMK
      BOND, individually and as     ) CIVIL NO.CV 05-00247 HG/BMK
 5    next friends of their son,    ) CONSOLIDATED
      BRYAN WILES-BOND, a minor,    ) (Other Civil Action)
 6                                  )
                 Plaintiffs,        )
 7                                  )
           vs.                      ) TRIAL DATE:October 11, 2006
 8                                  )
      DEPARTMENT OF EDUCATION,      )
 9    State of Hawaii, and ALVIN    )
      RHO, in his official capacity )
10    as West Hawaii District       )
      Superintendent,               )
11                                  )
                 Defendants.        )
12    _____)
13

14           DEPOSITION OF KIMBERLY SMALLEY, Ph.D.

15    Taken on behalf of the Defendants, at the law offices of

16    Davis Levin Livingston Grand, 400 Davis Levin Livingston

17    Grand Place, 851 Fort Street, Honolulu, Hawai`i 96813

18    commencing at 9:02 a.m., on Thursday, July 27, 2006,

19    pursuant to Notice.

20

21    BEFORE:
                      Valerie Mariano, CSR No. 353
22                    Notary Public, State of Hawai`i

23

24                                       EXHIBIT "A"

25
```

CARNAZZO COURT REPORTING COMPANY, LTD.  (808) 532-0222

1   the skills trainers, this is material he has mastered. He
2   may be ignoring you because he's sick of seeing it.
3       They would say back to me, we don't know what to do.
4   We have no materials, no instruction. No one is helping
5   us. No one is telling us what to do. I would give them
6   some things to do, that way I could watch how Bryan
7   responded and take notes on that. That involved literally
8   like setting up the computer. The skills trainer and I
9   were trying to put the computer back together so they could
10  then work on it so I could know whether Bryan knew what he
11  was doing or not or protested doing it. It was very, very
12  unfortunate.
13      There was an ECSY, extended classroom school year,
14  going on that Bryan would typically be a part of, but due
15  to the extreme nature of his behavior, the IEP team -- I
16  don't know whose decision it was, but it was an IEP
17  decision to isolate him, so he was being educated by
18  himself one-on-one. That was even harder. He didn't have
19  any friends. He didn't have any activities. He didn't
20  have anything interesting to do. He wasn't motivated by
21  anything that there was, so it was just long periods of
22  down time.
23  Q.   Did you -- let's back up. I know the report is dated
24  in August '04, and you said -- when did you first come to
25  see him?

CARNAZZO COURT REPORTING COMPANY, LTD. (808) 532-0222

1   A.   Was that the -- there were many problems, and that was
2   certainly probably the biggest of them.
3   Q.   Okay.  What were the problems -- why was the
4   implementation a problem at this point?
5   A.   Why -- well, there was no structure, no materials, no
6   teacher with expertise in Bryan's needs.  The skills
7   trainers lacked the expertise to work with him, lacked the
8   training to work with him.  Some of them lacked the mere
9   fortitude to work with him.  There was limited to no sign
10  language.  At one point there was a staff person who had
11  some sign language.  I worked with her a little bit.  But
12  for the most part, everything about his plan that we had
13  agreed to and done successfully sometime in the past had
14  just completely dissipated.
15  Q.   And did you come to find out why, why that happened?
16  A.   I was besides myself at the time, and I kept asking
17  why.  And like I said, I called the training person at HBH,
18  and I spoke to the DOE person, and I believe the
19  explanation was just turnover.  You know, people -- didn't
20  have people, and they didn't have people -- the people they
21  did have didn't have the background that the previous
22  people who served him had had.
23  Q.   In this occupation, being skills trainer, is there a
24  high turnover rate in this field?
25  A.   Yeah.  For people who are challenging, I think if you

1  time, but in this particular incident he was flailing, and
2  he elbowed a woman and knocked her tooth out. And that was
3  an expensive, you know, workmen's comp claim or whatever it
4  was for HBH, and I think they -- I don't know. This is my
5  opinion. I think they came to the conclusion that they
6  cannot serve this child safely, and then they stopped
7  serving him.
8  Q. Okay. I'm sorry. You said you came --
9  A. I think they came to this conclusion. I had called
10 HBH and said, you know, help. And the person I spoke to
11 said, we're not gonna do this anymore. So they didn't need
12 me to come train his staff because they weren't going to
13 continue serving him.
14 Q. And you base that on?
15 A. Known conversations.
16 Q. And you -- okay.
17 A. Everybody recognized that bad things were happening.
18 The DOE, the providers, the parents, everybody was very
19 upset. They just couldn't see -- they just couldn't seem
20 to find a way out of it. And that's where I hoped that if
21 I wrote a big assessment with all the instructions and all
22 the how-to that they would have something to work from and
23 that we could, you know, hopefully turn some of this
24 around.
25 Q. That's why they called you; is that correct?

1   wasn't being used at all. I couldn't find them. I had to
2   go through drawers and find the icons and find the book.
3   Q.   Did you get an explanation as to why they weren't
4   being used?
5   A.   I got some excuses. I got some, hey.
6   Q.   Well, I'm interested to hear what you --
7   A.   Yeah, no, I got either, it's not my job, not my
8   problem. Oh, oh, I don't know. No one told me. I don't
9   know where they are.
10       And to their defense, they really weren't on the wall
11  where they should have been. So maybe some kid pulled them
12  down or the teacher put them away at the end of the school
13  year where there was a change of staff or somebody moved
14  something. But I literally went through that room and
15  found one icon in the bottom of this drawer, one icon under
16  the bench, you know, and pulled these materials together.
17  Said, here, use these until we find the rest.
18  Q.   How long had this situation been -- how long had this
19  situation existed before you got there?
20  A.   That I don't know. I mean, according to the family,
21  quite some time. And they were very frantic, and that's
22  why they were insisting that I come back.
23       I do know there was a lag time when they thought I was
24  coming back until I actually got there where everyone had
25  heard that I had been procured but me. So some time, quite