Of Counsel:
DAVIS LEVIN LIVINGSTON

| | |
|---|---|
| STANLEY E. LEVIN | 1152-0 |
| MICHAEL K. LIVINGSTON | 4161-0 |

851 Fort Street, Suite 400
Honolulu, Hawaii  96813
Telephone:  (808) 524-7500
Fax:  (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY                          4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813
Telephone:  (808) 523-8447
Fax:  (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>             Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE THE TESTIMONY OF BRYNA SIEGEL; MEMORANDUM IN SUPPORT OF MOTION DECLARATION OF STANLEY E. LEVIN; EXHIBITS 1 – 4; AND CERTIFICATE OF SERVICE<br><br>DATE:     September 9, 2008<br>TIME:     9:00 a.m.<br>JUDGE:  Alan C. Kay<br><br>TRIAL DATE: September 9, 2008 |

PLAINTIFFS' MOTION IN LIMINE NO. 2
TO EXCLUDE THE TESTIMONY OF BRYNA SIEGEL

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their undersigned counsel, hereby move this Court for an in limine order striking the testimony of Defendant DEPARTMENT OF EDUCATION (DOE), State of Hawai'i's (Defendant), expert witness Bryna Siegel, Ph.D.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, all applicable local rules of practice for the United States District Court for the District of Hawai'i, Rules 401, 402 and 403 of the Federal Rules of Evidence, and is based upon the Memorandum, Declaration, and Exhibits in support of this Motion, and the records and files herein.

DATED: Honolulu, Hawai`i, August 4, 2008.

/S/ STANLEY E. LEVIN
STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs