Of Counsel:
DAVIS LEVIN LIVINGSTON

| | |
|---|---|
| STANLEY E. LEVIN | 1152-0 |
| MICHAEL K. LIVINGSTON | 4161-0 |

851 Fort Street, Suite 400
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY                     4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447
Fax: (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>                    Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION IN LIMINE FILED ON AUGUST 4, 2008 AS DOCUMENT NO. 511; AND CERTIFICATE OF SERVICE<br><br>TRIAL DATE: September 9, 2008 |

PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION IN LIMINE
FILED ON AUGUST 4, 2008 AS DOCUMENT NO. 511

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their undersigned counsel, hereby withdraws a Motion in Limine filed on August 4, 2008 as Document 511, which inadvertently included an incorrect pleading. A corrected Motion was subsequently filed on August 4, 2008 as Dcoument No. 531.

This Notice is being filed pursuant to Rule 7 of the Federal Rules of Civil Procedure.

Dated: Honolulu, Hawaii, August 4, 2008.

/S/ STANLEY E. LEVIN
CARL M. VARADY
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs