OF COUNSEL:

DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY          4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447 FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE RE EXHIBIT LIST |
|---|---|
| Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>Defendant. | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that on August 4, 2008, a true and correct copy of the Plaintiff's Exhibit List was duly served upon the following parties by electronic filing via CM/ECF:

>Holly T. Shikada, Esq.
>Deputy Attorneys General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii 96813
>
>Gregg M. Ushiroda, Esq.
>Daniel K. Obuhanych
>Leighton M. Hara, Esq.
>First Hawaiian Center, 23rd Fl.
>999 Bishop Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendants

DATED:   Honolulu, Hawaii, August 4, 2008.

>/S/ STANLEY E. LEVIN
>STANLEY E. LEVIN
>MICHAEL K. LIVINGSTON
>CARL M. VARADY
>Attorneys for Plaintiffs