IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00442 HG/BMK<br>CIVIL NO. CV 05-00247 HG/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of DEFENDANT DEPARTMENT OF EDUCATION'S AMENDED FINAL COMPREHENSIVE WITNESS LIST, dated August 4, 2008, was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 4, 2008:

　　　**STANLEY E. LEVIN, ESQ.**
　　　**MICHAEL K. LIVINGSTON, ESQ.**
　　　400 Davis Levin Livingston Grand Place
　　　851 Fort Street
　　　Honolulu, HI  96813

　　　　　and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813

Attorneys for Plaintiffs


DATED: Honolulu, Hawaii, August 4, 2008.


                                /s/ Gregg M. Ushiroda
                                MELVYN M. MIYAGI
                                GREGG M. USHIRODA
                                LEIGHTON M. HARA

                                GARY K.H. KAM
                                GEORGE S.S. HOM
                                HOLLY T. SHIKADA

                                Attorneys for Defendant
                                DEPARTMENT OF EDUCATION