IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>           Plaintiffs,<br><br>      vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>           Defendant. | ) CIVIL NO. CV 04-00442 HG/BMK<br>) CIVIL NO. CV 05-00247 HG/BMK<br>) (Other Civil Action)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the DEFENDANT DEPARTMENT OF EDUCATION'S REQUESTED SUPPLEMENTAL JURY INSTRUCTIONS was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 5, 2008:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI  96813

and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 5, 2008.


                             /s/ Gregg M. Ushiroda
                            MELVYN M. MIYAGI
                            GREGG M. USHIRODA
                            LEIGHTON M. HARA

                            GARY K.H. KAM
                            GEORGE S.S. HOM
                            HOLLY T. SHIKADA

                            Attorneys for Defendant
                            DEPARTMENT OF EDUCATION