392973.10
**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**     #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**     #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendants. | ) CIV. NO. CV 04-00442 ACK/BMK<br>) CIV. NO. CV 05-00247 ACK/BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>)<br>) **DEFENDANT DEPARTMENT OF**<br>) **EDUCATION'S PROPOSED SPECIAL**<br>) **VERDICT FORM; CERTIFICATE OF**<br>) **SERVICE**<br>)<br>) TRIAL: September 9, 2008<br>) JUDGE: Hon. Alan C. Kay |

**DEFENDANT DEPARTMENT OF EDUCATION**
**PROPOSED SPECIAL VERDICT FORM**

Comes now Defendant DEPARTMENT OF EDUCATION("DOE"), by and through its attorneys, WATANABE ING LLP, and hereby submits its proposed form of special verdict, attached herewith, pursuant to Rule 49(a), Federal Rules of Civil Procedure.

DATED:   Honolulu, Hawaii, August 5, 2008.

/s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINAYAMA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; DEFENDANT DEPARTMENT OF EDUCATION'S PROPOSED SPECIAL VERDICT FORM

- 2 -