IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendants. | CIV. NO. CV 04-00442 ACK/BMK<br>CIV. NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**SPECIAL VERDICT**<br><br><br><br>**TRIAL: September 9, 2008**<br>**JUDGE: Hon. Alan C. Kay** |

## SPECIAL VERDICT

The jury must answer all of the questions, unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict before proceeding to answer. Please be certain to answer the questions and follow the directions in numerical order, starting with Question No. 1, because an earlier answer may excuse you from answering later questions. Each answer requires the agreement of all six (6) jurors. If you do not understand any direction or question or if you wish to communicate with the Court on any other subject, you must do so in writing through the Bailiff.

As used herein, "DOE" means the Department of Education.

1.    Was Bryan Wiles-Bond denied meaningful access to special
      education services?


            Yes _____          No _____

      [If you answered "No" to Question No. 1, skip to Question
      No. 5.  If you answered "Yes" to Question No. 1, then go on
      to answer Question No. 2.]

2.    Was Bryan Wiles-Bond denied meaningful access to special
      education services solely by reason of his disability?


            Yes _____          No _____

      [If you answered "No" to Question No. 2, skip to Question
      No. 5.  If you answered "Yes" to Question No. 2, then go on
      to answer Question No. 3.]



3.    Did the DOE intentionally discriminate against Bryan Wiles-
      Bond (deliberate indifference standard)?


            Yes _____          No _____

      [If you answered "No" to Question No. 3, skip to Question
      No. 5.  If you answered "Yes" to Question No. 3, then go on
      to answer Question No. 3.]


4.    Did the DOE act with bad faith or gross misjudgment in
      providing services to Bryan Wiles-Bond?

            Yes _____          No _____

      [Go to Question No. 5]

5.    Were Plaintiffs Ann Kimball Wiles and Stanley Bond engaged
      in a "protected activity" under the Rehabilitation Act?

             Yes _____          No _____


      [If you answered "No" to Question No. 5, skip to Question
      No. 9.  If you answered "Yes" to Question No. 5, then go on
      to answer Question No. 6.]


6.    Did the DOE subject Plaintiffs Ann Kimball Wiles and Stanley
      Bond to an adverse action at the time, or after, the
      "protected activity" occurred?

             Yes _____          No _____


      [If you answered "No" to Question No. 6, skip to Question
      No. 9.  If you answered "Yes" to Question No. 6, then go on
      to answer Question No. 7.]


7.    Did the DOE subject Plaintiffs Ann Kimball Wiles and Stanley
      Bond to an adverse action because of their participation in
      a protected activity?

             Yes _____          No _____


      [If you answered "No" to Question No. 7, skip to Question
      No. 9. If you answered "Yes" to Question No. 7, then go on
      to answer Question No. 8.]


8.    Did the DOE act with deliberate indifference in subjecting
      Plaintiffs Ann Kimball Wiles and Stanley Bond to an adverse
      action because of their participation in a protected
      activity?

             Yes _____          No _____


      [Go to Question No. 9]


                              - 3 -

9.  If you did not answer or answered "No" to Question No. 4 **and** Question No. 8 <u>stop; do not answer any more questions</u>; have the foreperson sign and date this document and call the Bailiff.

    Otherwise, if you answered "Yes" to Question No. 4 **and** "Yes" to Question No. 8, proceed to Question No. 10.

    However, if you answered "Yes" to Question No. 4 **and** if you answered "No" to or did not answer Question No. 8, proceed to Question No. 10, <u>but do not provide a figure for General Damages for Stanley Bond and Ann Kimball Wiles. Please place a zero (0) in the General damages line for both Stanley Bond and Ann Kimball Wiles</u>. You may award them special damages, if any.

    However, if you did not answer or answered "No" to Question No. 4 **and** if you answered "Yes" to Question No. 8; proceed to Question No. 10, <u>but do not provide a figure for Special or General Damages for Bryan Wiles-Bond. Please place a zero (0) in both the Special and General Damages lines for Bryan Wiles-Bond.</u>

10. What is Bryan Wiles-Bond's <u>total damages</u>?

        Special Damages          $_____

        General Damages          $_____

11. What is Ann Kimball Wiles' <u>total damages</u>?

        Special Damages          $_____

        General Damages          $_____

12.  What is Stanley Bond's <u>total damages</u>?

           Special Damages     $_____

           General Damages     $_____

[Please have the foreperson sign and date this form and notify the bailiff.]


          _____    _____

          Signature of Foreperson       Date

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; DEFENDANT DEPARTMENT OF EDUCATION'S PROPOSED SPECIAL VERDICT FORM