IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO,<br><br>  Defendants. | CIV. NO. CV 04-00442 ACK/BMK<br>CIV. NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br><br><br>TRIAL DATE: September 9, 2008<br>JUDGE: Hon. Alan C. Kay |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANTS DEPARTMENT OF EDUCATION'S PROPOSED SPECIAL VERDICT FORM** was duly served electronically through CM/ECF on the following attorneys to their last known address on August 5, 2008:

> STANLEY E. LEVIN, ESQ.
> MICHAEL K. LIVINGSTON, ESQ.
> 851 Fort Street; Suite 400
> Honolulu, HI  96813
>
>     and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 5, 2008.


          <u>/s/ Gregg M. Ushiroda</u>
          MELVYN M. MIYAGI
          GREGG M. USHIRODA
          LEIGHTON M. HARA
          ROSS T. SHINYAMA

          GARY K.H. KAM
          GEORGE S.S. HOM
          HOLLY T. SHIKADA

          Attorneys for Defendant
          DEPARTMENT OF EDUCATION

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; CERTIFICATE OF SERVICE

- 2 -