Of Counsel:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN                    1152-0
MICHAEL K. LIVINGSTON               4161-0
851 Fort Street, Suite 400
Honolulu, Hawaii  96813
Telephone:  (808) 524-7500
Fax:  (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY                      4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813
Telephone:  (808) 523-8447
Fax:  (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, | CIVIL NO. CV 05-00247 HG/BMK CIVIL NO. CV 04-00442 HG/BMK Consolidated (Other Civil Action) |
| Plaintiffs, vs. | AMENDED CERTIFICATE OF SERVICE |
| DEPARTMENT OF EDUCATION, State of Hawai'i, | |
| Defendant. | |


AMENDED CERTIFICATE OF SERVICE

IT IS CERTIFIED that on August 4, 2008, a true and correct copy of

Plaintiff's Notice of Withdrawal of Motion in Limine Filed on August 4, 2008 as

Document No. 511 was duly served upon the following parties by electronic filing

via CM/ECF:

> Holly T. Shikada, Esq.
> Deputy Attorneys General
> 235 S. Beretania Street, Room 304
> Honolulu, Hawaii 96813
>
> Gregg M. Ushiroda, Esq.
> Daniel K. Obuhanych
> Leighton M. Hara, Esq.
> First Hawaiian Center, 23rd Fl.
> 999 Bishop Street
> Honolulu, Hawaii 96813
>
> Attorneys for Defendants

DATED:    Honolulu, Hawaii, August 5, 2008.

/S/ STANLEY E. LEVIN
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY
Attorneys for Plaintiffs