OF COUNSEL:

DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN           1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY           4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/FAX: 523-8448
E-mail: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>          Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' DESIGNATION OF DEPOSITION OF DRU COPELAND AND CERTIFICATE OF SERVICE<br><br>TRIAL:   September 9, 2008<br>JUDGE:   Honorable Alan C. Kay |

PLAINTIFFS' DESIGNATION OF DEPOSITION
OF DRU COPELAND

COME NOW Plaintiffs above-named and hereby submit the following designation of the oral deposition of Dru Copeland taken on September 28, 2007.

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|---|---|---|---|---|
| 6 | 3 | | 7 | 16 |
| 8 | 8 | | 9 | 3 |
| 9 | 16 | | 9 | 18 |
| 11 | 3 | | 12 | 10 |
| 12 | 16 | | 13 | 9 |
| 14 | 1 | | 14 | 5 |
| 14 | 11 | | 14 | 17 |
| 15 | 4 | | 16 | 12 |
| 17 | 7 | | 17 | 10 |
| 17 | 14 | | 17 | 20 |
| 17 | 25 | | 18 | 16 |
| 19 | 6 | | 20 | 6 |
| 21 | 7 | | 22 | 6 |
| 22 | 10 | | 22 | 18 |
| 23 | 2 | | 23 | 3 |
| 23 | 7 | | 25 | 8 |
| 25 | 14 | | 26 | 23 |

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|------|---------|------|------|---------|
| 27 | 16 | | 28 | 3 |
| 28 | 23 | | 29 | 6 |
| 29 | 11 | | 29 | 18 |
| 29 | 22 | | 30 | 25 |
| 31 | 5 | | 31 | 25 |
| 32 | 6 | | 36 | 2 |
| 36 | 13 | | 37 | 13 |
| 37 | 25 | | 38 | 9 |
| 38 | 13 | | 38 | 23 |
| 39 | 3 | | 39 | 11 |
| 40 | 1 | | 40 | 9 |
| 40 | 19 | | 41 | 6 |
| 41 | 10 | | 41 | 16 |
| 41 | 19 | | 41 | 19 |
| 41 | 24 | | 42 | 8 |
| 42 | 17 | | 44 | 13 |
| 44 | 17 | | 46 | 16 |
| 46 | 20 | | 48 | 7 |
| 48 | 17 | | 49 | 6 |
| 49 | 9 | | 49 | 10 |
| 49 | 25 | | 50 | 10 |

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|---|---|---|---|---|
| 50 | 18 | | 51 | 1 |
| 51 | 4 | | 51 | 7 |
| 51 | 25 | | 52 | 7 |
| 52 | 12 | | 52 | 14 |
| 53 | 9 | | 54 | 17 |
| 54 | 21 | | 55 | 14 |
| 55 | 20 | | 58 | 3 |
| 58 | 7 | | 59 | 3 |
| 59 | 6 | | 59 | 11 |
| 59 | 21 | | 59 | 25 |
| 60 | 3 | | 61 | 9 |
| 61 | 13 | | 62 | 14 |
| 62 | 17 | | 62 | 19 |
| 62 | 25 | | 63 | 2 |
| 63 | 5 | | 63 | 5 |
| 63 | 8 | | 63 | 14 |
| 64 | 6 | | 64 | 12 |
| 65 | 2 | | 65 | 11 |
| 65 | 15 | | 65 | 23 |
| 66 | 3 | | 66 | 21 |
| 66 | 25 | | 67 | 5 |

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|---|---|---|---|---|
| 67 | 10 | | 69 | 14 |
| 69 | 18 | | 69 | 21 |
| 70 | 6 | | 70 | 15 |
| 70 | 19 | | 71 | 2 |
| 72 | 20 | | 72 | 24 |
| 73 | 3 | | 73 | 8 |
| 73 | 16 | | 74 | 6 |
| 74 | 19 | | 74 | 25 |
| 75 | 15 | | 75 | 20 |
| 77 | 11 | | 78 | 1 |
| 78 | 18 | | 79 | 1 |
| 79 | 20 | | 79 | 23 |
| 80 | 5 | | 81 | 3 |
| 81 | 8 | | 84 | 9 |
| 85 | 8 | | 85 | 14 |
| 85 | 17 | | 86 | 25 |
| 87 | 8 | | 88 | 25 |
| 89 | 4 | | 89 | 4 |
| 90 | 2 | | 90 | 16 |
| 92 | 12 | | 92 | 15 |
| 93 | 6 | | 93 | 6 |

