

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>CERTIFICATE OF SERVICE |
| Plaintiffs, | |
| vs. | |
| DEPARTMENT OF EDUCATION, State of Hawai'i, | |
| Defendant. | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that on August 4, 2008, a true and correct copy of the foregoing document was duly served by hand delivery upon the following parties at their last known address:

        Holly T. Shikada, Esq.
        Deputy Attorneys General
        235 S. Beretania Street, Room 304
        Honolulu, Hawaii 96813

        Gregg M. Ushiroda, Esq.
        Leighton M. Hara, Esq.
        Ross T. Shinyama. Esq.
        First Hawaiian Center, 23rd Fl.
        999 Bishop Street
        Honolulu, Hawaii 96813

        Attorneys for Defendants

DATED:    Honolulu, Hawaii, August 4, 2008.

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY
Attorneys for Plaintiffs