OF COUNSEL:

DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY           4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/FAX: 523-8448
E-mail: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' DESIGNATION OF THE DEPOSITION OF CARA ENTZ; AND CERTIFICATE OF SERVICE<br><br>TRIAL:　September 9, 2008<br>JUDGE　Honorable Alan C. Kay |

PLAINTIFFS' DESIGNATION OF
THE DEPOSITION OF CARA ENTZ

COME NOW Plaintiffs above-named and hereby submit the following designation of the oral deposition of Cara Entz taken on June 28, 2007.

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|---|---|---|---|---|
| 6 | 7 | | 8 | 18 |
| 10 | 15 | | 11 | 1 |
| 12 | 14 | | 14 | 17 |
| 14 | 23 | | 18 | 2 |
| 18 | 10 | | 49 | 10 |
| 49 | 18 | | 59 | 2 |
| 59 | 8 | | 62 | 11 |
| 62 | 20 | | 67 | 8 |
| 67 | 13 | | 74 | 8 |
| 74 | 14 | | 77 | 16 |
| 77 | 22 | | 79 | 20 |
| 79 | 23 | | 82 | 14 |
| 82 | 21 | | 102 | 15 |
| 103 | 6 | | 106 | 21 |
| 107 | 12 | | 114 | 25 |
| 115 | 5 | | 130 | 4 |
| 130 | 10 | | 133 | 4 |

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|---|---|---|---|---|
| 133 | 8 | | 135 | 25 |
| 136 | 4 | | 161 | 2 |
| 161 | 5 | | 204 | 25 |
| 205 | 3 | | 206 | 6 |
| 206 | 10 | | 236 | 25 |
| 237 | 4 | | 242 | 10 |
| 242 | 17 | | 249 | 10 |
| 249 | 19 | | 261 | 9 |
| 261 | 18 | | 268 | 16 |
| 268 | 19 | | 272 | 8 |
| 272 | 17 | | 272 | 21 |
| 273 | 1 | | 273 | 8 |
| 273 | 15 | | 273 | 21 |
| 274 | 1 | | 274 | 7 |
| 275 | 1 | | 279 | 9 |
| 279 | 12 | | 294 | 3 |
| 294 | 11 | | 295 | 11 |
| 296 | 14 | | 298 | 10 |
| 298 | 17 | | 300 | 20 |
| 302 | 3 | | 302 | 7 |
| 302 | 14 | | 302 | 24 |

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|------|---------|------|------|---------|
| 303  | 4       |      | 303  | 9       |
| 303  | 14      |      | 306  | 2       |
| 306  | 12      |      | 312  | 11      |
| 312  | 17      |      | 315  | 7       |
| 315  | 11      |      | 317  | 8       |
| 317  | 16      |      | 318  | 18      |
| 319  | 2       |      | 324  | 24      |
| 325  | 4       |      | 344  | 22      |
| 345  | 4       |      | 345  | 13      |

DATED: Honolulu, Hawai'i, August 4, 2008.

_____
CARL M. VARADY
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs