# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann K. Wiles, et al. Vs. Department of Education, et al. |

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | 08/06/2008 | TIME: | |

---

COURT ACTION:    "MINUTE ORDER"


EO:

The Court instructs the parties to submit copies of their trial exhibits to the Court by Monday, August 11, 2008. The Court further notes that any responses to Objections to Exhibits must be filed by Monday, August 18, 2008. Please call Leslie Sai, Courtroom Manager (541-3089) to make arrangements for the delivery of the Trial Exhibits.


Submitted by Leslie L. Sai, Courtroom Manager