# MINUTES

CASE NUMBER:     CV NO. 04-00442ACK-BMK

CASE NAME:       Ann K. Wiles, Vs. Department of Education, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Alan C. Kay              REPORTER:

DATE:     8/7/2008                 TIME:

COURT ACTION:        "MINUTE ORDER"

EO: On August 6, 2008, Defendant sent a letter via facsimile to the Court requesting an extension of the August 11, 2008 deadline to submit trial exhibits. That same day, Plaintiffs sent a letter indicating that they have no objection to Defendant's request for an extension. The Court hereby amends the exhibit-related deadlines as follows: Joint exhibits shall be submitted to the Court by August 18, 2008, and the parties' individual exhibits shall be submitted by August 25, 2008. Objections to Exhibits shall be filed by August 11, 2008, and must include copies of the actual exhibits to which the parties are objecting, as well as copies of any similar or related exhibits. Any responses to Objections to Exhibits shall be filed by August 18, 2008. All other trial-related deadlines not amended by this Order remain in effect.

Submitted by Leslie L. Sai, Courtroom Manager