ntc of appear co-counsel

| | |
|---|---|
| MARK J. BENNETT | 2672-0 |
| Attorney General, State of Hawai\`i | |

| | |
|---|---|
| GARY K.H. KAM | 4391-0 |
| GEORGE S. S. HOM | 2487-0 |
| HOLLY T. M. SHIKADA | 4017-0 |

Deputy Attorneys General
Department of the Attorney General
State of Hawai\`i
235 S. Beretania Street, Suite 304
Honolulu, Hawai\`i  96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
E-Mail:  Gary.K.Kam@hawaii.gov


| | |
|---|---|
| WATANABE ING LLP | CIVIL NO. CV04-00442 ACK BMK |
| A Limited Liability Law Partnership | CIVIL NO. CV05-00247 ACK BMK |
| MELVYN M. MIYAGI | 1624-0 CONSOLIDATED |
| GREGG M. USHIRODA | 5868-0 |
| LEIGHTON M. HARA | 7826-0 |
| ROSS T. SHINYAMA | 8830-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawai\`i  96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
E-Mail: gushiroda@wik.com


Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| JOHN-ANDERSON L. MEYER | 8541-0 |
| SERGIO RUFO | 8211-0 |

2200 Davies Pacific Center

841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

Attorneys for Defendant
DEPARTMENT OF EDUCATION, STATE OF HAWAI`I

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, | ) ) ) ) ) | CIVIL NO. CV04-00442 ACK BMK CIVIL NO. CV05-00247 ACK BMK CONSOLIDATED (Other Civil Action) |
| Plaintiffs, | ) ) | NOTICE OF APPEARANCE OF CO-COUNSEL; CERTIFICATE OF |
| vs. | ) ) | SERVICE |
| DEPARTMENT OF EDUCATION, State of Hawaii, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

NOTICE OF APPEARANCE OF CO-COUNSEL

COMES NOW the law firm of ROBBINS & ASSOCIATES and

hereby makes its appearance as co-counsel for Defendant DEPARTMENT OF

EDUCATION, STATE OF HAWAI`I.

DATED:  Honolulu, Hawai`i, August 8, 2008.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendant
DEPARTMENT OF EDUCATION, STATE
OF HAWAI`I


Civil No. CV04-00442 ACK BMK; CV05-00247 ACK BMK; Wiles, et al. v. Department of Education; NOTICE OF APPEARANCE OF CO-COUNSEL