Mn to continue trail
MARK J. BENNETT 2672-0
Attorney General, State of Hawai`i

GARY K.H. KAM 4391-0
GEORGE S. S. HOM 2487-0
HOLLY T. M. SHIKADA 4017-0
Deputy Attorneys General
Department of the Attorney General
State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawai`i  96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
E-Mail:  Gary.K.Kam@hawaii.gov

WATANABE ING LLP                         CIVIL NO. CV04-00442 ACK BMK
A Limited Liability Law Partnership      CIVIL NO. CV05-00247 ACK BMK
MELVYN M. MIYAGI         1624-0 CONSOLIDATED
GREGG M. USHIRODA        5868-0
LEIGHTON M. HARA         7826-0
ROSS T. SHINYAMA         8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawai`i  96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
E-Mail: gushiroda@wik.com

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

KENNETH S. ROBBINS            1000-0
JOHN-ANDERSON L. MEYER        8541-0
SERGIO RUFO                   8211-0
2200 Davies Pacific Center

841 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

Attorneys for Defendant
DEPARTMENT OF EDUCATION, STATE OF HAWAI`I

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai`i,<br><br>            Defendant.<br>_____ | ) CIVIL NO. CV04-00442 ACK BMK<br>) CIVIL NO. CV05-00247 ACK BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>)<br>) DEFENDANT DEPARTMENT OF<br>) EDUCATION, STATE OF<br>) HAWAII'S MOTION TO<br>) CONTINUE TRIAL DATE;<br>) MEMORANDUM IN SUPPORT OF<br>) MOTION; DECLARATION OF<br>) HOLLY T. SHIKADA;<br>) DECLARATION OF KENNETH S.<br>) ROBBINS; DECLARATION OF<br>) JOHN-ANDERSON L. MEYER<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>) |

DEFENDANT DEPARTMENT OF EDUCATION, STATE OF HAWAII'S
MOTION TO CONTINUE TRIAL DATE

COMES NOW Defendant DEPARTMENT OF EDUCATION,

STATE OF HAWAI`I, by and through its attorneys, Robbins & Associates, and

2

files this its MOTION TO CONTINUE TRIAL DATE for fourteen (14) days, or as this Honorable Court sees fit.

The instant motion is brought pursuant to Rule 7 Fed. R. Civ. Pro., and Rules 6.2(b), 7.2, 7.4 and 40.4 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, is based on the attached Memorandum, the declarations of Holly T. Shikada, Esq. and Kenneth S. Robbins, Esq., and the records and files herein.

DATED: Honolulu, Hawai`i, August 8, 2008.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendant
DEPARTMENT OF EDUCATION, STATE OF HAWAI`I

LR 40.4 Consent of Party to Continuance of Trial:

_____
Clayton Fujie, Deputy Superintendant

DATED: Honolulu, Hawai`i, August 8, 2008.

Civil No. CV04-00442 ACK BMK; CV05-00247 ACK BMK; Wiles, et al. v. Department of Education; DEFENDANT DEPARTMENT OF EDUCATION, STATE OF HAWAII'S MOTION TO CONTINUE TRIAL DATE