IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendant. | CIVIL NO. CV04-00442 ACK BMK<br>CIVIL NO. CV05-00247 ACK BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF HOLLY T. SHIKADA |

DECLARATION OF HOLLY T. SHIKADA

I, HOLLY T. SHIKADA, make the following declaration on personal knowledge and am competent to testify to the matters stated herein.

    1.    I am a deputy attorney general employed by the Department of the Attorney General, State of Hawaii, and am licensed to practice in all courts in the state of Hawai`i.

    2.    I am the deputy attorney general assigned to work with defense counsel for Defendant Department of Education, State of Hawai`i, (hereinafter "DOE") in this case.

3. Unless otherwise indicated, I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

4. Defendant DOE and I were first informed of John T. Komeiji, Esq.'s impending departure from the Watanabe Ing law firm on or about July 4, 2008.

5. Mr. Komeiji left the Watanabe Ing law firm and began his new appointment at Hawaiian Telcom on or about July 28, 2008.

6. Due to the sudden and unexpected absence of Defendant's lead trial counsel, John T. Komeiji, Esq., Defendant requested Kenneth S. Robbins, Esq., to make an appearance as co-counsel in this case and to assume the role formerly occupied by Mr. Komeiji, viz., lead trial counsel.

7. Mr. Robbins law firm, Robbins & Associates, was first approached by Defendant on or about July 16, 2008 to take over Mr. Komeiji's role as lead trial counsel in this case.

8. The required State of Hawai`i Contract Procurement Process to engage Robbins & Associates was completed on August 8, 2008.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawai`i, August 8, 2008.

_____
HOLLY T. SHIKADA

Civil No. CV04-00442 ACK BMK; CV05-00247 ACK BMK; <u>Wiles, et al. v. Department of Education</u>; DECLARATION OF HOLLY T. SHIKADA