IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, | ) ) ) ) ) | CIVIL NO. CV04-00442 ACK BMK CIVIL NO. CV05-00247 ACK BMK CONSOLIDATED (Other Civil Action) |
| Plaintiffs, | ) ) | DECLARATION OF KENNETH S. ROBBINS |
| vs. | ) ) | |
| DEPARTMENT OF EDUCATION, State of Hawaii, | ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated herein.

1.    I am an attorney licensed to practice in all courts in the state of Hawai`i.

2.    Unless otherwise indicated, I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3.    I am defense co-counsel and lead trial counsel for Defendant Department of Education, State of Hawai`i, in this case (hereinafter "DOE").

4.    John T. Komeiji, Esq. left the Watanabe Ing law firm and began his new appointment at Hawaiian Telcom on or about July 28, 2008.

5.    My law firm, Robbins & Associates, was first approached by Defendant on or about July 16, 2008 to take over Mr. Komeiji's role as lead trial counsel in this case.

6.    The required State of Hawai`i Contract Procurement Process to engage Robbins & Associates was completed on August 8, 2008.

7.    Robbins & Associates made its appearance as co-counsel on August 8, 2008. See Document Number 543.

8.    On August 8, 2008, contemporaneous with the appearance of my law firm as co-counsel, and as lead trial counsel, I attempted to contact Carl M. Varady, Esq., counsel for Plaintiffs, in an attempt to obtain a stipulation to a fourteen-day continuance of the trial date to permit sufficient time for me to gain familiarity with the complex factual and legal issues presented by this matter in preparation for trial.

9.    On August 8, 2008, I left a detailed message for Mr. Varady, asking him to please contact me or my associate, Anderson Meyer to discuss the requested stipulation to a fourteen-day continuance of trial.

10.    I have been informed by Mr. Meyer that he was contacted by Bruce Ellis at the Davis Levin Livingston law firm, and that

Mr. Ellis represented that Plaintiffs were unwilling to stipulate to the requested fourteen-day continuance of trial.

I declare under penalty of law that the foregoing statements are true and correct.

DATED:  Honolulu, Hawai`i, August 8, 2008.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS


Civil No. CV04-00442 ACK BMK; CV05-00247 ACK BMK; Wiles, et al. v. Department of Education; DECLARATION OF KENNETH S. ROBBINS