IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>                    Defendant. | ) CIVIL NO. CV04-00442 ACK BMK<br>) CIVIL NO. CV05-00247 ACK BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>)<br>) DECLARATION OF JOHN-<br>) ANDERSON L. MEYER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOHN-ANDERSON L. MEYER

I, JOHN-ANDERSON L. MEYER, make the following declaration on personal knowledge and am competent to testify to the matters stated herein.

1. I am an attorney licensed to practice in all courts in the state of Hawai`i.

2. Unless otherwise indicated, I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am an associate with the law firm of Robbins & Associates, counsel for Defendant Department of Education, State of Hawai`i, in this case (hereinafter "DOE").

4. At approximately 1:15 p.m. on August 8, 2008, I received a call from Bruce Ellis at the Davis Levin Livingston law firm.

5. Mr. Ellis informed me that counsel for Plaintiffs had received a request from Kenneth S. Robbins, Esq. for a fourteen-day continuance of the trail of this matter.

6. Mr. Ellis informed me, on behalf of Plaintiffs, that they were unwilling to stipulate to the requested fourteen-day continuance.

I declare under penalty of law that the foregoing statements are true and correct.

DATED: Honolulu, Hawai`i, August 8, 2008.

JOHN-ANDERSON L. MEYER

Civil No. CV04-00442 ACK BMK; CV05-00247 ACK BMK; <u>Wiles, et al. v. Department of Education</u>; DECLARATION OF JOHN-ANDERSON L. MEYER

2