IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>           Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>           Defendant.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04-00442 ACK BMK<br>CIVIL NO. CV05-00247 ACK BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

| | |
|---|---|
| STANLEY E. LEVIN, ESQ.<br>slevin@davislevin.com | August 8, 2008 |
| MICHAEL K. LIVINGSTON, ESQ.<br>mlivingston@davislevin.com | August 8, 2008 |
| CARL M. VARADY, ESQ.<br>carl@varadylaw.com | August 8, 2008 |
| HOLLY T. SHIKADA, ESQ.<br>holly.t.shikada@hawaii.gov | August 8, 2008 |
| GREGG M. USHIRODA, ESQ.<br>gushiroda@wik.com | August 8, 2008 |

LEIGHTON M. HARA, ESQ.        August 8, 2008
lhara@wik.com


DATED:  Honolulu, Hawai`i, August 8, 2008.


/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendant
DEPARTMENT OF EDUCATION, STATE
OF HAWAI`I


Civil No. CV04-00442 ACK BMK; CV05-00247 ACK BMK; <u>Wiles, et al. v. Department of Education</u>; CERTIFICATE OF SERVICE (RE: DEFENDANT DEPARTMENT OF EDUCATION, STATE OF HAWAII'S MOTION TO CONTINUE TRIAL DATE)

2