ex parte mtn for order sht time hrg mtn to continue trial

| | |
|---|---|
| MARK J. BENNETT | 2672-0 |
| Attorney General, State of Hawai`i | |

| | |
|---|---|
| GARY K.H. KAM | 4391-0 |
| GEORGE S. S. HOM | 2487-0 |
| HOLLY T. M. SHIKADA | 4017-0 |

Deputy Attorneys General
Department of the Attorney General
State of Hawai`i
235 S. Beretania Street, Suite 304
Honolulu, Hawai`i  96813
Telephone No.: (808) 586-1255
Facsimile No.: (808) 586-1488
E-Mail:  Gary.K.Kam@hawaii.gov


| | | |
|---|---|---|
| WATANABE ING LLP | | CIVIL NO. CV04-00442 ACK BMK |
| A Limited Liability Law Partnership | | CIVIL NO. CV05-00247 ACK BMK |
| MELVYN M. MIYAGI | 1624-0 | CONSOLIDATED |
| GREGG M. USHIRODA | 5868-0 | |
| LEIGHTON M. HARA | 7826-0 | |
| ROSS T. SHINYAMA | 8830-0 | |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawai`i  96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
E-Mail: gushiroda@wik.com


Of Counsel:
ROBBINS & ASSOCIATES
Attorneys at Law
A Law Corporation

| | |
|---|---|
| KENNETH S. ROBBINS | 1000-0 |
| JOHN-ANDERSON L. MEYER | 8541-0 |
| SERGIO RUFO | 8211-0 |

2200 Davies Pacific Center

841 Bishop Street
Honolulu, Hawai`i  96813
Telephone:  (808) 524-2355
Facsimile:  (808) 526-0290
Email:  defend@robbinsandassociates.net

Attorneys for Defendant
DEPARTMENT OF EDUCATION, STATE OF HAWAI`I

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>        Defendant.<br>_____ | ) CIVIL NO. CV04-00442 ACK BMK<br>) CIVIL NO. CV05-00247 ACK BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>)<br>) DEFENDANT DEPARTMENT OF<br>) EDUCATION, STATE OF<br>) HAWAII'S *EX PARTE* MOTION<br>) FOR ORDER SHORTENING TIME<br>) FOR HEARING ON DEFENDANT<br>) DEPARTMENT OF EDUCATION,<br>) STATE OF HAWAII'S MOTION TO<br>) CONTINUE TRIAL DATE, FILED<br>) AUGUST 8, 2008; DECLARATION<br>) OF KENNETH S. ROBBINS;<br>) DECLARATION OF JOHN-<br>) ANDERSON L. MEYER;<br>) CERTIFICATE OF SERVICE |

2

DEFENDANT DEPARTMENT OF EDUCATION, STATE OF HAWAII'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEFENDANT DEPARTMENT OF EDUCATION, STATE OF HAWAII'S MOTION TO CONTINUE TRIAL DATE, FILED AUGUST 8, 2008

COMES NOW Defendant DEPARTMENT OF EDUCATION, STATE OF HAWAI`I (hereinafter referred to as "DOE"), by and through its attorneys, Robbins & Associates, and hereby moves this Honorable Court for an Order *ex parte* to shorten the time for hearing on its Motion to Continue Trial Date, filed August 8, 2008. Defendants request the hearing on this motion be expedited in order that Defendants might have a ruling on this matter in advance of the currently scheduled September 9, 2008 trial date.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, and is based upon the Declaration of Kenneth S. Robbins, Declaration of John-Anderson L. Meyer, attached hereto, and the record and files herein.

DATED:  Honolulu, Hawai`i, August 8, 2008.

/s/ Kenneth S. Robbins
KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

Attorneys for Defendant
DEPARTMENT OF EDUCATION, STATE OF HAWAI`I

Civil No. CV04-00442 ACK BMK; CV05-00247 ACK BMK; Wiles, et al. v. Department of Education; DEFENDANT DEPARTMENT OF EDUCATION, STATE OF HAWAII'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON DEFENDANT DEPARTMENT OF EDUCATION, STATE OF HAWAII'S MOTION TO CONTINUE TRIAL DATE, FILED AUGUST 8, 2008