IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, | ) CIVIL NO. CV04-00442 ACK BMK<br>) CIVIL NO. CV05-00247 ACK BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>) |
| Plaintiffs, | ) DECLARATION OF KENNETH S.<br>) ROBBINS |
| vs. | )<br>) |
| DEPARTMENT OF EDUCATION, State of Hawaii, | )<br>)<br>) |
| Defendant. | )<br>) |

## DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated herein.

1. I am an attorney licensed to practice in all courts in the state of Hawai`i.

2. Unless otherwise indicated, I make this declaration on personal knowledge of the facts set forth in this declaration and am competent to testify to the matters stated herein.

3. I am defense counsel for Defendant Department of Education, State of Hawai`i, in this case (hereinafter "DOE").

     4.     The DOE may be unduly prejudiced if the instant *ex parte* Motion is not granted, as a hearing on the DOE's Motion to Continue Trial, if set in the ordinary course, may not take place prior to the currently scheduled trial commencement date of September 9, 2008.

     5.     On August 8, 2008, contemporaneous with the appearance of my law firm as co-counsel, and as lead trial counsel, I attempted to contact Carl M. Varady, Esq., counsel for Plaintiffs, in an attempt to obtain a stipulation to a fourteen-day continuance of the trial date to permit sufficient time for me to gain familiarity with the complex factual and legal issues presented by this matter in preparation for trial.

     9.     On August 8, 2008, I left a detailed message for Mr. Varady, asking him to please contact me or my associate, Anderson Meyer to discuss the requested stipulation to a fourteen-day continuance of trial.

     10.     I have been informed by Mr. Meyer that he was contacted by Bruce Ellis at the Davis Levin Livingston law firm, and that Mr. Ellis represented that Plaintiffs were unwilling to stipulate to the requested fourteen-day continuance of trial.

     11.     I have also been informed by Mr. Meyer that Mr. Ellis represented that Plaintiffs were unwilling to stipulate to a shortening of time

for the hearing on Defendant's Motion to Continue Trial, as requested herein.

   12. It is my belief that no party will be prejudiced by the shortening of time requested herein.

   I declare under penalty of law that the foregoing statements are true and correct.

   DATED: Honolulu, Hawai`i, August 8, 2008.

           /s/ Kenneth S. Robbins
           KENNETH S. ROBBINS

Civil No. CV04-00442 ACK BMK; CV05-00247 ACK BMK; Wiles, et al. v. Department of Education; DECLARATION OF KENNETH S. ROBBINS

3