IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | ) CIVIL NO. CV 04-00442 HG/BMK<br>) CIVIL NO. CV 05-00247 HG/BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>) |
| Plaintiffs, | ) **CERTIFICATE OF SERVICE**<br>) |
| vs. | )<br>) |
| DEPARTMENT OF EDUCATION, State of Hawaii, | )<br>)<br>) |
| Defendant. | )<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS TO PLAINTIFFS' PROPOSED JURY INSTRUCTIONS FILED AND DATED AUGUST 4, 2008** was duly served electronically through CM/ECF on the following attorneys to their last known address on August 11, 2008:

      STANLEY E. LEVIN, ESQ.
      MICHAEL K. LIVINGSTON, ESQ.
      851 Fort Street; Suite 400
      Honolulu, HI  96813

           and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 11, 2008.


        /s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, Defendant; Civil No. 04-00442 & 05-00247 ACK-BMK; CERTIFICATE OF SERVICE