```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII

ANN KIMBALL WILES and            )
STANLEY BOND, individually       )
and as next friend of their      )
son, BRYAN WILES-BOND, a         )
minor,                           )
                Plaintiffs,      )
         vs.                     ) Civil No. CV 04-00442
DEPARTMENT OF EDUCATION,         ) HG/BMK
State of Hawai'i, and ALVIN      ) CONSOLIDATED (Other
RHO, in his official             ) Civil Action)
as West Hawai'i District         )
Superintendent,                  ) VIDEOTAPED DEPOSITION
                Defendants.      )         OF
_____ ) RICHARD S. GOKA, M.D.
ANN KIMBALL WILES and            ) September 21, 2007
STANLEY BOND, individually       )
and as next friend of their      )
son, BRYAN WILES-BOND,           )
a minor,                         )
                Plaintiffs,      )
         vs.                     ) Civil No. 05-00247
DEPARTMENT OF EDUCATION,         ) JMS/BMK
State of Hawai'i,                ) CONSOLIDATED (Other
```

RALPH ROSENBERG COURT REPORTERS, INC.
HONOLULU, HAWAII  96813  (808) 524-2090

EXHIBIT "A"

```
 1                  Defendant.  ) Civil Action)
 2       _____)
 3

 4    VIDEOTAPED DEPOSITION OF RICHARD S. GOKA, M.D.,
 5    Taken on behalf of Plaintiffs at 400 Davis Levin
 6    Livingston Grande Place, 851 Fort Street, Honolulu,
 7    Hawaii  96813, commencing at 9:00 a.m., on September
 8    21, 2007, pursuant to Notice.
 9
10    BEFORE:    SUE M. FLINT, RPR, CSR 274
11               Notary Public, State of Hawaii
12
13    APPEARANCES:
14
15    For Plaintiffs:      CARL M. VARADY, ESQ.
16                         Law Offices of Carl M. Varady
17                         American Savings Bank Tower
18                         1001 Bishop Street
19                         Suite 2870
20                         Honolulu, Hawaii  96813
21
22
23
24
25
```

| | | |
|---|---|---|
| 09:19:01 | 1 | Q.   You're welcome.  We are going to be taking |
| 09:19:07 | 2 | your testimony today in a case involving Bryan |
| 09:19:12 | 3 | Wiles-Bond.  You understand that; is that correct? |
| 09:19:14 | 4 | A.   That's correct. |
| 09:19:15 | 5 | Q.   You've been deposed before in other cases; |
| 09:19:17 | 6 | is that correct? |
| 09:19:18 | 7 | A.   Yes. |
| 09:19:18 | 8 | Q.   I've looked at your CV and the cases |
| 09:19:22 | 9 | listed.  It looks like you've been identified as an |
| 09:19:26 | 10 | expert witness in more than 100 cases.  Would that |
| 09:19:30 | 11 | be a fair statement? |
| 09:19:31 | 12 | A.   Probably. |
| 09:19:34 | 13 | Q.   Have you given testimony in all those |
| 09:19:36 | 14 | cases? |
| 09:19:37 | 15 | A.   The ones you received, yes, on that. |
| 09:19:41 | 16 | These are all -- under the Rule 26 rule, those are |
| 09:19:44 | 17 | testimonies either dep -- most of them are |
| 09:19:46 | 18 | depositions, and a couple of trials. |
| 09:19:49 | 19 | Q.   And were those all in California or were |
| 09:19:52 | 20 | those in other states, as well? |
| 09:19:54 | 21 | A.   It's outlined.  They were in other states, |
| 09:19:58 | 22 | not all in California.  They're not all California |
| 09:20:00 | 23 | cases.  Put it that way. |
| 09:20:02 | 24 | Q.   All right.  So you've testified in other |
| 09:20:04 | 25 | states besides California, is my point. |

```
10:52:01   1        A.   -- that I know of.  But there's a
10:52:03   2   possibility, a remote possibility.  That's all I'm
10:52:06   3   saying.
