**RICHARD S. GOKA, M.D.**
*Physical Medicine and Rehabilitation*

(559) 261-3090
Fax (559) 261-3085

# CURRICULUM VITAE
# RICHARD S. GOKA, M.D.

## EDUCATION:

| | |
|---|---|
| University High School, Los Angeles, California | Grad. 1965 |
| Santa Monica College, Santa Monica California | 1965-1967 |
| Woodbury College, Los Angeles, California | 1968-1970 |
| California State University, Hayward, California<br>Graduated, B.S. Biology | 1971-1973 |
| Universidad Autónoma de Guadalajara<br>School of Medicine<br>Guadalajara, Jalisco, Mexico<br>Graduated, Physician and Surgeon | 1973-1977 |
| College of Medicine and Dentistry, New Jersey<br>Rutgers Medical School<br>Fifth Pathway Program at St. Joseph's Hospital<br>Paterson, New Jersey | 1977-1978 |

### Post Graduate Education

| | |
|---|---|
| University of Utah, College of Medicine<br>Internship (Category *) | 1978-1979 |
| University of Utah, College of Medicine<br>Residency, Physical Medicine and Rehabilitation | 1978-1981 |

### Licenses

| | |
|---|---|
| New York (136164) - Inactive | Oct., 1978 |
| Utah (06326-1022-0) | Dec., 1979 |
| California (A-36256) | Dec., 1980 |
| DEA (AG9079078) | 1979 |


EXHIBIT B

5740 North Palm Ave., Suite 103 • Fresno, CA 93704-1800

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 2

---

## Specialty Certification

| | |
|---|---|
| American Board of Physical Medicine and Rehabilitation, Diplomat, Certificate Number 1866 | May 1982 |
| American Board of Pain Management Diplomat, Certificate Number 1778 | Oct. 1990 |
| American Board of Forensic Examiners, Diplomat, Certificate Number 1662 | Feb. 1996 |
| American Board of Disability Analysts Diplomat & Sr.. Disability Analysis, Cert. No 2948-96 | Sept. 1996 |
| Case Manager, Certified Number M-04731 | May, 1993 |

## Academic Appointments

| | |
|---|---|
| University of Utah, College of Medicine Clinical Instructor in Physical Medicine and Rehabilitation | 1981-1988 |
| Universidad Autonoma de Guadalajara, Visiting Professor | 1985 |
| Emory University, Visiting Faculty | 1985 |
| Emory University, Visiting Faculty, | 1986 |

## Committees and Appointments

| | |
|---|---|
| Archieves of Physical Medicine & Rehabilitation: Reviewer | 1998- |
| American Academy of Physical Medicine and Rehabilitation: | |
| Brain Injury, Special Interest Group, Member | 1986-1988 |
| Section of Brain Injury Rehabilitation, Member | 1988- |
| Task Force, Subacute Rehabilitation, Chair | 1993 |
| American Congress of Rehabilitation Medicine: | |
| Membership Committee, Member | 1989-1992 |
| Public Relations and Marketing Committee, Task Force | 1990 |
| Interdisciplinary Special Interest Group on Brain Injury, Member | 1986- |
| Membership Committee, Chairman | 1987-1993 |
| Minor Brain Injury, Ethics and Management of Persistent Veg. State, Member | 1987-1992 |
| Post-Acute Committee, Member | 1989-1993 |
| Inpatients, Member | 1991-1993 |
| Professional Education | 1989-1995 |
| Case Management/Reimbursement Committee | 1988-1995 |
| American Subacute Care Association: | |
| President, Board of Directors | 1993-1994 |
| Board of Directors | 1993-1995 |

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 3

---

CAPP Care, Irvine, California
    Consultant      1994-

Case Management Society of America:
    Government Affairs Committee, Member      1992-1993
    Northern California Governmental Affairs, Member      1992

