Richard S. Goka, MD
Testiomny, ~~April~~ 2007
         June

| YEAR | PATINET | Testimony Date | LAW FIRM | CITY | STATE | | | | | Opposing Counsel |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2007** | | | | | | | | | |
| 2007 | Villagrana, Magdalena | Depo 6/18/07 | Paul Welchans | Bakersfield | CA | Plantiff | Leg | Auto v. ped | Plantiff exper | Eileen Deimerly |
| 2007 | Cabrara, Sylvestre | Depo 5/8/07 | Ed. Chatooian | Kings | CA | Plantiff | Anoxic, Nec | WC cave in | Treating | McCormick |
| 2007 | Amador, John | Depo 4/30/07 | Anthony Petru | Santa Clara | CA | Plantiff | TBI, neck, et | Train | Plantiff exper | Guichoadd, et.al. |
| 2007 | Fosnot, Jack | Depo 2/20/07 | Ralph Smith | Sacramento | CA | Plantiff | Back | WC/auto | Plantiff Expe | Matheny, Sears, et.al. |
| 2007 | Rodriguez, Christian | Depo 2/5/07, Testify X | Weakley, Ratliff, et | Fresno | CA | Defense | Anoxic | Hanging | Defense Exp | Robt. Patch |
| | **2006** | | | | | | | | | |
| 2006 | Bonillas, LeRoy | Nov 28, 2006 Depo | Susan Medina | Fresno | CA | Plantiff | BI | WC | Treating | SCIF |
| 2006 | Verdugo, Demisia | Oct 19, 2006 depo - set | Tim Lamucchi | Bakersfield | CA | Plantiff | Decub | Elder abuse | Plantiff exper | /Pat Osborn |
| 2006 | DaSilva Richard | 10/31/06 Depo | Susan Madina | Fresno | CA | Plantif | BI | WC | Workers com | tom Leath SCIF |
| 2006 | Shibazian, Lindsay | Testify 12/12/06 | Stuart Tabak | Modesto | CA | Plantiff | CRPS | MVA | Plantiff Expert | |
| 2006 | Kupukaa, Janis | Depo 6/13/06 Settled | Mark Kamitomo | Honolulu | HI | Plantiff | Blind | Med mal | Plantiff expert | |
| 2006 | Maciel, Ignasio | Depo 5/2 | ?? | Fresno | CA | plantiff | Back | WC | Treating | Zenith |
| | **2005** | | | | | | | | | |
| 2005 | Lamas, Moises | Testify 2/2/06 | Phil Bianco | Visalae | CA | Defense | Back | WC fraud | Defense Exp | DA |
| 2005 | Wiley, David | Depo 10/25/05 Settled | Dorothy Carol | Fresno | CA | Plantiff | neck/back | MVA | Plantiff Expe | Mardirosian, et.al. |
| 2005 | La Porta, Susan | Depo 4/19/06 settled | Anthony Klein | St. Louis | MO | Plantiff | Back | WC | Plantiff Expe | [St. Louis] |
| 2005 | Speakman, Robert | 9/15/05 depo-Settled | Lee Marshall | Bakersfield | CA | Defense | back, knee | WC acc | Defense Exp | Klein, et.al |
| 2005 | Hermasillo. Juan | depo 8/30/05- settled | Craig A. Edmonsto | Bakersfield | CA | Plantiff | Crush Injury | Cave in | Plantiff Expert | |
| 2005 | Rodriguez, Frank | Depo 5/20/05 Settled | Dorothy Carroll | Fresno | CA | Plantiff | BI, HA | MVA | Treating | Robt Bettencourt. |
| 2005 | Sumlin, Sammy | Depo 4/28/05 Settled | Steve Clifford | Bakersfield | CA | Defense | Neck | Train | Defense Exp | Anthony Petru |
