IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---

**CERTIFIED COPY**

ANN KIMBALL WILES AND STANLEY )
BOND, INDIVIDUALLY AND AS NEXT )
FRIENDS OF THEIR SON, BRYAN )
WILES-BOND, A MINOR, )
)
          PLAINTIFFS, )
)
VS. ) CASE NO.
) CV 04-00442 HG/BMK
DEPARTMENT OF EDUCATION, STATE OF ) CV 05-00247 HG/BMK
HAWAII, AND ALVIN RHO, IN HIS ) CONSOLIDATED
OFFICIAL CAPACITY AS WEST HAWAII ) (OTHER CIVIL
DISTRICT SUPERINTENDENT, ) ACTION)
)
          DEFENDANTS. )
)

DEPOSITION OF

CARA ENTZ

GLENDALE, CALIFORNIA

THURSDAY, JUNE 28, 2007

ATKINSON-BAKER, INC
COURT REPORTERS
WWW.DEPO.COM
800-288-3376

REPORTED BY: EDWARD G. HARRISON, CSR NO. 6530

FILE NO.: A104D1A

EXHIBIT A

1

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF HAWAII
 3                              ---
 4
 5   ANN KIMBALL WILES AND STANLEY    )
     BOND, INDIVIDUALLY AND AS NEXT   )
 6   FRIENDS OF THEIR SON, BRYAN      )
     WILES-BOND, A MINOR,             )
 7                                    )
                    PLAINTIFFS,       )
 8                                    )
            VS.                       )  CASE NO.
 9                                    )  CV 04-00442 HG/BMK
     DEPARTMENT OF EDUCATION, STATE OF)  CV 05-00247 HG/BMK
10   HAWAII, AND ALVIN RHO, IN HIS    )  CONSOLIDATED
     OFFICIAL CAPACITY AS WEST HAWAII )  (OTHER CIVIL
11   DISTRICT SUPERINTENDENT,         )  ACTION)
                                      )
12                  DEFENDANTS.       )
                                      )
13
14
15
16
17            DEPOSITION OF CARA ENTZ, TAKEN ON
18   BEHALF OF THE DEFENDANTS, AT PACIFIC CHILD & FAMILY
19   ASSOCIATES, 410 ARDEN AVENUE, SUITE 203, GLENDALE,
20   CALIFORNIA, COMMENCING AT 10:10 A.M., ON THURSDAY, JUNE
21   28, 2007, BEFORE EDWARD G. HARRISON, CSR NO. 6530.
22
23
24
25
                                                              2
```

```
 1        Q.    Did any of --
 2              Did either of Bryan's parents attend this?
 3        A.    Bryan's father, but I don't -- did he stay for
 4   the whole time?
 5              Oh, and Christy, of course, Christy was there
 6   too.
 7              I can't remember if the dad stayed for the
 8   whole time and, if he did, he was sort of way in the
 9   background.  So I didn't have a lot of interaction with
10   him.
11        Q.    Okay.
12              And the home observation part, was that from
13   1:00 to 6:00 or was it 1:00 to 2:30?
14              The schedule says 1:00 to 2:30, but there's a
15   handwritten notation that says 1:00 to 6:00 o'clock.
16        A.    We were at Bryan's home for an hour or so and
17   then we did have that parent meeting at the district
18   office.
19              So the parent meeting was not from 1:00 to
20   6:00, I can tell you that for sure.
21        Q.    That would have been a long meeting.
22        A.    So I want to say that we did observe him
23   around 1:00 to 2:30 or so and then the parent meeting
24   was after that.
25        Q.    Okay.
```

```
 1        A.    I can't tell you the exact dates.
 2        Q.    I was just curious because there's these
 3   handwritten revisions.
 4        A.    Right.
 5        Q.    But that's your recollection sitting here
 6   today?
 7        A.    Yes.
 8        Q.    All right.
 9              And I'll get into the details of who was there
10   and who said what.
11              But now if you go down to October 22nd, '04,
12   Friday, it has two items, DOE/AG meeting from 9:00 to
13   12:00 and also a meeting with DOE/AG and PCFA at the
14   West Hawaii District Office.  But both appear to be
15   crossed off.
16        A.    Yes.  It all changed and we flew to Honolulu
17   to meet with a judge.  And I can't remember his name.
18        Q.    Oh, okay.
19        A.    So that kind of took up the whole day.
20        Q.    And that went from 9:00 to 5:00?
21        A.    Yes.
22        Q.    Do you recall the judge's name?
23        A.    I don't.
24        Q.    A man?
25        A.    It was a man.
```