**FILE**

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF HAWAII

 3   ANN KIMBALL WILES and          )  Civil No. CV 04-00442
     STANLEY BOND, individually     )  Civil No. 05-00247
 4   and as next friend of their    )  Consolidated
     son, BRYAN WILES-BOND, a       )
 5   minor,                         )
                                    )
 6        Plaintiffs,               )
                                    )
 7      v.                          )
                                    )
 8   DEPARTMENT OF EDUCATION,       )
     State of Hawai'i, and ALVIN    )
 9   RHO, in his official           )
     capacity as West Hawai'i       )
10   District Supervisor,           )
                                    )
11        Defendants.               )
                                    )
12   _____  )

13

14

15            DEPOSITION OF ALVIN RHO

16      Taken on behalf of the Plaintiff at the offices of

17   Davis Levin Livingston Grande, 851 Fort Street Mall,

18   Honolulu, Hawaii, commencing at 9:07 a.m. on September

19   14, 2007, pursuant to Notice.

20

21

22                       EXHIBIT 3

23

24   BEFORE:     JESSICA R. PERRY, CSR NO. 404

25              Certified Shorthand Reporter
```

Page 34

1  have been the superintendent over all the island and
2  then reported to the superintendent?
3      A. Dan Sakai would have reported to Pat Hamamoto.
4          MR. ELLIS:  At this time we'd like to
5  enter into evidence exhibit -- not in evidence,
6  Exhibit A is a series of emails.  They're identified
7  by Bates stamp DOE 1743 to DOE 1754.  And they're
8  collectively Exhibit A.  That's for you.  That's for
9  the witness.
10         (Exhibit A marked.)
11 BY MR. ELLIS:
12     Q. Could you review these emails, please.
13         MR. ELLIS:  Let the record reflect that
14 the witness is reviewing Exhibit A.
15 BY MR. ELLIS:
16     Q. You've had an opportunity to review them all?
17     A. Yes.
18     Q. Thank you.
19         Do you recall, other than reviewing them, do
20 you recall them at all?
21     A. No.
22     Q. Look at the last page of the exhibit, the last
23 page, DOE 1754.  This was dated October 6th, 2000.
24 Were you -- you were a deputy superintendent at that
25 time?

Page 35

1      A. I believe so.
2      Q. And that was for the west side?
3      A. Yes.
4      Q. So it would -- having -- providing TA's would
5  be information that would be relevant to your job?
6          MR. USHIRODA:  Objection.  Vague and
7  ambiguous.
8          THE WITNESS:  I believe so.
9  BY MR. ELLIS:
10     Q. Do you know if this was the first time Bryan
11 Wiles-Bond's case was brought to your attention?
12     A. No.
13     Q. Was it before this date?
14     A. I believe so.
15     Q. Do you know when Bryan Wiles-Bond was enrolled
16 in the Department of Education schools on the Big
17 Island?
18     A. No.
19     Q. Are you aware that it was in the school year
20 starting 1999-2000?
21     A. No.
22     Q. Do you know if -- how long it was prior to
23 October 6th, 2000 that you became aware of Bryan
24 Wiles-Bond's case?
25     A. No.

Page 36

1      Q. Could it have been in the school year
2  1999-2000?
3          MR. USHIRODA:  Objection to the extent it
4  calls for speculation.
5          THE WITNESS:  I'm not sure.
6  BY MR. ELLIS:
7      Q. Page 1754, do you know why you received this
8  email?
9      A. No.
10     Q. In October of 2000, was having -- getting
11 TA's, enough TA's to service all the kids who needed
12 them difficult on the west side of the Big Island?
13     A. My recollection is that it was always
14 difficult.
15     Q. What do you mean by that?
16     A. It was difficult to hire, recruit, staffing on
17 the west side of Hawaii.
18     Q. Was it difficult to recruit and hire
19 therapeutic aides with training in autism?
20     A. I think -- I think it was all the areas, just
21 TA's in general.
22     Q. Was it just getting a person, just getting a
23 person hired, trained, untrained, just getting enough
24 people?
25     A. I don't understand your question.

Page 37

1      Q. You said you had difficulty getting TA's in
2  all areas.
3      A. Yes.
4      Q. Was it a problem of just getting -- it was
5  also difficult just to get warm bodies?
6      A. Yes.
7      Q. Could you turn to page DOE 1750.  I'm sorry,
8  actually it started on 1749.  I'm sorry.  It starts at
9  the bottom there, May 24th, 2001.  Where it says
10 "Alvin Rho," does this indicate that this was printed
11 out of your email, say, inbox?
12     A. I don't know.
13     Q. So you see at the left-hand side of the page
14 there's kind of a circle and then a square and it says
15 Alvin Rho?
16     A. Yes.
17     Q. Would that -- is that something you put on
18 your emails?
19     A. I don't know.
20     Q. No, go ahead.
21     A. Well, to be honest, I can't tell where one
22 email begins and the other ends, so.
23         MR. USHIRODA:  Let the record reflect
24 that the witness is referring to Exhibit A.
25 BY MR. ELLIS:

10 (Pages 34 to 37)

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3    ANN KIMBALL WILES and        )

 4    STANLEY BOND, individually  )

 5    and as next friend of their )

 6    son, BRYAN WILES-BOND, a     )

 7    minor,                       )

 8               Plaintiffs, )

 9          vs.                    ) Civil No. CV 04-00442

10    DEPARTMENT OF EDUCATION,     ) HG/BMK

11    State of Hawai'i, and ALVIN ) CONSOLIDATED (Other

12    RHO, in his official         ) Civil Action)

13    capacity as West Hawai'i     )

14    District Superintendent,     )

15               Defendants. ) VIDEOTAPED DEPOSITION

16    _____)          OF

17    ANN KIMBALL WILES and        ) JUDITH ANNE RADWICK

18    STANLEY BOND, individually  ) August 8, 2007

19    and as next friend of their )

20    son, BRYAN WILES-BOND,       )

21    a minor,                     )

22               Plaintiffs, )

23          vs.                    ) Civil No. 05-00247

24    DEPARTMENT OF EDUCATION,     ) JMS/BMK

25    State of Hawai'i,            ) CONSOLIDATED (Other
```

