# DANIEL B. LeGOFF, PhD
LICENSED PSYCHOLOGIST – PEDIATRIC NEUROPSYCHOLOGIST

---

12/13/05

Stanley E. Levin
Davis Levin Livingston Grande
851 Fort Street
Honolulu, HI 96813

RE:   Bryan Wiles-Bond

Dear Mr. Levin,

As per our previous communication, I am writing to provide a summary of my estimation of the costs of residential, remedial and educational services for Bryan Wiles-Bond. Please find below a summary of both the likely actual costs of such services for Bryan, based on my assessment of his current functioning and his needs, and an explicit estimation of the portion of those costs that have directly resulted from previous educational neglect during Bryan's residence in the State of Hawaii.

The assessment of costs is based on data provided by both my own organization, Bancroft Neurohealth, and that of other similar organizations. Please note that these data are easily verifiable by contacting these agencies (e.g. Devereux, Advoserv, Eden Institute, May Institute, Developmental Disabilities Institute at Wayne State University). The estimated costs of services are based on an average, or hypothetical industry standard, for each of the services listed, and on the levels of services that would normally be provided to a client such as Bryan, given his current level of functioning and needs. The "current level of functioning," is based on the assessment which was conducted in 06/05, at Bryan's school and in his home in Benicia, CA, and on a review of all available records at the time.

The summary of costs will be divided by categories, which include the following:

1. *Educational*, including all remedial services that would normally be included in an individualized education plan (IEP) such as OT, PT, Speech-Language, and behavioral assessment and intervention. The types of services that are included in the summary are consistent with the guidelines provided by the National Research Council Committee on Educational Interventions for Children with Autism (NRC, 2001, *Educating Children with Autism*, NRC Press). These services are summarized only for the years of remaining educational eligibility for Bryan (i.e. up to the end of his 21st year), per current IDEA law.
2. *Compensatory education*, which includes primarily additional remedial services which are included in order to both remediate past educational neglect, and to improve Bryan's overall level of functioning and quality of life to a reasonable degree. This would also decrease the long-range costs of adult residential and related services.
3. *Residential*, which also includes related services as necessary within the residential setting. The residential component includes both educationally-related placements, and adult and geriatric placement costs (adult and geriatric services are presented separately as there are differences in facility costs). For most currently available settings, the costs are included in an overall batch fee based on days of residence, but there are some additional services which are not typically included, such as medical and psychiatric care visits, clothing and recreational materials, optional quality of life and enrichment programs. These are considered under compensatory education.

---

105 S. PRINCETON AVENUE, WENONAH, NJ 08090 (609) 221-2980
DLEGOFF@AOL.COM

EXHIBIT 3

Bryan Wiles-Bond                                                                                            2

Educational and Compensatory Education Costs

In order to simplify the estimates, I will combine the core educational program with compensatory educational costs. My recent assessment of Bryan indicated three important factors relevant to his educational needs. First, that his daily adaptive and self-care skills were significantly below where they should be based on an assessment of his learning potential (i.e. consistent with functioning in the Severe to Profound range of Mental Retardation, as opposed to the Moderate range, which was the estimated level of his cognitive abilities). Second, that Bryan's communication abilities had regressed during the time in Hawaii due to inadequate implementation of educational strategies designed to facilitate language and communication skills. Third, that the number and severity of identified interfering behaviors (behaviors that were impeding ongoing educational interventions) had become worse during his years in Hawaii, and that these behaviors would now need to be intensively addressed before Bryan could make appropriate educational gains.

In order to adequately address these areas of regression and have Bryan's functioning level commensurate with his potential, he would require at least one full year (12 months) of an intensive educational program, which would include a daily regimen of functional communication training, toileting and self-care skills, occupational and speech-language therapy, and ongoing behavioral intervention. The behavioral supports would require both an initial and then ongoing behavioral assessments, provided by a qualified and experienced behavior analyst. Programs offering this level of intensive intervention and which provide all necessary and appropriate remedial services including applied behavioral analysis (ABA) technology, typically cost about $200 per day. Over a full year this comes to $50,400. (This is a relatively low estimate. Bancroft's similar program costs $90,000 per year).

