B. J. Freeman, Ph.D.
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

1

PSYCHOLOGICAL ASSESSMENT

Patient: **Bryan Wiles-Bond**
Date of Birth: 10/28/1991

---

DATES OF REPORT: 07/22/06, 07/23/06, 07/24/06, 07/25/06 and 07/26/06

REASON FOR REFERRAL: Bryan is a 14-year, 9-month-old young man referred by his father, Dr. Stanley Bond, and mother, Ms. Kimberly Wiles, and by his attorney, Mr. Carl Varady of Hawaii.

REVIEW OF RECORDS:
  I. Plaintiffs' Statement of Fact (02/22/06)
  II. Plaintiffs' Motion for Summary Judgment (02/22/06)
  III. Defendants' Motion for Summary Judgment (02/23/06)
  IV. Defendants' Statement of Fact (03/10/06)
  V. Plaintiffs' Opposition to III (03/10/06)
  VI. Plaintiffs' Opposition to IV (03/17/06)
  VII. Motion To Enforce Doctrine of Issue (04/24/06)
  VIII. School Records:
     a) Interim IEP 09/08/99
     b) IEP 10/17/99
     c) IEP 01/28/02
     d) IEP 05/21/02
     e) IEP 11/18/02
     f) IEP 11/25/03
     g) IEP 01/09/04
     h) IEP 02/06/04
     i) IEP 07/21/04
     j) IEP 08/16/04; 08/25/04
     k) IEP 11/29/04
  IX. Institute for Family Enrichment records (Vols. 1 & 2)
  X. Hawaii Behavioral Health records
  XI. Ala Kai Na Keiki, Inc. records (Vols. 1-4)
  XII. Previous Reports:
     a) Dr Richard S. Goka (06/26/06)
     b) Dr Bryna Siegel (06/22/06)
     c) Dr Daniel LeGoff (Neurodevelopmental Evaluation 06/17/05; Letter 12/13/05; Test Protocols 05/10/06)
     d) Life Care Plan (Leukens)
     e) Smalley Behavioral Assessment (08/18/04)
  XIII. Dr. Sugai records
  XIV. IEP notes received 07/26/06

B. J. Freeman, Ph.D.   19
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient: **Bryan Wiles-Bond**
Date of Birth: 10/28/1991

---

In summary, while Bryan is a young man who would have been affected by his disability throughout his life, <u>the severity of his disability has obviously been impacted by his lack of access to and consistency of appropriate services at the critical ages of development</u>. He now requires one-to-one supervision even in a highly structured school setting. Bryan is also going to require a greater degree of support as an adult than he in all likelihood would have needed had appropriate services been implemented. In addition, despite Bryan's disability, <u>the quality of his life and that of his family has been greatly impacted by his lack of services and resulting behavioral presentation</u>. Further, Bryan's options in life have been reduced as <u>a direct result of his lack of intervention</u>. Currently, rather than receiving services with typical children as would have been predicted from his initial assessment and based on what we know about the trajectory of development in children with autism, Bryan requires a much more restrictive environment in a special education school setting with a one-to-one aide at all times. At this point it is not clear whether Bryan will be able to achieve any high degree of developmental catch-up. It is mandatory that intensive services beyond that which can be accomplished in the current school setting be provided for Bryan in order to remediate the lack of consistent services when he was younger. Research indicates that because of the lack of services when he was younger Bryan may never catch up, as he became too far behind too early. However, Bryan's quality of life and ability to function more independently can be substantially improved with additional intervention.

DIAGNOSES:
Comprehensive psychiatric diagnoses are listed in an axial format with Axis I representing the current diagnoses that are consistent with the cognitive, affective, and behavioral presentation. The second axis lists any developmental disorder or disorders of childhood. Axis III lists any medical conditions; and Axis IV lists current environmental stressors. Axis V is a numerical assessment of functioning based on a scale of 0 to 100 listed in the Diagnostic Statistical Manual IV, 1994 (DSM-IV).

| | |
|---|---|
| Axis I | 299.00 Autistic Disorder |
| Axis II | Diagnosis deferred |
| Axis III | Ear infections early on |
| Axis IV | Stressors: Significant language and social adaptive functioning deficits commensurate with this diagnosis; Access to appropriate educational services. |
| Axis V | Current Global Assessment of Functioning: 45 |

Five axes are listed for record documentation. Axis IV is a measure of current stressors. In light of the significant deficits in adaptive functioning, specifically decreased motivation, organization and initiation, these create stress for the child that is evident in behavioral difficulties and poor adaptation. It is important to note that the Global Assessment of Functioning measure is the least reliable indicator of functioning for children. Axis V is a gross