

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ANN KIMBALL WILES and STANLEY BOND,
individually and as next friend of
their son, BRYAN WILES-BOND, a minor,

    Plaintiffs,

v.                                    CV 04-00442 HG/BMK
                                      CV 05-00247 HG/BMK

DEPARTMENT OF EDUCATION, State of
Hawaii, and ALVIN RHO, in his
official capacity as West Hawaii
District Superintendent,

    Defendants.

_____/


VIDEOTAPED DEPOSITION OF BRYNA SIEGEL, Ph.D.

SAN FRANCISCO, CALIFORNIA

MONDAY, OCTOBER 15, 2007


ATKINSON-BAKER
COURT REPORTERS
(800) 288-3376
www.depo.com


Reported by: Leland Batara, CSR No. 3759

File No. A10877B

1  well --
2      A. Correct.
3      Q. -- to the higher educated people as to how
4  to train skills trainers?
5      A. Yes. They are sometimes present at my
6  trainings.
7      Q. And do you do that in Hawaii on an ongoing
8  basis?
9      A. I do it more on what I would describe as
10 an as needed basis, so that usually one of the
11 directors of special education for one of the
12 districts, or one of the autism content specialists
13 for one of the districts might come to me and say we
14 have a lot of new teachers this year, or we have a
15 lot of new ISCs this year, or we have a lot of new
16 everything this year, or this -- we think this would
17 be a good time to get everybody on the same page.
18 That kind of thing.
19         So it's more on an as needed rather than
20 any kind of regular or annual basis.
21     Q. Okay. So if there is an acknowledged need
22 for that kind of training, you can be brought in to
23 provide it; is that correct?
24     A. Correct.
25     Q. But if -- just to be clear about this.

1  You were not providing this type of training on the
2  Big Island in the years of 1999 through 2004; is
3  that correct?
4       A.  I have never done any training on the Big
5  Island.  I think that a couple of times people from
6  the Big Island have come to my trainings in Oahu.
7       Q.  I see.
8       A.  But I have never done any training in the
9  Big Island.
10      Q.  If you were asked to, is there anything
11 that would prohibit you from doing that?
12      A.  No.  I'd be glad to.
13      Q.  Would that be true of the other neighbor
14 islands as well, that you would be willing to go
15 over there and do training for skills trainers, so
16 the people who train skills trainers?
17      A.  I have done one training, I think, on
18 Maui.  Just in Maui.  But otherwise, it's all been
19 Oahu.
20      Q.  Do you know when the Maui training
21 occurred?  Was that one when Dr. Leaf had his pilot
22 program going on over there?
23      A.  I remember seeing Dr. Leaf's pilot
24 program, because the training there might have
25 actually been sponsored by the Autism Society, not