IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

## **DECLARATION OF STANLEY E. LEVIN**

I, STANLEY E. LEVIN hereby declare:

1. I am one of the attorneys of record in this case and make this declaration based upon my own personal knowledge.

2. Attached hereto as Exhibit 1 are true and correct copies of the the opinions of Dr. Daniel LeGoff from his evaluation of Bryan Wiles Bond in June 2005.

3. Attached hereto as Exhibit 2 are true and correct copies of the opinions of Dr. Daniel LeGoff from his evaluation of Bryan Wiles Bond in June 2007.

4. Attached hereto as Exhibit 3 are true and correct copies of the opinions of Dr. Daniel LeGoff regarding the additional costs for educational and

other services for Bryan Wiles Bond prepared by Dr. LeGoff in December 2005.

   5. Attached hereto as Exhibit 4 are true and correct copies of the opinions of Dr. Betty Jo Freeman from her evaluation of Bryan Wiles Bond and Defendant's experts in July 2006.

   6. Attached hereto as Exhibit 5 are true and correct copies of the opinions of Dr. Betty Jo Freeman from her evaluation of Bryan Wiles Bond through interviews of his parents and teachers in May 2007.

   I declare under penalty of perjury the foregoing is true.

   DATED: Honolulu, Hawai'i, August 8, 2008.

          /s/ STANLEY E. LEVIN

          _____
          STANLEY E. LEVIN