# Daniel B. LeGoff, PhD
Licensed Psychologist
Developmental Neuropsychologist

## Neurodevelopmental Evaluation

**Name:** Bryan Wiles-Bond   **DOB:** 10/28/91   **Dates of Evaluation:** 06/17/05, 06/18/05

**Referral Source:** Bryan was referred for this evaluation by his parents, Dr. Stanley Bond and Ms. Ann Kimball "Kim" Wiles, based on the recommendation of the Wiles-Bond attorneys, Davis Levin Livingston Grande.

**Sources of Information:** Extensive educational, behavioral and legal/procedural documentation regarding Bryan's individualized education plan was reviewed, including records of academic progress and present levels of performance for Bryan's entire educational history. Bryan was observed and tested at home, in Benicia, CA, and his mother was interviewed regarding his current functioning and his current educational and related services. He was also observed and interacted with in his classroom at the Keystone School in Alicante, CA, as well as during transportation to school in his family's mini-van. Educational and administrative staff at Keystone were interviewed, and current educational progress reports and working educational documents were reviewed. Bryan's mother completed the Gilliam Autism Rating Scale (GARS) and the Vineland Adaptive Behavior Scales, and Bryan completed the following battery of tests:

- Leiter International Performance Scale – Revised;
- Autism Diagnostic Observation Schedule (ADOS), Module 2;
- Test for Auditory Comprehension of Language, Third Edition (TACL-3);
- Expressive One-Word Picture Vocabulary Test (EOWPVT).

Note that the TACL-3 and EOWPVT were modified for Bryan, allowing for ASL responses.

**Background:** Bryan is a thirteen and a half year old special needs student who lives in an intact family home with his parents, and older brother Will. He was born at full gestational age and without complications in Florida. He was noted to have significant speech-language and other developmental delays, and was diagnosed with both Pervasive Developmental Disorder (not otherwise specified) and Attention Deficit Hyperactivity Disorder at age two years. This diagnosis was formally revised to Autistic Disorder at age six. Bryan received early intervention and special education services in Florida, and then Maryland, where the family moved when he was six years old. During one year in Maryland, Bryan received intensive specialized educational services, based on the Applied Behavior Analytic model of early childhood intervention for autism, including interventions designed to improve communication, decrease stereotyped and other interfering behaviors, and to improve independent toileting skills. He was making good progress on all targeted goal areas, when the family relocated to Hawaii, due to Bryan's father's employment (Bryan's father is an environmental scientist with the Park Service).

There is extensive documentation with regard to the family's subsequent difficulties in obtaining and sustaining appropriate educational and related services in order to meet Bryan's educational needs in Hawaii, where the family resided from 1999 (CA: 7 years) until December of 2004 (CA: 13 years). The

---

105 South Princeton Ave. Wenonah, NJ 08090 dlegoff@aol.com


EXHIBIT 1

Bryan Wiles-Bond                                                                                           2

family subsequently moved from Hawaii to their current home in Benicia, CA, where they have enrolled Bryan in a private special needs school, which has a classroom for adolescent children with autistic disorders, and which utilizes best practice methodologies of instruction and behavior change.

Based on a review of the documentation provided, there appear to have been a number of educational insufficiencies which resulted in due process action by Bryan's parents. Repeated procedural hearings document that there were continuing problems with fully implementing Bryan's IEP, including not providing staff trained in American Sign Language (ASL) which was Bryan's main mode of communication: inadequate direct-care staffing in terms of program aides who were implementing Bryan's educational, communication and behavioral programs ("skills trainers,"); lack of qualified speech-language pathologists; and lack of supervision of services by qualified autism consultants.

Despite these inadequacies, there were a number of competent specialists involved, and Bryan did receive a number of appropriate services. In particular, Dr. Dru Copeland and Dr. Kim Smalley both provided oversight and input regarding Bryan's program. During the times when Bryan was receiving close to his recommended levels of services, he appeared to make excellent progress. Unfortunately, consistent with what is known about the educational process involving children with autism, when there were gaps and inconsistencies in the services provided, Bryan tended to regress quickly. There is considerable documentation to indicate that key problematic areas in Bryan's daily functioning were exacerbated by inadequate staffing and implementation of a structured daily program, including: toileting and inappropriate voids (purposeful inappropriate urination); pica (ingestion of nonfood items); tantrums, property destruction and aggression; stereotyped behaviors; task-avoidance (noncompliance); and communication deficits.

