B. J. Freeman, Ph.D.                                                          1
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:   10/28/1991

DATES OF REPORT: 07/22/06, 07/23/06, 07/24/06, 07/25/06 and 07/26/06

REASON FOR REFERRAL: Bryan is a 14-year, 9-month-old young man referred by his
father, Dr. Stanley Bond, and mother, Ms. Kimberly Wiles, and by his attorney, Mr. Carl
Varady of Hawaii.

REVIEW OF RECORDS:
    I.   Plaintiffs' Statement of Fact (02/22/06)
    II.   Plaintiffs' Motion for Summary Judgment (02/22/06)
    III.   Defendants' Motion for Summary Judgment (02/23/06)
    IV.   Defendants' Statement of Fact (03/10/06)
    V.   Plaintiffs' Opposition to III (03/10/06)
    VI.   Plaintiffs' Opposition to IV (03/17/06)
    VII.   Motion To Enforce Doctrine of Issue (04/24/06)
    VIII.   School Records:
        a)  Interim IEP 09/08/99
        b)  IEP 10/17/99
        c)  IEP 01/28/02
        d)  IEP 05/21/02
        e)  IEP 11/18/02
        f)  IEP 11/25/03
        g)  IEP 01/09/04
        h)  IEP 02/06/04
        i)  IEP 07/21/04
        j)  IEP 08/16/04; 08/25/04
        k)  IEP 11/29/04
    IX.   Institute for Family Enrichment records (Vols. 1 & 2)
    X.   Hawaii Behavioral Health records
    XI.   Ala Kai Na Keiki, Inc. records (Vols. 1-4)
    XII.   Previous Reports:
        a)  Dr Richard S. Goka (06/26/06)
        b)  Dr Bryna Siegel (06/22/06)
        c)  Dr Daniel LeGoff (Neurodevelopmental Evaluation 06/17/05; Letter 12/13/05; Test
           Protocols 05/10/06)
        d)  Life Care Plan (Leukens)
        e)  Smalley Behavioral Assessment (08/18/04)
    XIII.   Dr. Sugai records
    XIV.   IEP notes received 07/26/06

EXHIBIT 4

B. J. Freeman, Ph.D.                                                                                          2
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

**Review of Previous Reports**

Richard S. Goka, M.D., Rehabilitation Specialist, and Bryna Siegel, Ph.D.:

Records and reports from Dr. Goka and Dr Siegel were reviewed in detail. These reports do not
rise to the standard of practice for assessment and thus should be considered opinions. As far as
Dr. Goka's report, it does not even have the correct age for Bryan. While this may appear to be
a minor item, it illustrates from the start a myriad of problems with his report. In addition, a
review of Dr. Goka's curriculum vitae does not evidence any experience with children with
autism spectrum disorders. Further, Dr. Goka formed his opinions without having seen Bryan.
Thus, he has no basis for his recommendations nor is he qualified to be critical of individuals
who have extensive experience working with children with autism spectrum disorder and who
observed Bryan for extended periods of time. As a result, Dr. Goka's report is not helpful in
determining Bryan's current level of functioning or what effect a lack of education has had on
his current performance.

Similarly, while Dr. Siegel does have extensive experience with children with autism spectrum
disorder, she is not a clinical psychologist. Further, in her report she provides extensive
criticism of Dr. Dan LeGoff's report (dated June 17 & 18, 2005) without providing references
to evidence in the scientific literature to support her criticisms. She does describe a 75-minute
observation that was conducted in the classroom and again makes sweeping and contradictory
statements about Bryan's functioning. Again Dr. Siegel's report does not meet best practice
guidelines for a comprehensive assessment. Dr. Siegel  presents no objective data nor does she
utilize multiple sources of information, but rather simply presents her opinion of a 75-minute
observation. As most professionals are aware, one may or may not see a child's behavioral
difficulties or how well the child is doing in one 75-minute observation. Dr. Siegel does not
provide details of her interview with school staff, and it is not clear if this was a separate
discussion or was part of the observation. In addition, in her report Dr. Siegel consistently
ignores the current scientific literature and quotes none of the literature to support her
conclusions. It is clear that this information was omitted because current research does not
support her opinion. In summary it is impossible to interpret Dr. Siegel's report as she makes
contradictory statements that are not based on objective data and do not reflect the widely held
opinion of the scientific community.

Daniel LeGoff, PhD, Kimberly Smalley, PhD, and Loretta M. Leukens:

On the other hand, the reports from Dr. LeGoff and from Dr. Smalley, a behaviorist, as well as
the life care plan developed by Ms. Leukens are in direct contrast to the two reports reviewed
above. In Dr. LeGoff's case, not only does he have extensive experience with children and
adolescents with autism spectrum disorders, it is also evident that he spent extensive time with
Bryan and with the parents. He also visited Bryan in the school and interviewed the school
staff. He obtained objective data and was able to integrate all of this information into his

B. J. Freeman, Ph.D.                                                                    3
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

report. Dr. LeGoff's report clearly represents the current standard of practice for psychological
assessments.

Dr. Smalley's report also represents the current standard of practice for a functional behavioral
assessment. This was conducted in 2004 prior to the family's departure from Hawaii. In the
case of Ms. Leukens, she too observed Bryan and interviewed the parents in addition to
reviewing the records. Her report defining Bryan's needs is in direct contrast to Dr. Goka's
opinions, which were formed without ever seeing Bryan and was not based on objective data.

**Review of Past Records:**
Bryan's past records also were reviewed extensively. The records reflecting the service logs
from the three agencies who were to provide skill trainers are not in chronological order. In
addition, there appear to be gaps in the records. It is not possible to determine if these gaps
reflect incomplete records or gaps in services. Records from the behavioral organizations
(Institute for Family Enrichment; Hawaii Behavioral Health; and Ala Kai Na Keiki, Inc.),
which were employed to provide skill trainers for Bryan while he was in Hawaii, indicate
consistent inconsistency in the provision of aides and in staff training. Throughout the
agencies' records as well as in the hearing officer's decisions, the school district readily
admitted that they did not have skill trainers for Bryan.  During the time when Bryan was
receiving "appropriate treatment" or "better treatment," his behavior improved. It is clear in the
report from Dr. Smalley, who was very close to the situation and who was employed by the
State Department of Education in Hawaii, that implementation of Bryan's program as defined
was never carried out appropriately. Every time there was a change in programming, Bryan
showed a regression. If additional records become available, this examiner will review them.

B. J. Freeman, Ph.D.                                                                                              4
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:   10/28/1991

---

DATES OF ASSESSMENT: 07/24/2006, 07/25/2006

MEASURES ADMINISTERED
*Vineland-II Adaptive Behavior Scales* (Parent and Teacher Rating Forms)
*Leiter International Performance Scale – Revised*
*Wechsler Preschool and Primary Scales of Intelligence – Third Edition* (selected subtests)
*Adaptive Behavior Assessment System II*
*Gilliam Autism Rating Scale – Second Edition*

ADDITIONAL SOURCES OF INFORMATION:
Developmental history
Observations at home and school
Interviews with parents; teachers and aides; Dr. Daniel LeGoff
IEP Attendance 07/24/2006

SUMMARY OF INTERVIEW WITH PARENTS:

**Medical and Developmental History:** Bryan is the younger of two children. He has an older
brother who is developing normally. Mother reports no problems during her pregnancy with
Bryan. Birth weight was 8 pounds, 6 ounces, and there was no concern for Bryan at birth. Early
motor milestones were normal with sitting unaided at 5 to 6 months and walking by 9 months
of age. Parents report that Bryan exhibited early developmental problems and had difficulties
with sleeping and eating, temper tantrums and destructive behavior.

Bryan is allergic to penicillin, amoxicillin, morphine and Risperdal. He has had several ear
infections and multiple courses of antibiotics. Immunizations are up to date. Results of both
EEG and MRI were normal. He was prescribed clonidine in 1993 and 1994 for sleep and
behavior. Since 1999 Bryan has been taking melatonin 4-5 mg at night for sleep and Benadryl
for sleep, and is given Advil as needed. He was prescribed Risperdal but this was discontinued
when he developed a cerebral pseudo tumor, which was found to be benign. Developmental
pediatrician diagnosed Bryan with autism in 2000.

Bryan continues to have difficulty falling asleep, and he is reported to still have eating issues in
that he eats too much. He continues to need assistance cleaning himself after bowel
movements. There are no hearing concerns. Gross and fine motor skills appear to be a relative
area of strength for Bryan. Parents report that Bryan showed a regression in speech, in reading
sight words, in toileting skills and in his overall responsiveness when they were in Hawaii,
where programs were not systematically implemented. Parents indicated that Bryan's difficulty
with communication is the most challenging aspect in raising him. In addition, Bryan requires
constant vigilance for safety.

B. J. Freeman, Ph.D.                                                                  5
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:   10/28/1991

---

**Language and Social History:** Parents report that Bryan babbled as an infant and communicated when he was wet or hungry. He began using single words at one year and short phases at 18 months of age. However, speech development was said to be slow and his speech was extremely difficult to understand. Bryan also communicated by pointing and pulling people to what he wanted and he has been responsive to American Sign Language (ASL). Bryan's speech is noted to have an unusual tone or pitch. He seldom speaks or communicates with sign unless spoken to, and at times he appears to have a language of his own. Spontaneous signing increase when Bryan is with someone who also signs.

In the area of social development, Bryan did not imitate waving "bye-bye" or playing baby games such as "pat-a-cake." He did not repeat words said to him, although this has recently changed. As a toddler he usually did what was asked of him and appeared to be developing some speech prior to moving to Hawaii. Parents report that Bryan always liked to be held and would often cling to them. He preferred playing with younger children, and still does not really play with peers his age. At times he appears to be in a world of his own. Parents also report that Bryan appears to hear distant or soft noises, and has an unpredictable response to sounds. He likes to look at himself in the mirror, likes looking at shiny objects, stares at parts of his body, i.e., his hands, seems to look at things out the corner of his eyes, plays with light switches, and is interested in small parts of objects.

In the area of play, parents report that very early on Bryan's interest in toys was extremely limited. As a toddler he had some interest in toys, but he continues to have very limited interest in activities and has difficulty organizing his leisure time activities. When asked to describe Bryan on the playground when he was younger, parents stated that he would be running around making sounds.

Additional sensory behaviors in the past include putting things in his mouth, spinning himself, lining up objects, chewing and eating inedible objects, flapping his hands, and running back and forth. In the past he also seemed to like things that vibrate. Currently, Bryan likes things that spin around, tends to over react as well as and under react to pain, becomes upset by transitions, tends to over respond to situations (such as with small dogs), and cries and laughs for no obvious reason. Bryan has a great deal of difficulty regulating his emotional responses. Once he begins to get upset and tantrums, he has difficulty calming himself down.

**Intervention and Educational History:** Bryan has attended a number of schools. (The reader is referred to the records for a detailed review/list of schools.) At age 7 Bryan transferred to Hawaii subsequent to the family's move there.  At this point began a long, complicated history of parents' attempts to obtain appropriate services for Bryan. (The reader is referred to the report by Dr. Dan LeGoff for details.)  The family moved to California in January 2005 and

B. J. Freeman, Ph.D.                                                                          6
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

Bryan began attending the Alicante Keystone School in Elmira, California, which is a
nonpublic school placement.

Parents expressed extreme frustration in the number of changes that have occurred in Bryan's
program over the past 18 months. For example, as noted, Bryan has had a total of nine different
teachers along with other staff. The only two consistent staff members have been his aide, Ms.
Uzoigye, and his speech therapist, Denise Grapes (both of whom sign).

Bryan is a client of the North Bay Regional Center. Parents receive respite care and after-
school care. However, parents are required to find the providers for these services but as a
result of Bryan's behavioral difficulties, they have been unable to find providers.

BEHAVIORAL OBSERVATIONS

**School Observation (07/24/2006):** Bryan was initially observed in his classroom for
approximately 1½ hours. During that time this examiner also spoke with Ms. Obi Uzoigye,
who is Bryan's one-to-one aide and who is fluent in sign language. Ms. Denise Grapes, his
speech therapist, was also interviewed along with his teacher, Ms. Carolyn Bottum.  At this
point, Bryan has had nine different teachers since beginning the program. Ms. Bottum has only
recently come into the classroom. On the day of this observation, Bryan's one-to-one aide had
an ear infection and had to leave the class. Therefore, Bryan was observed with another aide in
the classroom. Staff noted that Bryan works well with his regular one-to-one aide, Ms. Obi, but
has more difficulty with other aides.

During the hour-and-a half observation, the examiner observed a number of tasks being
presented. However, the majority of the tasks were noted not to be meaningful to Bryan and
were not functional. When Bryan was given a functional task, such as hanging up the clothes,
he performed it with no difficulty. Bryan did not consistently use his visual schedule on this
day. When asked why, the examiner was told that he uses it only inconsistently. The first task
observed involved matching words with pictures such as "pig" and "man."  Bryan performed
very inconsistently and reinforcement was not delivered in a consistent manner. The second
task involved hanging up clothes, which Bryan did very nicely with no difficulty and he did not
require prompts to complete this task. He was then told to wash his face and brush his teeth. (It
is notable that these tasks were taught out of sequence, as the logical time for Bryan to brush
his teeth and wash his face would be after he has eaten.)

At approximately 9:20 a.m. Bryan bolted from the room but with a prompt came back and sat
down in his chair. At that point the aide began to read a story with Bryan and Bryan would sign
answers to the questions. This substitute aide noted to the examiner that she does not sign.
Several times throughout the morning Bryan used the sign for "bathroom" and subsequently

B. J. Freeman, Ph.D.                                                                                    7
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:   10/28/1991

went to the bathroom independently. The aide then worked with Bryan on a folder where he was required to sequence his name. Bryan seemed to be unmotivated by this task. At times he did it correctly but at other times did it incorrectly and then looked at the aide to see if she was paying attention. Bryan also would not sequence the letters in the appropriate order. Bryan then worked on his Handwriting Without Tears program and placed the wooden puzzle pieces on the letter "B" and was required to trace the letter with his finger.

At this point the entire class went to the Sensory Room. Bryan went into a tunnel apparatus and stayed there the entire time. No attempts at socialization were made by either the staff or the other children, and there was no reinforcement for perfect behavior. At approximately 9:50 a.m. Bryan went to physical education with another teacher and his class. Bryan generally just sat and was not cooperative with the physical education class. Staff did not require Bryan to follow the physical education teacher's instructions. At one point toward the end of the session, Bryan became very upset, beat the wall and was escorted back to the classroom to his "safe area." He was also told at that time to "stop being angry." When told to stop being angry Bryan once again spontaneously signed "potty."

**IEP Meeting 07/24/2006:** The examiner attended the IEP team meeting in order to obtain additional information from Bryan's current staff.  In attendance at the IEP team meeting were: Lora Schachtili, SELPA Program Specialist for autism; Doris Edwards, Principal of Keystone School; Keith Jordan, who is the school psychologist and who served as the representative for the special education director in Benecia, CA; Denise Grapes, speech and language therapist; Carolyn Bottum, Bryan's current teacher; Dorothy Rothenbaum, another SELPA representative; and Jan Donaldson, also a SELPA program specialist.

Parents currently do not have a signed IEP. The purpose of this IEP was to review previous assessments. A one-page assessment from the occupational therapist, Karen Widden-Fuller, at Keystone School reported that Bryan is "too old" for occupational therapy and the report did not adequately address all of Bryan's needs. Parents have requested additional occupational therapy assessment that would address his behavior, self-care, social skills, bilateral coordination, motor planning, sensory issues, self-calming and self-monitoring.

