IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>                Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>                Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1.    I am one of the attorneys of record and make this declaration based upon my own personal knowledge.

2.    Attached hereto as Exhibit "1" are true and correct copies of the pertinent sections of the deposition of William Beljean dated July 19, 2007.

3.    Attached hereto as Exhibit "2" is a true and correct copy of the facsimile from William Beljean to Judy Radwick bates stamped DOE2907, DOE 2908, and DOE2909.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai'i, August 8, 2008.

                                        /s/ STANLEY E. LEVIN
                                        _____
                                        STANLEY E. LEVIN