```
            IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

-------------------------------------------

ANN KIMBALL WILES and STANLEY BOND,

individually and as next friend of their

son, BRYAN WILES-BOND, a minor,

        Plaintiffs,

        vs.          Civil No. CV 04-00442 HG/BMK
                                05-00247 JMS/BMK

DEPARTMENT OF EDUCATION, State of Hawaii,

and ALVIN RHO, in his official capacity

as West Hawaii District Superintendent,

        Defendants.

-------------------------------------------



        VIDEOTAPED DEPOSITION OF WILLIAM BELJEAN


Taken on behalf of the Plaintiffs at Ralph Rosenberg

Court Reporters, 75-170 Hualalai Rd., Suite D-212,

Kailua-Kona, Hawaii 96740, commencing at 1:00 p.m.,

Thursday, July 19, 2007, pursuant to Notice.


BEFORE:  BARBARA ACOBA, CSR No. 412, RPR
         Notary Public, State of Hawaii
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii   (808) 524-2090


EXHIBIT 1

```
 1      A.    By people with Child and Family Service.
 2      Q.    (Mr. Ellis) What did they tell you were the
 3 qualifications?
 4      A.    The one that I remember was that I needed to
 5 have a Master's Degree.
 6      Q.    (Mr. Ellis) What else?
 7      A.    I don't remember.
 8      Q.    (Mr. Ellis) Do you know if that was -- if
 9 having a Master's Degree was the only requirement?
10      A.    No, I know that there were other requirements.
11      Q.    (Mr. Ellis) What were the requirements?
12      A.    I don't know, sir.  I don't remember.
13      Q.    (Mr. Ellis) It was your belief you met the
14 requirements to be employed as Bryan's skills trainer?
15      A.    Yes.
16      Q.    (Mr. Ellis) Do you have -- have you, prior to
17 June of 2003, worked with children who were diagnosed as
18 autistic?
19      A.    No.
20      Q.    (Mr. Ellis) Prior to June 2003, do you know
21 what TEACCH was?
22      A.    Prior to that, no.
23      Q.    (Mr. Ellis) Prior to that did you know what
24 Discrete Trial Training was?
25      A.    No, I did not.
```

```
 1      Q.   (Mr. Ellis) Did you know what applied
 2  behavioral analysis was?
 3      A.   No.
 4      Q.   (Mr. Ellis) Were you provided with training, as
 5  of June 2003, in TEACCH, DTT or ABA?
 6      A.   Yes.  TEACCH and DTT.
 7      Q.   (Mr. Ellis) And that training consisted of
 8  what?
 9      A.   That was training through Dru Copeland, who was
10  the autism consultant working with Bryan.  I believe it
11  was on-the-job training as well as a series of videos.
12  They were not DVDs.  Videos that I watched at that time.
13  Sorry.
14      Q.   (Mr. Ellis) That's okay.  The training took
15  place -- the video --
16      A.   At my home.
17      Q.   (Mr. Ellis) Okay.  You need to let me just...
18      A.   I'm sorry.
19      Q.   (Mr. Ellis) That's okay.
20           Did they take place in June of 2003?
21      A.   No, it would have been early in July.
22      Q.   (Mr. Ellis) So after you were employed?
23      A.   Yes.
24      Q.   (Mr. Ellis) The training from Dru Copeland took
25  place after you were employed?
```

```
 1   of DTTs, could you explain that.
 2        A.   We use that mostly for teaching Bryan American
 3   sign language.  And we would do 10 trials of one word,
 4   and then 10 trials of another word, and then 10 trials
 5   of a third word, and then 10 trials of all three words.
 6        Q.   (Mr. Ellis) Prior to working with Bryan in June
 7   of 2003, did you have any training in ASL?
 8        A.   No, I did not.
 9        Q.   (Mr. Ellis) Okay.  When you came -- started
10   working, who provided the ASL training?
11        A.   I immediately learned in the classroom the
12   words that Bryan had already been taught and then picked
13   up the other words as we were teaching them to Bryan.
14        Q.   (Mr. Ellis) So you were learning right along
15   with Bryan?
16        A.   Well, I got a little bit ahead of him, but yes.
17        Q.   (Mr. Ellis) Was that the extent of what you
18   used Discrete Trial Training for?
19        A.   Yes.
20        Q.   (Mr. Ellis) When you did the DTT, did you
21   provide -- did you take data on every trial?
22        A.   Yes.
23        Q.   (Mr. Ellis) Do you know where -- did you keep
24   those data sheets?
25        A.   Not personally, but they were kept in the
```