Personnel Form 90
2/26/92

# EMPLOYMENT SUITABILITY CHECK FOR DEPT. OF EDUCATION EMPLOYEES
(CONFIDENTIAL)

**A. PERSONAL EMPLOYEE DATA FOR EMPLOYMENT SUITABILITY REVIEW**  (Please Print or Type)

Name: Beljean, OR William H
  Last  First  Middle

Address: 75-309 Malulani DR
  Street  Kailua Kona  HI  96740
  City, State, Zip

Any alias(es)/former names - including maiden name: None

Social Security No.: 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
Date of Birth: 12/26/47 (Month/Day/year)
Place of Birth: Bronx NY USA (City, State, Country)

Position Title: Skils Trainer
School or Office: Kealakehe Intermediate
Sex: M

Other previous (identify most recent) or concurrent DOE employment: None

**B. STATEMENT OF PERSONAL BACKGROUND, EMPLOYMENT AND CRIMINAL HISTORY**

1. Have you had a teaching certificate or other professional license revoked or not renewed? ............ Yes___ No _X_

2. Within the past 10 years, were you suspended, fired or asked to resign from any employment or separated from military service under conditions other than honorable? ............ Yes___ No _X_

3. Have you ever been convicted of any of the following:
   Sex-Related Offenses? ............ Yes___ No _X_
   Child Abuse/Neglect Offenses? ............ Yes___ No _X_
   Substance/Drug Abuse Offenses? ............ Yes___ No _X_
   Any Violation of the Law (Felony & Misdemeanor) other than minor traffic offense involving a fine of $50 or less? ............ Yes _X_ No___

4. Have you ever been diagnosed as having a mental or emotional condition which may affect your ability to responsibly manage, supervise, control and interact with children? ............ Yes___ No _X_

Use the space below to explain any "yes" responses (write legibly and attach additional sheets if needed). For suspensions or dismissals from employment, please provide the names(s) and address(es) of your former employers. "Yes" answers do not automatically disqualify you from employment. Employment decisions will depend on the circumstances of each situation.

#3 May 1983 Southampton, NY  Public Lewdness

**C. SWORN CERTIFICATE AND AUTHORIZATION TO OBTAIN FINGERPRINTS AND VERIFYING INFORMATION**

I swear that the above statements and information are true, complete and correct to the best of my knowledge and belief. I give my permission and will fully cooperate to be fingerprinted for FBI Criminal History Record Check. I authorize the Hawaii State Department of Education to obtain information from my current and past employers and references, and/or from any other source that may lead to the verification of the above-listed information; and waive the right to hold liable those persons for providing information or opinions which they believe to be accurate reflections of my personal background, employment history and/or criminal history. I agree that failure to declare, concealing, or falsifying criminal history, employment history, or background information to the department will constitute sufficient reason for immediate dismissal. I understand that my employment with the Department of Education is conditional upon the completion of appropriate suitability checks and cannot begin (or continue) unless this statement is satisfactorily completed.

14 July 03
Date

_Willi. H. Beljean_
Legal Signature of Applicant

**D. REVIEW BY PRINCIPAL, SUPERVISOR OR HIRING AUTHORITY** (See instructions on back page)

Based on my screening of the information provided above, and subject to the validation of criminal history record check, I am satisfied that this person will not pose a risk to the health, safety and/or well-being of children. (Attach additional information and/or explanatory report when applicable.)

By: _Judith A. Radwick_
Signature of Principal, Supervisor or Hiring Authority
Date: 7/22/03

DOE2907

AN AFFIRMATIVE ACTION AND EQUAL OPPORTUNITY EMPLOYER
CONFIDENTIAL

551

FROM : HELEN BELJEAN        FAX NO. : 203-531-8170        Jul. 15 2003 06:49PM P1

To: Judy Radwick (via Fax)
  232-0022

From: William Beljean

July 21, 2003

Two pages including cover

DOE2908

In May of 1983, returning home after several hours driving, I relieved myself in the shrubs at a rest area in Southampton NY. I believed that I was alone. However, an officer appeared and arrested me for public lewdness. The Judge suggested that I could fight the charge, however I felt that I indeed was guilty of an act I would never have done had I known there was someone else there. I pleaded guilty and paid a fine of $150

William H. Beljean, Jr.

DOE2909