IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>    Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on August 11, 2008, a true and correct copy of the PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT DEPARTMENT OF EDUCATION'S MOTION IN LIMINE #10 TO EXCLUDE EVIDENCE OR TESTIMONY REGARDING THE CHARGE OF PUBLIC LEWDNESS AGAINST WILLIAM BELJEAN was duly served upon the following parties by electronic filing via CM/ECF:

  Holly T. Shikada, Esq. (holly.t.shikada@hawaii.gov)
  Deputy Attorney General
  235 S. Beretania Street, Room 304
  Honolulu, Hawaii 96813

Gregg M. Ushiroda, Esq. (gushiroda@wik.com)
Leighton M. Hara, Esq.   (lhara@wik.com)
WATANABE ING LLP
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813


Kenneth S. Robbins        (krobbins@robbinsandassociates.net)
John-Anderson L. Meyer (ameyer@robinsandassociates.net)
Sergio Rufo               (srufo@robbinsandassociates.net)
ROBBINS & ASSOCIATES
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, August 11, 2008.


                                /S/ STANLEY E. LEVIN
                                _____
                                STANLEY E. LEVIN
                                MICHAEL K. LIVINGSTON
                                CARL M. VARADY

                                Attorneys for Plaintiffs