IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>          Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

## DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1.     I am one of the attorneys of record in this case and make this declaration based upon my own personal knowledge.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the July 25, 2007 letter to Defendant making all correspondence between Ms. Floyd and Plaintiffs, her former clients, as well as her legal files available for review and copying, expressly acknowledging that the attorney-client privilege had been waived in order to permit Ms. Floyd to testify.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the October 18, 2007 hearing in which Defendant sought to strike Ms. Floyd from testifying.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Stipulated Decision dated May 21, 2001 entered into by the parties to the instant case.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the July 1, 2002 Settlement Agreement entered into by the parties to the instant case, that resolved *Bond, et al. v. DOE*, CV02-00101 SOM/BMK.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the May 11, 2004 Findings of Fact, Conclusions of Law and Decision in *Bryan Wiles Bond, et al. v. DOE*, DOE-2004-026 (Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the July 23, 2004 Stipulated Partial Decision and Order in *Bryan Wiles Bond v. DOE*, (DOE 2004-70 Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the July 23, 2004 Findings of Fact, Conclusions of Law and Decision in *Bryan Wiles Bond, et al. v. DOE*, DOE-2004-026 (Haw. Dept. Commerce & Consumer Affairs), which resulted from a contested due process hearing between the parties to the instant case.

2

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawaiʻi, August 8, 2008.

/s/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN