IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>    Defendant. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on August 11, 2008, a true and correct copy of the PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT DOE'S MOTION IN LIMINE #11 TO LIMIT THE TESTIMONY OF SHELBY FLOYD was duly served upon the following parties by electronic filing via CM/ECF:

  Holly T. Shikada, Esq. (holly.t.shikada@hawaii.gov)
  Deputy Attorney General
  235 S. Beretania Street, Room 304
  Honolulu, Hawaii 96813


  Gregg M. Ushiroda, Esq. (gushiroda@wik.com)
  Leighton M. Hara, Esq. (lhara@wik.com)

WATANABE ING LLP
First Hawaiian Center, 23rd Fl.
999 Bishop Street
Honolulu, Hawaii 96813


Kenneth S. Robbins       (krobbins@robbinsandassociates.net)
John-Anderson L. Meyer (ameyer@robinsandassociates.net)
Sergio Rufo                    (srufo@robbinsandassociates.net)
ROBBINS & ASSOCIATES
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, August 11, 2008.


　　　　　　　　　　　　　　　　/S/ STANLEY E. LEVIN
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　STANLEY E. LEVIN
　　　　　　　　　　　　　　　　MICHAEL K. LIVINGSTON
　　　　　　　　　　　　　　　　CARL M. VARADY

　　　　　　　　　　　　　　　　Attorneys for Plaintiffs