IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

**DECLARATION OF STANLEY E. LEVIN**

STANLEY E. LEVIN declares:

1. I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1, are excerpts from the deposition of Kimberly Smalley, Ph.D., taken on July 27, 2006.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai'i, August 11, 2008.

　　　　　　　　/s/ STANLEY E. LEVIN
　　　　　　　　_____
　　　　　　　　STANELY E. LEVIN