IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

## DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN declares:

1. I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Report of Dr. LeGoff dated 12/13/05.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai'i, August 11, 2008.

　　　　　　　　　　　　/s/ STANLEY E. LEVIN
　　　　　　　　　　　　_____
　　　　　　　　　　　　STANELY E. LEVIN