IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

## DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN declares:

1. I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1, is the Order Denying in Part and Granting in Part Defendant's Motion to Dismiss or in the Alternative for Summary Judgment on Second Amended Complaint Filed on February 13, 2008 dated April 29, 2008.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai'i, August 11, 2008.

　　　　　　　　　　　/s/ STANLEY E. LEVIN
　　　　　　　　　　　_____
　　　　　　　　　　　STANELY E. LEVIN