CARL M. VARADY                           4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i  96813
Telephone:  (808) 523-8447
Fax:  (808) 523-8448
e-mail: carl@varadylaw.com
http://www.varadylaw.com

Of Counsel:
DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN                         1152-0
MICHAEL K. LIVINGSTON                    4161-0
851 Fort Street, Suite 400
Honolulu, Hawai'i  96813
Telephone:  (808) 524-7500
Fax:  (808) 545-7802
Email: slevin@davislevin.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>     Plaintiffs,<br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>     Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS AND CERTIFICATE OF SERVICE**<br><br>**TRIAL DATE: September 9, 2008**<br>**JUDGE: Hon. Alan C. Kay** |

**PLAINTIFFS' OBJECTIONS TO
DEFENDANT'S PROPOSED EXHIBITS**

Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor, through their undersigned attorneys, hereby submit the following objections to Defendant's proposed exhibits:

| Exh. No. | DESRCIPTION | BASIS FOR OBJECTION |
|---|---|---|
| D600 | Amended Complaint and Demand for Jury Trial filed on 10/04/06 in B.M.W.B., et al v. Flagler County Board of Education, et al., Case No. 96- 823-CIV-J-20, United States District Court, [Bond Depo Exhibit 10] | Pleadings inadmissible, more prejudicial than probative, likely to confuse the jury, relevance; FRE 401-403, 802; Character and other act evidence prohibited; FRE 404. |
| D606 | Order filed on 6/09/07 in B.M.W.B., et al. v. Flagler County Board of Education, Case No. 96-823-CIV-J-20, United States District Court, Jacksonville, Florida [Bond Depo Exhibit 11] | Pleadings inadmissible, more prejudicial than probative, likely to confuse the jury, relevance; FRE 401-403, 802; Character and other act evidence prohibited; FRE 404. |
| D627 | 1/28/00 Fax and memo from Tanya Malani (Waikoloa Elementary School) to Dr. Wesley Sugai and Denise Delcolle re: Bryan's medical history/conditions [Records of Wesley Sugai, M.D., pp 00125-00127] | Double hearsay; FRE 802, 805 |
| D630a | Facsimile dated 8/31/00 from Mahea Edwards to Jim Palmer & Art Souza with handwritten notes by Judi Radwick [DOE 1795-1798] | Double hearsay; FRE 802, 805 |
| D632 | Memo dated 10/06/00 from Mahea Edwards to Jim Palmer, Frankie Downing AND Judi Radwick [DOE1764] | Hearsay; FRE 802 |

| D633 | Email dated 10/06/00 from Mahea Edwards to Alvin Rho re: Wiles-Bond (Autism) [DOE 1754 and part of Rho Depo Exhibit A] | Hearsay; FRE 802 |
|---|---|---|
| D635a | 10/26/00 & 10/30/00 Emails between Mahea Edwards and Frances Downing (cc Rebecca Pierson) re: BWB [DOE 1756 – DOE 1757] | Hearsay; FRE 802 |
| D638 | Alvin Rho Emails dated 5/23/01, 5/24/01 & 5/29/01 [Rho Depo Exhibit A, DOE 1743-1753] | Hearsay; FRE 802 |
| D641 | Data Collection and Progress Monitoring signed by Shirley Williams-Revelle, dated 3/10/02 [DOE 1280] | Hearsay; FRE 802 |
| D649 | Email dated 8/18/02 from Desiree Baez to Pamela Toguchi, Esq. (cc Mahea Edwards) [DOE 2895-2903] | Cumulative, as Ms. Baez will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D654 | Alaka'i Na Keiki Service Provider Monthly Treatment and Progress Summary for Child and Adolescent Mental Health Division (CAMHD) [Records of Alaka'i Na Keiki, pg 187] | Cumulative; FRE 403; Hearsay; FRE 802 |
| D657 | DOE Special Services Social Work Report, dated 10/07/02, prepared by Judy Volquardsen [DOE 1269-1271] | Hearsay; FRE 802 |
| D658 | Alaka'i Na Keiki DOE Contracted Services Monthly Report prepared by Dru Copeland, dated 10/31/02 [Records of Alaka'i Na Keiki, pp 183-186] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |

