IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>    Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on August 11, 2008, a true and correct copy of the PLAINTIFFS' OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS was duly served upon the following parties by electronic filing via CM/ECF:

 Holly T. Shikada, Esq. (holly.t.shikada@hawaii.gov)
 Deputy Attorney General
 235 S. Beretania Street, Room 304
 Honolulu, Hawaii 96813


 Gregg M. Ushiroda, Esq. (gushiroda@wik.com)
 Leighton M. Hara, Esq. (lhara@wik.com)
 WATANABE ING LLP
 First Hawaiian Center, 23rd Fl.
 999 Bishop Street
 Honolulu, Hawaii 96813

    Kenneth S. Robbins    (krobbins@robbinsandassociates.net)
    John-Anderson L. Meyer (ameyer@robinsandassociates.net)
    Sergio Rufo    (srufo@robbinsandassociates.net)
    ROBBINS & ASSOCIATES
    2200 Davies Pacific Center
    841 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for Defendants

    DATED:    Honolulu, Hawaii, August 11, 2008.

                /S/ STANLEY E. LEVIN
                _____
                STANLEY E. LEVIN
                MICHAEL K. LIVINGSTON
                CARL M. VARADY

                Attorneys for Plaintiffs