OF COUNSEL:
DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN           1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY           4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/FAX:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>          Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' COUNTER DESIGNATION OF THE DEPOSITION TESTIMONY OF REBECCA GAVIN; DECLARATION OF STANLEY E. LEVIN; EXHIBIT "1" AND CERTIFICATE OF SERVICE<br><br>TRIAL:    September 9, 2008<br>JUDGE    Honorable Alan C. Kay |

PLAINTIFFS' COUNTER DESIGNATION OF THE DEPOSITION
TESTIMONY OF REBECCA GAVIN

COME NOW Plaintiffs above-named and hereby submit the following counter designations of the videotaped deposition of Rebecca Gavin taken on July 20, 2007.

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|---|---|---|---|---|
| 8 | 21 | | 8 | 22 |
| 9 | 8 | | 9 | 12 |
| 10 | 23 | | 11 | 11 |
| 12 | 15 | | 14 | 7 |
| 15 | 4 | | 15 | 6 |
| 16 | 15 | | 16 | 17 |
| 16 | 19 | | 16 | 19 |
| 18 | 12 | | 19 | 1 |
| 19 | 22 | | 19 | 23 |
| 20 | 2 | | 20 | 3 |
| 24 | 19 | | 24 | 20 |
| 24 | 25 | | 24 | 25 |
| 25 | 2 | | 25 | 20 |
| 33 | 1 | | 33 | 5 |
| 33 | 8 | | 33 | 10 |
| 35 | 3 | | 35 | 6 |

| PAGE | LINE(S) | THRU | PAGE | LINE(S) |
|------|---------|------|------|---------|
| 35 | 19 |  | 35 | 22 |
| 36 | 3 |  | 36 | 6 |
| 36 | 8 |  | 36 | 9 |
| 39 | 14 |  | 39 | 20 |
| 41 | 25 |  | 42 | 2 |
|  |  |  |  |  |
|  |  |  |  |  |

DATED:    Honolulu, Hawaii, August 11, 2008.

/S/ STANLEY E. LEVIN

_____

STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

### DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1.  I am one of the attorneys of record and make this declaration based upon my own personal knowledge.

2.  Attached hereto as Exhibit "1" is a true and correct copy of pages 8, 9, 10, 12, 15, 16, 18, 19 20, 24, 25, 33, 35, 36, 39, and from the Transcript of the Video Deposition of Rebecca Gavin dated July 27.

I declare under penalty of perjury the foregoing is true.

DATED:   Honolulu, Hawaii, August 11, 2008.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN