IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>            Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1.      I am one of the attorneys of record and make this declaration based upon my own personal knowledge.

2.      Attached hereto as Exhibit "1" is a true and correct copy of pages 8, 9, 10, 12, 15, 16, 18, 19 20, 24, 25, 33, 35, 36, 39, and from the Transcript of the Video Deposition of Rebecca Gavin dated July 27.

I declare under penalty of perjury the foregoing is true.

            DATED:   Honolulu, Hawaii, August 11, 2008.

                        /S/ STANLEY E. LEVIN
                        _____
                        STANLEY E. LEVIN