IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>            Defendant. | Civil No. CV 05-00247 HG/BMK<br>Civil No. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that on August 11, 2008, a true and correct copy of the PLAINTIFFS' COUNTER DESIGNATION OF THE DEPOSITION TESTIMONY OF REBECCA GAVIN was duly served upon the following parties by electronic filing via CM/ECF:

    Holly T. Shikada, Esq.   (holly.t.shikada@hawaii.gov)
    Deputy Attorney General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813


    Gregg M. Ushiroda, Esq. (gushiroda@wik.com)
    Leighton M. Hara, Esq.   (lhara@wik.com)
    WATANABE ING LLP
    First Hawaiian Center, 23rd Fl.
    999 Bishop Street
    Honolulu, Hawaii 96813

Kenneth S. Robbins        (krobbins@robbinsandassociates.net)
John-Anderson L. Meyer (ameyer@robinsandassociates.net)
Sergio Rufo               (srufo@robbinsandassociates.net)
ROBBINS & ASSOCIATES
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:    Honolulu, Hawaii, August 11, 2008.


                        /S/ STANLEY E. LEVIN
                        _____
                        STANLEY E. LEVIN
                        MICHAEL K. LIVINGSTON
                        CARL M. VARADY

                        Attorneys for Plaintiffs