IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MEMORANDUM IN OPPOSITION TO "PLAINTIFFS' MOTION IN LIMINE NO. 6 TO TAKE JUDICIAL NOTICE OF SECTION 504 OF THE REHABILITATION ACT, 29 U.S.C. § 729 and 28 C.F.R. § 42.503 OF ITS IMPLEMENTING REGULATIONS"* was duly served electronically through CM/ECF on the following parties to their last known address on August 11, 2008:

>  **STANLEY E. LEVIN, ESQ.**
>  **MICHAEL K. LIVINGSTON, ESQ.**
>  851 Fort Street, Suite 400
>  Honolulu, Hawaii 96813
>
>  　　　and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, August 11, 2008.

        /s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, Defendant; Civil No. 04-00442 ACK-BMK; Certificate of Service