IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

## DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1.　I am one of the attorneys representing Defendant DEPARTMENT OF EDUCATION in the above-entitled matter and have personal knowledge of the matters set forth herein.

2.　I am licensed to practice law before all state and federal courts in the State of Hawai'i.

3.　Attached hereto as Exhibit "A" is a true and accurate copy of the complaint filed on October 4, 1996, in the lawsuit entitled <u>B.M.W.-B by and through next best friend and parent Stanley Crews Bond, et al. v. Flagler County Board of Education, et al.</u>, Case No. 96-823-CIV-J-20, filed in the United States District Court for the Middle District of Florida, Jacksonville District, obtained during discovery in this case.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, August 11, 2008.

/s/ Gregg M. Ushiroda
GREGG M. USHIRODA