IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 7 TO EXCLUDE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING PRIOR FLORIDA LITIGATION*, was duly served electronically through CM/ECF on the following attorneys to their last known address on August 11, 2008:

STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
851 Fort Street; Suite 400
Honolulu, HI  96813

and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 11, 2008.


                                         /s/ Gregg M. Ushiroda
                                        MELVYN M. MIYAGI
                                        GREGG M. USHIRODA
                                        LEIGHTON M. HARA
                                        ROSS T. SHINYAMA

                                        KENNETH S. ROBBINS
                                        JOHN-ANDERSON L. MEYER
                                        SERGIO RUFO

                                        GARY K.H. KAM
                                        GEORGE S.S. HOM
                                        HOLLY T. SHIKADA

                                        Attorneys for Defendant
                                        DEPARTMENT OF EDUCATION

---

*Ann Kimball Wiles, et al. vs. Department of Education*; Civil No. 04-00442 & 05-00247; Certificate of Service