```
 1            IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF HAWAII

 3   ANN KIMBALL WILES and          )
 4   STANLEY BOND, individually     )
 5   and as next friend of their    )
 6   son, BRYAN WILES-BOND, a       )
 7   minor,                         )
 8              Plaintiffs,         )
 9         vs.                      ) Civil No. CV 04-00442
10   DEPARTMENT OF EDUCATION,       ) HG/BMK
11   State of Hawai'i, and ALVIN    ) CONSOLIDATED (Other
12   RHO, in his official           ) Civil Action)
13   capacity as West Hawai'i       )
14   District Superintendent,       )
15              Defendants.         ) VIDEOTAPED DEPOSITION
16   _____ )            OF
17   ANN KIMBALL WILES and          )    LINDA PRICE, Ph.D.
18   STANLEY BOND, individually     )     August 10, 2007
19   and as next friend of their    )
20   son, BRYAN WILES-BOND,         )
21   a minor,                       )
22              Plaintiffs,         )
23         vs.                      ) Civil No. 05-00247
24   DEPARTMENT OF EDUCATION,       ) JMS/BMK
25   State of Hawai'i,              ) CONSOLIDATED (Other
```

EXHIBIT A

```
 1                    Defendant.  ) Civil Action)
 2   _____)
 3   VIDEOTAPED DEPOSITION OF LINDA PRICE, Ph.D.,
 4   Taken on behalf of Plaintiffs at 851 Fort Street,
 5   Suite 400, Honolulu, Hawaii  96813, commencing at
 6   9:04 a.m., on August 10, 2007, pursuant to Notice.
 7
 8   BEFORE:    SUE M. FLINT, RPR, CSR 274
 9              Notary Public, State of Hawaii
10
11   APPEARANCES:
12
13   For Plaintiffs:     STANLEY E. LEVIN, ESQ.
14                       Davis Levin Livingston Grande
15                       851 Fort Street
16                       Suite 400
17                       Honolulu, Hawaii  96813
18
19   For Defendants:     GREGG M. USHIRODA, ESQ.
20                       Watanabe Ing & Komeiji LLP
21                       999 Bishop Street
22                       23rd Floor
23                       Honolulu, Hawaii  96813
24
25
```

1   that said that the home was unsanitary or unclean
2   ever go to their home?
3       A.  No.
4       Q.  Who are the skill trainers who stated that
5   the environment in plaintiffs' home was unsanitary
6   and unclean?
7       A.  Oxsana Savenko.
8       Q.  Did Ms. Savenko ever go to the home?
9       A.  No.
10      Q.  Who else?
11      A.  Roberto Valentino.
12      Q.  Did Mr. Valen -- is it a mister?  Did Mr.
13  Valentino ever go to the plaintiffs' home?
14      A.  No.
15      Q.  Who else?
16      A.  Lea Scruton.
17      Q.  Ms. Scruton, did she ever go to the
18  plaintiffs' home?
19      A.  No.
20      Q.  Who else?
21      A.  That's it.
22      Q.  Did those skills trainers tell you this
23  information directly to you or did this come through
24  someone else?
25      A.  I'm not sure what your question is.

```
 1        Q.    Did -- the three skills trainers you
 2   identified, did they tell you directly that they
 3   wouldn't work in the home because it was unsanitary
 4   and unclean?
 5        A.    Yes.
 6        Q.    So it wasn't through another party?
 7        A.    Correct.
 8        Q.    Do you know where these skills trainers
 9   got their information regarding the home
10   environment?
11        A.    No.
12        Q.    Did you ask them where they got that
13   information?
14        A.    I do not recall if I asked that specific
15   question.
16        Q.    Did William Beljean ever tell you that the
17   home environment was unsanitary and unclean?
18        A.    Yes.
19        Q.    Do you know how many times Mr. Beljean
20   went to the home?
21        A.    Once or twice.
22        Q.    Did he explain what he meant by unsanitary
23   and unclean?
24        A.    I do not recall the specifics of that.
25        Q.    Do you know if the reference to the
```

```
 1   environment in plaintiffs' home was to the entire
 2   home or a specific part of the home?
 3        A.   Specific part of the home.
 4        Q.   When you wrote number -- when you signed
 5   this document and read number 11, what was your
 6   understanding of the environment of the home?  I'm
 7   sorry.  Did you mean that it was a specific part of
 8   the home or did you mean that it was the entire
 9   house?
10        A.   A specific part of the home.
11        Q.   That's not listed in number 11, is it?
12        A.   No.
13        Q.   Have you ever been to the plaintiffs'
14   home?
15        A.   Yes.
16        Q.   And when was that?
17        A.   2003.
18        Q.   How often did you visit -- or how many
19   times did you visit the home in 2003?
20        A.   Two, that I recall.
21        Q.   Two.  And did you visit the area that the
22   skills trainers were referring to?
23        A.   No.
24        Q.   The area that you did visit, was it
25   unsanitary and unclean?
```