```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3      ------------------------------------------
 4      ANN KIMBALL WILES and STANLEY BOND,
 5      individually and as next friend of their
 6      son, BRYAN WILES-BOND, a minor,
 7                Plaintiffs,
 8            vs.            Civil No. CV 04-00442 HG/BMK
 9                                      05-00247 JMS/BMK
10      DEPARTMENT OF EDUCATION, State of Hawaii,
11      and ALVIN RHO, in his official capacity
12      as West Hawaii District Superintendent,
13                Defendants.
14      ------------------------------------------
15
16
17           VIDEOTAPED DEPOSITION OF BARBARA COFFMAN
18
19      Taken on behalf of the Plaintiffs at Ralph Rosenberg
20      Court Reporters, 75-170 Hualalai Rd., Suite D-212,
21      Kailua-Kona, Hawaii 96740, commencing at 12:56 p.m.,
22      Tuesday, July 17, 2007, pursuant to Notice.
23
24      BEFORE:   BARBARA ACOBA, CSR No. 412, RPR
25                Notary Public, State of Hawaii
```

RALPH ROSENBERG COURT REPORTERS
Honolulu, Hawaii  (808) 524-2090



EXHIBIT E

```
 1   APPEARANCES:

 2   For Plaintiff:         STAN LEVIN, Esq.

 3                          BRUCE ELLIS

 4                          DAVIS LEVIN LIVINGSTON GRANDE

 5                          851 Fort St., Suite 400

 6                          Honolulu, Hawaii 96813

 7

 8   For Defendant DEPT. OF EDUCATION:

 9                          GREGG USHIRODA, Esq.

10                          WATANABE ING & KOMEIJI

11                          First Hawaiian Center

12                          999 Bishop St., 23rd Floor

13                          Honolulu, Hawaii 96813

14

15

16   Also Present:          DEREK BRYANT, Videographer

17

18

19

20

21

22

23

24

25
```

```
 1   the windows?
 2       A.    I was told that it was to prevent Bryan from
 3   leaving at night.
 4       Q.    (Mr. Ellis) Is that reasonable?
 5       A.    Yes.
 6       Q.    (Mr. Ellis) Do you know why the family home was
 7   unsanitary and unclean?
 8       A.    Why it was?
 9       Q.    (Mr. Ellis) Yes.  In your mind.
10       A.    Lack of motivation or intent to make it
11   different.  I don't know why someone would do that.
12   That would be guessing someone else's intention.
13             MR. USHIRODA:  And when you say someone else's
14   intention, are you referring to the parents?
15             THE WITNESS:  Yes.
16   BY MR. LEVIN:
17       Q.    (Mr. Ellis) But you don't know why?
18       A.    No, I don't know why.
19       Q.    (Mr. Ellis) Prior to working with Bryan, were
20   you aware of his propensity to urinate as a
21   self-stimulatory practice?
22       A.    Prior to working with him?  No.
23       Q.    (Mr. Ellis) You said that there were roaches in
24   Bryan's living area.  You familiar with the fact that
25   there are a lot of cockroaches in Hawaii?
```