IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>      Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE, TESTIMONY, ARGUMENT AND COMMENT CONCERNING DEPARTMENT OF HUMAN SERVICES RECORDS*, was duly served electronically through CM/ECF on the following attorneys to their last known address on August 11, 2008:

        **STANLEY E. LEVIN, ESQ.**
        **MICHAEL K. LIVINGSTON, ESQ.**
        400 Davis Levin Livingston Grand Place
        851 Fort Street
        Honolulu, HI  96813

            and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 11, 2008.


                                  /s/ Gregg M. Ushiroda
                                  MELVYN M. MIYAGI
                                  GREGG M. USHIRODA
                                  LEIGHTON M. HARA
                                  ROSS T. SHINYAMA

                                  KENNETH S. ROBBINS
                                  JOHN-ANDERSON L. MEYER
                                  SERGIO RUFO

                                  GARY K.H. KAM
                                  GEORGE S.S. HOM
                                  HOLLY T. SHIKADA

                                  Attorneys for Defendant
                                  DEPARTMENT OF EDUCATION

---

*Ann Kimball Wiles, et al. vs. Department of Education*; Civil No. 04-00442 & 05-00247; Certificate of Service

- 2 -