IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 8 TO DEEM ADMITTED CERTAIN ADMISSIONS* was duly served electronically through CM/ECF on the following parties to their last known address on August 11, 2008:

　　　　STANLEY E. LEVIN, ESQ.
　　　　MICHAEL K. LIVINGSTON, ESQ.
　　　　851 Fort Street; Suite 400
　　　　Honolulu, HI  96813

　　　　　　and

CARL M. VARADY, ESQ.
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:   Honolulu, Hawaii, August 11, 2008.


　　　　　　　　　　　　　　　　　　/s/ Gregg M. Ushiroda
　　　　　　　　　　　　　　　　MELVYN M. MIYAGI
　　　　　　　　　　　　　　　　GREGG M. USHIRODA
　　　　　　　　　　　　　　　　LEIGHTON M. HARA
　　　　　　　　　　　　　　　　ROSS T. SHINYAMA

　　　　　　　　　　　　　　　　KENNETH S. ROBBINS
　　　　　　　　　　　　　　　　JOHN-ANDERSON L. MEYER
　　　　　　　　　　　　　　　　SERGIO RUFO

　　　　　　　　　　　　　　　　GARY K.H. KAM
　　　　　　　　　　　　　　　　GEORGE S.S. HOM
　　　　　　　　　　　　　　　　HOLLY T. SHIKADA

　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　DEPARTMENT OF EDUCATION

---

*Ann Kimball Wiles, et al. vs. Department of Education*; Civil No. 04-00442 ACK-BMK; Certificate of Service