IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

ANN KIMBALL WILES and STANLEY )    CIVIL NO. CV 04-00442 ACK-BMK
BOND, individually and as          )    CIVIL NO. CV 05-00247 ACK-BMK
next friends of their son,         )    CONSOLIDATED
BRYAN WILES-BOND, a minor,         )    (Other Civil Action)
                                   )
          Plaintiffs,              )    **CERTIFICATE OF SERVICE**
                                   )
     vs.                           )
                                   )
DEPARTMENT OF EDUCATION,           )
State of Hawaii,                   )
                                   )
          Defendant.               )
_____ )


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of

*DEFENDANT DEPARTMENT OF EDUCATION'S MEMORANDUM IN OPPOSITION TO*

*PLAINTIFFS' MOTION IN LIMINE NO. 10 TO TAKE JUDICIAL NOTICE AND*

*PUBLISH TO THE JURY THE FACTS ESTABLISHED BY PRIOR ORDER OF*

*DECEMBER 19, 2006,* was duly served electronically through CM/ECF

on the following parties to their last known address on August

11, 2008:

> **STANLEY E. LEVIN, ESQ.**
> **MICHAEL K. LIVINGSTON, ESQ.**
> 851 Fort Street, Suite 400
> Honolulu, Hawaii  96813
>
>           and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 11, 2008.


  /s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant


Ann Kimball Wiles, et al., Plaintiffs vs. Department of
Education, Defendant; Civil No. 04-00442 ACK-BMK; Certificate of
Service