IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00442 ACK-BMK<br>CIVIL NO. CV 05-00247 ACK-BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 12 TO PRECLUDE EVIDENCE OR ARUGMENT [SIC] BASED ON DEFENDANT'S "GOOD FAITH" ATTEMPTS TO PROVIDE SPECIAL EDUCATION OR RELATED SERVICES* was duly served electronically through CM/ECF on the following parties to their last known address on August 11, 2008:

　　　　**STANLEY E. LEVIN, ESQ.**
　　　　**MICHAEL K. LIVINGSTON, ESQ.**
　　　　851 Fort Street; Suite 400
　　　　Honolulu, HI  96813

　　　　　　and

CARL M. VARADY, ESQ.
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, August 11, 2008.

                /s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, Defendant; Civil No. 04-00442 ACK-BMK; Certificate of Service