IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

**DECLARATION OF GREGG M. USHIRODA**

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendant DEPARTMENT OF EDUCATION ("DOE") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawai'i.

3. Attached hereto as Exhibit "A" are true and accurate copies of the pages of the Deposition of Dru Copeland taken on September 28, 2007, which reflects Defendant DOE's counter-designation.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, August 11, 2008.

/s/ Gregg M. Ushiroda
GREGG M. USHIRODA

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendant; Civil No. 04-00442 & 05-00247; Declaration of Gregg M. Ushiroda