IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, ) ) ) ) ) Plaintiffs, ) ) vs. ) ) DEPARTMENT OF EDUCATION, ) State of Hawaii, ) ) Defendant. ) ——————————————————— ) | CIVIL NO. CV 04-00442 ACK/BMK CIVIL NO. CV 05-00247 ACK/BMK CONSOLIDATED (Other Civil Action) **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of *DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS AND COUNTER-DESIGNATION OF DEPOSITION TRANSCRIPT OF DRU COPELAND TAKEN ON SEPTEMBER 28, 2007,* was duly served electronically through CM/ECF on the following parties to their last known address on August 11, 2008:

        **STANLEY E. LEVIN, ESQ.**
        **MICHAEL K. LIVINGSTON, ESQ.**
        851 Fort Street; Suite 400
        Honolulu, HI  96813

           and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 11, 2008.


　　　　　　　　　　　　　　 /s/ Gregg M. Ushiroda
　　　　　　　　　　　　　MELVYN M. MIYAGI
　　　　　　　　　　　　　GREGG M. USHIRODA
　　　　　　　　　　　　　LEIGHTON M. HARA
　　　　　　　　　　　　　ROSS T. SHINYAMA

　　　　　　　　　　　　　KENNETH S. ROBBINS
　　　　　　　　　　　　　JOHN-ANDERSON L. MEYER
　　　　　　　　　　　　　SERGIO RUFO

　　　　　　　　　　　　　GARY K.H. KAM
　　　　　　　　　　　　　GEORGE S.S. HOM
　　　　　　　　　　　　　HOLLY T. SHIKADA

　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　DEPARTMENT OF EDUCATION


Ann Kimball Wiles, et al., Plaintiffs vs. Department of
Education, et al., Defendants; Civil No. 04-00442 & 05-00247;
Certificate of Service