403803.2

**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii

**GARY K.H. KAM**     #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov


WATANABE ING LLP
A Limited Liability Law Partnership

**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**     #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com


Of Counsel:
ROBBINS & ASSOCIATES
Attorneys At Law
A Law Corporation

**KENNETH S. ROBBINS**     #1000-0
**JOHN-ANDERSON L. MEYER**   #8541-0
**SERGIO RUFO**     #8211-0
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
Telephone No. (808) 524-2355
Facsimile No. (808) 526-0290
E-Mail: defend@robbinsandassociates.net

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>        Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS TO PLAINTIFFS' EXHIBITS AND EXHIBIT LIST EXCHANGED JULY 28, 2008; CERTIFICATE OF SERVICE**<br><br>**TRIAL: September 9, 2008**<br>**TRIAL JUDGE: Alan C. Kay** |

**DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS TO
PLAINTIFFS' EXHIBITS AND EXHIBIT LIST EXCHANGED JULY 28, 2008**

        Defendant DEPARTMENT OF EDUCATION ("DOE") submits the following objections to the exhibits designated by Plaintiffs.

**GENERAL STATEMENT OF OBJECTIONS**

        Certain objections are applicable to multiple documents identified by Plaintiffs.  The DOE has endeavored to make its document-by-document objections specific in the chart below, but to assist the Court, the DOE sets forth here a further explanation of the objections made.

        1.  Plaintiffs have designated exhibits containing references to claims relating to alleged violations of the Individual with Disabilities Act ("IDEA") and Section 504 of the Rehabilitation Act that were fully resolved by the July 1, 2002 Settlement Agreement between Plaintiffs and the DOE, which is the

2

subject of a motion in limine filed by the DOE.  As discussed in
that Motion, the DOE objects to the admissibility of these
documents as they are irrelevant, highly prejudicial, and stand
to mislead the jury.  *See* Fed. R. Evid. 401, 402, 403.  This
objection is asserted below as "Relevance Objection No. 1".

    2.  Plaintiffs have designated exhibits containing
references to an educational standard of care and educational
negelect.  For all of the reasons set forth in the DOE's Motion
to exclude evidence of educational standard of care, an
educational standard of care does not exist.  Thus, these
documents have no relevance, are highly prejudicial, and stand to
mislead the jury.  *See* Fed. R. Evid. 401, 402, 403.  This
objection is asserted below as "Relevance Objection No. 2."

    3.  Plaintiffs have designated exhibits containing
information relating to present and future costs for Bryan Wiles-
Bond's educational services as well as costs for residential
placement and treatment, which are the subject of a motion in
limine filed by the DOE.  As discussed in that motion, the cost
of Bryan Wiles-Bond's educational services and care is currently
being paid for by the State of California.  Moreover, the cost of
any residential placement and care for Bryan Wiles-Bond would
also be paid for by the State of the California.  Since these
services are being paid for and will be paid for in the future by
the State of California, the DOE objects to the admissibility of

these exhibits as irrelevant, and because the dangers that the DOE will be unfairly prejudiced and that the jury will be misled by the admission of these exhibits substantially outweighs any probative value. *See* Fed. R. Evid. 401, 402, 403. This objection is asserted below as "Relevance Objection 3."

4.    Plaintiffs have designated exhibits containing multiple unrelated or clearly separate documents. The DOE objects to the admissibility of these exhibits because the danger that the DOE will be unfairly prejudiced or that the jury will be confused or misled by this grouping of unrelated or separate documents substantially outweighs any probative value. *See* Fed. R. Evid. 403. This objection is asserted below as "Improper Grouping."

5.    Plaintiffs have designated exhibits containing reference to a 1983 misdemeanor charge of public lewdness against William "Bill" Beljean, a skills trainer who was assigned to Bryan Wiles-Bond in 2003-2004, which are the subject of a motion in limine. As discussed in that motion, the DOE objects to the admissibility of these exhibits as irrelevant, highly prejudicial, and improper character evidence. *See* Fed. R. Evid. 401, 402, 403 and 404. This objection is asserted below as "Relevance Objection No. 4."

6.    Plaintiffs have designated exhibits containing incomplete portions of documents and/or are missing pages. The

4

DOE objects to the admissibility of these exhibits because of the danger that the DOE will be unfairly prejudiced or that the jury will be confused or misled by the presentation of incomplete documents substantially outweighs any probative value.  *See* Fed. R. Evid. 403.  This objection is asserted below as "Incomplete Document."

      7.  Plaintiffs have designated exhibits through general descriptions that do not put defendants on fair notice of the contents of the proposed exhibits.  Contrary to this Court's Amended Rule 16 Scheduling Order, Plaintiffs have also failed to produce copies of or make available the contents of all proposed exhibits.  Accordingly, the DOE objects to the admissibility of these exhibits.  Plaintiffs must be required to produce hard copies of the exhibits it intends to use so that DOE can make appropriate objections, if any.

      8.  Plaintiffs have designated certain reports and other exhibits reflecting, suggesting or referring to alleged injuries that Bryan Wiles-Bond may have suffered as a result of not receiving consistent educational services in Hawaii.  For all the reasons set forth in the DOE's Motions to Exclude Daniel LeGoff, Ph.D. and Betty Jo Freeman, Ph.D., plaintiffs have no scientifically valid basis on which to claim that any of Bryan Wiles-Bond sustained regressions as a result of not receiving consistent educational services in Hawaii.  The DOE objects to

the admissibility of these exhibits as irrelevant to any fact of consequence to the issues at trial, and because the danger that DOE will be unfairly prejudiced by the admission of these exhibits substantially outweighs any probative value.  *See* Fed. R. Evid. 401, 402, 403.  This objection is asserted below as "Relevance Objection No. 5."

