IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>    Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of *OBJECTIONS TO PLAINTIFFS' EXHIBITS AND EXHIBIT LIST EXCHANGED JULY 28, 2008,* was duly served electronically through CM/ECF on the following parties to their last known address on August 11, 2008:

        STANLEY E. LEVIN, ESQ.
        MICHAEL K. LIVINGSTON, ESQ.
        851 Fort Street; Suite 400
        Honolulu, HI  96813

        and

CARL M. VARADY, ESQ.
American Savings Bank Tower
1001 Bishop Street; Suite 2870
Honolulu, HI 96813

Attorneys for Plaintiffs


DATED: Honolulu, Hawaii, August 11, 2008.


       /s/ Gregg M. Ushiroda, Esq.
       MELVYN M. MIYAGI
       GREGG M. USHIRODA
       LEIGHTON M. HARA
       ROSS T. SHINYAMA

       KENNETH S. ROBBINS
       JOHN-ANDERSON L. MEYER
       SERGIO RUFO

       GARY K.H. KAM
       GEORGE S.S. HOM
       HOLLY T. SHIKADA

       Attorneys for Defendant
       DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 ACK-BMK; Certificate of Service