# MINUTES

CASE NUMBER:   CV NO. 04-00442ACK-BMK

CASE NAME:   Ann K. Wiles, et al. Vs. Department of Education, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Alan C. Kay          REPORTER:

DATE:   08/11/2008           TIME:

COURT ACTION:   "MINUTE ORDER"

EO:  The Court hereby GRANTS Defendant's Ex Parte Motion for Order Shortening Time for Hearing on Defendant's Motion to Continue Trial Date [545], Filed August 8, 2008.  The Court will hold a hearing on Defendant's Motion to Continue Trial Date[544] on Wednesday, August 20, 2008, at 10 a.m.  Plaintiffs' Opposition to the Motion to Continue Trial Date shall be filed by noon on Monday, August 18, 2008.


Submitted by Leslie L. Sai, Courtroom Manager