IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that on August 11, 2008, a true and correct copy of the **PLAINTIFFS' OBJECTIONS TO DEFENDANT'S PROPOSED JURY INSTRUCTIONS** was duly served upon the following parties by electronic filing via CM/ECF:

>Holly T. Shikada, Esq.    (holly.t.shikada@hawaii.gov)
>Deputy Attorney General
>235 S. Beretania Street, Room 304
>Honolulu, Hawaii 96813

>Gregg M. Ushiroda, Esq. (gushiroda@wik.com)
>Leighton M. Hara, Esq.    (lhara@wik.com)
>WATANABE ING LLP
>First Hawaiian Center, 23rd Fl.
>999 Bishop Street
>Honolulu, Hawaii 96813

Kenneth S. Robbins        (krobbins@robbinsandassociates.net)
John-Anderson L. Meyer (ameyer@robinsandassociates.net)
Sergio Rufo                       (srufo@robbinsandassociates.net)
ROBBINS & ASSOCIATES
2200 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendants

DATED:   Honolulu, Hawaii, August 11, 2008.


/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs