# MINUTES

CASE NUMBER:   CV NO. 04-00442ACK-BMK

CASE NAME:   Ann Kimball Wiles, et al. Vs. Department of Education, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Alan C. Kay             REPORTER:

DATE:   08/13/2008              TIME:

COURT ACTION:   "MINUTE ORDER"

Any Replies involving the Motions' in Limine must be filed by Noon on Monday, August 18, 2008.

Submitted by Leslie L. Sai, Courtroom Manager