IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

## DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendant Defendants DEPARTMENT OF EDUCATION ("DOE"), and ALVIN RHO ("RHO"), (collectively the "DEFENDANTS") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawai'i.

3. Attached hereto as Exhibit "A" is a true and accurate copy of Plaintiffs' Disclosure of Expert Witnesses Pursuant to Rule 26(a)(2), FRCP filed on and dated May 30, 2006, including Plaintiffs' Exhibit "I" which was attached to Plaintiffs' May 30, 2006 Disclosure of Expert Witnesses.

4. Attached hereto as Exhibit "B" is a true and accurate copy of Plaintiffs' Second Supplemental Initial Disclosures filed on and dated May 9, 2007.

5. Attached hereto as Exhibit "C" are true and accurate copies of pages 1, 6, 27, 32-33 of the Deposition of Kimberly Smalley, Ph.D. taken on July 27, 2006.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, August 18, 2008.

　　　　　　　　　　　　/s/ Gregg M. Ushiroda
　　　　　　　　　　　　GREGG M. USHIRODA