IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　Defendant. | Civil No. CV 04-00442 ACK/BMK<br>Civil No. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF SUSAN K. DORSEY** |

**DECLARATION OF SUSAN K. DORSEY**

　　　　SUSAN K. DORSEY, declares:

　　　　1.　　I am an Associate of Mr. Levin at Davis Levin Livingston – the attorneys of record and make this declaration of my own personal knowledge.

　　　　2.　　At the July 14, 2008 pre-trial conference before Magistrate Judge Kurren, I inquired of Mr. Ushiroda about who would be lead trial counsel representing the State and he responded that Plaintiffs would learn soon.

　　　　3.　　On July 30, 2008, at the offices of Watanabe Ing LLP, I attended a conference with Gregg Ushiroda, Esq.. Leighton Hara, Esq. and J. Anderson Meyer, Esq. an associate of Mr. Robbins at Robbins and Associates for the purpose of reaching agreement on the filing of joint Trial Exhibits and joint Jury

Instructions in the present case. Despite the fact that Mr. Robbins had not yet entered his Notice of Appearance, Mr. Meyer was permitted to review, comment and actively participate throughout the meeting, without objection by Plaintiffs, or a demand that he seek permission to do so from the Court.

    I declare under penalty of perjury the foregoing is true and correct.

    DATED:    Honolulu, Hawai`i, August 18, 2008.

                          /S/ SUSAN K. DORSEY

                          SUSAN K. DORSEY