IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>              Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>              Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF THOMAS R. GRANDE** |

## DECLARATION OF THOMAS R. GRANDE

Thomas R. Grande, declares:

1. I am the principal of Grande Law Offices. My firm is one of four firms representing the families of seven victims and twenty-four property owners in several lawsuits pending in the Fifth Circuit Court arising out of the Ka Loko Dam Breach. My former firm, now Davis Levin Livingston, is also attorney of record.

2. The State of Hawaii is represented by Ken Robbins of Robbins and Associates, who is lead counsel in the case, and the Office of Attorney General. As lead trial counsel for the State, I understand that Mr. Robbins has been

requested to personally appear or represent the State in all depositions involving State employees.

    3.    In addition to the state of Hawaii, there are twelve other defendants in the case.

    4.    The Ka Loko cases are set for trial for all of 2009, starting on February 8, 2009. The trial was date was set in 2007.

    5.    On June 27, 2008, a Motion to Continue Trial was filed by Defendants C. Brewer Homes, Inc., Hawaii Land and Farming Inc. and Kealani Holdings Company Inc. On July 3, 2008, the State of Hawaii, through Mr. Robbins office, filed a joinder in the motion to continue the February 9, 2009 trial. The basis for the State's joinder was that that trial should be continued because there was "an abundance of discovery that remains which, in my opinion, cannot reasonably be concluded within the time remaining before the December 14, 2008 discovery cut-off." Dec at 3.

    6.    On July 10, Mr. Robbins, representing the State of Hawaii, asked for an emergency stay of discovery from Judge Yim. On July 18, 2008, Judge Yim issued a temporary stay of discovery. Mr. Robbins was not present at the hearing was held on the Motion for a Continuance on July 23, 2008, where the Motion was denied.

7. The discovery schedule in Ka Loko currently being set involves depositions for almost every day in September, including depositions of state of Hawaii employees from September 9 to September 16, 2008. Mr. Robbins has informed me that if he is unable to attend those depositions because of a conflicting trial schedule, his associate and the state of Hawaii deputy attorney general will represent the state.

I declare under penalty of perjury the foregoing is true and correct.

DATED: Honolulu, Hawai`i, August 18, 2008.

*Thomas R. Grande*
THOMAS R. GRANDE