IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**DECLARATION OF STANLEY E. LEVIN** |

## DECLARATION OF STANLEY E. LEVIN

STANLEY E. LEVIN, declares:

1. I am one of the attorneys of record and make this declaration of my own personal knowledge.

2. At an administrative Hearing held a the Department of Commerce and Consumer Affairs on July 30, 2008, Deputy Attorney General George Hom attempted to inform the Hearings Officer that the reasons I stated that the hearing before him could not be moved to September were unfounded because this trial "might go away because of a motion to continue." See a true and correct copy of pertinent pages of the transcript of the administrative hearing in *K. v. DOE*, DOE SY0708-070, at p. 15, attached hereto as Exhibit "1".

3. Davis Levin Livingston is co-counsel for multiple Plaintiffs in a lawsuit in State of Hawaii Circuit Court of the Fifth Circuit involving the State of Hawaii as a Defendant; *Bruce Fehring, et al. v. James H. Pflueger, et al.,* Civil No. 06-1-0082.  This case has nine Plaintiffs and thirteen Defendants, including the State of Hawaii.  On July 3, 2008, Mr. Robbins filed a Joinder to Defendants C. Brewer Homes, Inc., Hawaii Land and Farming Inc., and Kehalani Holdings Company, Inc.'s June 27, 2008 Motion to Continue Trial.  Included in that filing was a Declaration of Kenneth S. Robbins dated July 3, 2008, in support of a motion to continue trial.  Mr. Robbins advised the court that he was lead counsel for the State of Hawaii and that that trial should be continued because there was "an abundance of discovery that remains which, in my opinion, cannot reasonably be concluded within the time remaining before the December 14, 2008 discovery cut-off." Dec at 3.  He further states that "Expert reports are due in this matter on August 19, 2008 for Plaintiffs and September 18, 2008 for Defendants.  In view of the fact that many liability and damages depositions in this case remain at this time, I do not see how meaningful expert reports can be submitted by any of the parties in this matter in the absence of the remaining depositions, . . ." dec. at 5.  Mr. Robbins goes on to ask for a one year continuance.  Dec. at 6.  A true and correct copy of Mr. Robbins declaration dated July 3, 2008 is attached hereto as Exhibit "2".

4. Exhibit "3" is a true and correct copy of the Honolulu Advertiser, Business Wire, Pacific Business News and in the Hawaiian Telcom Names New Executives/Reuters on the internet all dated July 3, 2008 and all indicating that John Komeiji of Watanabe Ing & Komeiji will be leaving the law firm and joining the Hawaiian Telcom team in July, 2008.

5. Exhibit "4" is a true and correct copy of a letter from Robbins & Associates dated August 11, 2008 to The Honorable Alan C. Kay in the Wiles, et al. v. DOE, Civ. No. 04-442 case requesting that their Motion to Continue Trial Date be heard on August 20, 2008 via telephone. It is also noted in the letter dated August 11, 2008 that Mr. Robbins is currently on vacation in Maine and will be off island until September 7, 2008.

6. The entire travel plans of the Plaintiffs, (a mother and a father of a seriously autistic child) who are arranging day care for a pre-set time, will need to change to permit one parent at a time to attend the trial. They cannot just travel anywhere at any time without altering countless arrangements and commitments to the child and to themselves.

7. Also, at least two of Plaintiffs' important witnesses will have to alter existing travel arrangements to the tune of about $15,000. There is no offer or even inquiry from the State about this minor inconvenience. This is not minor to

3

4

these two witnesses who may not be able to attend trial. The extra cost is just an estimate; however, the unavailability is not.

I declare under penalty of perjury the foregoing is true and correct.

DATED:   Honolulu, Hawai`i, August 18, 2008.

/S/ STANLEY E. LEVIN

STANLEY E. LEVIN