IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI`I

| | |
|---|---|
| BRUCE FEHRING, Individually and as Special Administrator of the Estates of AURORA FEHRING and ALAN DINGWALL FEHRING; CYNTHIA FEHRING; INGRID DINGWALL, PAUL ROTSTEIN; MARGUERITE ROTSTEIN; JULIO ARROYO; VIVIAN ARROYO; ROGER McNEES and MARYANN McNEES,<br><br>       Plaintiffs,<br><br>vs.<br><br>JAMES H. PFLUEGER; PFLUEGER PROPERTIES; PFLUEGER MANAGEMENT, L.L.C., PFLUEGER PARTNERS; CARROLL S. TAYLOR, as Trustee of the MARY N. LUCAS TRUST; COUNTY OF KAUA`I; STATE OF HAWAI`I; C. BREWER AND COMPANY, LTD.; C. BREWER PROPERTIES, INC.; C. BREWER HOMES, INC.; HAWAI`I LAND AND FARMING COMPANY, INC.; KEHALANI HOLDINGS COMPANY, INC.; KILAUEA IRRIGATION COMPANY, INC.; THOMAS A. HITCH; HITCH CO.; and DOE DEFENDANTS 1-100,<br><br>       Defendants. | CIVIL NO. 06-1-0082<br>(Other Non-Vehicular Tort)<br><br>DECLARATION OF KENNETH S. ROBBINS<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>TRIAL: 2/2/09<br>JUDGE: Kathleen N.A. Watanabe |
| BETTE MIDLER; ROBERT J. CAPWELL and MARY L. CAPWELL; CLIFFORD J. COFFYN and OLIVIA COFFYN; BARBARA J. DAUMILLER; BRUCE FEHRING as TRUSTEE of the BRUCE FEHRING REVOCABLE TRUST and CYNTHIA DEFALCO FEHRING as TRUSTEE of the CYNTHIA DEFALCO FEHRING REVOCABLE TRUST; GORDON L. FURZE and MARGARET M. FURZE as TRUSTEES for the FURZE FAMILY TRUST; HULI PROPERTIES, | CIVIL NO. CIVIL NO. 06-1-0110<br>(Other Non-Vehicular Tort) |

EXHIBIT 2

```
PROPERTIES, INC.; C. BREWER        )
HOMES, INC.; HAWAI`I LAND AND      )
FARMING COMPANY, INC.; KEHALANI    )
HOLDINGS COMPANY, INC.; KILAUEA    )
IRRIGATION COMPANY, INC.;          )
THOMAS A. HITCH; HITCH CO.; and    )
DOE DEFENDANTS 1-100,              )
                                   )
            Defendants.            )
                                   )
_____)
                                   )
RONALD and GINA CALISHER,          )  CIVIL NO. 07-1-0106
                                   )  (Non-Motor Vehicular Tort)
            Plaintiffs,            )
                                   )
       vs.                         )
                                   )
JAMES H. PFLUEGER; PFLUEGER        )
PROPERTIES; PFLUEGER MANAGEMENT    )
L.L.C.; PFLUEGER PARTNERS;         )
CARROL S TAYLOR, as Trustee of     )
the MARY N. LUCAS TRUST; STATE     )
OF HAWAII; COUNTY OF KAUAI; C.     )
BREWER AND COMPANY LTD; C.         )
BREWER PROPERTIES, INC.; C.        )
BREWER HOMES, INC.; HAWAII LAND    )
AND FARMING COMPANY, INC.;         )
KEHALANI HOLDINGS COMPANY,         )
INC.; KILAUEA IRRIGATION           )
COMPANY, INC.; THOMAS A. HITCH;    )
HITCH CO.; and DOE DEFENDANTS      )
1-100,                             )
                                   )
            Defendants.            )
                                   )
_____)
                                   )
JAMES H. PFLUEGER; PFLUEGER        )  CIVIL NO. 07-1-000117
PROPERTIES; and PFLUEGER           )  (Other Non-Vehicular Tort)
MANAGEMENT, LLC; and CARROLL S.    )
TAYLOR, as Trustee of the          )
MARY N. LUCAS TRUST,               )
                                   )
            Plaintiffs,            )
                                   )
       vs.                         )
                                   )
STATE OF HAWAI`I; C. BREWER AND    )
COMPANY, LTD.; C. BREWER           )
```

3

```
PROPERTIES, INC.; C. BREWER      )
HOMES, INC.; HAWAII LAND AND     )
FARMING COMPANY, INC.; KEHALANI  )
HOLDINGS COMPANY, INC.; KILAUEA  )
IRRIGATION COMPANY, INC.;        )
THOMAS A. HITCH; HITCH CO.;      )
JOHN DOES 1-10; JANE DOES 1-10;  )
DOE PARTNERSHIPS 1-10; DOE       )
CO`RPORATIONS 1-10 and DOE       )
UNINCORPORATED ASSOCIATIONS 1-   )
10,                              )
                                 )
            Defendants.          )
_____)
```

### DECLARATION OF KENNETH S. ROBBINS

I, KENNETH S. ROBBINS, make the following declaration on personal knowledge and am competent to testify to the matters stated herein.

1. I am an attorney licensed to practice in all courts in the state of Hawai`i.

2. I have been asked to take the lead in defending the State of Hawai`i in the civil lawsuits against the State of Hawai`i arising from the March 14, 2006 collapse of the Ka Loko Dam on Kauai.

3. In addition to those reasons set forth by Defendants C. Brewer Properties, Inc., C. Brewer Homes, Inc., Hawaii Land and Farming Company, Inc., and Kehalani Holdings Company, Inc. (hereinafter collectively referred to as "Brewer") as to why trial of these cases must be continued, which reasons are incorporated herein by this reference, there is an abundance of discovery that remains which, in my opinion, cannot reasonably

be concluded within the time remaining before the December 14, 2008 discovery cut-off.

4. Several Plaintiffs in this case have had their depositions taken for the purpose of mediation and it was agreed on the record for all such deponents that follow-up depositions would be taken. In the depositions of Plaintiffs, many attorneys for parties did not ask questions in view of the fact that there would be follow-up depositions of Plaintiffs and family members of Plaintiffs.

5. Expert reports are due in this matter on August 19, 2008 for Plaintiffs and September 18, 2008 for Defendants. In view of the fact that many liability and damages depositions in this case remain at this time, I do not see how meaningful expert reports can be submitted by any of the parties in this matter in the absence of the remaining depositions, not the least of which is the deposition of James H. Pflueger, who refuses to testify and whose business entities, Pflueger Properties, Pflueger Management, LLC and Pflueger Partners, also have not participated in any meaningful discovery while the Attorney General's investigation into possible criminal charges remains ongoing at this time.

6. For these reasons and those reasons which will be argued on behalf of the State of Hawaii at the hearing of the said Motion, I respectfully submit to this Court that trial in

these matters should be continued for one year to allow the orderly disposition of all issues, including the conclusion of indispensable discovery, before these cases proceed to trial.

DATED: Honolulu, Hawaii, JUL - 3 2008.

Pursuant to Rule 7(g) of the Rules of the Circuit Courts, I declare under penalty of law that the foregoing statements are true and correct.

KENNETH S. ROBBINS

(Consolidated) Civil No. 06-1-0082; Fehring, et. al. v. Pflueger, et al.; Civil No. 06-1-000110; Midler, et al. v. Pflueger, et al.; Civil No. 07-1-000106; Calisher, et al. v. Pflueger, et al.; Civil No. 07-1-000117; Pflueger, et al. v. State of Hawai`i, et al.; DECLARATION OF KENNETH S. ROBBINS