# honoluluadvertiser.com

July 3, 2008

## Hawaiian Telcom names Komeiji new general counsel

*Advertiser Staff*

Hawaiian Telcom has appointed prominent local attorney John Komeiji as its new general counsel.

Komeiji, senior partner in the local law firm of Watanabe Ing & Komeiji LLP, will replace Alan Oshima, who is now a director at Hawaiian Electric Co.

The local phone company also announced the appointments of Craig Inouye and Steven Golden to its senior management team. Inouye, formerly a director at Sun Innovation Holding Ltd., will become senior vice president of sales and Golden, formerly vice president for external affairs at The Gas Company, will become Hawaiian Telcom's vice president for external affairs.

All three will begin with the company in July.

**EXHIBIT 3**

POWERED BY
BNET.com

FindArticles > Business Wire > July 3, 2008 > Article > Print friendly

**Hawaiian Telcom Names New Executives**

John Komeiji, Craig Inouye and Steven Golden to Join Company

HONOLULU -- Hawaiian Telcom announced today the appointment of John T. Komeiji, Craig T. Inouye and Steven P. Golden to the company's senior management team.

Komeiji will serve as Senior Vice President and General Counsel, Inouye takes over as Senior Vice President for Sales, and Golden will be Vice President for External Affairs. Both Inouye and Golden are returning home to Hawaiian Telcom, having worked at the company earlier in their careers.

"I am pleased to have people of this caliber join Hawaiian Telcom's management team," said Eric Yeaman, Hawaiian Telcom President and Chief Executive Officer. "They have the local knowledge and important expertise to move the company forward as we continue to focus on customer service and operations and bring to Hawaii the most cutting-edge telecommunications products and services."

"I'm excited to join Hawaiian Telcom's management team and look forward to the challenge of keeping the company at the forefront of telecommunications," said Komeiji. "Also, working with Eric Yeaman, Walter Dods and the company's dedicated employees is a once-in-a-lifetime opportunity."

In his new role, Komeiji will be responsible for legal, government affairs, support services and external affairs. Komeiji comes to Hawaiian Telcom from Watanabe Ing & Komeiji LLP, where he served as senior partner. His practice focused in the litigation of complex commercial, personal injury and professional liability matters.

Komeiji is currently a lawyer representative to the Ninth Circuit Judicial Conference and has served as a lawyer representative to the United States District Court Conference, and the State of Hawaii Judiciary Conference. Komeiji was appointed as an arbitrator and master mediator by the State of Hawaii Judiciary.

As Senior Vice President of Sales, Inouye will be in charge of business sales, retail stores, wireless, customer contact centers and wholesale markets. "Craig Inouye brings a diverse background in the telecommunications industry to the company and will help bring innovative ideas to Hawaiian Telcom," Yeaman said.

Inouye joins Hawaiian Telcom after working at Sun Innovation Holding, LTD, where he served as Director. He previously worked at Circle Telecom USA, a Sun Innovations Holdings subsidiary, where he created retail and wholesale VOIP long distance telecommunications service in Japan. Inouye also worked at iBasis Inc. as Vice President for Asia/Pacific, and at WorldxChange where he served as Vice President/Asia. Inouye also previously worked at GTE Hawaiian Tel for a decade.

Golden will be responsible for regulatory issues, corporate communications and customer relations in his new job. "Steve Golden has a long history of dealing with regulatory issues and will be a valuable asset to the company," said Yeaman.

Golden comes to Hawaiian Telcom from The Gas Company, where he served as Vice President of External Affairs. Golden was responsible for the company's statewide public, government and regulatory affairs. He also managed employee communications and media relations.

Before joining The Gas Company, he served as a public policy advisor for elected officials with both the State of Hawaii and City and County of Honolulu. Golden also worked as a government affairs liaison for GTE Hawaiian Tel and Pacific Resources Inc.

About Hawaiian Telcom

Hawaiian Telcom is the state's leading telecommunications provider, offering a wide spectrum of telecommunications products and services, which include local and long distance service, high-speed Internet and wireless services.

