KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO
———
Rose M.P. Carter, Paralegal
Lena Mobin, Paralegal

# ROBBINS & ASSOCIATES
ATTORNEYS AT LAW, A LAW CORPORATION
SUITE 2200, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAI'I 96813

TELEPHONE: (808) 524-2355
FACSIMILE: (808) 526-0290
krobbins@robbinsandassociates.net
FED. I.D. NO. 99-0175383

August 11, 2008

<u>VIA FACSIMILE</u>

The Honorable Alan C. Kay
Judge, United States District Court,
  District of Hawai'i
PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i  96850

Re:    Wiles, et al. v. Department of Education;
       <u>Civil No. CV04-00442 ACK BMK/CV05-00247 ACK BMK</u>

Dear Judge Kay:

        Currently, I am on a family vacation with a number of grandchildren and other relatives on an island off the coast of Maine.  I will not be returning to Honolulu until September 7, 2008.

        In view of my absence from the state of Hawai'i, I wonder if I could ask whether I might argue our Motion to Continue Trial Date, scheduled for August 20, 2008, at 10:00 a.m., via telephone.  Unfortunately, my office was not able to reach Plaintiffs' counsel today to determine whether they would object to my request.

        I would very much appreciate whatever consideration you could give to this request.

        Thank you.

                            Very truly yours,

                            for   Kenneth S. Robbins

KSR\08-0274
cc (via fax):
       Stanley E. Levin, Esq./Michael K. Livingston, Esq.
       Carl M. Varady, Esq.
       Holly T. Shikada, Esq.
       Gregg M. Ushiroda, Esq.

# EXHIBIT 4

TOTAL P.002