```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3   ANN KIMBALL WILES and          )

 4   STANLEY BOND, individually     )

 5   and as next friend of their    )

 6   son, BRYAN WILES-BOND, a       )

 7   minor,                         )

 8              Plaintiffs,         )

 9        vs.                       ) Civil No. CV 04-00442

10   DEPARTMENT OF EDUCATION,       ) HG/BMK

11   State of Hawai'i, and ALVIN    ) CONSOLIDATED (Other

12   RHO, in his official           ) Civil Action)

13   capacity as West Hawai'i       )

14   District Superintendent,       )

15              Defendants.         ) VIDEOTAPED DEPOSITION

16   _____    )          OF

17   ANN KIMBALL WILES and          )   LINDA PRICE, Ph.D.

18   STANLEY BOND, individually     )    August 10, 2007

19   and as next friend of their    )

20   son, BRYAN WILES-BOND,         )

21   a minor,                       )

22              Plaintiffs,         )

23        vs.                       ) Civil No. 05-00247

24   DEPARTMENT OF EDUCATION,       ) JMS/BMK

25   State of Hawai'i,              ) CONSOLIDATED (Other
```

EXHIBIT "1"

Page 86

```
 1  BY MR. ELLIS:
 2    Q.  Jeremy Straley was approved by the
 3  parents? Jamie -- I'm sorry -- Straley.
 4    A.  Yes.
 5    Q.  Was it just -- is this a lady or a man?
 6    A.  Lady.
 7    Q.  It says, But was expected to work at home
 8  without an adult present.
 9        Did Ms. Straley decide at that point not
10  to take the position?
11    A.  Correct.
12    Q.  It was Ms. Straley's choice?
13    A.  Yes.
14    Q.  Do you know why Heather Schwob was not
15  approved by the parents?
16    A.  Because she was pregnant.
17    Q.  Did they say how pregnant she was, as in
18  months?
19    A.  No, not that I can recall.
20    Q.  Did they say anything other than it was
21  because she was pregnant?
22    A.  No.
23    Q.  Number 11 -- how many -- what is the time
24  frame for the skills trainers -- withdraw that.
25  Sorry.
```

Page 87

```
 1        The skills trainers you refer to, were
 2  they skills trainers employed by CFS?
 3    A.  Yes.
 4        MR. USHIRODA:  You're referring to
 5  paragraph 11?
 6        MR. ELLIS:  11.
 7  BY MR. ELLIS:
 8    Q.  Isn't it true that only one skills trainer
 9  employed by CFS worked with Bryan?
10    A.  Yes.
11    Q.  So when it says skills trainers, did you
12  mean that as singular or plural?
13    A.  Plural.
14    Q.  So more than one? Please explain.
15    A.  I had skills trainers that were employed
16  by CFS who would not accept an assignment for Bryan
17  Wiles-Bond. That's what that's referring to.
18    Q.  And you -- was any -- did any of the
19  skills trainers employed by CFS go to Bryan's home?
20    A.  Yes.
21    Q.  And how many?
22    A.  One.
23    Q.  And who was that?
24    A.  Bill.
25    Q.  And did any of the other skills trainers
```

Page 88

```
 1  that said that the home was unsanitary or unclean
 2  ever go to their home?
 3    A.  No.
 4    Q.  Who are the skill trainers who stated that
 5  the environment in plaintiffs' home was unsanitary
 6  and unclean?
 7    A.  Oxsana Savenko.
 8    Q.  Did Ms. Savenko ever go to the home?
 9    A.  No.
10    Q.  Who else?
11    A.  Roberto Valentino.
12    Q.  Did Mr. Valen -- is it a mister? Did Mr.
13  Valentino ever go to the plaintiffs' home?
14    A.  No.
15    Q.  Who else?
16    A.  Lea Scruton.
17    Q.  Ms. Scruton, did she ever go to the
18  plaintiffs' home?
19    A.  No.
20    Q.  Who else?
21    A.  That's it.
22    Q.  Did those skills trainers tell you this
23  information directly to you or did this come through
24  someone else?
25    A.  I'm not sure what your question is.
```

