IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>      Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 18, 2008:

      **STANLEY E. LEVIN, ESQ.**
      **MICHAEL K. LIVINGSTON, ESQ.**
      400 Davis Levin Livingston Grand Place
      851 Fort Street
      Honolulu, HI  96813

          and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 18, 2008.


                              /s/Gregg M. Ushiroda
                              MELVYN M. MIYAGI
                              GREGG M. USHIRODA
                              LEIGHTON M. HARA
                              ROSS T. SHINYAMA

                              KENNETH S. ROBBINS
                              JOHN-ANDERSON L. MEYER
                              SERGIO RUFO

                              GARY K.H. KAM
                              GEORGE S.S. HOM
                              HOLLY T. SHIKADA

                              Attorneys for Defendant
                              DEPARTMENT OF EDUCATION

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, State of Hawaii, Defendant; Civil Nos. CV 04-00442 ACK/BMK & CV 05-00247 ACK/BMK; Certificate of Service

- 2 -