# MINUTES

CASE NUMBER:     CV NO. 04-00442ACK-BMK

CASE NAME:       Ann Wiles, et al. Vs. Department of Education, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Alan C. Kay              REPORTER:

DATE:    8/19/2008                TIME:

---

COURT ACTION:          "MINUTE ORDER"

EO:  The Court has reviewed Plaintiffs' Memorandum in Opposition to Defendant Department of Education's Motion to Continue Trial Date.  In the Court's view, Plaintiffs have not addressed Defendant's request for a continuance of just two weeks. Instead, Plaintiffs' Opposition appears to contemplate a request for a continuance of several months.  The Court needs to know whether there will be any problem with the availability of Plaintiffs' experts and other essential witnesses (or any other significant problem) for a trial commencing September 23, 2008, as requested by Defendant.  Therefore, the Court grants Plaintiffs until 4:30 p.m. today, Tuesday, August 19, 2008, to file a supplemental memorandum that specifically addresses the Court's concern.

Submitted by Leslie L. Sai, Courtroom Manager