# MINUTES

CASE NUMBER:     CV NO. 04-00442ACK-BMK

CASE NAME:       Ann Wiles, et al. Vs. Department of Education, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:     Alan C. Kay            REPORTER:

DATE:      8/19/2008              TIME:

---

COURT ACTION:          "MINUTE ORDER"

EO: The Court has reviewed Defendant's Motion in Limine #15 to Exclude Reference to the IDEA and its Requirements, and Plaintiffs' Opposition thereto. Plaintiffs assert that any jury confusion about the IDEA as compared to § 504 will be adequately addressed pursuant to a jury instruction. The Court would like to consider any such instruction before ruling on this Motion in Limine. Therefore, the Court orders each party to submit by Wednesday, August 27, 2008, a limiting instruction to be given to the jury before any such evidence would be introduced.


Submitted by Leslie L. Sai, Courtroom Manager