# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, et al. |
| ATTYS FOR PLA: | Carl M. Varady<br>Stanley E. Levin<br>Susan K. Dorsey |
| ATTYS FOR DEFT: | Kenneth Robbins<br>John Anderson Meyer<br>Gregg Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | ESR-Allison Greaney |
| DATE: | 8/20/2008 | TIME: | l0:l0am-l0:50am |

COURT ACTION: EP: Defendants Motion to Continue Trial Date [544]-Defendants Counsel Kenneth Robbins participated by Phone. Oral Argument held. The Motion is hereby Denied.

Submitted by Leslie L. Sai, Courtroom Manager