# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, State of Hawaii, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | 08/25/2008 | TIME: | |

COURT ACTION:          "MINUTE ORDER"

EO: The parties have submitted a total of twenty-seven (27) Motions in Limine and sixty-two (62) Supplemental Jury Instructions, together with objections to virtually each Motion in Limine and Supplemental Jury Instruction; as well as dozens of objections to proposed exhibits.  In light of the parties' Joint Exhibits and Joint Jury Instructions, which allow into evidence and inform the jury about certain matters that the parties are seeking to exclude through Motions in Limine and Objections to Exhibits, the Court must know which Motions in Limine, Objections to Exhibits, Jury Instructions, and Objections to Jury Instructions are being withdrawn.  Without limitation, examples of the contradictory positions are: (1) the parties object to the testimony of various experts, such as Dr. LeGoff and Dr. Goka, yet have filed their reports as Joint Exhibits; (2) Defendant has

moved to exclude all references to the IDEA, yet the parties include several Settlement Agreements, Administrative Decisions, and Individualized Education Plan Reports in their Joint Exhibits; and (3) the parties' Joint Jury Instruction No. 7 adopts the "motivating factor" language, whereas Defendant's Requested Jury Instruction No. 34 states that retaliatory animus must be the "sole cause for the adverse action."  The Court has limited time to review the voluminous matters submitted by the parties; and the contradictory positions taken by each party involve a needless waste of the Court's time.  The parties are hereby ordered to submit by noon tomorrow, August 26, 2008, a list of the Motions in Limine, Objections to Exhibits, Jury Instructions, and Objections to Jury Instructions that will be withdrawn in light of the Joint Exhibits and Joint Jury Instructions.


Submitted by Leslie L. Sai, Courtroom Manager