IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>    Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA** |

### DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1. I am an attorney licensed to practice law in all of the courts in the State of Hawai'i and am one of the attorneys for Defendant DEPARTMENT OF EDUCATION ("DOE"), in the above-entitled matter.

2. In a meet and confer held on July 30, 2008, and in stipulating to the exhibits listed in their Joint Exhibit List, both parties stipulated only to the authenticity of the exhibits. The parties did not stipulate to the admissibility of the exhibits. Both parties agreed that the filing of the Joint Exhibits would not act as a waiver of any objections the parties may have regarding the admissibility of the exhibits listed.

3. Attached hereto as Exhibit "A" is a true and accurate copy of Jury Instruction No. 10.1A of the Ninth Circuit

- 2 -

Manual of Model Jury Instructions Civil 2007 ("Ninth Circuit Manual").

I, GREGG M. USHIRODA, do declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 26, 2008.

                                            /s/ Gregg M. Ushiroda
                                            GREGG M. USHIRODA