IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>      Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 26, 2008:

    STANLEY E. LEVIN, ESQ.
    MICHAEL K. LIVINGSTON, ESQ.
    400 Davis Levin Livingston Grand Place
    851 Fort Street
    Honolulu, HI  96813

        and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, August 26, 2008.


      /s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, State of Hawaii, Defendant; Civil Nos. CV 04-00442 ACK/BMK & CV 05-00247 ACK/BMK; Certificate of Service