IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　　Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on August 27, 2008:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI  96813

　　　and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:   Honolulu, Hawaii, August 27, 2008.


                /s/Gregg M. Ushiroda
                MELVYN M. MIYAGI
                GREGG M. USHIRODA
                LEIGHTON M. HARA
                ROSS T. SHINYAMA

                KENNETH S. ROBBINS
                JOHN-ANDERSON L. MEYER
                SERGIO RUFO

                GARY K.H. KAM
                GEORGE S.S. HOM
                HOLLY T. SHIKADA

                Attorneys for Defendant

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, State of Hawaii, Defendant; Civil Nos. CV 04-00442 ACK/BMK & CV 05-00247 ACK/BMK; Certificate of Service