OF COUNSEL:
DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON     4161-0
400 Davis Levin Livingston Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500 Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

CARL M. VARADY
ASB Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447 Fax: (808) 523-8448
E-mail: carl@varadylaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>             Plaintiffs,<br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>             Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br>**PLAINTIFFS' PROPOSED LIMITING INSTRUCTION NO. 1 AND CERTIFICATE OF SERVICE**<br><br><br>**JUDGE ALAN C. KAY**<br>**TRIAL: September 9, 2008** |

# PLAINTIFFS' PROPOSED LIMITING INSTRUCTION NO. 1

COMES NOW Plaintiffs, by and through their attorneys DAVIS LEVIN LIVINGSTON and the LAW OFFICES OF CARL M. VARADY, hereby submit its Response to Minute Order #593 dated August 19, 2008.

The Minute Order instructed the parties to submit a limiting instruction to be given to the jury before any such evidence would be introduced regarding the Individuals with Disabilities Education Act ("IDEA") as compared to Section 504 of the Rehabilitation Act of 1973 ("Section 504").  The Plaintiffs submit the following jury instruction which is in response to Defendant's Motion in Limine #15 to Exclude Reference to the IDEA and its Requirements:

> The Individuals with Disabilities Education Act is a federal law referred to as the "IDEA." The IDEA requires the DOE to provide special education and also "related services" to disabled children, if needed by the child to make meaningful educational progress. "Related services" include speech-language therapy and audiology services, psychological services, physical and occupational therapy, recreation, including therapeutic recreation, social work services, counseling services, orientation and mobility services, and medical services, as may be required to assist a child with a disability to benefit from special education. "Psychological services" include "psychological counseling for children and parents."  IDEA requires that the DOE create and implement an individualized educational program or "IEP" for each child eligible for special education and related services.
> In this case you will hear references to programs and services that Bryan Wiles Bond was supposed to receive under the IDEA and his IEP.  Hearing officers already have ruled that Bryan did not receive all of the services he was supposed to receive under IDEA and his IEP. You are not to reevaluate what the hearing officers have decided or what services Bryan was supposed to receive under IDEA or his IEP.

You are here to decide whether what the DOE did violated another federal law, Section 504 of the Rehabilitation Act and, if so, what compensation you determine Bryan and his parents will receive.

Section 504 of the Rehabilitation Act is a federal law that places duties on the DOE. The Section 504 law says that DOE must not deny disabled students like Bryan meaningful access to public education and must not retaliate against people who advocate for them, including his parents Ann Kimball Wiles and Stanley Bond. In this case you will hear evidence and determine whether DOE violated these duties under Section 504. When the parties have completed their presentation of the evidence in this case, and before you deliberate, I will explain the Section 504 law to you further and in more detail. You will then determine whether DOE violated its duties to Bryan and his parents under Section 504 and, if it did, what compensation you determine Bryan and his parents should receive for those violations.

DATED: Honolulu, Hawaiʻi, August 27, 2008.

/S/ STANLEY E. LEVIN

_____
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON
CARL M. VARADY

Attorneys for Plaintiffs