

187 (Rev. 7/87) Exhibits and Witness List

# UNITED STATES DISTRICT COURT
## *District of Hawaii*

| ANN KIMBALL WILES and STANLEY BOND, et al. vs. DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | | **JOINT EXHIBIT AND WITNESS LIST** Case Number: CV 04-00442 ACK/BMK CV 05-00247 ACK/BMK |
|---|---|---|
| PRESIDING JUDGE Alan C. Kay | PLAINTIFF'S ATTORNEY Stanley E. Levin Michael K. Livingston 400 Davis Levin Livingston Grande Place 851 Fort Street Honolulu, Hawaii 96813 Tel: (808) 524-7500 Fax: (808) 545-7802 Carl M. Varady American Savings Bank Tower 1001 Bishop Street, Suite 2870 Honolulu, Hawaii 96813 Tel: (808) 523-8447 Fax: (808) 523-8448 | DEFENDANT'S ATTORNEY Mark J. Bennett Attorney General, State of Hawaii Holly T. M. Shikada   4017-0 George S. S. Hom    2487-0 Gary K. H. Kam     4391-0 Deputy Attorneys General Department of the Attorney General, State of Hawaii 235 S. Beretania Street, Suite 304 Honolulu, Hawaii 96813 Tel: (808) 586-1255 Fax: (808) 586-1488 Watanabe Ing, LLP Melvyn M. Miyagi  1624-0 Gregg M. Ushiroda  5868-0 Leighton M. Hara   7826-0 Ross T. Shinyama   8830-0 First Hawaiian Center 999 Bishop Street, 23rd Floor Honolulu, Hawaii 96813 Tel: (808) 544-8300 Fax: (808) 544-8399 Email: gushiroda@wik.com Kenneth S. Robbins   1000-0 John-Anderson L. Meyer  8541-0 Sergio Rufo   8211-0 Davies Pacific Center 841 Bishop Street, Suite 2200 Honolulu, Hawaii 96813 Tel: (808) 524-2355 Fax: (808) 526-0290 Email: defend@robbinsandassociates.net |
| TRIAL DATE(S) September 9, 2008 | COURT REPORTER | COURTROOM DEPUTY |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

*403840v3*
*8/18/08*

Exhibit 1

# JOINT EXHIBIT AND WITNESS LIST - CONTINUATION

| ANN KIMBALL WILES and STANLEY BOND, et al. vs. DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | Case Number: CV 04-00442 ACK/BMK  CV 05-00247 ACK/BMK |
|---|---|

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-1 | | | | 05/21/01 Decision and Order before the Department of Education Chapter 36 Hearing Officer Richard C.F. Chun |
| J-2 | | | | 02/15/02 Complaint; Civil No. 02-00101 SOM/BMK |
| J-3 | | | | 07/01/02 Release and Settlement Agreement by and between Ann Kimball Wiles and Stanley Bond on behalf of their son Bryan Wiles-Bond and the Department of Education; DOE2153-2165 |
| J-4 | | | | 05/11/04 Findings of Fact, Conclusions of Law and Decision in Administrative Hearing No. DOE2004-026; DOE1323-1332 |
| J-5 | | | | 07/23/04 Findings of Fact, Conclusions of Law and Decision in Administrative Hearing No. DOE2004-070; DOE0445-0450 |
| J-6 | | | | 07/23/04 Stipulated Partial Decision and Order in Administrative Hearing No. DOE2004-070 |
| J-7 | | | | Declaration of Linda Price, dated 3/10/06 |
| J-8 | | | | Declaration of Judith Radwick, dated 3/10/06 |
| J-9 | | | | Declaration of Kelly Stern, dated 3/10/06 |
| J-10 | | | | Declaration of Katherine Tolentino, dated 3/10/06 and Exhibit "1" (Child and Family Associates 11/5/04 Proposal for Services) |

Exhibit 1

| | JOINT EXHIBIT AND WITNESS LIST - CONTINUATION | |
|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, et al.<br>vs.<br>DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | Case Number: | CV 04-00442 ACK/BMK<br>CV 05-00247 ACK/BMK |

