AO 187 (Rev. 7/87) Exhibit

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

ANN KIMBALL WILES, ET AL. V. DOE, ET AL.

**PLAINTIFFS' EXHIBIT LIST**
CIVIL NO. CV 04-00442 ACK/BMK
CIVIL NO. CV 05-00247 ACK/BMK
Consolidated (Other Civil Action)

| PRESIDING JUDGE: ALAN C. KAY | PLAINTIFF=S ATTORNEY | DEFENDANT=S ATTORNEY |
|---|---|---|
| | Stanley E. Levin       1152-0<br>Michael K. Livingston  4161-0<br>Susan K. Dorsey        7431-0<br>Davis Levin Livingston Place<br>851 Fort Street, Suite 400<br>Honolulu, Hawaii 96813<br>Tel: (808) 524-7500<br>Fax: (808) 545-7802<br>E-Mail: slevin@davislevin.com<br><br>Carl M. Varady         4873-0<br>American Savings Bank Tower<br>1001 Bishop Street, Suite 2870<br>Honolulu, Hawaii 96813<br>Tel: (808) 523-8447<br>Fax: (808) 523-8448<br>E-Mail: carl@varadylaw.com | Mark J. Bennett<br>Attorney General, State of Hawaii<br>Holly T.M. Shikada   4017-0<br>George S. S. Hom     2487-0<br>Gary K. H. Kam       4391-0<br>Deputy Attorneys General<br>Department of the Attorney General<br>235 S. Beretania Street<br>Honolulu, Hawaii 96813<br>Tel: (808) 586-1255<br>Fax: (808) 586-1488<br><br>Watanabe Ing, LLP<br>Melvyn M. Miyagi     1624-0<br>Gregg M. Ushiroda    5868-0<br>Leighton M. Hara     7826-0<br>Ross T. Shinyama     8830-0<br>First Hawaiian Center<br>999 Bishop Street, 23rd Floor<br>Honolulu, Hawaii 96813<br>Tel: (808) 544-8300<br>Fax: (808) 544-8399<br>E-mail: gushiroda@wik.com<br><br>Kenneth S. Robbins        1000-0<br>John-Anderson L. Meyer    8541-0<br>Sergio Rufo               8211-0<br>Davies Pacific Center<br>841 Bishop Street, Suite 2200<br>Honolulu, Hawaii 96813<br>Tel: (808) 524-2355<br>Fax: (808) 526-0290<br>E-mail: defend@robbinsandassociates.net |
| JURY TRIAL DATE(S):<br>September 9, 2008 | COURT REPORTER | COURTROOM DEPUTY:<br>Leslie Sai |

clude a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 5 Pages

Exhibit 2

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF PLAINTIFFS' EXHIBITS |
|---|---|---|---|---|---|
| | | | | | **DECISIONS, AGREEMENT, COMPLAINTS** |
| 300 | | | | | 07/21/04 Verified Complaint, Civil No. 04-00442 HG/BMK; DOE2416-DOE2436 |
| | | | | | **DECLARATIONS/RESUMES** |
| 301 | | | | | Declaration and Certification of Shelby Anne Floyd dated 2/2/04 |
| 302 | | | | | Declaration of Shelby Floyd dated 2/2/04 |
| 303 | | | | | Declaration of Stanley Bond dated 2/2/04 |
| 304 | | | | | Supplemental Declaration of Stanley Bond undated 2/04 |
| 305 | | | | | Resume of Danielle Doucette and Letters of Recommendation; DOE0329-0333 |
| 306 | | | | | Resume of Karen Green |
| | | | | | **EXPERT/OTHER REPORTS** |
| 307 | | | | | Dr. LeGoff's Neurodevelopmental Evaluation dated 6/17/05 |
| 308 | | | | | Dr. LeGoff's report dated December 13, 2005 |
| 309 | | | | | Dr. LeGoff's Neuro Re-evaluation of 6/1/07 |
| 310 | | | | | Loretta Lukens Initial Life Care Plan of 5/6/06 |
| 311 | | | | | Loretta Lukens Updated Life Care Plan of 6/4/07 |
| 312 | | | | | Dr. Freeman's Psychological Assessment dated 7/22/06 to 7/26/06 |
| 313 | | | | | Dr. Freeman's updated Psychological Assessment dated 5/25/07 |
| 314 | | | | | Keynes Von Elsner's report dated 5/6/06 |
| 315 | | | | | Keynes Von Elsner's report dated 6/8/07 |
| | | | | | **CURRICULUM VITAES (CV)** |
| 316 | | | | | CV of Loretta Lukens |
| 317 | | | | | CV of Dr. Daniel LeGoff |
| 318 | | | | | CV of Dr. B.J. Freeman |
| 319 | | | | | CV of Keynes Von Elsner |
| 320 | | | | | CV of Kimberly Ann Smalley, Ph.D. |
| 321 | | | | | CV Dru Copeland, Ph.D., P.C. |
| | | | | | **CORRESPONDENCE** |
| 322 | | | | | 7/25/03 Letter from Stanley Bond to Judith Radwick re: Clarification of the situation re: settlement agreement |
| 323 | | | | | 2/10/04 Letter from Shelby to Judge Mollway with case cites added |
| 324 | | | | | 2/26/04 Letter from Shelby to Alvin Rho; DOE1247 and DOE1252-DOE1253 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Exhibit 2

