IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>　　　　　　Defendant. | CIVIL NO. CV 05-00247 HG/BMK<br>CIVIL NO. CV 04-00442 HG/BMK<br>Consolidated (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

　　　　IT IS CERTIFIED that on August 27, 2008, a true and correct copy of

the **PLAINTIFFS' FINAL PRE-TRIAL STATEMENT** was duly served upon

the following parties by electronic filing via CM/ECF:

　　　　Holly T. Shikada, Esq.　(holly.t.shikada@hawaii.gov)
　　　　Deputy Attorney General
　　　　235 S. Beretania Street, Room 304
　　　　Honolulu, Hawaii 96813


　　　　Melvyn M. Miyagi, Esq.
　　　　Gregg M. Ushiroda, Esq. (gushiroda@wik.com)
　　　　Leighton M. Hara, Esq.　(lhara@wik.com)
　　　　Ross T. Shinyama, Esq.　(rshinyama@wik.com)
　　　　WATANABE ING LLP
　　　　First Hawaiian Center, 23rd Fl.
　　　　999 Bishop Street
　　　　Honolulu, Hawaii 96813

    Kenneth S. Robbins    (krobbins@robbinsandassociates.net)
    John-Anderson L. Meyer (ameyer@robinsandassociates.net)
    Sergio Rufo    (srufo@robbinsandassociates.net)
    ROBBINS & ASSOCIATES
    2200 Davies Pacific Center
    841 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for Defendants

    DATED:    Honolulu, Hawaii, August 27, 2008.


                            /S/ STANLEY E. LEVIN
                            _____
                            STANLEY E. LEVIN
                            MICHAEL K. LIVINGSTON
                            CARL M. VARADY

                            Attorneys for Plaintiffs