OF COUNSEL:

DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN            1152-0
MICHAEL K. LIVINGSTON   4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500/Fax: (808) 545-7802
E-Mail: slevin@davislevin.com

LAW OFFICES OF CARL M. VARADY
CARL M. VARADY              4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447/Fax:  523-8448
E-mail:  carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>          Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>**STATEMENT REGARDING STANLEY E. LEVIN AND CERTIFICATE OF SERVICE**<br><br><br>TRIAL:  September 9, 2008<br>JUDGE:  Alan C. Kay |

## STATEMENT REGARDING STANLEY E. LEVIN

Mr. Stanley Levin is sitting at the counsel table serving as one of the attorneys representing the Wiles-Bond family. Mr. Levin is a Hawai'i attorney who has practiced before this court for many years. Mr. Levin suffers from Parkinson's disease. This is a neurological disorder primarily affecting a person's balance and speech. As part of the Court's accommodation, the Court has allowed Mr. Levin to participate in this trial through his conferences with Mr. Varady. You may notice at times during the trial, Mr. Varady and Mr. Levin conferring. You are to ignore that conferring. You may also notice Mr. Levin typing on a portable machine that assists with his communication. Please do not let those conferences or Mr. Levin's disability play any role in your deliberation of this case.

DATED: Honolulu, Hawai'i, September 2, 2008.

/S/ STANLEY E. LEVIN
_____
STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs