405333.1

**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii

**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA**  #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov


WATANABE ING LLP
A Limited Liability Law Partnership

**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com


Of Counsel:
ROBBINS & ASSOCIATES
Attorneys At Law
A Law Corporation

**KENNETH S. ROBBINS**         #1000-0
**JOHN-ANDERSON L. MEYER**     #8541-0
**SERGIO RUFO**                #8211-0
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
Telephone No. (808) 524-2355
Facsimile No. (808) 526-0290
E-Mail: defend@robbinsandassociates.net


Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>       Plaintiffs,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>       Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S REQUESTED ADDITIONAL JURY INSTRUCTIONS; CERTIFICATE OF SERVICE**<br><br>TRIAL: September 9, 2008<br>JUDGE: Honorable Alan C. Kay |

**DEFENDANT DEPARTMENT OF EDUCATION'S
PROPOSED ADDITIONAL JURY INSTRUCTIONS**

COMES NOW Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through their attorneys, WATANABE ING LLP and ROBBINS AND ASSOCIATES, and hereby submit their Proposed Additional Jury Instructions, No. 43-44.

DATED: Honolulu, Hawaii, September 5, 2008.

　　　　　　　　　　　　　　/s/GREGG M. USHIRODA
　　　　　　　　　　　　　MELVYN M. MIYAGI
　　　　　　　　　　　　　GREGG M. USHIRODA
　　　　　　　　　　　　　LEIGHTON M. HARA
　　　　　　　　　　　　　ROSS T. SHINYAMA

　　　　　　　　　　　　　KENNETH S. ROBBINS
　　　　　　　　　　　　　JOHN-ANDERSON L. MEYER
　　　　　　　　　　　　　SERGIO RUFO

　　　　　　　　　　　　　GARY K.H. KAM
　　　　　　　　　　　　　GEORGE S.S. HOM
　　　　　　　　　　　　　HOLLY T. SHIKADA

　　　　　　　　　　　　　Attorneys for Defendant

### **DEFENDANT'S REQUESTED JURY INSTRUCTION No. 43**

With respect to Plaintiffs' Section 504 disability claim, Plaintiffs must prove by a preponderance of the evidence that Bryan Wiles-Bond was excluded from participating in, denied the benefits of, or subject to discrimination in, a regular public education solely by reason of his disability. "Solely by reason of his disability" means that the DOE cannot offer any valid reason other than discrimination for its actions. If you find, however, that the DOE has offered a legitimate or nondiscriminatory reason for its actions, your verdict must be for the DOE.

\_\_\_ Given by Agreement
\_\_\_ Given over Objection
\_\_\_ Refused
\_\_\_ Withdrawn
\_\_\_ Modified & Given by Agreement
\_\_\_ Modified & Given Over Objection

### **DEFENDANT'S REQUESTED JURY INSTRUCTION No. 44**

If any employee of a public school or a public agency or private agency or institution, or other individuals, providing social, medical, hospital, or mental health services, in their professional or official capacity, has reason to believe that child abuse or neglect has occurred or that there exists a substantial risk that child abuse or neglect may occur in the reasonably foreseeable future, he or she shall immediately report the matter orally to the Department of Human Services or to the Police Department. The initial oral report shall be followed as soon thereafter as possible by a report in writing.

    ___ Given by Agreement
    ___ Given over Objection
    ___ Refused
    ___ Withdrawn
    ___ Modified & Given by Agreement
    ___ Modified & Given Over Objection

Source:   Haw. Rev. Stat. § 350-1.1 (2007)