405273.1

**MARK J. BENNETT**     #2672-0
Attorney General, State of Hawaii

**GARY K.H. KAM**       #4391-0
**GEORGE S. S. HOM**    #2487-0
**HOLLY T. M. SHIKADA** #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  Gary.K.Kam@hawaii.gov


WATANABE ING LLP
A Limited Liability Law Partnership

**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com


Of Counsel:
ROBBINS & ASSOCIATES
Attorneys At Law
A Law Corporation

**KENNETH S. ROBBINS**        #1000-0
**JOHN-ANDERSON L. MEYER**    #8541-0
**SERGIO RUFO**               #8211-0
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
Telephone No. (808) 524-2355
Facsimile No. (808) 526-0290
E-Mail: defend@robbinsandassociates.net


Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S PROPOSED LIMITING INSTRUCTION REGARDING BRYAN WILES-BOND'S PRE-EXISTING DISABILITY; CERTIFICATE OF SERVICE**<br><br>**TRIAL: September 9, 2008**<br>**JUDGE: Honorable Alan C. Kay** |

**DEFENDANT DEPARTMENT OF EDUCATION'S LIMITING
INSTRUCTION REGARDING BRYAN WILES-BOND'S PRE-EXISTING INJURY**

COMES NOW Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through their attorneys, WATANABE ING LLP and ROBBINS AND ASSOCIATES, and hereby submit their Proposed Limiting Instruction Regarding Bryan's Pre-Existing Disability.

On September 3, 2008, this Court DENIED Defendant Department of Education's Motion in Limine #14 to Exclude Evidence of Bryan Wiles-Bond's Economic Damages (the "Motion"). In denying the Motion, however, this Court provided the DOE with the opportunity to submit a limiting instruction regarding Bryan's pre-existing disability and the extent to which that pre-existing disability limits any potential DOE liability.

\
\

The DOE submits the following proposed limiting instruction:

> With respect to Plaintiffs' Section 504 disability claim, the DOE is not liable for the fact that Bryan is autistic, or any and all injuries or other disabilities that resulted from the natural progression of Bryan's autism. Rather, the DOE is only liable to the extent that the DOE aggravated, if at all, Bryan's autism.

DATED: Honolulu, Hawaii, September 5, 2008.

/s/GREGG M. USHIRODA
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant

- 3 -