392973.13

**MARK J. BENNETT**   #2672-0
Attorney General, State of Hawaii

**GARY K.H. KAM**   #4391-0
**GEORGE S. S. HOM**   #2487-0
**HOLLY T. M. SHIKADA**   #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov


WATANABE ING LLP
A Limited Liability Law Partnership

**MELVYN M. MIYAGI**   #1624-0
**GREGG M. USHIRODA**   #5868-0
**LEIGHTON M. HARA**   #7826-0
**ROSS T. SHINYAMA**   #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com


Of Counsel:
ROBBINS & ASSOCIATES
Attorneys At Law
A Law Corporation

**KENNETH S. ROBBINS**   #1000-0
**JOHN-ANDERSON L. MEYER**   #8541-0
**SERGIO RUFO**   #8211-0
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
Telephone No. (808) 524-2355
Facsimile No. (808) 526-0290
E-Mail: defend@robbinsandassociates.net

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendant. | ) CIV. NO. CV 04-00442 ACK/BMK<br>) CIV. NO. CV 05-00247 ACK/BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>)<br>) **DEFENDANT DEPARTMENT OF**<br>) **EDUCATION'S AMENDED PROPOSED**<br>) **SPECIAL VERDICT FORM;**<br>) **CERTIFICATE OF SERVICE**<br>)<br>) **TRIAL:** September 9, 2008<br>) **JUDGE:** Hon. Alan C. Kay<br>) |

**DEFENDANT DEPARTMENT OF EDUCATION'S AMENDED**
**PROPOSED SPECIAL VERDICT FORM**

Comes now Defendant DEPARTMENT OF EDUCATION("DOE"), by and through its attorneys, WATANABE ING LLP and ROBBINS AND ASSOCIATES, and hereby submits its proposed form of special verdict, attached herewith, pursuant to Rule 49(a), Federal Rules of Civil Procedure.

DATED:　Honolulu, Hawaii, September 5, 2008.

　　　　　　　　　　　　　　　/s/ Gregg M. Ushiroda
　　　　　　　　　　　　　MELVYN M. MIYAGI
　　　　　　　　　　　　　GREGG M. USHIRODA
　　　　　　　　　　　　　LEIGHTON M. HARA
　　　　　　　　　　　　　ROSS T. SHINAYAMA

　　　　　　　　　　　　　GARY K.H. KAM
　　　　　　　　　　　　　GEORGE S.S. HOM
　　　　　　　　　　　　　HOLLY T. SHIKADA

　　　　　　　　　　　　　KENNETH S. ROBBINS
　　　　　　　　　　　　　JOHN L. ANDERSON MEYER
　　　　　　　　　　　　　SERGIO RUFO

　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>      Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>      Defendant. | CIV. NO. CV 04-00442 ACK/BMK<br>CIV. NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**SPECIAL VERDICT**<br><br><br>**TRIAL:** September 9, 2008<br>**JUDGE:** Hon. Alan C. Kay |

## SPECIAL VERDICT

The jury must answer all of the questions, unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict before proceeding to answer. <u>Please be certain to answer the questions and follow the directions in numerical order, starting with Question No. 1, because an earlier answer may excuse you from answering later questions</u>. Each answer requires the agreement of all six (6) jurors. If you do not understand any direction or question or if you wish to communicate with the Court on any other subject, you must do so in writing through the Bailiff.

As used herein, "DOE" means the Department of Education.

1. Did the DOE deny Bryan Wiles-Bond meaningful access to special education services?

   Yes _____   No _____

   [If you answered "No" to Question No. 1, skip to Question No. 5. If you answered "Yes" to Question No. 1, then go on to answer Question No. 2.]

2. Did the DOE deny Bryan Wiles-Bond meaningful access to special education services solely by reason of his disability?

   Yes _____   No _____

   [If you answered "No" to Question No. 2, skip to Question No. 5. If you answered "Yes" to Question No. 2, then go on to answer Question No. 3.]

3. Were there any valid reasons other than discrimination for the DOE's actions concerning Bryan Wiles-Bond?

   Yes _____   No _____

   [If you answered "Yes" to Question No. 3, skip to Question No. 5. If you answered "No" to Question No. 3, then go on to answer Question No. 4.]

4. Did the DOE intentionally discriminate against Bryan Wiles-Bond (deliberate indifference standard)?

   Yes _____   No _____

   [Go to Question No. 5]

5. Were Plaintiffs Ann Kimball Wiles and Stanley Bond engaged in a "protected activity" under the Rehabilitation Act?

   Yes _____    No _____

   [If you answered "No" to Question No. 5, skip to Question No. 10. If you answered "Yes" to Question No. 5, then go on to answer Question No. 6.]

6. Did the DOE subject Plaintiffs Ann Kimball Wiles and Stanley Bond to an adverse action at the time, or after, the "protected activity" occurred?

   Yes _____    No _____

   [If you answered "No" to Question No. 6, skip to Question No. 10. If you answered "Yes" to Question No. 6, then go on to answer Question No. 7.]

7. Did the DOE subject Plaintiffs Ann Kimball Wiles and Stanley Bond to an adverse action because of their participation in a protected activity?

   Yes _____    No _____

   [If you answered "No" to Question No. 7, skip to Question No. 10. If you answered "Yes" to Question No. 7, then go on to answer Question No. 8.]

8. Were there valid reasons other than discrimination for the DOE's actions concerning Plaintiffs Ann Kimball Wiles and Stanley Bond?

   Yes _____    No _____

   [If you answered "Yes" to Question No. 8, skip to Question No. 10. If you answered "No" to Question No. 8, then go on to answer Question No. 9.]

9. Did the DOE act with deliberate indifference in subjecting Plaintiffs Ann Kimball Wiles and Stanley Bond to an adverse action because of their participation in a protected activity?

   Yes _____   No _____

   [Go to Question No. 10]

10. If you did not answer or answered "No" to Question No. 4 **and** Question No. 9 stop; do not answer any more questions; have the foreperson sign and date this document and call the Bailiff.

    Otherwise, if you answered "Yes" to Question No. 4 **and** "Yes" to Question No. 9, proceed to Question No. 11.

    However, if you answered "Yes" to Question No. 4 **and** if you answered "No" to or did not answer Question No. 9, proceed to Question No. 11, but do not provide a figure for General Damages for Stanley Bond and Ann Kimball Wiles.  Please place a zero (0) in the General damages line for both Stanley Bond and Ann Kimball Wiles.  You may award them special damages, if any.

    However, if you did not answer or answered "No" to Question No. 4 **and** if you answered "Yes" to Question No. 9; proceed to Question No. 11, but do not provide a figure for Special or General Damages for Bryan Wiles-Bond.  Please place a zero (0) in both the Special and General Damages lines for Bryan Wiles-Bond.

11. What are Bryan Wiles-Bond's total damages?

    Special Damages      $_____

    General Damages      $_____

12. What are Ann Kimball Wiles' total damages?

    Special Damages      $_____

    General Damages      $_____

- 4 -

13.  What are Stanley Bond's <u>total damages</u>?

        Special Damages    $_____

        General Damages    $_____

[Please have the foreperson sign and date this form and notify the bailiff.]

                _____    _____
                Signature of Foreperson    Date

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; DEFENDANT DEPARTMENT OF EDUCATION'S PROPOSED SPECIAL VERDICT FORM

- 5 -