IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO,<br><br>　　　　Defendant. | CIV. NO. CV 04-00442 ACK/BMK<br>CIV. NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br><br><br>TRIAL DATE: September 9, 2008<br>JUDGE: Hon. Alan C. Kay |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *DEFENDANTS DEPARTMENT OF EDUCATION'S AMENDED PROPOSED SPECIAL VERDICT FORM* was duly served electronically through CM/ECF or hand-delivery on the following attorneys to their last known address on September 5, 2008:

　　　　STANLEY E. LEVIN, ESQ.
　　　　MICHAEL K. LIVINGSTON, ESQ.
　　　　851 Fort Street; Suite 400
　　　　Honolulu, HI  96813

　　　　　　and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, September 5, 2008.


                                        /s/ Gregg M. Ushiroda
                                    MELVYN M. MIYAGI
                                    GREGG M. USHIRODA
                                    LEIGHTON M. HARA
                                    ROSS T. SHINYAMA

                                    GARY K.H. KAM
                                    GEORGE S.S. HOM
                                    HOLLY T. SHIKADA

                                    Attorneys for Defendant
                                    DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 & 05-00247; CERTIFICATE OF SERVICE