393047.6
**MARK J. BENNETT**        #2672-0
Attorney General, State of Hawaii
**HOLLY T. M. SHIKADA** #4017-0
**GARY K.H. KAM**          #4391-0
**GEORGE S. S. HOM**       #2487-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail:  holly.t.shikada@hawaii.gov

Kenneth S. Robbins    1000-0
John-Anderson L. Meyer 8541-0
Sergio Rufo 8211-0
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
Tel: (808) 524-2355
Fax: (808) 526-0290
Email: defen@robbinsandassociates.net

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**      #1624-0
**GREGG M. USHIRODA**     #5868-0
**LEIGHTON M. HARA**      #7826-0
**ROSS T. SHINYAMA**      #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor, | ) CIVIL NO. CV 04-00442 ACK/BMK<br>) CIVIL NO. CV 05-00247 ACK/BMK<br>) CONSOLIDATED<br>) (Other Civil Action)<br>) |

|  |  |
|---|---|
| Plaintiffs,<br>vs.<br><br>DEPARTMENT OF EDUCATION,<br>State of Hawaii,<br><br>Defendants. | ) **DEFENDANT DEPARTMENT OF**<br>) **EDUCATION'S SECOND AMENDED**<br>) **PROPOSED CONCISE STATEMENT OF**<br>) **THE CASE; CERTIFICATE OF SERVICE**<br>)<br>) **TRIAL:** September 9, 2008<br>) **TRIAL JUDGE:** Hon. Alan C. Kay<br>) |

**DEFENDANT DEPARTMENT OF EDUCATION'S
<u>SECOND AMENDED PROPOSED CONCISE STATEMENT OF THE CASE</u>**

Comes now Defendant DEPARTMENT OF EDUCATION, State of Hawaii, by and through its attorneys, WATANABE ING LLP, and hereby respectfully submits its second amended proposed Concise Statement of the Case:

In this case, the Plaintiffs are Ann Kimball Wiles and Stanley Bond, individually and on behalf of their son Bryan Wiles-Bond, a minor (collectively "Plaintiffs"). The Defendant in this case is the DEPARTMENT OF EDUCATION, State of Hawaii ("DOE").

Bryan Wiles-Bond is an autistic child who was identified with autism spectrum disorder at age two. In 1999, his parents enrolled him in the Hawaii public school system when they moved to the Big Island from Maryland. Bryan Wiles-Bond was enrolled in the Hawaii public school system until he and his family moved to California in January 2005.

Plaintiffs claim that the DOE is liable to them for money damages under the Rehabilitation Act. Plaintiffs allege that the DOE violated the Rehabilitation Act by acting with

- 2 -

deliberate indifference toward Bryan Wiles-Bond on the basis of his disability when Plaintiffs claim the DOE failed to provide him meaningful access to public education in Hawaii. Plaintiffs also allege that the DOE retaliated against Plaintiffs Ann Kimball Wiles and Stanley Bond for advocating on behalf of Bryan Wiles-Bond for his special education needs.

The DOE denies Plaintiffs' allegation that the DOE was intentionally indifferent to the special needs of Bryan Wiles-Bond. The DOE asserts that it was not deliberately indifferent or, as Plaintiffs claim, that the DOE retaliated on the basis of disability, but rather the DOE acted in good faith to provide Bryan Wiles-Bond with an education.

DATED: Honolulu, Hawaii, September 5, 2008.

/s/ Gregg M. Ushiroda
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T.M. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION