CARL M. VARADY                4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone: (808) 523-8447
Fax: (808) 523-8448
e-mail: carl@varadylaw.com
http://www.varadylaw.com

Of Counsel:
DAVIS LEVIN LIVINGSTON
STANLEY E. LEVIN          1152-0
MICHAEL K. LIVINGSTON   4161-0
851 Fort Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: slevin@davislevin.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>               Plaintiffs,<br>  vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>               Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' PROPOSED LIMITING INSTRUCTION REGARDING TESTIMONY OF DR. DRU COPELAND; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: September 9, 2008<br>JUDGE: Hon. Alan C. Kay |

**PLAINTIFFS' PROPOSED LIMITING INSTRUCTION REGARDING TESTIMONY OF DR. DRU COPELAND**

2

In addition to the jury instructions already submitted, Plaintiffs submit the attached additional limiting instructions.

DATED: Honolulu, Hawai'i, September 5, 2008.

/s/ Carl M. Varady
CARL M. VARADY
STANLEY E. LEVIN
MICHAEL K. LIVINGSTON

Attorneys for Plaintiffs

## PLAINTIFFS' PROPOSED LIMITING INSTRUCTION

Dr. Dru Copeland is a psychologist who provided services to Bryan Wiles Bond. Dr. Copeland has been identified to testify as a witness and present evidence for both the Plaintiffs and Defendants. Plaintiff requested that Dr. Copeland appear and testify in Plaintiffs' case. Defendant requested that Dr. Copeland's testimony be taken during Defendant's case. The Court has granted Defendant's request. Dr. Copeland will testify during Defendant's case on September 25, 2008, because she already had made arrangements to travel to Hawaii from the Mainland at the time the ruling on when would testify was made. Plaintiff's case should not be considered complete until Dr. Copeland has finished testifying and Plaintiffs have indicated that they rest. Until that time, Plaintiffs have not completed presentation of their case in chief.

_____   Given by agreement

_____   Given over objection

_____   Modified and given by agreement

_____   Modified and given over objection

_____   Withdrawn