Of Counsel:
DAVIS LEVIN LIVINGSTON

STANLEY E. LEVIN                    1152-0
MICHAEL K. LIVINGSTON          4161-0
851 Fort Street, Suite 400
Honolulu, Hawaii  96813
Telephone:  (808) 524-7500
Fax:  (808) 545-7802
Email: slevin@davislevin.com

CARL M. VARADY                      4873-0
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813
Telephone:  (808) 523-8447
Fax:  (808) 523-8448
Email: carl@varadylaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>    Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>PLAINTIFFS' SUPPLEMENTAL MOTION FOR AN IN LIMINE ORDER REGARDING *FELIX* CASE DOCUMENTS, INCLUDING: MAY 24, 1994 ORDER, OCTOBER 25, 1994 CONSENT DECREE AND THE JUNE 1, 2000 CONTEMPT OF CONSENT DECREE ORDER; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STANLEY E. LEVIN; EXHIBITS 1 – |

|  |
|---|
| 3; AND CERTIFICATE OF SERVICE <br><br> DATE:     September 8, 2008 <br> TIME:     9:00 a.m. <br> JUDGE:    Honorable Alan C. Kay <br><br> TRIAL DATE:  September 9, 2008 |

**PLAINTIFFS' SUPPLEMENTAL MOTION FOR AN IN LIMINE ORDER REGARDING *FELIX* CASE DOCUMENTS, INCLUDING: MAY 24, 1994 ORDER, OCTOBER 25, 1994 CONSENT DECREE AND THE JUNE 1, 2000 CONTEMPT OF CONSENT DECREE ORDER**

Plaintiffs, ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son BRYAN WILES-BOND (Plaintiffs), by and through their undersigned counsel, hereby move this Court for an in limine order regarding the following orders in *Jennifer Felix v. Waihee*, CV. No. 93-00367-DAE: the May 24, 1994 Order granting summary judgment; the October 25, 1994 Consent Decree and the June 1, 2000 Contempt of Consent Decree Order related to the.  On September 3, 2008, the Court issued its Order Denying Defendant's Motion in Limine #1 to Exclude Reference to the Felix Consent Decree and Contempt Order dated June 1, 2000, the Court found that the *Felix* evidence is relevant to what Defendant knew and specifically goes to Defendant's knowledge about the deficiencies in the State educational program.  The Court permitted Defendant to submit a limiting instruction, regarding the *Felix* rulings, however.  By this motion, Plaintiffs' seek an order taking judicial notice of in order to publish to the jury the

following, or otherwise admit evidence, public record documents issued in *Felix:* (1) Order Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment and granting in Part and Denying in Part Defendant's Motion for Dismissal or For Summary Judgment filed on May 24, 1994 (hereinafter referred to as "Order"), attached hereto as Exhibit "1"; (2) Order Granting Joint Motion for Approval of Settlement and Consent Decree, and Appointing Special Master as Exhibit "2" filed on October 25, 1994 (hereinafter referred to as "Consent Decree"), attached hereto as Exhibit "2", and (3) "Order Granting in Part and Denying in Part Plaintiffs' Motion for Order to Show Cause Why Defendants Should Not be Found in Civil Contempt of Consent Decree and for Injunctive and Other Relief" (hereinafter referred to as "Contempt Order"), attached hereto as Exhibit "3." Collectively, these documents may be referred to herein as the *Felix* documents.

    This Motion is made pursuant to Rules 7 of the Federal Rules of Civil Procedure, all applicable local rules of practice for the United States District Court for the District of Hawaii, Rules 201, 401 and 403 of the Federal Rules of Evidence, and is based upon the Memorandum, Declaration, and Exhibits in support of this Motion, and the records and files herein.

//

//

DATED: Honolulu, Hawai`i, September 6, 2008.

/S/ STANLEY E. LEVIN
STANLEY E. LEVIN
CARL M. VARADY
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs