IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor,<br><br>    Plaintiffs,<br><br> vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i,<br><br>    Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>Consolidated (Other Civil Action)<br><br>DECLARATION OF STANLEY E. LEVIN |

DECLARATION OF STANLEY E. LEVIN

I, STANLEY E. LEVIN, hereby declare:

1. I am an attorney at law licensed to practice in the State of Hawaii and am one of the attorneys for Plaintiffs in this action.

2. Attached hereto as Exhibit 1 is a true and correct copy of Order Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment and granting in Part and Denying in Part Defendants' Motion for Dismissal or For Summary Judgment filed on May 24, 1994 in *Jennifer Felix v. Waihee*, CV. No. 93-00367-DAE.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order Granting Joint Motion for Approval of Settlement and Consent Decree, and

Appointing Special Master as Exhibit "2" filed on October 25, 1994 in *Jennifer Felix v. Waihee*, CV. No. 93-00367-DAE.

  4. Attached hereto as Exhibit 3 is a true and correct copy of the "Order Granting in Part and Denying in Part Plaintiffs' Motion for Order to Show Cause Why Defendants Should Not be Found in Civil Contempt of Consent Decree and for Injunctive and Other Relief" (hereinafter referred to as "Contempt Order") in *Jennifer Felix v. Waihee*, CV. No. 93-00367-DAE.

  5. On September 5, 2008, Mr. Varady provided Defendant's Counsel with copies of the *Felix* documents and sought agreement to publish them to the jury. Mr. Robbins declined the request.

  I declare under penalty of perjury the foregoing is true.

  DATED: Honolulu, Hawaii, September 6, 2008.

        /S/ STANLEY E. LEVIN
        STANLEY E. LEVIN
        CARL M. VARADY
        MICHAEL K. LIVINGSTON
        Attorneys for Plaintiffs