IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>        Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaiʻi<br><br>        Defendants. | CV04-00442 ACK/BMK<br><br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF CARL M. VARADY; EXHIBITS 1-3 |

## **DECLARATION OF CARL M. VARADY**

CARL M. VARADY declares:

1. I am one of the attorneys of record in the instant case and make this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1 is the settlement agreement signed by the parties dated July 1, 2002, now before the Court as Joint Exhibit 3

3. Attached hereto as Exhibit 2 is Judge Gillmor's *Order Denying Defendants' Motion for Summary Judgment, Construed as a Motion for Judgment*

*on the Pleadings and Denying Plaintiffs' Motion for Partial Summary Judgment and Denying in Part and Granting in Part Plaintiffs' Motion to Enforce the Doctrine of Issue Preclusion Regarding all Administrative Hearing Decisions and the Settlement Agreement and Denying Plaintiffs' Motion to Strike Declarations for Non-Compliance with Rule 56(e) and Denying Plaintiffs' Motion to Amend or Supplement the Record*. Docket No. 215 at 45-51.

   4. Attached hereto as Exhibit 3 are excerpts from Bryan Wiles Bond's November 18, 2002, November 25, 2003, and January 9, 2004 IEPs, confirms his services incorporated the services of the July 1, 2002, settlement agreement.

   I declare under penalty of perjury the foregoing is true.

   DATED: Honolulu, Hawai'i, September 6, 2008.

            /s/ Carl M. Varady
            CARL M. VARADY