**EXHIBIT "3" TO DECLARATION OF CARL M. VARADY**

20. **EXTENDED SCHOOL YEAR (ESY):** Unless the student requires an extended school year as part of a free and appropriate public education, the IEP will be in effect during the regular school year only.

standard for an extended school year has been applied: The student (check one)

☐ DOES NOT meet the standard for an extended school year

☉ DOES meet the standard for an extended school year

**STATE THE EXTENT TO WHICH ESY IS NECESSARY:** ESY is needed daily except for the following holidays: New Year's Day (Jan. 1); Easter; Fourth of July; Thanksgiving; and Christmas.

| 21. SERVICES: Special Education and Related Services | Projected Beginning Date | Projected Ending Date | Frequency (Mins/Times/Period) | Location | ESY Yes/No |
|---|---|---|---|---|---|
| Occupational Therapy | 11/19/2002 | 11/18/2003 | 60m week | Special Ed. | Yes |
| Special Education | 11/19/2002 | 11/18/2003 | 1620m 1x time(s) / week | Special Ed. | Yes |
| Speech/Language Therapy | 11/19/2002 | 11/18/2003 | 30m 2 time(s) / week | Special Ed. | Yes |
| Transportation | 11/19/2002 | 11/18/2003 | daily | Special Ed. | Yes |

| Supplementary Aids and Services, Program Modifications and Supports for School Personnel: | Projected Beginning Date | Projected Ending Date | Frequency (Mins/Times/Period) | Location |
|---|---|---|---|---|
| 1:1 Adult instructional support | 11/19/2002 | 11/18/2003 | M,T,Th, F390m W 330m | Special Ed. |
| Autism Consultant | 11/19/2002 | 11/18/2003 | 360m week | Special Ed. |
| Extended school day w/ 1:1 adult instructional support | 11/19/2002 | 11/18/2003 | M T Th F 270m/W 330m | Special Ed. |
| Extended school week w/ 1:1adult instructional support | 11/19/2002 | 11/18/2003 | 360m 2 time(s) / week | Special Ed. |

22. **STATE-WIDE ASSESSMENT:** (Check one)

☐ 1. Not applicable for the present school year. The student is not or will not be in a grade level participating in a state-wide assessment during the duration of this IEP.

☐ 2. Student will participate in state-wide assessments. No accomodations/modifications are necessary.

☐ 3. Student will participate in state-wide assessments with the following accommodations/modifications:

☑ 4. Student will participate in the Hawaii Alternate Assessment. Participation in state-wide assessments is not appropriate for the following reason(s):
Bryan's developmental delays prevent him from participating in state-wide assessments.

23. **Explain the extent, if any, that the student will not participate with students without disabilities in the general education class, extracurricular activities and other non-academic activities:**
Due to the severity of Bryan's disability, Bryan needs close supervision and small group instruction. Participation in a regular education curriculum would not be beneficial for the student at this time. Bryan will participate in selected regular education activities with the assistance of adult supervision.

Student's Name: WILES-BOND, BRYAN M

20. **EXTENDED SCHOOL YEAR (ESY):** Unless the student requires an extended school year as part of a free and appropriate public education, the IEP will be in effect during the regular school year only.

standard for an extended school year has been applied: The student (check one)

○ DOES NOT meet the standard for an extended school year

◉ DOES meet the standard for an extended school year

**STATE THE EXTENT TO WHICH ESY IS NECESSARY:** ESY is needed daily except for the following holidays: New Year's Day (Jan. 1); Easter; Fourth of July; Thanksgiving; and Christmas.

| 21. SERVICES: Special Education and Related Services | Projected Beginning Date | Projected Ending Date | Frequency (Mins/Times/Period) | Location | ESY Yes/No |
|---|---|---|---|---|---|
| Occupational Therapy | 11/25/2003 | 11/25/2004 | 60m week | Special Ed. | Yes |
| Special Education | 11/25/2003 | 11/25/2004 | 1620m 1x time(s) / week | Special Ed. | Yes |
| Speech/Language Therapy | 11/25/2003 | 11/25/2004 | 30m 2 time(s) / week | Special Ed. | Yes |
| Transportation | 11/25/2003 | 11/25/2004 | daily | Special Ed. | Yes |

| Supplementary Aids and Services, Program Modifications and Supports for School Personnel: | Projected Beginning Date | Projected Ending Date | Frequency (Mins/Times/Period) | Location |
|---|---|---|---|---|
| 1:1 Adult instructional support | 11/25/2003 | 11/25/2004 | M,T,Th, F390m W 330m | Special Ed. |
| Autism Consultant | 11/25/2003 | 11/25/2004 | 360m week | Special Ed. |
| Extended school day w/ 1:1 adult instructional support | 11/25/2003 | 11/25/2004 | M T Th F 270m/W 330m | Special Ed. |
| Extended school week w/ 1:1adult instructional support | 11/25/2003 | 11/25/2004 | 360m 2 time(s) / week | Special Ed. |

22. **STATE-WIDE ASSESSMENT:** (Check one)

☐ 1. Not applicable for the present school year. The student is not or will not be in a grade level participating in a state-wide assessment during the duration of this IEP.

