IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on September 8, 2008:

**STANLEY E. LEVIN, ESQ.**
**MICHAEL K. LIVINGSTON, ESQ.**
400 Davis Levin Livingston Grand Place
851 Fort Street
Honolulu, HI  96813

and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii  96813

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, September 8, 2008.


                         /s/GREGG M. USHIRODA
                         MELVYN M. MIYAGI
                         GREGG M. USHIRODA
                         LEIGHTON M. HARA
                         ROSS T. SHINYAMA

                         KENNETH S. ROBBINS
                         JOHN-ANDERSON L. MEYER
                         SERGIO RUFO

                         GARY K.H. KAM
                         GEORGE S.S. HOM
                         HOLLY T. SHIKADA

                         Attorneys for Defendant

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, State of Hawaii, Defendant; Civil Nos. CV 04-00442 ACK/BMK & CV 05-00247 ACK/BMK; Certificate of Service

2