# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, et al. |
| ATTYS FOR PLA: | Stanley E. Levin<br>Carl M. Varady<br>Susan K. Dorsey |
| ATTYS FOR DEFT: | Kenneth S. Robbins<br>Gregg Ushiroda<br>Ross Shinyama |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Ann Matsumoto |
| DATE: | 09/03/2008 | TIME: | l0:02am-ll:26am<br>12:32pm-3:35pm |

COURT ACTION: EP: Final PreTrial Conference and Various Motions' in Limine-

Motions' in Limine-(10:02am-ll:26am) (12:32pm-1:30pm)

Plaintiffs' Motions' in Limine-

Motion in Limine #1 to Exclude the testimony of Richard Goka, M. D. [510]-Denied.

Motion in Limine #2 to Exclude the Testimony of Bryna Siegel [531]-Denied.

Motion in Limine #3 to Exclude Evidence, Testimony, Argument and Comment concerning the amount of Money Expended by the DOE [512]-Granted in Part and Denied in Part.

Motion in Limine #4 to Exclude Evidence, Testimony, Argument and Comment concerning Department of Human Services [513]-Denied.

Motion in Limine #5 for an Limine Order to take Judicial Notice to Prohibit the Defendant from Introducing Evidence or Argument Contrary to the Findings and Conclusions in Administrative Decision of May 11, 2004 [514]-Denied.

Motion in Limine #6 to take Judicial Notice of Section 504 of the Rehabilitation Act, 29 U.S.C. §729 apd 28 C.F.R. § 42.503 of its Implementing Regulations [515]-Denied.

Motion in Limine #7 to Exclude Evidence, Testimony, Argument and Comment Concerning the prior Florida Litigation [516]-Granted.

Motion in Limine #8 to Deem Admitted Certain Admissions [517]-Denied.

Motion in Limine #9 to Exclude Evidence, Testimony, Argument and Comment concerning the Character of Stanley Bond or Ann Kimball Wiles [518]-Denied.

Motion in Limine #10 to take Judicial Notice and Publish to the Jury the facts established by prior Order of December 19, 2006 [519]-Granted (Modified)

Motion in Limine #11 to take Judicial Notice of Findings and Conclusions established by Prior Decisions, Stipulations, and Agreements [521]-Granted in Part and Denied in Part.

Motion in Limine #12 to Preclude Evidence or Argument based on Defendant's "Good Faith" attempts to provide Special Education or Related Services [523]-Denied.

Defendants' Motions in Limine-

Motion in Limine #1 to Exclude Reference to the Felix Consent Decree and Contempt Order [498]-Granted in Part and Denied in Part.

Motion in Limine #2 to Exclude Expert Opinions as to Alleged Deliberate Indifference [497]-Granted.

Motion in Limine #3 to Preclude Daniel B. LeGoff, Ph.D. from offering any opinions with respect to Educational Neglect and any other opinions not disclosed in his report [499]-Granted in Part and Denied in Part.

Motion in Limine #4 to Preclude Testimony of Daniel B. LeGoff, Ph.D., as it is cumulative of the Testimony of B. J. Freeman, Ph. D [509]-Denied.

Motion in Limine #5 to exclude all Evidence of: 1) "Decision and Order" dated May 21, 2001; and 2) Alleged IDEA and Section 504 Violations by Defendants on or before July 1, 2002 [505]-Denied.

Motion in Limine #6 to Exclude Testimony concerning an Educationsl Standrd of Care [502]-Granted.

Motion in Limine #7 to Exclude any Testimony by Betty Jo Freeman on (1) Opinions not disclosed in her Report and (2) Opinions regarding Programs for Autistic Children in Hawaii [527]-Denied.

Motion in Limine #8 to Exclude  Expert Testimony as to Causation and Damages [525]-

Denied.

Motion in Limine #9 to Exclude Anecdotal Evidence of other Autistic Individuals' Progress [522]-Denied.

Motion in Limine #10 to Exclude Evidence of Testimony Regarding the charge of Public Lewdness against William Beljean [500]-Granted.

Motion in Limine #11 to limit the Testimony of Shelby Floyd [520]-Court will confer with Judge Kurren regarding his prior ruling as to this issue.

Motion in Limine #12 to Exclude any Testimony by Kimberly Smalley on Opinions not disclosed in her Report [530]-Granted.

Motion in Limine #13 to Exclude any hearsay Testimony by Kimberly Smalley [529]-Denied.

Motion in Limine #14 to Exclude Evidence of Bryan Wiles-Bond's Economic Damages [528]-This matter was covered plaintiffs Motion in Limine No. 3.

Motion in Limine #15 to Exclude Reference to the IDEA and its Requirements [496]-Denied.

Court to prepare a written Order as to the rulings on all Motions' in Limine.

Court placed on the record the rulings as to the Objections as to both the Plaintiffs and Defendants as to Trial Exhibits (Document Nos. 580 and 591) (1:30pm-2:30pm)

Final PreTrial Conference held  (2:30pm-3:35pm)

Length of Trial Three to Four Weeks.

Jury Selection-Nine Jurors will be chosen.

Court discussed with Counsel-Witnesses to be called, Voir Dire, Statement of Case, etc.

A Further Final Pretrial Conference/Status Conference Regarding Trial related Matters set for September 5, 2008 @l0:00 a.m.


Submitted by Leslie L. Sai, Courtroom Manager