# MINUTES

CASE NUMBER: CV NO. 04-00442ACK-BMK

CASE NAME: Ann Kimball Wiles, et al. Vs. Department of Education, et al.

ATTYS FOR PLA: Stanley E. Levin
Carl Varady
Susan K. Dorsey

ATTYS FOR DEFT: Kenneth Robbins
Gregg Ushiroda
Leighton Hara
Ross Shinyama

INTERPRETER:

JUDGE: Alan C. Kay             REPORTER: Gloria Bediamol

DATE: 09/05/2008               TIME: 10:14am-ll:45am

COURT ACTION: EP: Further Final PreTrial Conference/Status Conference Regarding Trial related Matters-

Regarding Defendant's Motion in Limine #11 to Limit the Testimony of Shelby Floyd [520]-The Testimony of Ms. Floyd as to what she can testify to is contained in Judge Kurren's previously issued Order as to this matter.

Defendants Trial Witnesses to be called will now be 19 instead of 27.

Plaintiff Trial Witnesses 12 to be called.

Plaintiffs Counsel Mr. Varady to submit a Limiting Instruction regarding Dr. Copeland by 3:00 p.m. today.

Court and Counsel discussed Judge Gillmor's hearing on Dispositive Motions that took place on March 28, 2006. A copy of the transcript of the hearing will be provided to Judge Kay.

Additional Memorandum will be filed Regarding Decision and Order dated 5/21/2001 and Alleged IDEA and Section 504 Violations by Monday, 9/8/2008 by 9:00 a.m.

Further Final PreTrial Conference/Status Conference regarding Trial related Matters continued to September 8, 2008 @2:00 p.m.

Submitted by Leslie L. Sai, Courtroom Manager