405387.1

MARK J. BENNETT          #2672-0
Attorney General, State of Hawaii

GARY K.H. KAM            #4391-0
GEORGE S. S. HOM         #2487-0
HOLLY T. M. SHIKADA      #4017-0
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
235 S. Beretania Street, Suite 304
Honolulu, Hawaii 96813
Telephone No. (808)586-1255
Facsimile No. (808)586-1488
E-Mail: Gary.K.Kam@hawaii.gov


WATANABE ING LLP
A Limited Liability Law Partnership

MELVYN M. MIYAGI         #1624-0
GREGG M. USHIRODA        #5868-0
LEIGHTON M. HARA         #7826-0
ROSS T. SHINYAMA         #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: mailto:gushiroda@wik.com


Of Counsel:
ROBBINS & ASSOCIATES
Attorneys At Law
A Law Corporation

KENNETH S. ROBBINS            #1000-0
JOHN-ANDERSON L. MEYER        #8541-0
SERGIO RUFO                   #8211-0
Davies Pacific Center
841 Bishop Street, Suite 2200
Honolulu, Hawaii 96813
Telephone No. (808) 524-2355
Facsimile No. (808) 526-0290
E-Mail: defend@robbinsandassociates.net

Attorneys for Defendant
DEPARTMENT OF EDUCATION

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 08 2008

at 3 o'clock and 35 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>            Plaintiffs,<br><br>    vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>            Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br>**STIPULATION RE: MICHAEL BIEHN EMAILS; CERTIFICATE OF SERVICE**<br><br>TRIAL: September 9, 2008<br>TRIAL JUDGE: Alan C. Kay |

## STIPULATION RE: MICHAEL BIEHN EMAILS

IT IS HEREBY STIPULATED by and between Plaintiffs ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor ("Plaintiffs") and Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through their respective undersigned counsel, pursuant to Local Rule 10.4 of the Rules of the United States District Court for the District of Hawaii and all applicable rules of procedure, as follows:

   1.   That on August 5, 2004, Plaintiffs and Defendant (collectively "Parties") participated in a hearing on Plaintiffs' Motion for Temporary Restraining Order.

2

2. Plaintiffs were represented at the August 5, 2004 hearing by Shelby Ann Floyd, who will be testifying as a witness at trial.

3. Ms. Floyd is no longer Plaintiffs' attorney.

4. Defendants were represented at the hearing by Deputy Attorney General, Lono Beamer.

5. Mr. Beamer is no longer Defendant's attorney.

6. During the August 5, 2005 hearing, Mr. Beamer, submitted emails to the Court, which were authored by a person who represented himself to be Michael Biehn. These emails were transmitted to JoAn Hill, a DOE employee. Ms. Hill gave these emails to Mr. Beamer prior to the August 5, 2008 hearing. Other emails purportedly authored by Michael Biehn were later provided to Plaintiffs.

7. At the hearing, the Court did not consider the emails submitted by Mr. Beamer.

8. The emails that were authored by a person reprenting himself to be Michael Biehn have been identified as Plaintiffs' Trial Exhibits 355 and 356.

9. Mr. Beamer said he does not know and has never known the identity of the author of the emails in question.

10. Ms. Hill said she does not know and has never known the identity of the author of the emails in question.

This stipulation is signed by or on behalf of all appearing parties as hereunder described.

DATED: Honolulu, Hawaii, September 8, 2008.

_____
STANLEY E. LEVIN, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
CARL M. VARADY, ESQ.

Attorneys for Plaintiffs
ANN KIMBALL WILES and STANLEY BOND,
individually and as next friends of
their son, BRYAN WILES-BOND, a
minor

_____
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION

APPROVED AND SO ORDERED:

_____
THE HONORABLE ALAN C. KAY

Ann Kimball Wiles, et al., Plaintiffs vs. Department of
Education, et al., Defendants; Civil No. 04-00442 ACK-BMK;
STIPULATION RE: MICHAEL BIEHN EMAILS

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii, and ALVIN RHO, in his official capacity as West Hawaii District Superintendent,<br><br>　　　　Defendants. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of **STIPULATION RE: MICHAEL BIEHN EMAILS**, was duly served electronically through CM/ECF or hand-delivered on the following parties to their last known address on September 8, 2008:

　　**STANLEY E. LEVIN, ESQ.**
　　**MICHAEL K. LIVINGSTON, ESQ.**
　　851 Fort Street; Suite 400
　　Honolulu, HI  96813

　　　　and

**CARL M. VARADY, ESQ.**
American Savings Bank Tower
1001 Bishop Street; Suite 2870
Honolulu, HI  96813

Attorneys for Plaintiffs

DATED:   Honolulu, Hawaii, September 8, 2008.

_____
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant
DEPARTMENT OF EDUCATION

---

Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendants; Civil No. 04-00442 ACK-BMK; Certificate of Service