405457.1
**MARK J. BENNETT**      #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**        #4391-0
**GEORGE S. S. HOM**     #2487-0
**HOLLY T. M. SHIKADA**  #4017-0
Deputy Attorneys General

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**     #1624-0
**GREGG M. USHIRODA**    #5868-0
**LEIGHTON M. HARA**     #7826-0
**ROSS T. SHINYAMA**     #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys At Law
A Law Corporation
**KENNETH S. ROBBINS**          #1000-0
**JOHN-ANDERSON L. MEYER**      #8541-0
**SERGIO RUFO**                 #8211-0

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>          Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S REQUESTED ADDITIONAL JURY INSTRUCTION; CERTIFICATE OF SERVICE**<br><br><br>**TRIAL:** September 9, 2008<br>**JUDGE:** Honorable Alan C. Kay |

**DEFENDANT DEPARTMENT OF EDUCATION'S**
**PROPOSED ADDITIONAL JURY INSTRUCTION**

COMES NOW Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through their attorneys, WATANABE ING LLP and ROBBINS AND ASSOCIATES, and hereby submit their Proposed Additional Jury Instruction, No. 45.

DATED:  Honolulu, Hawaii, September 9, 2008.

/s/GREGG M. USHIRODA
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant

**DEFENDANT'S REQUESTED JURY INSTRUCTION No. 45**

If you find that the DOE intentionally discriminated against Bryan Wiles-Bond, you must then consider the issue of damages. In order to recover damages, Plaintiffs must prove that the DOE's intentional discrimination was a substantial factor in bringing about the injury or damage.

___ Given by Agreement
___ Given over Objection
___ Refused
___ Withdrawn
___ Modified & Given by Agreement
___ Modified & Given Over Objection