```
405451.3
```
**MARK J. BENNETT        #2672-0**
Attorney General, State of Hawaii
**GARY K.H. KAM          #4391-0**
**GEORGE S. S. HOM       #2487-0**
**HOLLY T. M. SHIKADA    #4017-0**
Deputy Attorneys General

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI       #1624-0**
**GREGG M. USHIRODA      #5868-0**
**LEIGHTON M. HARA       #7826-0**
**ROSS T. SHINYAMA       #8830-0**
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys At Law
A Law Corporation
**KENNETH S. ROBBINS          #1000-0**
**JOHN-ANDERSON L. MEYER      #8541-0**
**SERGIO RUFO                 #8211-0**

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S AMENDED PROPOSED LIMITING INSTRUCTION REGARDING BRYAN WILES-BOND'S PRE-EXISTING DISABILITY; CERTIFICATE OF SERVICE**<br><br>TRIAL: September 9, 2008<br>JUDGE: Honorable Alan C. Kay |

**DEFENDANT DEPARTMENT OF EDUCATION'S
AMENDED PROPOSED INSTRUCTION REGARDING
<u>BRYAN WILES-BOND'S PRE-EXISTING INJURY</u>**

COMES NOW Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through their attorneys, WATANABE ING LLP and ROBBINS AND ASSOCIATES, and hereby submits its Amended Proposed Limiting Instruction Regarding Bryan's Pre-Existing Disability.

Following the September 8, 2008 Pretrial Conference, counsel for Defendant and Plaintiffs conferred about the instant jury instruction and had come to a tentative agreement on the proposed language. Upon further review of the proposed language, counsel for Defendant noticed that in our haste to reach agreement in court at the end of the day, counsel overlooked an ambiguity in the stipulation which should have been eliminated.

After noticing the ambiguity, counsel for Defendant transmitted a revised version to counsel for Plaintiffs for review and comment. Counsel for Defendant has not heard from counsel for Plaintiffs at the time of this filing. Accordingly, the proposed language for this instruction is set forth below:

> With respect to Plaintiffs' Section 504 disability claim, the DOE is not liable for the fact that Bryan is autistic or from the natural progression of Bryan's autism. The DOE would only be liable to the extent that you determine the DOE aggravated Bryan's autism or caused him other harm.

DATED:  Honolulu, Hawaii, September 9, 2008.

    /s/GREGG M. USHIRODA
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant