# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, et al. |
| ATTYS FOR PLA: | Stanley E. Levin<br>Carl M. Varady<br>Susan K. Dorsey |
| ATTYS FOR DEFT: | Kenneth S. Robbins<br>Gregg Ushiroda<br>Leighton Hara<br>Ross Shinyama |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Gloria Bediamol |
| DATE: | 9/8/2008 | TIME: | 2:05pm-2:41pm |

COURT ACTION: EP: Further Final PreTrial Conference/ Status Conference-Regarding Trial related Matters-

Concise Statement to be read to the Jurors was agreed to by all Counsel.

Discussion Regarding Limiting Instructions Re-Dr. Copeland, 504-IDEA, Felix Matter, Pre-Existing Condition, etc.

Discussion Regarding Opening Statements-Plaintiff-1 and ½ hours and the Defendant 1 and ½ hours.

Jury Selection/Jury Trial to follow set for September 9, 2008 @9:00 a.m. before Judge Kay.

Submitted by Leslie L. Sai, Courtroom Manager