# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, et al. |
| ATTYS FOR PLA: | Stanley Levin<br>Carl Varady<br>Susan Dorsey |
| ATTYS FOR DEFT: | Kenneth Robbins<br>Gregg Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 09/10/2008 | TIME: | 9:06am-12:00<br>1:05pm-4:00pm |

COURT ACTION: EP: Jury Trial (2nd Day) 9 Jurors present, Plaintiff Stanley Bond, Present and Pat Hamamoto, Department of Education Representative present.

Opening Statement on behalf of the Defendants 9:07a.m.-9:36a.m.

Plaintiff Witnesses-Dr. Betty Jo Freeman, Ph. D.-CST and Dr. Stanley Bond-CST

Further Jury Trial (3nd Day) continued to September 12, 2008 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager