# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, et al. |
| ATTYS FOR PLA: | Stanley Levin<br>Carl Varady<br>Susan Dorsey |
| ATTYS FOR DEFT: | Kenneth Robbins<br>Gregg Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 09/12/2008 | TIME: | 9:14am-12:00<br>1:05pm-4:00pm |

COURT ACTION: EP: Jury Trial (3rd Day)- 9 Jurors present, Plaintiff Stanley Bond, Present and Pat Hamamoto, Department of Education Representative present.

Plaintiff Witnesses-Dr. Stanley Bond-Resumed the Witness Stand

Defendants Exhibits 625, 630A, 633, and 635A-Admitted

Further Jury Trial (4th Day) continued to September 16, 2008 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager