IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friend of their son, BRYAN WILES-BOND, a minor<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawai'i<br><br>　　　　Defendants. | CV04-00442 ACK/BMK<br><br>CONSOLIDATED<br>(Other Civil Action)<br><br>DECLARATION OF LORETTA M. LUKENS; EXHIBITS 1-4 |

## DECLARATION OF LORETTA M. LUKENS

LORETTA M. LUKENS declares:

1. I am above the age of eighteen years and make this declaration of my own personal knowledge.

2. I am a rehabilitation nursing consultant. I have been retained to render opinions as an expert in rehabilitation nursing and life care planning regarding present and future needs of Bryan Wiles Bond. Attached hereto as Exhibit 1 is the report I prepared prior to my deposition in this matter, which took

place on August 21, 2007. On that date, I was deposed for 7 hours by Gregg M. Ushiroda, Esq., attorney for defendant in this matter.

      3.      Prior to the date of my deposition, I produced all the records and files in my possession regarding the scope of the work for which I was retained in this case. A copy of my response to the records subpoena is attached hereto as Exhibit 2, which confirms my files were mailed to Mr. Ushiroda's office in June 15, 2007, slightly more than two months prior to my deposition.

      4.      Dr. Daniel Legoff was deposed on August 23, 2007, two days after my deposition.

      5.      At the time of my deposition in this matter I had received and reviewed the materials listed in my report attached at Exhibit 1 hereto at pages 8-11.

      6.      Included in the materials that I reviewed, formed my opinions and was deposed upon were:

      a.      June 17 and 18, 2005, Neurodevelopmental Report of Dr. Legoff, Joint Exhibit 25;

      b.      December 13, 2005, letter report, Joint Exhibit 27;

      c.      July 22 to 26, 2006, Psychological Assessment of Bryan Wiles Bond by Dr. B.J. Freeman, Joint Exhibit 30;

        d.      May 25, 2007, Psychological Assessment update of Bryan Wiles Bond, Joint Exhibit 31.

Other documents I reviewed prior to my deposition are listed in my report, at pages 8-11. I mistakenly list Dr. Freeman's assessment as dated "7/24/07 – 7/25/07." Dr. Freeman's report was actually written and dated "7/22/06, 7/23/06, 7/24/06, 07/25/06, and 7/26/06." Dr. Freeman did not write a report dated, "7/24/07 – 7/25/07." In forming my opinions, I also met with Bryan's family, saw Bryan in him home, his school and community, interviewed his teachers and service providers.

        7.      During his 7-hour examination of me, Mr. Ushiroda questioned me extensively about Dr. Freeman's reports and I confirmed I relied upon them in forming my opinions. Excerpts of my deposition in which I confirmed my reliance on Dr. Freeman's assessment and recommendations are attached hereto as Exhibit 3. In my deposition, Mr. Ushrioda also referred to Dr. Freeman's initial assessment by these same dates when questioning me about Dr. Freeman's initial assessment. *See,* Exhibit 3, Transcript 227:21-23. Neither Mr. Ushiroda nor I noticed the error.

        8.      I relied on Dr. Freeman's assessments in forming my opinions, as I testified throughout my deposition. Her July 2006, assessment specifically

reviewed and confirmed Dr. Legoff's recommendations.  *See,* Exhibit 4 at 21.  I reviewed Dr. Freeman's assessments and relied on her adoption of Dr. Legoff's recommendations in forming my opinions.  Dr. Freeman's assessment was the most current comprehensive assessment available to me at the time of my deposition as she had seen Bryan and conducted her assessment in July 2006, after Dr. Legoff, and updated her assessment in May 2007.  As her overall recommendations were not substantially different that Dr. Legoff's, I did not change my calculations regarding placement.  I did revise my report to exclude auditory evaluation, auditory integration training, augmentative communication evaluation and augmentative communication device that Dr. Legoff testified, after my deposition was concluded, were not recommended or needed.  This reduction amounted to a reduction in costs that are reflected in my amended report which had been admitted, by stipulation of the parties, as Joint Exhibit 29 A.

       9.    Dr. Freeman's and Dr. Legoff's reports are the type of information and data reasonably relied upon by experts in rehabilitation nursing and life care planning in forming opinions and inferences upon the need for rehabilitative care.  I relied upon information and data contained in Dr. Freeman's and Dr. Legoff's reports in forming my opinions and inferences about Bryan Wiles Bond's need for rehabilitative care.

I declare under penalty of perjury the foregoing is true.

DATED: Honolulu, Hawai'i, September 17, 2008

                                        /s/ Loretta M. Lukens
                                        LORETTA M. LUKENS