# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was duly served upon the following parties on the date indicated below by electronic filing via CM/ECF:

>Holly T. Shikada, Esq.  holly.t.shikada@hawaii.gov,
>Cheryl.H.Oeda@hawaii.gov
> Michael.t.burke@hawaii.gov
>Deputy Attorneys General
>235 S. Beretania Street, Room 304
>Honolulu, Hawai'i 96813
>
>Gregg M. Ushiroda, Esq.  gushiroda@wik.com
>Daniel K. Obuhanych  dobuhanych@wik.com
>Leighton M. Hara, Esq.  lhra@wik.com
>rgeorge@wik.com
>First Hawaiian Center, 23rd Fl.
>999 Bishop Street
>Honolulu, Hawai'i 96813
>
>KENNETH ROBBINS, ESQ.
>Kenneth Robbins & Associates
>Davies Pacific Center
>841 Bishop Street, Suite 2200
>Honolulu, Hawaii 96813
>krobbins@robbinsandassociates.net
>
>Attorneys for Defendants
>
>DATED:    Honolulu, September 18, 2008.
>
>                    /s/ Carl M. Varady
>                    CARL M. VARADY
>                    STANLEY E. LEVIN
>                    MICHAEL K. LIVINGSTON
>                    Attorneys for Plaintiffs