405895.3

**MARK J. BENNETT**          #2672-0
Attorney General, State of Hawaii
**GARY K.H. KAM**            #4391-0
**GEORGE S. S. HOM**         #2487-0
**HOLLY T. M. SHIKADA**      #4017-0
Deputy Attorneys General

WATANABE ING LLP
A Limited Liability Law Partnership
**MELVYN M. MIYAGI**         #1624-0
**GREGG M. USHIRODA**        #5868-0
**LEIGHTON M. HARA**         #7826-0
**ROSS T. SHINYAMA**         #8830-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-Mail: gushiroda@wik.com

Of Counsel:
ROBBINS & ASSOCIATES
Attorneys At Law
A Law Corporation
**KENNETH S. ROBBINS**         #1000-0
**JOHN-ANDERSON L. MEYER**     #8541-0
**SERGIO RUFO**                #8211-0

Attorneys for Defendant
DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>          Defendant. | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>(Other Civil Action)<br><br>**DEFENDANT DEPARTMENT OF EDUCATION'S MOTION TO WITHDRAW DANIEL LEGOFF'S EXPERT REPORTS AS JOINT EXHIBITS AND TO PRECLUDE THE TESTIMONY OF LORETTA LUKENS AND KEYNES VON ELSNER; DECLARATION OF KENNETH S. ROBBINS; DECLARATION OF GREGG M. USHIRODA; EXHIBITS "A" - "E" CERTIFICATE OF SERVICE** |

```
)   TRIAL: September 9, 2008
)   JUDGE: Honorable Alan C. Kay
)
)
_____)
```

**DEFENDANT DEPARTMENT OF EDUCATION'S MOTION TO WITHDRAW DANIEL LEGOFF'S EXPERT REPORTS AS JOINT EXHIBITS AND TO PRECLUDE THE TESTIMONY OF LORETTA LUKENS AND KEYNES VON ELSNER**

COMES NOW Defendant DEPARTMENT OF EDUCATION ("DOE"), by and through their attorneys, WATANABE ING LLP and ROBBINS AND ASSOCIATES, and hereby submit their Motion to Withdraw Daniel LeGoff's Expert Reports as Joint Exhibits and to Preclude the Testimony of Loretta Lukens and Keynes Von Elsner (the "Motion").

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and all applicable Local Rules of Practice for the United States District Court for the District of Hawaii, and is based upon the attached memorandum in support of their Motion and the entire records and files herein.

DATED: Honolulu, Hawaii, September 17, 2008.

/s/GREGG M. USHIRODA
MELVYN M. MIYAGI
GREGG M. USHIRODA
LEIGHTON M. HARA
ROSS T. SHINYAMA

KENNETH S. ROBBINS
JOHN-ANDERSON L. MEYER
SERGIO RUFO

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendant

- 2 -