IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANN KIMBALL WILES and STANLEY BOND, individually and as next friends of their son, BRYAN WILES-BOND, a minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, State of Hawaii,<br><br>　　　　Defendant.<br>_____ | CIVIL NO. CV 04-00442 ACK/BMK<br>CIVIL NO. CV 05-00247 ACK/BMK<br>CONSOLIDATED<br>(Other Civil Action)<br><br>**DECLARATION OF GREGG M. USHIRODA; EXHIBITS "A" - "E"** |

### DECLARATION OF GREGG M. USHIRODA

I, GREGG M. USHIRODA, do hereby declare:

1. I am one of the attorneys representing Defendant DEPARTMENT OF EDUCATION ("DOE") in the above-entitled matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawai'i.

3. Attached hereto as Exhibit "A" is a true and accurate copy of a Neurodevelopmental Evaluation by Daniel B. LeGoff, Ph.D. regarding evaluations performed on June 17 and 18, 2005.

4. Attached hereto as Exhibit "B" is a true and accurate copy of a report by Daniel B. LeGoff, Ph.D. dated December 13,

2005.

5.  Attached hereto as Exhibit "C" is a true and accurate copy of a Neurodevelopmental Re-Evaluation by Daniel B. LeGoff, Ph.D. dated June 1, 2007.

6.  Attached hereto as Exhibit "D" are true and accurate copies of the pages 1 and 33 of the Deposition of Stanley Bond taken on December 11, 2007.

7.  Attached hereto as Exhibit "E" are true and accurate copies of the pages 1, 49, 83-84, 101-103, 220, 232-234 and 268 of the Deposition of Daniel B. LeGoff, Ph.D. taken on August 23, 2007.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, September 17, 2008.

/s/ Gregg M. Ushiroda
GREGG M. USHIRODA

_____
Ann Kimball Wiles, et al., Plaintiffs vs. Department of Education, et al., Defendant; Civil No. 04-00442 & 05-00247; Declaration of Gregg M. Ushiroda