IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF HAWAII

---oOo---

ANN KIMBALL WILES, et al.,      )
                                )
            Plaintiff(s)        )
                                )
    vs.                         ) CASE NO. 04-00442ACK/BMK
                                )           04-00247ACK/BMK
DEPARTMENT OF EDUCATION,        )
STATE OF HAWAII,                )
                                )
            Defendant(s)        )
_____)


DEPOSITION OF

STANLEY BOND

WALNUT CREEK, CALIFORNIA

MONDAY, DECEMBER 11, 2007


ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com


REPORTED BY: PAT WILLIAMSON, CSR NO. 1817

FILE NO.: A10A48A

EXHIBIT "D"

1  there was obviously no need for that, because today
2  Bryan's behaviors are -- are fully under control, and
3  he's been living us at home for the last three years.
4  He's been -- he's been a great student at school.  I
5  think even -- I mean when -- when you take a look at the
6  DOE documents that have come out and the things that
7  were written to us, especially in 2003 and 2004, I think
8  they are incredibly incriminating towards the DOE.
9          So when Bryan was in -- in the fifth grade --
10 fourth grade and fifth grade, he was called a model
11 student, a model student in those classrooms, and most
12 of his toileting behaviors had been dealt with and were
13 under control and -- by the beginning and I guess well
14 even before that, but certainly by December 2003, his
15 behaviors were starting to deteriorate in a dramatic
16 way.  It was very obvious to everyone that it was
17 happening; and I think -- and the DOE withheld services
18 as those -- as his behaviors deteriorated; and I
19 think -- I think it's all predicated on the DOE.
20         And I think that you can take a look at then
21 what's happened to Bryan since we've left Hawaii on, to
22 see the difference and what's happened to Bryan since
23 he's left Hawaii is, he is again considered a model
24 student in his class, and his behaviors are under
25 control.  He doesn't have -- has minimal aggressive