# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, et al. |
| ATTYS FOR PLA: | Stanley Levin<br>Carl Varady<br>Susan Dorsey |
| ATTYS FOR DEFT: | Kenneth Robbins<br>Gregg Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 09/17/2008 | TIME: | 9:06am-12:00<br>1:05pm-2:47pm |

COURT ACTION: EP: Jury Trial (5th Day)- 9 Jurors present, Plaintiff Stanley Bond, Present and Pat Hamamoto, Department of Education Representative present.

Plaintiff Witnesses-Dr. Kimberly Smalley-Resumed Witness Stand, Alvin Rho-CST and Loretta M. Lukens-CST.

Defendants Exhibits 638, 672, 688, 720 and 740-Admitted.

Joint Exhibit 40-Admitted.

Further Jury Trial (6th Day) continued to September 18, 2008 @9:00 a.m.

Conference without the Jurors being present (2:30pm-2:47pm)-Defendants Oral Motion to Strike Plaintiffs Witness Loretta Lukens Re-Dr. Legoff's Expert Reports (a Motion will be filed)-Oral Argument Held. Counsel are to file Memorandum regarding this matter.

Submitted by Leslie L. Sai, Courtroom Manager