EXHIBIT 3 TO DECLARATION OF LORETTA M. LUKENS

## WRITTEN QUESTIONS

1. Please state your name.
   *Laretta Lukens*

2. What is your residence address?

3. Are you employed? *yes*

4. What is your employer's name? *Rehabilitation Nursing Consultants Inc*

5. What is your employer's address? *29 West Rhea Rd, Tempe Az 85284*

6. What is your job or position with your employer? *President, Rehabilitation Nursing Consultant*

7. In that position do you have under your care, custody and control any and all records kept by you and/or your employer pertaining to your business and/or your employer's business? *yes*

8. Among your employer's records under your care, custody and control are there records pertaining to **BRYAN WILES-BOND** (Date of Birth: October 28, 1991), which is hereafter referred to as the above-mentioned person? *yes*

9. Were you served with a subpoena requiring your appearance before the notary public for the purpose of answering these questions and requiring you to bring with you any and all of your records and/or your employer's records pertaining to the above-mentioned person? *yes*

10. Do you have all of those records with you? *all Records have been mailed*

11. Are those records complete? *yes*

12. Has any portion of those records ever been removed from your care, custody and control prior to this time? *no*

13. If so, when and by whom?

000059

14. Has any portion of those records ever been altered prior to this time?  *no*

15. If so, when and by whom?

16. Would you please turn over to the notary public at this time the originals or complete and legible copies of any and all of your records and/or your employer's records pertaining to the above-mentioned person which you have brought with you pursuant to the requirements of the subpoena with which you were served. *Complete records sent*

17. Please describe briefly but completely so that they may be readily identified the records which you have turned over to the notary public. *listing of records enclosed*

18. Please describe briefly but completely so that they may be readily identified any of your records and/or your employer's records pertaining to the above-mentioned person which you have not turned over to the notary public, including both those records which you have brought with you and those records which you have not brought with you.

*all records sent.*
*DVD Training 4/17/06 18 men not sent*

2

000060

19. Are you willing to waive the signing of this

deposition? *yes*

DATED: Honolulu, Hawaii, _____ JUN 15 2007 _____.

JOHN T. KOMEIJI
GREGG M. USHIRODA
LEIGHTON M. HARA

GARY K.H. KAM
GEORGE S.S. HOM
HOLLY T. SHIKADA

Attorneys for Defendants
DEPARTMENT OF EDUCATION,
STATE OF HAWAII, and
ALVIN RHO

3

000061