# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 04-00442ACK-BMK |
| CASE NAME: | Ann Kimball Wiles, et al. Vs. Department of Education, et al. |
| ATTYS FOR PLA: | Stanley Levin<br>Carl Varady<br>Susan Dorsey |
| ATTYS FOR DEFT: | Kenneth Robbins<br>Gregg Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Cynthia Fazio |
| DATE: | 09/18/2008 | TIME: | 9:45am-12:00<br>1:05pm-4:05pm |

COURT ACTION:  EP: Jury Trial (6th Day)- 9  Jurors present, Plaintiff Ann Kimball Wiles Present and Daniel S. Hamada, Department of Education Representative present

Conference without the Jurors Present (9:45am-10:35am) Re-[637] Defendants Motion to Withdraw Daniel Legoff's Expert Reports as Joint Exhibits and to preclude the testimony of Loretta Luekens and Keynes Von Elsner-Oral Argument Held.  Motion is hereby Granted in Part and Denied in Part.  Dr. Daniel Legoff's Expert Reports will not be in evidence.  Deposition of Dr. Daniel Legoff may not be used.  Dr. Daniel Legoff may not be called as a Rebuttal Witness.  A limiting Instruction will be given by the Court to the Jurors regarding Dr. Daniel Legoff.

Jury Trial resumed-(10:47am)-9 Jurors present, Plaintiff Ann Kimball Wiles Present and Daniel S. Hamada, Department of Education Representative present.

Plaintiff Witnesses-Loretta M. Lukens-Resumed Witness Stand, Keynes D. Von Elsner-CST and Shelby Floyd-CST

Defendants Oral Motion to Strike Testimony of Plaintiff Witness Loretta M. Lukens-is hereby Denied.

Plaintiffs Exhibit 362-Admitted.

Defendants Exhibits 645, 646, 725, 742, 765 and 800-Admitted.

Further Jury Trial (7th Day) continued to September 19, 2008 @9:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager

.