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|---|---|---|---|---|
| 94 | 12 | | 94 | 15 |
| 94 | 19 | | 95 | 3 |
| 95 | 15 | | 96 | 12 |
| 99 | 12 | | 101 | 23 |
| 102 | 16 | | 102 | 19 |
| 102 | 23 | | 103 | 12 |
| 106 | 20 | | 106 | 24 |
| 107 | 16 | | 107 | 25 |
| 108 | 4 | | 108 | 12 |
| 110 | 12 | | 110 | 23 |
| 110 | 25 | | 111 | 23 |
| 112 | 5 | | 113 | 15 |
| 115 | 4 | | 115 | 15 |
| 118 | 13 | | 119 | 4 |
| 120 | 15 | | 120 | 20 |
| 120 | 23 | | 120 | 24 |
| 129 | 16 | | 129 | 25 |
| 130 | 6 | | 130 | 7 |
| 130 | 12 | | 130 | 14 |
| 130 | 21 | | 131 | 6 |
| 131 | 19 | | 132 | 16 |

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|---|---|---|---|---|
| 134 | 18 | | 134 | 20 |
| 134 | 24 | | 134 | 24 |
| 139 | 12 | | 139 | 24 |
| 140 | 3 | | 140 | 9 |
| 142 | 3 | | 143 | 14 |
| 145 | 15 | | 146 | 14 |
| 147 | 13 | | 147 | 16 |
| 150 | 13 | | 150 | 17 |
| 151 | 2 | | 151 | 10 |
| 154 | 19 | | 155 | 6 |
| 161 | 4 | | 161 | 13 |
| 162 | 4 | | 163 | 1 |
| 164 | 1 | | 164 | 11 |
| 165 | 1 | | 165 | 12 |
| 166 | 23 | | 168 | 1 |
| 168 | 14 | | 169 | 1 |
| 169 | 8 | | 169 | 18 |
| 171 | 4 | | 171 | 6 |
| 171 | 10 | | 171 | 11 |
| 178 | 8 | | 178 | 15 |
| 179 | 21 | | 179 | 25 |

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|---|---|---|---|---|
| 182 | 4 | | 182 | 15 |
| 183 | 1 | | 183 | 16 |
| 184 | 5 | | 184 | 8 |
| 185 | 20 | | 186 | 6 |
| 197 | 3 | | 197 | 8 |
| 200 | 14 | | 201 | 9 |
| 202 | 23 | | 203 | 9 |
| 205 | 10 | | 205 | 14 |
| 205 | 17 | | 205 | 19 |
| 206 | 23 | | 208 | 25 |
| 210 | 3 | | 210 | 25 |
| 211 | 5 | | 212 | 1 |
| 214 | 13 | | 214 | 22 |
| 215 | 6 | | 215 | 19 |
| 216 | 18 | | 217 | 7 |
| 217 | 10 | | 217 | 17 |
| 218 | 23 | | 219 | 16 |
| 220 | 1 | | 220 | 9 |
| 220 | 11 | | 221 | 16 |
| 222 | 1 | | 222 | 4 |
| 222 | 11 | | 223 | 3 |

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|---|---|---|---|---|
| 225 | 6 | | 227 | 15 |
| 228 | 6 | | 230 | 1 |
| 231 | 19 | | 231 | 22 |
| 232 | 1 | | 232 | 7 |
| 232 | 15 | | 232 | 24 |
| 234 | 9 | | 234 | 10 |
| 234 | 24 | | 234 | 25 |
| 235 | 10 | | 235 | 11 |
| 236 | 6 | | 236 | 11 |
| 236 | 15 | | 239 | 8 |
| 319 | 8 | | 320 | 4 |
| 320 | 9 | | 320 | 11 |
| 321 | 1 | | 321 | 3 |
| 322 | 16 | | 323 | 6 |
| 323 | 8 | | 323 | 14 |
| 332 | 14 | | 334 | 8 |
| 336 | 16 | | 337 | 2 |
| 339 | 23 | | 340 | 22 |
| 347 | 22 | | 348 | 6 |
| 348 | 10 | | 348 | 10 |

DATED: Honolulu, Hawai'i, August 4, 2008.

                                                CARL M. VARADY
                                                STANLEY E. LEVIN
                                                MICHAEL K. LIVINGSTON
                                                Attorneys for Plaintiffs