10:52:06   4        Q.   Are you thinking of a specific case?
10:52:09   5        A.   No.  I'm thinking of a couple that -- I
10:52:13   6   know that, you know, there's several cases that I've
10:52:15   7   been involved in that have had multiple defendants,
10:52:18   8   so the question is I don't know if they did or if,
10:52:20   9   you know, one firm retained her, you know, so
10:52:24  10   there's a possibility, but I'm not saying -- I don't
10:52:28  11   know of it and it doesn't come to mind.  That's all.
10:52:30  12        Q.   Now, you've identified Bryna Siegel as a
10:52:35  13   person who assisted you in forming your opinions; is
10:52:38  14   that correct?
10:52:38  15        A.   She was the one that -- these are her
10:52:40  16   opinions, other than the costs.
10:52:43  17        Q.   So you're expressing no opinion on the
10:52:48  18   need for services.  You're only expressing an
10:52:51  19   opinion as to cost.  Is that the substance of your
10:52:54  20   testimony?
10:52:55  21        A.   Essentially, what's reasonable and what's
10:52:58  22   obtainable within, you know, what Dr. Siegel felt
10:53:00  23   was a reasonable treatment plan.
10:53:02  24        Q.   Well, you're not vouching for her
10:53:04  25   opinions, because that's not permitted; you
```

| | | |
|---|---|---|
| 10:53:06 | 1 | understand that? |
| 10:53:06 | 2 | A.   No.  But I'm utilizing her opinions to |
| 10:53:09 | 3 | establish my opinions. |
| 10:53:10 | 4 | Q.   Okay.  So you can say you relied on them; |
| 10:53:13 | 5 | is that correct? |
| 10:53:13 | 6 | A.   True. |
| 10:53:14 | 7 | Q.   But your reliance on them was for one |
| 10:53:17 | 8 | purpose only and that was to calculate the cost of |
| 10:53:22 | 9 | specific services; is that correct? |
| 10:53:23 | 10 | A.   True. |
| 10:53:24 | 11 | Q.   You were not making an independent |
| 10:53:26 | 12 | assessment as to whether or not those particular |
| 10:53:30 | 13 | services were necessary; is that correct? |
| 10:53:32 | 14 | A.   That is true. |
| 10:53:33 | 15 | Q.   Other than Dr. Siegel's report concerning |
| 10:53:42 | 16 | Bryan, was there anything else that you looked at in |
| 10:53:47 | 17 | forming your opinions as to the cost of services? |
| 10:53:51 | 18 | A.   Ms. Leukens' report, Dr. LeGoff's report, |
| 10:53:55 | 19 | Dr. Friedman's report. |
| 10:53:58 | 20 | Q.   And you reviewed those prior to June 2006; |
| 10:54:05 | 21 | is that correct? |
| 10:54:06 | 22 | A.   Other than Dr. Friedman.  I think she came |
| 10:54:08 | 23 | on later. |
| 10:54:09 | 24 |      Is it Freeman or Friedman? |
| 10:54:11 | 25 | Q.   It's Freeman, B.J. Freeman, like free man. |

```
13:11:35   1         Q.    Did you identify to Mr. Ushiroda any
13:11:38   2    questions you had about Ms. Leukens' report?
13:11:40   3         A.    Such as?
13:11:42   4         Q.    Any.
13:11:42   5         A.    Well, yeah.  I mean, I told him what I
13:11:44   6    felt was -- I mean, what I felt, you know, as I
13:11:46   7    documented in my supplemental and primary reports.
13:11:50   8         Q.    My question isn't did you tell him you
13:11:53   9    disagreed with it.  That's not my point.
13:11:56  10               My point is:  Were there any questions in
13:11:58  11    your mind about things contained within her report
13:12:03  12    that you wanted clarification on that you talked to
13:12:06  13    Mr. Ushiroda about and said, Gee, Mr. Ushiroda, I'd
13:12:10  14    like to get more information about why she's coming
13:12:13  15    to this conclusion?