Cigna Ins., Philadelphia, PA,
    Consultant      1998-

Community Hospitals of Central California, Fresno, CA:
    Geriatric Task Force, Member      1990-1991
    Fresno Community Hospital, Cancer Committee, Member.      1990-1992
    Home Health Agency, Board Member      1990-1993
    Leon S. Peters Rehabilitation Center:
      Medical Director      1989-1992
      Consultant      1992-1993
      Medical Director, Outpatient      1993-1994

Holy Cross Hospital, Salt Lake City, UT:
    Medical Rehabilitation Committee; Member, Chairman      1982-1984
    Patient Care Committee, Member      1983-1987
    Utilization Review Committee, Member      1983-1986
    Medical Rehabilitation Advisory Committee, Member      1984-1989
    Professional Office Building Committee, Member      1987-1989

Holy Cross Hospital, Physical Medicine and Rehabilitation,
    Acting Medical Director      1982-1983
    Medical Director      1983-1987
    S.J. & Jesse E. Quinney Rehabilitation Institute of Holy Cross
    Hospital, Salt Lake City, Utah
    Medical Director      1987-1989

Learning Services, Gilroy, California
    Medical Consultant      1990-1994
    Advisory Committee      1996-1997

Medical Review Institute, Salt Lake City, Utah
    Consultant      1992-

Meridian Neurocare, Fresno, California
    Consultant      1991-
    Acting Medical Director      1994

Mutual of Omaha, Omaha, Nebraska
    Consultant      1994-

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 4

---

| | |
|---|---|
| National Subacute Care Association<br>    Board of Directors, Member | 1995-1996 |
| Pacific Review Services, Cypress, California<br>    Medical Consultant | 1991-1994 |
| Personal Health Care, Irvine, California<br>    Consultant | 1994- |
| Rivendell Children and Youth Center,<br>    Consultant | 1987-1988 |
| Sandy Regional Rehabilitation and Convalescent Center,<br>    Consultant | 1987-1989 |
| Sante Health System, Fresno, California<br>    Assistant Medical Director | 1994-1995 |
| University of Utah, College of Medicine:<br>    Pain Clinic, Division of Behavioral Medicine, Consultant | 1981-1982 |
| Villa Serena, Magna, Utah,<br>    Medical Director | 1987-1989 |
| Western States Administrators/Q.C. Medical, Fresno, California<br>    Medical Director | 1990-1995 |
| U.S. Department of Education, Office of Special Educations and Rehabilitation Services, National Institute on Disability and Rehabilitation Research: Grant Review Panel, "Traumatic Brain Injury Model Systems Project: | May 1998 |

### Hospital Staff Appointments

| | |
|---|---|
| Holy Cross Hospital, Salt Lake City, UT<br>    Associate Staff<br>    Active Staff | 1981-1982<br>1982-1989 |
| University of Utah, Medical Center, Salt Lake City, Utah<br>    Courtesy Staff | 1981-1988 |
| Fresno Community Hospital, Fresno, California<br>    Provisional<br>    Active Staff<br>    Active Unified CHCC Staff | 1989-1990<br>1990-1992<br>1992- |

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 5

---

    Clovis Hospital, Clovis, California
        Provisional Staff                                                                   1989-1990
        Courtesy                                                                       1990-1992
        Unified CHCC Staff                                               1992-

    Sierra Hospital, Fresno, California
        Provisional Staff                                                   1989-1992
        Unified CHCC Staff                                       1992-1996

    Valley Medical Center, Fresno, California
        Provisional Staff                                                   1990-1992

    St. Agnes Medical Center, Fresno, California
        Provisional Staff                                                   1990-1992
        Courtesy Staff                                                       1992-

    San Joaquin Rehabilitation Hospital
        Provisional Staff                                                   1991-1992
        Courtesy Staff                                                       1992-

## Professional Associations

    American Academy of Physical Medicine and
        Rehabilitation, Fellow                             1981-

    American Association of Electrodiagnosis and
        Electromyography, Member                    1982-

    American Congress of Rehabilitation Medicine
        Member                                                             1981-