| 2005 | Glenn, Roger | Depo 10/13/05 Testify | Greg Muir | Stockton | CA | Plantiff | BI, Upper Ex | Fall | Plantiff Expe | Richard Morton, Haight Brown |
| 2005 | Buentipo, Reuybne | Depo 4/7/05 settled | Charles Fell | Honolulu | HI | Defense | BI | abuse | Defense Exp | O'Brian/Allen Williams |
| 2005 | Katz, Carri | Arb. 1/17/05 | Stuart Chandler | Fresno | CA | Plantiff | Neck, etc. | MVA | Treating | R. Marc Stamper |
| | **2004** | | | | | | | | | |
| 2004 | Duenez, David | Depo 5/19/05; 10/18/0 | David Draheim | Oakland | CA | Plantiff | Back | Fall | Plantiff Expe | Lombardi, et.al |
| 2004 | Simpson, Bonnie | Depo 3/1/05 | Roger Vehrs | Bakersfiedl | CA | Plantiff | PVS | Med Mal | Plantiff Expe | Jurich/Lampe |
| 2004 | Branch, Reba | Dep 5/9/05-Settled | Richard Berman | Fresno | CA | Plantiff | Neck Back, b | MVA | Plantiff Expe | JR Ovideo |
| 2004 | Anrig, Susie | Depo 11/4/04-Settled | Stuart Chandler | Fresno | CA | Plantiff | Neck with Di | MVA | Treating | Greg Mason, McCormick |
| 2004 | Ehoff, Brice | Depo 8/30/04 Settled | Warren Paboojian | Fresno | CA | Plantiff | Neck with F) | MVA | Plantiff Expe | Jim Emmerson |
| 2004 | Lorenzo, Anthony | Dep 8/23/04- Settled | Greg Goodwin | Merced | CA | Plantiff | Multiple trau | Fall | Plantiff Expe | Charles Brunn |
| 2004 | Graham-Carter, Barbara | 9/2/04 depo-Settled | Robt Williams | Fresno | CA | Plantiff | Neck, Shoulc | MVA | Treating | Malcolm Stewart |
| 2004 | Legare, Aaron | 8/20/04 Depo-Summar | Geoge Hom | Honolulu | HI | Defense | Downs | | Defense Expert | |
| 2004 | Torres, Paul | 8/15/04 Depo Settled | Rod McCelland | Fresno | CA | Plantiff | Pain | MVA | Plantiff Expe | Thomas Georgouses |
| 2004 | Fuller, Cindy | 7/2/04 Depo | Bryan Henry | | FL | Plantiff | BI | MVA | Treating | Leon Brunet |
| 2004 | Dolittle, Jacque | 7/15/04 Depo-Settled | David Cohn | Fresno | CA | Plantiff | Pain-?RSD | Fall | Plantiff Expe | R. Church |
| 2004 | Guerra, Raquel | 5/20/04 deop Settled | Dorothy Carroll | Fresno | CA | Plantiff | BI | Fall | Treating | David Overstreet |
| 2004 | Collins, Robert | Depo 2/10/05 | Gerald Sugarman | Fresno | CA | Plantiff | Anoxia- | Med Mal | Plantiff Expert | |
| 2004 | Stewart, Alexander | 4/27/2004 depo-Settled | Gerald Sugarman | Fresno | CA | Plantiff | BI-Anoxic | Med Mal | Plantfiif Exp | Geo Strausser |
| 2004 | Graham, Rose | 4/29/04 depo-Settled | Will. Clark | Fresno | CA | Plantiff | SDH-BI | Fall | Plantfiif Expert | |
| 2004 | Kampf, Robert | 3/23/04 Depo-settled | Ralph Smith | Fresno | CA | Plantiff | Neck-fusion | MVA | Plantfiif Exp | Paul Auchard |
| 2004 | Oliver, Kimberly | 3/9/04 Depo, Testify 3/ | John Morris JR | Fresno | CA | Plantiff | Neck, back, s | MVA | Treating | Michael Czeshinski |
| 2004 | Sato, Debra | 2/25/04 Depo-Settled | Brian Murphy | Denver | CO | Plantiff | FX neck - M | MVA | Treating | Daniel McCune |