Page 134

1  that. I remember that it was an issue, because at
2  that time we had lost the speech pathologist at
3  Kahakai, that was taking care of the Kahakai case
4  load, and we were hiring -- we were in the process
5  of replacing that person. But we did have speech
6  services covered there. We had other speech
7  pathologists in the district and we brought them in
8  to service the other children that were in that
9  school. So the services would have been provided.
10      Q.    At Kahakai?
11      A.    At Kahakai, uh-huh.
12      Q.    May 30th, 2000, there's an indication that
13  Kealakehe had an unqualified teacher. Do you have
14  any recollection of that?
15      A.    I don't remember the specific incident.
16  But I do remember, as I stated earlier, that it was
17  difficult to get teachers, qualified teachers of any
18  kind for summer school. But I don't remember
19  specifically who was in this position or what the
20  qualifications of the person were.
21      Q.    Do you recall if the teacher for the
22  summer program at Kealakehe was an aide?
23      A.    I don't recall that. I don't know.
24      Q.    Do you recall what Bryan's program for the
25  2000/2001 school year?

Page 135

1          MR. USHIRODA: I'm sorry? Could you
2  repeat that question?
3          (Record was read as requested.)
4  BY MR. ELLIS:
5      Q.    What the program was for the 2000/2001
6  school year?
7      A.    Can I get more clarification on that? Do
8  you want to know specific methods? Do you want to
9  know where it was held, what was -- I'm not sure I
10  can answer that.
11  BY MR. ELLIS:
12      Q.    Yes, those details. Yes, please.
13          MR. USHIRODA: Objection. Overly broad.
14  Also, I think it was asked and answered.
15      A.    We have -- the program consisted of
16  elements that were in the IEP. The methods were not
17  -- not in -- usually -- I can't remember whether
18  Bryan's specific IEP does, but we usually don't
19  detail methodology in IEPs. Usually what we put is
20  that he would work on communication skills, which
21  was a real -- really big issue for all autistic
22  children. He would be working on life skills to
23  become more independent, and he would be working on
24  social skills. Those are usually the three elements
25  that we instilled in all the programs that we used.