Subsequent to an initial 12 months of intensive behavioral stabilization and remediation, the educational costs would be much reduced. It is likely that Bryan would require some additional ongoing behavioral and communication interventions which could be provided in a less restrictive setting, such as a regional special needs facility or developmental residential program. Current costs of educational services for Bryan after his 13th year, and up to his 22nd year, based on the average cost of specialized educational placement without the need for intensive behavioral and remedial services, would be approximately $180 per day, or $45,360 per year. The resulting total for educational costs from the present time until Bryan's end of eligibility would be approximately $50,400 for the first year, then $45,360 for each subsequent year to the end of eligibility.

Residential Costs

As with the educational costs outlined above, the cost of residential care for Bryan would also need to be at a more intensive -- and more expensive -- level given the impact of the education neglect in Hawaii. Also, similar to educational services, Bryan would need about 12 months of an initial highly intensive placement in order to make it more likely that he could be sustained later in a less intensive setting. Currently, there are a number of residential placement options for children with autistic disorders (of course, not all of these options are available in all regions, and costs vary quite a bit from state to state. The following are currently available in most states).

> *Institutional settings* which provide individual 24-hour staffing and include additional remedial services in addition to living support.

> *Group homes* that feature on-site, 24-hour staffing and serve the individual and several roommates.

Bryan Wiles-Bond                                                                                                          3

*Supervised apartments*, where a consumer lives with a roommate and receives 24-hour help from staff living nearby.

*Supportive living*, where a consumer lives alone or with a roommate, and help is available through a 24-hour hotline and assistance is provided on an as-needed basis.

*Sponsor families*, where the individual lives as part of the family of a trained caretaker, and receives 24-hour care and assistance from that person, with other support services available as needed.

*Private homes*, are another option. By combining personal and Division funds, and/or by pooling funds with other residents, individuals can purchase or rent a house or condo.

*Full home ownership*, is an option for individuals and/or families with sufficient resources. They can tap funding from the state Housing and Mortgage Finance Agency to purchase a home.

In Bryan's case, it is very unlikely that he would be able to be sustained at a less intensive level than the institutional one, at least initially. Most institutional settings provide for all educational and remedial services, thereby combining the Educational and Residential components. With most institutional settings, however, the residential and educational program costs can be separated. A review of residential placement costs at institutions specializing in programs for children with autistic disorders indicated that the average residential costs, in addition to the educational expenses, would be $127,750 for the first year.

In years subsequent to this initial one, and up to the age of 22, Bryan's residential costs would be lower, based on his requiring less intensive staffing, and fewer hours of behavioral and psychiatric services. The estimated cost for less intensive institutional placement and with reduced rates of related services, based on the average cost of available programs, is $180 per day, or $65,700 per year.

Adult residential costs, post-educational eligibility, would be slightly higher as day-programming becomes necessary, in place of the educational placement. A review of current residential full-day programs for adults with autism and similar neurodevelopmental disorders suggests that the average costs would be $280/day. This results in an annual expense of $101,920. This cost includes related services, such as behavioral support, nursing, psychiatric and medical care.

Subsequent to age 60, approximately, Bryan would need to be placed in a geriatric residential facility. Although residential and day treatment costs are not necessarily higher, the related services costs are higher for elderly patients with developmental disabilities. Again, based on current rates offered by a number of appropriate settings, the residential costs for Bryan each year after 60 would be approximately $400 per day, or $145,600 per year, including related health care services.

In summary, the current-time (2005) costs of educational, compensatory, and residential costs for Bryan would be roughly $178,150 for the first year, and then $111,060 for each subsequent year until age 22 years, not including inflation rates. From age 22 to age 60, Bryan's residential and daycare costs would be approximately $101,920, and from age 60 on, would be $145,600.

Costs of Services Based on No Educational Neglect.

The costs outlined above are based on Bryan's current level of functioning, which reflects the impact of the educational neglect experienced during his residency in the State of Hawaii. Estimated costs of residential and educational services are presented below which reflect the level of care which would have

Bryan Wiles-Bond											4

been needed if there had been no educational neglect. That is, based on an estimate of Bryan's functioning at a level commensurate with his assessed abilities, and needs. In general, the cost estimates presented here are based on what would need to be provided to an individual who suffers from moderately severe autism and moderately severe mental retardation, but who has received appropriate levels of educational and remedial interventions.