The assessment and intervention report provided by Dr. Smalley in 08/04 does reflect best practice methodology, in terms of appropriate modifications and supports, given the skill deficits and interfering behaviors which were evident at that time. As Dr. Smalley, noted, however, on page 21 of her report "... The issue is implementation ..." Prior educational results utilizing ABA-based methods of instruction (e.g. Discrete Trials) had indicated that Bryan responded well to high levels of repetition, consistent use of effective reinforcers (i.e. rewards for positive compliance and task completion), and consistency of rules and visual-guides (i.e. utilization of TEACCH-based principles in the daily routine and lay-out of the classroom and instructional materials).

According to educational records, Bryan's program did not have adequate oversight provided by staff trained in best practice methods of instruction, and there was not consistent implementation of an appropriate curriculum, from Bryan's arrival in Hawaii in 1999, until approximately 10/02. During that time, his IEP present-levels of educational performance (PLEPs) were virtually unchanged, indicating minimal, if any change. Dr. Dru Copeland was subsequently recruited to oversee his educational program, and between 10/02 and 12/03 (14 months), there appears to have been a reasonable level of program integrity, and Bryan made excellent progress, both behaviorally and academically. He rapidly learned both ASL gestures as well as sight words, improved in self-regulated toileting, improved in educational task compliance with decreased frequencies of disruptive behaviors, and decreased aggression and property destruction.

During this time, Bryan was being presented with ASL gestures in conjunction with sight words which were designed to facilitate learning to communicate his needs and wants (particularly food items). There was a seven-step discrete trial procedure implemented which began with having Bryan pair pictures with words (e.g. photo of pizza with written word "Pizza,") moving towards step 7, during which Bryan was asked to provide the ASL gesture for a written word (e.g. gesture for "Pizza" in response to written word "Pizza,"). There was an 8th step added later, in which an ASL adjective or demand was paired with the noun (e.g. "Want pizza," or "Pizza good." There were also trials in which Bryan responded to visual cues and labeled pictures with nouns, verbs and adjectives (e.g. "swimming," "waves," and "happy,"). Long lists of functional gestures, sight words and picture-labels were recorded, indicating 60 to 100% mastery, with most word/gesture trials at 100%. The total number of mastered ASL gestures was at least 150 in mid-2003, and Bryan had mastered and could functionally use about 15 sight words.

Bryan Wiles-Bond                                                                                                                3

In December of that year, Bryan's program began to fall apart. There were staffing problems, and Ms. Wiles reported that Dr. Copeland was "giving up on keeping the program together." By the Fall of 2004, there was evidence of significant behavioral and educational regression. At that time, Bryan was attending Kealakehe Intermediate. His inappropriate void rate (urinating in order to avoid tasks or as a form of aggression towards staff) was up to 18 times per day. He physically hurt an aide in his classroom, and he began a novel inappropriate behavior, smearing feces.

In part, due to communication frustration, Bryan stopped using his ASL gestures for functional communication, and tended to repeat only a limited number of signs – usually food items, or requests to use the bathroom which was often a tactic to avoid educational tasks. As noted by Dr. Smalley, most staff working with Bryan at that time were not fluent in ASL and consequently were not able to "model communication." Consequently, Bryan's communication regressed from phrases to single words, and eventually, he communicated more through inappropriate behaviors and aggression. Bryan no longer showed any sight-word proficiency and his ASL gestures were down to less than 50.

In his current program, Bryan has been introduced to a Picture Exchange Communication System (PECS). The PECS icons have been systematically paired with ASL gestures in order to provide an additional avenue of communication. Some peer-based mentoring and modeling has also been introduced. Bryan has increased social communication with peers, and has shown a significant increase in peer and staff-directed eye contact and nonverbal communication, as well as appropriate social responsiveness and ASL-based communication. He has recently started the "Handwriting without Tears," program, and he follows a visual picture schedule designed to increase independent learning.