The Functional Behavior Assessment conducted by Ms. Betti Colucci, done in March 2005, was also briefly reviewed. The only behavior addressed in the functional behavior assessment was elopement, which is no longer a major problem but still occurs periodically. It should be noted that this is a very serious behavior that cannot be ignored. Further, the functional assessment did not result in a formal behavior management plan, as is usually the case. Report from speech and language therapist, Ms. Grapes, indicated that Bryan is making extremely good progress in communication. He is learning to finger spell and has increased his number of signs. He spontaneously says "hi" and "bye" and his level of verbalizations is increasing

B. J. Freeman, Ph.D.                                                      8
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:   10/28/1991

significantly. Ms. Grapes feels that Bryan can become more verbal with intensive input, and feels that Bryan needs to focus on spontaneous communication, increasing his vocabulary and increasing his chaining together of signs. Bryan's teacher, Ms. Bottum, also reported that Bryan has recently started a math group, is able to do one-to-one correspondence up to 6, and is learning to use a computer. It was suggested that an assistive technology assessment be conducted once goals and objectives for use of the computer have been done. The teacher also noted that Bryan is starting to say "hi" and "bye" verbally to children in his classroom. Parents reported that these skills have generalized into the home. The teacher has also introduced community-based instruction into the classroom and reported that Bryan currently goes to the grocery store with staff after making up a list by cutting out pictures of food items. Back in the classroom they then prepare the food. The teachers are also proposing that Bryan continue to work on his functional skills and that he be able to participate in more communication activities. In spite of the obvious progress, Bryan continues to require one-to-one supervision and intervention.

**Home Observation (07/24/06):** After the IEP was completed, the examiner followed Bryan into the home setting and spent about three hours there, observing Bryan and performing an assessment of Bryan's current functioning. The parents were asked to complete a number of standardized forms by the examiner in order to obtain objective and systematic information regarding Bryan's social and self-help skills in the home. It was striking how frequently Bryan used signs to communicate in the home environment where his parents also signed.

Bryan was noted at home to have a great deal of difficulty organizing his leisure time skills. He ran back and forth and engaged in repetitive behaviors, which parents report is an extremely frequent occurrence when Bryan does not know what to do. During the testing situation, however, Bryan was generally cooperative and worked extremely well for reinforcements. It should be noted that reinforcements were provided at an extremely high density and Bryan was reinforced primarily for sitting correctly in the chair and for cooperating with the examiner, and not for correct responses. Bryan did well on the testing and sat with the examiner for over an hour before he clearly became tired and his interfering behaviors began to increase. For example, repetitive behaviors included hand movements, body rocking and loud vocalizations. On several occasions Bryan signed "bathroom" and went to the bathroom. No urination accidents occurred and parents report these are very rare at this time. However, when Bryan is frustrated he bangs the table. In spite of some recent improvements in his behavior, Bryan continues to require one-to-one supervision at all times. Bolting and running away are good examples of extremely dangerous behaviors. Even though they occur at low frequency they require constant vigilance in supervision.

B. J. Freeman, Ph.D.                                                                                   9
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

**School Observation and Behavioral Observation (07/25/06):**
During the second school visit Bryan was observed for approximately three hours with his
aide, Ms. Uzoigye, who signs fluently and has good behavior modification skills. Ms. Uzoigye
was observed working with Bryan both on increasing his sign language vocabulary and
increasing the lengths of his signs (i.e., putting more signs together). Throughout this session
Bryan exhibited much better attending skills, fewer repetitive behaviors and more spontaneous
signing. In addition, Bryan was noted to frequently vocalize when working with Ms. Uzoigye.
When the examiner began to work with him, Bryan's behavior was not as good, although he
worked well for reinforcers and was able to select the reinforcer he wanted.

Ms. Uzoigye was interviewed regarding Bryan's original status when she began to work with
him last March. She noted that when she initially became Bryan's aide he was unable to sit,
became agitated quite easily, was aggressive and tried to intimidate staff with behaviors such
as pushing the table. She noted that Bryan still has moments and requires constant supervision.
He has now learned well over 200 signs in the school setting and on average uses up to 25
signs spontaneously and is beginning to put signs together. Current goals include expanding
Bryan's functional signing vocabulary.

COGNITIVE ACADEMIC ASSESSMENT:

**Leiter International Performance Scale – Revised (Visualization & Reasoning Battery)**
The *Leiter International Performance Scale – Revised* was administered as a nonverbal
measure of intellectual functioning. A Fluid Reasoning score is derived from two of the
subtests. The brief IQ and Fluid Reasoning scores each have an average score of 100 with a
standard deviation of 15. Bryan attained a Fluid Reasoning score of 60 and a brief IQ score of
63. Subtest scores were as follows (scores of 3-4 fall in the deficit range; 7-8 is low average):

| Subtest | Scaled Score |
|---|---|
| *Figure Ground* | 8 |
| *Form Completion* | 4 |
| *Sequential Order* | 3 |
| *Repeated Patterns* | 3 |

The *Figure Ground* subtest requires the child to identify a target item within a background of
increasingly complex interfering items. This is a measure of visual attention to detail and visual
interference, as well as visual scanning and short-term visual memory. Bryan evidenced
relative strength for matching parts of pictures to the actual picture on this subtest. His score
placed him in the low average range.

The *Form Completion* subtest is designed to measure visual organization and ability to
visualize parts of an object as a whole or gestalt, and requires the child to use deductive

B. J. Freeman, Ph.D.                                                                                    10
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

                                                          PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:   10/28/1991

---

reasoning, cognitive flexibility and working memory. On this subtest, Bryan had to identify
parts missing from pictures, and he evidenced difficulty as items became more abstract.

The *Sequential Order* subtest requires the child to find the missing elements at the end or in the
middle of a series of stimuli, and is a measure of nonverbal reasoning ability and visual
organization. The *Repeated Patterns* subtest measures deductive reasoning and visual conceptual
sequencing, by requiring the individual to continue a repeated pattern with increasingly complex
cues for visual discrimination. Bryan was able to identify a simple sequence and what would
come next in the sequence.

**Wechsler Preschool and Primary Scales of Intelligence -Third Edition (WPPSI-III)**
This measure is not age appropriate for Bryan; however, the General Language Composite
subtests of the WPPSI-II were administered to obtain some idea of Bryan's receptive single-word
vocabulary as well as his expressive vocabulary skills. The General Language Composite is a
measure of language and is based on two subtests to estimate abilities in each of the areas,
expressive and receptive language.

The *Receptive Vocabulary* subtest measures language processing, and requires the child to point
to the correct one of four pictures that matches the word or concept the examiner says aloud. On
this subtest Bryan obtained an age equivalency of 4 years 1 month. He was cooperative with the
examiner; however, his performance was inconsistent. He uses a number of nouns for labels and
some verbs, but he has more difficulty as language becomes more complex and abstract.

The *Picture Naming* task is a measure of expressive vocabulary and requires the child to name or
identify pictures. Ms. Uzoigye administered this task to Bryan while interpreting the signs. Bryan
continued to give associative answers, as he has not learned many of the signs for common
household words. Bryan's program is primarily focused on functional words and many of the
pictures on this task were not of functional items. It further indicates, however, how far behind
Bryan's language has become without the benefit of appropriate intervention earlier on, as these
were common words that even a 3-year-old child should know. Bryan's lack of skills in this area
is consistent with his cognitive functioning.

ADAPTIVE FUNCTIONING ASSESSMENT:

**Vineland-II Adaptive Behavior Scales (Parent Rating Form)**
Bryan's parents were interviewed using the *Vineland Adaptive Behavior Scales – Second Edition*
to assess Bryan's independent functioning on a daily basis in the areas of Communication, Daily
Living Skills (e.g., self-help) and Socialization. Additional information is gathered relative to
behaviors that cause difficulty with his daily and overall functioning. Results are reported as
standard and age equivalent scores. Based on the answers provided, results were as follows:

B. J. Freeman, Ph.D.                                                                                  11
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

                                                    PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

| Domain | Standard Score (*v*-Scale Score) | Percentile | Age Equivalent |
|---|---|---|---|
| **Communication** | **43** | < 1st | |
| *Receptive* | (7) | | 1 year 4 months |
| *Expressive* | (2) | | 2 years 1 month |
| *Written* | (5) | | 4 years 5 months |
| | | | |
| **Daily Living Skills** | **40** | < 1st | |
| *Personal* | (5) | | 4 years 0 months |
| *Domestic* | (3) | | 2 years 6 months |
| *Community* | (2) | | 2 years 2 months |
| | | | |
| **Socialization** | **48** | < 1st | |
| *Interpersonal Relationships* | (4) | | 1 year 7 months |
| *Play and Leisure Time* | (2) | | 1 year 7 months |
| *Coping Skills* | (8) | | 3 years 11 months |
| | | | |
| **Adaptive Behavior Composite** | **42** | < 1st | |

Standard Scores for the *Vineland Adaptive Behavior Scales* have a mean (average) of 100 and a standard deviation of 15 points. The *v*-Scale Score (in parentheses) ranges from 1 to 24, and has a mean of 15 and a standard deviation of 3. This allows one to compare the relative functioning of children to those in the normative population. A basal or sequence of consistent scores is expected below an individual's chronological age, and a ceiling or sequence of "no score" items is expected relative to how an individual's functioning measures at or above the chronological age. Individuals with Autistic Disorder do not typically present with a consistent scoring profile. For example, an individual may not score on items below chronological age, while scoring on items above chronological age, reflecting a diagnostic presentation of "consistently inconsistent." Therefore, results presented are a quantitative average of adaptive functioning. The quantitative scores should be used as a baseline to guide appropriate intervention and to facilitate adaptive functioning. Further, decreased initiation and motivation relative to an individual's cognitive abilities may be attributed to the significant difference between cognitive abilities and adaptive functioning. Specifically, the *Vineland Adaptive Behavior Scales* is a measure of current functioning, not capabilities.

Communication: The *Receptive Language* subdomain measures not only the individual's understanding of language in the structured setting, but also how he/she understands language in the natural environment. Bryan has relatively good communication skills. Parents reported and it was noted by the examiner that Bryan follows receptive instructions quite well within the natural environment. He inconsistently listens to instructions and inconsistently points to body

B. J. Freeman, Ph.D.                                                                12
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

                                              PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

parts, even though he knows them. When Bryan is motivated, he can listen to a story for 5 minutes. He is very capable of following two-step instructions, but does so only inconsistently.

The *Expressive Language* area measures the ability to use language in the natural environment, and *Written Language* is designed to measure how well the individual uses the written word to express himself. Expressively Bryan's primary mode of communication is sign language. As noted above he has more recently been producing an increased variety of sounds. He makes one-word requests with signs and at times he may string as many as four signs together. Parents report that Bryan knows well over 400 signs currently, but does not always use them to communicate appropriately. (Note: Bryan's aide at school reports that Bryan knows 200 signs.) Bryan consistently uses more signs when people around him sign. He is beginning to speak approximations of words. Academically, Bryan is learning to finger spell, recognize letters of the alphabet, is learning to type his name and has one-to-one correspondence to 6.

Self-Help Skills: The area of *Personal* (self-help) skills is a measure of the individual's ability to care for day-to-day personal needs in the areas of self-care and hygiene. Bryan has shown significant improvement in this area but continues to require constant supervision. He is able to dress himself but often gets his clothes on backwards. He feeds himself using a spoon, fork and knife correctly. He is toilet trained but still needs assistance in wiping himself at times. Frequent urination remains a problem. However, Bryan is able to appropriately sign that he needs to go to the bathroom and will go. He wipes his nose by himself, and washes and dries his face. He is able to do some fasteners but still not buttons. He is able to turn on the faucet and take a shower by himself, and is able to find appropriate restrooms in the community

The *Domestic* area measures the person's ability to help around the house, and the *Community* area assesses how the individual functions in the community.  In the domestic area, Bryan's behavior is extremely inconsistent as he appears somewhat unmotivated to engage of many household tasks. He does understand that hot things are dangerous but at times is impulsive and will act without thinking. He is able to take his plate to the kitchen, but does not always do so without a prompt. He likes to help with cooking, and the examiner observed that Bryan made toast while she was there. In the community area, Bryan is able to use the television, exhibits appropriate behavior in the car, understands the function of money, and uses the sidewalk. However, these community skills are demonstrated very inconsistently, and an adult must be present for all of these activities and tasks.

Social Skills: This remains the biggest problem are for Bryan. The area of *Interpersonal Relationships* measures the individual's ability to relate to other people of the same age. Bryan has good overall imitation skills and does imitate his parents' facial expressions. He shows affection, and will look for his parents when they are out of view. He is beginning to indicate emotions and label them.

B. J. Freeman, Ph.D.                                                                    13
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

The *Play and Leisure Time* subdomain measures how the individual uses his/her leisure time
skills, and *Coping Skills* looks at how the individual copes in/adapts to the natural environment.
In terms of his play and leisure time skills, Bryan exhibits many behaviors as he really has no
way of organizing his skills in choosing activities and playing. He shows very little interest in
the other children, but he does know how to protect himself by moving away from children who
might harm him. In terms of his coping (adaptive) skills, Bryan no longer has difficulty with
transitions. He signs "please" and "thank you" when he is reminded. He changes his behavior
depending upon how well he knows someone, says good-bye ("bye") when he is leaving, and
signs that he is sorry when he is makes a mistake. He changes his tone of voice (i.e., his
repetitive sounds) depending on whether he is inside or outside. He accepts suggestions from his
parents that he needs to change his behavior, and has learned to control his anger and hurt
feelings.

Additional Behavior Challenges: Bryan is overly dependent, has an eating problem in that he
eats too much, and has difficulty falling asleep. He avoids social interaction at times, is
impulsive, has temper tantrums and can be physically aggressive. Bryan acts overly familiar
with strangers, has a hard time paying attention, and is more active than other children his age.
In addition, parents report that Bryan can become obsessed with certain objects, has unusual
habits or mannerisms, and uses unusual speech.

**Vineland-II Adaptive Behavior Scales (Teacher Rating Form)**
The *Vineland-II Adaptive Behavior Scales, Teacher Rating Form* (Vineland TRF-II) provides a
targeted, yet comprehensive assessment of personal and social sufficiency for students ages 3
through 21 in a school, preschool or structured daycare setting. The rating form is completed
independently by a teacher or daycare provider, and covers the four broad domains of
Communication, Daily Living Skills, Socialization and Motor Skills.

The *Communication* domain measures the student's ability to listen and pay attention and the
student's ability for using words to speak and write. The *Daily Living Skills* domain evaluates the
student's daily habits and hygiene, the student's understanding of time, money and math, and the
student's ability to follow rules and routines. The *Socialization* domain measures how the student
interacts with other students during play and leisure time and how he/she demonstrates
responsibility and sensitivity to others. The *Motor Skills* domain assesses both gross and fine
motor skills. Bryan's aide, Ms. Uzoigye completed the rating form. In general, results in the
school setting are consistent with those reported by the parents on the *Vineland-II Parent Rating
Form.* Based on the answers provided, results were as follows:

B. J. Freeman, Ph.D.                                                                    14
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

| Domain | Standard Score (*v*-Scale Score) | Percentile | Age Equivalent |
|---|---|---|---|
| **Communication** | 51 | < 1st | |
| *Receptive* | (8) | | < 3 years |
| *Expressive* | (7) | | < 3 years |
| *Written* | (6) | | 4 years 6 months |
| | | | |
| **Daily Living Skills** | 55 | < 1st | |
| *Personal* | (9) | | 4 years 9 months |
| *Academic* | (4) | | < 3 years |
| *School and Community* | (9) | | 4 years 1 month |
| | | | |
| **Socialization** | 61 | < 1st | |
| *Interpersonal Relationships* | (8) | | < 3 years |
| *Play and Leisure Time* | --- | | < 3 years |
| *Coping Skills* | (9) | | 3 years 2 months |
| | | | |
| **Motor Skills** | --- | | |
| *Gross Motor* | --- | | < 3 years |
| *Fine Motor* | --- | | 3 years 3 months |
| | | | |
| **Adaptive Behavior Composite** | 53 | < 1st | |

Communication: In terms of receptive language, Ms. Uzoigye indicates Bryan is able to point to body parts but does so inconsistently. He inconsistently follows three-part directions. He listens to instructions and listens to a story for five minutes particularly if he is motivated. Expressively, Bryan's behavior is extremely inconsistent. He knows approximately 200 signs in the school setting. At times his signing is echolalic. He is beginning to ask questions by changing his facial expression as he signs, is learning to use pronouns, uses past tense, is demonstrating increased vocalization, and modulates his tone of voice. He is able to stay on topic when signing, although his signing remains extremely simple. In terms of his written skills, Bryan identifies many letters of the alphabet, understands written language, copies his first name and is able to write his name from memory on the typewriter.