| D663 | Alaka'i Na Keiki DOE Contracted Services Monthly Report prepared by Dru Copeland, dated 11/29/02 [Records of Alaka'i Na Keiki, pp 180-182] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
|---|---|---|
| D664 | Alaka'i Na Keiki DOE Contracted Services Monthly Report prepared by Dru Copeland, dated 12/31/02 [Records of Alaka'i Na Keiki, pp 178-179] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D667 | Alaka'i Na Keiki DOE Contracted Services Monthly Report prepared by Dru Copeland, dated 1/31/03 [Records of Alaka'i Na Keiki, pp 174-176] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D668 | Alaka'i Na Keiki DOE Contracted Services Monthly Report prepared by Dru Copeland, dated 2/28/03 [Records of Alaka'i Na Keiki, pp 171-173] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D670 | Alaka'i Na Keiki DOE Contracted Services Monthly Report prepared by Dru Copeland, dated 3/31/03 [Records of Alaka'i Na Keiki, pp 167-170] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D672 | Memo dated 4/22/03 from Colleen Matsushita to Hawaii Tribune Herald Classified Dept re: Circulation of Recruitment Ad for Skills Trainers [DOE 0377] | Hearsay; FRE 802 |

| D673 | Alaka'i Na Keiki DOE Contracted Services Monthly Report prepared by Dru Copeland, dated 4/30/03 [Records of Alaka'i Na Keiki, pp 163-166] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
|---|---|---|
| D674 | Alaka'i Na Keiki DOE Contracted Services Monthly Report prepared by Dru Copeland, dated 5/31/03 [Records of Alaka'i Na Keiki, pp 160-162] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D675 | Alaka'i Na Keiki DOE Contracted Services Monthly Report prepared by Dru Copeland, dated 6/30/03 [Records of Alaka'i Na Keiki, pp 155-159] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D676 | Alaka'i Na Keiki DOE Intensive Services Contact Quarterly Report for 2nd Quarter - April, May, June, July 2003 [Records of Alaka'i Na Keiki, pp 45-50] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D685 | Alaka'i Na Keiki DOE Intensive Services Contact Quarterly Report for 2nd School Quarter – October, November, December 2003 [Records of Alaka'i Na Keiki, pp 33-34] | Cumulative, as Dr. Copeland, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D688 | Memo dated 11/21/03 from Judith Radwick to West Hawaii Complex Area Principals, Vice-Principals, Special Education Teachers and SASAs re: Ad & Flyer for Part-Time Positions [DOE 2140-2141] | Hearsay; FRE 802 |

| | | |
|---|---|---|
| D693 | Service Verification Forms for William Beljean, period covering June 2003 to January 2004 [Records from Child & Family Service, pp 21-50] | Cumulative, as Mr. Beljean, who supervised provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D702 | Child & Family Service Discharge Summary. Dated 1/28/04 [Records from Child & Family Service, pp 207-208] | Hearsay; FRE 802 |
| D703 | 2/06/04 Letter from Kelly Stern re: Efforts to provide Skills Trainers for Bryan Wiles-Bond [DOE 1364-1366] | Cumulative, as Ms. Stern, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D704 | 2/06/04 Memo from Linda Price to Lono Beamer, Esq. [Records from Child & Family Service, p 52] | Cumulative, as Ms. Price, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D705 | Service Verification Form for Kim Smalley, dated 3/04/04 [Records from Child & Family Service, p 20] | Cumulative, as Dr. Smalley, who supervised and/or provided these services, will testify for Plaintiffs; FRE 403; Hearsay; FRE 802 |
| D707 | Facsimile dated 4/26/04 from Kelly Stern to Desiree Baez with draft of 4/20/04 letter from Kelly Stern to Kim Wiles and Stan Bond [DOE 2589-2591] | Cumulative, as Ms. Stern, who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |

| | | |
|---|---|---|
| D709 | May - September 2004 Calendar Schedule of Service Providers, Dates of Services, Type of Services and Hours of Service [DOE 0316-0321] | Cumulative, those people who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D716 | Facsimile dated 6/10/04 from Kelly Stern to Desiree /Joann with Incident Report and Email dated 6/07/04 from Dave Graber to Kelly Stern re: documenting past events concerning Bryan Wiles-Bond [DOE 2574-2578] | Cumulative, as Ms. Stern who supervised and/or provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802; Hearsay within hearsay; FRE 805 |
| D716a | Facsimile dated 6/14/04 from Desiree Baez to Bob Gentzel re: Request for Due Process [DOE 2800-2804] | Cumulative, as Mr. Gentzel, the principal and Ms. Baez will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D716c | Facsimile dated 6/15/04 from Alvin Rho to JoAn Hill/Judi Radwick with attached "Request for Immediate Impartial Hearing" [DOE 2790-2793] | Cumulative, as Mr. Rho will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D717 | Handwritten Notes, dated 6/23/04 [DOE 1595-1599] | Hearsay; FRE 802 |
| D718 | Handwritten Notes, dated 6/23/04 [DOE 1600] | Hearsay; FRE 802 |
| D721 | Email dated 7/02/04 from Bobbie Puente to Joan Hill (cc: Kelly Stern, Marvin St. Clair, Kim Wiles) re: service gap for Bryan Wiles-Bond [DOE 2768] | Hearsay; FRE 802 |
| D722 | Resume and Letter dated 7/06/04 from Debra Rusnak [DOE 1372 – 1374]] | Hearsay; FRE 802 |
| D723 | Various Letters from Individuals responding to Ad for Skills Trainers [DOE 1375-1388] | Hearsay; FRE 802 |
| D726 | Affidavit of Publication verifying circulation of Ads for Skills Trainers, signed 7/14/04 [DOE 0436] | Hearsay; FRE 802 |