    9.    Plaintiffs have designated "correspondence" and "emails" as exhibits that were not produced in response to DOE requests during discovery.  The discovery cut-off in this case was October 5, 2007.  These exhibits, however, were not produced or made available for inspection to the DOE until after the discovery cut-off.  As such, the DOE never had an opportunity to conduct further discovery of relevant information that may have been contained in these exhibits.  Under the circumstances, these exhibits are inadmissible because they will cause the DOE to be unfairly surprised and unduly prejudiced.  *See* Fed. R. Evid. 401, 402, 403.  This objection is asserted below as "Not produced in discovery."

    10.    Plaintiffs have designated exhibits reflecting communications to and from Shelby Ann Floyd.  The Court has ruled that the testimony of Ms. Floyd "shall be limited to matters of direct contact between herself and the Department of Education officials for which Plaintiffs Ann Kimball Wiles and Stanley Bond are not able to testify to because they were not direct parties

or were not present." All exhibits reflecting communications by
Ms. Floyd with any persons other than DOE officials are
inadmissible. *See* Fed. R. Evid. 401, 402, 403. This objection
is asserted below as "Relevance Objection No. 6."

      11. Plaintiffs have designated reports by Daniel
LeGoff, Ph.D., which, by Dr. LeGoff's own testimony, contain
opinions that are cumulative and duplicative of opinions rendered
by Betty Jo Freeman, Ph.D. These exhibits are inadmissible under
Fed. R. Evid. 401, 402 and 403. This objection is asserted below
as "Relevance Objection No. 7."

      12. Plaintiffs have designated unsolicited emails to
JoAn Hill that were authored by an unknown individual purporting
to be Michael Biehn. There is no evidentiary foundation to
assure the trustworthiness of these emails. As such, these
exhibits are highly prejudicial to the DOE. These exhibits are
also inadmissible as hearsay. Since the author of the emails is
unknown, the basis for the statements in the emails cannot be
known. Further, the emails appear to reflect information gather
from other unknown and outside sources. Finally, these emails
are not relevant to Plaintiffs' claims of "deliberate
indifference." These exhibits are inadmissible under Fed. R.
Evid. 401, 402, 403, 801 and 802. This objection is asserted
below as "Foundation and Hearsay Objection."

13.    Plaintiffs have designated licencing regulations for clinical psychologists and excerpts of California business law as exhibits to infer that the DOE's expert witness, Bryna Siegel, Ph.D., is not qualified to render opinions concerning her assessment of Bryan Wiles-Bond because she is not a licensed clinical psychologist in the State of California and the State of Hawaii.  For the reasons set forth in its memorandum in opposition to Plaintiffs' motion in limine to exclude Dr. Siegel, these exhibits are irrelevant and have no bearing on the issue of whether she is qualified to render the opinions in question. Moreover, this Court has previously determined this exact same issue with respect to Dr. Siegel in the case L.M. v. Department of Education, 2006 WL 2331031, (D. Haw. 2006).  This objection is asserted below as "Relevance Objection No. 8."

14.    Plaintiffs have designated emails between Shelby Ann Floyd and Plaintiffs as exhibits.  As Plaintiffs' former counsel, emails between Ms. Floyd and Plaintiffs are irrelevant and cumulative as Plaintiffs would and should be the ones to testify as to their allegations against the DOE.  Moreover, these emails go beyond the scope of permissible discovery.  These exhibits are inadmissible under Fed. R. Evid. 401, 402 and 403. This objection is asserted below as "Relevance and Scope Objection."

## SPECIFIC OBJECTIONS

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 1 | 05/21/01 Decision and Order before the Department of Education Chapter 36 Hearing Officer Richard C.F. Chun | Relevance Objection No. 1. |
| 2 | 02/15/02 Complaint; Civil No. 02-00101 SOM/BMK | Relevance Objection No. 1. |
| 3 | 07/01/02 Release and Settlement Agreement by and between Ann Kimball Wiles and Stanley Bond on behalf of their son Bryan Wiles-Bond and the Department of Education; DOE0688-0700 | |
| 4 | 05/11/04 Findings of Fact, Conclusions of Law and Decision in Administrative Hearing No. DOE2004-026; DOE1323-1332 | |
| 5 | 07/21/04 Verified Complaint, Civil No. 04-00442 HG/BMK;DOE2416-DOE2436 | |
| 6 | 07/23/04 Findings of Fact, Conclusions of Law and Decision in Administrative Hearing No. DOE2004-070 | |
| 7 | 07/23/04 Stipulated Partial Decision and Order in Administrative Hearing No. DOE2004-070; DOE2000-2002 | |
| 8 | Declaration of Linda Price, dated 3/10/06 | |
| 9 | Declaration of Judith Radwick, dated 3/10/06 | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 10 | Declaration of Kelly Stern, dated 3/10/06 | |
| 11 | Declaration of Katherine Tolentino, dated 3/10/06 and Exhibit "1" (Child and Family Associates 11/5/04 Proposal for Services) | |
| 12 | Declaration of Rebecca Pierson, Dated 3/22/06 | |
| 13 | Declaration of William Beljean, dated 3/23/06 | |
| 14 | Declaration of Barbara Coffman, dated 3/23/06 | |
| 15 | Declaration and Certification of Shelby Anne Floyd dated 2/2/04 | Relevance Objection No. 6. |
| 16 | Declaration of Shelby Floyd dated 2/2/04 | Relevance Objection No. 1.<br><br>Relevance Objection No. 6.<br><br>Incomplete document - it is clear from the face of the document that it is not complete because it references a document not attached. |
| 17 | Declaration of Stanley Bond dated 2/2/04 | Relevance Objection No. 1 as to paragraphs 4 through 16 of this document.<br><br>Paragraphs 6 to 10 of this document contain inadmissible hearsay. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 18 | Supplemental Declaration of Stanley Bond undated 2/04 | Paragraph 8 of this document contains inadmissible hearsay. |
| 19 | Supplemental Declaration of Kelly Stern, dated 3/23/06 | |
| 20 | Supplemental Declaration of Katherine Tolentino dated 3/22/06 | |
| 21 | Resume of Danielle Doucette and Letters of Recommendation; DOE0329-0333 | Incomplete document – letters of recommendation have not been included. |
| 22 | Resume of Rae Graber;DOE0334-0336 | Incomplete document – first page (DOE0334) is missing. |
| 23 | Resume for Kathryn Cardines; DOE0337-0340 | |
| 24 | Resume of Sven Lindemann; DOE1408-1409 | |
| 25 | Resume of Corrinna Serrao; DOE0343-0344 | |
| 26 | Resume of Leigh S. Mitchell; DOE0345-0346 | |
| 27 | Resume of Jennifer Susan Harris; DOE0410 | |
| 28 | Resume of Christy Edwards | |
| 29 | Resume of Rebecca Gavin; DOE0328 | |
| 30 | Resume of Karen Green | |
| 31 | Resume of Barbara Coffman | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 32 | Dr. LeGoff's Neurodevelopmental Evaluation dated 6/17/05 | Relevance Objection No. 5. Cumulative of Betty Jo Freeman, Ph.D. report |
| 33 | Dr. LeGoff's report dated December 13, 2005 | Relevance Objection Nos. 2 and 3. |
| 34 | Dr. LeGoff s Neuro Re-evaluation of 6/1/07 | Relevance Objection No. 5. Cumulative of Dr. Freeman Report |
| 35 | Loretta Lukens Initial Life Care Plan of 5/6/06 | Relevance Objection No.3. Lacks foundation. |
| 36 | Loretta Lukens Updated Life Care Plan of 6/4/07 | Relevance Objection No. 3. |
| 37 | Dr. Freeman's Psychological Assessment dated 7/22/06 to 7/26/06 | Relevance Objection No. 5. Cumulative of Dr. Legoff's reports. |
| 38 | Dr. Freeman's updated Psychological Assessment dated 5/25/07 | Relevance Objection No. 5. Cumulative of Dr. Legoff's reports. |
| 39 | Keynes Von Elsner's report dated 5/6/06 | Relevance Objection No. 3. |
| 40 | Keynes Von Elsner's report dated 6/8/07 | Relevance Objection No. 3. |
| 41 | Richard S. Goka, M.D. Report of 6/28/06 | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 42 | Richard S. Goka, M.D. Supplemental Report Following "Rule 26" Guidelines of 6/28/06 | |
| 43 | Richard S. Goka, M.D. Supplemental Report of 6/22/07 | |
| 44 | Kimberly Smalley Report dated 8/18/04; DOE0409-DOE0429 | Relevance Objection No. 5. |
| 45 | Kimberly Smalley 8/18/04 Draft Behavioral Assessment of Bryan Wiles-Bond; DOE1153-1170 | Relevance Objection No. 5. |
| 46 | Bryna Siegel, Ph.D. Report dated 6/25/07 | |
| 47 | CV of Loretta Lukens | |
| 48 | CV of Dr. Daniel LeGoff | |
| 49 | CV of Dr. B.J. Freeman | |
| 50 | CV of Keynes Von Elsner | |
| 51 | CV of Richard S. Goka, M.D. | |
| 52 | CV of Bryna Siegel | |
| 53 | CV of Kimberly Ann Smalley, Ph.D. | |
| 54 | CV Dru Copeland, Ph.D., P.C. | |
| 55 | Individualized Education Plan, 1998-1999; DOE0016 | |
| 56 | Individualized Education Program Report, Part 2; DOE0020-0026 | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 57 | Individual Education Program dated 9/8/99; WB0031- WB0043 | |
| 58 | Individualized Education Program Report, dated 10/19/99;DOE0175-DOE0200 | |
| 59 | Individualized Education Program meeting notes 9/1/00; WB0027 | |
| 60 | Individualized Education Program Report, dated 1/29/01;DOE0286-DOE0306 | |
| 61 | Individualized Education Program Report, dated 1/28/02; WB0073-0092 | |
| 62 | Individualized Education Program Report, dated 5/21/02; WB0093-0113 | |
| 63 | Individualized Education Program Report, dated 11/18/02; WB0114-0130 | |
| 64 | Individualized Education Program dated 11/18/02 w/o front sheet and conference notes; DOE1081-DOE1097 | |
| 65 | Individualized Education Program progress reports; DOE1099-DOE1127 | |
| 66 | Individualized Education Program Report, dated 11/25/03; WBO131-0147 | |
| 67 | Individualized Education Program Report, dated 1/09/04; WB0148-0159 | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 68 | Individualized Education Program dated 6/2/04 with Conference notes; DOE1051-DOE1067 | |
| 69 | Individualized Education Program Report, dated 6/2/04; WB0160-0171 | |
| 70 | Individualized Education Program Report, dated 7/21/04;DOE2400- DOE2412 | |
| 71 | Individualized Education Program Report, dated 8/16/04 and 8/25/04;DOE1004-DOE1018 | |
| 72 | Individualized Education Program Report, dated 11/29/04;DOE2852-DOE2865 | |
| 73 | Transcript of Proceedings (Administrative Hearing before Haunani Alm, Taken 4/5/04) | Hearsay and lack of foundation. |
| 74 | Transcript of Proceedings taken 7/6/04 | Hearsay and lack of foundation. |
| 75 | Prior Written Notice of Department Action from Robert Gentzel, Principal of Kealakehe Intermediate School, dated 6/7/04; DOE1073 | |
| 76 | The Webster School Narrative Summary Report for 2nd Quarter, Dated 2/3/97; DOE0108-0109 | |
| 77 | The Webster School Narrative Summary Report, dated 11/12/96;DOE0111-0112 | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 78 | School Psychiatric Report of Bryan Wiles-Bond, dated 10/19/99, prepared by Richard H. Mesco, Hawaii Family Guidance Center; DOE0143-0145 | |
| 79 | Psychoeducational profile Evaluations of Bryan Wiles-Bond, conducted by Rebecca Pierson & Wendy Clare on 10/3/02; and Rebecca Pierson & Sandy Harrington on 11/6/02; DOE1272-1275 | |
| 80 | Draft Toileting Plan prepared by Kimberly Smalley; DOE1180-1186. | |
| 81 | Update to Original Toileting Plan prepared by Kimberly Smalley, dated 3/18/04; DOE2229-2232 | |
| 82 | Update to original Toileting Plan, prepared by Kimberly Smalley;DOE 2846-2851 | |
| 83 | Behavioral Management Plan for Bryan Wiles-Bond; DOE1254 | |
| 84 | Draft of Crisis Plan for Bryan Wiles-Bond; DOE1171 | |
| 85 | Discussion Points to be Addressed, dated 9/9/03; DOE2721 | |
| 86 | Draft of Crisis Plan for Bryan Wiles-Bond, dated 9/28/04;DOE2873 | |
| 87 | Cara Entz (Pacific Child & Family Associates) Proposal dated 9/21/04 re: Bryan Wiles- | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | Bond IEP services; DOE1303-1304 | |
| 88 | Cara Entz (Pacific Child & Family Associates) Revised Proposal dated 11/5/04; DOE1561-1564 | |
| 89 | Incident Report of 9/17/04 made by Corrinna Serrao; DOE1640-1641 | |
| 90 | 1/18/00 Letter from Kim Wiles and Stan Bond to Mahea Edwards; DOE1776 | Relevance Objection No. 1. |
| 91 | 2/22/00 Letter from Rudy Radwick to Kim Wiles and Stan Bond; DOE1777 | Relevance Objection No. 1. |
| 92 | 3/7/00 Letter from Stan Bond and Kim Wiles to Judy Radwick; DOE1780-DOE1781 | Relevance Objection No. 1. |
| 93 | 9/17/00 Letter from Kim Wiles and Stan Bond to James Palmer, Principal at Kahakei Elementary; DOE1772-DOE1775 | Relevance Objection No. 1. |
| 94 | 10/9/00 letter from Bond and Wiles to Radwick | Relevance Objection No. 1. |
| 95 | 8/18/02 Letter from Stan Bond and Kim Wiles to Judith Radwick and Mahea Edwards; DOE1801-1808 | |
| 96 | 8/29/02 Letter from Kim Wiles w/Fax coversheet from Desiree Baez to Pam Toguchi of this waiver; DOE1809-DOE1810 | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 97 | 1/28/03 Letter from Rebecca Gavin, M.A. to Institute for Family Enrichment re: Skills Trainer; DOE0327 | |
| 98 | 7/25/03 Letter from Stanley Bond to Judith Radwick re: Clarification of the situation re: settlement agreement | |
| 99 | 11/21/03 Letter from Shelby Floyd to Joelle Chiu re: breach settlement agreement by DOE | |
| 100 | 11/28/03 Letter from Holly Shikada to Shelby Floyd re: investigation regarding ST | |
| 101 | 12/2/03 Letter from Shelby Floyd to Holly Shikada re: ST and Settlement Agreement | |
| 102 | 12/17/03 Letter From Lono Beamer to Shelby Floyd re house conditions; DOE2731-DOE2732 | |
| 103 | 2/10/04 Letter from Shelby to Judge Mollway with case cites added | Relevance Objection No. 6. |
| 104 | 2/26/04 Letter from Shelby to Alvin Rho; DOE1247 and DOE1252-DOE1253 | |
| 105 | 7/16/04 Letter from Cara Entz (Pacific Child & Family Associates) to Kim Wiles re: Hawaii Proposal for IEP services to Bryan Wiles-Bond | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 106 | 7/27/04 Letter from JoAn Hill to Applicants for Skills Trainers; DOE1371 | |
| 107 | 7/28/04 Letter from Shelby Floyd to Alvin Rho with Copies of DCCA decision dated 7/23/04; DOE0437-DOE0450 | |
| 108 | 8/9/04 letter from Shelby to Beamer 8/11/04 fax cover from Mike Biehn to Stan Bond with 8/11/04 e-mail from Michael Biehn to JoAn Hill; 8/12/04 letter from Shelby to Judge Kurren; 9/8/04 | Improper Grouping.<br><br>Foundation and Hearsay.<br><br>Relevance Objection No. 6. |
| 109 | 9/14/04 Letter/Statement of Lorri Bolton, Psy.D. and acknowledged by Alvin Rho; DOE0322 | |
| 110 | 9/20/04 Letter from Shelby Floyd, Esq. to Alvin Rho re: isolating Bryan; DOE0600 | |
| 111 | 9/21/04 Letter from JoAn Hill to Kim Wiles re: Bryan's isolated placement; DOE0599 | |
| 112 | 10/5/04 Letter from Debra Farmer to Shelby and Kim and Stan with copies of complaint letter of 9/16/04; DOE1634-DOE1639 | Irrelevant - Plaintiffs never pursued due process request. |
| 113 | 10/8/04 Letter from Katherine Tolentino to Kim Wiles; DOE1476-DOE1477 | |
| 114 | 10/28/04 Letter from Ann Wiles to Jennifer Harris - unable to attend 11/1/04 IEP meeting - please reschedule; DOE0451 | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---------|------------------------|------------|
| 115 | 10/28/04 Letter from Shelby to Kealakehe Intermediate; DOE1555 | |
| 116 | 10/18/04 Facsimile from Jennifer Harris to Kate Tolentino and Daily Personal Notes recorded by Harris of Bryan Wiles-Bond on 10/7/04, 10/11/04 and 10/18/04; DOE0528-0535 | |
| 117 | 10/18/04 Facsimile from Jennifer Harris to Kate Tolentino and Daily Personal Notes recorded by Harris of Bryan Wiles-Bond on 10/25/04, 10/28/04,11/4/04 and 11/8/04; DOE1570-1577 | |
| 118 | 10/18/04 Facsimile and Request for Impartial Hearing from Shelby Floyd, Esq. to Alvin Rho; DOE1487-1491 | Irrelevant – Plaintiffs never pursued due process request. |
| 119 | 11/15/04 Facsimile from Kate Tolentino to Linda Price and Cara Entz (Pacific Child & Family Associates) Revised Proposal dated 11/5/04; DOE1985-1989 | |
| 120 | 11/16/04 Fax from Cynthia Esaki to Kate Tolentino re: Residential Placement information; DOE1668-DOE1680 | |
| 121 | 11/17/04 Fax from Kate Tolentino to Holly and Lono, Alvin Rho re: Heartsprings; DOE1722-DOE1734 | |
| 122 | 3/01/99 Memo from Ann Wiles and Stanley Bond to Alan | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---------|-------------------------|------------|
|  | Loman, Special Education Coordinator; DOE0042-0043 |  |
| 123 | 1/29/03 Memo from Barbara Coffman to Judi Radwick (cc: Sheri Adams, Mahea Edwards) re: 1/29/03 discussion with Dru Copeland; DOE1755 |  |
| 124 | 6/24/03 Memo to: Contracted Provider Agencies for FY2004 from Debra Farmer |  |
| 125 | 9/2/04 Memo from Pat Hamamoto to Robert Gentzel, JoAn Hill, Alvin Rho re: implement 7/23/04 decision; DOE1340 |  |
| 126 | 9/22/04 Memo from Ray Uchimura to Kate Tolentino re: Pacific Child; DOE1313-DOE1322 |  |
| 127 | 10/5/04 Memo from Debra Farmer to Robert Gentzel, JoAn Hill, Alvin Rho - Complaint filed by Shelby 9/16/04 w/ copy of complaint; DOE1630-DOE1633 | Irrelevant - Plaintiffs did not pursue due process hearing. |
| 128 | 11/3/04 Memo from Debra Farmer to Alfonsina Davies, Linda Price and Alvin Rho re: Verification of Hearing Decision, Follow-Up Requirements and Timeline Extension; DOE1619-1622 | Irrelevant - Plaintiffs did not pursue due process hearing. |
| 129 | 11/3/04 Memo from Debra Farmer to DOE re: suspending time line due to filing of Due Process hearing request, will also not address any issue in the complaint covered by Due Process Request; Due Process Hearing Request attached; | Irrelevant - Plaintiffs did not pursue due process hearing. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | DOE1582-DOE1587 | |
| 130 | 1/21/00 E-Mail from Judy Radwick and Mahea Edwards; DOE1785 | |
| 131 | 8/31/00 E-Mail from Mahea Edwards to James Palmer; DOE1782 | |
| 132 | 2/8/04 E-Mail from Kim Wiles to Dru Copeland re: escalating behaviors | |
| 133 | 6/7/04 E-Mail from Graber to Kelly Stern; DOE2578 | |
| 134 | 6/7/04 E-Mail from Kim to Shelby re: attempted kidnapping of Bryan at special Olympics function | Hearsay – contains multiple levels of hearsay as reflected by statements of non-parties.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 135 | 6/18/04 E-Mail from Kim to Shelby re: ASL private providers Jan Fried, Dorien Yankee, James Souza and Jean Marie | Hearsay – contains statements of non-parties.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objeciton. |
| 136 | 6/18/04 E-Mail from Kim to Jan Fried re: ASL services | |
| 137 | 6/22/04 E-Mail from Kim to Shelby re: Kim Smalley and lack of DOE contact with her | Hearsay – contains statements by non-party.<br><br>Relevance Objection No 6.<br><br>Relevance and Scope Objection. |
| 138 | 6/22/04 E-Mail from Shelby to Lono Beamer re: no follow-up | Relevance Objection No. 6. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | on hearing order by DOE - toileting expert | Relevance and Scope Objection. |
| 139 | 6/22/04 E-Mail from Shelby to Lono Beamer re: no follow-up on hearing order by DOE -lack of ASL training | Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 140 | 6/23/04 E-Mail from Kim to Shelby re: discussions with Kelly at TIFFE about home conditions and ST complaints | Hearsay - contains statement by non-party.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 141 | 6/26/04 E-Mail from Kim to Shelby re: research into outside organizations providing for Bryan | Not produced in discovery.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 142 | 7/4/04 E-Mail from Kim to Shelby re: TIFFE's hearing preparation, Bryan's behavioral escalation, search for STs | Not produced in discovery.<br><br>Hearsay - contains statements by non-parties and unidentified others.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 143 | 7/4/04 E-Mail from Kim to Shelby re: search for STs | Hearsay - contains statements by non-parties and unidentified others.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 144 | 7/4/04 E-Mail from Kim to Shelby re: corrected dates on Danielle | Hearsay - contains statements by non-parties.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 145 | 7/5/04 E-Mail from Kim to Shelby re: revised notes for hearing | Hearsay - contains statements by non-parties and unidentified others.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 146 | 7/9/04 E-Mail from Kim to Shelby re: legal options due to DOE talk of reducing hours to 40 per wk for STs- problems with Bryan and Rae | Not produced in discovery.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 147 | 7/13/04 E-Mail from Shelby to Karen Johnston re: IEP meeting in July; DOE1215-DOE1217 | |
| 148 | 7/13/04 E-Mail from Kim to Shelby re: Copeland visit and pronouncement for need of immediate extra supervision in the house | Not produced in discovery.<br><br>Hearsay - contains statements by non-party.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 149 | 7/14/04 E-Mail from Kim to Dm Copeland re: problems at school with behavior | Not produced in discovery.<br><br>Hearsay - contains statements by non-party. |
| 150 | 7/15/04 E-Mail from Kim to Shelby re: DOE not informing Dorian Yankee | Not produced in discovery.<br><br>Hearsay - contains statements by non-party.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 151 | 7/16/04 E-Mail from Kim Smalley to Kim re: need more | Not produced in discovery. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---------|-------------------------|------------|
|  | hours to do FBA and other E-Mails to DOE regarding getting more hours | Hearsay - contains statements by non-parties. |
| 152 | 7/17/04 E-Mail from Kim to Shelby re: medical testing done, IEP topics | Not produced in discovery.<br><br>Hearsay - contains statements by non-parties.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 153 | 7/18/04 E-Mail from Dorian Yankee to DOE re: lack of professionalism | Not produced in discovery. |
| 154 | 7/18/04 E-Mail from Kim to Dorian Yankee re: teaching ASL at Kona | Not produced in discovery. |
| 155 | 7/22/04 E-Mail from Kim Wiles to Shelby re: Resumes; DOE1194-DOE1195 | Not produced in discovery.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 156 | 7/26/04 E-Mail from Kim to Shelby Re: Skills trainers for break between ESY and 04-05 school year | Not produced in discovery.<br><br>Hearsay - contains statements by non-parties.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 157 | 8/10/04 and 11/04 Exhibit 7 to Deposition of JoAnn Hill; E-mails to JoAn Hill from Michael Biehn | Foundation and Hearsay.<br><br>Improper Grouping. |
| 158 | 8/5/04 E-Mail from JoAn Hill to Desiree Baez forwarding e-mail dated 8/5/04 from Michael | Foundation and Hearsay. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | Biehn to JoAn Hill; DOE2566 | |
| 159 | 8/6/04 E-Mail Shelby to Dr. Ira Heilveil re: in home program provided by Pacific Child for Fed Crt hrg | Relevance Objection No. 6. |
| 160 | 8/8/04 Redacted E-Mail to JoAn Hill- redacted to hide address of Michael Biehn w/Reference check; DOE2617-DOE2619 | Foundation and Hearsay. |
| 161 | 8/9/04 E-Mail Kim to Shelby re: STs qualifications nothing about DTT or ASL | Incomplete document. |
| 162 | 8/10/04 E-Mail 8/10/04 from JoAn Hill to Judi Radwick; DOE2623 | |
| 163 | 8/11/04 E-Mail JoAn Hill- DOE to Michael Biehn re: motion hearing and issue of hacking into Wiles-Bond computer and order to release Michael Biehn's name | Not produced in discovery. |
| 164 | 8/11/04 E-Mail Stan Bond to Shelby Floyd re: JoAn's e-mail re: M. Biehn | Not produced in discovery.

Relevance Objection No. 6.

Relevance and Scope Objection. |
| 165 | 8/29/04 E-Mail Kim to Shelby re: long summary of the past week and lack of home program and deterioration at school | Not produced in discovery.

Hearsay – contains multiple levels of hearsay as reflected by statements of non-parties.

Relevance Objection No. 6.

Relevance and Scope Objection. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---------|-------------------------|------------|
| 166 | 9/14/04 E-mail from Shelby Floyd to Cara Entz | |
| 167 | 9/15/04 E-Mail Cara Entz-Pacific Child to Shelby re: cost of Pacific Child supervision and training - does not include STs which has always been the problem | |
| 168 | 9/17/04 E-Mail Stan to Shelby re: Problems and school and TC with VP and threat of suspension - Bryan pulled out hair of ST | Not produced in discovery.<br><br>Hearsay – contains statements of non-parties and unidentified others.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 169 | 9/17/04 E-Mail Stan to Shelby re: follow up t/c with JoAn Hill re: school problem | Not produced in discovery.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 170 | 9/18/04 E-Mail Stan to Shelby re: Katherine off case and pressured to give negative about parents | Not produced in discovery.<br><br>Hearsay – contains statements by non-party and hearsay within hearsay.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 171 | 9/21/04 E-Mail Kim to Shelby re: draft letter to Genztel about isolation and conflicting information from JoAn Hill | Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 172 | 9/22/04 E-Mail Cara Entz-Pacific Child to Shelby re: | Relevance Objection No. 6. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | DOE agreement to contract Pacific Child | |
| 173 | 9/22/04 E-Mail Kim to Shelby re: Bob Gentzel's reply - shocking - closet for 6-8 hrs (isolation Placement) - observation of Bryan playing in his own urine while staff watched | Not produced in discovery.<br><br>Hearsay - contains statements by non-parties.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 174 | 9/23/04 E-Mail Kim to Shelby re: cannot send to school | Not produced in discovery.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 175 | 9/24/04 E-Mail Stan to Shelby re: Danielle and other STs | Not produced in discovery.<br><br>Hearsay - contains multiple levels of hearsay as reflected by statements of non-parties and unidentified others.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 176 | 9/25/04 E-Mail Stan to Shelby re: Summary of 9/17/04 incident that led to isolation | Not produced in discovery.<br><br>Hearsay - contains statements by non-party.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 177 | 9/27/04 E-Mail Shelby to Stan and Kim re: issue to discuss with Holly Shikada | Not produced in discovery.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 178 | 9/27/04 E-Mails from Desiree Baez to Kate Tolentino; DOE05771; 9/27/04 E-Mails from Kate Tolentino to Shawn Slater; DOE0578; 9/27/04 E-Mails from Jennifer Harris to June Callan cc: Kate Tolentino; DOE0579 | Improper Grouping. |
| 179 | 9/28/04 E-Mail from Dru Copeland to Shelby re: JoAn Hill gave the order regarding isolation | Not produced in discovery.<br><br>Hearsay - contains statements by non-party. |
| 180 | 10/5/04 E-Mail from Kate Tolentino to Alfonsina Davies (cc: Alvin Rho, Stephen Miyasato) re: Columbus teachers at KIS; DOE0564 | |
| 181 | 10/9/04 E-Mail Stan to Shelby re: Pacific Child not responsible for providing ST candidates just training - Bryan refusing to work - 9/30/04 IEP agreements | Not produced in discovery.<br><br>Hearsay - contains statements by non-party.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 182 | 10/11/04 E-Mail from Jennifer Harris to Kate Tolentino re: PWN; DOE0539-DOE0540 | |
| 183 | 10/12/04 E-Mail from JoAn Hill to Alvin Rho, Kate Tolentino; DOE1500; 10/12/04 E-Mail from JoAn Hill to Kate Tolentino, cc: Alvin Rho; DOE1501 | |
| 184 | 10/13/04 E-Mail Kim to Shelby re: all is falling apart - realistic that even if Pacific Child can provide STs and training the in school program | Not produced in discovery.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | will not be appropriate | |
| 185 | 10/13/04 E-Mail from Kate Tolentino and Jennifer Harris re: social curriculum and shot card shown by parent; DOE1482; 10/13/04 E-Mail from Jennifer Harris to Kate Tolentino re: social curriculum and shot card shown by parent; DOE1483 | |
| 186 | 10/14/04 E-Mail Kim to Katherine Tolentino-DES re: lack of communication/DOE responsibilities per IEP meeting not met | |
| 187 | 10/14/04 E-Mail Kim to Shelby re: Cm Copeland tc with Cara Entz-Pacific Child about PC receiving inaccurate info from DOE | Not produced in discovery. Hearsay – contains statements by non-party. Relevance Objection No. 6. Relevance and Scope Objection. |
| 188 | 10/18/04 E-Mail Shelby to/from Holly re: Pacific Child meeting and observation | Not produced in discovery. Irrelevant – not relevant to claims and issues in this case. |
| 189 | 10/18/04 E-Mail Kim to Shelby re: meeting date re: Christy's payment | Not produced in discovery. Hearsay – contains statements by non-party. Relevance Objection No. 6. Relevance and Scope Objection. |
| 190 | 10/28/04 E-Mail Kim to Shelby re: DOE taking parent comments out of context | Not produced in discovery. Relevance Objection No. 6. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | | Relevance and Scope Objection. |
| 191 | 11/1/04 E-Mail Cara Entz-Pacific Child to Shelby re: response - need many things before starting; 10/28/04 E-Mail Shelby to Cara Entz-Pacific Child re: proposal-signing, numbers of therapist, curriculum - inaccurate info from DOE about Bryan | |
| 192 | 11/8/04 E-Mail from Jennifer Harris to Kate Tolentino re: Part 2; DOE0508 | |
| 193 | 11/9/04 E-Mail Kim to Shelby re: Summary of meeting with Dru Copeland - drinks with ST Jeremy - changing positions etc. | Not produced in discovery.<br><br>Hearsay - document contains multiple levels of hearsay because it reflects statements by non-parties.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 194 | 11/15/04 E-Mails between Kate Tolentino and Cara Entz re: Revised Proposal; DOE1736 | |
| 195 | 11/29/04 E-Mail Kim to Shelby re: editing IEP | Not produced in discovery.<br><br>Hearsay - reflects multiple levels of hearsay because it contains statements by non-parties<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 196 | 12/9/04 E-Mail Kim to/from Shelby re: lack of payment to | Not produced in discovery. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | STs | Hearsay – contains statements by non-party.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 197 | 12/11/04 E-Mail Kim to Shelby re: Summary from 11/29/04 to 12/11/04 | Not produced in discovery.<br><br>Hearsay – reflects multiple levels of hearsay because it contains statements by non-parties<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objection. |
| 198 | 12/26/04 E-Mail Kim to Bruce re: Jeremy's last name Watson | Not produced in discovery.<br><br>Hearsay – contains statements by non-party. |
| 199 | 12/27/04 E-Mail Kim to Bruce re: letter to Marvin Sinclair at TIFFE about Jeremy Watson taking pictures | Not produced in discovery. |
| 200 | 1/3/05 E-Mail from Dayle Yokoyama to Kate Tolentino (cc: Don Merwin, Karen Johnston, Robin Ohara, Jennifer Harris and Naomi Shiraishi re: Schedule for Bryan Wiles-Bond; DOE2819 | |
| 201 | 9/27/04 E-Mail from Kelly Stern to Kate Tolentino re: Sunday scheduling; DOE0596 | |
| 202 | 9/10/01 Conference Information and Notes; DOE0285 | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---------|-------------------------|------------|
| 203 | 10/12/04 Handwritten notes - 1 page from Cara Entz | |
| 204 | Handwritten notes - 9 pages 10/11/04 from Cara Entz | |
| 205 | 10/18/04 Note from Shelby to Holly Shikada; DOE0858 | |
| 206 | 10/6/04 ISPED versions of meeting notes; DOE1021-DOE1022 | |
| 207 | Undated/Unsigned Hand Written notes - Residential Facilities; DOE2629 | |
| 208 | Corrinna Serrao's Progress Notes of Bryan Wiles-Bond; DOE0378-0402 | |
| 209 | Journal entries of handwritten notes re: Bryan Wiles-Bond; DOE2684-2707 | |
| 210 | J. Radwick Handwritten Notes; DOE2197-2198 | |
| 211 | 8/6/04 Handwritten Notes re: CBI; DOE1603 | |
| 212 | Goka Deposition Exhibit No. 12 - Department of Developmental Services Parental Financial Responsibility Monthly Parental Fee effective 1/1/03 | |
| 213 | Goka Deposition Exhibit No. 13 - 6/22/07 Supplemental Report (Preliminary) from Goka to Gregg Ushiroda | |
| 214 | 10/28/04 and 9/30/04 Prior Written Notice - Return to school and evaluations | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | requested; DOE0982-DOE0985 | |
| 215 | 8/11/04 Request for Provider/Cancellation Form - Dru Copeland July, August, Sept 2004 for training of STs; DOE1187 | |
| 216 | Initial Line of Inquiry 7/04; Competing Pathways - flow chart of ILI; DOE1196-DOE1198 | |
| 217 | Agreement or Decision Verification Report; DOE1341 | Irrelevant - document is only a draft. |
| 218 | Dru Copeland Quarterly Report - April, May, June 2004; DOE1412-DOE1413 | |
| 219 | List of Residential placements; DOE1484-DOE1485 | Hearsay - the author of this document is not known so that the basis for the statements cannot be known.<br><br>Incomplete document. |
| 220 | 72-Hour Sentinel Event Report of 3/19/04 w/fax cover sheet from Kelly Stern- TIFFE to Judi Radwick dated 3/22/04; DOE2242-DOE2245 | |
| 221 | Quarterly Report from Dru Copeland for April, May, June 2004; DOE2271-DOE2272 | |
| 222 | Prior Written Notice dated 6/7/04; DOE2579 | |
| 223 | Impartial Hearing Request dated 6/11/04; Receipt dated 6/17/04; , Special Education Mediation Intake Form dated 6/14/04, Fax coversheets; | This document is inadmissible as a compromise and/or offer to compromise. *See* Fed. R. Evid. 408. |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | DOE2782-DOE2805 | Improper Grouping. |
| 224 | Employment Suitability Check of 7/22/03 for DOE Employee – William Beljean; letter dated 7/21/03 from Beljean; DOE2907-DOE2909 | Relevance Objection No. 4. |
| 225 | 8/5/04 E-Mail from Michael Biehn to JoAn Hill; DOE3012 | Foundation and Hearsay. |
| 226 | 8/10/04 and 8/11/04 E-Mails from Michael Biehn to Joan Hill; DOE3013-DOE3017 | Foundation and Hearsay.<br><br>Improper Grouping. |
| 227 | Defendants' Responses to Plaintiffs' Request for Admissions (sets 1 to 7) | Improper Grouping. |
| 228 | Defendants' Responses to Plaintiffs' Request for Production of documents (sets 1 and 2) | Improper Grouping. |
| 229 | Defendants' Responses to Plaintiffs' Request for Answers to Interrogatories | Improper Grouping. |
| 230 | Beljean Ex. 2C: Fax from Beljean to Radwick | Relevance Objection No. 4. |
| 231 | Entz Ex. 1: Letter regarding Hawaii proposal and attached sheet preliminary typed notes of Cara Entz not formal proposal | |
| 232 | Entz Ex. 4: Letter dated 8/10/04; Letter of 7/16/04 with edits | |
| 233 | Entz Ex. 7: E-Mails undated Entz response to Shelby's 9/14/04 E-Mail | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| 234 | Entz Ex. 14: Handwritten notes - 1 page | |
| 235 | Entz Ex. 15: PCF invoice 10/31/04 trip to HI | |
| 236 | Entz Ex. 24: Handwritten notes | |
| 237 | Tolentino Ex. 1: 5/21/07 Letter from Ushiroda to Stan/Carl 30(b)(6) witnesses | Irrelevant - not relevant to any claims and issues in this case. |
| 238 | Goka Ex. 1: 9/20/07 Letter from Ushiroda to Varady | Irrelevant - not relevant to any claims and issues in this case. |
| 239 | Copeland Ex. 8: Letter from Kim/Stan to Ken, 9/18/03 | Hearsay - contains statements by a non-party and unidentified others. |
| 240 | Copeland Ex. 9: Letter from Stan Bond to Ken, 9/19/03 | Hearsay - contains statements by a non-party and unidentified others. |
| 241 | Copeland Ex. 10: Letter from Kim to Dru, 10/10/03 | Hearsay - contains statements by a non-party. |
| 242 | Copeland Ex. 11: Letter from Kim to Dru, 10/10/03 | Hearsay - contains multiple levels of hearsay because it reflects statements by non-parties |
| 243 | Copeland Ex. 12: Letter to Shelby from Kim, 11/9/03 | Hearsay - contains multiple levels of hearsay because it reflects statements by non-parties and unidentified others.<br><br>Relevance Objection No. 6.<br><br>Relevance and Scope Objeciton. |
| 244 | Copeland Ex. 13: E-mail from Kelly Stem to Tolentino, | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
| | 9/27/04 sentinel reports | |
| 245 | Copeland Ex. 15: 2002 Triennial Evaluation | Improper Grouping. |
| 246 | Copeland Ex. 20: Letter from Kelly Stern to Alvin Rho 9/14/04 | |
| 247 | Copeland Ex. 23: Alakai Na Keiki quarterly report April-June 04 | |
| 248 | Bryna Siegel Ex. 1: Transmittal 4/28/06 Siegel-Ushiroda | |
| 249 | Bryna Siegel Ex. 2: Transmittal 8/7/07 Siegel-Ushiroda | |
| 250 | Bryna Siegel Ex. 3: Transmittal 8/13/07 Siegel-Ushiroda | |
| 251 | Bryna Siegel Ex. 4: request for extension of contract | Irrelevant - not relevant to any claims and issues in this case. |
| 252 | Bryna Siegel Ex. 5: CA business code | Relevance Objection No. 8. |
| 253 | Bryna Siegel Ex. 6: CA business code | Relevance Objection No. 8. |
| 254 | Bryna Siegel Ex. 7: HI laws | Relevance Objection No. 8. |
| 255 | Bryna Siegel Ex. 8: 6/22/06 letter + report | |
| 256 | Bryna Siegel Ex. 10: Assessment of Children, Jerome Sattler book | |

| EXH NO. | DESCRIPTION OF EXHIBITS | OBJECTIONS |
|---|---|---|
|  |  |  |
| 257 | Bryna Siegel Ex. 11: Handbook of Autism, Volkmar |  |
| 258 | Bryna Siegel Ex. 12: Ethical principles | Relevance Objection No. 8. |
| 259 | Bryna Siegel Ex. 13: Focus on autism and other developmental disabilities |  |
| 260 | Bryna Siegel Ex. 14: Dr. Siegel report dated 6/25/07 |  |
| 261 | Letter dated 7/19/02 from Jerilynn Ono Hall to Pamela A. Toguchi re: implementing provisions of the Settlement Agreement |  |
| 262 | Note from Kim Wiles to Bob Gentzel dated 11/13/03 |  |
| 263 | Alaka'i Na Keiki Quarterly report prepared by Dr. Dru Copeland showing Bryan's progress during months of October, November and December 2003 |  |
| 264 | Alaka'i Na Keiki quarterly report fro April, May, June, July 2003 prepared by Dr. Dru Copeland re: sight words |  |
| 265 | Letter from Kim Wiles to Dru Copeland dated 10/1/03 |  |

DATED:  Honolulu, Hawaii, August 11, 2008.


/s/ Gregg M. Ushiroda, Esq.
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION


Ann Kimball Wiles, et al., Plaintiffs vs. Department of
Education, et al., Defendants; Civil No. 04-00442 ACK-BMK;
DEFENDANT DEPARTMENT OF EDUCATION'S OBJECTIONS TO PLAINTIFFS'
EXHIBITS AND  EXHIBIT LIST