COPYRIGHT 2008 Business Wire
COPYRIGHT 2008 Gale, Cengage Learning

Pacific Business News (Honolulu) - July 3, 2008
http://pacific.bizjournals.com/pacific/stories/2008/06/30/daily40.html

# PACIFIC BUSINESS NEWS

Thursday, July 3, 2008

# Hawaiian Telcom names new executives

Pacific Business News (Honolulu)

**Hawaiian Telcom** is adding three executives to its senior management team.

John T. Komeiji will be senior vice president and general counsel, responsible for legal, government affairs, support services and external affairs. He previously was a senior partner at **Watanabe Ing & Komeiji** and is currently a lawyer representative to the Ninth Circuit Judicial Conference.

Craig T. Inouye, who worked at Hawaiian Telcom previously, is rejoining the company as senior vice president for sales. He will be in charge of business sales, retail stores, wireless, customer-contact centers and wholesale markets. He previously was the director at **Sun Innovation Holding**.

Steven P. Golden, who also worked at Hawaiian Telcom in the past, has been appointed vice president for external affairs. He will be responsible for regulatory issues, corporate communications and customer relations. He previously was vice president of external affairs at **The Gas Co.**

*All contents of this site © American City Business Journals Inc. All rights reserved.*



**THOMSON REUTERS**

LATEST NEWS  NASA ABANDONS PLAN TO ...                    John Komeiji Hawaiian Telecom [ ]  Login

**Live from Beijing**
Get the latest Olympics
news, event schedules
and more
Olympics Coverage

 

You are here:  Home > News > Article                                            Mon 11 Aug 2008 | 20:52 EDT

# Hawaiian Telcom Names New Executives
Thu Jul 3, 2008 4:59pm EDT

Email | Print | Share | Reprints | Single Page | Recommend (0)                [-] Text [+]

**EDITOR'S CHOICE**  Pictures | Video | Articles



A selection of our best photos
from the past 24 hours.
View Slideshow

 Computer Slowing Down? What to Do About It

 Defeat Acne with Three-step Approach

 How to Keep Your PC Clean and Quick

**MOST POPULAR ON REUTERS**

Articles | Video | Searched | Recommended

1. **Spanish shopkeeper finds Homer Simpson euro** 
2. U.S. urges Russia to halt conflict with Georgia |  Video
3. Phelps dives in to join all-time Olympic elite |  Video
4. Invisibility cloak one step closer, scientists say
5. DreamWorks and Reliance deal announcement soon: sources
6. "Star Wars" cartoon a misfire
7. Putin criticises U.S. over South Ossetia
8. Soccer team causes surprise by coming home
9. Strategic blunder led Georgia into S.Ossetia folly
10. Saakashvili's gamble may cost Georgia dear

Most Popular Articles RSS Feed

**Are you going to the conventions?**

Reuters is looking for participants
in a new mobile journalism project
to capture the Republican and
Democratic conventions from the
ground up.



Learn More

---

Reuters.com:   Help and Contact Us | Advertise With Us | Mobile | Newsletters | RSS | Interactive TV | Labs | Reuters in Second Life | Archive | Site Index | Video Index

Thomson Reuters Corporate:   Copyright | Disclaimer | Privacy | Professional Products | Professional Products Support | About Thomson Reuters | Careers

International Editions:  Africa | Arabic | Argentina | Brazil | Canada | China | France | Germany | India | Italy | Japan | Latin America | Mexico | Russia | Spain | United Kingdom | United States

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.

John Komeiji, Craig Inouye and Steven Golden to Join Company
HONOLULU--(Business Wire)--
Hawaiian Telcom announced today the appointment of John T. Komeiji, Craig T. Inouye and Steven P. Golden to the company's senior management team.

Komeiji will serve as Senior Vice President and General Counsel, Inouye takes over as Senior Vice President for Sales, and Golden will be Vice President for External Affairs. Both Inouye and Golden are returning home to Hawaiian Telcom, having worked at the company earlier in their careers.

"I am pleased to have people of this caliber join Hawaiian Telcom's management team," said Eric Yeaman, Hawaiian Telcom President and Chief Executive Officer. "They have the local knowledge and important expertise to move the company forward as we continue to focus on customer service and operations and bring to Hawaii the most cutting-edge telecommunications products and services."

"I'm excited to join Hawaiian Telcom's management team and look forward to the challenge of keeping the company at the forefront of telecommunications," said Komeiji. "Also, working with Eric Yeaman, Walter Dods and the company's dedicated employees is a once-in-a-lifetime opportunity."

In his new role, Komeiji will be responsible for legal, government affairs, support services and external affairs. Komeiji comes to Hawaiian Telcom from Watanabe Ing & Komeiji LLP, where he served as senior partner. His practice focused in the litigation of complex commercial, personal injury and professional liability matters.

Komeiji is currently a lawyer representative to the Ninth Circuit Judicial Conference and has served as a lawyer representative to the United States District Court Conference, and the State of Hawaii Judiciary Conference. Komeiji was appointed as an arbitrator and master mediator by the State of Hawaii Judiciary.

As Senior Vice President of Sales, Inouye will be in charge of business sales, retail stores, wireless, customer contact centers and wholesale markets. "Craig Inouye brings a diverse background in the telecommunications industry to the company and will help bring innovative ideas to Hawaiian Telcom," Yeaman said.

Inouye joins Hawaiian Telcom after working at Sun Innovation Holding, LTD, where he served as Director. He previously worked at Circle Telecom USA, a Sun Innovations Holdings subsidiary, where he created retail and wholesale VOIP long distance telecommunications service in Japan. Inouye also worked at iBasis Inc. as Vice President for Asia/Pacific, and at WorldxChange where he served as Vice President/Asia. Inouye also previously worked at GTE Hawaiian Tel for a decade.

Golden will be responsible for regulatory issues, corporate communications and customer relations in his new job. "Steve Golden has a long history of dealing with regulatory issues and will be a valuable asset to the company," said Yeaman.

Golden comes to Hawaiian Telcom from The Gas Company, where he served as Vice President of External Affairs. Golden was responsible for the company's statewide public, government and regulatory affairs. He also managed employee communications and media relations.

Before joining The Gas Company, he served as a public policy advisor for elected officials with both the State of Hawaii and City and County of Honolulu. Golden also worked as a government affairs liaison for GTE Hawaiian Tel and Pacific Resources Inc.

About Hawaiian Telcom

Hawaiian Telcom is the state's leading telecommunications provider, offering a wide spectrum of telecommunications products and services, which include local and long distance service, high-speed Internet and wireless services.

Communications Pacific
Kevin Cockett, 808-543-3590

Copyright Business Wire 2008

© Thomson Reuters 2008 All rights reserved

SHARE:   Del.icio.us   Digg   Mixx   My Web   Facebook   Newsvine

GLOBAL MARKETS NEWS
UPDATE 1-Google resolves Gmail access problems
Nikkei edges down, chip-related stocks lower
WRAPUP 1-Alt energy results mixed: solar shines, fuels flop

Foreign brokers place net Japan stock buy orders
More Global Markets News...

PRESS RELEASE NEWS

Mr. Charlie Ly, American Citizen, Held in Vietnam
Three Sentenced for Civil Rights Violations in Connection With Police Home-Invasion...
ALJ Announces 3rd Quarter Earnings
More Press Release News...

ALSO ON REUTERS


Pets man's best friends? Not in an economic slowdown


Full Coverage: 2008 Beijing Summer Olympics


Blog: Cold War reheated as U.S. and Russia duke it out

**Ads by Google**  What's This?

Hugh Downs Reports
Little known heart attack symptom many people tragically ignore.
www.bottomlinesecrets.com

Top Long Distance Plans
Compare Prices, Research and Shop No Monthly Fees - Save up to 70%
www.PhoneDog.com

local phone carriers
Find Telecommunications Solutions For Your Business. Get It Done Now!
www.business.com

Ford F-450 Official Site
Get Photos, Specs & More on the Ford F-450 pickup truck.
fordvehicles.com