Page 89

```
 1    Q.  Did -- the three skills trainers you
 2  identified, did they tell you directly that they
 3  wouldn't work in the home because it was unsanitary
 4  and unclean?
 5    A.  Yes.
 6    Q.  So it wasn't through another party?
 7    A.  Correct.
 8    Q.  Do you know where these skills trainers
 9  got their information regarding the home
10  environment?
11    A.  No.
12    Q.  Did you ask them where they got that
13  information?
14    A.  I do not recall if I asked that specific
15  question.
16    Q.  Did William Beljean ever tell you that the
17  home environment was unsanitary and unclean?
18    A.  Yes.
19    Q.  Do you know how many times Mr. Beljean
20  went to the home?
21    A.  Once or twice.
22    Q.  Did he explain what he meant by unsanitary
23  and unclean?
24    A.  I do not recall the specifics of that.
25    Q.  Do you know if the reference to the
```

Page 90

1  environment in plaintiffs' home was to the entire
2  home or a specific part of the home?
3      A.  Specific part of the home.
4      Q.  When you wrote number -- when you signed
5  this document and read number 11, what was your
6  understanding of the environment of the home? I'm
7  sorry. Did you mean that it was a specific part of
8  the home or did you mean that it was the entire
9  house?
10     A.  A specific part of the home.
11     Q.  That's not listed in number 11, is it?
12     A.  No.
13     Q.  Have you ever been to the plaintiffs'
14  home?
15     A.  Yes.
16     Q.  And when was that?
17     A.  2003.
18     Q.  How often did you visit -- or how many
19  times did you visit the home in 2003?
20     A.  Two, that I recall.
21     Q.  Two. And did you visit the area that the
22  skills trainers were referring to?
23     A.  No.
24     Q.  The area that you did visit, was it
25  unsanitary and unclean?

Page 91

1      A.  Not that I can recall.
2      Q.  The purpose of the two times you went?
3      A.  The first time I went was to do intake and
4  get the proper CFS paperwork signed by Ms. Wiles-
5  Bond. The second time, I cannot remember the
6  purpose of that visit.
7      Q.  That was in anticipation of providing
8  skills trainers services, the first visit?
9      A.  Yes. That's correct.
10     Q.  Number 11 is -- it's not related to a
11  specific -- this doesn't state a specific area in
12  the home; correct?
13         MR. USHIRODA: Objection. Asked and
14  answered.
15     A.  Yes.
16  BY MR. ELLIS:
17     Q.  So would that make this statement
18  inaccurate?
19         MR. USHIRODA: Objection. Misstates
20  testimony, mischaracterizes the document.
21     A.  I don't know how to answer that question.
22  BY MR. ELLIS:
23     Q.  Would it have been more accurate had it
24  stated that it was a specific portion of the home
25  environment that was unclean and -- unsanitary and

Page 92

1  unclean?
2      A.  Yes.
3      Q.  Did you know if the reference to the
4  specific portion of the home -- do you know what
5  that portion of the home was?
6      A.  Yes.
7      Q.  What was the portion?
8      A.  The bedroom and bathroom that Bryan used.
9      Q.  At any time after these skills trainers
10  told you this, the three -- or four told you, did
11  you investigate?
12     A.  No.
13     Q.  Why not?
14     A.  There was no way that me as an
15  administrator could go investigate a private home.
16     Q.  Did you ask anybody, say the Department of
17  Education, to investigate?
18     A.  No.
19     Q.  Did you ask the Department of Health to
20  investigate?
21     A.  No.
22     Q.  Did you encourage anybody -- your skills
23  trainers to ask the Department of Health to
24  investigate?
25     A.  No.

Page 93

1      Q.  At the time the skills trainers told you
2  this, did you have knowledge that Bryan had a
3  urination problem?
4          MR. USHIRODA: Objection. Vague and
5  ambiguous, lack of foundation, assumes facts not in
6  evidence.
7      A.  I don't have enough of a timeline to tell
8  you what was before then.
9  BY MR. ELLIS:
10     Q.  At some point, did you gain knowledge that
11  Bryan had a urination problem?
12         MR. USHIRODA: Objection. Vague and
13  ambiguous as to urination problem.
14     A.  Yes.
15  BY MR. ELLIS:
16     Q.  You're aware that he urinated at school,
17  like in his pants?
18     A.  I was aware that he had had toileting
19  accidents at school.
20     Q.  Was -- did any of the skills trainers that
21  you mentioned -- did they ever report to you any
22  unclean or unsanitary conditions in any of the
23  Department of Education schools they worked in?
24     A.  No.
25     Q.  Did Mr. Beljean ever report any unsanitary