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-11 | | | | Declaration of Rebecca Pierson, Dated 3/22/06 |
| J-12 | | | | Declaration of William Beljean, dated 3/23/06 |
| J-13 | | | | Declaration of Barbara Coffman, dated 3/23/06 |
| J-14 | | | | Supplemental Declaration of Kelly Stern, dated 3/23/06 |
| J-15 | | | | Supplemental Declaration of Katherine Tolentino dated 3/22/06 |
| J-16 | | | | Resume of Rae Graber; DOE0335-0336 |
| J-17 | | | | Resume for Kathryn Cardines; DOE0337-0340 |
| J-18 | | | | Resume of Sven Lindemann; DOE1408-1409 |
| J-19 | | | | Resume of Corrinna Serrao; DOE0343-0344 |

Exhibit 1

## JOINT EXHIBIT AND WITNESS LIST - CONTINUATION

| ANN KIMBALL WILES and STANLEY BOND, et al. vs. DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | Case Number: CV 04-00442 ACK/BMK  CV 05-00247 ACK/BMK |
|---|---|

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-20 | | | | Resume of Leigh S. Mitchell; DOE0345-0346 |
| J-21 | | | | Resume of Jennifer Susan Harris; DOE0410 |
| J-22 | | | | Resume of Christy Edwards |
| J-23 | | | | Resume and letter dated 1/28/03 from Rebecca Gavin to Anna, Human Resources Dept, Institute for Family Enrichment re: opening for Skills Trainer with TIFFE [DOE 0327-0328] |
| J-24 | | | | Resume of Barbara Coffman |
| J-25 | | | | Dr. LeGoff's Neurodevelopmental Evaluation dated 6/17/05 |
| J-26 | | | | Dr. LeGoff's report dated December 13, 2005 |
| J-27 | | | | Dr. LeGoff's Neuro Re-evaluation of 6/1/07 |
| J-28 | | | | Loretta Lukens Initial Life Care Plan of 5/6/06 |
| J-29 | | | | Loretta Lukens Updated Life Care Plan of 6/4/07 |

Exhibit 1

| | JOINT EXHIBIT AND WITNESS LIST - CONTINUATION | |
|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, et al.<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII, et al. | Case Number: | CV 04-00442 ACK/BMK<br>CV 05-00247 ACK/BMK |

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-30 | | | | Dr. Freeman's Psychological Assessment dated 7/22/06 to 7/26/06 |
| J-31 | | | | Dr. Freeman's updated Psychological Assessment dated 5/25/07 |
| J-32 | | | | Keynes Von Elsner's report dated 5/6/06 |
| J-33 | | | | Keynes Von Elsner's report dated 6/8/07 |
| J-34 | | | | Richard S. Goka, M.D. Report of 6/28/06 |
| J-35 | | | | Richard S. Goka, M.D. Supplemental Report Following "Rule 26" Guidelines of 6/28/06 |
| J-36 | | | | Richard S. Goka, M.D. Supplemental Report of 6/22/07 |
| J-37 | | | | Kimberly Smalley Report dated 8/18/04; DOE0409-DOE0429 |
| J-38 | | | | Kimberly Smalley 8/18/04 Draft Behavioral Assessment of Bryan Wiles-Bond |
| J-39 | | | | Bryna Siegel, Ph.D. Report dated 6/25/07 |

Exhibit 1

| | JOINT EXHIBIT AND WITNESS LIST - CONTINUATION | |
|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, et al.<br>vs.<br>DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | Case Number: | CV 04-00442 ACK/BMK<br>CV 05-00247 ACK/BMK |

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-40 | | | | CV of Loretta Lukens |
| J-41 | | | | CV of Dr. Daniel LeGoff |
| J-42 | | | | CV of Dr. B.J. Freeman |
| J-43 | | | | CV of Keynes Von Elsner |
| J-44 | | | | CV of Richard S. Goka, M.D. |
| J-45 | | | | CV of Bryna Siegel |
| J-46 | | | | CV of Kimberly Ann Smalley, Ph.D. |
| J-47 | | | | CV Dru Copeland, Ph.D., P.C. |
| J-48 | | | | Individualized Education Plan, 1998-1999; DOE0016 |
| J-49 | | | | Individualized Education Program Report, Part 2; DOE0020-0026 |
| J-50 | | | | Individualized Education Program Report, dated 9/08/99 [WB 0031-0047] |
| J-51 | | | | Individualized Education Program Report, dated 10/19/99; DOE0175-DOE0200 |
| J-52 | | | | Individualized Education Program Report, dated 1/29/01; DOE0386-0306 and WB0054-0072 |

Exhibit 1

| | JOINT EXHIBIT AND WITNESS LIST - CONTINUATION | |
|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, et al.<br>vs.<br>DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | Case Number: | CV 04-00442 ACK/BMK<br>CV 05-00247 ACK/BMK |

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-53 | | | | Individualized Education Program Report, dated 1/28/02; WB0073-0092 |
| J-54 | | | | Individualized Education Program Report, dated 5/21/02; WB0093-0113 |
| J-55 | | | | Individualized Education Program Report, dated 11/18/02; WB0114-0130 |
| J-56 | | | | Individualized Education Program progress reports; DOE1099-DOE1127 |
| J-57 | | | | Individualized Education Program Report, dated 11/25/03; WB0131-0147 |
| J-58 | | | | Individualized Education Program Report, dated 1/09/04; WB0148-0159 |
| J-59 | | | | Individualized Education Program dated 6/2/04 with Conference notes; DOE1051-DOE1067 |
| J-60 | | | | Individualized Education Program Report, dated 6/2/04; WB0160-0171 |
| J-61 | | | | Individualized Education Program Report, dated 7/21/04; DOE2400- DOE2412 |
| J-61a | | | | Individualized Education Program Report, dated 8/16/04 and 8/25/04; DOE1004-1018 |
| J-62 | | | | Individualized Education Program Report, dated 11/29/04; DOE2852-DOE2865 |

Exhibit 1

## JOINT EXHIBIT AND WITNESS LIST - CONTINUATION

| ANN KIMBALL WILES and STANLEY BOND, et al. vs. DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | Case Number: | CV 04-00442 ACK/BMK<br>CV 05-00247 ACK/BMK |
|---|---|---|

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-63 | | | | Prior Written Notice of Department Action from Robert Gentzel, Principal of Kealakehe Intermediate School, dated 6/7/04; DOE1073 |
| J-64 | | | | The Webster School Narrative Summary Report for 2nd Quarter, Dated 2/3/97; DOE0108-0109 |
| J-65 | | | | The Webster School Narrative Summary Report, dated 11/12/96; DOE0111-0112 |
| J-66 | | | | School Psychiatric Report of Bryan Wiles-Bond, dated 10/19/99, prepared by Richard H. Mesco, Hawaii Family Guidance Center; DOE0143-0145 |
| J-67 | | | | Psychoeducational profile Evaluations of Bryan Wiles-Bond, conducted by Rebecca Pierson & Wendy Clare on 10/3/02; and Rebecca Pierson & Sandy Harrington on 11/6/02; DOE1272-1275 |
| J-68 | | | | Draft Toileting Plan prepared by Kimberly Smalley; DOE1180-1186 |
| J-69 | | | | Update to Original Toileting Plan prepared by Kimberly Smalley, dated 3/18/04; DOE2229-2232 |
| J-70 | | | | Update to original Toileting Plan, prepared by Kimberly Smalley; DOE 2846-2851 |
| J-71 | | | | Behavioral Management Plan for Bryan Wiles-Bond; DOE1254 |
| J-72 | | | | Draft of Crisis Plan for Bryan Wiles-Bond; DOE1171 |
| J-73 | | | | Discussion Points to be Addressed, dated 9/9/03; DOE2721 |

Exhibit 1

| | JOINT EXHIBIT AND WITNESS LIST - CONTINUATION | |
|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, et al.<br>vs.<br>DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | Case Number: | CV 04-00442 ACK/BMK<br>CV 05-00247 ACK/BMK |

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-74 | | | | Draft of Crisis Plan for Bryan Wiles-Bond, dated 9/28/04; DOE2873 |
| J-75 | | | | Cara Entz (Pacific Child & Family Associates) Proposal dated 9/21/04 re: Bryan Wiles-Bond IEP services; DOE1303-1304 |
| J-76 | | | | Cara Entz (Pacific Child & Family Associates) Revised Proposal dated 11/5/04; DOE1561-1564 |
| J-77 | | | | Incident Report of 9/17/04 made by Corrinna Serrao; DOE1640-1641 |
| J-78 | | | | 1/18/00 Letter from Kim Wiles and Stan Bond to Mahea Edwards; DOE1776 |
| J-79 | | | | 2/22/00 Letter from Rudy Radwick to Kim Wiles and Stan Bond; DOE1777 |
| J-80 | | | | 3/7/00 Letter from Stan Bond and Kim Wiles to Judy Radwick; DOE1778-1779 and DOE1780-1781 |
| J-81 | | | | 9/17/00 Letter from Stan Bond and Kim Wiles to James Palmer, Principal of Kahakai Elementary School; DOE1772-DOE1775 |
| J-82 | | | | 10/9/00 letter from Bond and Wiles to Radwick |
| J-83 | | | | 8/18/02 Letter from Stan Bond and Kim Wiles to Judith Radwick and Mahea Edwards; DOE1801-1808 |
| J-84 | | | | 8/29/02 Letter from Kim Wiles w/Fax coversheet from Desiree Baez to Pam Toguchi of this waiver; DOE1809-DOE1810 |

Exhibit 1

# JOINT EXHIBIT AND WITNESS LIST - CONTINUATION

| ANN KIMBALL WILES and STANLEY BOND, et al. vs. DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | Case Number: | CV 04-00442 ACK/BMK<br>CV 05-00247 ACK/BMK |
|---|---|---|

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-85 | | | | 11/21/03 Letter from Shelby Floyd to Joelle Chiu re: breach settlement agreement by DOE |
| J-86 | | | | 11/28/03 Letter from Holly Shikada to Shelby Floyd re: investigation regarding ST |
| J-87 | | | | 12/2/03 Letter from Shelby Floyd to Holly Shikada re: ST and Settlement Agreement |
| J-88 | | | | 12/17/03 Letter from Lono Beamer to Shelby Floyd re house conditions |
| J-89 | | | | 7/16/04 Letter from Cara Entz (Pacific Child & Family Associates) to Kim Wiles re: Hawaii Proposal for IEP services to Bryan Wiles-Bond |
| J-90 | | | | 7/27/04 Letter from Joanne Hill to Applicants for Skills Trainers; DOE1371 |
| J-91 | | | | 7/28/04 Letter from Shelby Floyd to Alvin Rho with Copies of DCCA decision dated 7/23/04; DOE0437-DOE0450 |
| J-92 | | | | 9/14/04 Letter/Statement of Lorri Bolton, Psy.D. and acknowledged by Alvin Rho; DOE0322 |
| J-93 | | | | 9/20/04 Letter from Shelby Floyd, Esq. to Alvin Rho re: isolating Bryan; DOE0600 |
| J-94 | | | | 9/21/04 Letter from Joanne Hill to Kim Wiles re: Bryan's isolated placement; DOE0599 |
| J-95 | | | | 10/8/04 Letter from Katherine Tolentino to Kim Wiles; DOE1476-DOE1477 |

Exhibit 1

| | JOINT EXHIBIT AND WITNESS LIST - CONTINUATION | | |
|---|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, et al.<br>vs.<br>DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | | Case Number: | CV 04-00442 ACK/BMK<br>CV 05-00247 ACK/BMK |

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-96 | | | | 10/18/04 Facsimile from Jennifer Harris to Kate Tolentino and Daily Personal Notes recorded by Harris of Bryan Wiles-Bond on 10/7/04, 10/11/04 and 10/18/04; DOE0528-0535 |
| J-97 | | | | 10/18/04 Facsimile from Jennifer Harris to Kate Tolentino and Daily Personal Notes recorded by Harris of Bryan Wiles-Bond on 10/25/04, 10/28/04, 11/4/04 and 11/8/04; DOE1570-1577 |
| J-98 | | | | 10/18/04 Facsimile and Request for Impartial Hearing from Shelby Floyd, Esq. to Alvin Rho; DOE1487-1491 |
| J-99 | | | | 11/15/04 Facsimile from Kate Tolentino to Linda Price and Cara Entz (Pacific Child & Family Associates) Revised Proposal dated 11/5/04; DOE1985-1989 |
| J-100 | | | | 3/01/99 Memo from Ann Wiles and Stanley Bond to Alan Loman, Special Education Coordinator; DOE0042-0043 |
| J-101 | | | | 1/29/03 Memo from Barbara Coffman to Judi Radwick (cc: Sheri Adams, Mahea Edwards) re: 1/29/03 discussion with Dru Copeland; DOE1755 |
| J-102 | | | | 11/3/04 Memo from Debra Farmer to Alfonsina Davies, Linda Price and Alvin Rho re: Verification of Hearing Decision, Follow-Up Requirements and Timeline Extension; DOE1619-1622 |
| J-103 | | | | 1/21/00 E-Mail from Judy Radwick and Mahea Edwards; DOE1785 |

Exhibit 1

## JOINT EXHIBIT AND WITNESS LIST - CONTINUATION

| ANN KIMBALL WILES and STANLEY BOND, et al. vs. DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | Case Number: CV 04-00442 ACK/BMK  CV 05-00247 ACK/BMK |
|---|---|

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-104 | | | | 8/31/00 E-Mail from Mahea Edwards to James Palmer; DOE1782 |
| J-105 | | | | 6/7/04 E-Mail from Graber to Kelly Stern; DOE2578 |
| J-106 | | | | 10/5/04 E-Mail from Kate Tolentino to Alfonsina Davies (cc: Alvin Rho, Stephen Miyasato) re: Columbus teachers at KIS; DOE0564 |
| J-107 | | | | 10/12/04 E-Mail from JoAn Hill to Alvin Rho, Kate Tolentino; DOE1500; 10/12/04 E-Mail from JoAn Hill to Kate Tolentino, cc: Alvin Rho; DOE1500-1501 |
| J-108 | | | | 11/8/04 E-Mail from Jennifer Harris to Kate Tolentino re: Part 2; DOE0508 |
| J-109 | | | | 11/15/04 E-Mails between Kate Tolentino and Cara Entz re: Revised Proposal; DOE1736 |
| J-110 | | | | 1/3/05 E-Mail from Dayle Yokoyama to Kate Tolentino (cc: Don Merwin, Karen Johnston, Robin Ohara, Jennifer Harris and Naomi Shiraishi re: Schedule for Bryan Wiles-Bond; DOE2819 |
| J-111 | | | | 9/27/04 E-Mail from Kelly Stern to Kate Tolentino re: Sunday scheduling; DOE0596 |
| J-112 | | | | Journal entries of handwritten notes re: Bryan Wiles-Bond; DOE2684-2707 |
| J-113 | | | | J. Radwick Handwritten Notes; DOE2197-2198 |

Exhibit 1

| | JOINT EXHIBIT AND WITNESS LIST - CONTINUATION | |
|---|---|---|
| ANN KIMBALL WILES and STANLEY BOND, et al.<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, et al. | Case Number: | CV 04-00442 ACK/BMK<br>CV 05-00247 ACK/BMK |

| PLTF / DEF JOINT EXH NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| J-114 | | | | 8/6/04 Handwritten Notes re: CBI; DOE1603 |
| J-115 | | | | Quarterly Report from Dru Copeland for April, May, June 2004; DOE2271-DOE2272 |
| J-116 | | | | Entz Ex. 4: Letter dated 8/10/04; Letter of 7/16/04 with edits |
| J-117 | | | | Entz Ex. 15: PCF invoice 10/31/04 trip to HI |
| J-118 | | | | Entz Ex. 24: Handwritten notes |
| J-119 | | | | Copeland Ex. 8: Letter from Kim/Stan to Ken, 9/18/03 |
| J-120 | | | | Copeland Ex. 9: Letter from Stan Bond to Ken, 9/19/03 |
| J-121 | | | | Copeland Ex. 10: Letter from Kim to Dru, 10/10/03 |
| J-122 | | | | Copeland Ex. 11: Letter from Kim to Dru, 10/10/03 |

Page 13 of 13 Pages

Exhibit 1