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF PLAINTIFFS' EXHIBITS |
|---|---|---|---|---|---|
| 325 | | | | | 10/5/04 Letter from Debra Farmer to Shelby and Kim and Stan with copies of complaint letter of 9/16/04; DOE1634-DOE1639 |
| 326 | | | | | 10/28/04 Letter from Ann Wiles to Jennifer Harris – unable to attend 11/1/04 IEP meeting – please reschedule; DOE0451 |
| 327 | | | | | 10/28/04 Letter from Shelby to Kealakehe Intermediate; DOE1555 |
| | | | | | **FACSIMILIES** |
| 328 | | | | | 11/16/04 Fax from Cynthia Esaki to Kate Tolentino re: Residential Placement information; DOE1668-DOE1680 |
| 329 | | | | | 11/17/04 Fax from Kate Tolentino to Holly and Lono, Alvin Rho re: Heartsprings; DOE1722-DOE1734 |
| | | | | | **MEMOS** |
| 330 | | | | | 6/24/03 Memo to: Contracted Provider Agencies for FY2004 from Debra Farmer |
| 331 | | | | | 9/2/04 Memo from Pat Hamamoto to Robert Gentzel, JoAn Hill, Alvin Rho re: implement 7/23/04 decision; DOE1340 |
| 332 | | | | | 9/22/04 Memo from Ray Uchimura to Kate Tolentino re: Pacific Child; DOE1313-DOE1322 |
| 333 | | | | | 10/5/04 Memo from Debra Farmer to Robert Gentzel, JoAn Hill, Alvin Rho – Complaint filed by Shelby 9/16/04 w/ copy of complaint; DOE1630-DOE1633 |
| 334 | | | | | 11/3/04 Memo from Debra Farmer to DOE re: suspending timeline due to filing of Due Process hearing request, Due Process Hearing Request attached; DOE1582-DOE1587 |
| | | | | | **E-MAILS** |
| 335 | | | | | 2/8/04 E-Mail from Kim Wiles to Dru Copeland re: escalating behaviors |
| 336 | | | | | 7/9/04 E-Mail from Kim to Shelby re: legal options due to DOE talk of reducing hours to 40 per wk for STs– problems with bryan and Rae |
| 337 | | | | | 9/22/04 E-Mail Kim to Shelby re: Bob Gentzel's reply – shocking – closet for 6-8 hrs (isolation Placement) – observation of Bryan playing in his own urine while staff watched |
| 338 | | | | | 9/28/04 E-Mail from Dru Copeland to Shelby re: JoAn Hill gave the order regarding isolation |
| | | | | | **NOTES** |
| 339 | | | | | 9/10/01 Conference Information and Notes; DOE0285 |
| 340 | | | | | 10/12/04 Handwritten notes – 1 page from Cara Entz |
| 341 | | | | | Handwritten notes – 9 pages 10/11/04 from Cara Entz |
| 342 | | | | | 10/18/04 Note from Shelby to Holly Shikada; DOE0858 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Exhibit 2                                                                 Page 3 of 5 Pages

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | CASE NO. CV 05-00247 ACK/BMK<br>**DESCRIPTION OF PLAINTIFFS' EXHIBITS** |
|---|---|---|---|---|---|
| 343 | | | | | 10/6/04 ISPED versions of meeting notes; DOE1021-DOE1022 |
| 344 | | | | | Undated/Unsigned Hand Written notes – Residential Facilities; DOE2629 |
| 345 | | | | | Corrinna Serrao's Progress Notes of Bryan Wiles-Bond; DOE0378-0402 |
| | | | | | **MISCELLANEOUS** |
| 346 | | | | | Goka Deposition Exhibit No. 12 - Department of Developmental Services Parental Financial Responsibility Monthly Parental Fee effective 1/1/03 |
| 347 | | | | | 10/28/04 and 9/30/04 Prior Written Notice – Return to school and evaluations requested; DOE0982-DOE0985 |
| 348 | | | | | 8/11/04 Request for Provider/Cancellation Form – Dru Copeland July, August, Sept 2004 for training of STs; DOE1187 |
| 349 | | | | | Initial Line of Inquiry 7/04; Competing Pathways – flow chart of ILI; DOE1196-DOE1198 |
| 350 | | | | | Agreement or Decision Verification Report; DOE1341 |
| 351 | | | | | List of Residential placements; DOE1484-DOE1485 |
| 352 | | | | | 72-Hour Sentinel Event Report of 3/19/04 w/fax coversheet from Kelly Stern-TIFFE to Judi Radwick dated 3/22/04; DOE2242-DOE2245 |
| 353 | | | | | Impartial Hearing Request dated 6/11/04; Receipt dated 6/17/04; , Special Education Mediation Intake Form dated 6/14/04, Fax coversheets; DOE2782-DOE2805 |
| 354 | | | | | Employment Suitability Check of 7/22/03 for DOE Employee – William Beljean; letter dated 7/21/03 from Beljean; DOE2907-DOE2909 |
| 355 | | | | | 8/5/04 E-Mail from Michael Biehn to JoAn Hill; DOE3012 |
| 356 | | | | | 8/10/04 and 8/11/04 E-Mails from Michael Biehn to Joan Hill; DOE3013-DOE3017 |
| 357 | | | | | Defendants' Responses to Plaintiffs' Request for Admissions (1-7) |
| 358 | | | | | Defendants' Responses to Plaintiffs' Request for Production of documents (1 and 2) |
| 359 | | | | | Defendants' Responses to Plaintiffs' Request for Answers to Interrogatories |
| 360 | | | | | Beljean Ex. 2C: Fax from Beljean to Radwick |
| 361 | | | | | Entz Ex. 1: Letter regarding Hawaii proposal and attached sheet preliminary typed notes of Cara Entz not formal proposal |
| 362 | | | | | Entz Ex. 7: E-Mails undated Entz response to Shelby's 9/14/04 E-Mail |
| 363 | | | | | Entz Ex. 14: Handwritten notes – 1 page |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Exhibit 2                                                                                                    Page 4 of 5 Pages

| PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF PLAINTIFFS' EXHIBITS |
|---|---|---|---|---|---|
| | | | | | CASE NO. CV 05-00247 ACK/BMK |
| 364 | | | | | Tolentino Ex. 1: 5/21/07 Letter from Ushiroda to Stan/Carl 30(b)(6) witnesses |
| 365 | | | | | Goka Ex. 1: 9/20/07 Letter from Ushiroda to Varady |
| 366 | | | | | Copeland Ex. 12: Letter to Shelby from Kim, 11/9/03 |
| 367 | | | | | Copeland Ex. 13: E-mail from Kelly Stern to Tolentino, 9/27/04 sentinel reports |
| 368 | | | | | Copeland Ex. 15: 2002 Triennial Evaluation |
| 369 | | | | | Copeland Ex. 20: Letter from Kelly Stern to Alvin Rho 9/14/04 |
| 370 | | | | | Copeland Ex. 23: Alakai Na Keiki quarterly report April-June 04 |
| 371 | | | | | Bryna Siegel Ex. 1: Transmittal 4/28/06 Siegel-Ushiroda |
| 372 | | | | | Bryna Siegel Ex. 2: Transmittal 8/7/07 Siegel-Ushiroda |
| 373 | | | | | Bryna Ex. 3: Transmittal 8/13/07 Siegel-Ushiroda |
| 374 | | | | | Bryna Siegel Ex. 4: request for extension of contract |
| 375 | | | | | Bryna Siegel Ex. 5: CA business code |
| 376 | | | | | Bryna Siegel Ex. 6: CA business code |
| 377 | | | | | Bryna Siegel Ex. 7: HI laws |
| 378 | | | | | Bryna Siegel Ex. 8: 6/22/06 letter + report |
| 379 | | | | | Bryna Siegel Ex. 10: Assessment of Children, Jerome Sattler book |
| 380 | | | | | Bryna Siegel Ex. 11: Handbook of autism, Volkmar |
| 381 | | | | | Bryna Siegel Ex. 12: Ethical principles |
| 382 | | | | | Bryna Siegel Ex. 13: Focus on autism-other developmental disabilities |
| 383 | | | | | Bryna Siegel Ex. 14: Dr. Siegel report dated 6/25/07 |
| 384 | | | | | Letter dated 7/19/02 from Jerilynn Ono Hall to Pamela A. Toguchire: implementing provisions of the Settlement Agreement |
| 385 | | | | | Note from Kim Wiles to Bob Gentzel dated 11/13/03 |
| 386 | | | | | Alaka'i Na Keki quarterly report prepared by Dr. Dru Copeland showing Bryan's progress during months of October, November and December 2003 |
| 387 | | | | | Alaka'i Na Keki quarterly report for April, May, June, July, 2003 prepared by Dr. Dru Copeland re: sight-words |
| 388 | | | | | Letter from Kim Wiles to Dru Copeland dated 10/1/03 |
| 389 | | | | | Transcript of Proceedings (Administrative Hearing before Haunani Alm Taken 4/5/04) |
| 390 | | | | | Transcript of Proceedings taken 7/6/04 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Exhibit 2