☐ 2. Student will participate in state-wide assessments. No accomodations/modifications are necessary.

☐ 3. Student will participate in state-wide assessments with the following accommodations/modifications:

☑ 4. Student will participate in the Hawaii Alternate Assessment. Participation in state-wide assessments is not appropriate for the following reason(s):
Bryan's developmental delays prevent him from participating in state-wide assessments.

23. Explain the extent, if any, that the student will not participate with students without disabilities in the general education class, extracurricular activities and other non-academic activities:
Due to the severity of Bryan's disability, Bryan needs close supervision and small group instruction. Participation in a regular education curriculum would not be beneficial for the student at this time. Bryan will participate in selected regular education activities with the assistance of adult supervision.

WB0146

**20. EXTENDED SCHOOL YEAR (ESY):** Unless the student requires an extended school year as part of a free and appropriate public education, the IEP will be in effect during the regular school year only.

tandard for an extended school year has been applied: The student (check one)

○ DOES NOT meet the standard for an extended school year

◉ DOES meet the standard for an extended school year

**STATE THE EXTENT TO WHICH ESY IS NECESSARY:** ESY is needed daily except for the following holidays: New Year's Day (Jan. 1); Easter; Fourth of July; Thanksgiving; and Christmas.

| 21. SERVICES: Special Education and Related Services | Projected Beginning Date | Projected Ending Date | Frequency (Mins/Times/Period) | Location | ESY Yes/No |
|---|---|---|---|---|---|
| Special Education | 1/9/2004 | 1/9/2005 | 1620m 1x time(s) / week | Special Ed. | Yes |
| Speech/Language Therapy | 1/9/2004 | 1/9/2005 | 30m 2 time(s) / week | Special Ed. | Yes |

| Supplementary Aids and Services, Program Modifications and Supports for School Personnel: | Projected Beginning Date | Projected Ending Date | Frequency (Mins/Times/Period) | Location |
|---|---|---|---|---|
| 1:1 Adult instructional support | 1/9/2004 | 1/9/2005 | M,T,Th, F390m W 330m | Special Ed. |
| 1:1 adult instructional support, for extended week | 1/9/2004 | 1/9/2004 | 360m 2 time(s) / week | Special Ed. |
| Autism Consultant | 1/9/2004 | 1/9/2005 | 360m week | Special Ed. |
| Extended school day w/ 1:1 adult instructional support | 1/9/2004 | 1/9/2005 | M T Th F 270m/W 330m | Special Ed. |
| skills trainer educational team planning | 1/9/2004 | 1/9/2005 | 60m 1 time(s) / week | Special Ed. |

**STATE-WIDE ASSESSMENT:** (Check one)

☐ 1. Not applicable for the present school year. The student is not or will not be in a grade level participating in a state-wide assessment during the duration of this IEP.

☐ 2. Student will participate in state-wide assessments. No accomodations/modifications are necessary.

☐ 3. Student will participate in state-wide assessments with the following accommodations/modifications:

☑ 4. Student will participate in the Hawaii Alternate Assessment. Participation in state-wide assessments is not appropriate for the following reason(s):
Bryan's developmental delays prevent him from participating in state-wide assessments.

**23. Explain the extent, if any, that the student will not participate with students without disabilities in the general education class, extracurricular activities and other non-academic activities:**
Due to the severity of Bryan's disability, Bryan needs close supervision and small group instruction. Participation in a regular education curriculum would not be beneficial for the student at this time. Bryan will participate in selected regular education activities with the assistance of adult supervision.

## **CERTIFICATE OF SERVICE**

I certify the attached document was served electronically via CM/ECF on the date indicated below addressed to:

Gregg M. Ushiroda gushiroda@wik.com
Daniel K. Obuhanych dobuhanych@wik.com
Leighton M. Hara lhara@wik.com, rgeorge@wik.com
Watanabe Ing
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu  HI 96813


Holly T. Shikada holly.t.shikada@hawaii.gov,
Cheryl.H.Oeda@hawaii.gov,
michael.t.burke@hawaii.gov
Deputies Attorney General
235 S. Beretania, Room 304
Honolulu HI 96813

KENNETH ROBBINS, ESQ.
Kenneth Robbins & Associates
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
krobbins@robbinsandassociates.net

Attorneys for Defendants

DATED: Honolulu, Hawaiʻi, September 6, 2008.

/s/ Carl M. Varady
Carl M. Varady