13:12:14  16         A.    I think there's some figures I wanted
13:12:16  17    validated, how she came to that conclusion and how
13:12:19  18    she got them, and who made the recommendations of --
13:12:22  19    some of the recommendations, and she verified that.
13:12:26  20         Q.    And she did that in her deposition; is
13:12:28  21    that correct?
13:12:29  22         A.    Yes.
13:12:29  23         Q.    Did you assist Mr. Ushiroda in preparing
13:12:32  24    for Loretta Leukens' deposition by providing those
13:12:36  25    types of questions?
```

```
13:13:21  1        A.    I gave him some questions, yes.
13:13:23  2        Q.    Were those in writing?
13:13:25  3        A.    Some were.  Some were verbal.
13:13:27  4        Q.    Have copies of those been produced to us?
13:13:31  5        A.    No.  I don't have them anymore.  It was
13:13:33  6   just I wrote some notes, I thought about it and I
13:13:36  7   told him, and then I just got rid of it.
13:13:38  8        Q.    What do you mean by got rid of it?  You
13:13:40  9   destroyed them?
13:13:42 10        A.    Yeah.
13:13:42 11        Q.    There's no copy of those remaining?
13:13:44 12        A.    Not that I know of.
13:13:45 13        Q.    Similarly, as to Dr. LeGoff, did you
13:13:49 14   prepare any questions for Dr. LeGoff for Mr.
13:13:53 15   Ushiroda's use?
13:13:54 16        A.    No.  I talked to him about it, and I think
13:13:56 17   he had it pretty well figured out.
13:13:58 18        Q.    As to Dr. Freeman, did you prepare any
13:14:01 19   questions for Mr. Ushiroda's use with regard to Dr.
13:14:06 20   Freeman's deposition?
13:14:08 21        A.    No.
13:14:08 22        Q.    Does anyone else -- did anyone else
13:14:08 23   besides you have a copy of the list of questions
13:14:13 24   that you prepared for Dr. Leukens' deposition for
13:14:18 25   Mr. Ushiroda's use?
```

```
13:14:20   1        A.    Ms. Leukens.
13:14:21   2        Q.    Sorry.  I said Dr. Leukens.  I'll withdraw
13:14:22   3   the question and ask it correctly.
13:14:22   4              Did anyone besides you ever have a copy of
13:14:24   5   the questions you prepared for Mr. Ushiroda's use in
13:14:29   6   Dr. -- in Ms. Leukens' deposition?
13:14:31   7        A.    Not that I know of.
13:14:32   8        Q.    Why did you destroy those?
13:14:34   9        A.    They were just handwritten notes and I'm
13:14:36  10   cleaning house.  He just asked me.  I said okay.  We
13:14:39  11   talked about.  I wrote some notes down.  I said, I
13:14:41  12   need to know this, this and this.  And then, you
13:14:43  13   know, we were done with the discussion, I figured he
13:14:45  14   had it, and so I just round-filed it.
13:14:47  15        Q.    You understand that you're disagreeing
13:14:50  16   with Ms. Leukens' opinions?
13:14:52  17        A.    Yes.
13:14:53  18        Q.    -- and that you are prepared to give
13:14:57  19   testimony in contradiction of her opinions?
13:15:00  20        A.    I guess that's what you'd call it, yes.
13:15:03  21        Q.    Do you think it's fair to prepare
13:15:05  22   questions like that which are used in Ms. Leukens'
13:15:09  23   deposition and then destroy them so that they can't
13:15:12  24   be used in your deposition?
13:15:14  25        A.    I think that's your responsibility and
```

```
13:17:04   1              I'm thinking you're getting a little
13:17:05   2    hostile with me and I don't appreciate that.
13:17:08   3         Q.   I'm not getting hostile with you, Dr.
13:17:10   4    Goka.  I'm asking you to answer a question that
13:17:12   5    you're being evasive about.
13:17:15   6              MR. USHIRODA:  What's the question?
13:17:15   7         A.   I already answered your question.
13:17:16   8    BY MR. VARADY:
13:17:16   9         Q.   Your answer is you do not believe that it
13:17:19  10    was unfair of you to destroy that piece of paper?
13:17:23  11              MR. USHIRODA:  Objection.  Asked and
13:17:24  12    answered.  I mean, you know, you got your answer
13:17:25  13    already, Mr. Varady.  Move on.
13:17:27  14         A.   It's done with.  It's gone.  You're not
13:17:29  15    going to get it, so I don't know where -- it's only
13:17:30  16    a couple of questions.  I don't know --
13:17:31  17    BY MR. VARADY:
13:17:31  18         Q.   What were those questions?
13:17:32  19         A.   As I recall, one of them was why -- and I
13:17:36  20    tried to explain this earlier, when you cut me off
13:17:38  21    -- why had Ms. Leukens not changed any of her
13:17:42  22    figures, was there any reason that she was
13:17:44  23    continuing, you know, to go on with what she had in
13:17:48  24    her existing plan, because they were identical, and
13:17:50  25    I wanted to know that.  I mean, you know, I assume
```

```
13:17:52  1   she discussed it with Dr. LeGoff, and I wanted to
13:17:55  2   know had Dr. LeGoff changed his opinions, because
13:17:59  3   Dr. LeGoff, in his supplemental report, did not
13:18:03  4   specifically mention the May Institute, as I recall.
13:18:08  5   It wasn't, you know -- as it was before in his first
13:18:09  6   report. So I didn't know if he was changing -- he
13:18:11  7   was changing gears or not. That was the question --
13:18:13  8   main question I had.
13:18:14  9           The other thing is --
13:18:15 10       Q.  Let me stop you there.
13:18:17 11           MR. USHIRODA: No. Let him finish. Let
13:18:19 12   him finish.
13:18:24 13           MR. VARADY: I'm going to do a follow-up
13:18:25 14   question.
13:18:25 15           MR. USHIRODA: No. Let him finish. You
13:18:25 16   cut him off again.
13:18:25 17           MR. VARADY: He's not here to give a
13:18:25 18   narrative.
13:18:25 19           MR. USHIRODA: He is here to answer your
13:18:27 20   questions. That's what he's doing, so please let
13:18:29 21   him finish his answer.
13:18:30 22   BY MR. VARADY:
13:18:30 23       Q.  You answered the question and you said
13:18:32 24   something about the May Institute, and you wanted to
13:18:34 25   know about whether or not Dr. LeGoff's opinion had
```

```
13:35:00   1      A.    -- findings, whatever it is, and that the
13:35:03   2   State tried or didn't try or whatever and were
13:35:07   3   unable to -- anyway, unable to implement whatever
13:35:11   4   was recommended or statements of the judge or the
13:35:13   5   findings the judge had indicated.  And that's what I
13:35:15   6   understand it's all about.
13:35:17   7      Q.    And to summarize that, you understand the
13:35:22   8   case to be about findings and decisions made by
13:35:29   9   hearing officers regarding Bryan's special education
13:35:32  10   program that were not carried out; is that correct?
13:35:35  11            MR. USHIRODA:  Objection.  Misstates
13:35:36  12   testimony.
13:35:39  13      A.    Yeah.  Kind of.
13:35:40  14   BY MR. VARADY:
13:35:40  15      Q.    Now, you have practiced physical and
13:35:43  16   rehabilitative medicine for 26 years -- 25 years?
13:35:47  17      A.    More than that, because I did my
13:35:49  18   residency.  And it's physical medicine and
13:35:52  19   rehabilitation.
13:35:53  20      Q.    Forgive me.  And how many years, then?
13:35:54  21      A.    Well, since 1978.
13:35:55  22      Q.    Are you familiar with the concept of a
13:35:57  23   treatment plan?
13:35:58  24      A.    Yes, I am.
   35:58  25      Q.    And can you tell me what a treatment plan
```