    American Medical Association
        Member                                                            1980-

    American Paraplegia Society
        Member                                                            1991-

    American Society of Clinical Hypnosis and Related
        Research, Member                                 1981-1988

    American Spinal Injury Association
        Member                                                            1984-

    American Subacute Care Association
        Member                                                            1993-1995

    California Medical Association
        Member                                                            1989-

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 6

| | |
|---|---|
| Case Management Society of America | |
|     Member | 1991- |
|     Northern California, Member | 1992- |
|     Central California, Member | 1995- |
| Fresno-Madera County Medical Society, | |
|     Member | 1990- |
| International Medical Society of Paraplegia | |
|     Member | 1981- |
| International Rehabilitation Medicine Association | |
|     Member | 1982- |
| International Society of Hypnosis | |
|     Member | 1982-1988 |
| National Subacute Care Association | 1995-1998 |
|     Member | |
| Salt Lake County Medical Society | |
|     Member | 1980-1989 |
| Utah State Medical Society | |
|     Member | 1980-1989 |

### Other Appointments and Committees.

| | |
|---|---|
| City View Boarding Home, Salt Lake City, Ut | |
|     Member, Board of Directors | 1982-1987 |
| Contemporary Long Term Care, Bills Communication | |
|     Riverton, New Jersey | |
|     Advisor | 1995-1996 |
| Commission on Accreditation of Rehabilitation | |
|     Facilities, Surveyor | 1984-1992 |
| Fresno City College, Disabled Students Programs and Services, | |
|     Community Advisory Committee, Member | 1996- |
| Snowbird Handicap Ski Foundation | |
|     Member | 1981-1983 |
| State Of Utah, Department of Education: | |
|     Rehabilitation Services, Consultant | 1981-1989 |
|     Services Advisory Council, Member | 1982-1983 |

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 7

---

    State of Utah, Governor's Committee for Employment
        of the Handicapped, Member                                            1981-1986

    State of Utah, Division of Registration, Department of
        Business Regulation, Acupuncture Licensing
        Board, Member                                                      1983-1989

    Subacute Care, Bills Communication
        Riverton, New Jersey
        Advisor                                                            1995-1996

## Consultant

    Western Neuro Care, Tustin, California                       1987
    Synergos Neurological Retraining Center,
        Pleasanton, California                                  1989
    Western State Administrators, Fresno, California      1990
    Fortis Corporation, Sacramento, California              1990

## Projects

    Motion Pictures (with Robert Watanabe, M.D.)
        Metatarsal Osteotomy of the Cavus Foot
        Ligamentous Injuries of the Ankle
        Rupture of the Achilles Tendon
        Hauser Patellar Tendon Transplant

    Video Tapes
        Bear I - Adult Volume Ventilator
        (University of Utah, 1981)                            1981
        Myofascial Pain Syndrome, Cigna Ins.               1998

    Television and Radio Interviews:
        "Prime Time Access", KSL, Salt Lake City,
         Guillain Barre Syndrome,                          1985.
        "Cover Story", KTVX NEWS, Salt Lake City,
        Traumatic Brain Injury,                             1989.
        "Valley Morning" KFSN, Fresno, California,
        Interview on Rehabilitation,                       1989.
        "Daly's Events", KJAY, Sacramento, California,
        Traumatic Brain Injury,                             1990.
        "Independence Ringing", Continental Cable Vision
        Channel 4, Brain Injury Support Network of
        Central California, Fresno, California            1991.
        "Professional Review", KFRE Radio
        Fresno, California                                    1994.

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 8

---

Publications And Major Presentations

Baer, R.D., Goka, R.S., Smith, G., "Electrodiagnosis in Entrapment of the Intermediate Dorsal Cutaneous Branch of the Superficial Peroneal Nerve," Orthopedic Review, Vol. XI:3, pgs 105-107, Mar. 1981

Escobar, P.L., Goka, R.S., "Carpal Tunnel Syndrome: Palmar Sensory Latencies to the Middle Finger and Wrist," Ortho. Review, Vol. 14:10, pgs. 633-639, Oct. 1985.
Goka, R.S., Simpson, V., "Conservative Treatment of Knee Flexion Contractures: A Case Study," Presented to the American Academy of Physical Medicine and Rehabilitation Annual Meeting, Boston, Ma., Oct. 1984.

Goka, R.S., Toppel, A.H., Giles, D., "Commission on Accreditation of Rehabilitation Facilities (CARF)," A Primer On Management For Rehabilitation Medicine, ed., Maloney, F.P., Physical Medicine and Rehabilitation. State of the Art Reviews, Vol. 1:2, pg. 317, May 1987.

Macnamara, S.E., Gummow, L.J., Goka, R.S., Gregg, C.H., "Caring for Stroke Patients: The Relationship of Stress and Time," Presented at the American Academy of Physical Medicine and Rehabilitation, Annual Meeting, Baltimore, Md., Oct., 1986. Published: Rehabilitation Psychology, Vol. 35:2, 1990.

Goka, R.S., "Minor Brain Injury: Disability Determination," Presented at the American Congress of Rehabilitation Medicine, Annual Meeting, Seattle, Washington, Nov. 1988.

Goka, R.S., "Physician Case Manager," Presented at the National Head Injury Foundation, Annual Meeting, Atlanta, Georgia, Nov. 1988.

Raftis, J.T., Goka, R.S., "Rehabilitation-The Responsibilities," Journal of Insurance Medicine, Vol. 20:3, pg. 4, 1988.

Goka, R.S., "Rehabilitation: Education is Treatment," Correspondence, Journal of Insurance Medicine, Vol. 20:4, pg. 77, 1988

Artman, J.W., Goka, R.S., "Head Control: Feedback Device for Brain Injured Patients," Presented at the 7th Annual Southwest Head Injury Symposium, Park City Utah, Jan. 1989.

Goka, R.S., Adams, H.R., Parson, K., "Physicians Role in Medical Case Management," Panel Discussion, Association of Medical Case Managers, Monthly Meeting, Los Angeles, California, 1989.

Goka, R.S., "Practice Guidelines Not Best Approach," Correspondence, Am. Med. News, Sept. 28, 1990.

Goka, R.S., "Post Concussion Syndrome," Issues and Viewpoints, Gayle Foster and Associates, Fall 1990.

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 9

---

Feldman, B., Carr, V., Goka, R., Haussler, P., "Case Management-vs-Rehabilitation," Panel Discussion, Casa Colina Case Management Conference, Palm Springs, CA., March 1991.

Goka, R. S., Arakaki, A.H., "Centers of Excellence, Choosing The Appropriate Rehabilitation Center," Journal Of Insurance Medicine, Vol. 23:1, pg. 66, 1991.

Goka, R.S., "Case Management, A Rehabilitation Physicians Prospectus," Journal of Insurance Medicine, Vol. 23:4, Winter 1991.

Goka, R.S., "Americans with Disability Act: Physicians Responsibility," Workshop faculty, Fresno, CA, Sept. 1992.

Goka, R.S., "Traumatic Brain Injury," American Congress of Rehabilitation Medicine, Brain Injury Workshop, Panel Faculty, Denver, CO, Oct. 1992

Goka, R.S., "Documentation to Obtain Reimbursement," Faculty, Focus Session, American Congress of Rehabilitation Medicine, Annual Meeting, San Francisco, CA., Nov. 1992.

Goka, R.S., "Comprehensive Rehabilitation: A Universal funding Strategy and System of Documentation," Faculty, Course, American Congress of Rehabilitation Medicine, Annual Meeting, San Francisco, CA., Nov. 1992.

Goka, R.S., "Preserving and Restoring Muscle Strength," U.C.S.F., Walter A. Rohlfing, M.D. Lectureship, 6th Annual Meeting, Fresno, CA, Mar. 1993

Goka, R.S. & Arakaki, A.H., "Americans with Disability Act," Western Claims Conference, Burbank, CA, Mar. 1993

Goka, R.S., "The Difference between Subacute Care and Acute Rehabilitation," Memorial Hospital, Visalia, CA, Apr. 1993.

Goka, R.S., "Continuum of Care, Traumatic Brain Injury," Fresno Community Hospital, Fresno, CA, Jun. 1993.

Geller, C., Barker, D., Eskstrand, R., Goka, R., Pomper, C., & Till, M.; "Roles, Goals, Access and Process: Case Management Interface on the Legislative Continuum," Northern California CMSA Chapter Second Annual Conference, Concord, CA, Aug. 1992.

Goka, R.S., "Acute Rehabilitation verse Subacute Rehabilitation," Second Annual: Current Concepts in Subacute Patient Care, Creighton University School of Medicine, Omaha, NE, Sept. 1993.

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 10

---

Kay, T., Harrington, D., Adams, R., Anderson, T., Berrol, S., Cicerone, K., Dahlberg, K., Gerber, D., Goka, R., Harley, P., Hilt, J., Horn, L., Lehmkuhl, d., Malec, J.; "Definition of Mild Traumatic Brain Injury," Journal of Head Trauma Rehabilitation, Vol. 8:3, Pages 86-87, 1993.

Goka, R.S., "Subacute Care," Medical Case Management Conference V, Annual Meeting, Individual Case Management Association, Orlando, FL, Sept. 1993.

Goka, R.S., "Subacute Care," Annual meeting, Washington Medical Case Managers, Seattle, WA, April 1994.

Goka, R.S., "Subacute Rehabilitation v. Comprehensive Inpatient Rehabilitation," Casa Colina, 9th Annual Case Management of Catastrophic Injury Conference, Palm Springs, CA, April 1994.

Goka, R.S., "The Current Issues of Subacute Care," Insurance Rehabilitation Study Group, Spring Meeting, Philadelphia, PA, April 1994.

Goka, R.S., "Subacute Care: Physician and Staffing," Subacute Rehabilitation Conference, Barrow Neurological Institute, Phoenix, AZ, May 1994.

Goka, R.S., "Subacute & SNF Rehab, The Future?" Annual Scientific Meeting, California Society of Physical Medicine & Rehab., Lake Tahoe, CA, May 1994.

Goka, R.S., "Subacute Care in Managed Care Environment," Invitational Forum for Liaison network Organizations, Joint Commission on Accreditation of Healthcare Organizations, Chicago, IL, June 1994.

Goka, R.S., "Subacute Care," Key note speaker, Pennsylvania Hospital Association, Hershey, PA, Aug. 1994.

Goka, R.S., "Subacute Rehabilitation: Academy Position," Annual Meeting, American Academy of Phy. Med. & Rehab., Anaheim, CA, Oct. 1994.

Goka, R.S., "How Case Manager Can Determine the Appropriate Subacute Center," Medical Case Management Conference VI, San Diego, CA Oct. 1994.

Goka, R.S., "Subacute Rehabilitation: The Future," Presented at Annual Meeting, American Osteopathic Association, San Francisco, CA, Nov. 1994.

Goka, R.S., Arakaki, A.H., "Continuum of Care, Traumatic Brain Injury," Journal of Insurance Med., Vol. 26:4, Fall 1994.

Hyatt. L.Z., Goka, R.S., et.al, Subacute Care: Redefining Healthcare, PROBUS Pub. sub. of Times Mirror, Corp., Chicago, IL, Spring 1995.

Goka, R.S., "Trends in Subacute Care," Iowa Head Injury Association, Presented at Annual Meeting, Des Moines, Iowa, Mar. 1995.

CURRICULUM VITAE
RICHARD S. GOKA, M.D.
Page 11

---

Goka, R.S., Keynote Speaker, "Changing Trends in Stroke Rehabilitation: Does it Work," Rehabilitation Institute of Chicago, Presented at Annual Meeting, Chicago, IL, April 1995.

Goka, R.S., "Subacute Rehabilitation," Presented at Annual meeting of the California Medical Directors Association, Anaheim, CA, May 1995.

Goka, R.S., "Documentation Issues In Subacute Rehabilitation for Managed Care, " American Academy of Physical Medicine & Rehabilitation, Presented at Annual Meeting, Orlando, FL, Nov. 1995

Jay, G.W., Goka, R.S. & Arakaki, A., "Mild Traumatic Brain Injury: Review of Clinical Data, Appropriate Evaluation and Treatment," Journal of Insurance Med., Vol. 27:4, Spring 1996, pgs 262-282.

Goka, R.S., "Life Care Planning & Other Rehabilitation Issues in Litigation," Presented at Annual meeting of Bay Area Chapter of Northern California, American Association of Legal Nurse Consultants, Walnut Creek, CA, Oct. 1996.

Goka, R.S., "Subacute Care in the Rehabilitation Setting," Presented at Subacute Care Conference: Current Issues - Future Trends, U.C.S.F and California Geriatric Education Center-San Joaquin Valley Program at CSU Fresno, Fresno, CA, Feb. 1997.

Goka, R.S., "Fibromyalgia and Myofascial Pain Syndromes," Presented at Central California, Case Management Society of American meeting, Fresno, CA, Jun. 1997.

Goka, R. S., "Mild Brain Injury and Subacute Care," Presented at Rehabilitation Insurance Nursing Group meeting, Dublin, CA, Oct. 1997.

Goka, R.S., "Subacute Care & Legal Issues in California," Presented at AAPMR annual Meeting, Atlanta, GA, Nov. 1997.

Goka, R.S., "Primary Care Approach to Neuropathic/Musculoskeletal Pain," Presented at the UCSF-Fresno, 8th Annual Family Medicine Update, Fresno, CA. Jan. 1998.

Goka, R.S., "Subacute Care," Presented at Current Issues - Future Trends, U.C.S.F and California Geriatric Education Center-San Joaquin Valley Program at CSU Fresno, Fresno, CA, Feb. 1998.

Goka, R. S., "Primary Care Approach to Neuropathic/Musculoskeletal Pain," UCSF-Fresno, Presented to Madera Community Hospital Medical Staff, Madera, CA. Feb. 1998.

Goka, R.S., "Managing Low Back Injuries..." Presented at Workers Comp Undate, 1998, Council on Education in Management, Fresno, CA. Mar. 1998.

Goka, R.S., "Treatment of Mild Traumatic Brain Injury," Jay, G., Minor Traumatic Brain Injury Handbook: Diagnosis and Treatment, CRC Press, Tampa, FL., 2000.

Goka, R.S., "Myofascial Pain Syndrome & Repetitive Motion Injury," Presented to

---

    Disability Management Employers Coalition (DMEC), Central Valley Chapter, Fresno, CA Nov. 1999.

09/00

**Richard S. Goka, M.D.**
5740 N. Palm, Suite 103
Fresno, California 93704-1800
(559) 261-3090      Fax (559) 261-3085

---

**MEDICAL LEGAL FEE SCHEDULE**
Special Consultation
Effective Jan. 1, 1998

| | |
|---|---|
| Evaluation, chart review, etc. | $325.00 per hour |
| Deposition Testimony, Fresno | $650.00 for the first hour, second hour free and $325.00 per hour thereafter. |
| Trial Testimony, local: | $1,625.00 minimum (1/2 day) plus expenses. |
| Out of town activities: | $3,250.00 per day plus expenses. |
| Expenses: | Cost, first class |
| Mileage: | Per IRS. |

Retainer (nonrefundable):
    Patient evaluated in Fresno Office     $2,000.00
    Patient evaluated outside Fresno Office    $5,000.00
(Note: in more complex cases a higher retainer maybe requested)

The above is subject to change without notice.