| 2004 | Holler, Robert | 2/17/04 Depo, Testify 2 | Penner | Fresno | CA | Plantiff | RSD | Auto v. ped | Treating | |

EXHIBIT C

Richard S. Goka, MD
Testimony, April 2007 (June)

| Year | Name | Date | Attorney | City | State | Side | Injury | Type | Role | Opposing |
|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | Robinson, Sue | 2/10/04 depo Settled | Oren & Paboojian | Madera | CA | Plantiff | | | Treating | Mardarosian, etal |
| 2003 | | | | | | | | | | |
| 2003 | Naauao-Kealoha, Tyson | 11/10/03 Depo | Charles Fell | Wailuku | HI | Defense | TBI | MVA | Defense Exp. | Joy Yanagaida |
| 2003 | Elkins, Diore | 10/9/03 Testify | Wagner & Jones | Fresno | CA | Plantiff | Neck-Back | MVA | Plantiff | Presthold & Fidone |
| 2003 | Martin, Uleysses | 6/17/03 Depo 9/9/03 Tr | Netzler | Fresno | CA | Plantiff | SCI | Fall | Plantiff Expe | Cooper & Hoppe |
| 2003 | Gomez, Robert | 9/8/02 SS Hearing | Richard Barrons | Visalia | CA | Plantiff | RDS | Social Sec | Plantiff Expert | |
| 2003 | Larsen, Roselee | 6/5/03 Depo Settle | Tom Tusan | Fresno. | CA | Plantif | Neck/Back | MVA | Treating | |
| 2003 | Avidesian, Kristine | 6/19/03 Depo Settled | W. Papoogian | Fresno | CA | Plantiff | CRPS | Work accident | Treating | McCormick Barstow |
| 2003 | Clegg, Gheri | 5/20/03 Depo Settled | Andrew Jones | Mariposa | CA | Plantiff | Back | Slip & Fall | Plantiff Expe | David Wall & Asso. |
| 2003 | Armstrong, Joel Phillip | 3/27/03 depo | Eric Oren | Fresno | CA | Plantiff | Back | MVA | Treating | McCormick Barstow |
| 2003 | Bwald, Tammy | 4/3/03 Depo | Ed Chatoian, Esq | Fresno | CA | Plantiff | Back/Stomac | Industrial | Treating | Eric Emanuels, esq. |
| 2003 | Rivera, Manual | 2/18/03 Depo | Robt Bergstrom | Fresno | CA | Plantiff | Back. Hip | MVA | Treating | William Kronenberg |
| 2003 | Malcher, Karen | 1/6/03 Depo-Settled | Wynn Herron | Fresno | CA | Plantiff | Neck/Back | MVA | Treating | Allstate |
| 2002 | | | | | | | | | | |
| 2002 | Salisbury, Ken | 9/17/02 Depo-Settled | Renee Sample | Fresno | CA | Plantiff | Neck/Back | Auto | Treating | Cooper & Hoppe |
| 2002 | Cane, Benjamin | 1/9/03 Depo-Settled | Sharon Hightower | Merced | CA | Defense | Neck | Auto | Defense Expert | |
| 2002 | Landrano, James | Test 8/30/02 | Rod McCelland | Fresno | CA | Plantiff | Back | Auto | Treating | J. Stone |
| 2002 | Cano, Fernando | Depo.7/12/02 Test 7/25 | Silvia Lopez | Bakersfield | CA | Plantiff | Neck | Third Party | Plantiff Expe | Steve Clifford |
| 2002 | Arroyo, Luis | Depo 1/16/03 - Settled | Mario Beltramo | Monertray | CA | Defense | Amp. | Med Mal | Defense Exp | Robt Gottesman |
| 2002 | Thompson, Cheryl | Depo 6/20/02,Testify 3 | Melvin Belli | Fresno | CA | Plantiff | Neck/Back | Auto | Treating | |
| 2002 | Stovall, Dedrionne | Depo 6/17/02-settled | Gerald Sugarman | Fresno | CA | Plantiff | Encepho. | Med mal | Plantiff Expert | |
| 2002 | Wilkie, Lyndia | Depo 6/12/02, Test 6/1! | Oliver Robinson | Bakersfield | CA | Defense | Back | Auto | Defense Exp | Anthony Kline |
| 2002 | Hurley, Kenneth | Depo 4/25/02 | baker manock | Fresno | CA | Plantiff | Polio | Third Party | Treating | Craig Trippel |
| 2002 | Hernandez, Jose | Depo 2/28/02 | Eric Wenzel, YPK | Fresno | CA | WC - Agreed eval | | Workers Comp | | Linda Bosquez-Florez |
| 2002 | McComb, Tammy | Depo 2/27/02 | James Sanchez | Fresno | CA | Plantiff | Neck/MS | Auto | Treating | Greg |
| 2002 | Neil, Brandon | Depo 2/15/02-Settled | Carol Moses | Fresno | CA | plantiff | Knee Inj | Third Party | Plantiff Expe | Larry Sharpazian |
| 2002 | Guerrero, Berth | Depo 2/20/02-Settled | Randy Yamamoto | Honolulu | HI | Defense | Multiple trau | Auto v bike | Defense Exp | Ian Mattlock |
| 2002 | Ingram, Ingrid | Dep 6/21/02 Test 7/15/ | Dennis McPherson | Sacramento | CA | Defense | Anoxia | Med Mal | Defense Expert | |
| 2001 | | | | | | | | | | |
| 2001 | Glldewell, Paul | Depo 12/18/01 Settled | David Cohn | Bakersfield | CA | Plantiff | Low Back | Third Party | Plantiff Expert | |
| 2001 | Elsman, Kandi | Depo 9/27/2001 | None | Fresno | CA | Plantiff | SI/LB | Auto | Treatin | Michael Mallery |
| 2001 | Oberle, Michael | Depo- Settled | Jocelyn Abanes | Hilo Hi | HI | Defense | Foot | Third Party | Defense Exp. | Bruce Larsen |
| 2001 | Thang (sok), Rory | 9/17/04 depo settled | Rod Veary | HI | HI | Plantiff | Anoxia | Med Mal | Plantiff Expe | Vicent Rhodes |
| 2001 | Miner, Mary T. | Depo 7/20/01- Settled | Charles Thronson | Salt Lake City | Ut | Defense | TBI | Bicycle | Defense Exp. | Ed Havas. |
| 2001 | Bryant, Gerold | Depo 7/11/01-Settled | David Milligian | Fresno | CA | Plantiff | Thumb | MVA | Plantiff Expert | |
| 2001 | Beech, Melissa | Depo 7/31/01-Settled | Grabiela Alger | Santa Clara | CA | Plantiff | TBI | Fall | Plantiff Expe | Richard Idell |
| 2001 | Jackson, Janelle | Depo 6/27/01 | Jeff Brekhus | Fresno | CA | Plantiff | Neck-should | WC-3rd Part | WC Treating | Gordon Parks |
| 2001 | Knoll, Lois | Depo 6/13/01 | Gary Hill | Fresno | CA | Plantiff | neck | WC | Treating | Yrulegui |
| 2001 | Thompson, Christopher | Depo 7/17/01-Dismiss | John LaPlante | Sacramento | CA | Defense | BI | Altercation | Defense Exp. | Jess Bedore III |
| 2001 | Costner, Patricia | Depo 2/5/01 | Cole, Fisher, et.al | Fresno | CA | Defense | TMJ-Pain | WC | Treating | Dave Parker |
| 2001 | Antone, M | Depo 2/20/01-Settled | J. Rodney Veray | Honolulu | HI | Plantiff | Paraplegia | Med Mal | Plaintiff Expert | |