Page 136

1  BY MR. ELLIS:
2      Q.    During -- were you aware during the
3  2003/2004 school year that Bryan did not receive the
4  full amount of skills trainer hours?
5          MR. USHIRODA: Objection. Lack of
6  foundation, assumes facts not in evidence.
7      A.    I was aware that we were struggling and
8  that we had multiple meetings about trying to
9  fulfill the requirements for all of the kids in our
10  district, not just Bryan. But we were having a
11  difficult time getting skills trainers.
12          The agencies were having a difficult time
13  supplying our needs, so that whole -- the whole nine
14  that I was involved in that -- my old position, it
15  was a continuous struggle, once those services came
16  over to us, to get enough skills trainers to fill
17  all the positions. So yes, I was aware that we were
18  having problems.
19  BY MR. ELLIS:
20      Q.    So when you said when you were at your
21  position when you were aware, do you mean that from 1999
22  to 2004, you were aware that there was a, I guess,
23  an overall problem of not having enough skills
24  trainers to fit the hours in -- overall?
25          MR. USHIRODA: Objection. Overly broad.

Page 137

1      A.    From 2000, when I -- when the DOE took
2  over the position -- the responsibility, until 2004,
3  I was aware of it.
4  BY MR. ELLIS:
5      Q.    This was a systemic problem?
6      A.    Yes.
7          MR. ELLIS: D is a copy of a decision and
8  order dated May 21st, 2001.
9          (Exhibit D marked for
10          identification.)
11  BY MR. ELLIS:
12      Q.    Have you seen this document before?
13      A.    Yes.
14      Q.    Do you recall the first time you saw this
15  document?
16      A.    It must have been soon after it was
17  issued.
18      Q.    Who would be responsible for implementing
19  this decision?
20      A.    It's a combi --
21          MR. USHIRODA: Objection. Vague and
22  ambiguous, assumes facts not in evidence, lack of
23  foundation.
24      A.    This would have been, to my best of my
25  knowledge, a combination of the Department of

FILE Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3   ANN KIMBALL WILES and        )

 4   STANLEY BOND, individually   )

 5   and as next friend of their  )

 6   son, BRYAN WILES-BOND, a     )

 7   minor,                       )

 8              Plaintiffs, )

 9        vs.                     ) Civil No. CV 04-00442

10   DEPARTMENT OF EDUCATION,     ) HG/BMK

11   State of Hawai'i, and ALVIN  ) CONSOLIDATED (Other

12   RHO, in his official         ) Civil Action)

13   capacity as West Hawai'i     )

14   District Superintendent,     )

15              Defendants. ) VIDEOTAPED DEPOSITION

16   _____)          OF

17   ANN KIMBALL WILES and        ) JOSEPHINE A. HILL

18   STANLEY BOND, individually   ) August 9, 2007

19   and as next friend of their  )

20   son, BRYAN WILES-BOND,       )

21   a minor,                     )

22              Plaintiffs, )

23        vs.                     ) Civil No. 05-00247

24   DEPARTMENT OF EDUCATION,     ) JMS/BMK

25   State of Hawai'i,            ) CONSOLIDATED (Other
```

Page 30

1    Not necessarily at a college.  Some of
2    were, but not all of them.
3       Q.    So it was -- the agency was not placed at
4    each one of these places.  An agent -- someone from
5    the agency would go to a place?
6       A.    The places were pre-selected of where they
7    would go, and the agents there were the State
8    Department of Education.
9       Q.    So the agents lived in Hawaii?
10      A.    Correct.
11      Q.    And they would fly to, say, Virginia and
12   do it -- and go to a job fair?
13      A.    Correct.
14      Q.    Was this for the sole purpose -- was the
15   recruitment efforts related to Bryan Wiles-Bond,
16   were they specifically forwarded to this agency to
17   fill the positions required by the order of May of
18   2004?
19      A.    It was to recruit skills trainers.
20      Q.    Was it specifically to recruit skills
21   trainers for Bryan Wiles-Bond?
22      A.    They would have been used with Bryan, but
23   we were hoping to recruit many, so --
24      Q.    Is there any communication between the
25   department of -- or West Oahu -- West Hawaii DES

Page 31

1    office and this agency you're talking about to fill
2    specific positions for Bryan Wiles-Bond?
3       MR. USHIRODA:  The agency she's talking
4    about is the DOE.
5       MR. ELLIS:  Yes.
6       A.    Not at any time did we ever specify Bryan
7    Wiles-Bond.
8    BY MR. ELLIS:
9       Q.    Thank you.  So this agency, the Department
10   of Education recruitment agency, that's been doing
11   what it's been doing for prior to 2004?
12      A.    Yes.
13      Q.    And it's still ongoing?
14      A.    It's a yearly --
15      Q.    It's still ongoing?
16      A.    Yes, it is.
17      Q.    And do you know what the main thrust of
18   their recruitment practice is, such as regular ed
19   teachers, special ed teachers?
20      A.    It's the whole gamut.
21      Q.    Are you aware of anyone that this office
22   referred to West Oahu -- I'm sorry -- West Hawaii
23   for -- as a skills trainer specifically for Bryan
24   Wiles-Bond?
25      A.    No.  We did not receive any.

Page 32

1       MR. USHIRODA:  This is during your time
2    period; right?
3       THE WITNESS:  Right.
4       I might add that there was a shortage of
5    skills trainers everyplace in Hawaii, not just our
6    island.
7    BY MR. ELLIS:
8       Q.    And that's been ongoing for some time; is
9    that correct?
10      A.    Correct.
11      Q.    And that's not specific to West Hawaii;
12   it's statewide?
13      A.    Correct.
14      Q.    So it's a systemic problem?
15      MR. USHIRODA:  Objection to the term
16   systemic.  Leading the witness.
17      A.    It's a problem trying to recruit people
18   into the skills trainers job, especially with those
19   qualifications, because many of them go out and get
20   a little bit of experience and they go on to
21   advance.
22   BY MR. ELLIS:
23      Q.    That's all over the state?
24      A.    All over the state.
25      Q.    Not just regarding Bryan Wiles-Bond's

Page 33

1    situation?
2       A.    That's correct.
3       MR. ELLIS:  Exhibit A is the decision and
4    order dated May 21st, 2001.
5       (Exhibit A marked for
6       identification.)
7    BY MR. ELLIS:
8       Q.    Would you review that and let us know if
9    you've ever seen that before?
10      A.    Yes, I have seen this before.
11      Q.    Do you recall when the first time you saw
12   it?
13      A.    Right when I took over as interim DES,
14   Judy Radwick, who was the DES at the time, shared it
15   with me.
16      Q.    Regarding Ms. Radwick, did Ms. Radwick
17   consult with you on an informal basis from May 2004
18   to October 1st, 2004 regarding the job duties of a
19   DES?
20      A.    Yes.  We talked about some.  I'm sure it
21   wasn't in great length.
22      Q.    So did you go to her with questions about
23   your job duties?
24      A.    Not about my job duties.  I would ask her
25   maybe more specific questions concerning a student.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3   ANN KIMBALL WILES and        )

 4   STANLEY BOND, individually   )

 5   and as next friend of their  )

 6   son, BRYAN WILES-BOND, a     )

 7   minor,                       )

 8                Plaintiffs,     )

 9        vs.                     ) Civil No. CV 04-00442

10   DEPARTMENT OF EDUCATION,     ) HG/BMK

11   State of Hawai'i, and ALVIN  ) CONSOLIDATED (Other

12   RHO, in his official         ) Civil Action)

13   capacity as West Hawai'i     )

14   District Superintendent,     )

15                Defendants.     ) VIDEOTAPED DEPOSITION

16   _____ )          OF

17   ANN KIMBALL WILES and        )  LINDA PRICE, Ph.D.

18   STANLEY BOND, individually   )   August 10, 2007

19   and as next friend of their  )

20   son, BRYAN WILES-BOND,       )

21   a minor,                     )

22                Plaintiffs,     )

23        vs.                     ) Civil No. 05-00247

24   DEPARTMENT OF EDUCATION,     ) JMS/BMK

25   State of Hawai'i,            ) CONSOLIDATED (Other
```

1    Q.    You don't understand          question or --
2    A.    Yeah.  I don't understand.
3    Q.    When you became the DES sometime in
4    October 2004, for West Hawaii --
5    A.    Correct.
6    Q.    -- did anybody from the Department of
7    Education tell you that they had difficulty getting
8    enough skills trainers for West Hawaii?
9        MR. USHIRODA:  Objection.  Vague and
10   ambiguous.
11   A.    No.
12   BY MR. ELLIS:
13   Q.    Did you have a report that you may have --
14   that you read when you became DES that the DOE had
15   trouble getting skills trainers in West Hawaii?
16   A.    No.
17   Q.    At any time after you became DES at West
18   Hawaii, did anybody from the Department of Education
19   ever tell you that, up until today?
20   A.    I told myself that.  After I assumed the
21   responsibility for getting skills trainers, I
22   realized that there's a huge shortage in West Hawaii
23   of skills trainers.  I have a shortage to this day
24   of skills trainers in West Hawaii.  I have had a
25   shortage of skills trainers in West Hawaii for the

1    A.    Syste   does not seem to be the right
2    word to me.
3    BY MR. ELLIS:
4    Q.    Why not?
5    A.    Because that talks about it being a system
6    issue, and I don't think this is a system issue.
7    Q.    What kind of issue is it?
8    A.    Lack of employees.
9        MR. USHIRODA:  Stan, could we take a
10   break?  We've been going about an hour and a half.
11       MR. ELLIS:  Not yet.
12   BY MR. ELLIS:
13   Q.    Could you read from page 94, line five to
14   line ten?
15   A.    But even with all that, every time I came
16   to see Bryan he was lying on the floor, stimming, in
17   his own feces or urine.  It was -- I mean, it was
18   neglect.  There's -- I was very upset.  I took it to
19   the DOE and I called HBH and I tried to help these
20   individuals do a better job.  It wasn't good.
21   Q.    You were -- as the DES, did you at any
22   point become aware of Dr. Smalley's comments --
23   A.    No.
24   Q.    -- about this?
25       MR. USHIRODA:  Objection.  Lack of

1    last two and a half years.
2    Q.    At what point after you became DES did you
3    become aware of this?
4    A.    I don't have an exact date.  It became
5    very obvious very quickly.
6    Q.    So it became obvious, you would say,
7    within the first month of your taking on the duties
8    of DES?
9    A.    Yes.
10   Q.    How did it become obvious to you?
11   A.    I had procurements that could not be
12   filled.
13   Q.    This was for all cases for special ed
14   children who needed skills trainers?
15   A.    Yes.
16   Q.    So it was a systemic problem?
17       MR. USHIRODA:  Objection to the term
18   systemic.  I think that's vague and ambiguous.  Lack
19   of foundation.
20       Go ahead.
21   A.    There's a shortage of skills trainers in
22   West Hawaii.
23   BY MR. ELLIS:
24   Q.    So is that a yes or a no to the question?
25       MR. USHIRODA:  Answer the question.

1    foundation, assumes facts not in evidence.
2    A.    No.
3    BY MR. ELLIS:
4    Q.    As the DES, if this came to your attention
5    -- not related to this case, but if something like
6    this came to your attention, what was the DOE's
7    policies and procedures to respond to such a
8    situation?
9        MR. USHIRODA:  Objection.  Lack of
10   foundation, incomplete hypothetical, assumes facts
11   not in evidence.  Also, calls for speculation --
12   A.    I don't think the DOE has policies and
13   procedures that would describe what we would do.
14   BY MR. ELLIS:
15   Q.    As the DES, if this situation came up,
16   what would you do?
17   A.    I'd investigate it.
18   Q.    Does the department have -- the Department
19   of Education have policies and procedures to
20   investigate incidents such as this?
21       MR. USHIRODA:  Objection.  Vague and
22   ambiguous.
23   A.    When you say policies and procedures, I
24   think of a group of regulations, descriptions, and I
25   do not believe that we have that.

1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAII
2

     ANN KIMBALL WILES and          )
3    STANLEY BOND, individually     )
     and as next friend of their    )
4    son, BRYAN WILES-BOND, a       )
     minor,                         )   Civil No. CV 04-00442
5                                   )   Civil No. 05-00247
            Plaintiffs,             )   Consolidated
6                                   )
         v.                         )
7                                   )
     DEPARTMENT OF EDUCATION,       )
8    State of Hawai'i, and KATE     )
     TOLENTINO, in his official     )
9    capacity as West Hawai'i       )
     District Supervisor,           )
10                                  )
            Defendants.             )
11                                  )
                                    )
12   _____

13

14

15

16           DEPOSITION OF KATE TOLENTINO

17      Taken on behalf of the Plaintiff at the offices of

18   Davis Levin Livingston Grande, 851 Fort Street Mall,

19   Honolulu, Hawaii, commencing at 9:12 a.m. on September

20   21, 2007, pursuant to Notice.

21

22

23

24   BEFORE:     JESSICA R. PERRY, CSR NO. 404

25              Certified Shorthand Reporter

Page 30

1   Island?
2      A.  Yes.
3      Q.  Okay, would you consider yourself very
4   familiar with the education system on the Big Island?
5      A.  Yes.
6      Q.  At the time you became the DES in 2002, was
7   it -- was it known to you or did it become known to
8   you that there was difficulty in hiring enough skills
9   trainers to meet the requirements of the special
10  education students on the Big Island?
11     A.  Yes.  Yes.
12     Q.  Did that continue till the time that you left
13  the DES position in 2005?
14     A.  It was not an issue in my particular district,
15  but island-wide, yes.
16     Q.  Your district was north?
17     A.  North Hawaii.
18     Q.  And what does that consist of?
19     A.  Pa'auilo, Honokaa High School, Honokaa
20  Elementary School, Waimea Elementary School, Waimea
21  Middle, Waikoloa, and then the three Kohala schools.
22     Q.  So the top half of the island?
23     A.  Yeah.
24     Q.  And then was the west Hawaii, that was
25  basically from Kona to South Point?

Page 31

1      A.  Keala -- no.  Kealakehe to Honaunau.
2      Q.  Where -- okay, base -- just so I have some
3   bearing, South Point --
4      A.  South Point, Ka'u is Hilo is actually Keaau.
5      Q.  So west of that?
6      A.  Yes.
7      Q.  And to Kealakehe?
8      A.  Yes.
9      Q.  Which is kind of in Kona town?
10     A.  Yes.
11     Q.  And then there's Konawaena?
12     A.  Yes.
13     Q.  And then Hilo is the rest of it, the east
14  side?
15     A.  Hilo and then there's Keaau, Pahoa, Ka'u.
16     Q.  You're saying that skills trainer, getting
17  enough skills trainers was not an issue in the north
18  Hawaii district?
19          MR. HARA:  Objection.  Misstates her
20  testimony.
21  BY MR. ELLIS:
22     Q.  Could you clarify it, then?
23     A.  Getting skills trainers was -- we were able to
24  fulfill the needs of the kids in north Hawaii.
25     Q.  Did all the skills trainers in north Hawaii

Page 32

1   have the required training during the period of time
2   from October 2002 to the time you left the DES?
3      A.  I'm not able to address that.
4      Q.  You don't know?
5      A.  I don't know.
6      Q.  You said that it was a problem on the rest of
7   the island, that would include -- it's west Hawaii and
8   east Hawaii?
9      A.  And south Hawaii.
10     Q.  South Hawaii.  So there's three districts --
11  or three complexes on the Big Island?
12     A.  South Hawaii, Hilo, north Hawaii and west
13  Hawaii, four.
14     Q.  There's four, okay.
15         And so on the other three, that was a issue,
16  to your understanding?
17     A.  Yes.
18     Q.  And that remained an issue from October 2002
19  to the time you left as a DES in 2005?
20     A.  I believe so, yes.
21     Q.  Do you know whether it was a issue of enough
22  people, just enough people, or was it an issue of
23  enough people and enough skilled people?
24         MR. HARA:  Compound.
25         THE WITNESS:  I don't know.

Page 33

1   BY MR. ELLIS:
2      Q.  Okay.  At the period of time of September 2004
3   to December 2004, were you aware if it was an issue in
4   west Hawaii to -- that they didn't have enough skills
5   trainers?
6      A.  Yes, it was an issue.
7      Q.  Was that an issue with -- specifically to
8   Bryan Wiles-Bond's case?
9      A.  I don't know.
10     Q.  During the period of time that you have -- you
11  have testified that you're the most knowledgeable, was
12  there a problem getting enough skills trainers for
13  Bryan Wiles-Bond?
14     A.  Yes.
15     Q.  Was there a problem with getting enough skills
16  trainers that had the requisite training to service
17  Bryan Wiles-Bond?
18     A.  Yes.
19     Q.  During that period, what did you as the DES do
20  to assure that there were enough skills trainers?
21     A.  I worked very closely with both Marvin
22  Sinclair and Kelly Stern from TIFFE and Dru Copeland
23  from Alaka'i Na Keiki, to not only find skills
24  trainers but schedule them in a manner that allowed us
25  to cover the most time possible.

9 (Pages 30 to 33)