Educational Costs

Based on my previous developmental assessment of Bryan, it appeared that he had the potential for functioning in the moderate range of disability, both cognitively and adaptively, but that there were interfering factors such as inappropriate behaviors and communication deficits which had not been addressed during his residence in the State of Hawaii, resulting in ongoing deficits which resulted in his functioning in the severe to profound range. The educational and related services for Bryan as he might have been had he received an appropriate education while in Hawaii are less costly than those he requires now. Current average costs for educational services for children with autistic disorders and moderate mental retardation is $120 per day, or $30,240 per year. This would be the cost of residential services for both the current year and all subsequent years up to age 22 years.

Residential Costs

Residential services for Bryan, if he were functioning in the moderate range of mental retardation and did not require more intensive staffing and supervision, could be provided at the group home level. Current program costs average $120 per day, or $43,800 per year. This would be the residential placement cost for Bryan's years of educational eligibility.

After age 22 years, Bryan's residential program costs, including related services, based on current available programs, would be $140 per day, or $50,960 per year. Residential placement at this type of program would be appropriate until about age 60, at which time Bryan would be better served in a geriatric facility for individual with developmental disabilities. Costs for residential placement after age 60 years would be approximately $200 per day, or $72,800 per year, including all necessary health and related services.

In summary then, the combined educational, residential placement and related services costs for Bryan, had he received appropriate educational services and there had been no behavioral and functional regression, would have been $74,040 per year up to age 22 years, $50,960 from age 22 to 60 years, and then $72,800 per year thereafter.

Cost Difference Based on Current Needs Versus Needs Based on No Neglect

Based on the average costs of services estimated for Bryan as he is currently functioning, compared with the costs estimated for Bryan as he might have been functioning had he received an appropriate education in the State of Hawaii, the following comparison is offered:

| Years | Current Cost Estimates | Costs without Educational Neglect |
|---|---|---|
| 2005 | $178,150 | $74,040 |
| 2006 – 2013 | $111,060 | $74,040 |
| 2013 – 2051 | $101,920 | $50,960 |
| 2051 - | $145,600 | $72,800 |

Bryan Wiles-Bond                                                                 5

Conclusion

The numbers above represent an estimate of the difference in costs for educational, related services, and residential care needed for Bryan based on his current functioning compared with the level of care and services that he might have needed had he received a consistent and appropriate education during his years in residence in Hawaii. The costs are based on a review of current program costs of appropriate facilities serving children and adults with developmental disabilities. Many large organizations which serve the developmentally disabled have levels of intensity of programming for clients with varying levels of need. Based on my previous developmental and behavioral assessment of Bryan, and based on my experience as a developmental neuropsychologist and program administrator, Bryan would not be able to be served currently by other than a highly structured residential and educational setting, at least until his current levels of interfering behaviors was addressed, and his communication and independent self-care levels were improved. As noted above, it is expected that Bryan would need about one year of intensive programming, before he could be served appropriately in less intensive institutional setting.

If Bryan had received appropriate educational services in Hawaii and had not regressed in terms of his behavioral issues and communication and self-care skills, he likely would have been able to receive much less intensive services, including being able to attend a less-restrictive educational setting, and being eligible for group home placement. The numbers above reflect the difference in costs between these two scenarios. Again, please note that the costs are based on current average costs of programs and services, and do not reflect the impact of future inflation. An economist should be consulted in order to determine the influence of these factors. Verification of the cost estimates given above can be done by contacting the billing and/or marketing and admission departments of the following agencies:

- Bancroft Neurohealth (www.bnh.org)
- Devereux (www.devereux.org)
- Advoserv (www.advoserv.com)
- Eden Institute (www.edenservices.org)
- May Institute   (www.mayinstitute.org)
- Developmental Disabilities Institute at Wayne State University (www.wayne.edu/ddi)

If you have questions about this report or require further information please feel free to contact me,


*Daniel B. LeGoff, PhD*

_____

Daniel B. LeGoff, PhD LP
Vice President
Bancroft Child and Family Services
Director, Developmental Neuropsychology