**Observations:** Bryan presented as a tall and mildly overweight prepubescent 13 year old, with long blonde hair, and an eager, but chaotic manner. My first meeting of him was in the family minivan, which his mother was driving, and we interacted a little on the way to Bryan's school. During the trip, he gulped down bottled water, and then signed and vocalized to indicate that he wanted to stop. At one point, he suddenly started signing rapidly for ice cream, and then hit the window, indicating a small strip mall. His mother later determined that some staff had previously taken him there for ice cream on the way to school, and to use the bathroom. His mother stopped at a restaurant for a rest stop, and I accompanied Bryan to the bathroom. After using the toilet, Bryan moved quickly to the sink, but then began rubbing a large amount of soap onto his hands, and then over his face and into his eyes. He responded to redirection and stopped rubbing the soap on his face, but his eyes were clearly irritated. His mother reported that his was a frequent behavior and his staff and parents need to be careful to keep him away from liquid soap. During the trip and through the rest of the afternoon, Bryan continued to rub at his face and eyes, repeatedly rubbing saliva and mucus from his nose into his eyes. He urinated frequently, both at school and at home, and did it once inappropriately, while seated at a desk at school. His school staff quickly took him to get changed, and brought him back to his desk. Bryan also attempted to disrobe while at school, and this behavior was blocked. Bryan did disrobe at home, down to just his shorts, but his mother did not object: "We've learned to pick our battles." Bryan made good eye contact, and was playful and affectionate with both his mother and staff, and was easy to engage in activities, at least briefly. During the testing, Bryan often got up from the table, and wandered off to play, but could be brought back to the table with a reinforcer, or by encouragement from his mother.

At Bryan's school, the director, Betti Colucci, was interviewed, as was his teacher, Kim Bowen, and his senior behavior specialist, Dana Jeffery. In the classroom, there was clearly some transition going on, and many of the educational supports and instructional methodologies were apparent, but were not being used. Bryan did appear to have an excellent rapport with his classroom staff, and they were able to communicate effectively with him using ASL. When required to sit and do a discrete trial task, Bryan attempted to leave, threw his materials on the floor, and when re-directed verbally, shrieked loudly, and as noted above, wet himself. Staff reported that he will sometimes escalate to biting himself on the hand, and there was some scarring in two areas on his left hand resulting from repeated hand biting. He also stomps his feet, but he has not been aggressive towards staff or other students. At times, Bryan was noted to accompany his ASL gestures with whispered vocalizations, some of which was discernible as words.

Bryan Wiles-Bond                                                                                                       4

Verbal word approximations and babbling is something relatively new for Bryan, and he tends to exhibit this when asking for things he wants (manding), especially food items.

Functional communication remains primarily in the form of mands (requests), with mostly single-gestures and few phrases. His gestures have become somewhat distorted and idiosyncratic (i.e. not standard format), and he often repeats signs out of context (stereotyped, repetitive behavior). Bryan is not toilet trained at night, and Ms. Wiles reported that they must keep Bryan's door locked at night as he tends to get up in the night, wander around the house and gets into things. He may also leave the house if not kept locked in. Following the testing, Bryan was allowed some free time, during which he roamed around the house moving furniture, yelling, and generally being rather disruptive and chaotic (but cheerful). Later, he requested spaghetti, and his mother brought him his preferred meal: Corn Flakes, spaghetti sauce, and parmesan cheese. Bryan dumped the cereal directly onto the table, poured sauce and cheese over this, and then consumed it voraciously with his bare hands. Luckily, he wasn't wearing much, and was easily washed down afterwards.

**Neurodevelopmental Assessment:**

---

**ADOS Module 2**

**Algorithm for DSM-IV/ICD-10 Autism Diagnosis**

Communication                                                                    Score

   Amount of Social Overtures/Maintenance of Att'n       -       1
   Stereotyped/Idiosyncratic Use of Words or Phrases    -       2
   Conversation                                                              -       2
   Pointing                                                                        -       0
   Gestures                                                                       -       1
                         Communication Total                          -       6
   *(Autism cut-off = 5, Autism Spectrum cut-off = 3)*

Reciprocal Social Interaction

   Unusual Eye Contact                                                 -       1
   Facial Expressions Directed to Others                      -       0
   Spontaneous Initiation of Joint Attention                 -       1
   Quality of Social Overtures                                       -       1
   Quality of Social Response                                       -       0
   Amount of Reciprocal Social Interaction                -       2
   Overall Quality of Rapport                                       -       1
                         Social Interaction Total                        -       6
   *(Autism cut-off = 6, Autism Spectrum cut-off = 4)*

                  Communication + Social Interaction Total    -    12
                  *(Autism cut-off = 12, Autism Spectrum cut-off = 8)*
Note: *Clear evidence of autistic feature = 2, some evidence = 1, no evidence = 0.*

ADOS Classification: Autistic
DSM-IV Classification: Autistic Disorder

---

The ADOS results confirm the long-standing diagnosis of Autistic Disorder. Although the diagnostic algorithm is fairly low overall – just at the Autism cut-off score of 12 – note that the repetitive and stereotyped behaviors are not taken into account in this algorithm (due to lack of inter-rater reliability for

Bryan Wiles-Bond                                                                                       5

these diagnostic features). Bryan scored very high on these scales, however, with a score of 2 (clear evidence) on all three items: Unusual sensory interest in play material/person; Hand and finger and other complex mannerisms; and Unusually repetitive interests or stereotyped behaviors. The clinical impact of these severe repetitive behaviors and perseverative tendencies significantly adds to the overall disabling quality of Bryan's autistic pathology. Social responsiveness appears to be a relative strength for Bryan, and as noted above, he shows both preferential attachments, and appropriate social affection with both family members and familiar adults.

**GARS Summary**
Autism Quotient = 98 (45th percentile)

| Subtests | Raw Score | Scaled Score | Percentile |
| --- | --- | --- | --- |
| Stereotyped Behaviors | 19 | 10 | 50 |
| Communication | 31 | 14 | 91 |
| Social Interaction | 18 | 7 | 16 |
| Developmental Disturbance | 4 | 8 | 25 |

The GARS scores also confirm the presence of significant autistic pathology, with more clear evidence of autistic communication deficits, and relatively milder impact on social development and overall developmental disturbance. The presence of stereotyped behaviors was in the average range compared with other children diagnosed with autism.

**Leiter-R Visualization and Reasoning Battery Summary**

| Index | Standard Score | Percentile | Index | Standard Score | Percentile |
| --- | --- | --- | --- | --- | --- |
| Brief IQ Screener | 54 | < 1 | Fluid Reasoning | 58 | < 1 |

| Subtest | Scaled Score | Subtest | Scaled Score |
| --- | --- | --- | --- |
| Figure Ground | 4 | Sequential Order | 4 |
| Form Completion | 3 | Repeated Patterns | 2 |

The Leiter-R results indicate that Bryan has nonverbal reasoning and visual-spatial problem-solving abilities in the mild to moderate range of impairment. As noted by the American Psychiatric Association:

> *Most individuals with this level of Mental Retardation acquire communication skills during early childhood years. They profit from vocational training, and with moderate supervision, can attend to their personal care. They can also benefit from training in social and occupational skills but are unlikely to progress beyond the second-grade level in academic subjects. They may learn to travel independently in familiar places. During adolescence, their difficulties in recognizing social conventions may interfere with peer relationships. In their adult years, the majority are able to perform unskilled or semiskilled work under supervision in sheltered workshops or in the general work force. They adapt well to life in the community, usually in supervised settings."* (DSM-IV-TR, APA 2000) p. 43.

Bryan Wiles-Bond                                                                                                      6

| Vineland Adaptive Behavior Scales Summary | | | |
|---|---|---|---|
| | Standard Score | Percentile | Age Equivalent |
| Communication Domain | 24 | <1 | 1:2 |
| Receptive | | | 1:10 |
| Expressive | | | 1:9 |
| Written | | | 7:5 |
| Daily Living Skills Domain | <20 | <1 | 2:9 |
| Personal | | | 3:5 |
| Domestic | | | 2:0 |
| Community | | | 1:5 |
| Socialization Domain | 29 | <1 | 2:2 |
| Interpersonal Relationships | | | 1:11 |
| Play and Leisure Time | | | 1:10 |
| Coping Skills | | | 3:3 |

The Vineland scores reported above reflect actual daily functioning as opposed to cognitive potential, and as can be seen from the summary above, the scores are significantly lower than his assessed nonverbal abilities. The Vineland scores are generally in the Severe (IQ level 20 – 25 to 35 – 40) and Profound (IQ level below 20 or 25) range, compared with his Leiter-R scores, which were in the Moderate (IQ level 35 – 40 to 50 – 55) or Mild (IQ level 50 – 55 to approximately 70) mental retardation range.

| TACL-3 Summary | | | |
|---|---|---|---|
| TACL-3 Quotient = 42 (<1 percentile) AE = <3:0 | | | |
| Subtests | Raw Score | Std. Score | Age Equivalent |
| Vocabulary | 12 | 1 | 3:0 |
| Grammatical Morphemes | 0 | 1 | <3:0 |
| Elaborated Phrases & Sentences | 0 | 1 | <3:0 |

The TACL-3 results reported above indicate that Bryan's current receptive language comprehension is very low, with a single-word receptive vocabulary equivalent to approximately a three year old level, and with virtually no comprehension for spoken phrases or sentences. Bryan can follow familiar instructions and does recognize many ASL instructions and questions, but has much more limited comprehension of sequences of gestures or spoken words.

Bryan's score on the EOWPVT using ASL was also very low, with a raw score of only 13, which resulted in standard score of less than 55 (Age equivalent = 1:7). Compared with age norms, then, his current functional expressive vocabulary is equivalent to that of a 19 month old. This is considerably lower than his previous academic records indicated, with actual records of discrete trial sessions showing evidence of a functional expressive vocabulary over the three year level.

Bryan Wiles-Bond                                                                                              7

**Diagnosis:**

| | | |
|---|---|---|
| Axis I - | 299.00 | Autistic Disorder. |
| Axis II - | 318.0 | Moderate Mental Retardation. |
| Axis III - | | Asthma. R/O Polydipsia. |
| Axis IV - | | Communication and adaptive coping deficits. |
| Axis V - | | GAF = 50 (current)   GAF = 50 (high for past year) |

**Conclusions and Recommendations:**   Bryan is a healthy and very likeable thirteen year old special needs student who was referred for an assessment by his parents to help with educational and treatment planning, and to assess progress. There is clear evidence from past records that Bryan has benefited significantly from sustained, structured educational and behavioral interventions. Unfortunately, due to inconsistencies of staffing and availability of qualified educational consultants, Bryan's educational program has not been consistently implemented, and as a result, his current functioning is much lower than it might be. In particular, Bryan currently exhibits a number of interfering behaviors which have emerged and have become entrenched, well-established inappropriate coping strategies in the context of a lack of sustained behavioral intervention and staff training in responding to these behaviors. Although Bryan's current education setting appears to be an improvement over inadequately staffed and poorly coordinated settings in the past, there continue to be problems with staffing, implementation and oversight.

With reference to previous documentation, in addition to regression of interfering behaviors (self-biting, inappropriate urination, noncompliance, menacing behavior, excessive water intake), there appears to have been a significant and sustained regression in adaptive coping, self-directed learning and functional communication. Bryan's current adaptive skill levels, based on the Vineland, are well below his measured cognitive potential, assessed using the Leiter-R. His functional expressive and receptive vocabulary are also significantly below his capacity to learn to communicate, as is suggested by both his nonverbal IQ, as well as by records indicating his past functional vocabulary (over three-year level).

Based on my observations of Bryan, and his responding to the test items, it is clear that his capacity to learn is significantly affected by a number of interfering factors, most of which appear to be amenable to behavioral intervention. Similar interfering behaviors are quite common in children with autistic disorders, and these children benefit significantly from implementation of in-home and in-school positive behavioral support strategies, and functional communication training (cf. National Research Council, 2001, *Educating Children with Autism*). Bryan's relative strength in the area of social responsiveness and positive attachments, as well as his higher visual-spatial reasoning skills (Leiter-R IQ of 54), suggest that he could have benefited significantly from sustained implementation of best practice methods of instruction and behavioral intervention, however, his current functioning level is considerably lower than would be expected.

It appears to be an unavoidable conclusion that the current high rate of interfering behaviors (self-injury, toileting and inappropriate voids, task avoidance) reflect a learning history in which these behaviors were not adequately addressed. Similarly, Bryan's severe communication and adaptive self-care deficits reflect a lack of consistent implementation of appropriate communication and behavioral support strategies, severely limiting his functioning and independence. Bryan's parents are currently not able to provide an adequate level of supervision or behavioral intervention for Bryan, and have resorted to overly restrictive methods in order to ensure his safety (locking him in his room at night), and allowing inappropriate behaviors (disrobing, inappropriate eating) in order to ensure their own safety. Educational documentation from Hawaii suggests that Bryan's educational and behavioral progress has long suffered from inadequate levels of intervention for autistic behaviors which have interfered with his learning and development, and which have made it increasingly difficult to educate and care for Bryan.

It seems unlikely that Bryan will be able to improve his adaptive and communication skills to a level commensurate with his potential without a significant increase in the intensity of his current educational services and program. This might need to include residential placement, in order to ensure

Bryan Wiles-Bond                                                                                        8

his safety and to implement adequately intensive life-skills and communication training. It is recommended that Bryan's educational program be developed and monitored by a team of qualified educational professionals with training and expertise in the area of educating children with autism. The team should include an experienced and fully qualified autism behavior specialist (preferably, a certified behavior analyst). The team should consider utilization of a whole-language approach, with a focus on pivotal skills and natural environment strategies (cf. Koegel & Koegel, *Teaching Children with Autism*, Brookes Publishing). Bryan's progress should be reviewed against normative standards and benchmarks on at least an annual basis. If the current placement is continued, additional consultation, training and supervision may be required. In addition to current services, a home-based functional behavioral assessment and behavioral support services (implementation of a home-based positive behavioral support plan) should be considered, as well as a school-based FBA and PBSP. Community access and pre-vocational training are recommended. It is likely that Bryan will be undergoing pubertal changes soon, and there may be a need for additional assessment and intervention related to adolescent development issues.

_____
Daniel B. LeGoff, PhD
Licensed Psychologist (DE, HI, NJ, PA)
Developmental Neuropsychologist

04/25/06

# DANIEL B. LEGOFF, PHD
201 KINGS HIGHWAY SOUTH
CHERRY HILL, NJ 08034
(856) 616-6466  DLEGOFF@AOL.COM

## *CURRICULUM VITAE*

**Professional Experience**

| | |
|---|---|
| 12/05 - present | Licensed Psychologist, Developmental and Pediatric Neuropsychology<br>Center for Neurological and Neurodevelopmental Health<br>Cherry Hill, NJ |
| 12/03 – present | Adjunct Associate Professor<br>Drexel University<br>Department of Psychology<br>Philadelphia, PA |
| 03/03 – 12/05 | Vice President, Child and Family Services<br>Director, Developmental Neuropsychology<br>Bancroft Neurohealth<br>Haddonfield, NJ |
| 04/97 – 10/02 | Owner, *Dr. Dan, Inc.*, and *The Clinic*<br>Private practice, developmental disorders clinic<br>677 Ala Moana Boulevard, 6th Floor<br>Honolulu, HI |
| 01/98 – 10/02 | Associate Clinical Professor<br>Department of Psychiatry, Child and Adolescent Division<br>John Burns School of Medicine<br>University of Hawaii<br>Honolulu, HI |
| 06/98 – 10/02 | Consulting neurodevelopmental specialist, State of Hawaii:<br>- Department of Education<br>- Department of Health – Developmental Disabilities Branch<br>- Department of Health – Child and Adolescent Mental Health |
| 06/98 – 10/02 | Consulting neuropsychologist, Commonwealth of the Northern Mariana Islands and Republic of Guam:<br>- Public School System<br>- Public Health System, Children's Mental Health Division |
| 08/97 – 10/02 | Autism consultant, private special needs schools, Honolulu, HI:<br>- Academy of the Pacific<br>- ASSETS School<br>- Variety Club School of Hawaii |

Daniel B. LeGoff, PhD – *Curriculum Vitae*                                          2

**Professional Experience,** *continued*

| | |
|---|---|
| 06/99 – 09/02 | Clinical Director<br>Autism Clinic and Biopsychosocial Programs<br>CARE-Hawaii, Inc.<br>Honolulu, HI |
| 06/98 – 09/02 | Adjunct Associate Professor<br>Argosy University<br>Honolulu, HI |
| 12/96 – 12/97 | Staff Psychologist<br>State of Hawaii, Department of Health<br>Child and Adolescent Mental Health Division<br>Honolulu, HI |
| 09/88 – 08/94 | Assistant Professor<br>Simon Fraser University<br>Department of Psychology<br>Vancouver, BC |
| 09/91 – 08/94 | Clinical Counselor<br>Clinical Psychology Center<br>Simon Fraser University<br>Vancouver, BC |
| 09/91 – 08/94 | Clinical Therapist<br>University of British Columbia<br>University Hospital<br>Vancouver, BC |
| 09/86 – 09/88 | Lecturer<br>Simon Fraser University<br>Department of Psychology<br>Vancouver, BC |
| 09/84 – 08/86 | Research Consultant<br>University of Manitoba<br>University Medical Center<br>Department of Psychiatry<br>Winnipeg, MB |

Daniel B. LeGoff, PhD – *Curriculum Vitae*                                      3

**Refereed Journal Affiliations**

*Journal of Autism and Developmental Disorders*
Editorial Board Member

*Journal of Cognitive Neuroscience*
Editorial Board Member

*Autism; International Journal of Research and Practice*
Peer reviewer

*Focus on Autism*
Peer Reviewer

*Journal of Child Neurology*
Peer reviewer

**Clinical Training**

06/04    Clinical and research certification, Autism Diagnostic Observation
         Schedule (ADOS) and Autism Diagnostic Interview – Revised (ADI-R)
         UMACC, University of Michigan
         Ann Arbor, MI
         Supervisor: Catherine Lord, PhD

03/98 – 06/99    Post-doctoral Fellow
                 Hawaii Center for Autism Spectrum and Developmental Disorders
                 Honolulu, HI
                 Supervisor: William Bolman, MD

09/95 – 09/96    Post-doctoral Fellow (APA Accredited)
                 Queen's Counseling and Clinical Services
                 Queen's Medical Center
                 Honolulu, HI
                 Supervisors: Jean Adair-Leland, PhD, James Bibb, PhD

09/94 – 09/95    Pre-doctoral Resident (APA Accredited)
                 Queen's Counseling and Clinical Services
                 Queen's Medical Center
                 Honolulu, HI
                 Supervisors: Jean Adair-Leland, PhD, Carol Nowak, PhD

09/90 – 08/91    Pre-doctoral Resident (APA Accredited)
                 Northwestern University Medical Center
                 Chicago, IL
                 Supervisor: Laura Humphrey, PhD

06/87 – 09/89    Practicum Student (APA and CPA Accredited)
                 Rehabilitation Hospital
                 Worker's Compensation Board & Victim's Assistance Program

Daniel B. LeGoff, PhD – *Curriculum Vitae*                                                    4

|  |  |
|---|---|
|  | of British Columbia<br>Vancouver, BC<br>Supervisor: Marilyn Bowman, PhD |

**Education**

| 01/96 | Doctor of Philosophy in Clinical Psychology<br>Department of Psychology<br>Simon Fraser University<br>Vancouver, BC |
|---|---|
| 06/89 | Master of Arts in Clinical Psychology<br>Department of Psychology<br>Simon Fraser University<br>Vancouver, BC |
| 06/85 | Bachelor of Arts – Honours in Psychology<br>Department of Psychology<br>University of Winnipeg<br>Winnipeg, MB |

**Licensure, Memberships, and Awards**

| 08/03 – present | State of New Jersey<br>Licensed Psychologist (*35SJ00409600*) |
|---|---|
| 07/03 – present | State of Delaware<br>Licensed Psychologist (*BI–0000664*) |
| 04/03 – present | Commonwealth of Pennsylvania<br>Licensed Psychologist (*PS015392*) |
| 04/97 – present | State of Hawaii<br>Licensed Psychologist (*PSY-596*) |
| 06/98 | National Research Award in Post-Graduate Medicine<br>American Psychiatric Association |
| 06/97 – present | National Register of Health Service Providers in Psychology<br>(*44381*) |
| 01/96 – present | Fellow of the American Psychological Association |
| 09/87 | Research Fellowship<br>Medical Research Council of Canada |
| 09/86 | Research Fellowship<br>Natural Sciences and Engineering Research Council of Canada |
| 06/85 | Governor General's Gold Medal Award<br>University of Winnipeg, Winnipeg, MB |

Case 1:04-cv-00442-ACK-BMK     Document 557-3     Filed 08/11/2008     Page 13 of 15
Case 1:04-cv-00442-AC. BMK     Document 408-3     Filed 01. 4/2008     Page 13 of 15

Daniel B. LeGoff, PhD – *Curriculum Vitae*                                          5

**Publications and Presentations**

Levin, S.L., LeGoff, D.B., Rodak, K.L., Raines, D. & Platek, S. (2006). *Social functioning and maladaptive behavior scores predict performance on theory of mind tasks in children with Asperger's Syndrome.* International Neuropsychological Society Conference, Boston, MA (02/04/06).

Rodak, K.L., Raines, D.M., LeGoff, D.B., Levin, S.L., Panyavin, I.S., & Platek, S. (2006). *Impact of autistic spectrum pathology on self-face recognition: A pilot study on children with Asperger's Syndrome.* International Neuropsychological Society Conference, Boston, MA (02/04/06).

LeGoff, D.B. (2005). Manual for implementation of LEGO) -based social skills intervention. London, UK: Jessica Kingsley Publishing.

LeGoff, D.B. (2005). Reliability and validity of the Gilliam Autism Rating Scale Focus on Autism and Other Developmental Disabilities.

LeGoff, D.B. & Sherman, M. (2005). Long-term outcome of social skills intervention based on Interactive LEGO) play . Autism, 10(4), 1 - 31.

LeGoff, D.B. (2004). *Working with children with autism in research settings.* Workshop for Drexel University, Departments of Psychology and Biomedical Engineering, Philadelphia, PA.

LeGoff, D.B. (2004) *Using LEGO® to enhance social and communication skills.* Workshop for Philadelphia Public School System, Philadelphia, PA.

LeGoff, D.B. (2004). *LEGO®-based group therapy for social skills.* Workshop for Pennsylvania Occupational Therapy Association, Philadelphia, PA.

LeGoff, D.B. (2004). Bridging the gap: Behavior analysis and neurobiology. Innovations, 17:1, (12 – 14).

LeGoff, D.B. (2004). *Assessment to Practice: Mental health evaluations as part of the IEP.* Workshop for Philadelphia Public School System, Philadelphia, PA (12/15/04).

LeGoff, D.B. (2004). *Cognitive-Behavioral or Behavioral-Cognitive? Some thoughts on the complexities of doing effective therapy.* Bancroft Autism Conference, Philadelphia, PA.

LeGoff, D.B. (2004). *Enhancing social and communication skills in autism-spectrum children.* Bancroft Autism Conference, Philadelphia, PA.

LeGoff, D.B. (2004). Use of LEGO® as a therapeutic medium for improving social competence. Journal of Autism and Developmental Disabilities, 34, 557 - 571.

Peck, J., LeGoff, D.B., Achmed, I. & Goebert, D. (2003). The cognitive effects of exogenous melatonin administration in the elderly. American Journal of Geriatric Psychiatry.

Daniel B. LeGoff, PhD – *Curriculum Vitae*                                                       6

Stern, J.D. & LeGoff, D.B. (2001). *Communication Frustration: Developing a general model of assessment and intervention.* Pac-Rim Conference on Developmental Disabilities, Honolulu, HI.

LeGoff, D.B. (2001). What to do when someone has a seizure. The Clinic Newsletter, 2:1, CARE-Hawaii, Honolulu, HI.

LeGoff, D.B. (2000). LEGO® Therapy. The Clinic Newsletter, 1:3, CARE-Hawaii, Honolulu, HI.

LeGoff, D.B. (2000). *Understanding and evaluating treatment approaches for autism spectrum disorders.* Autism Society of Hawaii, Kapiolani Medical Center, Honolulu, HI.

LeGoff, D.B. (2000). Greenspan's *Floortime* approach to structured play. The Clinic Newsletter, 1:2, CARE-Hawaii, Honolulu, HI.

LeGoff, D.B. (1999). Autism and related disorders: A guide for parents. The Clinic Newsletter, 1:1.

LeGoff, D.B. (1998). *Asperger's Syndrome.* Autism Society of Hawaii, Honolulu, HI.

LeGoff, D.B. (1997). It don't mean a thing if it ain't got that swing. Contemporary Psychology, 42, 1099 – 1100.

Bauslaugh, T., Davis, C.M. & LeGoff, D.B. (1996). Electrophysiological measurement of salivation to food: A new measure of hunger? Canadian Psychology, 62, 302 – 312.

LeGoff, D.B. & Davis, C.M. (1994). *Electrophysiological measurement of salivary response to food as a function of diet variability and dietary restraint.* Canadian Psychological Association Conference, Kelowna, BC.

LeGoff, D.B., Bauslaugh, T.M., & Davis, C.M. (1993). *Measuring human salivary activity non-invasively: Electrophysiological recording of the parotid gland.* Canadian Psychological Association, Montreal, PQ.

LeGoff, D.B. (1989). Provincial Task Force Report on Eating Disorders, Vol. 2: Research Director's Report. Ministry of Health, British Columbia, Victoria, BC.

LeGoff, D.B. (1989). Provincial Task Force Report on Eating Disorders, Vol. 3: Treatment Outcome and Best Practices. Ministry of Health, British Columbia, Victoria, BC.

LeGoff, D.B. (1989). Provincial Task Force Report on the Status of De-Institutionalized Mental Health Patients, Vol. 2: Research Director's Report. Ministry of Health, British Columbia, Victoria, BC.

LeGoff, D.B., Cox, D., Beyerstein, B., & Krane, W. (1989). Hunger, restraint and diet variability. Appetite, 12, 16 – 29.

LeGoff, D.B. & Spigelman, M.N. (1989). *Cephalic phase response to food as a function of preparedness: A physiological model of binge-eating.* Canadian Psychological Association Conference, Toronto, ON.

000006

Daniel B. LeGoff, PhD – *Curriculum Vitae*                                                                              7

LeGoff, D.B., Spigelman, M.N., & Leicher, P. (1988). Salivary response to olfactory food stimuli in anorexics and bulimics. Appetite, 11, 15 – 25.

LeGoff, D.B. & Spigelman, M.N. (1987). Salivary response to olfactory food stimuli as a function of dietary restraint and body weight. Appetite, 8, 29 – 25.

LeGoff, D.B. & Spigelman, M.N. (1986). *Measuring salivary response to food in human subjects*. Canadian Psychological Association Conference, Montreal, PQ.

000007