Daily Living Skills: Bryan is able to drink from a cup and use a straw. He asks to use the toilet spontaneously during the day and often uses this to avoid tasks. He very infrequently has accidents at this time. He is able to put on his clothes and fastens fasteners including buttons and zippers. He responds appropriately to low levels of pain, such as scrapes and pinches. He wipes and blows his nose with a reminder, and covers his mouth and nose when coughing and sneezing. Bryan is able to find and use the restroom of the appropriate gender. In terms of daily academic skills, Bryan inconsistently counts 10 objects by one, and inconsistently

B. J. Freeman, Ph.D.                                                                        15
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

identifies numbers. He is learning computer skills. He is learning the function of money but
does not yet identify coins. In the school and community area, Bryan follows simple
instructions for the teacher, follows the classroom routine, and generally follows school rules.
He cleans up his desk when reminded, stays on task more than 5 minutes, seeks the teacher's
approval, works with or near others without being distracted, and brings appropriate materials
to class. He terminates relationships or situations that may be dangerous. In addition, Bryan
appears to improve his work quality when given feedback from the teacher.

Social Skills: In terms of interpersonal relationships, Bryan identifies relationships to familiar
people such as "that's my teacher." He answers when familiar adults ask questions such as
"How are you?" and will sign "I am fine." He uses signs to express emotions such as "I am
hurt." He recognizes happiness in other people. He inconsistently shows an interest in the
other children and tries to make social contact. Bryan does have a preference for some children
over others, and will lend others a helping hand. (It was noted that one of the students in the
class is severely handicapped and the other children attempt to help this student.) Bryan is
beginning to identify people by characteristics other than their name, knows that he is not
always understood by others, and indicates when he is bored. In terms of play and leisure time
skills, Bryan plays simple games, shows a preference for certain people, plays cooperatively
with other students, shares his possessions, takes turns and is able to use common classroom
objects for play. In terms of coping skills, Bryan shows respect, changes his behavior
depending on how well he knows someone, copies or imitates appropriate behaviors, and
accepts mild teasing from his teachers. He inconsistently cooperates, ends conversations
appropriately, and needs a prompt to say "please" and "thank you." Bryan controls his anger
when denied his own way, and returns things he has borrowed.

Motor Skills: Bryan continues to exhibit immaturity in this area. He has a number of individual
gross motor skills but has difficulty putting them together. He is able to run, jump, hop and
skip, but has more difficulty sequencing these actions. In the fine motor area he builds with
blocks, is learning to cut with scissors, and is learning to use a keyboard.

**Adaptive Behavior Assessment System II (ABAS-II)**
In order to further assess Bryan's social adaptive skills and his areas of need, parents were also
asked to complete the *Adaptive Behavior Assessment II*. The ABAS-II measures skills that are
important in everyday life: the need to communicate, display suitable social and academic skills,
function effectively at home and in the community, engage in leisure and work, and care for
individual health and safety needs. This assessment tool addresses the same areas of need as the
*Vineland Adaptive Behavior Scales* but allows us to identify additional strengths and
weaknesses. The normality of scores is provided for all skill areas, adaptive domains and the
Global Assessment Composite (GAC) scores are derived from the raw scores in each skill area.

B. J. Freeman, Ph.D.                                                        16
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

                                                    PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

The overall composite scores have a mean of 100 and a standard deviation of 15. Scaled scores
have a mean of 10 and a standard deviation of 3. Results overall were consistent with both forms
of the *Vineland Adaptive Behavior Scales*. Subtest scores were as follows.

| Domain | Standard Score (Scaled Score) | Percentile |
|---|---|---|
| **Conceptual** | **49** | < 1st |
| *Communication* | (1) | |
| *Functional Academics* | (1) | |
| *Self-Direction* | (1) | |
| | | |
| **Social** | **55** | < 0.1st |
| *Leisure Time* | (1) | |
| *Social Skills* | (2) | |
| | | |
| **Practical** | **40** | < 1st |
| *Community Use* | (1) | |
| *Home Living* | (1) | |
| *Health and Safety* | (1) | |
| *Self-Care* | (1) | |
| | | |
| **Global Assessment Composite** | **40** | **1st** |

**Conceptual**: In the area *Communication*, parents report the same skills as reported on the
Vineland. In *Functional Academics*, parents report that Bryan is able to read his own name but
does not write his name as yet. The area of *Self-Direction* was identified as problematic for
Bryan. Bryan will sometimes work at home on an activity for at least 15 minutes. He works on
his chores and keeps working on difficult tasks even when they are too hard for him. (This was
observed by the examiner.) Bryan is having continued difficulty regulating his own behavior in
terms of self-direction. When Bryan becomes upset he has difficulty calming down.

**Social**: In the area of *Leisure Time* Bryan's deficits were identified as a major problem both at
home and at school. Bryan has difficulty playing a game, playing with toys and generally
entertaining himself. However, he likes looking books and reading them. He has difficulty
waiting his turn and following the rules in a game, although with regular structure he has been
able to do so. *Social Skills* is an area also identified as problematic. It should be noted that
Bryan has never been taught appropriate social and leisure time skills. Bryan really does not
have friends, does not show a great deal of interest in other children, and as noted does not
have a way of approaching other children and asking them to play.

B. J. Freeman, Ph.D.                                                                                    17
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

**Practical**: In the *Community Use* area, Bryan's score was unusually low as he has had little opportunity to be in the community due to the severity of his behaviors.  In the *Home Living* domain, Bryan is reported to wipe up spills, pick up and throw things in the trash, put things in their proper place, and he keeps his toys and games neat. However, all these tasks occur with adult prompts and supervision.  In the area of *Health and Safety* Bryan takes medications with no difficulty. He shows caution around things that are hot or dangerous, follows general safety regulations at school, moves to another place when it is too hot or too cold, tests food to see if it is hot, and follows safety rules on the playground. Bryan sometimes tries to help younger children by holding their hand. In terms of *Self-Care*, parents report the same skills as reported on the Vineland.

**Gilliam Autism Rating Scale - Second Edition (GARS-2)**
The *Gilliam Autism Rating Scale* is a screening instrument designed to help identify autism in children and young adults. It should never be used alone as a diagnostic instrument, but used rather in conjunction with a full psychological assessment. The GARS consists of 42 items describing characteristic behaviors of individuals with autism and items are grouped into three subscales: Stereotyped Behaviors, Communication, and Social Interaction. On the GARS, Bryan obtained an autism quotient of 85 or above, which indicates an above-average probability of an autism diagnosis. He exhibited deficits in all three subscales as well as in typical development. The GARS was used simply as a way of gathering systemic information regarding Bryan's autistic behaviors. Bryan continues to meet criteria for autism on this scale when taken in the context of a complete psychological evaluation.

**SUMMARY:**
Bryan Wiles-Bond is a 14-year-9-month-old young man who was diagnosed with Autistic Disorder as a preschooler. Based on the review of his records, behavior observations, cognitive assessment, social adaptive assessment, developmental history, interview with Bryan's parents and providers, Bryan continues to meet diagnostic criteria for Autism Spectrum Disorder (ASD).

Bryan's outcome and current functioning have been severely impacted by his lack of consistent services between the ages of 7 and 13 years, while he was a student in Hawaii. As a direct result of the failure to implement a consistent behavioral and sign language program, which was to be implemented, monitored and supervised by trainers who were competent in both sign language and applied behavior analysis (ABA).  Bryan failed to develop social skills and functional communication skills commensurate with his level of cognitive functioning.  In addition, he showed significant deterioration prior to leaving the school district in Hawaii. Bryan's deterioration occurred in his communication skills and as a result he developed severe behavioral disturbance. His progress in his current program indicates that had an appropriate program been implemented, he would in all probability be functioning at a much higher level than he is currently. Evidence comes from all areas of functioning, particularly communication.

B. J. Freeman, Ph.D.                                                                                     18
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

While it has been well documented that one of the primary deficits in autism is in
communication, the expectation is that all children with autism will speak. (Educating Children
With Autism; National Academy of Science; Lord et al 2001.) Current research also supports the
idea that once a child can communicate, speech is more likely to develop. In Bryan's case his
chosen mode of communication is sign language (ASL). (Note: This is rare in children with
ASD, but it is well recognized that one implements the child's chosen mode of communication.)

The records are replete with examples of Bryan's demonstration of more appropriate behavior
and more communication when staff have been able to sign to/with him. This is supported by his
current school situation. Since moving to the Keystone Program there have been many staff
changes (i.e., nine different teachers in 18 months). It would be expected from Bryan's past
history that this would have resulted in significant behavioral problems and perhaps further
deterioration in his functioning. However, as a result of Bryan's work with his one-to-one aide,
who is trained in both applied behavior analysis (ABA) and ASL, and the speech therapist, both
of whom who have been consistent throughout Bryan's program at Keystone, Bryan has
continued to show improvement in his behavior and communication skills. The speech therapist
feels that Bryan has the ability to develop oral language with intensive intervention. It should be
noted that this may be difficult, as Bryan has missed the critical period of development.

It is well documented that the younger the child with autism is when they receive intensive
intervention, the better the prognosis. Bryan's recent progress provides additional support that
had he received intervention earlier he would have had a different outcome. Further, recent
research indicates that the majority of children with ASD show improvement over time. In
addition, improvement in self-help and social skills are not related to cognitive skills, (i.e., even
severely impaired children show improvement in these areas independent of their IQ). In
addition, maladaptive behaviors continue to improve even into adolescence when intervention is
provided. Thus, Bryan's trajectory of development (i.e., deterioration in behavior,
communication and the ability to function independently) is not consistent with what would have
been predicted had he received an appropriate education. As a result Bryan has not developed
social and communication skills consistent with his cognitive skills.

While Bryan has made progress over the past year he remains severely impaired. Currently
Bryan's behaviors are for the most part under adult control. He is now at the point where new
skills may be taught to him and, hopefully, he can learn to control his own behavior. Again, the
research suggests that this would more likely have been accomplished had it begun when Bryan
was younger. In addition, brain research on development clearly supports the notion that skills
are more easily acquired when children are younger, independent of a child's level of
functioning. It is easier to change behavior in a 7-year-old child with autism than in an almost
15-year-old, as the child has not had all that time for the behavior to become his primary means
of interacting with his environment.

B. J. Freeman, Ph.D.                                                                      19
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

In summary, while Bryan is a young man who would have been affected by his disability throughout his life, the severity of his disability has obviously been impacted by his lack of access to and consistency of appropriate services at the critical ages of development. He now requires one-to-one supervision even in a highly structured school setting. Bryan is also going to require a greater degree of support as an adult than he in all likelihood would have needed had appropriate services been implemented. In addition, despite Bryan's disability, the quality of his life and that of his family has been greatly impacted by his lack of services and resulting behavioral presentation. Further, Bryan's options in life have been reduced as a direct result of his lack of intervention. Currently, rather than receiving services with typical children as would have been predicted from his initial assessment and based on what we know about the trajectory of development in children with autism, Bryan requires a much more restrictive environment in a special education school setting with a one-to-one aide at all times. At this point it is not clear whether Bryan will be able to achieve any high degree of developmental catch-up. It is mandatory that intensive services beyond that which can be accomplished in the current school setting be provided for Bryan in order to remediate the lack of consistent services when he was younger. Research indicates that because of the lack of services when he was younger Bryan may never catch up, as he became too far behind too early. However, Bryan's quality of life and ability to function more independently can be substantially improved with additional intervention.

DIAGNOSES:
Comprehensive psychiatric diagnoses are listed in an axial format with Axis I representing the current diagnoses that are consistent with the cognitive, affective, and behavioral presentation. The second axis lists any developmental disorder or disorders of childhood. Axis III lists any medical conditions, and Axis IV lists current environmental stressors. Axis V is a numerical assessment of functioning based on a scale of 0 to 100 listed in the Diagnostic Statistical Manual IV, 1994 (DSM-IV).

Axis I       299.00 Autistic Disorder
Axis II      Diagnosis deferred
Axis III     Ear infections early on
Axis IV      Stressors: Significant language and social adaptive functioning deficits
             commensurate with this diagnosis; Access to appropriate educational services.
Axis V       Current Global Assessment of Functioning: 45

Five axes are listed for record documentation. Axis IV is a measure of current stressors. In light of the significant deficits in adaptive functioning, specifically decreased motivation, organization and initiation, these create stress for the child that is evident in behavioral difficulties and poor adaptation. It is important to note that the Global Assessment of Functioning measure is the least reliable indicator of functioning for children. Axis V is a gross

B. J. Freeman, Ph.D.                                                                                        20
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

PSYCHOLOGICAL ASSESSMENT

Patient:   **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

measure of adaptive functioning (occupational, emotional, social) in adults. Relative to treatment planning and intervention, it is most important to focus on axes I through III.

With regard to the diagnosis of Autistic Disorder, Bryan meets the following **medical criteria**:

Diagnostic Criteria For 299.00 Autistic Disorder:
A. A total of six (or more) items from (1), (2), or (3), with at least two from (1), and one each from (2), and (3):

  (1) qualitative impairment in social interaction, as manifested by at least two of the following:
    a)  marked impairment in the use of multiple nonverbal behaviors such as eye-to-eye gaze, facial expression, body postures, and gestures to regulate social interaction [*provider observation & developmental history*]
    b)  failure to develop peer relationships appropriate to developmental level [*provider observation & developmental history*]
    c)  a lack of spontaneous seeking to share enjoyment, interests, or achievements with other people, (e.g. by a lack of showing, bringing, or pointing out objects of interest) [*provider observation & developmental history*]
    d)  lack of social or emotional reciprocity [*provider observation & developmental history*]

  (2) qualitative impairments in communication as manifested by at least one of the following:

    a)  delay in, or total lack of, the development of spoken language (not accompanied by an attempt to compensate through alternative modes of communication such as gesture or mime) [*developmental history*]
    b)  in individuals with adequate speech, marked impairment in the ability to initiate or sustain a conversation with others [*not applicable*]
    c)  stereotyped or repetitive use of language or idiosyncratic language [*provider observation & developmental history*]
    d)  lack of varied spontaneous make-believe play or social imitative play appropriate to developmental level [*provider observation & developmental history*]

  (3) restrictive, repetitive and stereotyped patterns of behavior, interests and activities, as manifested by at least one of the following:
    (a) encompassing preoccupation with one or more stereotyped and restricted patterns of interest that is abnormal either in intensity or focus [*developmental history*]
    (b) apparently inflexible adherence to specific, nonfunctional routines or rituals [*provider observation & developmental history*]

B. J. Freeman, Ph.D.                                                                                    21
Licensed Clinical Psychologist, PSY 4826
Autism Spectrum and Related Developmental Disorders

                                                    PSYCHOLOGICAL ASSESSMENT

Patient:    **Bryan Wiles-Bond**
Date of Birth:  10/28/1991

---

    (c) stereotyped and repetitive motor mannerisms (e.g., hand or finger flapping or
    twisting, or complex whole-body movements) [*provider observation &
    developmental history*]

    (d) persistent preoccupation with parts of objects [*developmental history*]

B. Delays or abnormal functioning in at least one of the following areas, with onset prior to
age 3 years: (1) social interaction, (2) language as used in social communication, or (3)
symbolic or imaginative play [*developmental history*]

C. The disturbance is not better accounted for by Rett's Disorder or Childhood Disintegrative
Disorder.

In addition, Bryan meets the following **educational criteria** for qualifying for special
education services in the California Code under autistic-like behavior:

1. Inability to use oral language for appropriate communication. [*By history and provider
   observation*]

2. A history of extreme withdrawal, relating to people inappropriately, and continued
   impairment in social interaction. [*By history and provider observation*]

3. An obsession to maintain sameness. [*By parent report and provider observation*]

4. Extreme preoccupation with objects or inappropriate use of objects. [*By history and
   provider observation*]

5. Extreme resistance to controls. [*By history and provider observation*]

6. Peculiar motor mannerisms and motility patterns. [*By parent report and provider
   observation*]

7. Self-stimulating or ritualistic behavior. [*By parent report and provider observation*]


In summary, Bryan is going to require compensatory education. This examiner concurs with the
recommendations made by Dr. Daniel LeGoff.  It was a pleasure to meeting Bryan and his
family. If I can provide any additional information at this time, please do not hesitate to contact
me at 310-440-8543.

B. J. Freeman, Ph.D.
Professor Emerita of Medical Psychology
UCLA School of Medicine

**UNIVERSITY OF CALIFORNIA, LOS ANGELES**                                    **UCLA**

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO        SANTA BARBARA · SANTA CRUZ



UCLA NEUROPSYCHIATRIC INSTITUTE AND HOSPITAL
DIVISION OF CHILD AND ADOLESCENT PSYCHIATRY
300 UCLA MEDICAL PLAZA, STE. 1200
LOS ANGELES CA 90095-6967

Updated:  08/05

## CURRICULUM VITAE

### PERSONAL

| | |
|---|---|
| Name: | Betty Jo Freeman, Ph.D.<br>Professor Emerita of Medical Psychology<br>UCLA School of Medicine |
| Address: | 3940 Mandeville Canyon Rd.<br>Los Angeles CA 90049 |
| Phone: | 310-440-8543 |

### EDUCATION

| | | |
|---|---|---|
| Mercer University<br>Macon, Georgia | B.A. | 1962-1966 |
| Southern Illinois University<br>Carbondale, Illinois | M.A. | 1966-1968 |
| Southern Illinois University<br>Carbondale, Illinois | Ph.D. | 1968-1969 |

### PROFESSIONAL TRAINING

| | | |
|---|---|---|
| Southern Illinois University<br>Carbondale, Illinois | Research Assistant<br>(Animal Learning Lab) | 9/1966 -6/1967 |
| Southern Illinois University<br>Carbondale, Illinois | Research Assistant<br>(Operant Conditioning Lab) | 8/1967 – 8/1969 |
| Southern Illinois University<br>Carbondale, Illinois | Teaching Assistant<br>(Intro. Course in psychology) | 9/1967 – 6/1968 |
| Southern Illinois University<br>Carbondale, Illinois | Teaching Assistant<br>(Intro. Course in psychology) | 1/1969 – 6/1969 |
| Southern Illinois University<br>Carbondale, Illinois | Teaching Assistant<br>(Adv. Course in psychology) | 3/1969 – 6/1969 |

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Veterans Administration Hospital, Pittsburgh, Pennsylvania and Nashville, Tennessee | Research Associate | 9/69-9/71 |
| University of Pittsburgh Pittsburgh, Pennsylvania | Instructor (Part-time) | 9/69-12/69 |
| Fisk University Nashville, Tennessee | Instructor (Part-time) | 9/70-6/71 |
| Fisk University Nashville, Tennessee | Assistant Professor/ Psychology | 9/71-9/72 |
| Johns Hopkins University Medical School and J.F. Kennedy Institute, Baltimore, Maryland | Postdoctoral Fellow, Department of Pediatrics | 9/72-9/73 |
| University of Baltimore Baltimore, Maryland | Instructor (Part-time) | 1/73-6/73 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Assistant Professor in Residence, Department of Psychiatry and Biobehavioral Sciences | 9/1/73-6/30/80 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Associate Professor in Residence Department of Psychiatry and Biobehavioral Sciences | 7/1/80-6/30/86 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Professor in Residence Department of Psychiatry and Biobehavioral Sciences | 7/1/86-12/31/03 |
| University of California Los Angeles, School of Medicine, Los Angeles, California | Emerita Professor | 1/1/04-Present |

## PROFESSIONAL ACTIVITIES - Lectures and Papers Presented

"Role of reinforcement frequency in producing contrast effects on a multiple schedule of positive reinforcement." 1970, presented to Eastern Psychological Association Meeting, Atlantic City, New Jersey. (Abstract)

"Differential rearing effects on positively and negatively motivated behavior." 1971, presented to Eastern Psychological Association, New York City. (Abstract)

"Activity as a function of chronic administration of morphine in rats." 1971, presented to ASPET Meetings, University of Vermont, Burlington, Vermont. (Abstract)

"The application of procedures for the development of complex stimulus control in testing auditory deficits in young retarded children." 1973, presented to Eastern Psychological Association, Washington, D.C. (Abstract)

"Failure to obtain condition suppression in humans when timeout from positive reinforcement is the aversive event." 1973, presented to American Psychological Association, Montreal, Canada. (Abstract)

2

"The reinforcing effects of photic stimulation upon the behavior of autistic and retarded children." 1974, presented to Western Psychological Association Meetings, San Francisco CA  (Abstract)

"Extinction of a phobia of physical examination in a seven-year-old mentally retarded boy." American Psychological Association Meeting, New Orleans, 1974. (Abstract)

"Intellectual assessment of autistic children." Invited lecture to UCLA Extension Course, Autism: Diagnosis, Current Research and Management, 1975.

"Parents as paraprofessionals." Invited lecture to UCLA Extension Course, Autism: Diagnosis, Current Research and Management, 1975.

"Effect of long time-out durations on behavior of the autistic child." Presented to the Western Psychological Association Meeting, Sacramento, 1975. (Abstract)

"The effects of response contingent vestibular stimulation on the behavior of autistic and retarded children." Presented to the Western Psychological Association Meeting, Los Angeles, 1976. (Abstract)

"Evaluation and treatment of autistic children at the UCLA- NPI." Symposium presented to the American Association of Psychiatric Services for Children, 1976. (Abstract)

"Assessment and evaluation: Implication for school and home management." Invited workshop presented to the National Society for Autistic Children, Los Angeles, 1977.

"An overview of behavior therapy with children." Invited lecture to the American Academy of Child Psychiatry Second Annual Review in Child Psychiatry, Santa Monica, California, 1977.

"The effects of number of stimuli on rate of discrimination learning in autistic children." Presented at the Western Psychological Association Meetings, Seattle, 1977. (Abstract)

"Concurrent extinction programs for self-injurious behavior in a mentally retarded child." Presented at the Western Psychological Association Meeting, Seattle, 1977, with Fred Frankel (Abstract)

"The advocate and the diagnostic and evaluation system." Invited paper at the Symposium "Advocacy and Autism," University of Kansas, Lawrence, 1977.

"Diagnostic approaches in differentiating autism from childhood schizophrenia." Invited workshop to the Continuing Care Service Section, Department of Health, Burbank, California, 1977.

"Behavioral correlates of the syndrome of autism." Paper presented at the American Psychological Association, San Francisco, August 1977. (Abstract)

"Diagnosis and objective behavioral observational scale, DSM III proposals." Invited participant in Symposia "The syndrome of autism: An update of diagnosis, research and advocacy," American Academy of Child Psychiatry, Houston, October 1977, with E. Ritvo. (Abstract)

"Objective diagnosis of autism." Invited workshop presented at the Harbor Regional Center for Developmentally Disabled, Torrance, California, December 1977.

"Behavioral correlates of the syndrome of autism: Objective diagnosis." Workshop presented to the American Association of Psychiatric Services for Children, Washington, D.C., November 1977. (Abstract)

"Behavioral diagnosis of the syndrome of autism." Invited keynote speaker, Long Beach National Society for Autistic Children, October 1977.

3

"Behavior observation scale: Assessing the similarities and differences among autistic, mentally retarded and normal children." Paper presented at the Western Psychological Association Meeting, April 1978. (Abstract)

"Establishing the diagnosis of autism: Medical, psychological and behavioral examination." Workshop; part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

"Differential diagnosis of the syndrome of autism." Workshop; Part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

"Medical and behavioral management of the syndrome of autism." Workshop; Part of "Syndrome of autism: Medical and educational management," sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April 1978.

Ritvo, E. R., Freeman, B. J. and Greiner, J. (Co-Chairpersons) "The Syndrome of Autism: Medical and educational management," Workshop sponsored by the American Academy of Child Psychiatry and Wayne County Intermediate School District, Detroit, Michigan, April, 1978.

"Objective diagnosis of the syndrome of autism." Invited participant, Panel presented at Louisiana State University, Baton Rouge, February 1978, with E. Ritvo.

"Behavioral approach to diagnosis and treatment of emotional disorders of infancy." Invited lecture, Child Psychiatry Seminar, Harbor General Hospital, Torrance, California, January 1978.

"Behavioral correlates of the syndrome of autism." Invited participant for panel, "Current research in autism."American Association of Mental Deficiency", Denver, Colorado, May 1978, with F. Frankel. (Abstract)

"The behavior observation scale." Paper presented to the American Psychological Association annual meeting, Toronto, August 1978. (Abstract)

"Objective diagnosis of the syndrome of autism." Paper presented at American Association of Psychiatric Services for Children annual meeting, Atlanta, November 1978. (Abstract)

"Current research in autism: Behavior, cognitive and language." Invited lecture for the Symposium on Autism and Childhood Psychosis. Department of Psychiatry, University of Nebraska, Omaha, May 1978.

"The UCLA-Neuropsychiatric Institute Program for Autistic Children." Invited lecture for the Symposium on Autism and Childhood Psychosis. Department of Psychiatry, University of Nebraska, Omaha, May 1978.

"Assessment and treatment of the syndrome of autism." Invited workshop, Touhaven Project, Gaylord, Michigan. September 1978.

"Psychological assessment of children with the syndrome of autism." Invited workshop, Department of Psychiatry. University of Alabama Medical School, November 1978.

"Diagnosing the syndrome of autism." Invited lecture, Department of Special Education, University of Texas, Austin, February 1979.

"Age as a factor in discriminate analysis among autistic, mentally retarded, and normal children." Paper presented at the Western Psychological Association Meeting, Honolulu, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

4

"I.Q. as a factor in the behavior of autistic, mentally retarded and normal children." Paper presented at the Western Psychological Association Meeting, Honolulu, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Diagnosing the syndrome of autism." Invited lecture at Harbor General Hospital, February 1980.

"The Behavior Observation Scale for autism (BOS). Factor analysis of behaviors." Paper presented to American Psychological Association, New York, 1980. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Evaluating autistic children." Invited workshop presented to Illinois and Missouri National Society for Autistic Children, St. Louis, 1980.

"The Behavior Observation Scale: Frequency analysis." Paper presented to the American Psychological Association, Los Angeles, 1981. (Abstract) Also reprinted by ERIC, Princeton, New Jersey.

"Social relatedness in autistic children." Paper presented to the American Psychological Association, Los Angeles, 1981, with Ilene Tonick. (Abstract)

"Behavioral assessment of the syndrome of autism: A quantitative review of autistic behaviors (BOS)." Invited paper UCLA Child Psychiatry Academic Colloquium, May 1981.

"Evaluating autistic children." Invited workshop, Southwestern Society for Autistic Children, San Diego, California, October 1981.

"Diagnosis and treatment of problems in early childhood." Invited workshop, Eighth Annual Regional Conference, Teaching and Treating Children, Adolescents and Parents, University of Las Vegas, Nevada, March 1982.

"DSM-III and childhood diagnoses." Invited workshop, Department of Mental Health, San Diego, California, March 1982.

"Behavior management: Decreasing behaviors." Invited lectures, Residential Services Specialist Program, Westside Regional Center, Los Angeles CA, December, 1981, 1982, 1983, 1984.

"Psychological assessment of severely handicapped children." Invited lecture, Rowland Unified School District, Los Angeles CA, September 1982.

"Effects of fenfluramine on the behavior of autistic children."  (1982 - 1984)
1. Invited speaker, Sutton Foundation, Orange County, Calif., November 1982.
2. Invited speaker, National Society for Autistic Children, Riverside County, March 12, 1983.
3. Invited speaker, National Society for Autistic Children, Ventura County, April 13, 1983.
4. Invited speaker, California Society for Autistic Children, May 1983.
5. Keynote speaker, Canadian Society for Autistic Children, Toronto, Canada, May 1983.
6. Keynote speaker, National Soc. for Autistic Children, Annual Mtg, Salt Lake City, July 1983.
7. Invited speaker, Los Angeles, National Society for Autistic Children, September 1983.
8. Invited speaker, Long Beach, National Society for Autistic Children, 1984.
9. Invited speaker, Washington Society for Autistic Children, 1984.

"Assessment and treatment of syndrome of autism. "Residential Services Specialist Program. North Los Angeles Regional Center, February 1983, March 1984, March 1985.

"Genetic factors in autism." Invited speaker, National Society for Autistic Children Annual Meeting, Salt Lake City, Utah, July 1983.

"Diagnosis and treatment of autism." Invited Lecture-Grand Rounds, Department of Child Psychiatry, University of Southern California, April 1983.

5

"Pervasive developmental disorder and schizophrenia." Invited lecture, American Academy of Child Psychiatry Annual Review, Los Angeles, May 1983.

"Behavioral assessment of the effects of fenfluramine on autistic children." Paper presented to the Western Psychological Association Meeting, San Francisco, April 1983. (Abstract)

"Assessing effects of fenfluramine on behavior in 15 autistic children." Paper presented to the American Psychological Association, Los Angeles, August 1983. (Abstract)

"Behavioral assessment of the syndrome of autism." Paper presented to the American Academy of Child Psychiatry, October 1983.

"Genetic contributions to the syndrome of autism." Invited address, Western Psychological Association Meeting, April 1984.

"Diagnosis of the syndrome of autism." Workshop, Coast Mental Health, 1984.

"Stability of cognitive and linguistic scales in autism." Paper presented to the American Academy of Child Psychiatry, 1984.

"Effects of fenfluramine of 14 outpatients." Paper presented to the American Academy of Child Psychiatry, 1984.

"Psychological evaluation of untestable children." Invited lecture, Lanterman State Hospital, October, 1984.

"Sequential and simultaneous processing in autistic children." Paper presented to the American Psychological Association, August 1985.

"Stability of cognitive-linguistic scales in autism." Mental Retardation Research Center Grand Rounds, January 1985.

"Differential diagnosis of autism." Workshop presented at the Autism Training Center, Marshall University, Huntington, West Virginia, April 1985. (CME credits)

"Recent research in the syndrome of autism." Invited lecture, Autism Training Center, Marshall University, Huntington, West Virginia, April 1985.

"Familial autism: Psychometric assessments of first-degree relatives." Paper presented to American Academy of Child Psychiatry, San Antonio, October 1985.

"Cognitive Assessment in Autism". Invited Lecture, New Orleans, December 1985.

"Prognosis in Autism". Invited Lecture, New Orleans, December 1985.

"Relationship of WISC-R and Vineland ABS Scores in Autism," Invited Lecture, National Society for Children and Adults with Autism Conference, Washington, D.C., July 1986.

"Diagnosis and Treatment of Autism", Invited Lecture, Autism Society of America, San Diego, May 1987.

"Diagnosis and Treatment of Autism", Invited Lecture, Behavior Therapy and Learning Center, Long Beach, July 1987.

"Diagnosis and Assessment of Autism"
　　1.  Invited Lecture, West Virginia Autism Society, Autism Center Workshop, October 1987.
　　2.  Invited Lecture, Orange County Severely Handicapped Conference, September 1987 & 1988.

6

"Diagnosis of Autism" (1987-1991)
1. Invited Lecture, University Affiliated Program, UCLA/NPI, Los Angeles CA, 1987 & 1988.
2. Invited Lecture, La Mirada Unified School District, La Mirada CA, June 1988.
3. Invited Lecture, California Program Specialists, Special Education, Long Beach CA, March 1988.
4. Invited Lecture, South Central Los Angeles Regional Center, July 1988.
5. Invited Workshop, Agency for International Development, Guayaquil, Ecuador, July 1988
6. Workshop presented, Seattle Autism Society, Seattle WA, October, 1989
7. Presentation, Westside Regional Center, Los Angeles CA April 10-11, 1989.
8. Presentation, Autism Society of America, Long Beach/San Gabriel Regional Center, April 1989.
9. Workshop presented, Autism Society of America, San Francisco (UCSF) May 13, 1989.
10. Workshop presented, San Gabriel Valley Regional Center, Covina, CA, July 1990.
11. Workshop presented, Autism Society of America, Los Angeles, April 1990.
12. Workshop presented, Autism Conference, University of California San Francisco, May 1990.
13. Workshop presented, Autism Conference, Oakland CA, January 1990.
14. Workshop presented, DDIP Program/UCLA, February 1990.
15. Workshop presented, Autism Conference, Newport Beach CA, March 1990
16. Presentation, Conference, National Autism of Amer. Society, Buena Park CA, July 10-11, 1990.
17. Presentation, Conference, Inland County Regional Center, October 1990.
18. Presentation, Conference, Autism Society of America, Ohio, November 1-3, 1990.
19. Workshop presented, Canyon Hills School District, January 25, 1991.
20. Presentation, Parent/Professional Meeting, Autism Society of America, Orange County Chapter, February 1991.
21. Presentation, Autism Society of America, Long Beach Chapter, February 1991.
22. Presentation, Canyon Hill School, April 1991.
23. Presentation, Parent/Professional Meeting, Autism Society of America Los Angeles, Whitney High School, April 1991.
24. Inservice Presentation, Alhambra School District, at UCLA-NPI, May 1991.

"Assessment of Functional Skills in Autism", Jay Nolan Center Saturday Program, Whitney High School, Los Angeles, November 1987, November 1988.

"Assessment of Severely Handicapped Children", Invited Lecture, University of Southern California, February 1988.

"Population Prevalence, Sibling Risk and Recurrence Risk Estimates of Autism", Paper presented, International Congress of Psychology, Sydney Australia, September 1988.

"A New Basis For Genetic Counseling In Autism", Paper presented, American Psychiatric Association 142nd Annual Meeting, San Francisco, CA, May 6-11, 1989.

"Genetics and Autism", Paper presented at World Congress of Biological Psychiatry, Jerusalem Israel, March 1989.

"Diagnosis and prognosis in persons with mild autism", paper presented, Autism Society of America, Buena Park CA, July 1990.

"Prospective Longitudinal Study of Autism", paper presented, Autism Research Symposium, Snowbird Utah, August 1990.

Diagnosis and Assessment of High Functioning Autistic Children", Educational Inservice Workshop, Tacoma School District, Tacoma WA, July 5-7, 1990.

"Diagnosis and Assessment of High Functioning Autistic Children", presentation, Conference, California Association of Behavior Therapists, San Francisco CA, March 8, 1991.

"Assessment and Treatment of Autism", Workshop presented, Department of Pediatrics - University of Timisoara, Romania, April 12-20, 1991.

"The Stability of Cognitive and Behavioral Parameters in Autism: A twelve year prospective study", paper presented at the 38th Annual Meeting of the American Academy of Child and Adolescent Psychiatry, October 16-20, 1991.

"Stability of Cognitive and Behavior Factors in Autism" (1991 - 1992)
1.  American Academy of Child Psychiatry, San Francisco, October 1991 (Abstract)
2.  IDEA Conference, California Autism Society, May, 1992
3.  Autism Society of America, July 1992

"Diagnosis, Assessment and Current Research of the Syndrome of Autism." (1991 - 1995)
1.  Long Beach/San Gabriel Valley Autism Society, January 1991
2.  Northern California Association of Behavioral Analysis, March 1991
3.  Grand Rounds, University of Timisoara Medical School, Romania, April 1991
4.  Los Angeles Autism Society, April 1991
5.  American Academy of Child Psychiatry Update Course, June 1991
6.  Santa Rosa Autism Society, October 1991
7.  South Central Regional Center, October 1991
8.  Ohio Autism Society, October, 1991
9.  Florida Autism Society, Ft. Lauderdale, Florida, February 1992
10. Kaiser Department of Pediatrics, Grand Rounds, March & July 1992
11. Children's Hospital, Department of Pediatrics, Grand Rounds, January 1992
12. Issues in Early Child Development, Contemporary Forums, San Diego CA, June 1992
13. Autism Society of Canada, Calgary, May 1992
14. San Diego, Nursing Update, CME Course, June 1992
15. Tennessee Autism Society, February 1993
16. Anaheim School District, January 1993
17. Breakfast Club, UCLA, March 1993
18. Saddlebrook Unified School District, March 1993
19. Fullerton Child Guidance Center, March 1993
20. ABC Unified School District, March 1993
21. Grand Rounds, Long Beach Memorial Hospital, April 1993
22. Ladera Heights School District, April 1993
23. Kaiser Mental Health, May 1993
24. Kaiser, Whittier, May 1993
25. AACP Update Course, Los Angeles, June 1993
26. Autism Society in Toronto, Canada, July 1993
27. Autism Society of America (ASA), January 1994
28. UCLA, Psychiatry Across the Lifespan, January 1994
29. San Gabriel Autism Society, February 1994
30. South African Autism Society, Capetown, RSA, March 5 & 6, 1994
31. California School Psychologists, March 12, 1994
32. Long Beach Autism Society, March 14, 1994
33. Whittier Autism Society, March 23, 1994
34. Los Angeles Autism Society, May 19, 1994
35. Fiesta Educativa, Los Angeles, May 20, 1994
36. California Autism Society, Newport Beach, May 21, 1994
37. Torrance Memorial Hospital, June 1, 1994
38. Simi Valley Autism Society of America, June 17, 1994
39. Parents of Adults with Autism, Los Angeles, August, 1994
40. California Nursing Association, Orange County, February 1995
41. Washington Autism Society of America, Seattle, March 1995
42. Autism Society of America, San Diego, March 1995

"Cognitive and Social Emotional Development in Romanian Orphans." (1992)
1.  International Conference on Infant Studies, May 1992, Miami FL, with S. Kaler, Ph.D. (Abstract)
2.  Romanian/American Academy of Science, June 1992, with S. Kaler, Ph.D (Abstract)
2.  American Psychological Association, August 1994 with S. Kaler, Ph.D (Abstract)

8

"Autism: Where we have been and where we are going." Keynote Address, Autism Society of America, Las Vegas, July 1994

"Early Intervention and Development in Autism" Invited Address, University of North Carolina, May 1995.

"Autism: Making the Diagnosis" Presentation Conference, The Association of Child Development Specialists Fall Meeting, Los Angeles CA, October 2, 1993.

"What Physicians Need to Know About Autism" Presentation, Conference, 4th Annual Educational Workshop in Hawaii; Autism Society of Hawaii; UAP Resource and Technical Assistance Project on Autism; Hawaii Medical Association; The Hawaii Psychiatric Medical Association and The American Academy of Pediatrics-Hawaii Chapter, Honolulu, Hawaii, August 3, 1994.

"Unraveling Autism, Asperger's Syndrome and PDD", Keynote Speaker at Multidisciplinary Conference, Autism, Asperger's Syndrome & Pervasive Developmental Disorders, The Greater Phoenix Chapter of the Autism Society of America and Developmental Pediatric Education, Scottsdale, AZ, April 7, 1995

"Psychological Assessment of Autistic Children", Presentation, A Workshop on Understanding Autism, Morongo Unified School District, Yucca Valley CA,, April 1995

"Diagnosis and Treatment of Autism" (1995 – 1997)
1. Greater Long Beach/South Bay Autism Society, May 1995
2. American Academy of Child and Adolescent Psychiatry, Beverly Hills, June 1995
3. The Autism Consortium of the Ralph J. Baudhuin Oral School of Nova, Southeastern University, Fort Lauderdale FL, September 1995
4. Long Beach Unified School District, Long Beach, November 1995
5. Los Angeles County School Nurses Association, Los Angeles, CA  January 1996
6. Bellflower Unified School District, Bellflower CA, January 1996
7. California School Nurses Organization, Fresno CA, February 1996
8. Greater Anaheim Special Education Local Plan Area (SELPA), Buena Park CA, October 1996
9. Autism Society of California and the East Bay, Alamo CA, April 1996
10. Santa Barbara County SELPA, Santa Barbara CA, May 1996
11. San Francisco Bay Area Autism Society of America, San Francisco CA, May 1996
12. Harbor-UCLA Department of Psychiatry, Los Angeles CA, August 1996
13. ABC Unified School District, October 1996
14. UCLA First Annual Review of Psychiatry, October 1996
15. Workshop, Region X, Fort Worth, TX, November 1996
16. Workshop, Region XI, Dallas, TX, November 1996
17. Special Education and Law, Los Angeles, March 1996
18. Steve Kaufman & Associates, Culver City CA 1996
19. Sonoma County Special Education Conference, December 1996
20. Riverside County School District, Riverside CA, January 1997
21. University Affiliated Program, UCLA, January 1997
22. Metra Health, Long Beach, January 1997
23. Dept. of Mental Health, Bell Gardens, CA, January 1997
24. Alaska Statewide Special Education Conference, Anchorage AK, February 1997
25. Workshop, 4th Annual Big Sky Summer Institute, Bozeman MT, June 1997
26. Contemporary Forums, Anaheim CA, October 1997
27. Invited Address, Georgia State Education Conference, April 1997
28. Invited Address, Bellflower Community Action Board, CA, February 1997
29. Continuing Education Lectures, Professional Psychiatry Seminars, 1997-Present

"Autism: What Current Research Tells Us"
1. "Creating California's Future," State Conference on Special Education, October 1996
2. Invited Address, Illinois Center for Autism, October 1997
3. Special Education Conference, Anaheim CA, October 1997
4. Invited Address, "Working to Solve the Problem," Calgary Canada, May 1997

9

"Cooperation between Parents and Professionals"
1. Invited address, International Autism Conference, Skive Hallerne Denmark, Nov. 1996
2. Invited address, Autism Society of America, Orlando FL, July 1997

"Questions Parents Should Ask Before Beginning a Treatment"
1. Invited address, International Autism Conference, Skive Hallerne Denmark, Nov. 1996
2. Invited Address, Parents Helping Parents, San Jose CA, January 1997
3. Invited address, Future Horizons, Nashville TN, November 1997

"Expanding Our Boundaries"
Third Annual Psychologists' Conference, Los Angeles County Office of Education
Workshop: Autism - Diagnosis Interventions, Prognosis, Burbank CA, February 1996

Conference:  "Stairway to Change"
Autism Treatment Services of Canada, Feature Presentation: "Questions to Ask When
Looking for Services", Sydney, Nova Scotia, Canada, May 1996

Conference:  "Early Social and Cognitive Development in Autism"
16th Annual TEACCH Conference, Presentation: "Evaluating Cognitive and Social Early
Intervention Programs", Chapel Hill NC, May 1996

"Autism:  What's In and What's Out"
Autism Treatment Services of Canada, Victoria, British Columbia, May 1966

"Asperger's Syndrome: Diagnosis and Treatment"
1. Sunrise Seminars, The H.E.L.P. Group, July 1996
2. California Autism Society State Conference, May 1997
3. 1st Annual Learning Disorder Symposium, H.E.L.P. Group, UCLA/NPI, September 1997
4. UCLA's 2nd Annual Review of Psychiatry, October 1997
5. North County ASA Conference, San Diego CA, May 1998
6. Autism Society of America, Long Beach CA, February 2000
7. Grand Rounds, UCLA-NPI, May 2000
8. Autism Spectrum Disorder Conference, Autism Partnership, January 2001
9. The H.E.L.P. Group, Los Angeles CA, October 2002
10. UES Lecture, UCLA, Los Angeles CA, February 2003

"Early Intervention: A Range of Models" (Panel Chair)
Autism Society of America Annual Meeting, Milwaukee, WI, July 1996, Orlando 1997

"Diagnosis and Treatment of Autism" (1997 – 1998)
1. Fulton County Schools, Atlanta GA February 1997
2. Ventura County Schools, Ventura CA, May 1997
3. North Center Georgia GLRS, October 1997
4. Georgia Learning Centers, Macon, Albany and Statesborg GA, December 1997
5. Grand Rounds, Santa Rosa Memorial Hospital, Santa Rosa CA, January, 1998
6. Foothill SELPA Parent Conference, Burbank CA, March 1998
7. Iowa Autism Society Conference, April 1998
8. PDD/IDA, Houston TX, May 1998
9. Los Angeles Unified School District Psychologists, May 1998
10. Florida Associates of School Psychologists, Orlando FL, November 1998

"Diagnosis and Treatment of Autism" (2001-2002)
1. Minneapolis Autism Society, Minneapolis Minnesota, May 2001
2. Workshop, Autism Society of America National Conference, San Diego CA, July 2001
3. Workshop, Harbor Regional Center, March 2002
4. Workshop, University of South Florida, Tampa FL, July 2002

10

"Autism Spectrum Disorder: What does the future hold?"
    1.  Treatment Services of Canada, Calgary and Alberta, May 14-17, 1997
    2.  West Coast Special Education Conference, Anaheim CA, November 1997

"Autism: A Biological Disorder" and "How to manage the managed care maze." Dual lecture, (Co-presenter)
    UCLA, August 23, 1997

"Guidelines for Evaluating Treatment Programs for Autistic Children"
    1.  Orange County Interagency Autism Group, Huntington Beach CA, September 1997
    2.  Iowa Autism Society Conference, April 1998
    3.  Tennessee Assoc. for Administrators in Special Educ. Conference, Gatlinburg TN, Dec. 1998
    4.  Special Education Attorneys Conference, Orlando FL, December 1998
    5.  West Orange County Consortium for Special Education, Orange County CA, May 2001

"Autism:  Clues to Recognition and Tips for Managing Behavior in the Office"
    'Nursing Issues in Ambulatory Pediatrics,' Contemporary Forums, October 1997

"Diagnosis and Assessment of Autism Spectrum Disorder: What We Know"
    1. Governor's Conference: Partners in Prevention, San Diego CA, February 1998
    2. Workshop, San Luis Obispo SELPA, San Luis Obispo CA, September 2002

"Results of a Twenty Year Longitudinal Study of Persons with Autism"
    1. California Autism Society, Conference, March 1998
    2. Grand Rounds, UCLA-NPI, February 1999

"Common Behavior Problems in Autistic Disorder"
    Iowa Autism Society Conference, April 1998

"Evaluating the Efficacy of Intervention Programs for Autistic Children"
    1.  The Child with Autism, Contemporary Forums, Anaheim CA, April 27-28, 1998
    2.  Autism Society of America Annual Conference, Reno NV, July 1998
    3.  Contemporary Forums: 'The Young Child with Special Needs', New Orleans, May 2001

"Diagnosis and Assessment of Autism and Related PDD: Developing an Effective Early Intervention
    Curriculum" Workshop, Autism Treatment Services of Canada, Vancouver, B.C., May 1998

"Treatment of Autism: A Range of Options"  (Panel Chair)
    Autism Society of America, Reno NV, July 1998

"Romania's Institutionalized Children: A Longitudinal Study of Cognitive and Socio-emotional Development"
    with Dr. Sandra Kaier, 10th Annual Sigma Theta Tau, International Meeting, Utrecht, Netherlands,
    July 1998

"Diagnosis and Current Research in Autism"
    Workshop: Autism Treatment Services of Canada, Quebec, October 1998

"Autism: What We Know" (1999 – present)
    1.    Grand Rounds, Kaiser Permanente, Dept. of Pediatrics, Woodland Hills CA, Jan. 1999
    2.    Autism Society of Southern Illinois, Bellfield Illinois, March 1999
    3.    Autism Society of Tucson, Tucson Arizona, March 27, 1999
    4.    LRP National Meeting, San Francisco, April 24, 1999
    5.    Update in Child Psychiatric, Los Angeles, June 1999
    6.    CME Panel, Oxnard CA, September 1999
    7.    Autism Conference, University of California, Santa Barbara, September 1999
    8.    UCLA Psychiatry Review Course, October 15, 1999
    9.    Foothill SELPA Parents Conference, Burbank CA, October 16, 1999
    10.   University of Hong Kong, November 1999, 2000, 2001
    11.   Department of Neurology, UCLA, 1999

11

12.    Autism Partnership, Seal Beach CA, January 12, 2000
13.    Covina SELPA, Covina CA, January 25, 2000
14.    Jewish Bureau of Education, Temple Sinai, Los Angeles CA, March 2000
15.    Autism Society of Vancouver, Vancouver, B.C., March 2000
16.    Alabama State Dept. of Education, Birmingham, AL, Mar. 2000; Montgomery, Feb. 2001,
      Mobile, July 2001
17.    Loyola-Marymount College, March 2000
18.    Texas State Dept. of Education, Dallas and South Padre Island, April 2000
19.    North Counties Autism Society Conference, San Diego CA, May 2000
20.    Austin Unified School District, Austin, Texas, May 2000
21.    PacificCare Health Services, Woodland Hills CA, June 2000
22.    Long Beach Unified School District, August 2000
23.    Conference, co-presented with Autism Partnership, Toronto, Canada, November 2000
24.    Administrative Law Judges Conference, Santa Barbara, CA, November 2000
25.    Orange County SELPA, Anaheim, September 2000 and January 2001
26.    Vista School District, Vista CA, January 2001
27.    University of Judaism, Los Angeles, April 2001
28.    Autism Society Conference, Minneapolis, MI, May 2001
29.    Huntington Beach School District, Huntington Beach CA, May 2001
30.    Florida Department of Education, State Conference, June 2001
31.    San Diego State University, San Diego CA, May 2000
32.    Special Education Summer Academy, Alabama State Dept. of Education, Mobile, May 2001
33.    State Dept. of Education, Council for Administrators & Special Education Autism Conf.,
      Orlando FL, June 2001
34.    Regional Center of Orange County, October 2001
35.    Jewish Bureau of Education, Stephen S. Wise Temple, Los Angeles, CA April 2001, 2002
36.    State Department of Education, Columbus, Indiana, April 2002
37.    Department of Education, Key West Florida, May 2002

"Role of Normal Development in Development of Treatment Programs"
1.    Autism Partnership, Seal Beach CA, July 2000
2.    Autism Partnership, Hong Kong, November 2000
3.    Autism Partnership, Joint Conference, Long Beach CA, January 2001
4.    Autism Society of America National Conference, San Diego CA, July 2001

"Diagnosis of Autism/PDD: An Update"
    Contemporary Forums Conf.: 'The Young Child with Special Needs,' New Orleans LA, May 2001

"Autism & Pervasive Developmental Disorders: Assessment, Differential Diagnosis & Treatment"
1.    Autism Partnership, A Two-Day Workshop, Toronto Canada, October 2000
2.    Professional Psych Seminars, Inc., Los Angeles, Pasadena, San Rafael, CA Mar. & Apr. 2001
3.    Autism Partnership, Two-Day Workshop, Seal Beach CA, June 2001

"Autism & Pervasive Developmental Disorders: Assessment, Differential Diagnosis & Treatment

1.    Professional Psych. Seminars, Inc. Emeryville CA, October 2002; Los Angeles CA, October
    2002; Costa Mesa CA, December 2002; & Pasadena CA, December 2002

Asperger's Syndrome or High Functioning Autism, National University, Vista CA, February 2002
1.    Autism Society of Long Beach, Long Beach CA, March 2002
2.    State of Department Education, Columbus, Indiana, April 2002

Interventions for Children with Autism
    Workshop, San Luis Obispo, County Education, January 2002

Etiological Biological findings and implications for treatment in Autism Spectrum Disorder (ASD)
1. Contemporary Forum, The Young Child with Special Needs, New Orleans, May 2001
2. Autism Partnership, Seal Beach, California, June 2001
3. Conference, Toronto, Canada, October 2001
4. Conference, University of Hong Kong, November 2001 (Invited address)
5. State Department of Education, Honolulu, Hawaii, February 2002 (Invited address)

Recent Advances in treatment on Autism
UCLA 7th Annual Review of Psychiatry and Psychopharmacology Update, October 2002

Asperger's Syndrome and/or High Functioning Autism: An Update
UCLA 8th Annual Review of Psychiatry and Psychopharmacology Update, October 24, 2003

Assessment and Treatment of Asperger's Syndrome
Workshop, San Diego County SELPA, San Diego CA, February 2003
Los Angeles Department of Mental Health, Los Angeles CA, May 2003

Current Treatment for Autism
University of Hong Kong, Hong Kong, November 2002 and December 2003

History of Treatment of Autism
An Update, UCLA, Los Angeles CA, October 2002

"Update on Treatment in Autism"
Grand Rounds, Steamboat Springs Hospital, Steamboat Springs CO, March 2003
Conference on Developmental Disabilities, Montana State University, Billings MT, October 2002

Assessment and Treatment of Autism Spectrum Disorder (ASD)
1. Psychopharmacology Lecture, UCLA, Los Angeles CA, October 2002
2. Bangkok Thailand, November 2002
3. San Diego County SELPA, San Diego CA, October 2003
4. Grand Rounds, UCLA, Harbor CA November 2003
5. Grand Rounds, Torrance CA, November 2003
6. University of Hong Kong, December 2003

Current Therapies for Autism Spectrum Disorder
Regional Center of Orange County, Orange CA, October 2003

Current Treatment of Autism Spectrum Disorder
1. Harbor Regional Center, Torrance CA, September 2002
2. FEAT Conference, Torrance CA, June 2003
3. Autism Spectrum Therapies, Los Angeles CA, September 2003

"Autism Spectrum Disorders: Identifying Behaviors that Impact Education." San Diego County of
Education Psychologists, San Diego, CA, October 2003

Diagnosis of Autism Spectrum Disorder Workshop, Las Virgenes Unified School District
1. Pre-school, February 2004, Las Virgenes Unified School District, October 2004
2. School Age/High School, Las Virgenes Unified School District, November 2004
3. Singapore, March 2004
4. University of Hong Kong, June 2004

"Appropriate Programs for Children with Autism Spectrum Disorders: Do the Professionals Agree?"
Co-Presenter, LRP National Institute on Legal Issues of Educating Individuals with Disabilities,
Orlando FL, May 2004.

"Educational Programs for Children with Autism: Do the Professionals Agree?"
Co-Presenter, LRP Annual Conference, Orlando FL, May 2004.                              13

"Asperger's Syndrome: An Update"
    Grand Rounds, Harbor-UCLA, September 2004
    Norwalk-La Mirada School District, September 2004

"Evaluating a Child With Autism: Everything a Parent Should Know," UCLA, November 2004

How to build a defensible Autism program, Pepperdine University, November 2004

"Alternative Treatments for Autism: What is the Science?" Invited Workshop, Autism Partnership, Seal
    Beach, CA, January 2005

Autism Spectrum Disorders, Los Angeles Unified School District, Los Angeles, CA, February 2005

"Alternative Treatments for ASD: Fact or Fiction?" Invited Lecture, Contemporary Forums, Las Vegas, NV,
    May 2005

"Early Detection of ASD." Invited Lecture, Contemporary Forums, Las Vegas, NV, May 2005

## PUBLICATIONS

1. Meltzer, D., & Freeman, B. J. (1969) Some parameters affecting performance in fixed
    interval schedules. <u>Psychonomic Science</u>, 17, 129-131.

2. Freeman, B. J. (1971). The role of response-dependent reinforcement in the production of
    behavioral contrast on a multiple schedule. <u>Learning and Motivation</u>, 2, 138-147.

3. Meltzer, D., & Freeman, B. J. (1971) Maintenance of response summation under conditions of
    minimal stimulus intensity. <u>Psychonomic Science</u>, 22, 287-288.

4. Freeman, B. J., & Ray, O. S. (1972) Strain, sex and environmental effects on appetitive and
    aversive learning tasks. <u>Developmental Psychobiology</u>, 5, 101-109.

5. Herman, S. J., Freeman, B. J., & Ray, O. S. (1972) The effects of multiple injections of
    morphine sulfate on shuttle-box behavior in the rat. <u>Psychopharmacologia</u>, 26, 146-154.

6. Freeman, B. J. (1972) Behavioral contrast: Reinforcement frequency or response suppression?
    <u>Psychological Bulletin</u>, 79, 347-356. (Theoretical treatise)

6. Freeman, B. J., & Leibowitz, J. M. (1974) Response facilitation as a function of a short timeout
    stimulus in a condition suppression paradigm. <u>Psychological Reports</u>, 35, 67-72

7. Freeman, B. J., Leibowitz, J. M., & Linseman, M. A. (1974) A study of an operant procedure: Testing
    auditory deficits. <u>Mental Retardation</u>, 12, 14-17.

9. Freeman, B. J., & Pribble, W. (1974) Elimination of inappropriate toileting behavior by
    overcorrection. <u>Psychological Reports</u>, 35, 802.

10. Caul, W. J., Freeman, B. J., & Buchanan, D. (1975) Effects of differential rearing conditions on
    heart rate conditioning and response suppression. <u>Developmental Psychobiology</u>, 8, 63-68

11. Buchanan, D., Caul, W. J., & Freeman, B. J. (1975) Effects of differential rearing conditions on
    stress induced ulceration. <u>Developmental Psychobiology</u>, 8,

12. Freeman, B. J., Ritvo, E. R., & Miller, R. (1975) An operant procedure for teaching children to
    answer questions appropriately. <u>Journal of Autism and Childhood Schizophrenia</u>, <u>5</u>, 169-196.

13. Freeman, B. J., Graham, V., & Ritvo, E. R. (1975) Reduction of self-destructive behavior by
    overcorrection. <u>Psychological Reports</u>, 137-446.

14

14. Black, M., Freeman, B. J., & Montgomery, J. (1975) The effect of four different environments on the play behavior of autistic children. <u>Journal of Autism and Childhood Schizophrenia</u>, 5, 361-371.

15. Freeman, B. J., Roy, R. R., & Hemmick, S. (1976) Extinction of a phobia of physical examination in a 7-year-old mentally retarded boy. <u>Behavior Research and Therapy</u>, 16, 63-64.

16. Freeman, B. J., Somerset, T., & Ritvo, E. R., (1976) Effects of long timeout durations on disruptive behavior of autistic children. <u>Psychological Reports</u>, 38, 124-126.

17. Colman, R., Frankel, F., Ritvo, E. R., & Freeman, B. J. (1976) The effects of fluorescent and incandescent illumination upon repetitive behaviors in autistic children. <u>Journal of Autism and Childhood Schizophrenia</u>, 6, 157-162.

18. Frankel, F., Freeman, B. J., Ritvo, E. R., Carr, E., & Chikami, B. (1976) Relationships of photic stimulation on operant behavior in autistic and retarded children. <u>American Journal of Mental Deficiency</u>, 6, 32-40.

19. Freeman, B. J., Frankel, F., & Ritvo, E. R. (1976) The effects of response contingent vestibular stimulation on the behavior of autistic and retarded children. <u>Journal of Autism and Childhood Schizophrenia</u>, 6, 353-358.

20. Freeman, B. J., Moss, D., Somerset, T., & Ritvo, E. R. (1977) Thumb sucking in an autistic child overcome by over correction. <u>Journal of Behavior Therapy Experimental Psychiatry</u>, 8, 211-212.

21. Freeman, B. J. (1977) The syndrome of autism: The problem of diagnosis in research. <u>Journal of Pediatric Psychology</u>, 4, 142-145. (Theoretical Treatise)

22. Freeman, B. J., Ritvo, E. R., Guthrie, D., Schroth, P., & Ball, J. (1978) The behavior observation scale. <u>Journal of the American Academy of Child Psychiatry</u>, 17, 576-588.

23. Frankel, F., Freeman, B. J., Ritvo, E. R., & Pardo, R. (1978) The effect of environmental stimulation upon the stereotyped behavior of autistic children. <u>Journal of Autism and Childhood Schizophrenia</u>, 4, 389-394.

24. Freeman, B. J., Guthrie, D., Ritvo, E. R., Schroth, P., Glass, R., & Frankel, F. (1979) Behavior observation scale: Preliminary analysis of the similarities and differences between autistic and mentally retarded children. <u>Psychological Reports</u>, 44, 519-524.

25. Needleman, R., Ritvo, E. R., & Freeman, B. J. (1980) Objective language criteria and the diagnosis of autism. <u>Journal of Autism and Developmental Disorders</u>, 10, 389-398.

26. Freeman, B. J., Schroth, P., Ritvo, E. R., Guthrie, D., & Wake, L. (1980) The behavior observation scale for autism (BOS): Initial results of factor analysis on 89 children. <u>Journal of Autism and Developmental Disorders</u>, 10, 343-346. Abstracted: (1982) <u>International and Interdisciplinary Documentation and Information on Rehabilitation Research</u>.

27. Freeman, B. J., & Ritvo, E. R. (1980) The behavior observation scale for autism. <u>International Journal of Rehabilitation Research</u>, 3, 254-346.

28. Freeman, B. J., Ritvo, E. R., Schroth, P., Tonick, I., & Wake, L. (1981) Relationship of frequency of behavior to I.Q. in autistic, mentally retarded and normal children. <u>American Journal of Psychiatry</u>, 138. Also abstracted (1981, June) <u>Psychiatry Digest</u> and (1981, November) <u>ERIC</u>.

29. Freeman, B. J., Tonick, I., Ritvo, E. R., Guthrie, D., & Schroth, P. (1981) Behavior observation scale for autism (BOS): Analysis of behaviors among autistic, mentally retarded and normal children. <u>Psychological Reports</u>, 49, 199-208.

15

30. Freeman, B. J., & Ritvo, E. R. (1981) The syndrome of autism: A critical review of diagnostic systems and follow-up studies and the theoretical background of the behavior observation scale. In J. Gillian (Ed.), Autism: Diagnosis, instruction, management and research. Springfield, IL: Charles C. Thomas.

31. Geller, E., Ritvo, E. R., Freeman, B. J., & Yuwiler, A. (1982) Preliminary observations on the effect of fenfluramine on blood serotonin and symptoms in three autistic boys. New England Journal of Medicine, 307, 165-169.

32. Freeman, B. J., & Ritvo, E. R. (1982) The syndrome of autism: A critical review of diagnostic systems and follow-up studies and the theoretical background of the behavior observation scale. In J. Steffen & P. Karoly (Eds.), Autism and severe psychopathology. Lexington, MA: D. C. Heath, Co. (Theoretical treatise)

33. Freeman, B. J., & Schroth, P. (1983) The development of the behavior observation scale (BOS). Behavioral Assessment, 5, 394-405.

34. Yuwiler, A., Geller, E., Boullin, D., Ritvo, E. R., Rutter, M., and Freeman, B. J. (1983) A re-examination of serotonin efflux by platelets in autism. Journal of Autism and Developmental Disorders.

35. Frankel, F., Simmons, J. Q., Freeman, B. J., & Frichter, M. (1983) Stimulus selectivity in autistic, retarded and normal children. Journal of Child Psychology and Psychiatry, 24

36. Funderburk, S. J., Carter, J., Tanguay, P., Freeman, B. J., & Westlake, J. (1983) Potential steroid hormone teratogens in autistic and schizophrenic children. Journal of Autism and Developmental Disorders, 13, 325-332.

37. Ritvo, E. R., Freeman, B. J., Geller, E., & Yuwiler, A. (1983) Effects of fenfluramine on 14 autistic outpatients. J. Am. Academy of Child Psychiatry, 22, 549-558. Also abstracted (1984, June) Intelligence Reports in Psychiatric Disorders.

38. Ritvo, E. R., Freeman, B. J., Yuwiler, A., Geller, E., Yokota, A., Schroth, P., & Novak, P. (1984) Study of fenfluramine in outpatients with the syndrome of autism. Journal of Pediatrics, 105, 823-828.

39. Freeman, B. J., Ritvo, E. R., & Schroth, P. C. (1984) Behavioral assessment of the syndrome of autism: Behavior Observation System, Journal of Amer. Academy of Child Psychiatry, 23, 588-594. Abstracted: (1984) (1989) Also Scale has been translated into French. Tests, Kansas City Test Corporation of America.
                                                                                                    16
40. Ritvo, E. R., Spence, M. A., Freeman, B. J., Mason-Brothers, A., Mo, A., & Marazita, M. L. (1985) Evidence for autosomal recessive inheritance of autism in 46 multiple incidence families. American Journal of Psychiatry, 142, 187-191.

40. Spence, M. A., Ritvo, E. R., Marazita, M. L., Funderburk, S. J., Sparkes, R. S., & Freeman, B. J. (1985) Gene mapping studies with the syndrome of autism. Behavior Genetics, 15(1), 1-13.

42. Ritvo, E. R., Freeman, B. J., Mason-Brothers, A., Mo, A., & Ritvo, A. M. (1985) Concordance of the syndrome of autism in 40 pairs of afflicted twins. Amer. Journal of Psychiatry, 142, 74-77.

43. Freeman, B. J., Needleman, R., & Ritvo, E. R. (1985) Stability of language and cognitive scales in autism. Journal of American Academy of Child Psychiatry, 24, 459-464.

44. Freeman, B.J., Lucas, J.C., Forness, S.R., Ritvo, E.R., (1985) Cognitive processing of high-functioning autistic children: Comparing the K-ABC and WISC-R. Journal of Psychoeducational Assessment: 4, 357-362. Abstracted (1986) Eric Clearinghouse, Ann Arbor, Michigan.

45. Freeman, B. J., Ritvo, E. R., Yokota, A., & Ritvo, A. (1986) A scale for rating symptoms of patients with the syndrome of autism in real life settings. Journal of American Academy of Child Psychiatry 25:130-136.

46. Ritvo, E. R., Freeman, B. J., Scheibel, A. B., Duong, P. T., Robinson, H., & Guthrie, D. (1986) Decreased purkinje cell density in four autistic patients: Initial findings of the UCLA-NSAC autopsy research project. American Journal of Psychiatry, 143: 862-866.

46. Realmuto, G. M., Jensen, J., Klykylo, W., Piggott, L., Stubbs, G., Yuwiler, A., Geller, E., Freeman, B.J., & Ritvo, E. R. (1986) Untoward effects of fenfluramine in autistic children. Journal of Clinical Psychopharmacology, 6, 350-355.

48. Ritvo, E. R., Freeman, B. J., Yuwiler, A., Geller, E., Schroth, P., Yokota, A., Mason-Brothers, A., August, G. J., Klykylo, W., Leventhal, B., Lewis, K., Piggott, L., Realmuto, G., Stubbs, E. G., & Umansky, R. (1986) Fenfluramine treatment of autism: UCLA-collaborative study of 81 patients at nine medical centers. Psychopharmacology Bulletin, 22:133-140.

49. Jenson, W. R., Petersen, B., Freeman, B.J. & McMahon, W. (1986) Autism, form fruste: Psychometric assessment of first-degree relatives. In C. Shagass, et al (Eds) Biological Psychiatry, New York: Elsevier Science Publishing Co., Inc.

50. Ritvo, E.R., Creel, D., Crandall, A.S., Freeman, B.J., Pingree, C., Barr, R. Realmuto, G., (1986) Letters to the Editor: Retinal Pathology in autistic Children - A Possible Biological Marker for a Subtype? Journal of the American Academy of Child Psychiatry, 25, 1:l37.

51. Mason-Brothers, A., Ritvo, E. R., Guze, B., Mo, A., Freeman, B. J., & Funderburk, S. J. (1987) Natal factors in 181 autistic persons. J. of American Academy of Child Psychiatry, 26,1:39-42.

52. Ritvo, E. R., Mason-Brothers, A., Jensen, W. P., Freeman, B. J., Mo, A., Pingree, C., Petersen, P. B., & McMahon, W. M. (1987) A report of one family with four autistic siblings and four families with three autistic siblings. J. Am Acad Child Adol Psychiatry, 26, 339-341.

53. Asarnow, R.F., Tanguay, P.E., Bott, L., Freeman, B.J., (1987) Patterns of Intellectual Functioning in Non-Retarded Autistic and Schizophrenic Children. Journal of Child Psychology and Psychiatry, 28, 273-280.

54. Mason-Brothers, A., Ritvo, E.R., Guze, B., Mo, A., Freeman, B. J., Funderburk, S.J., (1987) Pre-, peri-, and postnatal factors in 209 autistic patients from single and multiple incidence families. J. Am. Acad. Child Psychiatry, 26, 39-42.

55. Ritvo, E.R., Freeman, B.J., Yuwiler, A., Geller, E., Schroth, P., Yokota, A., Mason-Brothers, A., August, G.J., Klykylo, W., Leventhal, B., Lewis, K., Piggott, L., Realmuto, G., Stubbs, E. G., Umansky, R., (1987) Fenfluramine treatment of autism: UCLA collaborative study of 81 patients at nine medical centers. In F. Gremy, S., Tomkiewicz, P., Ferrari, G. Lelord (eds), Colleque INSERM 146: 257-267.

56. Ritvo, E.R., Jorde, L.B., Freeman, B.J., McMahon, W.M., Jenson, W.R., Petersen, P.B., Brothers, A.M., Mo, A., Pingree, C.B. Population prevalence and recurrence risk of autism. (1987) Abstract Proceedings of American Society of Human Genetics Annual Meeting. Abstract (August, 1987) Third World Congress on the Isolated Child, Buenos Aires, Argentina.

57. Ritvo, E.R., Creel, D., Realmuto, G., Crandall, A.S., Freeman, B.J., Bateman, J.B., Barr, R., Pingree, C., Coleman, M., Purple, R. (1988) Electroretinograms in Autism: A Pilot Study of B-Wave Amplitudes, American Journal of Psychiatry 145, 229-232.

58. Geller, E., Yuwiler, A., Ritvo, E.R., Freeman, B.J. (1988) Platelet Size, Number and Serotonin Content in Blood of Autistic, Childhood Schizophrenic and Normal Children. Journal of Autism and Developmental Disorders 18, 119-137.

17

59. Ritvo, E.R., Brothers, A.M., Freeman, B.J., Pingree, C. (1988) Eleven Possibly Autistic Parents, Journal of Autism and Developmental Disorders 18: No 1, 139-143.

60. Freeman, B. J., Ritvo, E.R., Yokota, A., Childs, J., Pollard, J. (1988) WISC-R and Vineland Adaptive Behavior Scale Scores in Autistic Children, Journal of American Academy of Child and Adolescent Psychiatry, 27, 4:428-429.

61. Freeman, B.J., Ritvo, E.R., Mason-Brothers, A., Pingree, C., Yokota, A., Jenson, W.R., McMahon, W.M., Petersen, P.B., Mo, A., Schroth, P. (1989) Psychometric Assessment of First Degree Relatives of 62 Autistic Probands in Utah. Am. J. Psychiatry, 146:361-364.

62. Ritvo, E.R., Freeman, B.J., Pingree, C., Mason-Brothers, A., Jorde, L., Jenson, W.R., McMahon, W.M., Petersen, P.B., Mo, A., Ritvo, A. (1989) The UCLA-University of Utah Epidemiologic Survey of Autism: Prevalence, Am. J. Psychiatry, 146:194-199.

63. Ritvo, E.R., Jorde, L.B., Mason-Brothers, A., Freeman, B.J., Pingree, C., Jones, M.B., McMahon, W.M., Petersen, P.B., Jenson, W.R., Mo, A. (1989) The UCLA-University of Utah Epidemiologic Survey of Autism: Recurrence Risk Estimates and Genetic Counseling, Am. J. Psychiatry, 146:1032-1036.

64. Garber, H.J., Ritvo, E.R., Chiu, L.C., Griswold, V.J. Kashanian A., Freeman, B.J., Oldendorf, W.H. (1989) A magnetic resonance imaging study of autism: Normal fourth ventricle size and absence of pathology. Am J. Psychiatry 146:532-534.

65. Jorde, L.B., Mason-Brothers, A., Waldmann, R., Ritvo, E.R., Freeman, B.J., Pingree, C., McMahon, W.M., Petersen, B., Jenson, W.R., Mo, A. (1990)The UCLA-University of Utah Epidemiologic Survey of Autism: Genealogical Analysis of Familial Aggregation, American Journal of Medical Genetics, 36:85-88.

66. Mason-Brothers, A., Ritvo, E.R., Pingree, C., Petersen, P.B., Jenson, W.R., McMahon, W.M., Freeman, B.J., Jorde, L.B., Spencer, M.J. Mo, A., Ritvo, A. (1990) The UCLA-University of Utah Epidemiologic Survey of Autism: Pre-, Peri-, and Postnatal Factors, Pediatrics 86:514-519.

67. Ritvo, E.R., Mason-Brothers, A., Freeman, B.J., Pingree, C., Jenson, W.R., McMahon, W.M., Petersen, P.B., Jorde, L.B., Mo, A., Ritvo, A. (1990) The UCLA - University of Utah Epidemiologic Survey of Autism: The Etiologic Role of Rare Diseases, American Journal of Psychiatry, 147:1614-20.

68. Freeman, B.J., Rahbar, B., Ritvo, E.R., Bice, T.L., Yokota, A., Ritvo, R. (1991) The Stability of Cognitive and Behavioral Parameters in Autism: A Twelve Year Prospective Study, Journal of the American Academy of Child & Adolescent Psychiatry, 30, 3:479-482.

69. Ritvo, E.R., Ritvo, R., Freeman, B. J., Letter to the Editor. Debate and Argument. (1991) Journal of Child Psychology and Psychiatry, 32: 1031-1032.

70. Jorde, L.B., Hasstedt, S.J., Ritvo, E.R., Mason-Brothers, A., Freeman, B.J., Pingree, C., McMahon, W.M., Petersen, Jenson, W.R., and Mo, A. (1991) Complex Segregation Analysis of Autism. American Journal of Human Genetics, 49, 932-938.

71. Mason-Brothers, A., Ritvo, E.R., Freeman, B.J, Jorde, L., Pingree, C., McMahon, W., Petersen, P. and Mo, A. (1993) The UCLA-University of Utah Epidemiological Survey of Autism: Recurrent Infections. European Child and Adolescent Psychiatry. 2, 79-90.

72. Ritvo, E.R., Ritvo, R., Yuwiler, A., Brothers, A., Freeman, B.J., and Plotkin, S. (1993) Elevated Daytime Melatonin Concentrations in Autism: A Pilot Study. European Child and Adolescent Psychiatry. 2, 75-78.

18

73. Ritvo, E.R., Freeman, B.J., Mason-Brothers, A., Ritvo, R. (1994) Clinical Characteristics of Mild Autism in Adults. Comprehensive Psychiatry, 35, 149-156.

74. Yirmiya, N., Sigman, M.D., Freeman, B.J. (1994) Comparison among Three Diagnostic Systems for Identifying High-Functioning Children with Autism. Journal Autism Dev. Disorders 24, 281-293.

75. Kaler, Sandra R., Freeman, B. J. (1993)  An Analysis of Environmental Deprivation: Cognitive and Social Development in Romanian Orphans. Journal of Child Psychiatry and Psychology, 35, 769-781.

76. Volkmer, F., Klin, A., Siegal, B., Satzmore, D., Lord, C., Campbell, M., Freeman, B.J., Cicchetti, D., and Butler, M. (1994) DSM-IV Autism/Pervasive Developmental Disorder Field Trial. Journal of the American Academy of Child. Psychiatry.151, 1361-1367.

77. Freeman, B.J., Del'Homme, M., Guthrie, D. and Zang, F. ( 1999) Vineland Adaptive Behavior Scale Scores as a function of age and initial IQ in 210 Autistic Children. Journal of Autism and Developmental Disorders.

78. Arnold, L.E., Aman, MG., Martin, A, CollierCrespin, A., Bitiello,B., Tierney, E., Asarnow,R., Bell-Bratsow,F., Freeman, B.J., Gates-Ulanet, P., McCraken, J.T., McDougle, CJ, McGough, J.J., Posey, D.J., Scahill, L., Swiezy, N.B., Ritz, L. and Volkmar, F (2000). Assessment of Multi-site randomized clinical trials of parents with Autistic Disorder; The Autism RUPP Network. Journal of Autism and Developmental Disabilities, 30, 99-105.

79. McDougle, C.J., Scahill, L., McCracken J.T., Aman, M., Tierney, E., Arnold, E., Freeman, B.J., Martin, A., Mcgough, J.J., Cronin, P.C., Posey, D.J., Riddle, M.A., Ritz, L.,Swiezy, N.B., Vitiello, B, Volkmar, F., Votolato, N.A., and Watson, P. (2000) Child and Adolescent Psychiatric Clinics of North America, 9 201-22.

## NONEXPERIMENTAL ARTICLES, REVIEW ARTICLES AND BOOK CHAPTERS

1. Freeman, B. J., & Ritvo, E. R. (1976) Cognitive Assessment. In E. R. Ritvo, B. J. Freeman, E. M. Ornitz, & P. Tanguay (Eds.), Autism: Diagnosis, Current Research and Management. Holliswood, N.Y.: Spectrum Publications.

2. Freeman, B. J., & Ritvo, E. R. (1976) Parents as Paraprofessionals. In E. R. Ritvo, B. J. Freeman, E. M. Ornitz, & P. Tanguay (Eds.), Autism: Diagnosis, Current Research and Management. Holliswood, N.Y.: Spectrum Publications.

3. Freeman, B. J. (1976) Evaluating Autistic Children. Journal of Pediatric Psychology, 1, 18-21.

4. Ritvo, E. R., & Freeman, B. J. Definition of the Syndrome of autism. Journal of Autism and Childhood Schizophrenia, 8, 162-167.

5. Ritvo, E. R., & Freeman, B. J. (1977) NSAC definition of the syndrome of autism. Journal of Pediatric Psychology, 4, 148.

6. Ritvo, E. R., & Freeman, B. J. (1978) National Society for Autistic Children definition of the syndrome of autism. Journal of American Academy of Child Psychiatry, 17, 565-675.

7. Freeman, B. J., & Ritvo, E. R. (1978) Diagnostic and evaluation systems: Helping the advocate cope with the "state of the art." In J. Budde (Ed.), Advocacy and autism. Lawrence, Kansas: University of Kansas Press.

8. Ritvo, E. R., & Freeman, B. J. (1977) Current status of biomedical research in autism. Journal of Pediatric Psychology, 4, 149-152.

9. Freeman, B. J. (1978) Appraising children for mental retardation. Clinical Pediatrics, 17, 169-173.; (1979) Reprinted in Human Growth & Development, Special Learning Corporation.

10. Freeman, B. J., & Ritvo, E. R., 1985. Assessment and treatment of specific disabilities:Autism/ schizophrenia I. Invited chapter to appear in D. M. Doleys, T. B. Vaughan, & M. L. Cantrell (Eds.), Assessment and treatment of developmental problems. New York: Spectrum.

11. Ritvo, E. R., Rabin, K., Yuwiler, A., Freeman, B. J., & Geller, E. (1978) Biochemical and hematologic studies of children with the syndrome of autism, childhood schizophrenia, and related developmental disabilities: A critical review. In M. Rutter & Schopler (Eds.), Autism: A reappraisal of concepts. New York: Plenum.

12. Freeman, B. J. (1982) Diagnosing the syndrome of autism. Journal of Psychiatric Disorders and Treatment, 4, 99-105. (Selected for category 1 medical credits.)

13. Freeman, B. J., & Ritvo, E. R. (1984) The syndrome of autism: Establishing the diagnosis and principles of management. Pediatric Annals, 13, 285-295.

14. Ritvo, E. R., & Freeman, B. J. (1984) A medical model of autism: Etiology, pathology and treatment. Pediatric Annals, 13, 298-305.

15. Freeman, B.J. (1993) Diagnosis of the syndrome of autism: Update and guidelines for diagnosis. Infants and Young Children 6, 1-12.

16. Freeman, B.J. (1994 – Reprinted Ohio Department of Health, November 2000) The syndrome of autism, questions parents ask. Autism Society of America.

17. Freeman, B.J. (1994) The Advocate Interview, The Advocate, Autism Society of America.

18. Freeman, B.J. (1995) Diagnosis of the syndrome of autism: Update and guidelines for diagnosis. Infants and Young Children, excerpted in: Caregiver Education guide for Children with Developmental Disabilities (supplement).

19. Freeman, B.J., (1997) Guidelines for evaluating intervention programs for autistic children. Journal of Autism and Developmental Disabilities, 27, 641-651. Reprinted (1998) Autism Society of America; UCLA Pediatric Update (1998)

20. Freeman, B.J., (1998) Diagnosis of Autism: Questions Parents Ask. Caregiver Education Guide for Children with Developmental Disabilities. Gaithersberg, MD: Aspen Publicatons Reprinted:  (1998) Pediatric Patient Education Manual. Gaithersberg, MD: Aspen Publications. Reprinted: (1998) Vanderbuilt University Training Manual. Reprinted: (2000) Ohio Department of Health Training Manual. Reprinted 2001 Pediatric Patient Education Manual, Aspen Publications.

21 . Freeman, B.J. (2001) Technology Assessment Report on Comprehensive Programs for the Treatment of Children with Autism. Exceptional Parent (Invited Article)

22. Freeman, B.J. and Cronin, P.C. (2000) The Autism Epidemic: Better Detection and Awareness. Autism/Asperger's Digest, 1, 21-22 (Invited Article)

23. Letter to the Editor, (2001) Journal of Autism and Developmental Disorders.

24. Freeman, B.J. and Cronin, P.C. (2002) Diagnosing Autism Spectrum Disorders in Young Children; An Update. Infants and Young Children, 14, 1-10 (invited article)

25. Freeman, B.J., Cronin, P.C., Candela, P. (2002) Asperger's Syndrome or Autistic Disorder: the Diagnosis Dilemma. Focus on Autism and Developmental Disabilities (Invited article)

26. Freeman, B.J., Guidelines for evaluating intervention programs (checklist) and Questions to ask regarding specific treatment. Original publication 1997, Journal of Autism and Developmental Disabilities, 27, 641-651. Partial reprint: Parent to Parent: Information and Inspiration for Parents; Jessica Kingsley Publishers, London England (October 2003)

27. Freeman, B.J., (2005-In Press) Alternative Treatments for ASD.  Fact or Fiction? In Leaf, R., Taubman, M. and McCracken, J. (Eds), It Had To Be Said.

28. Freeman, B.J., (2005-In Press) Evaluating Treatments for ASD: Questions Parents Need to Ask, TAP

## BOOKS

1. Drash, P. W., & Freeman, B. J. (1973) Behavior modification, behavior therapy and operant conditioning: A bibliography of books in print from 1900-1972. Baltimore: Behavioral Information and Technology.

2. Ritvo, E. R., Freeman, B. J., Ornitz, E. M., & Tanguay, P. (Eds.) (1976) Autism: Diagnosis, current research and management. Holliswood, NY: Spectrum.

3. Freeman, B. J. (Guest Ed.) Journal of Pediatric Psychology on Autism.

4. Freeman, B. J., & Ritvo, E. R. (Guest Eds.) (April 1984) Pediatric Annals.

## BOOK AND TEST REVIEWS

1. Freeman, B. J. (1980) Advances in clinical child psychology III. Journal of Autism and Developmental Disorders, 10, 254-257.

2. Freeman, B. J. (1985) Review of child behavior checklist [Accession number AN 0906-2912, Buros Institute Database (Search Label MMYD)]. Bibliographic Retrieval Services, Inc. (BRS)

3. Freeman, B. J. (1985) Review of Wechsler Preschool and Primary Scale Of Intelligence. [Accession number AN 0903-0234, Buros Institute Database (Search Label MMYD)]. Bibliographic Retrieval Services, Inc. (BRS).

## LICENSES AND CERTIFICATES

Licensed Psychologist, State of California, # PSY 4826. (Received October 1976)

## HONORS

- Individual Achievement Award, Autism Society of America, 1990.
- Professional of the Year, California Autism Society, 1996
- Professional of the Year, Villa Esperanza School (Voted by parent)
- Villa Esperanza Tribute, Dodger Stadium, March 21, 1999
- Westside Regional Center, 2000
- Vista School District, 2000
- North County ASA, 2000
- North Coastal Consortium for Special Education, 2001
- Autism Society of America, 2001
- Long Beach/South Bay ASA 2002

## UNIVERSITY COMMITTEE SERVICE

- Quality Assurance Committee, Child Psychology and Partial Hospitalization
- Psychology Training Committee, From 1987 to Present
- Academic Senate Committee, 1988 to Present
- Dual Dissertation Committees (Co-chair of one) Department of Psychology/UCLA) 1992-Present
- Post-doctoral Research Trainee, 1993 - present.
- Developmental Disabilities Advisory Board, UCLA, 1999-2000                    21

## PROFESSIONAL SOCIETY MEMBERSHIPS

- Child Clinical Psychology Division of American Psychological Association (Charter Member)
- Society for Pediatric Psychology International Committee, National Society for Autistic Children
- Panel Professional Advisors, Autism Society of America, 1992 – present
- American Psychological Association

## EDITORIAL BOARDS

- Associate Editor, Focus on Autism and other Developmental Disabilities- 2000-Present
- Handbook of Autism and Pervasive Developmental Disorders, 2002
- Handbook of Autism, California Department of Developmental Disabilities, 2002-present
- Editorial Board, Focus on Autism and Developmental Disabilities

## EDITORIAL SERVICES TO SCHOLARLY PUBLICATIONS

- Journal of Autism and Developmental Disorders (3 manuscripts)
- Journal of American Academy of Child and Adolescent Psychiatry
- Journal of Consulting and Clinical Psychology
- Analysis and Intervention in Developmental Disabilities
- Archives of General Psychiatry (2 manuscripts)
- Focus on Autism and Developmental Disabilities (10 Manuscripts)

## CONSULTING ACTIVITIES

| | |
|---|---|
| 1979-85 | KCOP "Save Autistic Children Telethon" |
| 1981-Present | California Regional Centers |
| 1984-Present | Utah Society for Autistic Children |
| 1986 | In House Radio Interview (KMPC) |
| 1988 | In-House Radio Interview (KBRT) |
| 1990 | Larry King Live, "Autism" |
| 1991 | Pasadena Unified School District |
| 1991, 1992 | Canyon Hills School District |
| 1992 | Clark County School District, Athens, Georgia |
| 1991, 1992 | World Vision Relief and Development |
| 1991, 1992 | Juneau Alaska School District |
| 1990-1996 | Department of Pediatrics, University of Timisoara, Romania |
| 2000-2001 | Alabama State Department of Education |
| 2000-2003 | Autism Partnership, Hong Kong China and Bangkok Thailand |
| 2001-2002 | San Luis Obispo County Office of Education |
| 2001-2003 | Chattanooga Unified School District, Chattanooga TN |
| 2001-2003 | Fayette County Unified School District, Fayette GA |
| 2002-2003 | Las Virgenes Unified School District, Las Virgenes CA |
| 2002-2003 | Vista Unified School District, Vista CA |
| 2002-2003 | Westview School, Houston TX |
| 2003 | Columbia County Unified School District, Columbia GA |
| 2003 | Hernando County Unified School District, Hernando FL |
| 2003 | Newhall Unified School District, Newhall CA |
| 2003 | San Diego County SELPA |
| 2003 | San Luis Obispo SEPA |
| 2004 | Burbank Unified School District |
| 2004 | Newport Mesa Unified School District |
| 2004-2005 | Las Virgenes Unified School District |
| 2004-2005 | Magnolia School District |
| 2004-2005 | Fayette County School District |
| 2004-2005 | Las Alamitos School District |
| 2004-2005 | Saddle Back Unified School District |
| 2004-2005 | Norwalk-La Mirada School District |

**COMMUNITY SERVICE ACTIVITIES** - Evaluations, Consultations and Lectures
1. Long Beach Society for Autistic Children
2. Professional Advisory Board, Ohio Society for Autistic Children
3. Los Angeles Autism Society of America (ASLA)
4. Norwalk-La Mirada Unified School District
5. Canyon Hills School District
6. Tacoma-Washington Unified School District
7. Professional Advisory Board, Autism Society of America, Washington, D.C.
8. World Vision Relief and Development, ROSES Program, Romania
9. Professional Advisory Board, Main Street Children's Foundation
10. Professional Advisory Board, Area Board 10 for Developmental Disabilities
11. Autism Society of America: Tennessee, Washington, Los Angeles, Long Beach, San Gabriel Valley, & Ventura County chapters
12. Adults with Autism, California Autism Society of America
13. Regional Centers of California: Westside, Harbor, Orange County, Inland Counties, South Central Los Angeles

**School Districts:**
1992-1994:
- Anaheim School District
- Saddleback Unified School District
- ABC Unified School District
- Ladera Heights School District
- California School Psychologists

1994- 1997:
- Marin County, CA
- Riverside County, CA
- Hurst-Eulis, Bedford, Dallas, TX
- Fulton County, Atlanta, Georgia
- Bellflower, CA
- Houston Unified School District, Stewart County, FL
- Los Angeles Unified School District
- Santa Barbara County Schools
- ABC Unified School District
- Bloomington, MI School District
- South Bay School for Autism

1998- 2002:
- San Marcos School District
- Vista School District (2001, 2002)
- Long Beach School District
- Saddleback School District
- San Luis Obispo School District (2001, 2002)
- Greater Anaheim SELPA
- Huntsville Alabama School District
- Key West, Florida (2001, 2002)
- Santa Clarita, LAUSD
- North Consortium for Special Education

1992-1994 Grand Rounds:
- Long Beach Memorial Hospital
- Kaiser Mental Hospital, Kaiser Pediatrics, Whittier
- Torrance Memorial Hospital
- University of Miami, Department of Pediatrics

23

**Professional Advisory Boards:**
    1987- Present, Ohio Society for Autism, Professional Advisory Board
    1990- Present, Autism Society of America, Professional Advisory Board
    1994- Present:
- California Department of Developmental Services Advisory Board on Autism
- Blue Ribbon Panel on Autism, California Department of Developmental Services
- Westview School, Houston TX
- South Bay School for Autism
- Autism Treatment Services of Canada
- Frank Porter Graham Developmental Disabilities Program

    2003    Autism Newsletter of Orange County
    2004    TAP Board of Directors

Board of Directors (1994- Present):
- Lattice Foundation for Handicapped Children
- ASA Foundation Research Board

**Managed Care Lectures (1998-2000):**
- FHP
- Metra Health
- Blue Cross
- PacificCare
- Managed Health Network

**Media Interviews:**
1. Vital Signs, UCLA - Programs Help Autistic Children Succeed, April 2000
2. Los Angeles Times, March 2001
3. French Consulate, May 2001
4. Discovery Channel, Fires of the Mind, 2001
5. KCAL News, 2001
6. Fox News, May 2002
7. New York Times, May 2002
8. PBS, May 2002

**Legal Casework & Testimony**
    G.P. vs. Collier County Public Schools, Collier County FL, 1999
    A.Y. vs. Vista Unified School District, Vista CA, 1999
    Deposition, Ashbury vs. Missouri Department of Education, January 2000
    H.P. vs. Inland County Regional Center, San Bernardino CA, January 2000
    Lucia Mar Unified School District & San Luis Obispo County Office of Education vs. J.T., March 2002
    K.Y. vs. East Los Angeles Regional Center, Los Angeles CA, February 2000
    J.W. vs. North Los Angeles Regional Center, Los Angeles CA, March 2000
    J. N. vs. Regional Center of Orange County, Orange CA, December 2000
    R vs. Long Beach Unified School District, Long Beach CA, June 2001
    A.D. vs. Inland County Regional Center, San Bernardino CA, August 2001
    B.R. vs. Harbor Regional Center, Los Angeles CA, March 2002
    N.B. vs. Lanterman Regional Center, Los Angeles CA, July 2002
    J.L. vs. Inland County Regional Center, San Bernardino CA, September 2002
    J.K. vs. Lanterman Regional Center, Los Angeles CA, December 2002
    Z.D. vs. Chattanooga Unified School District, Chattanooga TN, January 2003
    C.C. vs. Department of Developmental Services, Los Angeles CA, February 2003
    G.P. & DP vs. Palos Verdes Unified School District, Palos Verdes CA, March 2003
    V.K. vs. Harbor Regional Center, Los Angeles CA, May 2003
    C.H. vs. U.S. Immigration Office, Los Angeles CA, June 2003
    Jones vs. Department of Vocational Rehabilitation, Los Angeles CA, June 2003
    Z.D. vs. Chattanooga Unified School District, Chattanooga TN, July 2003

D.T. vs. Fayette County, September 2003
R vs. Los Angeles County Office of Education, Los Angeles CA February, 2004
C.K. vs. Tri-Counties Regional Center, February 2004
Las Virgenes Unified School District vs. B.B., January 2004
Las Virgenes Unified School District vs. S.K., March 2004
J.R. vs. Las Virgenes Unified School District, August 2004
Las Virgenes Unified School District vs. H.B., September 2004
J.M.& E.M. vs. Lanterman Regional Center, September 2004
A.H. vs. Magnolia School District, October 2004