| | | |
|---|---|---|
| D727 | Invoices dated 7/16/04 for Procurement of Services from Child & Family Services [DOE 2444-2447] | Relevance, as cost is not a defense and cumulative; FRE 403; Hearsay; FRE 802 |
| D734 | Email dated 7/27/04 from Lorri Bolton to JoAn Hill and Salary Schedule for DOE Supplemented Skills Trainers [DOE 2390-2391] | Relevance, as cost is not a defense and cumulative; FRE 403; Hearsay; FRE 802 |
| D738 | Facsimile dated 7/30/04 from Desiree Baez to Danielle Doucette re: sample vendor invoices [DOE 2379-2384] | Cumulative, as Ms. Baez will testify for Defendant, Relevance, as cost is not a defense and cumulative; FRE 403; Hearsay; FRE 802 |
| D739 | Sign Language Support Session Training Schedule, August 2004 [DOE 0355-0362] | Hearsay; FRE 802 |
| D740 | Letter dated 8/03/04 from Kelly Stern to JoAnn Hill re: Recruiting efforts to provide Skills Trainers for Bryan Wiles-Bond [DOE 2273-2274] | Cumulative, as Ms. Stern and Ms. Hill, who supervised and/or provided these services, will testify for Defendant and relevance, as "good faith" is not a defense; FRE 403; Hearsay; FRE 802 |
| D743 | Summary and Listing of Expenditures for Bryan Wiles-Bond | Relevance, as cost is not a defense and cumulative; FRE 403; Hearsay; FRE 802 |
| D744 | Facsimile dated 8/10/04 from Desiree Baez to Linda Price, Lemomi and Kelly Stern and Signing Sessions Schedule for August 2004 [DOE 2624-2627] | Cumulative, as Ms. Baez, and Ms. Stern and Ms. Hill, who supervised and/or provided these services, will testify for Defendant and relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |

| D746 | Service Verification Forms for Corrinna Serrao for period 8/13/04 to 9/17/04 [Hawaii Behavioral Health Records, pp 111-117] | Cumulative, as Ms. Serrao who provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
|---|---|---|
| D754 | Various Sign-In Sheets for Sign Language Support Sessions, dated 8/25/04, 9/01/04 and 9/08/04, Kealakehe Intermediate School [DOE 0406-0408] | Hearsay; FRE 802 |
| D755 | Curriculum Materials for Sign, Math, Reading and Social; Schedules for Home School and Community; Sensory Activities; and Toileting Data from September through October [DOE 0455-0501] | Hearsay; FRE 802; Hearsay within hearsay; FRE 805 |
| D757 | Letter dated 9/14/04 from Jennifer Harris re: educational background [DOE 0405] | Hearsay; FRE 802 |
| D759 | Letter dated 9/14/04 from Leimomi Respicio to Lono Beamer, Esq. re: Assignment of Skills Trainer Corrinna Serrao per Ann Wiles consent and level 65 services for Bryan Wiles-Bond [DOE 1901] | Hearsay; FRE 802 |
| D761 | Verification Letter dated 9/15/04 from Mahea Edwards re: develop curriculum and activities to address the goals and objectives of IEP for Bryan Wiles-Bond [DOE 0403] | Hearsay; FRE 802 |
| D763 | Letter dated 9/15/04 from Leimomi Respicio and JoAn Hill to Desiree Baez re: Recruitment of Skills Trainers [DOE 0376] | Cumulative, as Ms. Hill, who supervised and/or provided these services, and Ms. Baez will testify for Defendant and relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |

| D769 | Defendant's Response to the Honorable Judge Helen Gillmor's Request for Report on Current Educational Providers and Services, filed 9/20/04 in Wiles v. DOE, CV04-00442, United States District Court, District of Hawaii | Pleadings inadmissible, more prejudicial than probative, likely to confuse the jury, relevance; FRE 401-403, 802 |
|---|---|---|
| D773 | Pre-meeting memo prepared by Kate Tolentino on 9/21/04 [DOE 1342] | Cumulative, as Ms. Hill, who supervised and/or provided services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D774 | Letter dated 9/22/04 from Robert Gentzel to Stanley Bond re: isolating Bryan [DL 02439-02440] | Cumulative, as Mr. Gentzel, the principal who supervised the school and Bryan's program, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D776 | Fax dated 9/24/04 from Desiree Baez to Alvin Rho with handwritten attachment of service providers [DOE 0844-845] | Cumulative, as Mr. Rho, the deputy superintendent who supervised the school and Bryan's program, and Ms. Baez will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D777a | Email dated 9/25/04 from Kate Tolentino to Richelle Paiva and Sherry Agdeppa re: Rhonda Black [DOE 0593] | Cumulative, as Ms. Tolentino, who supervised Bryan's program, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D777b | Email from Kate Tolentino to Stephen Adams [DOE 0591] | Cumulative, as Ms. Tolentino, who supervised Bryan's program, will testify for Defendant; FRE 403; Hearsay; FRE 802 |

| | | |
|---|---|---|
| D779 | Letter dated 9/28/04 from Wesley Sugai, M.D. re: limited medical services for autistic individuals in Kona and State of Hawaii [0178] | Relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D795 | Email dated 10/11/04 from Dayle Yokoyama to Kate Tolentino re: Kealakehe Intermediate Autism Room Situation [DOE 0541] | Cumulative, as Ms. Tolentino, who supervised Bryan's program, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D805 | Email dated 10/20/04 from Kate Tolentino to Kelly Stern re: Dru Copeland [DOE 0854] | Cumulative, as Ms. Tolentino, who supervised Bryan's program, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D809 | Alaka'i Na Keiki DOE Intensive Services Contact Quarterly Report – Oct, Nov, Dec 2004 [Records from Alaka'i Na Keiki, pp 25-30] | Cumulative, as Ms. Tolentino, who supervised Bryan's program and can testify to services he received, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D820 | Alaka'i Na Keiki Student Services Plan based on current IEP, dated 12/15/04 [Records from Alaka'i Na Keiki, pp 20-24] | Cumulative, as Ms. Tolentino, who supervised Bryan's program and can testify to services he received, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D823 | Verified Amended Supplemental Complaint filed 7/01/05 in Wiles, et al. v. DOE, et al., CV04-00442, United States District Court, District of Hawaii [ Bond Depo Exhibit 8, p 124-174] | Pleadings inadmissible, more prejudicial than probative, likely to confuse the jury, relevance; FRE 401-403, 802 |

| D847 | Figure 5-3 of prenatal brain development and Figure 5-4 of brain cells from one month to fifteen months | Not produced prior to discovery cut-off; Hearsay 802 |
|---|---|---|
| D848 | "Fertile Minds" by J. Madeline Nash, Time Magazine, February 3, 1997 | Not produced prior to discovery cut-off; Hearsay 802 |
| D849 | Various classified ads/job postings for Skills trainers [DOE 2749; DOE 1830; 6/28/04 Hon Adv ad; DOE 1343-1346; DOE 1348-1351] | Cumulative; FRE 403; Hearsay; FRE 802 |
| D853 | Resume of Danielle Doucette and Letters of Recommendation [DOE 0329-0333] | Hearsay; FRE 802 |
| D860 | Salary Schedule for DOE Supplemented Skills Trainers [ DOE 0326] | Hearsay; FRE 802 |
| D861 | Schedule of Service Providers, Location of Service, Dates of Services, Cost of Services and Hours of Services for period covering 10/01/03 to 2/29/04 [DOE 2255-2262] | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D862 | Schedule of Service Providers, Location of Services, Dates of Services, Cost of Services and Hours of Services for period covering 10/02/03 to 2/26/04 [DOE 0859-0868] | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D863 | Schedule of Service Providers, Location of Services, Dates of Services and Hours of Services for period covering 8/22/02 to 9/30/04 [DOE 3304-3332] | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |

| | | |
|---|---|---|
| D864 | DOE Schedule of Expenses incurred for Bryan Wiles Bond, including invoices [DOE 3263-3265, DOE 3379-3380, DOE 3465, DOE 3414-3416, DOE 3417-3425, DOE 3426-3443, DOE 3287, DOE 3288-3289, DOE 3290-3293, DOE 3294-3303, DOE 3476-3486, DOE 3274-3286, DOE 3444-3464, DOE 3368-3350, DOE 3266, DOE 3348, DOE 3377, DOE 3375, DOE 3370, DOE 3361, DOE 3362-3363, DOE 3333, DOE 3353-3354, DOE 3334-3347, DOE 3356-3359, DOE 3267, DOE 3466-3372, DOE 3378, DOE 3376, DOE 3473-3474, DOE 3374, DOE 3371-3374, DOE 3364-3365, DOE 3355, DOE 3268-3273] | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D865 | DOE West Hawaii District Spec Ed Services Allotment Registers of Expenditures for Bryan Wiles-Bond as follows: 1) Cumulative Report through June 2003, run date 7/22/03 [DOE 3407-3413] 2) Cumulative Report through March 2004, run date 4/06/04 [DOE 3396-3406]; 3) Cumulative Report through January 2005, run date 2/14/06 [ DOE 3381-3385] 4) Cumulative Report through February 2005,run date 3/10/06 DOE 3386-3395] | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D866 | DOE Expenditures for service providers (Sandra Harrington, Richi Stallard, Sasha Pickles, Rebecca Gavin, Rae Graber, Christy Edwards, Barbara Coffman and William Beljean), period covering 8/22/02 to 1/27/04 [DOE 0846-0853] | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D867 | Alaka'i Na Keiki Intensive Instructional Service Consultant Activity Form for period October 2002 thru February 2005 [Records of Alaka`i Na Keiki, pp 270-328] | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D869 | Written Records of Haydee Middleton (Benicia Unified School District), taken 8/21/06 | Hearsay; FRE 802 |

| D870 | Written Records of UHS Keystone School, taken 8/21/06 | Hearsay; FRE 802 |
|---|---|---|
| D871 | Written Records of Child and Family Service, taken 5/31/06 | Hearsay; FRE 802 |
| D872 | Written Records of The Institute for Family Enrichment, taken 3/14/06, volume 1 of 2 | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D873 | Written Records of The Institute for Family Enrichment, taken 3/14/06, volume 2 of 2 | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D874 | Written Records of Hawaii Behavioral Health, taken 3/14/06 | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D875 | Written Records of Ala Kai Na Keiki, Inc., taken 3/07/06, volume 1 of 4 | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D876 | Written Records of Ala Kai Na Keiki, Inc. taken 3/07/06, volume 2 of 4 | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D877 | Written Records of Ala Kai Na Keiki, Inc., taken 3/07/06, volume 3 of 4 | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D878 | Written Records of Ala Kai Na Keiki, Inc. taken 3/07/06, volume 4 of 4 | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
| D879 | DOE Educational Records [DOE 0126-306, DOE 0378-0402, DOE 0620-0687, DOE 0701-0842, DOE 0884-0985, DOE 0981-0985, DOE 0988-1073, DOE 1075-1179, DOE 1187, DOE 1196-1214, DOE 1222-12236, DOE 1269-1283, DOE 1285-1289] | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |

| D880 | Written Records of Pacific Child & Family Associates, taken 6/22/06 | Cumulative, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |
|---|---|---|
| D881 | Corrinna Serrao's Progress Notes of Bryan Wiles Bond for period 8/09/04 to 9/17/04 [Hawaii Behavioral Health Records, pp 69-105] | Cumulative, as Ms. Serrao who provided these services, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D882 | Demonstrative Exhibit (Report of 8/03/04 from Kelly Stern- TIFFE to JoAn Hill [DOE 2273 – DOE 2274] | Cumulative, as Ms. Stern and Ms. Hill who supervised and/or provided these services to Bryan, will testify for Defendant; FRE 403; Hearsay; FRE 802 |
| D883 | Demonstrative Exhibit (Fax of 6/10/04 from Kelly Stern-TIFFE to Desiree Baez with 5/27/04 72 Hour Sentinel Event Report and 6/07/04 email from Dave Graber to Kelly Stern [DOE 2574 – DOE 2578] | Cumulative, as Ms. Stern and Ms. Baez who supervised and/or provided these services to Bryan, will testify for Defendant. Also, more prejudicial than probative; FRE 403; Hearsay; FRE 802 |
| D884 | Demonstrative Exhibit (Report by Kelly Stern –TIFFE re: qualification of STs, efforts to recruit and train Skills Trainers [ DOE 2762 – DOE 2764] | Cumulative, as Ms. Stern who supervised and/or provided these services to Bryan, will testify for Defendant. Also, relevance, as "good faith" effort is not a defense; FRE 403; Hearsay; FRE 802 |

//
//
//
//

DATED: Honolulu, Hawaii, August 11, 2008.

/S/ STANLEY E. LEVIN
_____

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs